Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wisconsin & Milwaukee Hotel LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2686995** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **731 North Jackson Street, Suite 420**<br>**Milwaukee, WI 53202**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Milwaukee**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

██  **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 9, 2024**
              MM / DD / YYYY

**X** **/s/ Jackson Street Management, LLC**                    **Jackson Street Management, LLC**
Signature of authorized representative of debtor                 Printed name

Title   **By: Mark Flaherty, Manager**

**18. Signature of attorney**

**X** **/s/ Michael P. Richman**                    Date **April 9, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Michael P. Richman**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue
Suite 850
Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**        Email address  _____

**1105569 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Wisconsin & Milwaukee Hotel LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 9, 2024**      *X* **/s/ Jackson Street Management, LLC**
                                         Signature of individual signing on behalf of debtor

                                         **Jackson Street Management, LLC**
                                         Printed name

                                         **By: Mark Flaherty, Manager**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Wisconsin & Milwaukee Hotel LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cintas N56 W13605 Silver Spring Drive Menomonee Falls, WI 53051 | | Trade Creditor - materials or services | | | | $4,902.44 |
| City of Milwaukee Office of the City Treasurer Customer Services Division PO Box 514062 Milwaukee, WI 53203-3462 | | Full-service high-end hotel known as the Milwaukee Marriott Downtown 625 N. Milwaukee Street Milwaukee, WI 53202 | | $549,089.87 | $26,400,000.00 | $549,089.87 |
| Courtesy Products, Inc. 10840 Linpage Place Saint Louis, MO 63132 | | Trade Creditor - materials or services | | | | $5,663.82 |
| CVENT PO Box 822699 Philadelphia, PA 19182-2699 | | Trade Creditor - materials or services | | | | $10,524.00 |
| Deluxe Branded Marketing PO Box 645633 Cincinnati, OH 45264-5633 | | Trade Creditor - materials or services | | | | $2,281.02 |
| Fitztgerald Consultancy 44 East Mifflin Street Suite 305 Madison, WI 53703 | | debt primarily related to business | | | | $2,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fortune Fish Company Lockbox 235263 Chicago, IL 60689-5263** | | **Trade Creditor - materials or services** | | | | **$8,721.17** |
| **Guest Tek Interactive 1060 Lake Susan Drive Chanhassen, MN 55317** | | **Trade Creditor - materials or services** | | | | **$3,947.19** |
| **J.M. Brennan Inc. 2101 W. St. Paul Avenue Milwaukee, WI 53233** | | **Trade Creditor - materials or services** | | | | **$3,052.00** |
| **JLL 200 East Randolph Drive 43 Floor Chicago, IL 60601** | | **debt primarily related to business** | | | | **$59,922.83** |
| **Marriott International, Inc. 7750 Wisconsin Avenue Bethesda, MD 20814** | | **debt primarily related to business** | | | | **$129,190.31** |
| **Milwaukee World Festival BIN 88485 639 E. Summerfest Place Milwaukee, WI 53202** | | **Trade Creditor - materials or services** | | | | **$10,000.00** |
| **Testa Produce, Inc. O2nd Dept 2105 PO Box 5905 Carol Stream, IL 60197-5905** | | **Trade Creditor - materials or services** | | | | **$12,622.23** |
| **Town Bank 9801 W. Higgins Road Des Plaines, IL 60018** | | **PPP Loan** | | | | **$383,555.68** |
| **Towne Park LLC PO Box 79349 Baltimore, MD 21279-0349** | | **Trade Creditor - materials or services** | | | | **$9,000.00** |
| **US Foodservice Inc. W137N9245 WI-45 Menomonee Falls, WI 53051** | | **Trade Creditor - materials or services** | | | | **$22,407.18** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vistar Corporation 16639 Gale Way Avenue Hacienda Heights, CA 91745** | | **Trade Creditor - materials or services** | | | | **$2,576.19** |
| **Wisconsin & Milwaukee Hotel Funding, LLC 311 E. Chicago Street Suite 510 Milwaukee, WI 53202** | | **Full-service high-end hotel known as the Milwaukee Marriott Downtown 625 N. Milwaukee Street Milwaukee, WI 53202** | | **$2,000,000.00** | **$26,400,000.00** | **$2,000,000.00** |
| **Wisconsin Housing & Economic Development Authority (WHEDA) 611 W. National Avenue Milwaukee, WI 53204** | | **Full-service high-end hotel known as the Milwaukee Marriott Downtown 625 N. Milwaukee Street Milwaukee, WI 53202** | | **$42,500,000.00** | **$26,400,000.00** | **$16,100,000.00** |
| **Wolf's Dry Cleaners 1354 N. Seventh Street Milwaukee, WI 53205** | | **Trade Creditor - materials or services** | | | | **$2,280.18** |

Access One Inc.
820 W Jackson Blvd.
6th Floor
Chicago, IL 60607

Airgas USA LLC
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087-5283

Akrit Sales & Service, Inc.
17300 W. Cleveland Avenue
New Berlin, WI 53146

Alliance Laundry Systems Distribution
PO Box 844226
Dallas, TX 75284-4226

ALSCO Inc.
505 East 200 South
Salt Lake City, UT 84102

ASSA Abloy Global Solutions
PO Box 70340
SE-107 23
Stockholm, Sweden

Boelter Companies
PO Box 734296
Chicago, IL 60673-4296

BOSS Beer Line Cleaning
PO Box 486
Germantown, WI 53022

Canon Solutions America, Inc.
One Canon Park
Melville, NY 11747

Carisolo Inc.
Carisolo Grinding Service
E7995 School Road
Sauk City, WI 53583

Cintas
N56 W13605 Silver Spring Drive
Menomonee Falls, WI 53051

City of Milwaukee
City Hall
200 E. Wells Street
Room 800
Milwaukee, WI 53202

City of Milwaukee
Office of the City Treasurer
Customer Services Division
PO Box 514062
Milwaukee, WI 53203-3462

Computershare Trust Company, N.A.
250 Royall Street
Canton, MA 02021

Courtesy Products, Inc.
10840 Linpage Place
Saint Louis, MO 63132

Coyle Hospitality Services, Inc.
244 Madison Avenue
Suite 369
New York, NY 10016

CVENT
PO Box 822699
Philadelphia, PA 19182-2699

Deluxe Branded Marketing
PO Box 645633
Cincinnati, OH 45264-5633

Ecolab Institutional
PO Box 70343
Chicago, IL 60673

Ecolab Pest Elimination Division
25252 Network Place
Chicago, IL 60673-1262

Edward Don and Company
2562 Paysphere Circle
Chicago, IL 60674

FAXPIPE
AIRCOM LLC DBA AIRCOMUSA
190 W. 800 N Street
Suite 202
Provo, UT 84601

Fitztgerald Consultancy
44 East Mifflin Street
Suite 305
Madison, WI 53703

Fortune Fish Company
Lockbox 235263
Chicago, IL 60689-5263

Four Peas Consulting
PO Box 101
Eau Claire, WI 54702

Grainger Inc.
Dept 843980004
Palatine, IL 60038-0001

Guest Supply LLC
PO Box 6771
300 Davidson Avenue
Somerset, NJ 08873

Guest Tek Interactive
1060 Lake Susan Drive
Chanhassen, MN 55317

J.M. Brennan Inc.
2101 W. St. Paul Avenue
Milwaukee, WI 53233

JLL
200 East Randolph Drive
43 Floor
Chicago, IL 60601

Knot Worlwide Inc.
PO Box 32177
New York, NY 10087-2177

Marriott International, Inc.
7750 Wisconsin Avenue
Bethesda, MD 20814

Martin Sourcing & Logistics LLC
533 Jackson Way
Pevely, MO 63070

Meats by Linz, Inc.
PO Box 59
414 E. State Street
Calumet City, IL 60409-0059

Milwaukee Pretzel Company
8050 N. Granville Woods Road
Milwaukee, WI 53223

Milwaukee World Festival
BIN 88485
639 E. Summerrfest Place
Milwaukee, WI 53202

Playback Prodigy
PO Box 70838
Las Vegas, NV 89170-0838

Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL 60693

RR Donnelley
55111 S 9th Street
Milwaukee, WI 53221

State Chemical Solutions
PO Box 844284
Boston, MA 02284-4284

Tambourine
100 W. Cypress Creek Road
Suite 550
Fort Lauderdale, FL 33309

Testa Produce, Inc.
O2nd Dept 2105
PO Box 5905
Carol Stream, IL 60197-5905

Town Bank
9801 W. Higgins Road
Des Plaines, IL 60018

Towne Park LLC
PO Box 79349
Baltimore, MD 21279-0349

Turano Baking Company
6501 West Roosevelt Road
Berwyn, IL 60402

UMF Corporation
3600 Commercial Avenue
Northbrook, IL 60062

Urban Elevator - Wisconsin
PO Box 70
Berwyn, IL 60402

US Foodservice Inc.
W137N9245 WI-45
Menomonee Falls, WI 53051

Valentine Coffee
5918 W. Vliet Street
Milwaukee, WI 53208

Vistar Corporation
16639 Gale Way Avenue
Hacienda Heights, CA 91745

White Lodging Management Corp.
701 83rd Avenue
#17
Merrillville, IN 46410

Winter Services LLC
5343 N. 118th Court
Milwaukee, WI 53225

Wisconsin & Milwaukee Hotel Funding, LLC
311 E. Chicago Street
Suite 510
Milwaukee, WI 53202

Wisconsin Hotel & Lodging
125 N. Executive Drive
Suite 206
Brookfield, WI 53005

Wisconsin Housing & Economic
Development Authority (WHEDA)
611 W. National Avenue
Milwaukee, WI 53204

Wolf's Dry Cleaners
1354 N. Seventh Street
Milwaukee, WI 53205

Zone Mechanical North LLC
731 County Road DDD
Suite 300
Wrightstown, WI 54180