UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC

Debtor

Case No.: 24-21743-gmh

Chapter: 11

# Corporate Ownership Statement

Pursuant to Fed. R. Bankr. P. 1007(a)(1), and to enable the Judge to evaluate possible disqualification or recusal, the Debtor states that:

[X] the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

Jackson Street Management LLC
JSM Class B Investment LLC
Hexagon, LLC

OR

[ ] there are no such entities to report.

I, Jon S. Herreman, of Mallery s.c.
declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

Dated: April 10, 2024

By: [signature]

Jon S. Herreman, Attorney in fact for Debtor

Printed Name and Title

Print Form