## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:   Wisconsin & Milwaukee Hotel LLC,                    Case No.  24-21743-gmh
                                                                              (Chapter 11)
                             Debtor.

### UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 342(f)(1), Attorney Laura D. Steele, as counsel for the United States Trustee, hereby requests that copies of all proceedings in this action be served upon the United States Trustee via email or U.S. mail at the addresses listed below.

Dated:  April 10, 2024.

PATRICK S. LAYNG
United States Trustee

/s/ Laura D. Steele
Laura D. Steele
Trial Attorney
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, Wisconsin 53202
Phone: 414-297-4499
Email: Laura.Steele@usdoj.gov

Attorney Laura D. Steele
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI  53202
Phone:  414-297-4499 / Laura.Steele@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I electronically filed the **UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE** with the Clerk of the Bankruptcy Court using the ECF system, which will send notification to all appropriate ECF filers.

*Lindsay Vahradian*
Lindsay Vahradian, Paralegal Specialist
Office of the United States Trustee