# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Wisconsin & Milwaukee Hotel LLC,<br>Debtor. | Case No. 24-21743<br><br>Chapter 11<br><br>Honorable G. Michael Halfenger |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Sara C. McNamara** ("Counsel") hereby appears on behalf of and represents (a) **Computershare Trust Company, N.A.** ("Computershare") and (b) **Wisconsin & Milwaukee Hotel Funding LLC** ("Funding") in the above-captioned proceeding.

Pursuant to Sections 342 of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Counsel requests that copies of all notices and pleadings given or filed in this proceeding be served upon her at the following address and e-mail address:

> Sara C. McNamara
> REINHART BOERNER VAN DEUREN s.c.
> 1000 North Water Street, Suite 1700
> Milwaukee, Wisconsin 53202
> smcnamara@reinhartlaw.com

and that Counsel be added to any mailing matrix which may be on file with the Clerk in this proceeding.

PLEASE TAKE FURTHER NOTICE that neither Computershare nor Funding intend that this Notice of Appearance or any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) its right to have the United States

51604369

District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

Dated this 10th day of April, 2022.

REINHART BOERNER VAN DEUREN s.c.
*Attorneys for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC*

By: /s/ Sara C. McNamara

Sara C. McNamara
REINHART BOERNER VAN DEUREN s.c.
1000 North Water Street, Suite 1700
Milwaukee, Wisconsin 53202
(414) 298-1000
smcnamara@reinhartlaw.com

51604369

2

Case 24-21743-gmh    Doc 9    Filed 04/10/24    Page 2 of 2