UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

## CERTIFICATE OF SERVICE FOR
## NOTICE AND APPLICATION OF DEBTOR TO EMPLOY
## RICHMAN & RICHMAN LLC AS COUNSEL FOR THE DEBTOR
## EFFECTIVE AS OF APRIL 10, 2024

STATE OF WISCONSIN    }
                      }
DANE COUNTY           }

    Hayley M. Stroik, being first duly sworn, on oath, deposes and says that she is a legal assistant with Richman & Richman LLC, and that on April 10, 2024, she filed a true copy of the **Notice and Application of Debtor to Employ Richman & Richman LLC as Counsel for the Debtor Effective as of April 10, 2024** (the "**Application**") [Doc 10], in the above-captioned Chapter 11 Case, via the Court's CM/ECF System, and on April 10, 2024, mailed a copy to the party indicated below, via U.S. Mail, postage prepaid, thereby effecting service on all necessary parties, as stated in the Notice section of the Application.

Wisconsin & Milwaukee Hotel LLC
c/o Mark Flaherty
731 North Jackson Street, Suite 420
Milwaukee, WI 53202

_____
Hayley M. Stroik

Subscribed and sworn to before me
on April 10, 2024.

_____
Eliza M. Reyes, Notary Public
Dane County, State of Wisconsin
My commission: is permanent