UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>Wisconsin & Milwaukee Hotel LLC,<br><br>Debtor | Case Number: 24-21743 |

## NOTICE OF APPEARANCE

NOTICE IS hereby given that Richman & Richman LLC has been retained by the debtor, Wisconsin & Milwaukee Hotel LLC, in the above-captioned action, and one of its attorneys, Eliza M. Reyes, requests service of all pleadings and papers filed in this matter subsequent to the date hereof.

Dated this 12th day of April, 2024.

        **RICHMAN & RICHMAN LLC**
        **ATTORNEYS FOR WISCONSIN & MILWAUKEE HOTEL LLC**

        By: */s/ Eliza M. Reyes*
            Michael P. Richman
            Eliza M. Reyes
            122 West Washington Avenue, Suite 850
            Madison, Wisconsin 53703
            (608) 709-5988
            ereyes@RandR.law