

**Michael P. Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8990
mrichman@randr.law

April 16, 2024

*Via CM/ECF*

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 140
Milwaukee, WI 53202

    RE:    In re: Wisconsin & Milwaukee Hotel LLC,
               Case No. 24-21743 – Proposed Interim Cash Collateral Order

Dear Judge Halfenger:

I am writing as proposed counsel to the Debtor in the referenced matter to advise the Court that the proposed Interim Order Authorizing the Use of Cash Collateral, Granting Adequate Protection, and Scheduling Hearing on Final Authorization of Use of Cash Collateral, filed today [Doc 32], is the subject of ongoing negotiations between the Debtor and Computershare Trust Company (as assignee of Wisconsin Housing and Economic Development Authority).

In the event we are able to reach an agreement to resolve the related motion prior to the First Day hearings scheduled to be held tomorrow at 1:45 p.m., we will file a new and updated proposed order.

Respectfully,

RICHMAN & RICHMAN LLC

Michael P. Richman
MPR/hms