

**Michael P. Richman**

*122 W Washington Ave Suite 850*
*Madison, WI 53703-2732*
*608.630.8990*
*mrichman@randr.law*

April 22, 2024

*Via CM/ECF*

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 140
Milwaukee, WI 53202

      RE:    In re: Wisconsin & Milwaukee Hotel LLC
              Case No. 24-21743

Dear Judge Halfenger:

I am writing as proposed counsel to the referenced Debtor in relation to the Court's Docket Text Order of April 19, 2024 [Doc 53] to inform the Court that we and the Office of the United States Trustee (per attorney Laura Steele) have agreed, subject to the Court's approval, to extend the time for the Debtor to file documents required by Rule 1007 through the close of business on Monday, May 6, 2024. We are contemporaneously filing an updated proposed order to reflect that.

Sincerely,

RICHMAN & RICHMAN LLC

Michael P. Richman
MPR/hms