So Ordered.

Dated: April 24, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh  
Chapter 11

## ORDER GRANTING MOTION TO EXTEND DEADLINE
## TO FILE COMPLETION SCHEDULES

This matter having come before the Court upon the Debtor's Motion to Extend Deadline to File Completion Schedules (the "**Motion**") [Doc 44], upon the arguments of counsel and the pleadings herein, and the Court being otherwise fully advised in the premises,

**Prepared by**:  
Michael P. Richman  
Richman & Richman LLC  
122 W. Washington avenue, Ste 850  
Madison, WI 53703  
Tel: (608)630-8990  
Fax: (608-630-8991  
mrichman@RandR.law

IT IS HEREBY ORDERED that the deadline for the Debtor to file the Completion Schedules is extended from April 23, 2024 through and including the close of business on May 6, 2024.

This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

#####