

**Michael P. Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8990
mrichman@randr.law

May 2, 2024

*Via CM/ECF*

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 140
Milwaukee, WI 53202

      RE:    In re: Wisconsin & Milwaukee Hotel LLC
                 Case No. 24-21743

Dear Judge Halfenger:

I am writing as proposed counsel to the referenced Debtor in relation to the Court's Docket Text Orders of April 17 and 29, 2024 ("**Text Orders**") [Docs 40, 80] and the April 17, 2024 Interim Order Authorizing the Use of Cash Collateral, Granting Adequate Protection, and Scheduling Hearing on Final Authorization of Use of Cash Collateral (the "**Interim Cash Collateral Order**") [Doc 38] to inform the Court that Debtor and Computershare Trust Company, N.A. (the "**Lender**") have reached agreement on the terms of a proposed Final Order, which if approved by the Court, will resolve the Debtor's pending Emergency Motion for Interim and Final Orders (1) Authorizing the Use of Cash Collateral, (2) Granting Adequate Protection, and (3) Scheduling a Final Hearing on Final Authorization of Use of Cash Collateral ("**Cash Collateral Motion**") [Doc 19], and render unnecessary the hearing on the Cash Collateral Motion that is scheduled to be held on Friday, May 3, 2024 at 2:30 p.m. [Doc 80].

The proposed Final Order is being readied for filing, and we anticipate will be filed with its accompanying Budget exhibit by early afternoon today.

Respectfully,

RICHMAN & RICHMAN LLC

Michael P. Richman
MPR/hms

Cc: Frank W. DiCastri (counsel to Lender)