# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER PURSUANT TO SECTIONS 105(a), 363(b), 541, AND 507(a)(8) OF THE BANKRUPTCY CODE AUTHORIZING PAYMENT OF PREPETITION SALES AND USE TAXES AND CERTAIN OTHER GOVERNMENT CHARGES**

This matter having come before the Court on Wisconsin & Milwaukee Hotel LLC's Motion for Order Pursuant to Sections 105(a), 363(b), 541, and 507(a)(8) of the Bankruptcy Code Authorizing Payment of Prepetition Sales and Use Taxes and Certain Other Government Charges (the "**Motion**"), seeking entry of an order

**Prepared by**:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law

authorizing, but not requiring, the Debtor to remit and pay sales and use taxes, and such other taxes as the Debtor, in its sole discretion, deems necessary;[1] the Court, finding that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; that this is a core proceeding under 18 U.S.C. § 157(2)(b); that notice of the Motion was sufficient under the circumstances; that the relief requested in the Motion is in the best interests of the Debtor, its bankruptcy estate, its creditors, and other parties in interest; and no objections or requests for hearing having been filed as to the Motion; and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED**, that:

1. The Motion is granted.

2. The Debtor is hereby authorized, but not directed, in its sole discretion to pay to the Taxing Authorities those prepetition Taxes and Fees that are currently due or will come due.

3. Nothing in the Motion or this Order shall be construed as impairing the Debtor's right to contest the validity or amount of any Taxes or Fees that may be due to any Authorities, and all of the Debtor's rights with respect thereto are hereby reserved.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

#####

---

[1] All capitalized terms shall have the meanings ascribed to them in the Motion.