So Ordered.

Dated: May 22, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh  
Chapter 11

Debtor.

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER PURSUANT TO SECTIONS 105(a), 363(b), 541, AND 507(a)(8) OF THE BANKRUPTCY CODE AUTHORIZING PAYMENT OF PREPETITION SALES AND USE TAXES AND CERTAIN OTHER GOVERNMENT CHARGES**

This matter having come before the Court on Wisconsin & Milwaukee Hotel LLC's Motion for Order Pursuant to Sections 105(a), 363(b), 541, and 507(a)(8) of the Bankruptcy Code Authorizing Payment of Prepetition Sales and Use Taxes and Certain Other Government Charges (the "**Motion**"), seeking entry of an order

authorizing, but not requiring, the Debtor to remit and pay sales and use taxes, and such other taxes as the Debtor, in its sole discretion, deems necessary;[1] based on the record and the lack of any objection to the Motion,

**IT IS HEREBY ORDERED**, that:

1. The Motion is granted.

2. The Debtor is hereby authorized, but not directed, in its sole discretion to pay to the Taxing Authorities those prepetition Taxes and fees that are currently due or will come due.

3. Nothing in the Motion or this Order shall be construed as impairing the Debtor's right to contest the validity or amount of any Taxes or fees that may be due to any Taxing Authorities, and all of the Debtor's rights with respect thereto are hereby reserved.

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

#####

---

[1] All capitalized terms shall have the meanings ascribed to them in the Motion.