So Ordered.

Dated: May 22, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| Wisconsin & Milwaukee Hotel LLC, | Case No. 24-21743-gmh<br>Chapter 11 |
| Debtor. | |

**ORDER GRANTING APPLICATION OF DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY RICHMAN & RICHMAN LLC AS COUNSEL FOR THE DEBTOR EFFECTIVE AS OF APRIL 10, 2024**

Wisconsin & Milwaukee Hotel LLC ("**Debtor**" or "**WMH**") filed a Notice and Application of Debtor for Authority to Retain and Employ Richman & Richman LLC as Counsel for the Debtor Effective as of April 10, 2024 ("**Application**") [Doc 10], pursuant to Sections 327(a), and 330 of Title 11 of the United States Code ("**Bankruptcy Code**"); Rules 2014(a), and

**Prepared by**:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law
(edited by the court)

2016 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**").

Based on the record, including the lack of any objection to the Application,

IT IS HEREBY ORDERED, that:

1. The Application is granted;
2. Wisconsin & Milwaukee Hotel LLC is authorized to employ the law firm of Richman & Richman LLC to act as general bankruptcy counsel to the Debtor and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application(s) therefore; and
3. The effective date of the employment authorized by this Order shall be April 10, 2024.

#####