## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh

Chapter 11

## NOTICE AND APPLICATION OF THE DEBTOR
## FOR AUTHORITY TO RETAIN AND EMPLOY
## ALLEN & ASSOCIATES AS APPRAISER

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), by its attorneys Richman & Richman LLC, by Michael P. Richman and Claire Ann Richman, hereby submits the Notice and Application of the Debtor for Authority to Retain and Employ Allen & Associates as Appraiser ("**Application**"), pursuant to Section 327 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and, Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), for entry of an order authorizing the Debtor to employ and retain Allen & Associates as its appraiser for purposes of the Property Tax Appeal (defined herein), effective as of May 31, 2024, the filing date of this Application ("**Effective Date**"). In support of the Application, the Debtor submits the Declaration of Laurence G. Allen ("**Allen Declaration**") attached hereto as **Exhibit A** and incorporated herein.

## JURISDICTION AND VENUE

1.     The Court has jurisdiction over this Application pursuant to 28 U.S.C.

§§ 157 and 1334, and the order reference in this District entered pursuant to § 157(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to §§ 1408 and 1409.

2. The statutory predicates for relief sought in the Application are Sections 105(a), 327(a), 328, and 330 of the United States Bankruptcy Code ("**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**").

## BACKGROUND

3. On April 9, 2024 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 case (the "**Case**").

4. The Debtor remains in possession of its property and is operating its business as a debtor in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5. The Debtor owns and operates the Milwaukee Marriott Downtown, a 205-room full-service, high-end hotel located at 625 N. Milwaukee Street, Milwaukee (the "**Hotel**").

6. The Debtor is plaintiff in the civil action filed on June 8, 2023, and currently pending in the Circuit Court of Milwaukee County, Milwaukee, Wisconsin, styled as *Wisconsin & Milwaukee Hotel LLC vs. City of Milwaukee*, Case No. 23-CV-4237, pursuant to which the Debtor is appealing the City of Milwaukee's property tax

assessments for the Hotel for tax years 2022, 2023, and 2024 (the "**Property Tax Appeal**").

**REQUESTED RELIEF**

7.      The professional services to be rendered by Allen & Associates are to appraise the Hotel and provide a market value for purposes of the Property Tax Appeal.

8.      Subject to approval of this Application, the Debtor retained Allen & Associates on May 13, 2024, as memorialized by the Professional Valuation Services agreement between the Debtor and Allen ("**Services Agreement**"). A true and correct copy of the Services Agreement is attached to the Allen Declaration as **Exhibit I**.[1]

9.      The Debtor believes that it is in the best interests of the estate to retain and employ Allen & Associates to appraise the Hotel property in connection with the Property Tax Appeal and, and Allen is willing and able to do so.

10.     Allen & Associates is a real estate valuation and consulting firm based in Troy, Michigan and the appraisers at Allen & Associates are experienced in preparing real estate valuation and consulting reports. The appraisers with Allen & Associates prepare valuation and consulting reports on more than half a billion dollars in real estate assets each year.[2]

---

[1] Although the Services Agreement refers to potential appraisal work for the Debtor in this chapter 11 case, the proposed scope of engagement at this time is limited to the Property Tax Appeal. The Debtor may seek by supplemental application to expand Allen & Associates' engagement to include chapter 11 work (and an applicable fee structure) at a later time.
[2] https://www.allenappraisal.com/about_us.html

3

11.     The Debtor believes that Allen & Associates has the experience and resources necessary to properly appraise the market value of the Hotel property for the purposes of the Property Tax Appeal. A successful result in the Property Tax Appeal has the potential to increase the value of the estate for the benefit of all parties in interest.

12.     By this Application, the Debtor respectfully requests that this Court enter an Order authorizing it to employ and retain Allen as an appraiser, pursuant to Sections 327(e) and 330 of the Bankruptcy Code.

## SCOPE OF EMPLOYMENT

13.     Local Rule 2014 of the Bankruptcy Court for this district provides that an application "must include a specific recitation of the anticipated services to be rendered together with the proposed method of calculating the compensation." The specific professional services that the Debtor expects that Allen & Associates will render include the following:

      a. conduct a site visit of the Hotel for interior and exterior observations;

      b. determine market value as defined by Wisconsin Courts of a combination of valuation approaches necessary to develop a credible opinion; and

      c. deliver an electronic Appraisal Report ("**Final Appraisal Report**") for the value of the Hotel for the dates of 1/1/2022, 1/1/2023, and current value.

## COMPENSATION

14.     Compensation to Allen & Associates will be a total fee of $15,000, of which $7,500 is to be paid as a retainer before services are rendered ("**Retainer**"),

4

subject to approval by this Court, and the remaining $7,500 of which is to be paid upon completion of the Final Appraisal Report and approval by this Court. This is a flat, fixed fee that will not be calculated on an hourly basis.

15.     Compensation will also include any out-of-pocket travel costs Allen & Associates incurs to conduct the appraisal of the Hotel.

16.     The Debtor has determined that the rates proposed to be charged by Allen & Associates are reasonable given the work to be performed.

## ALLEN DOES NOT HOLD OR REPRESENT
## ANY ADVERSE INTEREST

17.     To the best of Debtor's knowledge, based upon the Allen Declaration, Allen (a) does not hold or represent any interest adverse to the Debtor or its Chapter 11 estate, its creditors, or any other party in interest, other than as may be disclosed in the Allen Declaration, and (b) is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

## NOTICE

18.     Pursuant to Local Rule 2014, notice of this Application shall be served upon the following or their respective counsel, (a) the United States Trustee for the Eastern District of Wisconsin; (b) Computershare Trust Company, N.A., the Debtor's primary secured lender; and (c) any other persons or parties designated by the Court.

19.     The Debtor asserts that notice has been provided to all required parties through the filing of this application via the Court's CM/ECF system, and requests that if no objection or request for hearing is filed within **14 days** of the filing of this Application, that the Court grant the relief requested.

5

WHEREFORE, the Debtor respectfully requests the entry of an order (a) granting this Application, (b) authorizing it to retain and employ Allen & Associates as appraiser for the Property Tax Appeal, effective as of May 31, 2024, (c) authorizing the Debtor to pay the Retainer to Allen & Associates, and (d) granting such other and further relief as this Court may deem just and proper.

Dated this 31st day of May 2024.

**RICHMAN & RICHMAN LLC**
**Attorneys for Debtor**
By:

*/s/ Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 West Washington Avenue, Suite 850
Madison, WI 53703
Tel: (608) 630-8990
Fax: (608) 630-8991
mrichman@RandR.law
crichman@RandR.law
ereyes@RandR.law

6

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

## DECLARATION OF LAURENCE G. ALLEN IN SUPPORT OF NOTICE AND APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY ALLEN & ASSOCIATES AS APPRAISER

I, Laurence G. Allen, hereby declare as follows:

1.      I am the founding member of Allen & Associates, a real estate valuation and consulting firm headquartered at 500 Stephenson Highway, Suite 340, Troy, Michigan, 48083. I submit this declaration pursuant to Fed. R. Bankr. P. 2014(a) in support of the Notice and Application of Debtor for Authority to Retain and Employ Allen & Associates as Appraiser (the "**Application**"), of Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**").

2.      Unless otherwise stated, the facts set forth herein are based on my personal knowledge, upon records maintained by Allen & Associates in the ordinary course of business, and which have been reviewed by me or other Allen & Associates employees at my direction, or upon information provided to me by other Allen & Associates employees. To the extent any information disclosed in this declaration requires amendment or modification as additional information becomes available, a supplemental declaration will be submitted to the court.

## The Debtor's Retention of Allen & Associates

3. Subject to the approval of the Application, the Debtor retained Allen & Associates on May 13, 2024, as memorialized by the Professional Valuation Services agreement between the Debtor and Allen & Associates ("**Services Agreement**"). A true and correct copy of the Services Agreement is attached hereto and incorporated herein as Exhibit I.[1]

4. The Debtor owns and operates the Milwaukee Marriott Downtown, a 205-room full-service, high-end hotel located at 625 N. Milwaukee Street, Milwaukee (the "**Hotel**").

5. The Debtor is plaintiff in the civil action filed on June 8, 2023, and currently pending in the Circuit Court of Milwaukee County, Milwaukee, Wisconsin, styled as *Wisconsin & Milwaukee Hotel LLC vs. City of Milwaukee*, Case No. 23-CV-4237, pursuant to which the Debtor is appealing the City of Milwaukee's property tax assessments for the Hotel for tax years 2022, 2023, and 2024 (the "**Property Tax Appeal**").

6. The Debtor desires to retain and employ Allen & Associates to appraise the Hotel, and establish and provide a market value of the Hotel for property tax purposes.

7. Allen & Associates uses current valuation and consulting techniques to meet the realities and needs of the ever-changing real estate market. Many of Allen & Associates' assignments involve multi-property portfolios and are national in scope.

---

[1] Although the Services Agreement refers to potential appraisal work for the Debtor in this chapter 11 case, the proposed scope of engagement at this time is limited to the Property Tax Appeal.

2

Allen & Associates has experience and knowledge in the application of software packages such as ARGUS, as well as specialty hotel and market analysis software. Allen & Associates' extensive experience and knowledge will enable it to work in an efficient and cost-effective manner on behalf of the Debtor's estate.

8. The services to be rendered by Allen & Associates include the following:

    a. conduct a site visit of the Hotel for interior and exterior observations;

    b. determine market value as defined by Wisconsin Courts of a combination of valuation approaches necessary to develop a credible opinion; and

    c. deliver an electronic Appraisal Report ("**Final Appraisal Report**") for the value of the Hotel for the dates of 1/1/2022, 1/1/2023, and current value.

**Allen & Associates is a Disinterested Person
Pursuant to 11 U.S.C. § 101(14)**

9. To the best of my knowledge, information, and belief, Allen & Associates, including all members and staff thereof, is a disinterested person within the meaning of 11 U.S.C. § 101(14) and is eligible to serve as appraiser for the Debtor pursuant to 11 U.S.C. § 327.

10. As far as I have been able to ascertain, other than as may be disclosed in this Declaration and in connection with appraisal services to the Debtor, Allen & Associates does not have connections with the Debtor, its creditors, or any other party in interest in this Case, or the United States Trustee or any person employed in the Office of the United States Trustee.

3

11.     Allen & Associates employees, under my supervision, conducted a search of Allen & Associates database for each of the following entities (collectively, the "**Search Parties**"). The list of the Search Parties is attached hereto and incorporated herein as Exhibit II.

- the Debtor;

- the Debtor's equity holders;

- the Debtor's management;

- the Debtor's secured and unsecured creditors; and

- other parties in interest.

12.     After reviewing the conflicts search, I have determined that none of Allen & Associates, its partners, associates, nor I (a) hold or represent any interest adverse to the Debtors or their estates, their creditors or equity security holders; or (b) represent any other entity having an interest adverse to the Debtors in connection with this Case.

13.     In addition, to the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I, nor any member or employee of Allen & Associates is a relative of any of the United States Bankruptcy Judges who may be assigned to this Case, and Allen & Associates does not have a connection with any of the United States Bankruptcy Judges who would determine Allen & Associates' retention in this Case.

4

14.     Based upon my review as of this date, I have determined that Allen & Associates does not represent any party who has a material adverse interest with respect to the Debtor.

15.     In sum, I believe Allen & Associates: (a) does not hold or represent any interest adverse to the Debtor in connection with the matters for which Allen & Associates will be engaged; and (b) is disinterested.

### Allen & Associates' Professional Compensation

16.     Pursuant to the Services Agreement, compensation to Allen will be a total fee of $15,000, of which $7,500 is to be paid as a retainer before services are rendered, subject to approval of this Court, and the remaining $7,500 of which is to be paid upon completion of the Final Appraisal Report and approval of this Court. This is a fixed, flat rate, and not calculated on an hourly basis.

17.     Compensation will also include any out-of-pocket travel costs Allen & Associates incurs.

18.     The fee charged by Allen & Associates is reasonable given the work to be performed.

19.     Allen & Associates has not shared or agreed to share any compensation received in connection with this proceeding with any entity other than its members, or associates in accordance with 11 U.S.C. § 504(b).

I declare under penalty of perjury under the laws of the United States that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct to the best of my knowledge.

5

Executed in Troy, Michigan this 30th day of May, 2024.

_Laurence G. Allen_
Laurence G. Allen

6

# EXHIBIT I

**ALLEN & ASSOCIATES**
Real Estate Valuation and Consulting

# PROFESSIONAL VALUATION SERVICES

DATE OF AGREEMENT: May 13, 2024

PARTIES TO AGREEMENT:

Client:
Wisconsin & Milwaukee Hotel LLC
c/o Christopher L. Strohbehn
MALLERY s.c.
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202-4697
414-727-6291 *Direct* |
cstrohbehn@mallerysc.com

Appraiser:
Laurence G. Allen, MAI
Allen & Associates
550 Stephenson Highway, Suite 340
Troy, MI 48083
248-433-9630
lallen@allenappraisal.com

Client hereby engages Appraiser to complete an appraisal assignment as follows:

PROPERTY IDENTIFICATION
Marriott, 323 E. Wisconsin Ave, Milwaukee, WI 53202
Parcel Number: 396-0471-000

PROPERTY TYPE
Hotel

INTEREST VALUED
Fee Simple

INTENDED USERS
Client, their consultants, attorney and relevant Wisconsin and Federal Courts

Note: No other users are intended by Appraiser. Appraiser shall consider the intended users when determining the level of detail to be provided in the Appraisal Report.

INTENDED USE
To assist Client in establishing a Market Value for property tax purposes and bankruptcy purposes.

Note: No other use is intended by Appraiser. The intended use as stated shall be used by Appraiser in determining the appropriate Scope of Work for the assignment.

TYPE OF VALUE
Market value as defined by Wisconsin Courts

DATES OF VALUE
1/1/2022 and 1/1/2023 and current value.

HYPOTHETICAL CONDITIONS, EXTRAORDINARY ASSUMPTIONS
Property taxes based upon an equalized assessment at 100% of market value.

ANTICIPATED SCOPE OF WORK

Site Visit
Interior and exterior observation

Valuation approaches
Sales comparison approach / Income approach/ Cost approach
Note: Appraiser shall use all approaches necessary to develop a credible opinion of value.

APPRAISAL REPORT

Report option
Appraisal Report

Form or format:
Narrative

CONTACT FOR PROPERTY ACCESS, IF APPLICABLE
TBD

DELIVERY DATE
60 days from authorization to proceed.

DELIVERY METHOD
Electronic

NUMBER OF COPIES
Electronic

PAYMENT TO APPRAISER
$15,000 total with a $7,500 retainer which will be required to begin the appraisal The additional $7,500 plus out of pocket travel costs will be billed upon completion of the Final Appraisal Report. An administrative charge of 1% per month will be outstanding invoices after 30 days from issuance.

CONFIDENTIALITY
Appraiser shall not provide a copy of the written Appraisal Report to, or disclose the results of the appraisal prepared in accordance with this Agreement with, any party other than Client, unless Client authorizes, except as stipulated in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP).

CHANGES TO AGREEMENT
Any changes to the assignment as outlined in this Agreement shall necessitate a new Agreement. The identity of the client, intended users, or intended use; the date of value, type of value, or property appraised, cannot be changed without a new Agreement.

CANCELLATION
Client may cancel this Agreement at any time prior to the Appraiser's delivery of the Appraisal Report upon written notification to the Appraiser. Client shall pay Appraiser for work completed on assignment prior to Appraiser's receipt of written cancellation notice, unless otherwise agreed upon by Appraiser and Client in writing.

NO THIRD-PARTY BENEFICIARIES
Nothing in this Agreement shall create a contractual relationship between the Appraiser or the Client and any third party, or any cause of action in favor of any third party. This Agreement shall not be construed to render any person or entity a third-party beneficiary of this Agreement, including, but not limited to, any third parties identified herein.

USE OF EMPLOYEES OR INDEPENDENT CONTRACTORS
Appraiser may use employees or independent contractors at Appraiser's discretion to complete the assignment, unless otherwise agreed by the parties. Notwithstanding, Appraiser shall sign the written Appraisal Report and take full responsibility for the services provided as a result of this Agreement.

TESTIMONY AT COURT OR OTHER PROCEEDINGS
Unless otherwise stated in this Agreement, Client agrees that Appraiser's assignment pursuant to this Agreement shall not include the Appraiser's participation in or preparation for, whether voluntarily or pursuant to subpoena, any oral or written discovery, sworn testimony in a judicial, arbitration or administrative proceeding, or attendance at any judicial, arbitration, or administrative proceeding relating to this assignment. Fees for pre-trial and trial time is $450 per hour plus expenses which will be charged in addition to the appraisal fee.

APPRAISER INDEPENDENCE
Appraiser cannot agree to provide a value opinion that is contingent on a predetermined amount. Appraiser cannot guarantee the outcome of the assignment in advance. Appraiser cannot ensure that the opinion of value developed as a result of this Assignment will serve to facilitate any specific objective by Client or others or advance any particular cause. Appraiser's opinion of value will be developed competently and with independence, impartiality and objectivity.

EXPIRATION OF AGREEMENT
This Agreement is valid only if signed by both Appraiser and Client within 30 days of the Date of Agreement specified.

GOVERNING LAW & JURISDICTION
The interpretation and enforcement of this Agreement shall be governed by the laws of the state in which the Appraiser's principal place of business is located, exclusive of any choice of law rules.

By Appraiser:                                    By Client:




Laurence G. Allen, MAI


                                                 _____
                                                 (Signature)

        May 13, 2024

_____                           _____

                        (date)

_____

550 Stephenson Highway  ◆  Suite 340  ◆  Troy  ◆  Michigan  ◆  48083
Phone: (248) 433-9630  ◆  Fax: (248) 433-1314
www.allenappraisal.com

# EXHIBIT II

| | |
|---|---|
| Debtor name | **Wisconsin & Milwaukee Hotel LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | **24-21743** |

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1  City of Milwaukee**
Creditor's Name

**Office of the City Treasurer Customer Services Division**
**PO Box 514062**
**Milwaukee, WI 53203-3462**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**December 31, 2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Computershare Trust Company, N.A.**
**2. Wisconsin & Milwaukee Hotel Funding, LLC**
**3. City of Milwaukee**

Describe debtor's property that is subject to a lien
**Full-service high-end hotel known as the Milwaukee Marriott Downtown**
**625 N. Milwaukee Street**
**Milwaukee, WI 53202**

Describe the lien
**Real Estate Taxes - Tax Year 2023**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$549,089.87**  Column B: **$26,400,000.00**

---

**2.2  Computershare Trust Company, N.A.**
Creditor's Name

**250 Royall Street**
**Canton, MA 02021**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**All real and personal property of the Debtor.**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

Column A: **$46,288,403.25**  Column B: **$26,400,000.00**

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Date debt was incurred | ■ No |
|---|---|
| **August 31, 2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **unknown** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Wisconsin & Milwaukee Hotel Funding, LLC** | | | $2,000,000.00 | $26,400,000.00 |
|---|---|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien |
|---|
| **Full-service high-end hotel known as the Milwaukee Marriott Downtown 625 N. Milwaukee Street Milwaukee, WI 53202** |

**311 E. Chicago Street
Suite 510
Milwaukee, WI 53202**

Creditor's mailing address

| Describe the lien |
|---|
| **Mortgage** |

| Is the creditor an insider or related party? |
|---|
| ■ No |
| ☐ Yes |

Creditor's email address, if known

| Is anyone else liable on this claim? |
|---|
| ■ No |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| Date debt was incurred | |
|---|---|

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$48,837,493.12** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **City of Milwaukee City Hall 200 E. Wells Street Room 800 Milwaukee, WI 53202** | Line **2.1** | |
| **Wisconsin Housing & Economic Development Authority (WHEDA) 611 W. National Avenue Milwaukee, WI 53204** | Line **2.2** | **unknown** |

Debtor name **Wisconsin & Milwaukee Hotel LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **24-21743**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$213.27** |

**Access One Inc.**
**820 W Jackson Blvd.**
**6th Floor**
**Chicago, IL 60607**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$1,268.81** |

**Airgas USA LLC**
**259 North Radnor-Chester Road**
**Suite 100**
**Radnor, PA 19087-5283**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | **$929.45** |

**Akrit Sales & Service, Inc.**
**17300 W. Cleveland Avenue**
**New Berlin, WI 53146**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | **$574.72** |

**Alliance Laundry Systems Distribution**
**PO Box 844226**
**Dallas, TX 75284-4226**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ☑ No ☐ Yes

Case 24-21743-gmh    Doc 100    Filed 05/06/24    Page 142 of 188
Case 24-21743-gmh    Doc 136    Filed 05/31/24    Page 21 of 36

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,792.93 |
|---|---|---|---|

**ALSCO Inc.**
**505 East 200 South**
**Salt Lake City, UT 84102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.24 |
|---|---|---|---|

**ASSA Abloy Global Solutions**
**PO Box 70340**
**SE-107 23**
**Stockholm, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.08 |
|---|---|---|---|

**Boelter Companies**
**PO Box 734296**
**Chicago, IL 60673-4296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**BOSS Beer Line Cleaning**
**PO Box 486**
**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.71 |
|---|---|---|---|

**Canon Solutions America, Inc.**
**One Canon Park**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.84 |
|---|---|---|---|

**Carisolo Inc.**
**Carisolo Grinding Service**
**E7995 School Road**
**Sauk City, WI 53583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,902.44 |
|---|---|---|---|

**Cintas**
**N56 W13605 Silver Spring Drive**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Creditor - materials or services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,663.82 |
|---|---|---|---|
| | **Courtesy Products, Inc.**<br>**10840 Linpage Place**<br>**Saint Louis, MO 63132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number  unknown | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.61 |
|---|---|---|---|
| | **Coyle Hospitality Services, Inc.**<br>**244 Madison Avenue**<br>**Suite 369**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,524.00 |
|---|---|---|---|
| | **CVENT**<br>**PO Box 822699**<br>**Philadelphia, PA 19182-2699** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,281.02 |
|---|---|---|---|
| | **Deluxe Branded Marketing**<br>**PO Box 645633**<br>**Cincinnati, OH 45264-5633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,238.00 |
|---|---|---|---|
| | **Ecolab Institutional**<br>**PO Box 70343**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.00 |
|---|---|---|---|
| | **Ecolab Pest Elimination Division**<br>**25252 Network Place**<br>**Chicago, IL 60673-1262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160.92 |
|---|---|---|---|
| | **Edward Don and Company**<br>**2562 Paysphere Circle**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade Creditor - materials or services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.95 |
|---|---|---|---|

**FAXPIPE**
**AIRCOM LLC DBA AIRCOMUSA**
**190 W. 800 N Street**
**Suite 202**
**Provo, UT 84601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Fitztgerald Consultancy**
**44 East Mifflin Street**
**Suite 305**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/30/2023 - 3/31/2024__

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __None__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,721.17 |
|---|---|---|---|

**Fortune Fish Company**
**Lockbox 235263**
**Chicago, IL 60689-5263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Four Peas Consulting**
**PO Box 101**
**Eau Claire, WI 54702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,104.29 |
|---|---|---|---|

**Grainger Inc.**
**Dept 843980004**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,145.65 |
|---|---|---|---|

**Guest Supply LLC**
**PO Box 6771**
**300 Davidson Avenue**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,947.19 |
|---|---|---|---|

**Guest Tek Interactive**
**1060 Lake Susan Drive**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,052.00 |
|---|---|---|---|

**J.M. Brennan Inc.**
2101 W. St. Paul Avenue
Milwaukee, WI 53233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414,166.66 |
|---|---|---|---|

**Jackson Street Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/8/2020, 11/30/2020, 12/11/2020, 12/28/2020**

Basis for the claim: **Operating Loan**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,922.83 |
|---|---|---|---|

**JLL**
200 East Randolph Drive
43 Floor
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/2023 - 3/31/2024**

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,719.69 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/1/2019 to 9/30/2021**

Basis for the claim: **Operating Loan**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296,693.94 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2020 - 2/29/2024**

Basis for the claim: **Accrued Asset Management Fees**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511,857.00 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/8/2020**

Basis for the claim: __

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.00 |
|---|---|---|---|

**Knot Worlwide Inc.**
PO Box 32177
New York, NY 10087-2177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-21743-gmh    Doc 100    Filed 05/06/24    Page 146 of 188
Case 24-21743-gmh    Doc 136    Filed 05/31/24    Page 25 of 36

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,190.31 |
|---|---|---|---|

**Marriott International, Inc.**
7750 Wisconsin Avenue
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Franchise Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $819.00 |
|---|---|---|---|

**Martin Sourcing & Logistics LLC**
533 Jackson Way
Pevely, MO 63070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,254.24 |
|---|---|---|---|

**Meats by Linz, Inc.**
PO Box 59
414 E. State Street
Calumet City, IL 60409-0059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.60 |
|---|---|---|---|

**Milwaukee Pretzel Company**
8050 N. Granville Woods Road
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Milwaukee World Festival**
BIN 88485
639 E. Summerrfest Place
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Playback Prodigy**
PO Box 70838
Las Vegas, NV 89170-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,399.69 |
|---|---|---|---|

**Restaurant Technologies, Inc.**
12962 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Creditor - materials or services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.09 |
|---|---|---|---|

**RR Donnelley**
55111 S 9th Street
Milwaukee, WI 53221

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Creditor - materials or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,324.01 |
|---|---|---|---|

**State Chemical Solutions**
PO Box 844284
Boston, MA 02284-4284

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Creditor - materials or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,699.07 |
|---|---|---|---|

**Tambourine**
100 W. Cypress Creek Road
Suite 550
Fort Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Creditor - materials or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,622.23 |
|---|---|---|---|

**Testa Produce, Inc.**
O2nd Dept 2105
PO Box 5905
Carol Stream, IL 60197-5905

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Creditor - materials or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383,555.68 |
|---|---|---|---|

**Town Bank**
9801 W. Higgins Road
Des Plaines, IL 60018

Date(s) debt was incurred _2/24/2021_

Last 4 digits of account number _4083_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _PPP Loan_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Towne Park LLC**
PO Box 79349
Baltimore, MD 21279-0349

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Creditor - materials or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.18 |
|---|---|---|---|

**Turano Baking Company**
6501 West Roosevelt Road
Berwyn, IL 60402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Creditor - materials or services_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.75 |
|---|---|---|---|

**UMF Corporation**
3600 Commercial Avenue
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,760.00 |
|---|---|---|---|

**Urban Elevator - Wisconsin**
PO Box 70
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,407.18 |
|---|---|---|---|

**US Foodservice Inc.**
W137N9245 WI-45
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.40 |
|---|---|---|---|

**Valentine Coffee**
5918 W. Vliet Street
Milwaukee, WI 53208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,576.19 |
|---|---|---|---|

**Vistar Corporation**
16639 Gale Way Avenue
Hacienda Heights, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449,000.00 |
|---|---|---|---|

**Wave Renovations LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/22/2020, 2/28/2020,__
__6/9/2020, 6/30/2020__

Last 4 digits of account number __None__

Basis for the claim: **Operating Loan**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Winter Services LLC**
5343 N. 118th Court
Milwaukee, WI 53225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|
| | **Wisconsin Hotel & Lodging** | ☐ Contingent | |
| | **125 N. Executive Drive** | ☐ Unliquidated | |
| | **Suite 206** | ☐ Disputed | |
| | **Brookfield, WI 53005** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,280.18 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|
| | **Wolf's Dry Cleaners** | ☐ Contingent | |
| | **1354 N. Seventh Street** | ☐ Unliquidated | |
| | **Milwaukee, WI 53205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,008.15 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|
| | **Zone Mechanical North LLC** | ☐ Contingent | |
| | **731 County Road DDD** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **Wrightstown, WI 54180** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|-----------------------------------------------------------------------------|-----------------------------------------|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,435,339.94 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,435,339.94 |

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SIP (telephone) services contract; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Access One, Inc.**<br>**820 W. Jackson Blvd.**<br>**6th Floor**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Beverage gas; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **Airgas USA, LLC**<br>**3101 Stafford Drive**<br>**Charlotte, NC 28208** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - HOTSOS preventative maintenance; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/30/24** | **Amadeus Hospitality Americas, Inc.**<br>**75 New Hampshire Avenue**<br>**Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Reservation of flight personnel rooms; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **American Airlines, Inc.**<br>**1 Skyview Drive**<br>**Fort Worth, TX 76155** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Music licensing contract; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **ASCAP**<br>**2 Music Square West**<br>**Nashville, TN 37203** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - kitchen hood cleaning; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | **Averus Inc.**<br>**3851 Clearview Court**<br>**Gurnee, IL 60031** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Copier services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2025** | |
| | List the contract number of any government contract | | **Canon Solutions America, Inc.**<br>**425 Martingale Road**<br>**Schaumburg, IL 60173** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Supply contract - kitchen uniforms; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/23/2025** | |
| | List the contract number of any government contract | | **CINTAS Corporation No. 2**<br>**6415 N. 2nd Street**<br>**Milwaukee, WI 53223** |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - hotel security; Contract is either with, or for the benefit of, the Debtor. Month to month** | |
| | State the term remaining | | **Elite Protection Specialist, LLC** |
| | List the contract number of any government contract | | **PO Box 185 Pewaukee, WI 53072** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - EPIK (telephone); Contract is either with, or for the benefit of, the Debtor. Expires 9/13/2024** | |
| | State the term remaining | | **Granite Telecommunications** |
| | List the contract number of any government contract | | **100 Newport Ave Ext Quincy, MA 02171** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting and Asset Management Agreement** | |
| | State the term remaining | **Annual renewal** | **JS Asset Management LLC 731 N. Jackson Street Suite 420** |
| | List the contract number of any government contract | | **Milwaukee, WI 53202** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Reader Board Services; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **Knowland Group, LLC** |
| | List the contract number of any government contract | | **1735 N. Lynn Street Arlington, VA 22209** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for brand marketing; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **Marriott International Inc.** |
| | List the contract number of any government contract | | **10400 Fernwood road Bethesda, MD 20817** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Marriott International Inc.** |
| | List the contract number of any government contract | | **10400 Fernwood road**<br>**Bethesda, MD 20817** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - F&B reservations and marketing; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **OpenTable, Inc.** |
| | List the contract number of any government contract | | **1 Montgomery Street**<br>**San Francisco, CA 94104** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Services contrct - public area music programming; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/31/2025** | **Prescriptive Music, LLC** |
| | List the contract number of any government contract | | **5900 Canoga Avenue**<br>**Suite 300**<br>**Woodland Hills, CA 91367** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - associate distress devices; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | | **Relay Inc.** |
| | List the contract number of any government contract | | **4200 Six Forks Road**<br>**Suite 1800**<br>**Raleigh, NC 27609** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - fryer oil and filtration services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Restaurant Technologies, Inc.** |
| | List the contract number of any government contract | | **2250 Pilot Knob Road**<br>**Suite 100**<br>**Saint Paul, MN 55120** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - contract licensing; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Month to month | **SESAC** |
| | List the contract number of any government contract | | **35 Music Square East** **Nashville, TN 37203** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - marketing services; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Expires 12/31/2024 | **Tambourine** **100 W. Cypress Creek Road** |
| | List the contract number of any government contract | | **Suite 550** **Fort Lauderdale, FL 33309** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - Valet parking services; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Expires 1/1/2026 | **Towne Park, LLC** **555 E. North Lane** |
| | List the contract number of any government contract | | **Suite 5020** **Conshohocken, PA 19428** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - AC maintenance agreement; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Expires 6/11/2024 | **Trane U.S.** |
| | List the contract number of any government contract | | **234 West Florida Street** **Milwaukee, WI 53204** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - marketing services; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Month to month | **Trip Advisor LLC** **400 - 1st Avenue** |
| | List the contract number of any government contract | | **Needham Heights, MA 02494** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Elevator maintenance services; Contract is either with, or for the benefit of, the Debtor. Expires 6/30/2027** | |
| | State the term remaining | | **Urban Elevator Service, LLC** |
| | List the contract number of any government contract | | **4830 WEst 16th Street** **Cicero, IL 60804** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Temporary/contract labor; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **V&J Hospitality Services, LLC** |
| | List the contract number of any government contract | | **443 Parkridge Drive** **Pittsburgh, PA 15235** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Advertising; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **Wedding Pages LLC** **462 Broadway** |
| | List the contract number of any government contract | | **6th Floor** **New York, NY 10013** |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract** | |
| | State the term remaining | | **White Lodging Management Corp.** **701 83rd Avenue** |
| | List the contract number of any government contract | | **#17** **Merrillville, IN 46410** |

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re   **Wisconsin & Milwaukee Hotel LLC**       Case No.   <u>24-21743</u>

                           Debtor(s)           Chapter   <u>11</u>

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FORE Investments LLC**<br>**731 N. Jackson Street**<br>**Suite 900**<br>**Milwaukee, WI 53202** | | | **LLC Member - 0.01% interest** |
| **Jackson Street Management LLC**<br>**731 N. Jackson Street**<br>**Suite 4320**<br>**Milwaukee, WI 53202-4612** | | | **LLC Member - 99.9% interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, **Mark Flaherty, Manager of Jackson Street Management, LLC,** manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   <u>May 6, 2024</u>             Signature   <u>/s/ Mark Flaherty</u>

                                             **Jackson Street Management, LLC**
                                             **By: Mark Flaherty, Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders