So Ordered.

Dated: June 3, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel, LLC,       Case No. 24-21743-gmh

Debtor.      Chapter 11

**CASE MANAGEMENT ORDER**

The debtor filed a chapter 11 petition on April 9, 2024.

IT IS HEREBY ORDERED:

1. *Service*. In order to facilitate adequate proof of service and to lessen the administrative burden of determining the propriety of service, pursuant to Rule 9007,

   a. If a creditor has filed a proof of claim in this case, all required notices to that creditor must, at a minimum, be served by first class mail postage prepaid on the mailing address listed in the creditor's proof of claim; for convenience, service may additionally be made to other addresses for the creditor that are listed on the court-generated matrix for that creditor. This paragraph does not, however, alleviate any duty that may be imposed by

the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure to serve a creditor in a manner other than as required by this paragraph.

   b. The debtor must use the court-generated matrix in this case for service. Anytime the debtor files a certificate or other document purporting to demonstrate service in these jointly-administered cases, the proof of service must include, as an attachment, a copy of the relevant court-generated matrix. The attached matrix must have been generated on the date that service was effected and, to the extent that the debtor was required to serve some, but not all, creditors, then the debtor may remove the names and addresses of creditors that were not served from the court-generated matrix but must otherwise leave the matrix intact.

   c. **<u>Failure to comply with this paragraph may constitute sufficient cause to deny the underlying motion or request without prejudice to its refiling</u>**.

2. *Deadline to file disclosure statement and plan:* If the debtor has not filed a chapter 11 disclosure statement and chapter 11 plan by **August 7, 2024**, then the debtor must file a status report on or before **August 14, 2024**, informing the court of the status of the case.

3. *Duty to file monthly operating reports*: **The debtor must timely file periodic operating reports and provide financial information to the United States trustee.** The debtor must file a monthly operating report for each month that it is a chapter 11 debtor. Each monthly operating report must minimally be accompanied by appropriately redacted copies of the bank statements. The monthly operating report must also include periodic reports and summaries of the operation of such business, including a statement of receipts and disbursements, and such other information as the United States trustee requires. **The debtor must file the monthly operating report for the preceding month <u>on or before the 21st day of the following month</u>.** For example, the June monthly operating report will be due

on or before July 21.

4. *Confirmation procedures*: **The court *may* hold the chapter 11 confirmation hearing by telephone or confirm the plan without a hearing under certain circumstances.**

    a. If no party timely objects to the chapter 11 plan and at least one class of creditors have voted in favor of confirmation, then the court may (i) convert the confirmation hearing to a telephone hearing or (ii) confirm the plan without a further hearing, if, subject to subparagraph (b) of this paragraph:

        i. the debtor files one or more declarations averring facts sufficient to provide an evidentiary basis for the court to conclude that the plan complies with the requirements of 11 U.S.C. §1129; and

        ii. the debtor files a proposed order confirming the chapter 11 plan.

    b. The court will only confirm the plan without a hearing if no party timely objects and the court determines that:

        i. the record provides a sufficient basis from which to conclude that the debtor's plan meets the requirements of 11 U.S.C. §1129, and

        ii. the chapter 11 plan requires no additional modification.

5. *Failure to follow this Order's directives may result in dismissal*: The failure to follow this order's directions may result in the court denying confirmation or dismissing the case.

#####