

**Michael P. Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8990
mrichman@randr.law

June 5, 2024

*Via CM/ECF*

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 140
Milwaukee, WI 53202

      RE:    *In re: Wisconsin & Milwaukee Hotel LLC*
                Case No. 24-21743

Dear Judge Halfenger:

I am writing on behalf of Wisconsin & Milwaukee Hotel LLC (the "**Debtor**") to report on the terms of an agreement reached to resolve a potential objection by the United States Trustee ("**UST**") to the Motion for Order Establishing Procedures for Interim Compensation and Reimbursement (the "**Motion**") filed by the Debtor on May 15, 2024 [Doc 120]. Subject to the filing of an objection by any other interested party, the Debtor and the UST have agreed to (and the Debtor will file a proposed order that will reflect) the relief requested in the Motion, provided that the relief sought in the Motion shall apply solely to Richman & Richman LLC, and that "Interested Parties" (UST and the Lender in particular, as defined in the Motion) shall have ten (10) days from service of the applicable invoices to resolve and otherwise file any objections.

The proposed Order will be filed after the expiration of the objection deadline of June 5, 2024.

Respectfully,

RICHMAN & RICHMAN LLC

Michael P. Richman
MPR/hms

Cc: Laura D. Steele (counsel for the United States Trustee)