# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## NOTICE AND APPLICATION OF DEBTOR
## FOR AUTHORITY TO RETAIN AND EMPLOY MALLERY SC
## AS SPECIAL COUNSEL FOR A SPECIFIC PURPOSE

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), by its attorneys Richman & Richman LLC, by Michael P. Richman and Claire Ann Richman, hereby files this application for entry of an order authorizing the Debtor to employ and retain Mallery S.C., as special counsel for the Debtor for a specific purpose, pursuant to 11 U.S.C. §§ 327(e) and 330, Federal Rules of Bankruptcy Procedure 2014 and 2016, and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin. This Application is further supported by the Declaration of Christopher L. Strohbehn ("**Strohbehn Declaration**"), attached hereto and incorporated herein as **Exhibit A**, and the record herein.

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and the order of reference in this District entered pursuant to § 157(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to §§ 1408 and 1409.

2.      The statutory predicates for relief sought in the Application are Sections

105(a), 327(e), 328, and 330 of the United States Bankruptcy Code ("**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**").

## BACKGROUND

3.     On April 9, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 case (the "**Case**").

4.     The Debtor remains in possession of its property and is operating its business as a debtor in possession, pursuant to §§ 1107, 1108, 1184 of the Bankruptcy Code.

5.     The Debtor owns and operates the Milwaukee Marriott Downtown, a 205-room full-service, high-end hotel located at 625 N. Milwaukee Street, Milwaukee (the "Hotel").

6.     The Debtor is plaintiff in a prepetition civil action filed on June 8, 2023 and currently pending in the Circuit Court of Milwaukee County, Milwaukee, Wisconsin, styled as *Wisconsin & Milwaukee Hotel LLC vs. City of Milwaukee*, Case No. 23-CV-4237, pursuant to which the Debtor is appealing (and seeking to reduce the amounts of) the City of Milwaukee's property tax assessments of the Hotel for tax years 2022, 2023, and 2024 (the "**Property Tax Appeal**"). The law firm of Mallery SC ("**Mallery**") has been representing the Debtor since 2021 with respect to the City of Milwaukee's property tax assessments of the Hotel, and filed the Property Tax

Appeal on behalf of the Debtor on June 8, 2023. The Debtor wishes to engage them to continue the Property Tax Appeal because of their substantial background and involvement with the City of Milwaukee's property tax assessments of the Hotel, and the Property Tax Appeal, and because a successful outcome could be highly beneficial to the estate.

## REQUESTED RELIEF

7.      Subject to the approval of this Application, the Debtor retained Mallery on May 13, 2024, to continue representing the Debtor in the Property Tax Appeal, as memorialized by an engagement agreement between the Debtor and Mallery ("**Engagement Agreement**"). A true and correct copy of the Engagement Agreement is attached to the Strohbehn Declaration as Exhibit I.

8.      The Debtor believes that it is in the best interests of the estate to retain and employ Mallery to continue to represent it in the Property Tax Appeal, and Mallery is willing and able to continue representing the Debtor in the Property Tax Appeal.

9.      Mallery is a diversified, full-service law firm based in Milwaukee, and the attorneys at Mallery are experienced in handling a broad range of the business and legal needs of its clients. Mallery's practice areas include property tax appeals, and Mallery's property tax team includes experienced attorneys who are familiar with navigating the complicated processes of challenging property tax assessments.[1]

10.      The Debtor believes that Mallery has the experience and resources

---

[1] https://mallerysc.com/practice-areas/wisconsin-property-tax-appeal-lawyers/

necessary to represent it in the Property Tax Appeal. In addition, Mallery already has significant background and experience in the Property Tax Appeal, which will continue to benefit the estate. Were the Debtor to seek to engage alternative counsel, it would be necessary to incur potentially significant fees and expenses for such new counsel to acquire the background and knowledge that Mallery already possesses. A successful result in the Property Tax Appeal has the potential to increase the value of the estate for the benefit of all parties in interest.

11.     Pursuant to Section 327(e) of the Bankruptcy Code, a debtor in possession is authorized to employ "for a specified special purpose", an attorney "that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed. 11 U.S.C. § 327(e). Pursuant to Section 327 (e), four requirements must be met in order for the attorney's retention to be approved:

> (1) the representation is in the best interest of the estate, (2) the attorney represented the debtor in the past, (3) the attorney is for a specific purpose approved by the court, other than to represent the debtor in conducting the case, and (4) the attorney does not represent or hold an interest adverse to the debtor or to the debtor's estate.

*See Stapleton v. Woodworkers Warehouse, Inc. (In re Woodworkers Warehouse, Inc.),* 332 B.R. 403, 406 (D. Del. 2005).

12.     In light of the prepetition services Mallery has provided to the Debtor in the Property Tax Appeal, the Debtor submits that Mallery is well familiar with the Debtor, the City of Milwaukee's property tax assessments of the Hotel, and the Property Tax Appeal, and is well-qualified and uniquely able to act as an efficient

special counsel for the Debtor. By this Application, the Debtor respectfully requests that this Court enter an Order authorizing it to employ and retain Mallery as its special counsel, pursuant to Sections 327(e) and 330 of the Bankruptcy Code.

## SCOPE OF EMPLOYMENT

13. Local Rule 2014 of the Bankruptcy Court for this district provides that an application "must include a specific recitation of the anticipated services to be rendered together with the proposed method of calculating the compensation." Mallery shall act as special counsel to the Debtor, including continuing to represent the Debtor in the Property Tax Appeal, and performing such legal services as may be required under the circumstances of the Property Tax Appeal that are deemed to be in the interests of the Debtor as set forth the Bankruptcy Code. The specific professional services that the Debtor expects that Mallery will continue to render in the Property Tax Appeal include, but shall not be limited to the following:

    a. preparing and reviewing pleadings, motions, and correspondence;

    b. appearing at and representing the Debtor in various proceedings before the Circuit Court of Milwaukee County, including status and scheduling conferences, motion hearings, and trials;

    c. conducting discovery, including conducting and defending depositions of parties and witnesses;

    d. conducting settlement negotiations as appropriate;

    e. handling case administration tasks and addressing procedural issues; and

    f. any other services as necessary as counsel for the Debtor in the Property Tax Appeal.

14. The Debtor's retention of Mallery is essential and should be authorized to avoid any disruption in the Debtor's efforts to prosecute the Property Tax Appeal.

**COMPENSATION**

15. Compensation to Mallery will be calculated based on the work performed, billed at the hourly rates of Mallery attorneys and paraprofessionals, plus reimbursement of the actual and necessary expenses Mallery incurs, in accordance with the ordinary and customary rates which are in effect on the date the services are rendered, including, but not limited to, postage, filing and recording frees, court and governmental agency fees and charges, legal data base and connect charges, witness subpoena fees, expert witness and court reporter fees, travel expenses other than mileage, photocopies, and mileage fees (at the rate allowable for deduction by federal law), and other incidental costs advanced by Mallery specifically for these matters, at the rates commonly charged for such costs to other Mallery clients.

16. The names, positions, and current hourly rates of Mallery's professionals and paraprofessionals currently expected to have primary responsibility for providing services to the Debtor in the Property Tax Appeal are indicated in the following table.

| Name | Title | Years Experience | Hourly Rate |
|---|---|:---:|---:|
| Christopher L. Strohbehn | Shareholder | 22 | $400 per hour |
| Russell J. Karnes | Shareholder | 14 | $350 per hour |
| Paralegals/Support Staff | | N/A | $80 to $150 per hour |

17. Mallery may use the services of other attorneys, law clerks and

paraprofessionals at Mallery during the course of the Property Tax Appeal. If the services of other attorneys, law clerks and paraprofessionals not listed above are used, Mallery will charge the bankruptcy estate at the individual's current hourly rate for similar work. Mallery's hourly rates for other attorneys and paraprofessionals fall within the range of $80 to $500 per hour.

18.     Mallery, as part of its ordinary business practice, periodically reviews and adjusts the hourly rates it charges for professional services. These adjustments typically occur at the beginning of each calendar year.

19.     Mallery understands and agrees to keep detailed records of all time spent on these matters.

20.     No fees shall be paid to Mallery except upon proper application to and approval by the Court.

21.     The Debtor has determined that the rates charged by Mallery are reasonable given the work Mallery is expected to perform in the Property Tax Appeal.

## MALLERY DOES NOT HOLD OR REPRESENT
## ANY ADVERSE INTEREST

22.     To the best of the Debtor's knowledge, based upon the Strohbehn Declaration, Mallery does not have connections with the Debtor, its creditors, or any other party in interest in this Chapter 11 Case, nor the United States Trustee or any person employed in the Office of the United States Trustee, with the exception of the following:

a) Since 2021, Mallery has represented, and continues to represent, Jackson Street Management LLC ("**Jackson Street Management**"), the majority

7

member of the Debtor, and an unsecured creditor of the Debtor, with regard to Jackson Street Management's business and corporate matters. The Debtor does not believe that such concurrent representation is a conflict of interest because the interests of the Debtor and Jackson Street Management are fully aligned in the Property Tax Appeal. Additionally, since 2021, Mallery has represented, and continues to represent, JS Asset Management LLC ("**JS Asset Management**"), an unsecured creditor of the Debtor, with regard to JS Asset Management's business and corporate matters. The Debtor believes that JS Asset Management and the Debtor's interests in the Property Tax Appeal are also fully aligned.

b) Mallery represents Wave Renovations, LLC ("**Wave Renovations**"), a hotel construction/renovation project management company, with regard to Wave Renovations' business and corporate matters. Several members of Wave Renovations are also members of Jackson Street Management.

c) Randall J. Erkert ("**Erkert**") is an equity shareholder with the Firm. Erkert is a member of Jackson Street Management.

d) Mallery holds a prepetition claim against the Debtor in the amount of $6,612.95 consisting of legal fees and expenses rendered by Mallery to the Debtor in the Property Tax Appeal.

23.     While Mallery holds an unsecured claim against the Debtor with respect to services rendered prepetition, neither Mallery nor any professionals who are associated with, or are members of, Mallery possess or assert an economic interest

8

that would lessen the value of the Debtor's estate or that would create an actual or potential dispute against the estate. In addition, special purpose counsel under Section 327(e) is not required to be disinterested. *See In re J.S. II, L.L.C.,* 371 B.R. 311, 317 (Bankr. N.D. Ill. 2007). A specific purpose counsel is not required to be generally "disinterested" as required under Section 327(a). *See In re Film Ventures Int'l, Inc.*, 75 B.R. 250, 252 (B.A.P. 9th Cir. 1987) ("Section 372(e) contains less restrictive requirements than Section 372(a) which governs the employment of general counsel as there is no requirement of disinterestedness."). Thus, holding a prepetition claim should not disqualify an attorney from being special counsel. *In re Albert*, 206 B.R. 636, 642 n. 7 (Bankr. D. Mass. 1997) (finding that although proposed special counsel held a prepetition claim, he could still be employed as special counsel.) Here, pursuant to Sections 327(c) and (e), the Court need only determine whether Mallery holds an interest adverse to the estate, and it does not.

24. The interests of the Debtor and Mallery are aligned and identical with respect to the Property Tax Appeal, and therefore, Mallery does not represent any interest adverse to the Debtor or to the estate with respect to the matters for which Mallery will be providing advice and services as special counsel to the Debtor.

25. Therefore, to the best of Debtor's knowledge, based upon the Strohbehn Declaration, Mallery does not hold or represent any interest adverse to the Debtor or its estate with respect to the matters for which the Debtor wishes to employ Mallery.

**NOTICE**

26. Pursuant to Local Rule 2014, notice of this Application will be served

9

upon the following of their respective counsel, (a) the United States Trustee for the Eastern District of Wisconsin; (b) Computershare Trust Company, N.A., the Debtor's primary secured lender; and (c) any other persons or parties designated by the Court.

27.     The Debtor asserts that notice has been provided to all required parties through the filing of this application via the Court's CM/ECF system, and requests that if no objection or request for hearing is filed within **14 days of the filing of this Application**, that the Court grant the relief requested.

28.     Subject to this Court's approval of this Application, Mallery has indicated that it is willing to serve as the Debtor's counsel in the Property Tax Appeal, and to perform the services described herein.

WHEREFORE, the Debtor requests an Order (a) granting this Application, (b) authorizing it to retain and employ Mallery SC as special counsel for a specific purpose, and (c) granting such other and further relief as this Court may deem just and proper.

Dated this 6th day of June 2024.

> **RICHMAN & RICHMAN LLC**
> **Attorneys for Debtor**
>
> By:  */s/ Michael P. Richman*
> Michael P. Richman
> Claire Ann Richman
> Eliza M. Reyes
> 122 West Washington Avenue, Suite 850
> Madison, WI 53703
> Tel: (608) 630-8990/Fax: (608) 630-8991
> mrichman@RandR.law
> crichman@RandR.law
> ereyes@RandR.law

10

# EXHIBIT A

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## DECLARATION OF CHRISTOPHER L. STROHBEHN IN SUPPORT OF NOTICE AND APPLICATION OF DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY MALLERY SC AS SPECIAL COUNSEL FOR A SPECIFIC PURPOSE

I, Chrisopher L. Strohbehn, hereby declare as follows:

1.     I am a shareholder with the law firm of Mallery SC ("**Mallery**" or the "**Firm**"), whose offices are located at 731 North Jackson Street, Suite 900, Milwaukee, Wisconsin, 53202. I submit this declaration in support of the Notice and Application of Debtor for Authority to Retain and Employ Mallery SC as Special Counsel for a Specific Purpose ("**Application**") for Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "WMH").

2.     Unless otherwise stated, the facts set forth herein are based on my personal knowledge, upon records maintained by Mallery in the ordinary course of business, and which have been reviewed by me or other Mallery attorneys or employees at my direction, or upon information provided to me by other Mallery attorneys or employees. To the extent any information disclosed in this declaration requires amendment or modification as additional information becomes available, a supplemental declaration will be submitted to the court.

3.    The Debtor is plaintiff in the prepetition civil action filed on June 8, 2023 and currently pending in the Circuit Court of Milwaukee County, Milwaukee, Wisconsin, styled as *Wisconsin & Milwaukee Hotel LLC vs. City of Milwaukee*, Case No. 23-CV-4237, pursuant to which the Debtor is appealing (and seeking to reduce the amounts of) the City of Milwaukee's property tax assessments of the Hotel for tax years 2022, 2023, and 2024 (the "**Property Tax Appeal**").

4.    Mallery has been representing the Debtor with respect to the assessment of real and personal property taxes by the City of Milwaukee since 2021. Mallery filed the Property Tax Appeal on behalf of the Debtor on June 8, 2023, and the Debtor desires to retain and employ Mallery as special counsel to the Debtor to continue to represent the Debtor in the Property Tax Appeal.

5.    Subject to the approval of the Application, the Debtor retained Mallery on May 13, 2024, to continue representing the Debtor in the Property Tax Appeal, as memorialized by an engagement agreement between the Debtor and Mallery ("**Engagement Agreement**"). A true and correct copy of the Engagement Agreement is attached hereto and incorporated herein as **Exhibit I**.

6.    Given its background and involvement in the Property Tax Appeal prior to the commencement of this chapter 11 case, and the benefit to the estate if the case results in a reduction of the Debtor's property taxes, the Debtor believes that it is in the best interests of the estate to retain and employ Mallery to continue to represent it in the Property Tax Appeal, and Mallery is willing and able to continue representing the Debtor in the Property Tax Appeal.

2

7.     Mallery is a diversified, full-service law firm based in Milwaukee, and the attorneys at Mallery are experienced in handling a broad range of the business and legal needs of its clients. Mallery's practice areas include property tax appeals, and Mallery's property tax team includes experienced attorneys who are familiar with navigating the complicated processes of challenging property tax assessments.

8.     The specific professional services that the Debtor expects that Mallery will continue to render in the Property Tax Appeal include, but shall not be limited to the following:

     a. preparing and reviewing pleadings, motions, and correspondence;

     b. appearing at and representing the Debtor in various proceedings before the Circuit Court of Milwaukee County, including status and scheduling conferences, motion hearings, and trials;

     c. conducting discovery, including conducting and defending depositions of parties and witnesses;

     d. conducting settlement negotiations as appropriate;

     e. handling case administration tasks and addressing procedural issues; and

     f. any other services as necessary as counsel for the Debtor in the Property Tax Appeal.

9.     The Debtor's retention of Mallery is essential and should be authorized to avoid any disruption in the Debtor's efforts to prosecute the Property Tax Appeal.

10.    Compensation to Mallery will be calculated based on the work performed, billed at the hourly rates of Mallery attorneys and paraprofessionals, plus reimbursement of the actual and necessary expenses Mallery incurs, in accordance

3

with the ordinary and customary rates which are in effect on the date the services are rendered, including, but not limited to, postage, filing and recording frees, court and governmental agency fees and charges, legal data base and connect charges, witness subpoena fees, expert witness and court reporter fees, travel expenses other than mileage, photocopies, and mileage fees (at the rate allowable for deduction by federal law), and other incidental costs advanced by Mallery specifically for these matters, at the rates commonly charged for such costs to other Mallery clients.

11. The names, positions, and current hourly rates of Mallery's professionals and paraprofessionals currently expected to have primary responsibility for providing services to the Debtor in the Property Tax Appeal are indicated in the following table.

| Name | Title | Years Experience | Hourly Rate |
|------|-------|------------------|-------------|
| Christopher L. Strohbehn | Shareholder | 22 | $400 per hour |
| Russell J. Karnes | Shareholder | 14 | $350 per hour |
| Paralegals/Support Staff | | N/A | $80 to $150 per hour |

12. Mallery may use the services of other attorneys, law clerks and paraprofessionals at Mallery during the course of the Property Tax Appeal. If the services of other attorneys, law clerks and paraprofessionals not listed above are used, Mallery will charge the bankruptcy estate at the individual's current hourly rate for similar work. Mallery's hourly rates for other attorneys and paraprofessionals fall within the range of $80 to $500 per hour. Mallery, as part of its ordinary business practice, periodically reviews and adjusts the hourly rates it charges for professional services. These adjustments typically occur at the beginning

4

of each calendar year.

13.   Mallery understands and agrees to keep detailed records of all time spent on these matters.

14.   No fees shall be paid to Mallery except upon proper application to and approval by the Court.

15.   In connection with the Debtor's proposed retention of Mallery to continue its representation in the Property Tax Litigation, and in preparing this Declaration, Mallery employees, under my supervision, conducted a search of Mallery's internal "conflicts" database for each of the following entities (collectively, the "**Search Parties**"). The list of the Search Parties is attached hereto and incorporated herein as Exhibit II.

- the Debtor's equity holders;
- the Debtor's management;
- the Debtor's secured and unsecured creditors; and
- other parties in interest.

16.   To the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I, nor any attorney at Mallery is a relative of any of the United States Bankruptcy Judges who may be assigned to this case. To the best of my knowledge, information, and belief, Mallery does not have connections with the Debtor, its creditors, or any other party in interest in this Chapter 11 Case, , nor the United States Trustee or any person employed in the Office of the United States Trustee, with the exception of the following:

5

a) Since 2021, Mallery has represented, and continues to represent, Jackson Street Management LLC ("**Jackson Street Management**"), the majority member of the Debtor, and an unsecured creditor of the Debtor, with regard to Jackson Street Management's business and corporate matters. I do not believe that such concurrent representation is a conflict of interest because the interests of the Debtor and Jackson Street Management are fully aligned in the Property Tax Appeal. Additionally, since 2021, Mallery has represented, and continues to represent, JS Asset Management LLC ("**JS Asset Management**"), an unsecured creditor of the Debtor, with regard to JS Asset Management's business and corporate matters. I believe that JS Asset Management and the Debtor's interests in the Property Tax Appeal are also fully aligned.

b) Mallery represents Wave Renovations, LLC ("**Wave Renovations**"), a hotel construction/renovation project management company, with regard to Wave Renovations' business and corporate matters. Several members of Wave Renovations are also members of Jackson Street Management.

c) Randall J. Erkert ("**Erkert**") is an equity shareholder with the Firm. Erkert is a member of Jackson Street Management.

d) Mallery holds a prepetition claim against the Debtor in the amount of $6,612.95 consisting of legal fees and expenses rendered by Mallery to the Debtor in the Property Tax Appeal.

17.     After reviewing the conflicts search, as far as I have been able to

6

determine after reasonable inquiry, neither I, nor Mallery, including any of it is partners, counsel, associates or any other professional person employed by Mallery, holds or represents any interest adverse to the Debtor or its estate with respect to matters on which Mallery is proposed to be retained as special counsel.

18.     To the extent that Mallery holds an unsecured claim against the Debtor with respect to services rendered prepetition, I believe that neither Mallery nor any professionals who are associated with, or are members of, Mallery possess or assert an economic interest that would lessen the value of the Debtor's estate or that would create an actual or potential dispute against the estate. The interests of the Debtor and Mallery are aligned and identical with respect to the Property Tax Appeal, and therefore, I believe that Mallery does not represent any interest adverse to the Debtor or to the estate with respect to the matters for which Mallery will be providing advice and services as special counsel to the Debtor.

19.     Mallery has not agreed to share any compensation received in connection with this proceeding with any entity other than its members, counsel, or associates in accordance with 11 U.S.C. § 504(b).

I declare under penalty of perjury under the laws of the United States that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct to the best of my knowledge.

Executed in Milwaukee, Wisconsin this 6th day of June, 2024.

Christopher L. Strohbehn

7

# EXHIBIT I



**A LIMITED LIABILITY SERVICE CORPORATION**

Christopher L. Strohbehn
Direct Telephone: 414-727-6291
Email: cstrohbehn@mallerysc.com

May 13, 2024

**VIA EMAIL (rerkert@mallerysc.com)**
Randall G. Erkert
Wisconsin & Milwaukee Hotel LLC
731 N. Jackson Street, Suite 420
Milwaukee, WI 53202

Dear Mr. Erkert:          Re: Engagement Terms
                                               Wisconsin & Milwaukee Hotel LLC– Property
                                               Tax Appeal

The Wisconsin Supreme Court requires attorneys to send to each new client a written description of the scope of services and basis of payment.

As we discussed, my firm and I are willing to represent Wisconsin & Milwaukee Hotel LLC, regarding a property tax appeal related to the 2022, 2023 and 2024 assessments of parcel numbers 396-0471-000 which is currently subject of litigation in Milwaukee County Circuit Court case no. 23-CV04237. Like most law firms, Mallery s.c. charges for services on an hourly basis and for expenses and advances. Our basic billing and engagement policies are described on the enclosed document entitled "Engagement Terms."

I currently bill at the rate of $400 per hour for matters of this nature. My colleague, Russ Karnes, bills at the rate of $350 per hour. I might involve other lawyers and legal assistants at my firm if I can reduce the fees we charge because of their lower rates if their involvement would add to the efficiency of your representation or if their experience would be useful. A list of the current billing rates for attorneys at Mallery s.c. is attached to this letter. These rates may change on or about January 1 of each year.

Mallery s.c. is organized as a limited liability service corporation under the laws of Wisconsin. The firm is responsible for professional liabilities incurred by its attorneys. Each attorney also may be personally liable for any acts, errors, or omissions arising out of the performance of professional services. The firm maintains professional liability insurance as required by the Rules of Professional Conduct of the Wisconsin Supreme Court.

If the terms of this letter, as well as the Engagement Terms, are acceptable to you, please acknowledge your agreement below and return an executed copy to me. Upon my receipt of an acknowledged copy of this letter, whether by mail, facsimile or otherwise, this letter and the Engagement Terms will constitute the contract between Mallery s.c. and you. If you have any questions or concerns, please call me.

While this letter describes the terms of the engagement for the specific matter described above, the general terms of this letter and the Engagement Terms will apply, unless otherwise agreed in writing, to this and all future projects for which we perform services for you, or any entity owned by or affiliated with you.

Thank you for allowing my law firm and me to be of service.

Sincerely,

CHRISTOPHER L. STROHBEHN

Enclosure

Acknowledged and agreed to as of _____, 2024:


_____
Wisconsin & Milwaukee Hotel LLC
Authorized Agent or Representative

4876-9193-5934, v. 1

**ENGAGEMENT TERMS – 2024**

**MALLERY s.c.**

I.       Rates

Our current ordinary billing rates range from $200 to $500 per hour for attorneys and $80 to $150 per hour for legal assistants performing paralegal work. Rates are based on experience levels and areas of practice. Our rates are subject to annual, year-end adjustments which are ordinarily in the $5 to $10 per hour range, but which might be more or less than this range. A current list of our rates is attached. Upon written request, we will provide a list of revised rates to ongoing clients when changes are made.

II.      Expenses and Advances

Expenses and advances include without limitation (a) costs for messenger services, overnight courier charges (such as UPS and Federal Express), postage, service-of-process charges, filing and recording fees, court and governmental agency fees and charges, legal data base and connect charges, witness subpoena fees, expert witness and court reporter fees, travel expenses other than mileage and similar items based on our actual costs, and (b) photocopies at the rate of $0.15 per page when we make the copies, photocopies at our actual cost if we pay copy services, the court or other parties for the copies, long distance facsimiles at the rate of $0.10 per page and mileage fees at the rate allowable for deduction by federal law. We believe that these charges compensate us for our approximate expenses and advances in connection with the client's representation. Of course, not all of these charges will apply on any given project. However, if the amount of any advance exceeds $100, we may in our discretion ask that the client pay the item directly. Of course, if the client fails to do so, we reserve the right to pay the item and bill the client for it.

III.     Frequency of Invoices

We generally bill on a monthly basis; however, this is only a rough rule of thumb, and we reserve the right to bill less or more frequently. For certain projects, particularly projects that we expect will have a total invoice of less than $2,500 or shorter term matters, we may at our discretion bill upon the completion of the project.

IV.   Late Payments/Failures to Pay

Payments are due within 10 days of the date mailed to the client. Notwithstanding the foregoing, unless otherwise agreed in writing, if any invoice is not paid on or before the day 30 days after the date the invoice is mailed to a client, we reserve the right to (a) charge interest on a daily basis from the date due until paid at the rate of 15% per year on all amounts described on the invoice; and (b) rescind any discount described on the invoice. If the client is unable to pay the amount of the invoice when due, the client should, before the invoice is due, call the attorney with whom the client is working to see if we are amenable to other arrangements.

V.   Withdrawal

The client will not object to our withdrawal as counsel if the client fails to make payments pursuant to the terms of our agreement with the client, the client requires that we act in a manner that we deem to be illegal or unethical or, if the engagement involves litigation, the client insists on pursuing a claim that we do not believe has merit. Any unused portion of any deposit will be returned to the client at the time of our withdrawal.

VI.   Collection/Attorneys' Lien

If we commence a collection action for the amounts payable to us and we obtain an award or judgment against the client in such action, we will charge the client, and the client agrees to pay, for our fees and expenses in connection with such action. Such charge may be included in the amount of the award or judgment. Additionally, by accepting the terms of our engagement, the client grants to us, to secure the payment of our fees and expenses, a lien on all of the client's files, papers and other materials in our possession, any deposits in our possession and on the proceeds of any action in which we have represented the client.

VII.   Files and Materials in Our Possession

Unless otherwise agreed in writing, we will assume that all documents and other materials that come into our possession are duplicates and are delivered to us for our use in representing the client. This assumption shall hold true even if the documents and materials purport to be originals or contain original signatures. Accordingly, we shall have the right, without further notice, to destroy our files and their contents, including our work product, for any project on which we have performed no legal services for the client for a period of at least six consecutive years. During the period we maintain files for the client, we will provide copies or originals, upon written request, of any documents and materials in the file provided the client pays for our time and copying expenses and advances at the rates set forth above, including the expenses and advances of making copies for our files of any original materials requested by the client. If we no longer provide services for the client at the time of the request, we have the right to require the client to prepay for such time and copying.

## 2024 Hourly Billing Rates

Shareholders
| | |
|---|---|
| Adam A. Bardosy | $395 |
| Randall G. Erkert | $360 |
| Catherine A Faught | $395 |
| Andrew G. Frank | $390 |
| Douglas G. French | $480 |
| Jon S. Herreman | $450 |
| Jacqueline G. Hrovat | $400 |
| Russell J. Karnes | $350 |
| Ajay V. Kuttemperoor | $450 |
| Michael A. Marx | $395 |
| Michael J. McDonagh | $500 |
| Andrew Robinson | $350 |
| Christopher L. Strohbehn | $400 |

Associates
| | |
|---|---|
| Maggie L. Seifert | $300 |
| Stephen L. Lovell | $200 |
| Samantha S. Bailey | $250 |

Paralegals/Legal Assistants
| | |
|---|---|
| Jeanne Demet | $150 |
| Mary Ellen Panzer | $80 |
| Alexandra Wells | $80 |
| Caroline Tietjens | $150 |
| Jessica Watson | $150 |

4859-6624-1982, v. 1

# EXHIBIT II

**Fill in this information to identify the case:**

Debtor name: **Wisconsin & Milwaukee Hotel LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known): **24-21743**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

**2.1**   **City of Milwaukee**
Creditor's Name

**Office of the City Treasurer Customer Services Division
PO Box 514062
Milwaukee, WI 53203-3462**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**December 31, 2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Computershare Trust Company, N.A.
2. Wisconsin & Milwaukee Hotel Funding, LLC
3. City of Milwaukee**

Describe debtor's property that is subject to a lien
**Full-service high-end hotel known as the Milwaukee Marriott Downtown
625 N. Milwaukee Street
Milwaukee, WI 53202**

Describe the lien
**Real Estate Taxes - Tax Year 2023**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$549,089.87**    Value of collateral: **$26,400,000.00**

---

**2.2**   **Computershare Trust Company, N.A.**
Creditor's Name

**250 Royall Street
Canton, MA 02021**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**All real and personal property of the Debtor.**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Amount of claim: **$46,288,403.25**    Value of collateral: **$26,400,000.00**

---

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 2

| | |
|---|---|
| Date debt was incurred | ■ No |
| **August 31, 2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **unknown** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

**2.3**  **Wisconsin & Milwaukee Hotel Funding, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien   **$2,000,000.00**   **$26,400,000.00**
**Full-service high-end hotel known as the Milwaukee Marriott Downtown**

**311 E. Chicago Street
Suite 510
Milwaukee, WI 53202**
Creditor's mailing address

**625 N. Milwaukee Street
Milwaukee, WI 53202**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$48,837,493.12**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **City of Milwaukee City Hall 200 E. Wells Street Room 800 Milwaukee, WI 53202** | Line **2.1** | |
| **Wisconsin Housing & Economic Development Authority (WHEDA) 611 W. National Avenue Milwaukee, WI 53204** | Line **2.2** | **unknown** |

Debtor name **Wisconsin & Milwaukee Hotel LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **24-21743**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Access One Inc.**<br>**820 W Jackson Blvd.**<br>**6th Floor**<br>**Chicago, IL 60607**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Trade Creditor - materials or services_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$213.27** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Airgas USA LLC**<br>**259 North Radnor-Chester Road**<br>**Suite 100**<br>**Radnor, PA 19087-5283**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Trade Creditor - materials or services_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,268.81** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Akrit Sales & Service, Inc.**<br>**17300 W. Cleveland Avenue**<br>**New Berlin, WI 53146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Trade Creditor - materials or services_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$929.45** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Alliance Laundry Systems Distribution**<br>**PO Box 844226**<br>**Dallas, TX 75284-4226**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Trade Creditor - materials or services_<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$574.72** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,792.93 |
|---|---|---|---|

**ALSCO Inc.**
**505 East 200 South**
**Salt Lake City, UT 84102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.24 |
|---|---|---|---|

**ASSA Abloy Global Solutions**
**PO Box 70340**
**SE-107 23**
**Stockholm, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.08 |
|---|---|---|---|

**Boelter Companies**
**PO Box 734296**
**Chicago, IL 60673-4296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.76 |
|---|---|---|---|

**BOSS Beer Line Cleaning**
**PO Box 486**
**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.71 |
|---|---|---|---|

**Canon Solutions America, Inc.**
**One Canon Park**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.84 |
|---|---|---|---|

**Carisolo Inc.**
**Carisolo Grinding Service**
**E7995 School Road**
**Sauk City, WI 53583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,902.44 |
|---|---|---|---|

**Cintas**
**N56 W13605 Silver Spring Drive**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: <u>Trade Creditor - materials or services</u>

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-21743-gmh    Doc 100    Filed 05/06/24    Page 143 of 188
Case 24-21743-gmh    Doc 146    Filed 06/06/24    Page 30 of 44

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,663.82 |
|---|---|---|---|

**Courtesy Products, Inc.**
**10840 Linpage Place**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number  unknown

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.61 |
|---|---|---|---|

**Coyle Hospitality Services, Inc.**
**244 Madison Avenue**
**Suite 369**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,524.00 |
|---|---|---|---|

**CVENT**
**PO Box 822699**
**Philadelphia, PA 19182-2699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,281.02 |
|---|---|---|---|

**Deluxe Branded Marketing**
**PO Box 645633**
**Cincinnati, OH 45264-5633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,238.00 |
|---|---|---|---|

**Ecolab Institutional**
**PO Box 70343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.00 |
|---|---|---|---|

**Ecolab Pest Elimination Division**
**25252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.92 |
|---|---|---|---|

**Edward Don and Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.95 |
| --- | --- | --- | --- |

**FAXPIPE**
**AIRCOM LLC DBA AIRCOMUSA**
**190 W. 800 N Street**
**Suite 202**
**Provo, UT 84601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
| --- | --- | --- | --- |

**Fitztgerald Consultancy**
**44 East Mifflin Street**
**Suite 305**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/2023 - 3/31/2024**

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,721.17 |
| --- | --- | --- | --- |

**Fortune Fish Company**
**Lockbox 235263**
**Chicago, IL 60689-5263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |

**Four Peas Consulting**
**PO Box 101**
**Eau Claire, WI 54702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,104.29 |
| --- | --- | --- | --- |

**Grainger Inc.**
**Dept 843980004**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,145.65 |
| --- | --- | --- | --- |

**Guest Supply LLC**
**PO Box 6771**
**300 Davidson Avenue**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,947.19 |
| --- | --- | --- | --- |

**Guest Tek Interactive**
**1060 Lake Susan Drive**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,052.00 |
|---|---|---|---|

**J.M. Brennan Inc.**
2101 W. St. Paul Avenue
Milwaukee, WI 53233

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414,166.66 |
|---|---|---|---|

**Jackson Street Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  5/8/2020, 11/30/2020, 12/11/2020, 12/28/2020
Last 4 digits of account number  **None**

Basis for the claim: **Operating Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,922.83 |
|---|---|---|---|

**JLL**
200 East Randolph Drive
43 Floor
Chicago, IL 60601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/30/2023 - 3/31/2024**
Last 4 digits of account number  **None**

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,719.69 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **12/1/2019 to 9/30/2021**
Last 4 digits of account number  **None**

Basis for the claim: **Operating Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296,693.94 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **1/1/2020 - 2/29/2024**
Last 4 digits of account number  **None**

Basis for the claim: **Accrued Asset Management Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511,857.00 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/8/2020**
Last 4 digits of account number  **None**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.00 |
|---|---|---|---|

**Knot Worlwide Inc.**
PO Box 32177
New York, NY 10087-2177

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 24-21743-gmh    Doc 100    Filed 05/06/24    Page 146 of 188
Case 24-21743-gmh    Doc 146    Filed 06/06/24    Page 33 of 44

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129,190.31 |
|---|---|---|---|

**Marriott International, Inc.**
7750 Wisconsin Avenue
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Franchise Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $819.00 |
|---|---|---|---|

**Martin Sourcing & Logistics LLC**
533 Jackson Way
Pevely, MO 63070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,254.24 |
|---|---|---|---|

**Meats by Linz, Inc.**
PO Box 59
414 E. State Street
Calumet City, IL 60409-0059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.60 |
|---|---|---|---|

**Milwaukee Pretzel Company**
8050 N. Granville Woods Road
Milwaukee, WI 53223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Milwaukee World Festival**
BIN 88485
639 E. Summerrfest Place
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Playback Prodigy**
PO Box 70838
Las Vegas, NV 89170-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,399.69 |
|---|---|---|---|

**Restaurant Technologies, Inc.**
12962 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Creditor - materials or services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.09 |
|---|---|---|---|

**RR Donnelley**
55111 S 9th Street
Milwaukee, WI 53221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,324.01 |
|---|---|---|---|

**State Chemical Solutions**
PO Box 844284
Boston, MA 02284-4284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,699.07 |
|---|---|---|---|

**Tambourine**
100 W. Cypress Creek Road
Suite 550
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,622.23 |
|---|---|---|---|

**Testa Produce, Inc.**
O2nd Dept 2105
PO Box 5905
Carol Stream, IL 60197-5905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383,555.68 |
|---|---|---|---|

**Town Bank**
9801 W. Higgins Road
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/24/2021__

Last 4 digits of account number __4083__

Basis for the claim: __PPP Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Towne Park LLC**
PO Box 79349
Baltimore, MD 21279-0349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.18 |
|---|---|---|---|

**Turano Baking Company**
6501 West Roosevelt Road
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.75 |
|---|---|---|---|
| | **UMF Corporation**<br>**3600 Commercial Avenue**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,760.00 |
|---|---|---|---|
| | **Urban Elevator - Wisconsin**<br>**PO Box 70**<br>**Berwyn, IL 60402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,407.18 |
|---|---|---|---|
| | **US Foodservice Inc.**<br>**W137N9245 WI-45**<br>**Menomonee Falls, WI 53051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410.40 |
|---|---|---|---|
| | **Valentine Coffee**<br>**5918 W. Vliet Street**<br>**Milwaukee, WI 53208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,576.19 |
|---|---|---|---|
| | **Vistar Corporation**<br>**16639 Gale Way Avenue**<br>**Hacienda Heights, CA 91745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449,000.00 |
|---|---|---|---|
| | **Wave Renovations LLC**<br>**731 N. Jackson Street**<br>**Suite 420**<br>**Milwaukee, WI 53202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/22/2020, 2/28/2020,__<br>__6/9/2020, 6/30/2020__ | Basis for the claim: __Operating Loan__ | |
| | Last 4 digits of account number __None__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|
| | **Winter Services LLC**<br>**5343 N. 118th Court**<br>**Milwaukee, WI 53225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Creditor - materials or services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|---|---|---|---|

**Wisconsin Hotel & Lodging**
**125 N. Executive Drive**
**Suite 206**
**Brookfield, WI 53005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,280.18 |
|---|---|---|---|

**Wolf's Dry Cleaners**
**1354 N. Seventh Street**
**Milwaukee, WI 53205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,008.15 |
|---|---|---|---|

**Zone Mechanical North LLC**
**731 County Road DDD**
**Suite 300**
**Wrightstown, WI 54180**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,435,339.94 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,435,339.94 |

Fill in this information to identify the case:

Debtor name    **Wisconsin & Milwaukee Hotel LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **24-21743**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SIP (telephone) services contract; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **6 months** | **Access One, Inc.** |
| | List the contract number of any government contract | | **820 W. Jackson Blvd. 6th Floor Chicago, IL 60607** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Beverage gas; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **1 year** | **Airgas USA, LLC** |
| | List the contract number of any government contract | | **3101 Stafford Drive Charlotte, NC 28208** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - HOTSOS preventative maintenance; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Expires 4/30/24** | **Amadeus Hospitality Americas, Inc.** |
| | List the contract number of any government contract | | **75 New Hampshire Avenue Portsmouth, NH 03801** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Reservation of flight personnel rooms; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **American Airlines, Inc. 1 Skyview Drive Fort Worth, TX 76155** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Music licensing contract; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **ASCAP 2 Music Square West Nashville, TN 37203** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - kitchen hood cleaning; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | **Averus Inc. 3851 Clearview Court Gurnee, IL 60031** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Copier services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2025** | |
| | List the contract number of any government contract | | **Canon Solutions America, Inc. 425 Martingale Road Schaumburg, IL 60173** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Supply contract - kitchen uniforms; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/23/2025** | |
| | List the contract number of any government contract | | **CINTAS Corporation No. 2 6415 N. 2nd Street Milwaukee, WI 53223** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - hotel security; Contract is either with, or for the benefit of, the Debtor. Month to month** | |
| | State the term remaining | | **Elite Protection Specialist, LLC** |
| | List the contract number of any government contract | | **PO Box 185** **Pewaukee, WI 53072** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - EPIK (telephone); Contract is either with, or for the benefit of, the Debtor. Expires 9/13/2024** | |
| | State the term remaining | | **Granite Telecommunications** |
| | List the contract number of any government contract | | **100 Newport Ave Ext** **Quincy, MA 02171** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting and Asset Management Agreement** | |
| | State the term remaining | **Annual renewal** | **JS Asset Management LLC** **731 N. Jackson Street** **Suite 420** |
| | List the contract number of any government contract | | **Milwaukee, WI 53202** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Reader Board Services; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **Knowland Group, LLC** |
| | List the contract number of any government contract | | **1735 N. Lynn Street** **Arlington, VA 22209** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for brand marketing; Contract is either with, or for the benefit of, the Debtor. Month to month** | |
| | State the term remaining | | **Marriott International Inc.** |
| | List the contract number of any government contract | | **10400 Fernwood road** **Bethesda, MD 20817** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Marriott International Inc.** |
| | List the contract number of any government contract | | **10400 Fernwood road** |
| | | | **Bethesda, MD 20817** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - F&B reservations and marketing; Contract is either with, or for the benefit of, the Debtor. Month to month** | |
|---|---|---|---|
| | State the term remaining | | **OpenTable, Inc.** |
| | List the contract number of any government contract | | **1 Montgomery Street** |
| | | | **San Francisco, CA 94104** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Services contrct - public area music programming; Contract is either with, or for the benefit of, the Debtor. Expires 5/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Prescriptive Music, LLC** |
| | List the contract number of any government contract | | **5900 Canoga Avenue Suite 300 Woodland Hills, CA 91367** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - associate distress devices; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | | **Relay Inc.** |
| | List the contract number of any government contract | | **4200 Six Forks Road Suite 1800 Raleigh, NC 27609** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - fryer oil and filtration services; Contract is either with, or for the benefit of, the Debtor. Month to month** | |
|---|---|---|---|
| | State the term remaining | | **Restaurant Technologies, Inc.** |
| | List the contract number of any government contract | | **2250 Pilot Knob Road Suite 100 Saint Paul, MN 55120** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - contract licensing; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **SESAC** |
| | List the contract number of any government contract | | **35 Music Square East Nashville, TN 37203** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - marketing services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2024** | **Tambourine** |
| | List the contract number of any government contract | | **100 W. Cypress Creek Road Suite 550 Fort Lauderdale, FL 33309** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Valet parking services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/1/2026** | **Towne Park, LLC** |
| | List the contract number of any government contract | | **555 E. North Lane Suite 5020 Conshohocken, PA 19428** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - AC maintenance agreement; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/11/2024** | **Trane U.S.** |
| | List the contract number of any government contract | | **234 West Florida Street Milwaukee, WI 53204** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - marketing services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Trip Advisor LLC** |
| | List the contract number of any government contract | | **400 - 1st Avenue Needham Heights, MA 02494** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Elevator maintenance services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/2027** | **Urban Elevator Service, LLC** |
| | List the contract number of any government contract | | **4830 WEst 16th Street** **Cicero, IL 60804** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Temporary/contract labor; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **V&J Hospitality Services, LLC** |
| | List the contract number of any government contract | | **443 Parkridge Drive** **Pittsburgh, PA 15235** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Advertising; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Wedding Pages LLC** |
| | List the contract number of any government contract | | **462 Broadway** **6th Floor** **New York, NY 10013** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract** | |
|---|---|---|---|
| | State the term remaining | | **White Lodging Management Corp.** |
| | List the contract number of any government contract | | **701 83rd Avenue** **#17** **Merrillville, IN 46410** |

Case 24-21743-gmh    Doc 100    Filed 05/06/24    Page 156 of 188
Case 24-21743-gmh    Doc 146    Filed 06/06/24    Page 43 of 44

## United States Bankruptcy Court
### Eastern District of Wisconsin

In re **Wisconsin & Milwaukee Hotel LLC**
Debtor(s)

Case No. **24-21743**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FORE Investments LLC**<br>**731 N. Jackson Street**<br>**Suite 900**<br>**Milwaukee, WI 53202** | | | **LLC Member - 0.01% interest** |
| **Jackson Street Management LLC**<br>**731 N. Jackson Street**<br>**Suite 4320**<br>**Milwaukee, WI 53202-4612** | | | **LLC Member - 99.9% interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, **Mark Flaherty, Manager of Jackson Street Management, LLC,** manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 6, 2024

Signature  /s/ Mark Flaherty
**Jackson Street Management, LLC**
**By: Mark Flaherty, Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders