IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Wisconsin & Milwaukee Hotel, LLC ) | |
| ) | Case No. 24-21743 |
| *Debtors*. ) | |
| ) | Honorable G. Michael Halfenger |
| ) | |
| _____ ) | |

## WHITE LODGING'S OBJECTION TO
## RULE 2004 MOTION FOR DISCOVERY

White Lodging Services Corporation ("White Lodging"), by and through its undersigned counsel, hereby objects to the Rule 2004 Motion for Discovery from Debtor and White Lodging Services Corporation ("Motion") filed by Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC (collectively, "Movants"). In support thereof, White Lodging respectfully states as follows:

1. April 9, 2024 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is operating its business as a debtor in possession pursuant to §§1107, 1108, and 1184 of the Bankruptcy Code.

3. Debtor owns and operates a hotel located at 624 N. Milwaukee Street, Milwaukee, known as the Milwaukee Marriot Downtown (the "Hotel").

4. Pursuant to a certain Management Agreement dated June 14, 2011, as amended, (the "Agreement") Debtor has authorized and engaged White Lodging to supervise, direct and control the management and operation of the Hotel. Pursuant to the Agreement White Lodging is responsible for Hotel operations, including employing all employees at the Hotel, procuring

1

inventories and fixed asset supplies, collecting revenues from hotel operations and paying of all the expenses of the Hotel.

5. Movants have filed a motion for Rule 2004 Exam seeking an order to compel White Lodging to produce certain documents and allow access to the Property to conduct an appraisal in order to evaluate Debtor's yet-to-be proposed plan of reorganization.

6. Movants have not attached a proposed subpoena to the Motion but have enumerated an expansive list of documents and interrogatories.

7. Movants seek disclosure of confidential and proprietary information of White Lodging and Debtor. Debtor and White Lodging have requested information from Movants and their Counsel with regard to counsel's possible past or current representation of a competitor and are concerned that information may be shared with that competitor. Thus, Debtor and White Lodging have requested that Movants submit proposed discovery requests with definitions and instructions that limit the scope and use of the information requested.

8. Without a proposed subpoena and information as to whether information is being shared with certain parties, Debtor and White Lodging are unable to draft an appropriate confidentiality agreement.

9. Movants further seek production of documents and answers to interrogatories by June 21, 2024, which considering the breadth of the requests is not sufficient time to answer the document requests and interrogatories identified in the Motion.

WHEREFORE, White Lodging Services Corporation respectfully requests the entry of an Order denying Movant's Rule 2004 Motion for Discovery and grant such further relief that is equitable and just.

WHITE LODGING SERVICES
CORPORATION


By: /s/ Amy E Daleo
One of its Attorneys

Cornelius P. Brown (nbrown@cohonraizes.com)
Amy E Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP (90192)
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Office: (312) 726-2252
Fax: (312) 726-0609

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

### NOTICE OF WHITE LODGING'S OBJECTION TO RULE 2004 MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on June 14, 2024, I caused to be filed, with the United States Bankruptcy Court for the Eastern District of Wisconsin, **White Lodging Services Corporation's Objection to Rule 2004 Motion for Discovery** (the "Objection") which objects to the Rule 2004 Motion for Discovery from Debtor and White Lodging Services Corporation filed by Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC (Dkt. no. 139)) using the Court's CM/ECF electronic filing system.

Dated: June 14, 2024

                                              **WHITE LODGING SERVICES CORPORATION**

                                              By:  */s/ Amy E Daleo*
                                                      One of its Attorneys

                                            Cornelius P. Brown
(nbrown@cohonraizes.com)
Amy E Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP (90192)
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Office: (312) 726-2252
Fax: (312) 726-0609

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I caused to be filed, with the United States Bankruptcy Court for the Eastern District of Wisconsin, **White Lodging Services Corporation's Objection to Rule 2004 Motion for Discovery** (the "Objection") and **Notice of Objection**, using the Court's CM/ECF electronic filing system which caused the Objection to be sent to all parties in this case receiving electronic notice. Further, I certify that on June 14, 2024, at the offices of Cohon Raizes & Regal LLP, 300 S. Wacker Drive, Ste. 500, Chicago, IL 60606, I caused the Objection to be served upon the individuals and entities shown on the attached service list via first class U.S. Mail, Postage prepaid.

Dated: June 14, 2024.

                                                          **WHITE LODGING SERVICES CORPORATION**

                                                          By: */s/ Amy E Daleo*
                                                                    One of its Attorneys

                                                          Cornelius P. Brown
                                                          (nbrown@cohonraizes.com)
                                                          Amy E Daleo (adaleo@cohonraizes.com)
                                                          Cohon Raizes & Regal LLP (90192)
                                                          300 S. Wacker Drive, Suite 500
                                                          Chicago, IL 60606
                                                          Office: (312) 726-2252
                                                          Fax: (312) 726-0609

**SERVICE LIST:**

Office of the United States Trustee
517 E. Wisconsin Ave. Room 430
Milwaukee WI, 53202

Attorney Michael P. Richman
Richman & Richman LLC
122 W. Washington Ave., Suite 850
Madison, WI 53703

Frank W. DiCastri
Sara C. McNamara
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202