UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

ORDER GRANTING APPLICATION OF THE DEBTOR
FOR AUTHORITY TO RETAIN AND EMPLOY
ALLEN & ASSOCIATES AS APPRAISER

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the Notice and Application of the Debtor for Authority to Retain and Employ Allen & Associates as Appraiser ("**Application**") [Doc 136], seeking entry of an order pursuant to Section 327 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Prepared by**:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law

Rules"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to retain and employ Allen & Associates as its appraiser for purposes of the Property Tax Appeal[1], effective as of May 31, 2024, the filing date of the Application ("**Effective Date**"); and the Declaration of Laurence G. Allen in Support of Notice and Application of the Debtor for Authority to Retain and Employ Allen & Associates as Appraiser ("**Allen Declaration**") [Doc 136 – Exhibit A]; and it appearing that Allen & Associates, including the members and staff thereof, is a disinterested person and that the employment of Allen & Associates as its appraiser for purposes of the Property Tax Appeal is in the best interest of the Debtor's estate and the economical administration thereof, accordingly,

IT IS HEREBY ORDERED, that:

1. The Application is granted;

2. Wisconsin & Milwaukee Hotel LLC is authorized to employ Allen & Associates as its appraiser for purposes of the Property Tax Appeal;

3. Wisconsin & Milwaukee Hotel LLC is authorized to compensate Allen & Associates the total fee of $15,000, and is authorized to pay Allen & Associates the Retainer in the amount of $7,500 prior to Allen & Associates rendering services, with the remaining $7,500 to be paid to Allen & Associates upon completion of the Final Appraiser Report to be prepared by Allen & Associates and upon proper application by Allen & Associates and approval by this Court;

---

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Application.

4. The effective date of the employment authorized by this Order shall be May 31, 2024;

5. Until final approval of fees and expenses, any payment to Allen & Associates shall remain subject to recoupment and disgorgement; and

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####