UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**ORDER GRANTING APPLICATION OF THE DEBTOR
FOR AUTHORITY TO RETAIN AND EMPLOY
EISNER ADVISORY GROUP LLC AS FINANCIAL ADVISOR**

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the Notice and Application of the Debtor for Authority to Retain and Employ Eisner Advisory Group LLC as Financial Advisor ("**Application**") [Doc 137], seeking entry of an order pursuant to Section 327 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

**Prepared by**:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law

"**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to retain and employ Eisner Advisory Group LLC ("**EA Group**") as its financial advisor, effective as of May 31, 2024, the filing date of the Application ("**Effective Date**"); and the Declaration of Deborah Friedland in Support of Notice and Application of the Debtor for Authority to Retain and Employ Eisner Advisory Group LLC as Financial Advisor ("**Friedland Declaration**") [Doc 137 – Exhibit A]; and it appearing that the EA Group, including the members and staff thereof, is a disinterested person and that the employment of the EA Group as the Debtor's financial advisor is in the best interest of the Debtor's estate and the economical administration thereof, accordingly,

IT IS HEREBY ORDERED, that:

1. The Application is granted;
2. Wisconsin & Milwaukee Hotel LLC is authorized to employ the accounting and advisory firm of Eisner Advisory Group LLC as its financial advisor in this Chapter 11 Case, with compensation to be paid to the Eisner Advisory Group LLC in such amounts as may be allowed by the Court upon proper applications(s) therefore;
3. The effective date of the employment authorized by this Order shall be May 31, 2024;
4. Until final approval of fees and expenses, any payment to the Eisner Advisory Group LLC shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####