So Ordered.

Dated: June 20, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

### ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY EISNER ADVISORY GROUP LLC AS FINANCIAL ADVISOR

Wisconsin & Milwaukee Hotel LLC, ("Debtor"), filed a Notice and Application of the Debtor for Authority to Retain and Employ Eisner Advisory Group LLC as Financial Advisor. ECF No. 137. The Debtor requests permission to retain and employ Eisner Advisory Group LLC ("EA Group") as its financial advisor, effective as of May 31, 2024. Based on the supporting Declaration of Deborah Friedland, it appears that the EA Group, including the members and staff, is a disinterested person and that the employment of the EA Group as the Debtor's financial advisor is in the best interest of the Debtor's estate and its economical

administration. Accordingly,

IT IS HEREBY ORDERED that:

1. Wisconsin & Milwaukee Hotel LLC is authorized to employ Eisner Advisory Group LLC as its financial advisor to be compensated only in such amounts as the court allows;

2. The effective date of the employment is May 31, 2024; and

3. Until final approval of fees and expenses, any payment to the Eisner Advisory Group LLC remains subject to recoupment and disgorgement.

#####