So Ordered.

Dated: June 21, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| Wisconsin & Milwaukee Hotel LLC, | Case No. 24-21743-gmh<br>Chapter 11 |
| Debtor. | |

### ORDER CONDITIONALLY APPROVING PAYMENT OF
### APRIL 2024 INVOICE FROM RICHMAN & RICHMAN LLC
### PURSUANT TO THE ORDER APPROVING
### ALTERNATIVE COMPENSATION PROCEDURES

On June 10, 2024, Richman & Richman LLC ("**R&R**") filed its monthly invoice for April 2024 [Doc 150] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $63,386.80 in fees and $2,173.10 in expenses. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####