# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## ORDER GRANTING APPLICATION OF THE DEBTOR
## FOR AUTHORITY TO RETAIN AND EMPLOY MALLERY SC
## AS SPECIAL COUNSEL FOR A SPECIFIC PURPOSE

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the

Notice and Application of the Debtor for Authority to Retain and Employ Mallery SC

as Special Counsel for a Specific Purpose ("**Application**") [Doc 146], seeking entry of

an order pursuant to pursuant to 11 U.S.C. §§ 327(e) and 330, Federal Rules of

Bankruptcy Procedure 2014 and 2016, and Local Rule 2014 of the United States

**Prepared by**:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law

Bankruptcy Court for the Eastern District of Wisconsin, authorizing the Debtor to retain and employ Mallery SC ("**Mallery**"), as special counsel for the Debtor, specifically to continue representing the Debtor in the prepetition civil action filed on June 8, 2023 and currently pending in the Circuit Court of Milwaukee County, Milwaukee, Wisconsin, styled as *Wisconsin & Milwaukee Hotel LLC vs. City of Milwaukee*, Case No. 23-CV-4237, pursuant to which the Debtor is appealing (and seeking to reduce the amounts of) the City of Milwaukee's property tax assessments of the Hotel for tax years 2022, 2023, and 2024 (the "**Property Tax Appeal**"), effective as of June 6, 2024, the filing date of the Application ("**Effective Date**"); and the Declaration of Christopher L. Strohbehn in Support of Notice and Application of Debtor for Authority to Retain and Employ Mallery SC as Special Counsel for a Specific Purpose (**Declaration**") [Doc 146 – Exhibit A]; and it appearing that Mallery, including the members and staff thereof, does not hold or represent any interest adverse to the Debtor or its estate with respect to the matters for which the Debtor wishes to employ Mallery, and that the employment of Mallery to continue representing the Debtor in the Property Tax Appeal is in the best interest of the Debtor's estate and the economical administration thereof, accordingly,

IT IS HEREBY ORDERED, that:

1. The Application is granted;

2. Wisconsin & Milwaukee Hotel LLC is authorized to employ Mallery SC as special counsel to continue representing it in the Property Tax Appeal; with

compensation to be paid to Mallery SC in such amounts as may be allowed by the Court upon proper application(s) therefore;

3. The effective date of the employment authorized by this Order shall be June 6, 2024;

4. Until final approval of fees and expenses, any payment to Mallery SC shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####