UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

# JUNE 2024 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
|---|---|
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | June 1, 2024 through June 30, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $62,610.00 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $759.76 |
| Total interim approval requested: | **$63,369.76** |

Dated this 10th day of July 2024.

          **RICHMAN & RICHMAN**
          **Attorneys for the Debtor**

By:   */s/ Eliza M. Reyes*
      Michael P. Richman
      Claire Ann Richman
      Eliza M. Reyes
      122 W Washington Ave, Suite 850
      Madison, WI 53703
      Tel: (608) 630-899
      Fax: (608) 630-8991
      mrichman@RandR.law
      crichman@RandR.law
      ereyes@RandR.law

2

Case 24-21743-gmh    Doc 186    Filed 07/10/24    Page 2 of 19

## Richman & Richman LLC

**INVOICE**

122 W Washington Ave, Suite 850
Madison, WI 53703-2732

Invoice # 880
Date: 07/10/2024
Due On: 08/09/2024

Wisconsin & Milwaukee Hotel LLC
c/o Jackson Street Management LLC
Attn: Mr. Edward G. Carow
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

### Services

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 06/03/2024 | 1109 - Asset Analysis & Recovery: Review and prepare summaries of underlying agreements of WHEDA loans. | KAH | 2.80 | $275.00 | $770.00 |
| Service | 06/03/2024 | 1105 - Plan & Disclosures: Review court's case management order to note and ensure compliance re: deadlines and procedures re: service, disclosure statement and plan, and confirmation procedures | DTF | 0.20 | $195.00 | $39.00 |
| Service | 06/03/2024 | 1102 - Case Administration / US Trustee: email to C. Brown re taxes, temp agency issue, lender discovery, and MORs (.1); prep of email to WMH team re status of WL in relation to MORs and financial advisor (.2) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/03/2024 | 1109 - Asset Analysis & Recovery: Eisner Group status/strategy meeting by Teams (.4); provide doc package and prep of related email to Eisner Group for review/analysis (.2) | MPR | 0.60 | $750.00 | $450.00 |
| Service | 06/03/2024 | 1112 - Debtor Meetings & Communications: Email to team re weekly mtg (.1); client team status/strategy meeting by Zoom (.5) | MPR | 0.60 | $750.00 | $450.00 |
| Service | 06/03/2024 | 1108 - Employment, Billing & Compensation: Continue preparing Application to Employ Mallery SC as special counsel for Debtor, including | EMR | 0.30 | $450.00 | $135.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | preparing email to Attorney Christopher Strohbehn regarding his Declaration in support of same. | | | | |
| Service | 06/04/2024 | 1102 - Case Administration / US Trustee: Review management agreement between WMH and White Lodging | CML | 1.20 | $175.00 | $210.00 |
| Service | 06/04/2024 | 1102 - Case Administration / US Trustee: Draft memo regarding availability of specific performance to comply with document requests. | CML | 0.50 | $175.00 | $87.50 |
| Service | 06/04/2024 | 1102 - Case Administration / US Trustee: Review WL management agreement to determine events of default and conduct legal research on specific performance of contracts. | CML | 1.80 | $175.00 | $315.00 |
| Service | 06/04/2024 | 1102 - Case Administration / US Trustee: Emails w/White Lodging counsel re information and data access by Eisner in relation to MOR requirements and related matters (.4); t/conf w/C. Brown re same and other case management issues, including payment of worker comp claims and appraisal discovery sought by Lender (.3) | MPR | 0.70 | $750.00 | $525.00 |
| Service | 06/04/2024 | 1108 - Employment, Billing & Compensation: Emails w/L. Steele re alternative comp settlement letter and order (.1); review and revise draft letter to Court and order (.2) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/04/2024 | 1108 - Employment, Billing & Compensation: Prepare proposed agreed order granting Debtor's Motion for Alternative Compensation Procedures for Professionals (.8); prepare correspondence to Judge Halfenger to accompany proposed order (.2); prepare revisions to agreed order and correspondence to finalize same (.2); prepare email to Attorney Laura Steele providing agreed order and correspondence for her review and approval (.2). | EMR | 1.40 | $450.00 | $630.00 |
| Service | 06/04/2024 | 1110 - Claim Management Issues: Begin analysis of workers comp claims to determine classification of same. | EMR | 0.70 | $450.00 | $315.00 |
| Service | 06/04/2024 | 1108 - Employment, Billing & Compensation: Receive and review email from Attorney Chris Strohbehn providing additional information for Declaration in support of Application to Employ (.1); | EMR | 1.10 | $450.00 | $495.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | phone conference with Attorney John Herreman at Mallery SC to discuss Declaration (.2); prepare revisions to Declaration of Christopher Strohbehn (.8). | | | | |
| Service | 06/04/2024 | 1102 - Case Administration / US Trustee: Review email string between Debtor and White Lodging regarding documents and information needed for April MOR to review status of same. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 06/05/2024 | 1108 - Employment, Billing & Compensation: Work on Mallery employment app and Strohbein dec in support | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/05/2024 | 1102 - Case Administration / US Trustee: Emails w/C. Brown and D. Friedland to arrange call for Eisner access to financial data for bk reporting (.1); followup emails re MORs and info requests, mtg schedule (.2) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/05/2024 | 1108 - Employment, Billing & Compensation: Prepare revisions to Mallery SC Employment Application and Strohbehn Declaration (1.0); prepare email to MPR forwarding same for his review (.1) | EMR | 1.10 | $450.00 | $495.00 |
| Service | 06/06/2024 | 1108 - Employment, Billing & Compensation: Final review of Mallery app and Strobhein dec (.3); review/approve final order for uploading on alt comp procedures (.1) | MPR | 0.40 | $750.00 | $300.00 |
| Service | 06/06/2024 | 1108 - Employment, Billing & Compensation: Finalize proposed order granting motion for alternative compensation procedures and letter to court regarding same. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 06/06/2024 | 1108 - Employment, Billing & Compensation: Prepare additional revisions and language to Application to Employ Mallery SC as special counsel to the Debtor and Declaration of Christopher Strohbehn (1.2); prepare email to Attorney Christopher Strohbehn forwarding same for final review and signature on Declaration (.2); prepare email to Attorney Strohbehn forwarding filed stamped copies of Application and Declaration (.1). | EMR | 1.50 | $450.00 | $675.00 |
| Service | 06/07/2024 | 1108 - Employment, Billing & Compensation: Review file and court order on alternative compensation procedures to ensure compliance with all procedures, deadlines, and plan for fee applications | DTF | 0.40 | $195.00 | $78.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/07/2024 | 1104 - DIP Financing / Cash Collateral: Review DiCastri email re April adequate protection payment and assemble info for review by Eisner re same (.4); prep of email report to client team re same, positions and strategies (.1); prep of reply email to DiCastri demand for immediate response to settlement proposal (.3); followup t/conf w/Eisner team re status and strategies re same (.3) | MPR | 1.10 | $750.00 | $825.00 |
| Service | 06/07/2024 | 1102 - Case Administration / US Trustee: Teams mtg w/C. Brown, D. Friedland and R. Katz re access to debtor financial data at WL, processes and needs for all financial reporting | MPR | 0.70 | $750.00 | $525.00 |
| Service | 06/07/2024 | 1110 - Claim Management Issues: Review info from and reply to C. Brown re workers comp claims to assess whether pre or post petition | MPR | 0.10 | $750.00 | $75.00 |
| Service | 06/07/2024 | 1106 - Misc Motions & Court Hearings: Review draft of motion to pay employment agency to determine information needed or same. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 06/07/2024 | 1108 - Employment, Billing & Compensation: Review R&R LLC April and May 2024 billing statements to prepare request for payment of same. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Review draft invoices and prepare draft fee statement for R&R for April 2024 pursuant to alternative compensation procedures order | DTF | 0.40 | $195.00 | $78.00 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Review draft invoice and prepare draft fee statement for R&R for May 2024 pursuant to alternative compensation procedures order | DTF | 0.30 | $195.00 | $58.50 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Draft proposed order conditionally approving payment of April 2024 invoice | DTF | 0.30 | $195.00 | $58.50 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Draft proposed order conditionally approving payment of May 2024 invoice | DTF | 0.20 | $195.00 | $39.00 |
| Service | 06/10/2024 | 1106 - Misc Motions & Court Hearings: Prepare preliminary draft objection to Computershare's Rule 2004 Motion for | DTF | 0.60 | $195.00 | $117.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Discovery from Debtor and White Lodging | | | | |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Prepare applications to employ accountants and lobbyist | KAH | 3.90 | $275.00 | $1,072.50 |
| Service | 06/10/2024 | 1102 - Case Administration / US Trustee: Conduct legal research of potential enforcement of management contract in case law. | CML | 1.20 | $175.00 | $210.00 |
| Service | 06/10/2024 | 1102 - Case Administration / US Trustee: Conduct legal research on enforcements of contract management. Read In re Layton, research based on breach of contract action by-passing the automatic stay. | CML | 0.80 | $175.00 | $140.00 |
| Service | 06/10/2024 | 1102 - Case Administration / US Trustee: Review WMH file for information to draft confidentiality agreement between WMH, White Lodging, Computershare, WMH Funding, and FirstPathway | JES | 2.50 | $275.00 | $687.50 |
| Service | 06/10/2024 | 1102 - Case Administration / US Trustee: Prepare confidentiality agreement between WMH, White Lodging, Computershare, WMH Funding, and FirstPathway | JES | 3.10 | $275.00 | $852.50 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Phone conference with Erin Horman at Sikich regarding application to employ Sikich as accountant for the debtor (.2); prepare email to Erin Horman providing information to conduct conflict check (.2). | EMR | 0.40 | $450.00 | $180.00 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Review and prepare final revisions to R&R April and May 2024 invoices for filing with the court for conditional approval. | EMR | 0.40 | $450.00 | $180.00 |
| Service | 06/10/2024 | 1108 - Employment, Billing & Compensation: Phone conference with Moira Fitzgerald regarding process to employ Fitzgerald Consulting as lobbyist for the debtor. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 06/10/2024 | 1112 - Debtor Meetings & Communications: Status/strategy t/conf w/ M. Flaherty | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/10/2024 | 1109 - Asset Analysis & Recovery: work on confi stip and doc prodn re lender 2004 discovery motion for appraisal; related emails to F. DiCastri and client team (.3); review DiCastri emails and prep of replies | MPR | 1.20 | $750.00 | $900.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | re discovery process and confidentiality issues (.9) | | | | |
| Service | 06/10/2024 | 1104 - DIP Financing / Cash Collateral: work on proposed reply to Lender demand for April adeq protection | MPR | 1.00 | $750.00 | $750.00 |
| Service | 06/10/2024 | 1102 - Case Administration / US Trustee: t/conf w/D. Friedland re MOR info needed (.1); emails re arrangements for Eisner site visit (.1) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 06/11/2024 | 1107 - Adversary Proceedings: Review final order authorizing cash collateral (.3); Research re: cash collateral order (1.1); Research re: Rule 60(b) (2.1) | KAH | 3.50 | $275.00 | $962.50 |
| Service | 06/11/2024 | 1108 - Employment, Billing & Compensation: Revise motion to pay contract employees. | KAH | 1.30 | $275.00 | $357.50 |
| Service | 06/11/2024 | 1104 - DIP Financing / Cash Collateral: Further work on reply to DiCastri demand for April adequate protection payment of $125k | MPR | 0.50 | $750.00 | $375.00 |
| Service | 06/11/2024 | 1106 - Misc Motions & Court Hearings: Continue preparing motion to pay temporary agency for contract employees and Declaration of Ben Risseeuw in support of same. | EMR | 2.80 | $450.00 | $1,260.00 |
| Service | 06/11/2024 | 1106 - Misc Motions & Court Hearings: Prepare draft of objection to Computershare's Motion for 2004 Exam. | EMR | 0.40 | $450.00 | $180.00 |
| Service | 06/12/2024 | 1107 - Adversary Proceedings: Research re: 60(b)(5) in bankruptcy cases | KAH | 1.40 | $275.00 | $385.00 |
| Service | 06/12/2024 | 1109 - Asset Analysis & Recovery: Work on obj to rule 2004 discovery | MPR | 1.90 | $750.00 | $1,425.00 |
| Service | 06/12/2024 | 1113 - Executory Contracts: t/c w/M. Flaherty and w/C. Brown and emails re threatened motion to compel assumption/rejection of WL contract (.2); prep of email to WMH team re same (.2) | MPR | 0.40 | $750.00 | $300.00 |
| Service | 06/12/2024 | 1112 - Debtor Meetings & Communications: Zoom client team strategy meeting | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/12/2024 | 1108 - Employment, Billing & Compensation: Prepare email to Moira Fitzgerald providing information for conflict check and requesting information to prepare application to employ Fitzgerald Consulting as lobbyist for Debtor (.3); | EMR | 0.40 | $450.00 | $180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | conduct email exchange with Jennifer Cordova regarding Fitzgerald Consulting's fees (.1). | | | | |
| Service | 06/12/2024 | 1106 - Misc Motions & Court Hearings: Review Objection to Computershare's Motion for 2004 Exam to assist in finalizing same. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 06/13/2024 | 1106 - Misc Motions & Court Hearings: Conduct legal research on remedies granted by courts on motions to compel assumption or rejection of executory contract. | CML | 1.20 | $175.00 | $210.00 |
| Service | 06/13/2024 | 1113 - Executory Contracts: Research re: reasonable notice to assume or reject executory contracts. | KAH | 0.70 | $275.00 | $192.50 |
| Service | 06/13/2024 | 1102 - Case Administration / US Trustee: Prepare proposed confidentiality agreement between WMH, White Lodging, Computershare, WMH Funding, and FirstPathway | JES | 2.20 | $275.00 | $605.00 |
| Service | 06/13/2024 | 1102 - Case Administration / US Trustee: mtgs w/M. Flaherty, D. Friedland at hotel in Milwaukee, and with hotel manager re hotel operations and site visit (2.0); t/cs w/D/ Friedland re issues/strategies for mtgs (.5) | MPR | 2.50 | $750.00 | $1,875.00 |
| Service | 06/13/2024 | 1102 - Case Administration / US Trustee: round-trip nonworking travel to Milwaukee for meetings w/hotel general manager, M. Flaherty and D. Friedland (billed at one-half hourly rate) | MPR | 2.50 | $375.00 | $937.50 |
| Service | 06/13/2024 | 1113 - Executory Contracts: review WL motion to compel assumption/rejection and prep of email to client team re same | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/13/2024 | 1108 - Employment, Billing & Compensation: Review email from Erin Horman at Sikich LLP providing information needed for application to employ Sikich as accountant for Debtor. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 06/13/2024 | 1106 - Misc Motions & Court Hearings: Conduct brief review of White Lodging's Motion to Compel Debtor to Assume or Reject Management Agreement, including reviewing objection deadline for same. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 06/14/2024 | 1108 - Employment, Billing & Compensation: Revise application to employ accountant (1); Draft declaration of Sikich Principal (2.3) | KAH | 3.30 | $275.00 | $907.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/14/2024 | 1106 - Misc Motions & Court Hearings: Review WL motion and management agreement. | CML | 1.10 | $175.00 | $192.50 |
| Service | 06/14/2024 | 1108 - Employment, Billing & Compensation: Revise application to employ lobbyist and declaration | KAH | 1.20 | $275.00 | $330.00 |
| Service | 06/14/2024 | 1102 - Case Administration / US Trustee: Prepare confidentiality agreement between WMH, White Lodging, Computershare, WMH Funding, and FirstPathway | JES | 4.30 | $275.00 | $1,182.50 |
| Service | 06/14/2024 | 1106 - Misc Motions & Court Hearings: review WL obj to discovery and revise debtor's obj to r. 2004 discovery | MPR | 1.00 | $750.00 | $750.00 |
| Service | 06/14/2024 | 1102 - Case Administration / US Trustee: T/conf (.2) and Teams mtg (.2) w/Eisner Group re MOR issues | MPR | 0.40 | $750.00 | $300.00 |
| Service | 06/14/2024 | 1106 - Misc Motions & Court Hearings: Prepare objection to Motion to Compel. | CML | 2.20 | $175.00 | $385.00 |
| Service | 06/17/2024 | 1113 - Executory Contracts: Research re: motion to compel assumption or rejection of management agreement (.5); Review draft objection to motion to compel (1.1) | KAH | 1.60 | $275.00 | $440.00 |
| Service | 06/17/2024 | 1106 - Misc Motions & Court Hearings: Prepare Objection to Motion to Compel; including legal research on court authority to compel the assumption or rejection of executory contracts. | CML | 3.40 | $175.00 | $595.00 |
| Service | 06/17/2024 | 1106 - Misc Motions & Court Hearings: Draft Objection to Motion to Compel | CML | 3.10 | $175.00 | $542.50 |
| Service | 06/17/2024 | 1102 - Case Administration / US Trustee: Edit confidentiality agreement between WMH, White Lodging, Computershare, WMH Funding, and FirstPathway | JES | 3.50 | $275.00 | $962.50 |
| Service | 06/17/2024 | 1109 - Asset Analysis & Recovery: Review court order on appraisal discovery and prep of email to client team re same (.3); work on draft confidentiality agreement for appraisal discovery (.7) | MPR | 1.00 | $750.00 | $750.00 |
| Service | 06/17/2024 | 1108 - Employment, Billing & Compensation: Prepare proposed order granting Application to Employ EA Group as financial advisor to the Debtor. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 06/17/2024 | 1108 - Employment, Billing & Compensation: Prepare proposed order granting Application to Employ Allen & Associates as appraiser for the Debtor for | EMR | 0.80 | $450.00 | $360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | property tax appeal. | | | | |
| Service | 06/18/2024 | 1106 - Misc Motions & Court Hearings: Revise draft of Objection to Motion to Compel | CML | 0.50 | $175.00 | $87.50 |
| Service | 06/18/2024 | 1103 - Petition, Schedules & Financials: Review and prepare finalized monthly operating report for court filing | DTF | 0.20 | $195.00 | $39.00 |
| Service | 06/18/2024 | 1102 - Case Administration / US Trustee: Attention to MOR final and notes for filing (.2); prep of emails re MORs (.2); | MPR | 0.40 | $750.00 | $300.00 |
| Service | 06/18/2024 | 1106 - Misc Motions & Court Hearings: prep of email to C. Brown re info needed for workers' comp claim motion (.1); work on motion to pay prepetition temp employment agency and Risseeuw dec (1.2) | MPR | 1.30 | $750.00 | $975.00 |
| Service | 06/18/2024 | 1102 - Case Administration / US Trustee: teams mtg w/D. Friedland re various pending financial issues for MORs and motions (.3) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/18/2024 | 1102 - Case Administration / US Trustee: Review proposed April 2024 monthly operating report (.3); phone conference with Shaq Williams at EA Group to discuss certain questions and concerns regarding same (.3); review revised April 2024 and finalize same (.2). | EMR | 0.80 | $450.00 | $360.00 |
| Service | 06/18/2024 | 1106 - Misc Motions & Court Hearings: Review information provided by counsel for White Lodging on existing worker's comp claims to begin analysis of payments of same. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 06/19/2024 | 1106 - Misc Motions & Court Hearings: Draft motion to assume contract w/ V&J Services | CML | 1.20 | $175.00 | $210.00 |
| Service | 06/19/2024 | 1112 - Debtor Meetings & Communications: Prep of email re agenda for team meeting (.1); client team zoom meeting re status, strategies and all pending matters (.7) | MPR | 0.80 | $750.00 | $600.00 |
| Service | 06/19/2024 | 1110 - Claim Management Issues: prep of emails to utility threatening to stop service (.8); prep of further cease and desist to WE Energies (.3) | MPR | 1.10 | $750.00 | $825.00 |
| Service | 06/19/2024 | 1106 - Misc Motions & Court Hearings: review Brown edits to Risseeuw Dec for motion to pay temp agency (.1); emails w/ | MPR | 0.50 | $750.00 | $375.00 |

| Type | Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | C. Brown re temp agency motion (.1); further work on motion and dec in support for payment of temp agency and amend to motion to assume contract (.3) | | | | |
| Service | 06/19/2024 | 1109 - Asset Analysis & Recovery: emails w/D. Friedland re operations issues (.1); work on confidentiality stip (1.9); t/conf w/D. Friedland re operations and maintenance issues (.2); prep of email to F. DiCastri re appraisal discovery and elevator repair need (.4) | MPR | 2.60 | $750.00 | $1,950.00 |
| Service | 06/19/2024 | 1102 - Case Administration / US Trustee: email re claims arising from potential contract rejection (.1); email re MOR process (.1) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 06/19/2024 | 1108 - Employment, Billing & Compensation: Prepare proposed order granting Application to Employ Mallery SC as special counsel to the Debtor. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 06/19/2024 | 1102 - Case Administration / US Trustee: Review provisions of Order Granting Motion to Provide Utility Providers with Adequate Assurance and corresponding Certificate of Service serving same on utility providers to determine and confirm service of same upon WE Energies to address WE Energies' threats to discontinue service. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 06/19/2024 | 1102 - Case Administration / US Trustee: Several phone calls with Shaq Williams at EA Group (x2) to discuss filing an amended April monthly operating report to include supporting documentation. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 06/20/2024 | 1106 - Misc Motions & Court Hearings: Draft of Motion to Assume contract w/V&J Services and in support of same and Risseeuw declaration. | CML | 1.60 | $175.00 | $280.00 |
| Service | 06/20/2024 | 1106 - Misc Motions & Court Hearings: Revise draft of Motion to Assume Executory Contract | CML | 0.60 | $175.00 | $105.00 |
| Service | 06/20/2024 | 1106 - Misc Motions & Court Hearings: Finalize Motion to Assume contract w/V&J Services, Notice of Motion, and Risseeuw Declaration | CML | 0.70 | $175.00 | $122.50 |
| Service | 06/20/2024 | 1106 - Misc Motions & Court Hearings: Review file and court order for details and status of all documents necessary for production per court order on Rule 2004 | DTF | 0.80 | $195.00 | $156.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | motion and prepare documents in progress for same | | | | |
| Service | 06/20/2024 | 1102 - Case Administration / US Trustee: Prepare revisions proposal to confidentiality agreement between WMH, White Lodging, Computershare, WMH Funding, and FirstPathway | JES | 2.10 | $275.00 | $577.50 |
| Service | 06/20/2024 | 1108 - Employment, Billing & Compensation: Revise and update proposed orders approving fees for monthly invoices pursuant to court order on alternative compensation procedures | DTF | 0.40 | $195.00 | $78.00 |
| Service | 06/20/2024 | 1102 - Case Administration / US Trustee: t/conf w/W. Pedersen (Eisner) re MOR process (.2) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 06/20/2024 | 1106 - Misc Motions & Court Hearings: review updated Risseeuw Declaration in support of motion to assume V&J contract (.1); further work on declaration and Motion to Assume V&J contract (1.2) | MPR | 1.30 | $750.00 | $975.00 |
| Service | 06/20/2024 | 1110 - Claim Management Issues: review emails on threatened WE Energies shutoff, and prep of further email to WE Energies re cease and desist (.3) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/20/2024 | 1109 - Asset Analysis & Recovery: Further work on confidentiality agreement for r. 2004 discovery (.3) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/21/2024 | 1110 - Claim Management Issues: Review proof of claim of WMH Funding LLC and loan documents | KAH | 1.90 | $275.00 | $522.50 |
| Service | 06/21/2024 | 1103 - Petition, Schedules & Financials: Prepare and finalize with attachments Amended Monthly Operating Report for April 2024 | DTF | 0.40 | $195.00 | $78.00 |
| Service | 06/21/2024 | 1106 - Misc Motions & Court Hearings: Update and finalize Motion to Assume Executory Contract and prepare for court filing and service on creditors | DTF | 0.60 | $195.00 | $117.00 |
| Service | 06/21/2024 | 1108 - Employment, Billing & Compensation: Update and finalize proposed orders approving alternative compensation procedures for April and May 2024 | DTF | 0.40 | $195.00 | $78.00 |
| Service | 06/21/2024 | 1106 - Misc Motions & Court Hearings: Emails w/C. Brown and Eisner re workers comp payment/motion issues (.1); review | MPR | 0.60 | $750.00 | $450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | C. Brown email and finalize for filing motion to assume V&J contract (.4); further emails re worker comp issues (.1) | | | | |
| Service | 06/21/2024 | 1110 - Claim Management Issues: Emails to client teams re various claims filed today | MPR | 0.20 | $750.00 | $150.00 |
| Service | 06/24/2024 | 1106 - Misc Motions & Court Hearings: Conduct legal research on WARN Act to address WL's assertion regarding same as basis for Motion to Compel (2.0); Draft memo for legal basis of Objection to Motion to Compel (1.0) | CML | 3.00 | $175.00 | $525.00 |
| Service | 06/24/2024 | 1108 - Employment, Billing & Compensation: Prepare revisions to Application to Employ Sikich LLP as accountants for the Debtor. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 06/24/2024 | 1108 - Employment, Billing & Compensation: Phone conference with Jennifer Cordova regarding monthly fee to Fitzgerald Consultancy (.2); prepare revisions to Application to Employ Fitzgerald Consultancy (.3) | EMR | 0.50 | $450.00 | $225.00 |
| Service | 06/24/2024 | 1110 - Claim Management Issues: Conduct analysis of payments due to injured employees to determine nature of same and authorization of payment of same. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 06/24/2024 | 1109 - Asset Analysis & Recovery: Prep of email to debtor/Eisner team re doc prodn and interrogatories (.2); | MPR | 0.20 | $750.00 | $150.00 |
| Service | 06/24/2024 | 1113 - Executory Contracts: work on obj to WL motion to compel assumption/rejection of management agreement (2.0); mtgs w/ C. Lawson re research on motion to compel assumption/rejection of management agreement (.2) | MPR | 2.20 | $750.00 | $1,650.00 |
| Service | 06/25/2024 | 1110 - Claim Management Issues: Proofs of claim analysis | KAH | 4.20 | $275.00 | $1,155.00 |
| Service | 06/25/2024 | 1102 - Case Administration / US Trustee: Draft Declaration of Mark Flaherty in support of objection to WL's Motion to Compel (1.6); continue legal research on bases for objection to Motion to Compel (2.5); prepare further revisions to objection (1.7) | CML | 5.80 | $175.00 | $1,015.00 |
| Service | 06/25/2024 | 1113 - Executory Contracts: Further work on obj to WL motion to compel assumption/ rejection (1.1)work on Flaherty dec in support of obj to motion to compel (.5) | MPR | 1.60 | $750.00 | $1,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/25/2024 | 1109 - Asset Analysis & Recovery: Prep of email to Cordova, Pederson, Katz re appraisal discovery issues, and review related emails (.2); additional emails w/F. DiCastri, C. Brown, M. Flaherty re discovery and confidentiality issues (.3); emails w/client team and Eisner re appraisal issues (.2); | MPR | 0.70 | $750.00 | $525.00 |
| Service | 06/25/2024 | 1110 - Claim Management Issues: Receive and review email string from William Pederson at EA Group regarding worker's compensation benefits paid to employees to continue analysis of same (.3); phone conference with William Pederson to obtain additional information on same (.3); conduct legal research on payment of same (1.2) | EMR | 1.80 | $450.00 | $810.00 |
| Service | 06/25/2024 | 1110 - Claim Management Issues: Assist with analysis of proofs of claim filed in case. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 06/26/2024 | 1106 - Misc Motions & Court Hearings: Prepare documents for production pursuant to court order on Rule 2004 motion including financial statements and budget forecast | DTF | 1.00 | $195.00 | $195.00 |
| Service | 06/26/2024 | 1106 - Misc Motions & Court Hearings: Prepare further revisions to objection to Motion to Compel | CML | 0.80 | $175.00 | $140.00 |
| Service | 06/26/2024 | 1106 - Misc Motions & Court Hearings: Revise and finalize declaration of M. Flaherty in support of motion to compel assumption of administrative services agreement for executed signature | DTF | 0.20 | $195.00 | $39.00 |
| Service | 06/26/2024 | 1110 - Claim Management Issues: Combine work on proof of claims summary to analyze claim | KAH | 1.00 | $275.00 | $275.00 |
| Service | 06/26/2024 | 1106 - Misc Motions & Court Hearings: Prepare motion for Protective Order regarding disclosures to Computershare and WMH Funding to keep confidential from FirstPathway | JES | 1.80 | $275.00 | $495.00 |
| Service | 06/26/2024 | 1112 - Debtor Meetings & Communications: Prep of agenda for team meeting (.1); team zoom status/strategy meeting (.9) | MPR | 1.00 | $750.00 | $750.00 |
| Service | 06/26/2024 | 1109 - Asset Analysis & Recovery: t/conf w/F. DiCastri re rule 2004 discovery and confidentiality (.5); prep of email to F. | MPR | 1.30 | $750.00 | $975.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | DiCastri summarizing discovery agreement (.4); prep of email report to client team on discovery and confidentiality (.2); further emails w/F. DiCastri re discovery and confidentiality (.2) | | | | |
| Service | 06/26/2024 | 1113 - Executory Contracts: further work on obj to motion of WL to compel assumption/rejection and Flaherty Dec (1.0) | MPR | 1.00 | $750.00 | $750.00 |
| Service | 06/26/2024 | 1108 - Employment, Billing & Compensation: Phone conference with Jennifer Cordova to obtain additional information for applications to employ accountants and lobbyist for the Debtor (.4); phone conference with Erin Horman at Sikich regarding preparation of tax returns (.2). | EMR | 0.60 | $450.00 | $270.00 |
| Service | 06/27/2024 | 1110 - Claim Management Issues: Continue analyzing and summarizing proofs of claim filed in case | KAH | 3.90 | $275.00 | $1,072.50 |
| Service | 06/27/2024 | 1106 - Misc Motions & Court Hearings: Prepare preliminary draft responses to document requests and interrogatories pursuant to Rule 2004 motion and court order | DTF | 1.60 | $195.00 | $312.00 |
| Service | 06/27/2024 | 1106 - Misc Motions & Court Hearings: Update preparation of all documents responsive to discovery per Rule 2004 motion and order | DTF | 0.90 | $195.00 | $175.50 |
| Service | 06/27/2024 | 1106 - Misc Motions & Court Hearings: Finalize declaration of M. Flaherty and Objection to White Lodging's Motion to Compel Debtor to Assume or Reject Administrative Services Agreement for filing with court | DTF | 0.20 | $195.00 | $39.00 |
| Service | 06/27/2024 | 1113 - Executory Contracts: finalize obj to WL motion to compel | MPR | 0.20 | $750.00 | $150.00 |
| Service | 06/27/2024 | 1109 - Asset Analysis & Recovery: T/conf w/F. DiCastri re adeq pro and discovery (.3); t/conf w/J. Cordova re financial info (.1); further correspondence w/F. DiCastri re financial info (.1); work on rule 2004 discovery responses (.5); prep of email to DiCastri with doc prodn and responses; related email report to clients (.2) | MPR | 1.20 | $750.00 | $900.00 |
| Service | 06/27/2024 | 1104 - DIP Financing / Cash Collateral: Settlement t/conf w/F. DiCastri re adeq protection issues (.4); review emails from | MPR | 0.90 | $750.00 | $675.00 |

| Type | Date | Description | | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | DiCastri re interpretation of interim cash collateral order and prep of email to client team re same (.3); further call w/F. DiCastri re adequate protection (.2) | | | | |
| Service | 06/27/2024 | 1108 - Employment, Billing & Compensation: Work on Fitzgerald employment app and mtg w/E. Reyes re same | MPR | 0.30 | $750.00 | $225.00 |
| Service | 06/27/2024 | 1108 - Employment, Billing & Compensation: Continue preparing revisions and additions to draft of Application to Employ Fitzgerald Consulting. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 06/27/2024 | 1110 - Claim Management Issues: Conduct email exchange with William Pederson at EA Group to obtain additional information on worker's compensation claims. | EMR | 0.40 | $450.00 | $180.00 |
| Service | 06/28/2024 | 1113 - Executory Contracts: Research re: contract breach issues related to management agreement and Section 365 | KAH | 4.30 | $275.00 | $1,182.50 |
| Service | 06/28/2024 | 1106 - Misc Motions & Court Hearings: Review file and docket for details and status of all pending motions to determine timeline for objection deadlines and proposed orders | DTF | 0.40 | $195.00 | $78.00 |
| Service | 06/28/2024 | 1110 - Claim Management Issues: Review late proof of claim filed to analyze allowability of same | KAH | 0.60 | $275.00 | $165.00 |
| Service | 06/28/2024 | 1108 - Employment, Billing & Compensation: Research re: employment of lobbyist | KAH | 0.80 | $275.00 | $220.00 |
| Service | 06/28/2024 | 1108 - Employment, Billing & Compensation: Prepare further revisions to Application to Employ Fitzgerald Consulting (.5); review case law on employment of lobbyists for chapter 11 debtors (1.3); prepare email to MPR forwarding latest drafts of applications (.2). | EMR | 2.00 | $450.00 | $900.00 |
| | | | **Quantity Subtotal** | | | **160.7** |
| | | | **Services Subtotal** | | | **$62,610.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/09/2024 | Copy Expense: Stretto Printing/Copying Expense: | 1.00 | $9.00 | $9.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Order on Debtor's Motion with Respect to to Utility Service (Doc 105) | | | |
| Expense | 05/09/2024 | Postage Expense: Stretto Postage Expense: Order on Debtor's Motion with Respect to to Utility Service (Doc 105) | 1.00 | $8.59 | $8.59 |
| Expense | 05/15/2024 | Copy Expense: Stretto Printing/Copying Expense: Order Setting Deadline to File Proofs of Claim or Interest and Approving Form of Notice (Doc 119) | 1.00 | $55.80 | $55.80 |
| Expense | 05/15/2024 | Postage Expense: Stretto Postage Expense: Order Setting Deadline to File Proofs of Claim or Interest and Approving Form of Notice (Doc 119) | 1.00 | $61.34 | $61.34 |
| Expense | 05/15/2024 | Copy Expense: Stretto Printing/Copying Expense: Chapter 11 Motion In Re- Motion for Order Establishing Procedures for Interim Compensation (Doc 120); Notice of Debtor's Motion for Order (Doc 121); and Proposed Order Establishing Procedures for Interim Compensation (Doc 122) | 1.00 | $167.40 | $167.40 |
| Expense | 05/15/2024 | Postage Expense: Stretto Postage Expense: Chapter 11 Motion In Re- Motion for Order Establishing Procedures for Interim Compensation (Doc 120); Notice of Debtor's Motion for Order (Doc 121); and Proposed Order Establishing Procedures for Interim Compensation (Doc 122) | 1.00 | $85.68 | $85.68 |
| Expense | 05/15/2024 | Copy Expense: Stretto Printing/Copying Expense: Debtor's Motion for Order Authorizing Payment of Prepetition Real Estate and Personal Property Taxes (Doc 112) and Notice of Debtor's Motion for Order Authorizing Payment of Prepetition Real Estate and Personal Property Taxes (Doc 123) | 1.00 | $181.35 | $181.35 |
| Expense | 05/15/2024 | Postage Expense: Stretto Postage Expense: Debtor's Motion for Order Authorizing Payment of Prepetition Real Estate and Personal Property Taxes (Doc 112) and Notice of Debtor's Motion for Order Authorizing Payment of Prepetition Real Estate and Personal Property Taxes (Doc 123) | 1.00 | $85.68 | $85.68 |
| Expense | 06/13/2024 | Mileage: Roundtrip mileage reimbursement for Attorney M. Richman to travel to Milwaukee Marriott Downtown | 156.60 | $0.67 | $104.92 |
| | | | **Expenses Subtotal** | | **$759.76** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Kayla Holmes | Associate | 36.4 | $275.00 | $10,010.00 |
| Eliza Reyes | Associate | 25.0 | $450.00 | $11,250.00 |
| Michael Richman | Partner | 37.1 | $750.00 | $27,825.00 |

| | | | | |
|---|---|---|---|---|
| Michael Richman | Partner | 2.5 | $375.00 | $937.50 |
| James Soo | Associate | 19.5 | $275.00 | $5,362.50 |
| David Fowle | Paralegal | 9.5 | $195.00 | $1,852.50 |
| Christopher Lawson | Summer Associate | 30.7 | $175.00 | $5,372.50 |
| | | | **Quantity Total** | **160.7** |
| | | | **Subtotal** | **$63,369.76** |
| | | | **Total** | **$63,369.76** |