# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**ORDER CONDITIONALLY APPROVING PAYMENT OF
JUNE 2024 INVOICE FROM RICHMAN & RICHMAN LLC
PURSUANT TO THE ORDER APPROVING
ALTERNATIVE COMPENSATION PROCEDURES**

On July 10, 2024, Richman & Richman LLC ("**R&R**") filed its monthly invoice for June 2024 [Doc 186] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $50,088.00 in fees and $759.76 in expenses. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####