**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

**ORDER CONDITIONALLY APPROVING PAYMENT OF**
**JULY 2024 INVOICE FROM RICHMAN & RICHMAN LLC**
**PURSUANT TO THE ORDER APPROVING**
**ALTERNATIVE COMPENSATION PROCEDURES**

On August 9, 2024, Richman & Richman LLC ("**R&R**") filed its monthly invoice for July 2024 [Doc 223] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $39,728.00 in fees and $616.44 in expenses. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####