So Ordered.

Dated: September 6, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## ORDER APPROVING DEBTOR'S APPLICATION FOR AUTHORITY TO RETAIN AND EMPLOY LW HOSPITALITY ADVISORS AS APPRAISER

Debtor Wisconsin & Milwaukee Hotel LLC filed an application for authority to retain and employ LW Hospitality Advisors as an appraiser. The court has reviewed the application and the declaration of Jonathan Jaeger filed in support of the application, and it appears that LW Hospitality Advisors, including the members and staff thereof, is a disinterested person and does not hold or represent an interest adverse to the estate. According, IT IS HEREBY ORDERED as follows:

1. The Application is approved.

2. Wisconsin & Milwaukee Hotel LLC is authorized to retain and employ LW Hospitality Advisors as its appraiser. The effective date of the employment

authorized by this order is August 14, 2024.

3. Wisconsin & Milwaukee Hotel LLC is authorized to immediately pay LW Hospitality Advisors a fixed fee of $12,000 for the first phase of the appraisal work to be done by LW Hospitality Advisors, pursuant to the terms of the application.

#####