UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

# AUGUST 2024 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
|---|---|
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | August 1, 2024 through August 31, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $17,911.50 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $376.89 |
| Total interim approval requested: | **$18,288.39** |

Dated this 10th day of September 2024.

                          **RICHMAN & RICHMAN**
                          **Attorneys for the Debtor**

By:   */s/ Michael P. Richman*
       Michael P. Richman
       Claire Ann Richman
       Eliza M. Reyes
       122 W Washington Ave, Suite 850
       Madison, WI 53703
       Tel: (608) 630-899
       Fax: (608) 630-8991
       mrichman@RandR.law
       crichman@RandR.law
       ereyes@RandR.law

2

Case 24-21743-gmh    Doc 239    Filed 09/10/24    Page 2 of 9

# Richman & Richman LLC

# INVOICE

122 W Washington Ave, Suite 850  
Madison, WI 53703-2732

Invoice # 993  
Date: 09/10/2024

Wisconsin & Milwaukee Hotel LLC  
c/o Jackson Street Management LLC  
Attn: Mr. Edward G. Carow  
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

**Services**

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 08/01/2024 | 1106 - Misc Motions & Court Hearings: phone conferences with MPR and prepare emails to client to advise of settlement and hearing status on Lender's Motion to Compel Payment of adequate protection, including review and email to forward court order regarding same. | CAR | 0.50 | $575.00 | $287.50 |
| Service | 08/01/2024 | 1104 - DIP Financing / Cash Collateral: Working travel and preps for hearings on adequate protection motion and case management, including settlement discussion t/cs w/F. DiCastri, t/cs w/C. Richman and related communications w/ client team (2.0); telephonic court hearing re adequate protection motion and case management (.2); followup t/c w/R. Eckert and emails to client team re same and status (.3) | MPR | 2.50 | $750.00 | $1,875.00 |
| Service | 08/01/2024 | 1109 - Asset Analysis & Recovery: prep of emails to appraiser candidates re interview mtgs | MPR | 0.30 | $750.00 | $225.00 |
| Service | 08/02/2024 | 1110 - Claim Management Issues: Review Claim #21 filed by CVENT to address same, including possible bases for objections to same. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 08/05/2024 | 1110 - Claim Management Issues: Review claims and prepare request for more information from Client re: unpaid invoices and calculation of claims | KAH | 2.50 | $275.00 | $687.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/06/2024 | 1109 - Asset Analysis & Recovery: Interview mtg w/J. Jaeger, appraiser (.4); interview mtg w/D. Sangree, appraiser (.3) | MPR | 0.70 | $750.00 | $525.00 |
| Service | 08/07/2024 | 1110 - Claim Management Issues: Conduct analysis of proof of claims filed late to determine action to take regarding same | KAH | 1.80 | $275.00 | $495.00 |
| Service | 08/07/2024 | 1110 - Claim Management Issues: Prepare email correspondence to Client regarding filed proofs of claim | KAH | 0.20 | $275.00 | $55.00 |
| Service | 08/07/2024 | 1110 - Claim Management Issues: Conduct research regarding motion for estimation of claim and objection procedure | KAH | 3.50 | $275.00 | $962.50 |
| Service | 08/07/2024 | 1112 - Debtor Meetings & Communications: Prep of agenda for client weekly Zoom mtg on status/strategy (.2); emails and t/conf w/D. Friedland re EAG work and budget for team mtg (.2); client team zoom mtg on status/strategy w/D. Friedland (.8); | MPR | 1.20 | $750.00 | $900.00 |
| Service | 08/07/2024 | 1110 - Claim Management Issues: mtg w/ K. Holmes regarding potential objs to claims | MPR | 0.10 | $750.00 | $75.00 |
| Service | 08/08/2024 | 1108 - Employment, Billing & Compensation: Conduct legal research regarding hiring of expert witnesses. | EMR | 2.50 | $450.00 | $1,125.00 |
| Service | 08/08/2024 | 1109 - Asset Analysis & Recovery: Emails w/J. Jaeger re terms of engagement; mtg w/E. Reyes re same | MPR | 0.20 | $750.00 | $150.00 |
| Service | 08/09/2024 | 1108 - Employment, Billing & Compensation: Review and update July 2004 invoice and prepare draft R&R July 2024 fee statement pursuant to alternative compensation procedures order | DTF | 0.40 | $195.00 | $78.00 |
| Service | 08/09/2024 | 1106 - Misc Motions & Court Hearings: Review and prepare all prior document production in discovery pursuant to Rule 2004 motion and court order, and prepare for review of appraiser | DTF | 0.60 | $195.00 | $117.00 |
| Service | 08/09/2024 | 1109 - Asset Analysis & Recovery: Review appraiser retention issues and email w/J. Jaeger re same (.2); review appraiser engagement letter, and prep of email to J. Jaeger re same (.3) | MPR | 0.50 | $750.00 | $375.00 |
| Service | 08/09/2024 | 1108 - Employment, Billing & Compensation: review monthly fee statement/invoice for filing | MPR | 0.10 | $750.00 | $75.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/09/2024 | 1108 - Employment, Billing & Compensation: Begin preparing application to employ LWHA as appraiser for the Debtor, including preparing email to Jonathan Jaeger at LWHN providing information to run conflicts check. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 08/09/2024 | 1108 - Employment, Billing & Compensation: Review and prepare final revisions to Richman & Richman's monthly fee request. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 08/12/2024 | 1108 - Employment, Billing & Compensation: Draft proposed order conditionally approving payment of July 2024 Richman & Richman fees and expenses | DTF | 0.20 | $195.00 | $39.00 |
| Service | 08/12/2024 | 1106 - Misc Motions & Court Hearings: Review draft application to employ appraiser and draft 21-day notice for service of application to employ to creditors | DTF | 0.40 | $195.00 | $78.00 |
| Service | 08/12/2024 | 1108 - Employment, Billing & Compensation: Continue preparing Application to Employ LWHA as Appraiser for the Debtor and Declaration of Jonathan Jaeger in support of Application. | EMR | 1.80 | $450.00 | $810.00 |
| Service | 08/12/2024 | 1108 - Employment, Billing & Compensation: Review Jaeger engagement letter, and prep of email to client team re same (.2); t/conf w/R. Erkert re appraiser status (.1) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 08/12/2024 | 1112 - Debtor Meetings & Communications: t/conf w/M. Flaherty re status and mtg sched | MPR | 0.10 | $750.00 | $75.00 |
| Service | 08/13/2024 | 1106 - Misc Motions & Court Hearings: Revise and finalize notice of debtor's application to employ appraiser | DTF | 0.20 | $195.00 | $39.00 |
| Service | 08/13/2024 | 1106 - Misc Motions & Court Hearings: Prepare exhibit to declaration re: debtor's application to employ appraiser | DTF | 0.20 | $195.00 | $39.00 |
| Service | 08/13/2024 | 1108 - Employment, Billing & Compensation: Prepare further revisions to Application to Employ LWHA as Appraiser for the Debtor. | EMR | 1.20 | $450.00 | $540.00 |
| Service | 08/13/2024 | 1108 - Employment, Billing & Compensation: Work on app to employ LW (.4); work on Jaeger Dec (.3); work on notice of app to employ (.1); prep of email to J Jaeger re same (.1) | MPR | 0.90 | $750.00 | $675.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/14/2024 | 1106 - Misc Motions & Court Hearings: Update notice of application to employ appraiser for final review and filing with court | DTF | 0.20 | $195.00 | $39.00 |
| Service | 08/14/2024 | 1106 - Misc Motions & Court Hearings: Prepare exhibits to appraiser declaration in support of application to employ appraiser | DTF | 0.30 | $195.00 | $58.50 |
| Service | 08/14/2024 | 1108 - Employment, Billing & Compensation: Prepare final revisions to Application to Employ LW Hospitality Advisors as Appraiser for the Debtor. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 08/14/2024 | 1108 - Employment, Billing & Compensation: Begin preparing Richman & Richman LLC's first interim fee application. | EMR | 0.40 | $450.00 | $180.00 |
| Service | 08/14/2024 | 1110 - Claim Management Issues: Draft motion for estimation of claim | KAH | 0.50 | $275.00 | $137.50 |
| Service | 08/14/2024 | 1108 - Employment, Billing & Compensation: Begin review and preparation of all invoices in support of draft First Interim Fee Application | DTF | 2.20 | $195.00 | $429.00 |
| Service | 08/14/2024 | 1108 - Employment, Billing & Compensation: review final app to employ LW; (.2) review notice of app to employ LW (.1); t/conf w/J. Jaeger re same (.1) | MPR | 0.40 | $750.00 | $300.00 |
| Service | 08/15/2024 | 1110 - Claim Management Issues: review filed claims to ascertain moving forward with objections | CAR | 0.30 | $575.00 | $172.50 |
| Service | 08/15/2024 | 1108 - Employment, Billing & Compensation: Continue draft first interim fee application | DTF | 2.70 | $195.00 | $526.50 |
| Service | 08/15/2024 | 1112 - Debtor Meetings & Communications: Prep of agenda and email for weekly status/strategy mtg (.2); status/strategy zoom mtg w/client team and D. Friedland (.8) | MPR | 1.00 | $750.00 | $750.00 |
| Service | 08/16/2024 | 1108 - Employment, Billing & Compensation: Continue review of file and invoices and preparing draft first interim fee application | DTF | 2.80 | $195.00 | $546.00 |
| Service | 08/16/2024 | 1102 - Case Administration / US Trustee: T/conf w/D. Friedland and W. Pederson re management agreement issues and coordination with WL | MPR | 0.30 | $750.00 | $225.00 |
| Service | 08/16/2024 | 1110 - Claim Management Issues: Begin reviewing Proof of Claim information to determine treatment of each, including | EMR | 0.50 | $450.00 | $225.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | bases for objections, if any. | | | | |
| Service | 08/17/2024 | 1102 - Case Administration / US Trustee: Prep of email to EAG team re calculation issue on UST quarterly fees | MPR | 0.20 | $750.00 | $150.00 |
| Service | 08/19/2024 | 1102 - Case Administration / US Trustee: Review WL info provision issues for MORS and prep of related emails (.4); teams mtg w/D. Friedland and W. Pederson re UST fees and WL info provision (.1) | MPR | 0.50 | $750.00 | $375.00 |
| Service | 08/19/2024 | 1102 - Case Administration / US Trustee: Conduct email exchange with Shaq Williams from EA Advisory Group to provide information needed for July 2024 monthly operating report. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 08/20/2024 | 1102 - Case Administration / US Trustee: prep of email to WL counsel re upcoming disbursements from operating account | MPR | 0.20 | $750.00 | $150.00 |
| Service | 08/20/2024 | 1112 - Debtor Meetings & Communications: Email to D. Friedland re client meeting (.1); work on agenda for weekly client meeting, including attachments to be reviewed from EAG (.2) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 08/21/2024 | 1112 - Debtor Meetings & Communications: Review EAG materials for client mtg (.3); zoom client strategy mtg w/D. Friedland (.9) | MPR | 1.20 | $750.00 | $900.00 |
| Service | 08/21/2024 | 1102 - Case Administration / US Trustee: Review and finalize July 2024 Monthly Operating Report. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 08/26/2024 | 1102 - Case Administration / US Trustee: emails w/J. Cordova re lender info on disbursements and info requests re MOR (.2) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 08/26/2024 | 1104 - DIP Financing / Cash Collateral: review D. Friedland emails re adequate protection payment (.2) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 08/26/2024 | 1108 - Employment, Billing & Compensation: emails re Sikich engagement (.2) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 08/28/2024 | 1109 - Asset Analysis & Recovery: attention to lenders' followup on appraisal, discovery, and MOR Qs, including emails w/F. DiCastri, J. Cordova and D. Friedland (.5) | MPR | 0.50 | $750.00 | $375.00 |
| Service | 08/28/2024 | 1108 - Employment, Billing & Compensation: Phone call and email | EMR | 0.30 | $450.00 | $135.00 |

| | | | | | |
|---|---|---|---|---|---|
| | exchange with Jennifer Cordova to determine and confirm Sikich's fees for preparing 2023 federal and state income tax returns. | | | | |
| | | | | **Quantity Subtotal** | 40.6 |
| | | | | **Services Subtotal** | $17,911.50 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/18/2024 | Copy Expense: Stretto Printing/Copying Expense: Debtor's Motion to Extend Exclusivity Period for Filing a Chap 11 Plan and Disclosure Statement Debtors (Doc 195) and Notice of Debtor's Motion for Entry of Order Extending the Exclusive Periods (Doc 196) | 1.00 | $197.40 | $197.40 |
| Expense | 07/18/2024 | Postage Expense: Stretto Postage Expense: Debtor's Motion to Extend Exclusivity Period for Filing a Chap 11 Plan and Disclosure Statement Debtors (Doc 195) and Notice of Debtor's Motion for Entry of Order Extending the Exclusive Periods (Doc 196) | 1.00 | $91.18 | $91.18 |
| Expense | 08/01/2024 | Mileage: Roundtrip mileage for Attorney M. Richman to attend hearing RE Case Management and Payment of Adequate Protection Motion | 131.80 | $0.67 | $88.31 |
| | | | **Expenses Subtotal** | | $376.89 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Kayla Holmes | Associate | 8.5 | $275.00 | $2,337.50 |
| Eliza Reyes | Associate | 9.0 | $450.00 | $4,050.00 |
| Claire Richman | Partner | 0.8 | $575.00 | $460.00 |
| Michael Richman | Partner | 12.1 | $750.00 | $9,075.00 |
| David Fowle | Paralegal | 10.2 | $195.00 | $1,989.00 |
| | | **Quantity Total** | | 40.6 |
| | | **Subtotal** | | $18,288.39 |
| | | **Total** | | $18,288.39 |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|
| ( | $52,507.10 | + | $18,288.39 | ) - ( | $0.00 | ) = | **$70,795.49** |

**Richman & Richman LLC Trust - Advanced Fees**

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 04/06/2024 | | Advance Fee Deposit | Wisconsin & Milwaukee Hotel LLC/-2024.00023 | | $25,000.00 | $25,000.00 |
| 04/09/2024 | | | Wisconsin & Milwaukee Hotel LLC/-2024.00023 | | $23,000.00 | $48,000.00 |
| 04/09/2024 | | Payment for invoice #724 | Wisconsin & Milwaukee Hotel LLC/-2024.00023 | $16,174.00 | | $31,826.00 |
| 06/25/2024 | | Payment for invoice #875 | Wisconsin & Milwaukee Hotel LLC/-2024.00023 | $31,826.00 | | $0.00 |

**Richman & Richman LLC Trust - Advanced Fees Balance**     **$0.00**

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:** Mail to 122 W. Washington Ave., Suite 850, Madison, WI  53703-2732
**Credit Card Payments:** Via LawPay at www.RandR.law (or attached link)
**Wire Instructions:**    Account Name:  Richman & Richman LLC (General Checking)
                       Account Address:  122 W. Washington Ave., Suite 850, Madison, WI  53703-2732
                       Bank Name and Address:  BMO Harris Bank
                       ABA: 071025661  SWIFT Code HATRUS44   Acct No.  4838178298