**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## NOTICE AND APPLICATION OF THE DEBTOR
## FOR AUTHORITY TO RETAIN AND EMPLOY
## ICAP DEVELOPMENT LLC
## AS ACCOUNTANT FOR A LIMITED PURPOSE

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), by and through its counsel, Richman & Richman LLC, submits this Notice and Application ("**Application**") of the Debtor to Employ ICAP Development LLC ("**ICAP**")as an Accountant for a Limited Purpose pursuant to Section 327(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), effective as of September 13, 2024, the filing date of this Application ("**Effective Date**"). In support of the Application, the Debtor submits the Declaration of Shaun Geracie ("**Geracie Declaration**") attached hereto as **Exhibit A** and incorporated herein.

### JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 1334 and 157(a) and the district court's order of reference entered in the Eastern

District of Wisconsin. As a matter concerning the administration of the bankruptcy estate, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014.

## BACKGROUND

2. On April 9, 2024, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("**Bankruptcy Code**"), commencing the above-captioned bankruptcy case [Doc 1] (the "**Chapter 11 Case**"). The Debtor is authorized to operate its business as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. The Debtor owns and operates the Milwaukee Marriott Downtown (the "**Hotel**"), a full-service, high-end hotel located in the heart of downtown Milwaukee.

## RELIEF REQUESTED

4. The Debtor wishes to engage the firm of ICAP Development LLC ("**ICAP**"), under the leadership of Mr. Shaun Geracie, CPA ("**Geracie**"), as its accountant in this Chapter 11 Case for the limited purpose of assisting the Debtor with the analysis and preparation of the Debtor's consolidated quarterly and year-end financial statements during the pendency of this Chapter 11 Case (to the extent required by the Debtor and not otherwise being performed by Debtor's financial advisor Eisner Amper Group). As set forth herein, Geracie has considerable experience preparing the Debtor's consolidated financial statements, and has been

2

preparing them since 2021. Such services are proposed to be performed on a flat-fee basis per report, and shall be subject to review and approval by the Court prior to payment.

## BASIS FOR RELIEF REQUESTED

5. The Debtor seeks approval of the retention and employment of ICAP under Section 327(a) of the Bankruptcy Code, which provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 U.S.C. § 327(a).

6. By this Application, the Debtor respectfully requests that this Court enter an Order authorizing it to employ and retain ICAP as its accountant for the limited purposes described herein pursuant to Sections 327(a) and 330 of the Bankruptcy Code, effective as of the date of the filing of this Application.

## SCOPE OF EMPLOYMENT

7. Local Rule 2014 requires that a retention application "include a specific recitation of the anticipated services to be rendered, together with the proposed method of calculating the compensation." Bankr. E.D. Wis. Local R. 2014(a).

8. Specifically, the professional services that the Debtor expects that ICAP will provide in connection with the Chapter 11 Case are generally as follows:

   a. On a quarterly basis, compile the operating and ownership trial balances, bank reconciliation, depreciation reports and other

3

documents pertaining to the consolidation of the Hotel's financial statements into one financial statement; and

b. Analyze the compiled financial statement for inconsistencies and advise the Debtor on any potential issues with same.

9. The Debtor believes that Geracie and ICAP are experienced in the type of services to be provided to the Debtor, and therefore believe that Geracie and ICAP are qualified to act as the Debtor's accountant for these limited purposes, and to do so on a very cost-effective basis.

## COMPENSATION

10. ICAP shall be paid a flat fee in the amount of $1,825.00 per quarterly report prepared, and ICAP will seek Court approval of its compensation and reimbursement of its actual, necessary, and reasonable expenses incurred upon the filing of applications for compensation pursuant to Sections 330 and 331 of the Bankruptcy Code.

11. No fees shall be paid to ICAP except upon proper application to and approval by the Court.

12. The Debtor has determined that the rates charged by ICAP are reasonable given the work ICAP is expected to perform.

## DISINTERESTEDNESS

13. Bankruptcy Rule 2014(a) requires an applicant seeking an order approving employment to disclose, to the best of the applicant's knowledge, all connections with the debtor, the debtor's creditors, any other party in interest, their

4

respective attorneys and accountants, the United States Trustee or any person employed by the United States Trustee.

14.     To the best of the Debtor's knowledge, ICAP has no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the United States Trustee, except as may be expressly set forth herein or in the Geracie Declaration.

## NOTICE

15.     Pursuant to Local Rule 2014, notice of this Application shall be served upon the following or their respective counsel, (a) the United States Trustee for the Eastern District of Wisconsin; (b) Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC, the Debtor's primary secured lenders; and (c) any other persons or parties designated by the Court.

16.     The Debtor asserts that notice has been provided to all required parties through the filing of this application via the Court's CM/ECF system, and requests that if no objection or request for hearing is filed within **14 days of the filing of this Application**, that the Court grant the relief requested.

17.     Subject to this Court's approval of this application, ICAP has indicated that it is willing to serve as the Debtor's accountant in this Chapter 11 Case, and perform the services described herein.

WHEREFORE, Wisconsin & Milwaukee Hotel, LLC respectfully requests the entry of an order (a) granting this Application; (b) authorizing it to retain and employ

5

ICAP Development LLC as its accountant for a limited purpose in this Chapter 11 Case effective as of September 13, 2024; and (c) granting such other and further relief as this Court may deem just and proper.

Dated: September 13, 2024.

**RICHMAN & RICHMAN LLC**
**Attorneys for Wisconsin &**
**Milwaukee Hotel LLC**

By: _____/s/ *Michael P. Richman*_____
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 West Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608) 630-8990
Fax: (608) 630-8991
mrichman@RandR.law
crichman@RandR.law
ereyes@RandR.law

6

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

**DECLARATION OF SHAUN GERACIE**
**IN SUPPORT OF NOTICE AND APPLICATION OF DEBTOR**
**FOR AUTHORITY TO RETAIN AND EMPLOY**
**ICAP DEVELOPMENT LLC**
**AS ACCOUNTANT FOR A LIMITED PURPOSE**

I, Shaun Geracie, hereby declare as follows:

1.     I am the principal of ICAP Development LLC ("**ICAP**"), a real estate development firm located at 1830 N Hubbard St, Suite 700, Milwaukee, Wisconsin, 53212. I am also a certified public accountant.

2.     I submit this declaration in support of the Notice and Application of Debtor for Authority to Retain and Employ ICAP Development LLC as Accountant for a Limited Purpose ("**Application**") for Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**").

3.     Unless otherwise stated, the facts set forth herein are based on my personal knowledge, upon records maintained by ICAP in the ordinary course of business, and which have been reviewed by me. To the extent any information disclosed in this declaration requires amendment or modification as additional information becomes available, a supplemental declaration will be submitted to the court.

4.     Subject to the approval of the Application, the Debtor wishes to engage ICAP as its accountant in this Chapter 11 Case for the limited purpose of assisting the Debtor with the analysis and preparation of its consolidated quarterly and year-end financial statements during the pendency of this Chapter 11 Case. It is anticipated that I will be primarily providing these services to the Debtor. I have been preparing the Debtor's consolidated financial statements since 2021.

5.     Specifically, the professional services that the Debtor expects that ICAP and I will provide in connection with the Chapter 11 Case are generally as follows:

a. On a quarterly basis, compile the operating and ownership trial balances, bank reconciliation, depreciation reports and other documents pertaining to the consolidation of the Hotel's financial statements into one financial statement; and

b. Analyze the compiled financial statement for inconsistencies and advise the Debtor on any potential issues with same.

### ICAP Development is a Disinterested Person
### Pursuant to 11 U.S.C. § 101(14)

6.     To the best of my knowledge, information, and belief, ICAP, including all members and staff thereof, is a disinterested person within the meaning of 11 U.S.C. § 101(14) and is eligible to serve as accountant for the Debtor pursuant to 11 U.S.C. § 327.

7.     As far as I have been able to ascertain, other than as may be disclosed in this Declaration, ICAP does not have connections with the Debtor, its creditors, or any other party in interest in this Chapter 11 Case, or the United States Trustee or any person employed in the Office of the United States Trustee.

8.     ICAP employees, under my supervision, conducted a search of ICAP's

2

client database for each of the following entities (collectively, the "**Search Parties**"). The list of the Search Parties is attached hereto and incorporated herein as Exhibit I.

- the Debtor's equity holders;
- the Debtor's management;
- the Debtor's secured and unsecured creditors; and
- other parties in interest.

9.      After reviewing the results of the search, I have determined that neither ICAP nor I (a) hold or represent any interest adverse to the Debtor or its estate, its creditors or equity holders; or (b) represent any other entity having an adverse interest to the Debtor in connection with this Chapter 11 Case.

10.     In addition, to the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I, nor any member or employee of ICAP is a relative of any of the United States Bankruptcy Judges who may be assigned to this Chapter 11 Case, and ICAP does not have a connection with any of the United States Bankruptcy Judges who would determine ICAP's retention in this Chapter 11 Case.

11.     Based upon my review as of this date, I have determined that ICAP does not represent any party who has a material adverse interest with respect to the Debtor.

12.     In sum, I believe ICAP: (a) does not hold or represent any interest adverse to the Debtor in connection with the matters for which ICAP will be engaged;

3

and (b) is disinterested.

### ICAP's Professional Compensation

13.     ICAP shall be paid a flat fee in the amount of $1,825.00 per quarterly report prepared, and ICAP will seek Court approval of its compensation and reimbursement of its actual, necessary, and reasonable expenses incurred upon the filing of applications for compensation pursuant to Sections 330 and 331 of the Bankruptcy Code. ICAP understands and agrees that no fees shall be paid to ICAP except upon proper application to and approval by the Court.

14.     The Debtor has determined that the rate charged by ICAP is reasonable given the work ICAP is expected to perform.

15.     ICAP has not agreed to share any compensation received in connection with this proceeding with any entity other than its members, counsel, or associates in accordance with 11 U.S.C. § 504(b).

I declare under penalty of perjury under the laws of the United States that, based upon my knowledge, information and belief as set forth in this Declaration, the foregoing is true and correct to the best of my knowledge.

Executed in Milwaukee, Wisconsin this 12th day of September, 2024.

_____
Shaun Geracie

4

# EXHIBIT I

**Fill in this information to identify the case:**

Debtor name **Wisconsin & Milwaukee Hotel LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **24-21743**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** City of Milwaukee
Creditor's Name

**Office of the City Treasurer Customer Services Division PO Box 514062 Milwaukee, WI 53203-3462**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**December 31, 2023**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Computershare Trust Company, N.A.
2. Wisconsin & Milwaukee Hotel Funding, LLC
3. City of Milwaukee**

Describe debtor's property that is subject to a lien
**Full-service high-end hotel known as the Milwaukee Marriott Downtown 625 N. Milwaukee Street Milwaukee, WI 53202**

Describe the lien
**Real Estate Taxes - Tax Year 2023**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$549,089.87** | **$26,400,000.00**

**2.2** **Computershare Trust Company, N.A.**
Creditor's Name

**250 Royall Street Canton, MA 02021**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**All real and personal property of the Debtor.**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?

**$46,288,403.25** | **$26,400,000.00**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

| | |
|---|---|
| **Date debt was incurred** <br> **August 31, 2012** <br> **Last 4 digits of account number** <br> **unknown** | ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

| | | | | |
|---|---|---|---|---|
| **2.3** | **Wisconsin & Milwaukee Hotel Funding, LLC** <br> Creditor's Name <br><br> **311 E. Chicago Street** <br> **Suite 510** <br> **Milwaukee, WI 53202** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Full-service high-end hotel known as the Milwaukee Marriott Downtown** <br> **625 N. Milwaukee Street** <br> **Milwaukee, WI 53202** <br><br> **Describe the lien** <br> **Mortgage** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$2,000,000.00** | **$26,400,000.00** |
| | **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ■ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$48,837,493.12** |

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **City of Milwaukee** <br> **City Hall** <br> **200 E. Wells Street** <br> **Room 800** <br> **Milwaukee, WI 53202** | Line **2.1** | |
| **Wisconsin Housing & Economic Development Authority (WHEDA)** <br> **611 W. National Avenue** <br> **Milwaukee, WI 53204** | Line **2.2** | **unknown** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Access One Inc.**<br>**820 W Jackson Blvd.**<br>**6th Floor**<br>**Chicago, IL 60607**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Creditor - materials or services__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $213.27 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Airgas USA LLC**<br>**259 North Radnor-Chester Road**<br>**Suite 100**<br>**Radnor, PA 19087-5283**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Creditor - materials or services__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $1,268.81 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Akrit Sales & Service, Inc.**<br>**17300 W. Cleveland Avenue**<br>**New Berlin, WI 53146**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Creditor - materials or services__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $929.45 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Alliance Laundry Systems Distribution**<br>**PO Box 844226**<br>**Dallas, TX 75284-4226**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Creditor - materials or services__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $574.72 |

Case 24-21743-gmh    Doc 240    Filed 09/13/24    Page 15 of 30

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,792.93 |
|---|---|---|---|

**ALSCO Inc.**
**505 East 200 South**
**Salt Lake City, UT 84102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.24 |
|---|---|---|---|

**ASSA Abloy Global Solutions**
**PO Box 70340**
**SE-107 23**
**Stockholm, Sweden**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357.08 |
|---|---|---|---|

**Boelter Companies**
**PO Box 734296**
**Chicago, IL 60673-4296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.76 |
|---|---|---|---|

**BOSS Beer Line Cleaning**
**PO Box 486**
**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.71 |
|---|---|---|---|

**Canon Solutions America, Inc.**
**One Canon Park**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.84 |
|---|---|---|---|

**Carisolo Inc.**
**Carisolo Grinding Service**
**E7995 School Road**
**Sauk City, WI 53583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,902.44 |
|---|---|---|---|

**Cintas**
**N56 W13605 Silver Spring Drive**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Trade Creditor - materials or services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,663.82 |
|---|---|---|---|

**Courtesy Products, Inc.**
**10840 Linpage Place**
**Saint Louis, MO 63132**

Date(s) debt was incurred _

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $248.61 |
|---|---|---|---|

**Coyle Hospitality Services, Inc.**
**244 Madison Avenue**
**Suite 369**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10,524.00 |
|---|---|---|---|

**CVENT**
**PO Box 822699**
**Philadelphia, PA 19182-2699**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,281.02 |
|---|---|---|---|

**Deluxe Branded Marketing**
**PO Box 645633**
**Cincinnati, OH 45264-5633**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,238.00 |
|---|---|---|---|

**Ecolab Institutional**
**PO Box 70343**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $82.00 |
|---|---|---|---|

**Ecolab Pest Elimination Division**
**25252 Network Place**
**Chicago, IL 60673-1262**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,160.92 |
|---|---|---|---|

**Edward Don and Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.95 |
|---|---|---|---|

**FAXPIPE**
**AIRCOM LLC DBA AIRCOMUSA**
**190 W. 800 N Street**
**Suite 202**
**Provo, UT 84601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Fitztgerald Consultancy**
**44 East Mifflin Street**
**Suite 305**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2023 - 3/31/2024**

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,721.17 |
|---|---|---|---|

**Fortune Fish Company**
**Lockbox 235263**
**Chicago, IL 60689-5263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Four Peas Consulting**
**PO Box 101**
**Eau Claire, WI 54702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,104.29 |
|---|---|---|---|

**Grainger Inc.**
**Dept 843980004**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,145.65 |
|---|---|---|---|

**Guest Supply LLC**
**PO Box 6771**
**300 Davidson Avenue**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,947.19 |
|---|---|---|---|

**Guest Tek Interactive**
**1060 Lake Susan Drive**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,052.00 |
|---|---|---|---|

**J.M. Brennan Inc.**
2101 W. St. Paul Avenue
Milwaukee, WI 53233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $414,166.66 |
|---|---|---|---|

**Jackson Street Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2020, 11/30/2020, 12/11/2020, 12/28/2020**

Basis for the claim:  **Operating Loan**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,922.83 |
|---|---|---|---|

**JLL**
200 East Randolph Drive
43 Floor
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2023 - 3/31/2024**

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,719.69 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2019 to 9/30/2021**

Basis for the claim:  **Operating Loan**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296,693.94 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2020 - 2/29/2024**

Basis for the claim:  **Accrued Asset Management Fees**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511,857.00 |
|---|---|---|---|

**JS Asset Management LLC**
731 N. Jackson Street
Suite 420
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/8/2020**

Basis for the claim: _

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.00 |
|---|---|---|---|

**Knot Worlwide Inc.**
PO Box 32177
New York, NY 10087-2177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,190.31 |
|---|---|---|---|

**Marriott International, Inc.**
7750 Wisconsin Avenue
Bethesda, MD 20814

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Franchise Fees__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $819.00 |
|---|---|---|---|

**Martin Sourcing & Logistics LLC**
533 Jackson Way
Pevely, MO 63070

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,254.24 |
|---|---|---|---|

**Meats by Linz, Inc.**
PO Box 59
414 E. State Street
Calumet City, IL 60409-0059

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.60 |
|---|---|---|---|

**Milwaukee Pretzel Company**
8050 N. Granville Woods Road
Milwaukee, WI 53223

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Milwaukee World Festival**
BIN 88485
639 E. Summerfest Place
Milwaukee, WI 53202

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Playback Prodigy**
PO Box 70838
Las Vegas, NV 89170-0838

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,399.69 |
|---|---|---|---|

**Restaurant Technologies, Inc.**
12962 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Creditor - materials or services__

Is the claim subject to offset? ■ No  ☐ Yes

_____
   Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.09 |

**RR Donnelley**
55111 S 9th Street
Milwaukee, WI 53221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,324.01 |

**State Chemical Solutions**
PO Box 844284
Boston, MA 02284-4284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,699.07 |

**Tambourine**
100 W. Cypress Creek Road
Suite 550
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,622.23 |

**Testa Produce, Inc.**
O2nd Dept 2105
PO Box 5905
Carol Stream, IL 60197-5905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383,555.68 |

**Town Bank**
9801 W. Higgins Road
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/24/2021

Basis for the claim:  **PPP Loan**

Last 4 digits of account number  4083

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |

**Towne Park LLC**
PO Box 79349
Baltimore, MD 21279-0349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,068.18 |

**Turano Baking Company**
6501 West Roosevelt Road
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Creditor - materials or services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.75 |

**UMF Corporation**
**3600 Commercial Avenue**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |

**Urban Elevator - Wisconsin**
**PO Box 70**
**Berwyn, IL 60402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,407.18 |

**US Foodservice Inc.**
**W137N9245 WI-45**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.40 |

**Valentine Coffee**
**5918 W. Vliet Street**
**Milwaukee, WI 53208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,576.19 |

**Vistar Corporation**
**16639 Gale Way Avenue**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449,000.00 |

**Wave Renovations LLC**
**731 N. Jackson Street**
**Suite 420**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/22/2020, 2/28/2020,
6/9/2020, 6/30/2020

Basis for the claim:  Operating Loan

Last 4 digits of account number  None

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |

**Winter Services LLC**
**5343 N. 118th Court**
**Milwaukee, WI 53225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Creditor - materials or services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|------|---|---|---|

**Wisconsin Hotel & Lodging**
**125 N. Executive Drive**
**Suite 206**
**Brookfield, WI 53005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,280.18 |
|------|---|---|---|

**Wolf's Dry Cleaners**
**1354 N. Seventh Street**
**Milwaukee, WI 53205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,008.15 |
|------|---|---|---|

**Zone Mechanical North LLC**
**731 County Road DDD**
**Suite 300**
**Wrightstown, WI 54180**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Creditor - materials or services**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,435,339.94 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,435,339.94 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SIP (telephone) services contract; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **6 months** | **Access One, Inc.**<br>**820 W. Jackson Blvd.**<br>**6th Floor**<br>**Chicago, IL 60607** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Beverage gas; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **1 year** | **Airgas USA, LLC**<br>**3101 Stafford Drive**<br>**Charlotte, NC 28208** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - HOTSOS preventative maintenance; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Expires 4/30/24** | **Amadeus Hospitality Americas, Inc.**<br>**75 New Hampshire Avenue**<br>**Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Reservation of flight personnel rooms; Contract is either with, or for the benefit of, the Debtor.** | |
|------|--------------------------------------------------------------------------------|---------------------------------------------------------|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **American Airlines, Inc.**<br>**1 Skyview Drive**<br>**Fort Worth, TX 76155** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Music licensing contract; Contract is either with, or for the benefit, of the Debtor.** | |
|------|--------------------------------------------------------------------------------|---------------------------------------------------------|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **ASCAP**<br>**2 Music Square West**<br>**Nashville, TN 37203** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - kitchen hood cleaning; Contract is either with, or for the benefit of, the Debtor.** | |
|------|--------------------------------------------------------------------------------|---------------------------------------------------------|---|
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | **Averus Inc.**<br>**3851 Clearview Court**<br>**Gurnee, IL 60031** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Copier services; Contract is either with, or for the benefit of, the Debtor.** | |
|------|--------------------------------------------------------------------------------|---------------------------------------------------------|---|
| | State the term remaining | **Expires 12/31/2025** | |
| | List the contract number of any government contract | | **Canon Solutions America, Inc.**<br>**425 Martingale Road**<br>**Schaumburg, IL 60173** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Supply contract - kitchen uniforms; Contract is either with, or for the benefit of, the Debtor.** | |
|------|--------------------------------------------------------------------------------|---------------------------------------------------------|---|
| | State the term remaining | **Expires 6/23/2025** | |
| | List the contract number of any government contract | | **CINTAS Corporation No. 2**<br>**6415 N. 2nd Street**<br>**Milwaukee, WI 53223** |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - hotel security; Contract is either with, or for the benefit of, the Debtor. Month to month | |
|---|---|---|---|
| | State the term remaining | | Elite Protection Specialist, LLC |
| | List the contract number of any government contract | | PO Box 185 Pewaukee, WI 53072 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - EPIK (telephone); Contract is either with, or for the benefit of, the Debtor. Expires 9/13/2024 | |
|---|---|---|---|
| | State the term remaining | | Granite Telecommunications |
| | List the contract number of any government contract | | 100 Newport Ave Ext Quincy, MA 02171 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Consulting and Asset Management Agreement | |
|---|---|---|---|
| | State the term remaining | Annual renewal | JS Asset Management LLC |
| | List the contract number of any government contract | | 731 N. Jackson Street Suite 420 Milwaukee, WI 53202 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - Reader Board Services; Contract is either with, or for the benefit of, the Debtor. Month to month | |
|---|---|---|---|
| | State the term remaining | | Knowland Group, LLC |
| | List the contract number of any government contract | | 1735 N. Lynn Street Arlington, VA 22209 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Contract for brand marketing; Contract is either with, or for the benefit of, the Debtor. Month to month | |
|---|---|---|---|
| | State the term remaining | | Marriott International Inc. |
| | List the contract number of any government contract | | 10400 Fernwood road Bethesda, MD 20817 |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marriott International Inc.**<br>**10400 Fernwood road**<br>**Bethesda, MD 20817** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - F&B reservations and marketing; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **OpenTable, Inc.**<br>**1 Montgomery Street**<br>**San Francisco, CA 94104** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Services contrct - public area music programming; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/31/2025** | |
| | List the contract number of any government contract | | **Prescriptive Music, LLC**<br>**5900 Canoga Avenue**<br>**Suite 300**<br>**Woodland Hills, CA 91367** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - associate distress devices; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Relay Inc.**<br>**4200 Six Forks Road**<br>**Suite 1800**<br>**Raleigh, NC 27609** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - fryer oil and filtration services; Contract is either with, or for the benefit of, the Debtor.** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **Restaurant Technologies, Inc.**<br>**2250 Pilot Knob Road**<br>**Suite 100**<br>**Saint Paul, MN 55120** |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - contract licensing; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | SESAC<br>35 Music Square East<br>Nashville, TN 37203 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - marketing services; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Expires 12/31/2024 | |
| | List the contract number of any government contract | | Tambourine<br>100 W. Cypress Creek Road<br>Suite 550<br>Fort Lauderdale, FL 33309 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - Valet parking services; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Expires 1/1/2026 | |
| | List the contract number of any government contract | | Towne Park, LLC<br>555 E. North Lane<br>Suite 5020<br>Conshohocken, PA 19428 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - AC maintenance agreement; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Expires 6/11/2024 | |
| | List the contract number of any government contract | | Trane U.S.<br>234 West Florida Street<br>Milwaukee, WI 53204 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Services contract - marketing services; Contract is either with, or for the benefit of, the Debtor. | |
|---|---|---|---|
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | Trip Advisor LLC<br>400 - 1st Avenue<br>Needham Heights, MA 02494 |

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Elevator maintenance services; Contract is either with, or for the benefit of, the Debtor. Expires 6/30/2027** | |
| | State the term remaining | | **Urban Elevator Service, LLC** |
| | List the contract number of any government contract | | **4830 WEst 16th Street** |
| | | | **Cicero, IL 60804** |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Temporary/contract labor; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **V&J Hospitality Services, LLC** |
| | List the contract number of any government contract | | **443 Parkridge Drive** |
| | | | **Pittsburgh, PA 15235** |

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Services contract - Advertising; Contract is either with, or for the benefit of, the Debtor.** | |
| | State the term remaining | **Month to month** | **Wedding Pages LLC** |
| | List the contract number of any government contract | | **462 Broadway** |
| | | | **6th Floor** |
| | | | **New York, NY 10013** |

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Management Contract** | |
| | State the term remaining | | **White Lodging Management Corp.** |
| | List the contract number of any government contract | | **701 83rd Avenue** |
| | | | **#17** |
| | | | **Merrillville, IN 46410** |

## United States Bankruptcy Court
### Eastern District of Wisconsin

In re  **Wisconsin & Milwaukee Hotel LLC**

Debtor(s)

Case No.  **24-21743**

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **FORE Investments LLC**<br>**731 N. Jackson Street**<br>**Suite 900**<br>**Milwaukee, WI 53202** | | | **LLC Member - 0.01% interest** |
| **Jackson Street Management LLC**<br>**731 N. Jackson Street**<br>**Suite 4320**<br>**Milwaukee, WI 53202-4612** | | | **LLC Member - 99.9% interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, **Mark Flaherty, Manager of Jackson Street Management, LLC,** manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 6, 2024

Signature  /s/ Mark Flaherty

**Jackson Street Management, LLC**
**By: Mark Flaherty, Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders