So Ordered.

Dated: September 24, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh  
Chapter 11

## ORDER GRANTING APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY SIKICH LLC AS ACCOUNTANTS FOR THE DEBTOR EFFECTIVE AS OF SEPTEMBER 6, 2024

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), filed an Application for Authority to Retain and Employ Sikich LLC as Accountants for the Debtor Effective as of September 6, 2024 ("**Application**") [Doc 237], seeking entry of an order pursuant to 11 U.S.C. section 327 authorizing the Debtor to employ and retain Sikich LLC as its accountants effective as of September 6, 2024. The court has reviewed the Declaration of Gerald J. Schmit filed in

support of the Application, and it appears that Sikich, including the members and staff thereof, is a disinterested person and does not hold or represent an interest adverse to the estate.

Accordingly, IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. section 327(a), Wisconsin & Milwaukee Hotel LLC is authorized to retain and employ Sikich LLC as its accountants effective September 6, 2024.

#####