

**Claire Ann Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8992
crichman@randr.law

October 4, 2024

*Via CM/ECF*

U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Ave, Rm 126
Milwaukee, WI 53202

   RE: Change of Adress in Matrix
      In re: Wisconsin & Milwaukee Hotel LLC; Case No. 24-21743

Dear Clerk:

This letter is to confirm the change of creditor address(es) from the Matrix in the above-mentioned matter. The addresses are invalid, and the creditors have been served at the correct addresses. Please change the following address(es) in the Matrix:

| Old Addresses | New Addresses |
|---|---|
| Allen & Associates<br>500 Stephenson Highway, Suite 340<br>Troy, MI 48083-1118 | Allen & Associates<br>5700 Crooks Road, Suite 202<br>Troy, MI 48098 |
| Wisconsin Housing & Economic Development Authority (WHEDA)<br>611 W. National Avenue<br>Milwaukee, WI 53204-1768 | Wisconsin Housing & Economic Development Authority (WHEDA)<br>611 W. National Ave, Suite 110<br>Milwaukee, WI 53204 |
| CINTAS Corporation No. 2<br>6415 N. 2nd Street<br>Milwaukee, WI 53223 | CINTAS Corporation No. 2<br>N56 W13605 Silver Spring Drive<br>Menomonee Falls, WI 53051 |
| Canon Solutions America, Inc.<br>425 Martingale Road<br>Schaumburg, IL 60173-2406 | Canon Solutions America, Inc.<br>425 N. Martingale Road, Suite 100<br>Schaumburg, IL 60173 |
| Meats By Linz, Inc.<br>PO Box 59<br>414 E. State Street<br>Calumet City, IL 60409-2618 | Meats By Linz, Inc.<br>P.O. Box 6008<br>Hammond, IN 46325-6008 |


| | |
|---|---|
| Knowland Group, LLC<br>1735 N. Lynn Street<br>Arlington, VA 22209-2023 | Knowland Group, LLC<br>2300 Wilson Blvd, # 700<br>Arlington, VA 22201 |
| Urban Elevator Service, LLC<br>4830 West 16th Street<br>Cicero, IL 60804-1530 | Urban Elevator Service, LLC<br>P.O. Box 70<br>Berwyn, IL 60402-0070 |
| Four Peas Consulting<br>P.O. Box 101<br>Eau Claire, WI 54702-0101 | Four Peas Consulting<br>P.O. Box 1901<br>Eau Claire, WI 54702-1901 |
| Ecolab Pest Elimination Division<br>25252 Network Place<br>Chicago, IL 60673-1262 | Ecolab Pest Elimination Division<br>3535 S 31st Street<br>Grand Forks, ND 58201 |
| US Foodservice, Inc.<br>W137N9245 WI-45<br>Menomonee Falls, WI 53051 | US Foodservice, Inc.<br>W137 N9245 HWY 145<br>Menomonee Falls, WI 53051 |
| State Chemical Solutions<br>PO Box 844284<br>Boston, MA 02284-4284 | State Chemical Solutions<br>5915 Landerbrook Drive, Suite 300<br>Mayfield Heights, OH 44124 |
| Towne Park LLC<br>555 E North Lane, Ste 5020<br>Conshohocken, PA 19428-2233 | **Please Remove:** This is an invalid duplicate address; the creditor was served at other locations. |
| Restaurant Technologies, Inc.<br>12962 Collections Center Drive<br>Chicago, IL 60693-0129 | **Please Remove:** This is an invalid duplicate address; the creditor was served at other locations. |

Sincerely,

RICHMAN & RICHMAN LLC

*Claire Ann Richman*

Claire Ann Richman
CAR/kkh