UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>Wisconsin & Milwaukee Hotel LLC,<br><br>Debtor. | Case No. 24-21743-gmh<br>Chapter 11 |

## *AMENDED* EXHIBIT B – SUMMARY OF PROFESSIONALS

The following is a list of all attorneys, professionals, paraprofessionals or other timekeepers performing services on this case; a description of the experience and length of professional practice for each timekeeper; and the billing rate for each.

> **Michael P. Richman**
> **Partner, Admitted in 1979**
> **Hourly billing rate:** ~~**$675.00**~~ *$750.00*
>
> Attorney Michael P. Richman is a member of Richman & Richman LLC. Michael focuses on representing Chapter 11 business debtors, creditors and creditors' committees and advises on virtually every aspect of financial distress and bankruptcy, as well as out-of-court restructurings. He is also an experienced litigator who frequently represents parties in commercial litigation in state and federal courts. In addition to chapter 11 business debtor, creditor, and creditor committee work, Michael's bankruptcy experience includes the prosecution and defense of complex preference and fraudulent conveyance cases, breach of duty claims against corporate insiders, and advocacy for purchasers of assets under Bankruptcy Code section 363. Prior to moving to Wisconsin in April 2018, Michael's legal practice was centered in New York City, the federal, state and bankruptcy courts located in the Southern District of New York, and he appeared frequently in Delaware. He maintains his active bar admission in New York, and continues to represent clients in bankruptcy and litigation matters across the nation. In a career of more than 40 years, Michael has appeared in courts in more than 20 states. Michael has served as President of the American Bankruptcy Institute ("ABI") (2004-05), as well as director (1996-2008), chairman of its board (2006-07) and a member of its management and executive committees. He served as chairman of the Section 363 Subcommittee of ABI's national commission to reform Chapter 11, and co-vice chair of ABI's National Ethics Task Force. He has for many successive years been named a "Super Lawyer" in peer surveys conducted by Thomson Reuters, including most recently for Wisconsin in 2023. He was recently honored by Best Lawyers as a 2024 Lawyer of the Year in Wisconsin.

**Claire Ann Richman**
**Partner, Admitted in 1993**
**Hourly billing rate: $575.00**

Attorney Claire Ann Richman is a member of Richman & Richman LLC, concentrating her practice in bankruptcy, real estate, and commercial and claim litigation. She served on: ABI's Board of Directors, panel of chapter 7 trustees for the Western District of Wisconsin 2004-2011, National Association of Bankruptcy Trustees' New Trustee Advisory Committee, past chair of State Bar of Wisconsin's Bankruptcy, Insolvency and Creditors' Rights Section, co-chair of its Legislative Committee, chair of ABI's Central States Advisory Board, and State Bar of Wisconsin's Convention Committee. She received her B.A. from Marquette University in 1987 and graduated from the University of Wisconsin Law School in 1993. In addition to being admitted to practice in Wisconsin, she is admitted to practice in the Eastern District of Wisconsin, Western District of Wisconsin, Northern District of Illinois, and District of Colorado.

**Eliza M. Reyes**
**Associate, Admitted in 1997**
**Hourly billing rate: $450.00**

Attorney Eliza M. Reyes is an attorney with Richman & Richman LLC. Since 2005, her practice has focused on financial matters, with a practice primarily focused on representation of debtors, creditors, trustees, landlords, tenants, investors and most other parties in interest with issues before the bankruptcy, federal and state courts; including individual and commercial bankruptcy filings under Chapters 7, 13, 12, and 11; objections to discharge; fraudulent transfer issues; asset valuation issues; adversary proceedings; defense of foreclosure actions; debt collection; contract disputes; real estate matters; and individual, agricultural and commercial reorganizations. She is a member of the Bankruptcy, Insolvency, and Creditors' Rights Section and the Solo and Small Firm Section of the State Bar of Wisconsin. Eliza is a 1991 graduate of the University of Wisconsin-Milwaukee with a degree in Mass Communication/Journalism, and she received her J.D. from University of Illinois Chicago School of Law f/k/a The John Marshall Law School in 1997.

**James Soo**
**Associate and Former Law Clerk**
**Hourly billing rate: $195.00-$275.00**

James Soo graduated from the University of Wisconsin Law School in 2024 with an Honors Business Concentration. James earned his undergraduate degree in Political Science from Boston College in 2020 and worked for a year as a legal research assistant at the National Tsing Hua University in Taiwan. Before starting as a full-time attorney, James worked at Richman & Richman as a law clerk, gaining experience in bankruptcy and litigation matters.

| |
|---|
| **Kayla Holmes (former employee)**<br>**Associate and former Law Clerk**<br>**Hourly billing rate: $195.00-$275.00**<br><br>Kayla Holmes graduated from the University of Wisconsin Law School in 2024. Before starting as a full-time attorney, Kayla worked at Richman & Richman as a law clerk, gaining experience in bankruptcy and litigation matters. |
| **David T. Fowle**<br>**Paralegal**<br>**Hourly billing rate: $195.00**<br><br>David T. Fowle received his B.A. in Liberal Arts at the University of Washington in 1998. He has worked as a legal assistant and paralegal in Washington State, supporting attorneys on various civil litigation matters. From 2018 to 2022, he worked in the in-house legal department at Spectrum Brands in Middleton, Wisconsin. David practices in the areas of bankruptcy and civil litigation. |
| **Chris Lawson (former employee)**<br>**Law Clerk**<br>**Hourly billing rate: $175.00**<br><br>Chris Lawson currently studies at the University of Wisconsin Law School. As a Law Clerk with Richman & Richman LLC, Chris assisted in the representation of debtors and creditors in all aspects of cases in Chapters 7 and 11 of the Bankruptcy Code. |