

**Claire Ann Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8992
crichman@randr.law

October 14, 2024

*Via CM/ECF*

U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Ave, Rm 126
Milwaukee, WI 53202

      RE:    Removal of Creditor Address from Matrix
                 In re: Wisconsin & Milwaukee Hotel LLC; Case No. 24-21743

Dear Court Clerk:

This letter is to confirm the removal of a creditor address from the Matrix in the above-mentioned matter. The address is no longer valid, and the creditor is no longer a party in interest in the above-mentioned matter. Please remove the following address(es) from the Matrix:

      Wedding Pages LLC
      462 Broadway
      6th Floor
      New York, Ny 10013-2618

Sincerely,

RICHMAN & RICHMAN LLC

*Claire Ann Richman*

Claire Ann Richman
CAR/kkh