UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

                  Debtor.

Case No. 24-21743-gmh

Chapter 11

**INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS
BY PROFESSIONAL: EISNER ADVISORY GROUP LLC
FINANCIAL ADVISOR FOR DEBTOR**

NOW COMES EA Advisory Group LLC ("**EA Group**" or "**Applicant**") and pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016, submits this Interim Application for Allowance of Fees and Costs by Professional: EISNER ADVISORY GROUP LLC Financial Advisor for the Debtor (the "**Application**"), and in support thereof states as follows:

**Jurisdiction and Background**

1.    This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330, 503(b), 507(a)(1), and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

3.    On April 9, 2024, Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**WMH**" or "**Debtor**"), filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("**Petition Date**").

4.	The Debtor retained Applicant as financial advisor to aid them in the advancement of this case. On May 31, 2024, the Debtor filed the Notice and Application of the Debtor for Authority to Retain and Employ Eisner Advisor Group LLC as Financial Advisor ("**EA Group Employment Application**") [Doc 137].

5.	On June 20, 2024, the Court signed and entered the Order Authorizing the Debtor to Retain and Employ Eisner Advisory Group LLC as Financial Advisor ("**EA Group Retention Order**") [Doc 162]. Pursuant to the EA Group Retention Order, Applicant's effective date of employment as financial advisor for the Debtor was May 31, 2024.

6.	Pursuant to the EA Group Retention Order, Applicant is to be reasonably compensated for its services, on an hourly basis, and is to be reimbursed for actual and necessary out-of-pocket expenses, pursuant to 11 U.S.C. §§ 328(a), 330, and 331.

7.	Applicant has not made previous applications for interim fees in this matter.

**Fee Period Request**

8.	This Application contemplates fees accrued and costs incurred during the time period from June 1, 2024 to September 30, 2024 (the "**Fee Period**").

9.	The blended hourly rate of financial advisors of the Applicant was $507 per hour during the Fee Period.

10.	During the Fee Period, accountants of the Applicant expended 238.00 hours on this case. Based upon the hourly rates stated above and the time expended by Applicant, the value of the services rendered by Applicant during the Fee Period was $120,695.00. In addition, reasonable and necessary costs of $1,002.49 were incurred, for an aggregate total of $121,697.49 earned by Applicant during the Fee Period.

11. During the Fee Period, Applicant assisted the Debtor with monthly operating and financial reports, balance sheets, financial information needed for filings with the Court, financial analysis in connection with the continuing operations of the Debtor and worked on other financials aspects of the reorganization as needed. Detailed time records of the Fee Period are attached as **Exhibit A** to this Application.

**Interim Approval of Fees**

12. This is an interim application for approval of compensation, and Applicant has and will continue to perform additional necessary services subsequent to September 30, 2024, for which Applicant will file subsequent fee applications.

13. Applicant is experienced in the matters for which it was employed. Applicant's hourly rates are in conformity with the rates charged by similarly situated professionals.

14. Under the standards enumerated above, the reasonable value of the services rendered by Applicant as financial advisor for the Debtor throughout this entire case, including the Fee Period, is $121,697.49, representing $120,695.00 in professional fees plus $1,002.49 of costs and disbursements.

**Payment of Compensation Awarded**

15. Applicant requests that the Court direct that Applicant is owed the total amount of $121,697.49 as an administrative priority claim pursuant to 11 U.S.C. § 503(b), which amount constitutes the total fees and costs requested hereunder.

16. Applicant has not received a retainer in this case or received any interim compensation.

17. Applicant provided an itemization of the fees and costs to Debtor, and Debtor have no objection to said fees and costs.

Page 3
Case 24-21743-gmh    Doc 281    Filed 10/24/24    Page 3 of 12

18. All services for which compensation is requested by Applicant were performed for, or on behalf of the Debtor, and not on behalf of any committee, creditor, or other person.

19. There is no agreement or understanding between the Debtor and any other person, other than principals of Applicant, for the sharing of compensation to be received for services rendered in this case.

20. Applicant certifies that it has generally complied with the guidelines set forth by the United States Trustee concerning fee applications.

WHEREFORE, Applicant prays that the Court enter an Order as follows:

A. Approving, as final, Applicant's compensation for the Fee Period under the provisions of 11 U.S.C. § 330 in the amount of $121,697.49, representing $120,695.00 in professional fees plus $1,002.49 in reasonable and necessary costs.

B. Determining that $121,697.49 is due and owing to the Applicant as an administrative priority claim pursuant to 11 U.S.C. § 503(b), which represents the total award hereunder.

C. For any other relief the Court deems just and appropriate.

Dated this 24th day of October 2024.   **Eisner Advisory Group LLC**
**Financial Advisor for the Debtor**

By:  */s/* Deborah Friedland
Deborah Friedland, ISHC
One Logan Square,
130 North 18th Street Suite 3000
Philadelphia, PA 19103

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

                                              Case No. 24-21743-gmh

Wisconsin & Milwaukee Hotel LLC,              ,

                Debtor.             Chapter 11

**EXHIBIT A**
**BILLING DETAILS FOR FEE PERIOD REQUEST**

    Attached hereto is a detailed summary of the professional fees and costs incurred in this matter during the time period from June 1, 2024, through September 30, 2024 (the "**Fee Period**").

Page 1
Case 24-21743-gmh    Doc 281    Filed 10/24/24    Page 5 of 12

**Wisconsin and Milwaukee Hotel LLC**
**June 1, 2024 through Septembr 30, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Deborah Friedland | 6/4/2024 | Call with M. Richman, Counsel. | $ 650.00 | 0.4 | $ 260.00 |
| Deborah Friedland | 6/6/2024 | Review documents to prepare MORs. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 6/6/2024 | Prepare Court application and engagement letter. | 650.00 | 0.9 | 585.00 |
| Shaquan Williams | 6/7/2024 | Drafting April 2024 MOR. | 360.00 | 2.3 | 828.00 |
| Deborah Friedland | 6/10/2024 | Review of management reports. | 650.00 | 0.8 | 520.00 |
| Deborah Friedland | 6/10/2024 | Call with J. Maldonado and S. Williams, EAG, regarding April 2024 MORs. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 6/10/2024 | Email correspondence with M. Richman, Counsel, and EA internal team. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 6/10/2024 | Follow up questions to J. Maldonado for April 2024 MOR preparation. | 650.00 | 0.8 | 520.00 |
| Shaquan Williams | 6/10/2024 | Call with J. Maldonado regarding MORs. | 360.00 | 0.6 | 216.00 |
| Shaquan Williams | 6/10/2024 | Review and summarize April 2024 MOR report documents received and draft questions related to filing. | 360.00 | 3.6 | 1,296.00 |
| Deborah Friedland | 6/11/2024 | Prepare Excel models related to forecasting. | 650.00 | 0.9 | 585.00 |
| Deborah Friedland | 6/11/2024 | Read client documents including marketing plans, STR reports, group pace reports etc. | 650.00 | 1.2 | 780.00 |
| Richard DePiano | 6/12/2024 | Organize work plan. | 280.00 | 0.8 | 224.00 |
| Shaquan Williams | 6/12/2024 | Draft MAY 2024 MOR. | 360.00 | 3.8 | 1,368.00 |
| Deborah Friedland | 6/13/2024 | Site Visit to Hotel, Milwaukee. | 650.00 | 8.0 | 5,200.00 |
| Richard DePiano | 6/13/2024 | Drafting and formatting analysis schedule to show variance regarding performance compared to actual and budget. | 280.00 | 1.6 | 448.00 |
| Shaquan Williams | 6/13/2024 | Reconciling MOR report documents for hotel and management group received and drafting questions related to filing. | 360.00 | 3.9 | 1,404.00 |
| Deborah Friedland | 6/14/2024 | Call with M. Richman, Counsel, to discuss May 2024 MORs. | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 6/14/2024 | Call with R. DePiano, EAG to discuss benchmarking model. | 650.00 | 0.6 | 390.00 |
| Richard DePiano | 6/14/2024 | Drafting and formatting analysis schedule to show variance regarding performance compared to actual and budget. | 280.00 | 1.8 | 504.00 |
| Shaquan Williams | 6/14/2024 | Finalize Monthly Operating report and supporting documents. Prepare draft MOR for filing. | 360.00 | 3.8 | 1,368.00 |
| Deborah Friedland | 6/17/2024 | Call with S. Williams and W. Pederson, EAG, regarding financial statements. | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 6/17/2024 | Review May financial statements and budget variances, benchmark performance of hotel against budget and STLY. | 650.00 | 1.2 | 780.00 |
| Richard DePiano | 6/17/2024 | Prepare variance analysis and detailed list of large variance categories. Meet with EAG team to discuss engagement status and next steps | 280.00 | 3.8 | 1,064.00 |
| Shaquan Williams | 6/17/2024 | Finalize May 2024 MORs. | 360.00 | 3.7 | 1,332.00 |
| Shaquan Williams | 6/17/2024 | EAG strategy call. | 360.00 | 0.6 | 216.00 |
| Deborah Friedland | 6/18/2024 | Review benchmarking analysis and prepare write-up for M. Richman, Counsel. | 650.00 | 1.2 | 780.00 |
| Shaquan Williams | 6/18/2024 | Update supporting documentation for MOR Draft. | 360.00 | 2.9 | 1,044.00 |
| Shaquan Williams | 6/19/2024 | Reconciling supporting documentation for May 2024 MORs. | 360.00 | 1.8 | 648.00 |
| Shaquan Williams | 6/24/2024 | Call with W. Pederson, EAG, regarding May 2024 MORs. | 360.00 | 0.5 | 180.00 |
| Richard DePiano | 6/25/2024 | Discussion regarding engagement status and document expectations. | 280.00 | 0.3 | 84.00 |
| William Pederson | 6/25/2024 | Call with E. Reyes regarding workerscomp. | 650.00 | 0.2 | 130.00 |
| William Pederson | 6/25/2024 | Follow-up and retrieve portal documents. | 650.00 | 0.4 | 260.00 |
| William Pederson | 6/25/2024 | Call with C. Nash regarding workerscomp premiums and expenses. | 650.00 | 0.3 | 195.00 |
| Shaquan Williams | 6/26/2024 | Updating May MOR forms. | 360.00 | 0.8 | 288.00 |
| William Pederson | 6/26/2024 | Review of files, prepare reconciliation regarding May MOR. | 650.00 | 1.4 | 910.00 |
| Shaquan Williams | 6/28/2024 | Draft MOR supporting documents and reconciling cash. | 360.00 | 2.4 | 864.00 |
| Shaquan Williams | 7/1/2024 | Analyze May 2024 Bank transactions for Cash Reconciliation. | 360.00 | 3.2 | 1,152.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Shaquan Williams | 7/2/2024 | Analyze May 2024 Bank transactions for Cash Reconciliation. | 360.00 | 2.8 | 1,008.00 |
| Shaquan Williams | 7/3/2024 | Analyze May 2024 Bank transactions for Cash Reconciliation. | 360.00 | 3.6 | 1,296.00 |
| Amanda Sarwan-Jones | 7/8/2024 | Work on Invoice. | 220.00 | 1.0 | 220.00 |
| Deborah Friedland | 7/10/2024 | JLL asset management report. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 7/11/2024 | Call with E. Reyes attorney. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 7/11/2024 | Review daily revenue reports. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 7/17/2024 | Call with S. Williams, EAG, regarding MOR preparation. | 650.00 | 0.7 | 455.00 |
| Shaquan Williams | 7/17/2024 | Drafting June MOR's and Supporting documents. | 360.00 | 4.9 | 1,764.00 |
| Deborah Friedland | 7/18/2024 | Discussion with S. Williams, EAG, regarding June MORs. | 650.00 | 0.9 | 585.00 |
| Deborah Friedland | 7/19/2024 | Call with S. Williams and W. Pederson, EAG, and J. Cordova regarding June MORs. | 650.00 | 0.6 | 390.00 |
| Shaquan Williams | 7/19/2024 | Reconciling supporting documentation for June MOR's. | 360.00 | 4.7 | 1,692.00 |
| Shaquan Williams | 7/19/2024 | Phone call with J. Cordova on reconciling differences. | 360.00 | 0.6 | 216.00 |
| William Pederson | 7/19/2024 | Call with J. Cordova, D. Friedland and S. Williams, EAG regarding June MOR. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 7/22/2024 | Call with W. Pederson, S. Williams, EAG, and JC Regarding MORs. Follow up with EAG team. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 7/22/2024 | Call with M. Richman, Counsel, and W. Pederson, EAG. Follow up review of documents. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 7/22/2024 | Call with W. Pederson, EAG. | 650.00 | 0.6 | 390.00 |
| Shaquan Williams | 7/22/2024 | Drafting June 2024 MOR. | 360.00 | 3.3 | 1,188.00 |
| Shaquan Williams | 7/22/2024 | Phone call with J. Cordova on Cash Reconciliation. | 360.00 | 0.4 | 144.00 |
| Deborah Friedland | 7/23/2024 | Call with R. DePiano, EAG, regarding cash flow model preparation. | 650.00 | 0.8 | 520.00 |
| Richard DePiano | 7/23/2024 | Review of monthly financial documents. Spread amounts for June actual versus budget. | 280.00 | 1.8 | 504.00 |
| Richard DePiano | 7/24/2024 | Prepare forecast analysis to project through December 2024. | 280.00 | 1.9 | 532.00 |
| William Pederson | 7/24/2024 | Call with R. DePiano, EAG regarding projections analysis. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 7/25/2024 | Review court documents. | 650.00 | 0.8 | 520.00 |
| Richard DePiano | 7/25/2024 | Provide observations of documents required to conduct forecast analysis. | 280.00 | 0.5 | 140.00 |
| Deborah Friedland | 7/26/2024 | Prepare adequate protection payment worksheet. | 650.00 | 1.1 | 715.00 |
| Deborah Friedland | 7/26/2024 | Prepare 13-week projections draft. | 650.00 | 1.1 | 715.00 |
| Deborah Friedland | 7/26/2024 | Call with M. Richman, Counsel. | 650.00 | 0.2 | 130.00 |
| Richard DePiano | 7/26/2024 | Discussions with team regarding engagement status and required documents to request. | 280.00 | 0.8 | 224.00 |
| Shaquan Williams | 7/26/2024 | Updating Adequate Protection program worksheet. | 360.00 | 0.9 | 324.00 |
| William Pederson | 7/26/2024 | Call with D. Friedland and R. DePiano, EAG, regarding Projections/forecasts. | 650.00 | 0.8 | 520.00 |
| Deborah Friedland | 7/29/2024 | Read financial statements, June 2024, prepare variance analysis and commentary. | 650.00 | 1.4 | 910.00 |
| Deborah Friedland | 7/30/2024 | Review of property reports (daily, weekly). | 650.00 | 0.9 | 585.00 |
| Deborah Friedland | 8/1/2024 | Prepare Benchmarking Analysis and Write-Up. | 650.00 | 2.3 | 1,495.00 |
| Richard DePiano | 8/1/2024 | Engagement status update. Review of staff analysis file and making adjustments to update formatting and formulas. Creating new analysis file for 2023 and 2022 review. | 280.00 | 3.0 | 840.00 |
| Deborah Friedland | 8/2/2024 | Prepare Benchmarking Analysis and Write-Up. | 650.00 | 2.1 | 1,365.00 |
| Deborah Friedland | 8/2/2024 | Review financial statements and compare to comps and industry for profit opportunities. | 650.00 | 1.6 | 1,040.00 |
| Richard DePiano | 8/2/2024 | Continue to review staff analysis file and making adjustments to update formatting and formulas and update report draft. | 280.00 | 3.1 | 868.00 |
| Richard DePiano | 8/5/2024 | Prepare Benchmarking Report and finalizing exhibit tables. | 280.00 | 1.5 | 420.00 |
| Deborah Friedland | 8/6/2024 | Continue to review staff analysis file and making adjustments to update formatting and formulas and update report draft. | 650.00 | 1.2 | 780.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Deborah Friedland | 8/6/2024 | Call with W. Pederson, EAG to discuss cash flow forecast model. | 650.00 | 0.6 | 390.00 |
| Richard DePiano | 8/6/2024 | Discussion with D. Friedland and S. Williams, EAG, regarding identification of client documents for analysis. | 280.00 | 0.3 | 84.00 |
| Shaquan Williams | 8/6/2024 | Phone call with R. DePiano, EAG, to discuss 13 week cash flow. | 360.00 | 0.3 | 108.00 |
| William Pederson | 8/6/2024 | Call with D. Friedland, EAG, regarding projections. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 8/7/2024 | Call with client group and M. Richman, Counsel, to discuss changes in hotel operations, bankruptcy related issues. | 650.00 | 1.1 | 715.00 |
| Deborah Friedland | 8/7/2024 | Continue preparing benchmarking analysis updating for new financial data. | 650.00 | 1.2 | 780.00 |
| Deborah Friedland | 8/7/2024 | Call with W. Pederson and S. Williams, EAG, to discuss cash flow forecast. | 650.00 | 0.8 | 520.00 |
| Richard DePiano | 8/7/2024 | Engagement status update call with EAG team. | 280.00 | 0.5 | 140.00 |
| Shaquan Williams | 8/7/2024 | Updating and review cash flow projections. | 360.00 | 2.6 | 936.00 |
| Shaquan Williams | 8/7/2024 | Phone call with EAG team to discuss 13 week cash flow. | 360.00 | 0.5 | 180.00 |
| William Pederson | 8/7/2024 | Call with D. Friedland, S. Williams and R. DePiano, EAG, regarding projections and MORs. | 650.00 | 0.6 | 390.00 |
| William Pederson | 8/7/2024 | Call with counsel, debtor and D. Friedland, EAG, regarding case update. | 650.00 | 0.8 | 520.00 |
| Deborah Friedland | 8/8/2024 | Review financial statements and management agreement. | 650.00 | 1.2 | 780.00 |
| Shaquan Williams | 8/8/2024 | Reviewing documents and updating request list for MOR Support. | 360.00 | 1.7 | 612.00 |
| Shaquan Williams | 8/8/2024 | Phone call with EAG team to discuss MOR's and next steps. | 360.00 | 0.9 | 324.00 |
| William Pederson | 8/8/2024 | Call with D. Freidland and S. Williams, EAG, regarding document requests and case update. | 650.00 | 0.9 | 585.00 |
| Deborah Friedland | 8/9/2024 | Call with J. Cordova, S. Williams and W. Pederson, EAG, to review MOR timing. | 650.00 | 0.4 | 260.00 |
| Shaquan Williams | 8/9/2024 | Phone call with J. Cordova, W. Pederson and D. Friedland, EAG, regarding MOR status. | 360.00 | 0.4 | 144.00 |
| William Pederson | 8/9/2024 | Call with J. Cordova, D. Friedland and S. Williams, EAG, regarding July MOR prep. | 650.00 | 0.4 | 260.00 |
| William Pederson | 8/12/2024 | Review of cash collateral order re: adequate protection payments. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 8/13/2024 | Call with W. Pederson, EAG, regarding case update and management analysis. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 8/13/2024 | Review management contract and prepare term sheet and comparative analysis. | 650.00 | 1.8 | 1,170.00 |
| William Pederson | 8/13/2024 | Call with D. Friedland. EAG, regarding case update and management analysis. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 8/14/2024 | Calls with D. Sylvester and A. Riffe at GCH and First Hospitality to discuss management terms. | 750.00 | 1.1 | 825.00 |
| Deborah Friedland | 8/14/2024 | Call with F. Turkmani, Ackman Ziff, regarding current financing terms. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 8/14/2024 | Cashflow model updates. | 750.00 | 1.3 | 975.00 |
| Richard DePiano | 8/14/2024 | Creating a July 2024 Budget v Actual analysis file. | 300.00 | 0.5 | 150.00 |
| Deborah Friedland | 8/15/2024 | Call with client and M. Richman, Counsel, update on process. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 8/15/2024 | Review monthly operating performance. | 750.00 | 1.3 | 975.00 |
| Richard DePiano | 8/15/2024 | Creating and formatting PowerPoint Slides for July 2024 status update. | 300.00 | 0.8 | 240.00 |
| Shaquan Williams | 8/15/2024 | Reviewing documents received from management for MOR and drafting July MOR. | 400.00 | 2.4 | 960.00 |
| Deborah Friedland | 8/16/2024 | Call with M. Richman, Counsel, and W. Pederson, EAG, D. Lanterman at White Lodge. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 8/16/2024 | Management contract benchmarking. | 750.00 | 1.0 | 750.00 |
| Richard DePiano | 8/16/2024 | Updating projections forecast with actual results for the Revenue and Expense line items. | 300.00 | 0.3 | 90.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Shaquan Williams | 8/16/2024 | Reviewing documents received from management for MOR and drafting July MOR. | 400.00 | 1.6 | 640.00 |
| Shaquan Williams | 8/16/2024 | Call with D. Freidland and W.Pederson, EAG, regarding July MOR. | 400.00 | 0.6 | 240.00 |
| William Pederson | 8/16/2024 | Call with M. Richman, Counsel, and D. Friedland, EAG, regarding MOR status and case update. | 650.00 | 0.5 | 325.00 |
| William Pederson | 8/16/2024 | Call with D. Freidland and S. Willams, EAG, regarding July MOR. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 8/19/2024 | Call with M. Richman, Counsel to discuss adequate protection calculation. | 750.00 | 0.5 | 375.00 |
| Deborah Friedland | 8/19/2024 | Adequate protection calculation and MORs analysis. | 750.00 | 1.3 | 975.00 |
| Shaquan Williams | 8/19/2024 | Internal call discussing trustee fees and MOR's. | 400.00 | 0.7 | 280.00 |
| Shaquan Williams | 8/19/2024 | Drafting July Operating Report. | 400.00 | 2.6 | 1,040.00 |
| William Pederson | 8/19/2024 | UST fee analysis and email to counsel. | 650.00 | 0.9 | 585.00 |
| William Pederson | 8/19/2024 | Call with D. Friedland and S. Williams, EAG, regarding UST fees. | 650.00 | 0.7 | 455.00 |
| William Pederson | 8/19/2024 | Call with D. Friedland, EAG, regarding July MOR and case update. | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 8/20/2024 | Call with J. Cordove, Counsel, W. Pederson and S. Willaims, EAG, regarding July MOR. | 750.00 | 0.3 | 225.00 |
| Shaquan Williams | 8/20/2024 | Drafting July Operating Report. | 400.00 | 3.8 | 1,520.00 |
| William Pederson | 8/20/2024 | Call with J. Cordove, Counsel, D. Freidland and S. Willaims, EAG, regarding July MOR. | 650.00 | 0.3 | 195.00 |
| William Pederson | 8/20/2024 | Call with S. Williams, EAG, regarding July MOR. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 8/21/2024 | Weekly client call to discuss changes in hotel operations, bankruptcy related issues. | 750.00 | 0.9 | 675.00 |
| Richard DePiano | 8/21/2024 | Updating July 2024 PowerPoint presentation and updating summary table for additional detail. | 300.00 | 1.2 | 360.00 |
| Shaquan Williams | 8/21/2024 | Call with W. Pederson, EAG, regarding July MOR. | 400.00 | 0.7 | 280.00 |
| Shaquan Williams | 8/21/2024 | Drafting July MOR 2024. | 400.00 | 4.2 | 1,680.00 |
| William Pederson | 8/21/2024 | Update/review of MOR analysis. | 650.00 | 1.1 | 715.00 |
| William Pederson | 8/21/2024 | Call with S. Williams, EAG, regarding July MOR. | 650.00 | 0.7 | 455.00 |
| Deborah Friedland | 8/22/2024 | Prepare budget August through December 2024. | 750.00 | 1.3 | 975.00 |
| Deborah Friedland | 8/22/2024 | Review financials for July and August month to date. | 750.00 | 0.8 | 600.00 |
| Jay Lindenberg | 8/22/2024 | Discuss income tax issues and possible ramifications on COD income if Debtor emergences from Chapter 11 with D. Friedland, EAG. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 8/23/2024 | Call with S. Williams and W. Pederson, EAG, regarding adequate protection payment calculation and budget. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 8/23/2024 | Preparation of adequate protection payment calculation. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 8/23/2024 | Review White Lodge forecast and compare with actuals STLY, model projections. | 750.00 | 1.3 | 975.00 |
| Deborah Friedland | 8/23/2024 | Call with J. Lindenberg, EAG, regarding tax advisory. | 750.00 | 0.4 | 300.00 |
| Richard DePiano | 8/23/2024 | Updating forecast projections and making additional adjustments to model to analyze performance for forecast. | 300.00 | 1.7 | 510.00 |
| Shaquan Williams | 8/23/2024 | Updating professional fees and adequate protection schedule. | 400.00 | 2.1 | 840.00 |
| William Pederson | 8/23/2024 | Follow up with D. Friedland, EAG, regarding adequate protection analysis. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 8/26/2024 | Finalize adequate payment protection calculation. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 8/26/2024 | Prepare budget August through December 2024. | 750.00 | 1.1 | 825.00 |
| William Pederson | 8/26/2024 | Call with D. Friedland, EAG, regarding Forecast for second half of 2024. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 8/27/2024 | Preparation of budget August through December 2024,continued. | 750.00 | 1.2 | 900.00 |
| Richard DePiano | 8/27/2024 | Review of Profit and Loss detail to verify calculation of revenue line items for manager. | 300.00 | 0.6 | 180.00 |
| Deborah Friedland | 8/28/2024 | Cash flow forecast model preparation. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 8/29/2024 | Call with J. Coronado Jackson to review cash flow forecast. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 8/29/2024 | Prepare cash flow forecast model. | 750.00 | 1.1 | 825.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Deborah Friedland | 9/3/2024 | Call with J. Coronado to discuss budget. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 9/4/2024 | Call with W. Pederson, EAG, to discuss Cashflow projections. | 750.00 | 1.6 | 1,200.00 |
| William Pederson | 9/4/2024 | Call with D. Friedland, EAG, regarding 2024 Forecast. | 650.00 | 1.6 | 1,040.00 |
| Deborah Friedland | 9/5/2024 | Call with W. Pederson, EAG, to discuss budget preparation. | 750.00 | 0.7 | 525.00 |
| William Pederson | 9/5/2024 | Call with D. Friedland, EAG, regarding 2024 forecast. | 650.00 | 0.7 | 455.00 |
| Amanda Sarwan-Jones | 9/6/2024 | Work on cost sheets for D. Friedland, EAG. | 220.00 | 1.2 | 264.00 |
| Deborah Friedland | 9/6/2024 | Email correspondence with M. Richman, Counsel and J. Cordova regarding hotel financial information. | 750.00 | 0.2 | 150.00 |
| Deborah Friedland | 9/6/2024 | Preparation of budget August through December 2024, Continued. | 750.00 | 1.9 | 1,425.00 |
| William Pederson | 9/6/2024 | Calls with D. Friedland, EAG, regarding draft Forecast. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 9/9/2024 | Calls with W. Pederson, EAG, regarding draft Forecast. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 9/10/2024 | Edits to budget exhibits per comments by White Lodge and WMH. | 750.00 | 1.4 | 1,050.00 |
| Deborah Friedland | 9/10/2024 | Call with W. Pederson, EAG, regarding case update. | 750.00 | 0.7 | 525.00 |
| William Pederson | 9/10/2024 | Call with D. Freidland, EAG, regarding case update. | 650.00 | 0.7 | 455.00 |
| Deborah Friedland | 9/11/2024 | Research intangible asset value per lender inquiry. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 9/11/2024 | Read daily sales reports. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 9/16/2024 | Review August operating results and prepare benchmarking analysis. | 750.00 | 1.1 | 825.00 |
| Richard DePiano | 9/16/2024 | Review of and creating August 2024 property review schedule. | 300.00 | 0.8 | 240.00 |
| Deborah Friedland | 9/17/2024 | Email correspondence with Brett Schieve to request documents for August MORs. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 9/18/2024 | Preparation of August 2024 Monthly MORs. | 750.00 | 0.6 | 450.00 |
| Shaquan Williams | 9/18/2024 | Drafting August 2024 MOR Support. | 400.00 | 2.8 | 1,120.00 |
| Deborah Friedland | 9/19/2024 | Preparation of August 2024MORs. | 750.00 | 0.7 | 525.00 |
| Deborah Friedland | 9/19/2024 | Review monthly financials and prepare questions for management call. | 750.00 | 2.1 | 1,575.00 |
| Shaquan Williams | 9/19/2024 | Drafting August 2024 MOR Support. | 400.00 | 5.8 | 2,320.00 |
| William Pederson | 9/19/2024 | Call with S. Williams, EAG, regarding MORs. | 650.00 | 0.8 | 520.00 |
| Deborah Friedland | 9/20/2024 | Correspondence with White Lodge management for questions related to August MORs. | 750.00 | 0.7 | 525.00 |
| Deborah Friedland | 9/20/2024 | Review cashflow forecast and update models. | 750.00 | 1.2 | 900.00 |
| Shaquan Williams | 9/20/2024 | Drafting August 2024 MORs. | 400.00 | 4.9 | 1,960.00 |
| Deborah Friedland | 9/23/2024 | Preparation of MORs. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 9/23/2024 | Preparation of adequate protection payment. | 750.00 | 1.1 | 825.00 |
| Shaquan Williams | 9/23/2024 | Drafting August 2024 MORs. | 400.00 | 5.8 | 2,320.00 |
| William Pederson | 9/23/2024 | Calls with S. Williams and D. Friedland, EAG, regarding MORs. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 9/24/2024 | Call with White Lodge management team, client to review August operating performance - preparation for call by preparing agenda, reviewing financial statements. | 750.00 | 1.1 | 825.00 |
| Deborah Friedland | 9/24/2024 | Weekly call with client and M. Richman, Counsel to discuss changes in hotel operations, bankruptcy related issues. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 9/24/2024 | Prepare follow- up questions for hotel management company regarding August financials. | 750.00 | 1.3 | 975.00 |
| Deborah Friedland | 9/24/2024 | Prepare terms and provisions sheet for ownerships meeting with White Lodge. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 9/25/2024 | Preparation of adequate protection payment calculation, continued. | 750.00 | 0.3 | 225.00 |
| Deborah Friedland | 9/30/2024 | Call with E. Carow and J. Cordova and J. Lindenberg, EAG, regarding Tax issues. | 750.00 | 0.6 | 450.00 |

**Wisconsin and Milwaukee Hotel LLC**
**June 1, 2024 through Septembr 30, 2024**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 9/30/2024 | Teams call regarding meeting with clients and D. Friedland, EAG, regarding tax liability issues, COD. | 650.00 | 0.6 | 390.00 |
| | | **Total Hours and Fees** | | **238.0** | 120,695.00 |
| | | Plus: Airfare, Rail Milesage | | | 919.49 |
| | | Plus: Meals | | | 60.00 |
| | | Plus: Ground Tansportation | | | 23.00 |
| | | **Grand Total** | | | **$ 121,697.49** |

**Wisconsin and Milwaukee Hotel LLC**
**June 1, 2024 through Septembr 30, 2024**
**Expenses**

| Date | Professional | Amount | Description of Services | Category |
|---|---|---|---|---|
| 6/13/2024 | Deborah Friedland | $ 39.53 | Client meeting | Airfare, Rail, Mileage |
| 6/11/2024 | Deborah Friedland | 879.96 | Client meeting | Airfare, Rail, Mileage |
| | **Total Airfare, Rail, Mileage** | **919.49** | | |
| 6/13/2024 | Deborah Friedland | 60.00 | Client meeting | Meals |
| | **Total Meals** | **60.00** | | |
| 6/14/2024 | Deborah Friedland | 23.00 | Client meeting | Ground Transportation |
| | **Total Ground Transportation** | **23.00** | | |
| | **Grand Total Expenses** | **$ 1,002.49** | | |