So Ordered.

Dated: October 28, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

---

### ORDER APPROVING FIRST INTERIM APPLICATION
### FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES
### INCURRED BY RICHMAN & RICHMAN LLC
### FOR THE PERIOD OF APRIL 10, 2024 THROUGH AUGUST 31, 2024

---

This matter having come before the Court on the First Interim Application for Allowance and Payment of Fees and Expenses Incurred by Richman & Richman LLC for the Period April 10, 2024 through August 31, 2024 (the "**Interim Application**") [Doc 251], seeking allowance of compensation for the period of April 10, 2024 through August 31, 2024 ("**Fee Period**"), pursuant to 11 U.S.C. §§ 330, 331, 503(b)(1) and (2),

Drafted by:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Ave., Ste 850
Madison, WI 53703
Tel: (608) 630-8990; Fax: (608) 630-8991
Mrichman@randr.law

Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016, in the amount of $284,553.84 representing $280,447.00 in attorney fees, plus $4,106.84 in reasonable and necessary expenses, on an interim basis; and to the extent held back pursuant to the Order Approving Alternative Compensation Procedures signed and entered by the Court on June 7, 2024 ("**Alternative Compensation Order**") [Doc 147], authorizing Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**") to pay to Applicant the remaining invoiced fees of **$56,089.40**; Richman & Richman LLC ("**R&R**") having filed the *Amended* Exhibit B – Summary of Professionals on October 9, 2024 ("**Amended Exhibit B**") [Doc 256] to amend the hourly billing rate for Michael P. Richman as originally stated in Exhibit B – Summary of Professionals attached to and incorporated therein to the Interim Application; and R&R also having filed the Declaration of Eliza M. Reyes in Support of First Interim Application for Allowance and Payment of Fees and Expenses Incurred by Richman & Richman LLC for the Period of April 10, 2024 through August 31, 2024 to correct the average hourly rate listed for one of R&R's professionals who provided services to Wisconsin & Milwaukee Hotel LLC during the Fee Period ("**Reyes Declaration**") [Doc 263]; that notice of the Interim Application was given to all required parties and otherwise sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service on file herein [Doc 253]; no objections or requests for hearing on the Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Interim Application shall be and is hereby Approved;

2. Richman & Richman LLC is hereby awarded interim compensation for all fees and costs requested in the Interim Application for the period of April 10, 2024 through August 31, 2024, pursuant to the provisions of 11 U.S.C. §§ 330 and 331, in the amount of $284,553.84, representing $280,447.00 in attorney fees, plus $4,106.84 in reasonable and necessary expenses, and is allowed as an administrative expense pursuant to 11 U.S.C. § 503(b)(2);

3. To the extent held back pursuant to the Alternative Compensation Order, Wisconsin & Milwaukee Hotel LLC is authorized to pay to Richman & Richman LLC the remaining unpaid invoiced fees incurred during the Fee Period in the amount of $56,089.40, representing $56,089.40 in attorneys fees, plus $0.00 in reasonable and necessary expenses, forthwith;

4. Until final approval of fees and expenses, any payment to Richman & Richman LLC shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####