UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

### ORDER GRANTING APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY LENNHOFF REAL ESTATE CONSULTING LLC AS EXPERT WITNESS EFFECTIVE AS OF OCTOBER 15, 2024

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), having filed the Application of the Debtor for Authority to Retain and Employ Lennhoff Real Estate Consulting LLC as Expert Witness Effective as of October 15, 2024 ("**Application**") [Doc 269], seeking entry of an order pursuant to Section 327 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy**

**Prepared by**:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law

Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to employ and retain Lennhoff Real Estate Consulting LLC ("**Lennhoff Consulting**") as its appraiser effective as of October 15, 2024, the filing date of the Application ("**Effective Date**"), for purposes of the Property Tax Appeal as defined in the Application; and the Declaration of David C. Lennhoff in Support of Application of the Debtor for Authority to Retain and Employ Lennhoff Real Estate Consulting LLC as Expert Witness ("**Lennhoff Declaration**") [Doc 269 - Exhibit A]; and it appearing that Lennhoff Consulting, including the members and staff thereof, is a disinterested person and that the employment of Lennhoff Consulting as the Debtor's appraiser is in the best interest of the Debtor's estate and the economical administration thereof; that notice of the Application was sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service on file herein [Doc 273]; no objections or requests for hearing on the Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Application is granted;
2. Wisconsin & Milwaukee Hotel LLC is authorized to retain and employ Lennhoff Consulting as its expert witness;
3. Wisconsin & Milwaukee Hotel LLC is authorized to make payment of a fixed

fee of $9,300.00, of which $4,650.00 is to be paid upon approval of this Application, for the first phase of services to be performed by Lennhoff Consulting, pursuant to the terms of this Application;

4. The effective date of the employment authorized by this Order shall be October 15, 2024;

5. Until final approval of Lennhoff Consulting's fees and expenses, any payment to Lennhoff Consulting shall remain subject to recoupment and disgorgement; and

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####