**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

# OCTOBER 2024 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
|---|---|
| | |
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| | |
| Period for compensation and reimbursement: | October 1, 2024 through October 31, 2024 |
| | |
| Amount of compensation sought as actual, reasonable, and necessary: | $37,524.50 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $156.31 |
| Total interim approval requested: | **$37,680.81** |

Dated this 11th day of November 2024.

**RICHMAN & RICHMAN**
**Attorneys for the Debtor**

By: */s/ Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 W Washington Ave, Suite 850
Madison, WI 53703
Tel: (608) 630-899
Fax: (608) 630-8991
mrichman@RandR.law
crichman@RandR.law
ereyes@RandR.law

# Richman & Richman LLC

# INVOICE

122 W Washington Ave, Suite 850
Madison, WI 53703-2732

Invoice # 1108
Date: 11/11/2024
Due On: 12/11/2024

Wisconsin & Milwaukee Hotel LLC
c/o Jackson Street Management LLC
Attn: Mr. Edward G. Carow
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

### Services

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 10/01/2024 | 1108 - Employment, Billing & Compensation: Prepare email to Jennifer Cordova and Shaun Geracie forwarding signed and entered order granting Application to Employ ICap for their records and information. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 10/02/2024 | 1112 - Debtor Meetings & Communications: Weekly team status and strategy zoom w/client principals and D. Friedland | MPR | 0.90 | $750.00 | $675.00 |
| Service | 10/02/2024 | 1108 - Employment, Billing & Compensation: review/revise first interim fee app | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/02/2024 | 1108 - Employment, Billing & Compensation: Continue preparing Richman & Richman's first interim fee application, including detailed review of invoices and payments to finalize amount of fees and expenses, and unpaid amounts yet to be paid. | EMR | 3.30 | $450.00 | $1,485.00 |
| Service | 10/03/2024 | 1108 - Employment, Billing & Compensation: Review for final edits and verification of all documentation the first interim fee application of Richman & Richman with exhibits and notice of fee application, and prepare same for court filing and service of notice on creditors | DTF | 1.80 | $195.00 | $351.00 |
| Service | 10/03/2024 | 1103 - Petition, Schedules & Financials: | KKH | 6.50 | $195.00 | $1,267.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Return Mail re: sort all return mail in WMH and locate correct addresses for creditors | | | | |
| Service | 10/03/2024 | 1108 - Employment, Billing & Compensation: Further work on first interim fee app | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/07/2024 | 1103 - Petition, Schedules & Financials: review schedules and matrix to ascertain correction of addresses and service of documents | CAR | 0.80 | $575.00 | $460.00 |
| Service | 10/07/2024 | 1103 - Petition, Schedules & Financials: Print and prapare mailings re: All returned mail for WMH | KKH | 4.00 | $195.00 | $780.00 |
| Service | 10/07/2024 | 1109 - Asset Analysis & Recovery: Teams mtg w/D. Friedland re guarantee, PIP | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/07/2024 | 1108 - Employment, Billing & Compensation: Review email from Christopher Strohbehn with proposed revisions to Application to Employ Lennhoff Consulting (.2); prepare revisions to Application and prepare email to WMH team forwarding same for additional review (.8). | EMR | 1.00 | $450.00 | $450.00 |
| Service | 10/08/2024 | 1103 - Petition, Schedules & Financials: Finish Mailing re: returned Mailing in WMH | KKH | 3.00 | $195.00 | $585.00 |
| Service | 10/08/2024 | 1108 - Employment, Billing & Compensation: Review first interim fee application and exhibits to address and resolve trustee's counsel's inquiries re: billing entries and rates | DTF | 0.30 | $195.00 | $58.50 |
| Service | 10/08/2024 | 1112 - Debtor Meetings & Communications: Zoom status/strategy meeting w/client team and D. Friedland | MPR | 0.90 | $750.00 | $675.00 |
| Service | 10/08/2024 | 1103 - Petition, Schedules & Financials: review Declaration of Service and matrix issue and confirm steps to resolve returned mail issues | CAR | 0.70 | $575.00 | $402.50 |
| Service | 10/09/2024 | 1103 - Petition, Schedules & Financials: Draft and File Dec of Mailing re: All Returned Mail in WMH | KKH | 0.50 | $195.00 | $97.50 |
| Service | 10/09/2024 | 1103 - Petition, Schedules & Financials: Call Eastern Dist. BK Ct re: Amending complete matrix list | KKH | 0.20 | $195.00 | $39.00 |
| Service | 10/09/2024 | 1108 - Employment, Billing & Compensation: Prepare amended Exhibit B to First Interim Fee App | DTF | 0.40 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/09/2024 | 1108 - Employment, Billing & Compensation: Prepare preliminary draft R&R fee statement for September 2024 | DTF | 0.10 | $195.00 | $19.50 |
| Service | 10/09/2024 | 1108 - Employment, Billing & Compensation: Review email from Dillon Ambrose with questions and concerns regarding Richman & Richman's first interim fee application (.3); Phone conference and email exchange with Attorney Ambrose regarding concerns with travel time and to explain discrepancies with hourly and average rates in Application (.3); Review proposed Amended Schedule B to Application to correct MPR's hourly rate to finalize same (no charge on this). | EMR | 0.60 | $450.00 | $270.00 |
| Service | 10/09/2024 | 1108 - Employment, Billing & Compensation: Review and prepare revisions to Richman & Richman's September billing invoice. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 10/10/2024 | 1108 - Employment, Billing & Compensation: Review first interim fee application and prepare declaration of EMR in support of first interim fee application to correct hourly rate average of timekeeper K. Holmes | DTF | 0.50 | $0.00 | $0.00 |
| Service | 10/10/2024 | 1108 - Employment, Billing & Compensation: Finalize and prepare for court filing monthly R&R October 2024 fee statement (.3); update proposed order on October fee statement (.1) | DTF | 0.40 | $195.00 | $78.00 |
| Service | 10/10/2024 | 1103 - Petition, Schedules & Financials: Prepared objections to Proofs of Claim filed late | YXC | 2.00 | $195.00 | $390.00 |
| Service | 10/10/2024 | 1108 - Employment, Billing & Compensation: Prepare further revisions to Application to Employ Lennhoff Consulting and prepare email to David Lennhoff forwarding same for his review (.4); receive and review proposed revisions from David Lennhoff (.4). | EMR | 0.80 | $450.00 | $360.00 |
| Service | 10/10/2024 | 1108 - Employment, Billing & Compensation: Conduct email exchange with Deborah Friedland at EA Group regarding expanding scope of EA Group's employment as financial advisor to WMH, including review of scope of EA's employment to make recommendations regarding expanding scope. | EMR | 0.80 | $450.00 | $360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/10/2024 | 1102 - Case Administration / US Trustee: Review and revise proposed email to Gary Kunesh at White Lodging to obtain information on status of contract with Wedding Pages | EMR | 0.20 | $450.00 | $90.00 |
| Service | 10/11/2024 | 1110 - Claim Management Issues: Review file, claims register and internal chart of proofs of claim to assess and confirm all proofs of claim filed and late-filed claims, in support of determining and finalizing objections to proofs of claim (1.5); review ODP Business Solution's proof of claim and prepare email to client to confirm if amounts are owed (.2) | DTF | 1.70 | $195.00 | $331.50 |
| Service | 10/11/2024 | 1110 - Claim Management Issues: prepare objections to late filed proof of claims 19, 20, and 21 (1.2); confirm allowance of late filed claim 18 (.3); process claims spreadsheet to ascertain allowed claims and status (.2) | CAR | 1.70 | $575.00 | $977.50 |
| Service | 10/11/2024 | 1103 - Petition, Schedules & Financials: Prepare objections to Proofs of Claim | YXC | 4.00 | $0.00 | $0.00 |
| Service | 10/11/2024 | 1103 - Petition, Schedules & Financials: Prepare declaration of service for objection to claims. | YXC | 3.00 | $0.00 | $0.00 |
| Service | 10/11/2024 | 1113 - Executory Contracts: Prep of status report draft for Marriott, and email to client team re same | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/11/2024 | 1105 - Plan & Disclosures: research and prep of memo to client re potential plan treatmen tof lender claims | MPR | 0.70 | $750.00 | $525.00 |
| Service | 10/11/2024 | 1108 - Employment, Billing & Compensation: Conduct email exchange with Attorney Chris Strohbehn to obtain information on other cases for which Lennhoff Consulting is providing expert witness services to include same in Lennhoff Declaration. | EMR | 0.40 | $450.00 | $180.00 |
| Service | 10/11/2024 | 1108 - Employment, Billing & Compensation: Conduct email exchanges with Deborah Friedland and Jennifer Cordova regarding fully executed engagement agreement between WMH and EA Group. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 10/12/2024 | 1103 - Petition, Schedules & Financials: Prepare objection to revised Proofs of Claim 14-16. | YXC | 2.00 | $195.00 | $390.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/12/2024 | 1110 - Claim Management Issues: review and revise objections to claims 14, 15, and 16, including review of code provisions regarding objection, and basis for same | CAR | 1.80 | $575.00 | $1,035.00 |
| Service | 10/13/2024 | 1110 - Claim Management Issues: review and revise objections to claims 14, 15, and 16, including review of Marriott and White Lodging contracts and code provisions regarding objection. | CAR | 0.80 | $575.00 | $460.00 |
| Service | 10/13/2024 | 1110 - Claim Management Issues: Review docs, research and revisions to objs to White Lodging claims | MPR | 2.20 | $750.00 | $1,650.00 |
| Service | 10/14/2024 | 1110 - Claim Management Issues: Review proofs of claim chart to confirm details and information for pending objections to proofs of claim | DTF | 0.20 | $195.00 | $39.00 |
| Service | 10/14/2024 | 1103 - Petition, Schedules & Financials: Prepare Removal of Creditor Address re: Returned mail for creditor no longer associated in case (.2)<br>Filed Removal of Creditor Address with Court (.2) | KKH | 0.40 | $195.00 | $78.00 |
| Service | 10/14/2024 | 1110 - Claim Management Issues: Objection to Claims 20 and 21: review and revise declarations for service for filing with court (.3); review and confirm position on emails with counsel for Marriott regarding objection (.1); revise objections for filing (.7); prepare email to client with proposed objections to claims 14, 15, and 16, and to confirm basis therefore (.3); review email from Attorney M Driscoll for Marriott and advise regarding timing of filing objection (.2) | CAR | 1.60 | $575.00 | $920.00 |
| Service | 10/14/2024 | 1108 - Employment, Billing & Compensation: Finalize and prepare for filing Declaration of EMR in support of first interim fee application to correct hourly rate average of timekeeper K. Holmes | DTF | 0.30 | $0.00 | $0.00 |
| Service | 10/14/2024 | 1110 - Claim Management Issues: Update the proof of claims file spreadsheet to ascertain allowable claims | JOO | 2.00 | $195.00 | $390.00 |
| Service | 10/14/2024 | 1103 - Petition, Schedules & Financials: Prepare Declaration in Support of Objection and Notice of Opportunity for Hearing for Claims 15 and 16 | YXC | 1.50 | $195.00 | $292.50 |
| Service | 10/14/2024 | 1103 - Petition, Schedules & Financials: Prepare Declaration of Service for | YXC | 2.50 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Objection | | | | |
| Service | 10/14/2024 | 1110 - Claim Management Issues: Prep of email re claims objs and meeting sched | MPR | 0.10 | $750.00 | $75.00 |
| Service | 10/14/2024 | 1113 - Executory Contracts: revisions to email to Marriott counsel re status | MPR | 0.20 | $750.00 | $150.00 |
| Service | 10/14/2024 | 1103 - Petition, Schedules & Financials: review matrix and address issues and advise resolution of same, including review of relevant rules | CAR | 0.80 | $575.00 | $460.00 |
| Service | 10/14/2024 | 1108 - Employment, Billing & Compensation: Prepare further revisions to Application to Employ Lennhoff Consulting (1.0); prepare email to David Lennhoff and Mallery counsel for final review and approval (.2) | EMR | 1.20 | $450.00 | $540.00 |
| Service | 10/14/2024 | 1108 - Employment, Billing & Compensation: Prepare further revisions to Application to Employ Lennhoff Consulting (1.0); prepare email to David Lennhoff and Mallery counsel for final review and approval (.2) | EMR | 1.20 | $450.00 | $540.00 |
| Service | 10/15/2024 | 1112 - Debtor Meetings & Communications: participate in video conference with MPR and client representatives to discuss claims and strategies going forward | CAR | 0.80 | $575.00 | $460.00 |
| Service | 10/15/2024 | 1108 - Employment, Billing & Compensation: Prepare exhibits to app to employ Lennhoff Real Estate with declaration including CV and services agreement (.7); finalize app to employ Lennhoff with Notice, Declaration, and attachments and prepare for court filing and service on creditors (.8) | DTF | 1.50 | $195.00 | $292.50 |
| Service | 10/15/2024 | 1108 - Employment, Billing & Compensation: Finalize Application to Employ Lennhoff Consulting as expert witness for WMH in Property Tax Appeal. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 10/15/2024 | 1113 - Executory Contracts: email to w/ Marriott counsel M. Driscoll re Marriott claim and franchise agreement (.1); t/conf w/M. Driscoll re various Marriott franchise agreement issues and related email (.2); prep of email to client team re call w/ Marriott counsel and vm from WL counsel (.2); t/c w/M. Flaherty re WL issues (.1); t/c w/N. Brown re status of WL contract (.1) | MPR | 0.70 | $750.00 | $525.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/15/2024 | 1112 - Debtor Meetings & Communications: Weekly team status and strategy mtg on Zoom | MPR | 0.80 | $750.00 | $600.00 |
| Service | 10/15/2024 | 1110 - Claim Management Issues: review and revise declarations received from R. Erkert for filing with Court along with Claim Objections 15 and 16. | CAR | 0.50 | $575.00 | $287.50 |
| Service | 10/16/2024 | 1108 - Employment, Billing & Compensation: Review communications with Eisner Group re: invoices and pending interim fee application filing and provide information and form template supporting the fee application. | DTF | 0.40 | $195.00 | $78.00 |
| Service | 10/16/2024 | 1106 - Misc Motions & Court Hearings: Prepare App to Pay Mallery's Administrative Claim | JES | 2.80 | $275.00 | $770.00 |
| Service | 10/16/2024 | 1110 - Claim Management Issues: Review objections to White Lodging's proofs of claim in support of propounding discovery requests to White Lodging | DTF | 0.40 | $195.00 | $78.00 |
| Service | 10/16/2024 | 1103 - Petition, Schedules & Financials: review amended schedules to be filed and address issues to correct wrong addresses | CAR | 1.20 | $575.00 | $690.00 |
| Service | 10/17/2024 | 1106 - Misc Motions & Court Hearings: Edit Mallery Admin Claim App, prepare MPR Dec in Support | JES | 2.40 | $275.00 | $660.00 |
| Service | 10/17/2024 | 1106 - Misc Motions & Court Hearings: Legal research re application of § 503 where professional not employed under §327 (Mallery Admin Fee Claim) | JES | 2.40 | $0.00 | $0.00 |
| Service | 10/17/2024 | 1110 - Claim Management Issues: Continue review of White Lodging proofs of claim and debtor's objections to proofs of claim and begin draft discovery requests to White Lodging | DTF | 0.30 | $195.00 | $58.50 |
| Service | 10/17/2024 | 1106 - Misc Motions & Court Hearings: Work on motion for Mallery admin claim | MPR | 0.40 | $750.00 | $300.00 |
| Service | 10/18/2024 | 1110 - Claim Management Issues: Continue review of White Lodging proofs of claim and debtor's objections to proofs of claim and prepare draft discovery requests to White Lodging | DTF | 2.30 | $195.00 | $448.50 |
| Service | 10/18/2024 | 1106 - Misc Motions & Court Hearings: Legal research re use of 503(b)(1)(A) where professional not employed under 327 | JES | 3.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/18/2024 | 1106 - Misc Motions & Court Hearings: Further work on app to pay admin claim to Mallery | MPR | 0.90 | $750.00 | $675.00 |
| Service | 10/18/2024 | 1110 - Claim Management Issues: work on discovery requests to be made of White Lodging, and prep of email to client team re same | MPR | 0.50 | $750.00 | $375.00 |
| Service | 10/18/2024 | 1103 - Petition, Schedules & Financials: Review and finalize with exhibit September monthly operating report and prepare for court filing | DTF | 0.20 | $195.00 | $39.00 |
| Service | 10/21/2024 | 1110 - Claim Management Issues: Revise and update draft discovery requests based on claim objections to White Lodging and finalize for service on White Lodging's counsel | DTF | 0.80 | $195.00 | $156.00 |
| Service | 10/21/2024 | 1110 - Claim Management Issues: review and revise discovery to White Lodging | CAR | 0.50 | $575.00 | $287.50 |
| Service | 10/21/2024 | 1110 - Claim Management Issues: Prep of email to E. Carow re WL discovery question (.1); final review of WL discovery requests (.2) | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/22/2024 | 1110 - Claim Management Issues: Prepare declaration of service of discovery requests to White Lodging | DTF | 0.20 | $195.00 | $39.00 |
| Service | 10/22/2024 | 1108 - Employment, Billing & Compensation: Finalize proposed order on September 2024 R&R invoice statement and prepare for court entry | DTF | 0.20 | $195.00 | $39.00 |
| Service | 10/22/2024 | 1106 - Misc Motions & Court Hearings: Review and edit App to Pay Mallery Admin Claim and Dec in Support, discuss with EMR | JES | 2.50 | $0.00 | $0.00 |
| Service | 10/22/2024 | 1106 - Misc Motions & Court Hearings: Work on Mallery admin expense claim motion and declaration, including additional research | MPR | 2.40 | $750.00 | $1,800.00 |
| Service | 10/22/2024 | 1112 - Debtor Meetings & Communications: client team zoom mtg re status/strategies | MPR | 0.70 | $750.00 | $525.00 |
| Service | 10/22/2024 | 1108 - Employment, Billing & Compensation: Finalize proposed order approving Richman & Richman's September fee request. | EMR | 0.10 | $450.00 | $45.00 |
| Service | 10/23/2024 | 1106 - Misc Motions & Court Hearings: Prepare notice and application for | DTF | 0.30 | $195.00 | $58.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Allowance and Payment of Administrative Claim of Mallery S.C. for service on creditors | | | | |
| Service | 10/23/2024 | 1106 - Misc Motions & Court Hearings: Finalize and file App to Pay Mallery Admin Claim | JES | 1.20 | $275.00 | $330.00 |
| Service | 10/23/2024 | 1106 - Misc Motions & Court Hearings: Prepare and file Notice for App to Pay Mallery Admin Claim | JES | 0.80 | $275.00 | $220.00 |
| Service | 10/23/2024 | 1110 - Claim Management Issues: Update Proof of Claim chart to ascertain allowable claims | YXC | 3.50 | $195.00 | $682.50 |
| Service | 10/23/2024 | 1110 - Claim Management Issues: review and revise Proof of Claims spreadsheet to ascertain appropriate objections (.8); review claim filed by secured lender to ascertain basis for objection (.3) | CAR | 1.10 | $575.00 | $632.50 |
| Service | 10/23/2024 | 1106 - Misc Motions & Court Hearings: Final edits to app to allow Mallery claim | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/23/2024 | 1110 - Claim Management Issues: Updated the WMH POC analysis and prepare email to client to confirm amounts that differ from schedule | YXC | 2.00 | $195.00 | $390.00 |
| Service | 10/24/2024 | 1108 - Employment, Billing & Compensation: Review, revise, and finalize EA Group Interim Fee Application and prepare for court filing (.4); Prepare notice of EA Group interim fee application for service on creditors (.2) | DTF | 0.60 | $195.00 | $117.00 |
| Service | 10/24/2024 | 1108 - Employment, Billing & Compensation: Review and prepare revisions to EA Group's First Interim Fee Application (.8); prepare Notice of Application and finalize exhibits (.4) | EMR | 1.20 | $450.00 | $540.00 |
| Service | 10/24/2024 | 1108 - Employment, Billing & Compensation: Prepare Supplemental Application to Employ EA Advisory Group and Declaration of Deborah Friedland in support of same | EMR | 1.40 | $450.00 | $630.00 |
| Service | 10/24/2024 | 1110 - Claim Management Issues: review and revise email to client regarding chart of claim objections | CAR | 0.10 | $575.00 | $57.50 |
| Service | 10/25/2024 | 1108 - Employment, Billing & Compensation: Review and update draft proposed order approving first interim R&R fee application, and finalize for court filing | DTF | 0.30 | $195.00 | $58.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 10/25/2024 | 1105 - Plan & Disclosures: Zoom mtg w/J. Jaeger and colleague re hotel appraisal questions (.4); prep of email reports to client team re same (.3) | MPR | 0.70 | $750.00 | $525.00 |
| Service | 10/25/2024 | 1108 - Employment, Billing & Compensation: Prepare email to EA Group Team providing copies of filed Interim Fee Application and Notice and advising of objection deadline to same. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 10/25/2024 | 1108 - Employment, Billing & Compensation: Draft, revise, and finalize proposed Order granting Richman & Richman's First Interim Fee Application. | EMR | 0.50 | $450.00 | $225.00 |
| Service | 10/28/2024 | 1110 - Claim Management Issues: review Eisner/Debtor responses to UST email questions re: September MOR, and prep of email to UST re same (.2) | MPR | 0.20 | $750.00 | $150.00 |
| Service | 10/28/2024 | 1112 - Debtor Meetings & Communications: Emails w/client team re mtg sched and current issues | MPR | 0.10 | $750.00 | $75.00 |
| Service | 10/28/2024 | 1110 - Claim Management Issues: Prepare Objection to Proof of Claim and Declaration. | YXC | 3.50 | $0.00 | $0.00 |
| Service | 10/29/2024 | 1110 - Claim Management Issues: Review file, proofs of claim, and draft objection to proofs of claim in assessment of objection to lenders' proofs of claim and issuing discovery requests (.4); begin preparing draft discovery requests to lenders (.7) | DTF | 1.10 | $195.00 | $214.50 |
| Service | 10/29/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: locate correct addresses & update matrix | KKH | 1.00 | $195.00 | $195.00 |
| Service | 10/29/2024 | 1110 - Claim Management Issues: Prepare Objection to Proof of Claim and Declaration. | YXC | 3.50 | $0.00 | $0.00 |
| Service | 10/29/2024 | 1112 - Debtor Meetings & Communications: Conduct email exchange and phone call with Randy Erkert regarding unpaid Badger Liquor invoices, including review of invoices and review of previous emails and notes of discussions regarding same to address issue. | EMR | 0.70 | $450.00 | $315.00 |
| Service | 10/29/2024 | 1112 - Debtor Meetings & Communications: Client team status and strategy meeting | MPR | 0.50 | $750.00 | $375.00 |
| Service | 10/30/2024 | 1103 - Petition, Schedules & Financials: | KKH | 3.50 | $195.00 | $682.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Returned Mail re: Locate correct addresses; Call Creditors for correct addresses; prepare COA letter; Prepare Dec of Mailing for 2 re-servings. | | | | |
| Service | 10/30/2024 | 1105 - Plan & Disclosures: T/conf w/R. Eckert re appraisal questions | MPR | 0.30 | $750.00 | $225.00 |
| Service | 10/31/2024 | 1110 - Claim Management Issues: Continue review of file, proofs of claim, and draft objection to proofs of claim in assessment of objection to lenders' proofs of claim and continue preparing draft discovery requests to lenders (1.3); review file in assessment of status re: discovery requests served on White Lodging per proof of claim objection (.1) | DTF | 1.40 | $195.00 | $273.00 |
| Service | 10/31/2024 | 1110 - Claim Management Issues: Revise objection to Proofs of Claim. | YXC | 3.50 | $0.00 | $0.00 |
| Service | 10/31/2024 | 1110 - Claim Management Issues: Phone meeting with CAR, MPR, and client regarding the objection to the proof of claim | YXC | 0.50 | $0.00 | $0.00 |
| Service | 10/31/2024 | 1105 - Plan & Disclosures: T/conf w/J. Jaeger, D. Friedland re preliminary and draft appraisal questions | MPR | 0.50 | $750.00 | $375.00 |
| Service | 10/31/2024 | 1110 - Claim Management Issues: t/conf w/ C. Richman and j. Cordova re qs on Computershare claims and mtg w/C. Richman re same | MPR | 0.40 | $750.00 | $300.00 |
| Service | 10/31/2024 | 1110 - Claim Management Issues: prepare objection to Claim 2 for Valentine Coffee and corresponding Declaration for filing with court, including review of spreadsheet of amount of debt (.5); phone conference with J Cordova to confirm same (.4) | CAR | 0.90 | $575.00 | $517.50 |
| | | | | | **Quantity Subtotal** | **128.1** |
| | | | | | **Services Subtotal** | **$37,524.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/08/2024 | Postage Expense: Return mail postage for reservicing | 1.00 | $40.81 | $40.81 |
| Expense | 10/08/2024 | Copy Expense: Copy expense for return mail reservicing | 770.00 | $0.15 | $115.50 |
| | | | | **Expenses Subtotal** | **$156.31** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Eliza Reyes | Associate | 15.3 | $450.00 | $6,885.00 |
| Claire Richman | Partner | 13.3 | $575.00 | $7,647.50 |
| Michael Richman | Partner | 15.9 | $750.00 | $11,925.00 |
| James Soo | Associate | 7.2 | $275.00 | $1,980.00 |
| James Soo | Associate | 8.1 | $0.00 | $0.00 |
| Yabing Chong | Law Clerk | 11.0 | $195.00 | $2,145.00 |
| Yabing Chong | Law Clerk | 20.5 | $0.00 | $0.00 |
| David Fowle | Paralegal | 14.5 | $195.00 | $2,827.50 |
| David Fowle | Paralegal | 1.2 | $0.00 | $0.00 |
| Kiranpreet Hayer | Paralegal | 19.1 | $195.00 | $3,724.50 |
| Jude Odibeli | Law Clerk | 2.0 | $195.00 | $390.00 |
| | | | **Quantity Total** | **128.1** |
| | | | **Subtotal** | **$37,680.81** |
| | | | **Total** | **$37,680.81** |

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:** Mail to 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
**Credit Card Payments:** Via LawPay at www.RandR.law (or attached link)
**Wire Instructions:** Account Name: Richman & Richman LLC (General Checking)
Account Address: 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
Bank Name and Address: BMO Harris Bank
ABA: 071025661 SWIFT Code HARTUS44 Acct No. 4838178298

Please pay within 30 days.