

**Claire Ann Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8992
crichman@randr.law

November 11, 2024

*Via CM/ECF*

U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Ave, Rm 126
Milwaukee, WI 53202

   RE: Change of Adress in Matrix
      In re: Wisconsin & Milwaukee Hotel LLC; Case No. 24-21743

Dear Clerk:

This letter is to confirm the change of creditor address(es) from the Matrix in the above-mentioned matter. The addresses are invalid. The creditors have now been served at the correct addresses. Please change the following address(es) in the Matrix:

| Old Addresses | New Addresses |
|---|---|
| City of Milwaukee<br>Office of City Treasurer<br>Customer Services Division<br>P.O. Box 514062<br>Milwaukee, WI 53203-3462 | City of Milwaukee<br>Office of City Treasurer<br>Customer Services Division<br>200 E. Wells Street, Room 103<br>Milwaukee, WI 53202 |
| Wisconsin Housing & Economic Development Authority (WHEDA)<br>611 W National Ave, Suite 110<br>Milwaukee, WI 53204-1768 | Wisconsin Housing & Economic Development Authority (WHEDA)<br>908 East Main Street<br>Suite 501<br>Madison, WI 53703 |

Sincerely,

RICHMAN & RICHMAN LLC

*Claire Ann Richman*

Claire Ann Richman
CAR/kkh