So Ordered.

Dated: November 12, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh  
Chapter 11

## ORDER APPROVING APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY LENNHOFF REAL ESTATE CONSULTING LLC AS EXPERT WITNESS EFFECTIVE AS OF OCTOBER 15, 2024

Debtor Wisconsin & Milwaukee Hotel LLC filed an Application for Authority to Retain and Employ Lennhoff Real Estate Consulting LLC as Expert Witness Effective as of October 15, 2024 ("**Application**"). The court has reviewed the declaration of David C. Lennhoff in Support of Application, and it appears that Lennhoff Real Estate Consulting LLC, including the members and staff thereof, is a disinterested person and that the employment of Lennhoff Real Estate Consulting LLC is in the best interest of the Debtor's estate and the economical administration thereof. No objections were filed to the Application.

Based on the record and the Application, IT IS HEREBY ORDERED as follows:

1. The Application is approved as provided in this order.

2. Wisconsin & Milwaukee Hotel LLC is authorized to retain and employ Lennhoff Real Estate Consulting LLC to assist in the evaluation of the reasonableness of the appraisal of the market value of the debtor's hotel that was performed and prepared by the City of Milwaukee's assessor/appraiser, and to serve as an expert witness for the purpose of the property tax appeal currently pending in Milwaukee County Circuit Court, *Wisconsin & Milwaukee Hotel LLC vs. City of Milwaukee*, Case No. 23-CV-4237.

3. Wisconsin & Milwaukee Hotel LLC is authorized to pay Lennhoff Real Estate Consulting LLC a fixed fee of $9,300, of which $4,650 is to be paid upon approval of this Application, for the first phase of services to be performed by Lennhoff Real Estate Consulting LLC, pursuant to the terms of the Application.

4. The effective date of the employment authorized by this Order is October 15, 2024.

5. Until final approval of Lennhoff Real Estate Consulting LLC fees and expenses, any payment to Lennhoff Consulting remains subject to recoupment and disgorgement.

#####