# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

## ORDER APPROVING INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY PROFESSIONAL: EISNER ADVISORY GROUP LLC FINANCIAL ADVISOR FOR DEBTOR

This matter having come before the Court on Eisner Advisory Group LLC's Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC Financial Advisor for Debtor, filed on October 24, 2024 (the "**Interim Application**") [Doc 281], seeking allowance of compensation for the period of June 1, 2024 through September 30, 2024 ("**Fee Period**"), pursuant to 11 U.S.C. §§ 328, 330, 331, 503(b)(1) and (2), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and

Drafted by:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Ave., Ste 850
Madison, WI 53703
Tel: (608) 630-8990; Fax: (608) 630-8991
Mrichman@randr.law

Local Rule 2016, in the amount of $121,697.49 representing $120,695.00 in fees, plus $1,002.49 in reasonable and necessary expenses, on an interim basis; that notice of the Interim Application was given to all required parties and otherwise sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service on file herein [Doc 284]; no objections or requests for hearing on the Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Interim Application shall be and is hereby Approved;

2. Eisner Advisory Group LLC is hereby awarded interim compensation for all fees and costs requested in the Interim Application for the period of June 1, 2024 through September 30, 2024, pursuant to the provisions of 11 U.S.C. §§ 328, 330 and 331, in the amount of $121,697.49, representing $120,695.00 in fees, plus $1,002.49 in reasonable and necessary expenses, and is allowed as an administrative expense pursuant to 11 U.S.C. § 503(b)(2);

3. Wisconsin & Milwaukee Hotel LLC is authorized to pay to Eisner Advisory Group LLC the amount of $121,697.49, representing $120,695.00 in fees, plus $1,002.49 in reasonable and necessary expenses, forthwith;

4. Until final approval of fees and expenses, any payment to Eisner Advisory Group LLC shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####