So Ordered.

Dated: November 21, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,   Case No. 24-21743-gmh

                                                        Chapter 11

Debtor.

**ORDER APPLYING RULE 26 AND REQUIRING RULE 26(f) REPORT**

On October 15, 2024, the debtor objected to claim numbers 15 and 16 filed by White Lodging Services Corporation. ECF Nos. 267 & 268. White Lodging filed responses opposing the debtor's claim objections on November 14, 2024. ECF Nos. 310 & 311. Upon review of the objections and responses, IT IS HEREBY ORDERED AS FOLLOWS:

1. Federal Rule of Civil Procedure 26 applies in its entirety to the debtor's objections to claim numbers 15 and 16.

2. The debtor and White Lodging Services Corporation are ordered to confer and file a Rule 26(f) report on or before **December 13, 2024**.

#####