

**Claire Ann Richman**

122 W Washington Ave Suite 850
Madison, WI 53703-2732
608.630.8992
crichman@randr.law

November 25, 2024

*Via CM/ECF*

U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Ave, Rm 126
Milwaukee, WI 53202

   RE: Change of Address in Matrix
      In re: Wisconsin & Milwaukee Hotel LLC; Case No. 24-21743

Dear Clerk:

This letter is to confirm the change of creditor address(es) from the Matrix in the above-mentioned matter. The addresses are invalid. The creditors have now been served at the correct addresses. Please change the following address(es) in the Matrix:

| Old Addresses | New Addresses |
| --- | --- |
| Town Bank<br>c/o Antonopoulos Legal Group LLC<br>740 Pilgrim Pkwy, Ste 206<br>Elm Grove, WI 53122-2066 | Town Bank<br>c/o Antonopoulos Legal Group LLC<br>14525 Tulane Street<br>Brookfield, WI 53005-7048 |
| White Lodging Services Corporation<br>701 83rd Avenue<br>Merrillville, IN 46410-2200 | White Lodging Services Corporation<br>701 E. 83rd Avenue<br>Merrillville, IN 46410 |

Sincerely,

RICHMAN & RICHMAN LLC

*Claire Ann Richman*

Claire Ann Richman
CAR/kkh