# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| | Case No. 24-21743-gmh |
| Wisconsin & Milwaukee Hotel LLC, | Chapter 11 |
| Debtor. | |

## ORDER CONDITIONALLY APPROVING PAYMENT OF OCTOBER 2024 INVOICE FROM RICHMAN & RICHMAN LLC PURSUANT TO THE ORDER APPROVING ALTERNATIVE COMPENSATION PROCEDURES

On November 11, 2024, Richman & Richman LLC ("**R&R**") filed its monthly invoice for October 2024 [Doc 301] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $30,019.60 in fees and $156.31 in expenses. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####