## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Wisconsin & Milwaukee Hotel, LLC | ) | |
| | ) | Case No. 24-21743 |
| *Debtors*. | ) | |
| | ) | Honorable G. Michael Halfenger |
| | ) | |
| _____ | ) | |

### WHITE LODGING SERVICES CORPORATION OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING BY 60 DAYS THE EXCLUSIVE PERIODS FOR FILING CHAPTER 11 PLAN OF REORGANIZATION AND FOR SOLICITING ACCEPTANCES THERETO

White Lodging Services Corporation ("White Lodging"), by and through its undersigned counsel, for its objection to Debtor's Motion for Entry of an Order Further Extending by 60 Days the Exclusive Periods for Filing Chapter 11 Plan of Reorganization and for Soliciting Acceptances Thereto (ECF no. 318) hereby joins and adopts the Objection to Debtor's Motion for Entry of an Order Further Extending by 60 Days the Exclusive Periods for Filing Chapter 11 Plan of Reorganization and for Soliciting Acceptances Thereto filed by Computershare Trust Company, N.A. (ECF no. 331) in its entirety.

WHITE      LODGING      SERVICES
CORPORATION

By:  */s/ Amy E Daleo*
_____
         One of its Attorneys

Cornelius P. Brown (nbrown@cohonraizes.com)
Amy E Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP (90192)
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Office: (312) 726-2252
Fax: (312) 726-0609