In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

# NOVEMBER 2024 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| | |
|---|---|
| Applicant: | Richman & Richman LLC |
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | November 1, 2024 through November 30, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $28,776.50 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $1,868.17 |
| Total interim approval requested: | **$30,664.67** |

Dated this 10th day of December 2024.

                                            **RICHMAN & RICHMAN**
                                            **Attorneys for the Debtor**

        By:    */s/ Michael P. Richman*
                  Michael P. Richman
                  Claire Ann Richman
                  Eliza M. Reyes
                  122 W Washington Ave, Suite 850
                  Madison, WI 53703
                  Tel: (608) 630-899
                  Fax: (608) 630-8991
                  mrichman@RandR.law
                  crichman@RandR.law
                  ereyes@RandR.law

# Richman & Richman LLC

# INVOICE

122 W Washington Ave, Suite 850  
Madison, WI 53703-2732

Invoice # 1221  
Date: 12/10/2024  
Due On: 01/09/2025

Wisconsin & Milwaukee Hotel LLC  
c/o Jackson Street Management LLC  
Attn: Mr. Edward G. Carow  
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

### Services

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 11/01/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: locate correct address (not found) and update COA; Update Matrix; file COA with Court. | KKH | 1.60 | $195.00 | $312.00 |
| Service | 11/01/2024 | 1110 - Claim Management Issues: Continue review of file, proofs of claim, and objection to proofs of claim for revisions and updates to draft discovery requests to Computershare | DTF | 1.20 | $195.00 | $234.00 |
| Service | 11/01/2024 | 1103 - Petition, Schedules & Financials: review and approve letter to court to change 5 addresses | CAR | 0.10 | $575.00 | $57.50 |
| Service | 11/01/2024 | 1110 - Claim Management Issues: confirm filing of objection to Claim 2 and proper service of same | CAR | 0.30 | $575.00 | $172.50 |
| Service | 11/01/2024 | 1110 - Claim Management Issues: Review mortgage and loan file to prepare summaries and chart applicable to Computershare claim in case | JOO | 8.00 | $195.00 | $1,560.00 |
| Service | 11/01/2024 | 1108 - Employment, Billing & Compensation: T/conf w/F. DiCastri re Mallery app and appraisal exchanges (.3); prep of memo to client team re DiCastri call (.1) | MPR | 0.40 | $750.00 | $300.00 |
| Service | 11/02/2024 | 1110 - Claim Management Issues: review each filed claim and confirm allowance and identification on claim | CAR | 2.50 | $575.00 | $1,437.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | chart, to include basis for objections to same (1.6); conference with MPR to discuss claim objections to Proofs of Claim Nos. 3, 4, 9, 11, 12, 14, and 17 and plan treatment (.9) | | | | |
| Service | 11/02/2024 | 1105 - Plan & Disclosures: Work on plan term sheet | MPR | 2.30 | $750.00 | $1,725.00 |
| Service | 11/04/2024 | 1110 - Claim Management Issues: review Amended Motion to disallow late claims to be filed for filing with Court, including uploading issue with court | CAR | 0.30 | $575.00 | $172.50 |
| Service | 11/04/2024 | 1110 - Claim Management Issues: Analyze claims to determine all late filed Proofs of Claim for filing objections | DTF | 0.20 | $195.00 | $39.00 |
| Service | 11/04/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: review & sort; locate correct addresses. | KKH | 1.00 | $195.00 | $195.00 |
| Service | 11/04/2024 | 1110 - Claim Management Issues: Prepare amended objection to claims of Cvent; Winter Service and Assa Abloy | YXC | 2.50 | $195.00 | $487.50 |
| Service | 11/04/2024 | 1105 - Plan & Disclosures: Further work on plan term sheet (.6); prep of email response to questions on plan term sheet from E. Carow (.4) | MPR | 1.00 | $750.00 | $750.00 |
| Service | 11/05/2024 | 1108 - Employment, Billing & Compensation: Draft proposed order on application to employ Lennhoff Consulting as appraiser | DTF | 0.70 | $195.00 | $136.50 |
| Service | 11/05/2024 | 1103 - Petition, Schedules & Financials: review and approve for filing updated addresses for Ecolab and Canon and service to same | CAR | 0.10 | $575.00 | $57.50 |
| Service | 11/05/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: Prepare & File Dec of Mailing; Prepare envelopes to re-serve docs | KKH | 1.60 | $195.00 | $312.00 |
| Service | 11/05/2024 | 1112 - Debtor Meetings & Communications: participate in video conference meeting to discuss plan classes and provisions | CAR | 1.20 | $575.00 | $690.00 |
| Service | 11/05/2024 | 1105 - Plan & Disclosures: Team zoom mtg re status and strategy, including plan and Lender term sheet | MPR | 1.20 | $750.00 | $900.00 |
| Service | 11/05/2024 | 1108 - Employment, Billing & Compensation: Review and revise proposed order granting Application to | EMR | 0.70 | $450.00 | $315.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Employ Lennhoff Consulting as Appraiser for WMH. | | | | |
| Service | 11/06/2024 | 1108 - Employment, Billing & Compensation: Review, update, and finalize proposed order on application to employ Lennhoff consulting and prepare for court filing | DTF | 0.40 | $195.00 | $78.00 |
| Service | 11/06/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: Locate correct addresses; prepare COA; prepare Dec of Mailing; prepare envelopes | KKH | 2.00 | $195.00 | $390.00 |
| Service | 11/07/2024 | 1103 - Petition, Schedules & Financials: Review & Sort returned mail | KKH | 0.20 | $195.00 | $39.00 |
| Service | 11/07/2024 | 1108 - Employment, Billing & Compensation: Prep of email reply to F. DiCastri and D. Ambrose re motion to pay Mallery admin expense claim | MPR | 0.50 | $0.00 | $0.00 |
| Service | 11/08/2024 | 1105 - Plan & Disclosures: T/conf w/J. Jaeger re appraisal status and scope (.2); prep of reply to R. Bader email re appraisal (.5); t/conf w/M. Flaherty re appraisal status and WL issues (.1) | MPR | 0.80 | $750.00 | $600.00 |
| Service | 11/10/2024 | 1110 - Claim Management Issues: review and discuss claims chart with MPR to discuss classes and disputed claim amounts | CAR | 0.50 | $575.00 | $287.50 |
| Service | 11/10/2024 | 1105 - Plan & Disclosures: Work on revisions to plan term sheet | MPR | 0.80 | $750.00 | $600.00 |
| Service | 11/11/2024 | 1108 - Employment, Billing & Compensation: Review October 2024 invoice, update and finalize R&R monthly fee statement for October 2024 with invoice, and prepare for filing with court (.4); draft proposed order conditionally approving October 2024 fee statement (.2) | DTF | 0.60 | $195.00 | $117.00 |
| Service | 11/11/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: review and sort; assist AAB prepare COA and dec of mailing; prepare envelopes re: re-servicing doc 278 & 279 | KKH | 1.00 | $195.00 | $195.00 |
| Service | 11/11/2024 | 1103 - Petition, Schedules & Financials: review and approve Declaration of Mailing and Change of Address to be filed with court | CAR | 0.10 | $575.00 | $57.50 |
| Service | 11/11/2024 | 1108 - Employment, Billing & | EMR | 0.80 | $450.00 | $360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Compensation: Finalize R&R's October invoice and review cover sheet to file monthly fee request according to Alternative Compensation Procedure. | | | | |
| Service | 11/12/2024 | 1105 - Plan & Disclosures: video conference with MPR and client team to discuss outstanding issues, including claim objections and plan provisions | CAR | 0.80 | $575.00 | $460.00 |
| Service | 11/12/2024 | 1105 - Plan & Disclosures: Team status/ strategy re plan term sheet | MPR | 0.80 | $750.00 | $600.00 |
| Service | 11/12/2024 | 1108 - Employment, Billing & Compensation: Prepare email to David Lennhoff, Attorney Chris Strohbehn, and WMH team providing copy of signed and entered order granting application to employ Lennhoff Consulting as appraiser/expert witness for WMH. | EMR | 0.10 | $450.00 | $45.00 |
| Service | 11/13/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: review and sort return mail | KKH | 0.20 | $195.00 | $39.00 |
| Service | 11/13/2024 | 1106 - Misc Motions & Court Hearings: Prepare preliminary draft motion to further extend exclusivity periods for filing Chapter 11 plan and soliciting acceptances thereto (1.8); prepare notice of motion to further extend exclusivity periods (.2) | DTF | 2.00 | $195.00 | $390.00 |
| Service | 11/13/2024 | 1110 - Claim Management Issues: Review Computershare and UST objs to Mallery app and prep of email to client team re same | MPR | 0.30 | $0.00 | $0.00 |
| Service | 11/13/2024 | 1106 - Misc Motions & Court Hearings: Review Objections of Computershare and the UST to Application for Allowance of Administrative Expenses for Mallery SC to address same. | EMR | 0.70 | $0.00 | $0.00 |
| Service | 11/13/2024 | 1108 - Employment, Billing & Compensation: Review email from Jennifer Cordovoa regarding expanding duties of Sikich LLC as accountants for WMH (.2); begin working on supplemental application to employ Sikich including review of Sikich retention order (.3). | EMR | 0.50 | $450.00 | $225.00 |
| Service | 11/13/2024 | 1105 - Plan & Disclosures: Prepare Disclosure Statement on behalf of WMH. | EMR | 1.20 | $450.00 | $540.00 |
| Service | 11/14/2024 | 1105 - Plan & Disclosures: Prep of | MPR | 1.10 | $750.00 | $825.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | emails re draft appraisal (.1); virtual mtg w/D. Friedland re plan issues and other related pending matters (.2); further virtual mtg w/D. Friedland, J. Cordova and M. Flaherty re plan issues w/WL and other related pending matters (.8) | | | | |
| Service | 11/15/2024 | 1108 - Employment, Billing & Compensation: Read applications and objections to distinguish cases relied upon in arguments to object to application for allowance and payments of administrative claim of Mallery S.C. | JOO | 6.40 | $0.00 | $0.00 |
| Service | 11/15/2024 | 1110 - Claim Management Issues: Prep of email to N. Brown re WL plan to pay bonuses | MPR | 0.20 | $750.00 | $150.00 |
| Service | 11/15/2024 | 1108 - Employment, Billing & Compensation: Prepare proposed order granting EA Group's first interim fee application. | EMR | 0.40 | $450.00 | $180.00 |
| Service | 11/15/2024 | 1102 - Case Administration / US Trustee: Review Court's Sua Sponte order on service issues; address with firm. | EMR | 0.80 | $0.00 | $0.00 |
| Service | 11/17/2024 | 1105 - Plan & Disclosures: Prep of motion to extend exclusivity | MPR | 2.00 | $750.00 | $1,500.00 |
| Service | 11/18/2024 | 1103 - Petition, Schedules & Financials: Prepare COA re: returned mail and fixing court matrix | KKH | 0.20 | $195.00 | $39.00 |
| Service | 11/18/2024 | 1108 - Employment, Billing & Compensation: Review court's docket text order re: service of order approving Eisner fees to confirm all details and compliance with service of same on creditors per court order | DTF | 0.30 | $0.00 | $0.00 |
| Service | 11/18/2024 | 1103 - Petition, Schedules & Financials: revie and approve address change to be filed with court (.1); review court order regarding service of documents and confirm necessary process to resolve same (.5) | CAR | 0.60 | $575.00 | $345.00 |
| Service | 11/18/2024 | 1106 - Misc Motions & Court Hearings: Finalize notice and motion to extend exclusivity period to file plan for court filing and service on creditors, ensuring compliance with court orders | DTF | 0.50 | $195.00 | $97.50 |
| Service | 11/18/2024 | 1102 - Case Administration / US Trustee: Review Objections to Motion to | JES | 1.40 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Pay Mallery Admin Claims | | | | |
| Service | 11/18/2024 | 1108 - Employment, Billing & Compensation: Research on cases and distinguish from application for allowance and payment of administrative claim of Mallery S.C. and objections to application for allowance and payment of administrative claim. | JOO | 7.00 | $0.00 | $0.00 |
| Service | 11/18/2024 | 1105 - Plan & Disclosures: Review and prepare final edits to motion to extend exclusivity | MPR | 1.00 | $750.00 | $750.00 |
| Service | 11/18/2024 | 1105 - Plan & Disclosures: Finalize Motion Further Extending Exclusivity Periods (.4); Work on Disclosure Statement (.8). | EMR | 1.20 | $450.00 | $540.00 |
| Service | 11/19/2024 | 1106 - Misc Motions & Court Hearings: Review certificate of service from Stretto on motion to further extend exclusivity period to ensure accuracy and compliance with court orders and prepare for filing | DTF | 0.20 | $0.00 | $0.00 |
| Service | 11/19/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: prepare dec of mailing for re-serving doc 282; prepare envelopes for re-serving | KKH | 0.60 | $195.00 | $117.00 |
| Service | 11/19/2024 | 1108 - Employment, Billing & Compensation: Research and write on case to be used for reply on objection to application for allowance and payment of administrative claims | JOO | 6.00 | $0.00 | $0.00 |
| Service | 11/19/2024 | 1108 - Employment, Billing & Compensation: Prepare Omnibus Response to Objections to Motion to pay Mallery Admin Fee | JES | 2.50 | $0.00 | $0.00 |
| Service | 11/19/2024 | 1105 - Plan & Disclosures: Teams mtg w/D. Friedland re appraisal questions (.2); review draft appraisal (.5); client weekly zoom meeting re status/strategy, including plan issues (.5) | MPR | 1.20 | $750.00 | $900.00 |
| Service | 11/19/2024 | 1108 - Employment, Billing & Compensation: Conduct legal research to assist with preparing omnibus reply to Computershare and UST's objections to Mallery SC's Application for Administrative Expense Claim. | EMR | 0.50 | $0.00 | $0.00 |
| Service | 11/19/2024 | 1108 - Employment, Billing & Compensation: Draft Supplemental | EMR | 1.30 | $450.00 | $585.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Application to Employ Sikich LLC (1.0); prepare email to Jennifer Cordova forwarding same for her review and requesting additional information to complete Supplemental Application (.2). | | | | |
| Service | 11/19/2024 | 1103 - Petition, Schedules & Financials: review and approve service on corrected address for creditors Doc 282 | CAR | 0.10 | $575.00 | $57.50 |
| Service | 11/20/2024 | 1108 - Employment, Billing & Compensation: Prepare revisions to Omnibus Response to Objections to Mallery Admin Claim App | JES | 1.60 | $0.00 | $0.00 |
| Service | 11/20/2024 | 1108 - Employment, Billing & Compensation: Legal research re disinterestedness standard for attorney retained to provide information to general bankruptcy counsel | JES | 3.70 | $0.00 | $0.00 |
| Service | 11/20/2024 | 1103 - Petition, Schedules & Financials: Returned Mail re: Discuss return mail with DTF and prepare COA for returned mail creditor (Town Bank & White Lodging) | KKH | 0.70 | $195.00 | $136.50 |
| Service | 11/20/2024 | 1108 - Employment, Billing & Compensation: Work on omnibus reply to objs to payment of Mallery admin expense claim (1.0) | MPR | 1.00 | $0.00 | $0.00 |
| Service | 11/20/2024 | 1105 - Plan & Disclosures: t/conf w/J. Jaeger re draft appraisal | MPR | 0.40 | $750.00 | $300.00 |
| Service | 11/20/2024 | 1108 - Employment, Billing & Compensation: Phone call with Jordan Vorlob at Sikich LLC to obtain additional information needed for Supplemental Application to Employ Sikich LLC as accountants for WMH (.3); prepare further revisions to Supplemental Application and Supplemental Declaration (.8); prepare email to Sikich Team and WMH Team forwarding pleadings for review (.2). | EMR | 1.30 | $450.00 | $585.00 |
| Service | 11/20/2024 | 1103 - Petition, Schedules & Financials: review and approve for filing change of address for Town Bank | CAR | 0.10 | $575.00 | $57.50 |
| Service | 11/21/2024 | 1103 - Petition, Schedules & Financials: Finalize October 2024 MOR form with all supporting documentation to complete for client signature and filing with court. | DTF | 0.50 | $195.00 | $97.50 |
| Service | 11/21/2024 | 1105 - Plan & Disclosures: review | MPR | 1.10 | $750.00 | $825.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | appraisal questions w/D. Friedland | | | | |
| Service | 11/21/2024 | 1108 - Employment, Billing & Compensation: work on combined reply to objs to Mallery admin expense claim | MPR | 0.80 | $0.00 | $0.00 |
| Service | 11/21/2024 | 1110 - Claim Management Issues: Receive and review Order Applying Rule 26 and Requiring Rule 26(f) Report on Objection to Proof of Claim of White Lodging to note dates and deadlines for same. | EMR | 0.20 | $450.00 | $90.00 |
| Service | 11/22/2024 | 1103 - Petition, Schedules & Financials: CW EMR re: returned mail; returned mail re: prep COA for filing | KKH | 0.50 | $195.00 | $97.50 |
| Service | 11/22/2024 | 1108 - Employment, Billing & Compensation: further work on combined reply to objs to Mallery admin expense claim | MPR | 0.50 | $0.00 | $0.00 |
| Service | 11/22/2024 | 1112 - Debtor Meetings & Communications: T/conf w/M. Flaherty re WL meetings and related issues (.2); zoom meeting w/client team, D. Friedland and J. Jaeger (1.2) | MPR | 1.40 | $750.00 | $1,050.00 |
| Service | 11/25/2024 | 1105 - Plan & Disclosures: Work on disclosure statement. | EMR | 1.50 | $450.00 | $675.00 |
| Service | 11/25/2024 | 1108 - Employment, Billing & Compensation: Further work on combined reply to objs to Mallery app | MPR | 1.20 | $0.00 | $0.00 |
| Service | 11/26/2024 | 1105 - Plan & Disclosures: Review Lender obj to motion to extend exclusivity, and prep of email to client team re same (.2); client team zoom re plan and exclusivity, related issues and strategies (.6); followup t/conf w/D. Friedland re same (.1); further work on plan term sheet and related research (.8) | MPR | 1.70 | $750.00 | $1,275.00 |
| Service | 11/26/2024 | 1106 - Misc Motions & Court Hearings: Review Judge Halfenger's opinion and order on Mallery S.C.'s Application for Administrative Expense Claim and MPR's email to WMH team to stay apprised of status of same. | EMR | 0.30 | $0.00 | $0.00 |
| Service | 11/26/2024 | 1108 - Employment, Billing & Compensation: Prepare email to Jennifer Cordova and Sikich LLC team to follow up on review of Supplemental Application to employ Sikich LLC as accountants for WMH. | EMR | 0.10 | $450.00 | $45.00 |

| Type | Date | Notes | | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 11/26/2024 | 1105 - Plan & Disclosures: Review Computershare's objection to WMH's Motion to Further Extend Exclusivity Period to address same. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 11/26/2024 | 1105 - Plan & Disclosures: Work on Disclosure Statement. | EMR | 3.00 | $450.00 | $1,350.00 |
| Service | 11/27/2024 | 1108 - Employment, Billing & Compensation: Conduct email exchange with Jordan Vorlob at Sikich and Jennifer Cordova regarding finalizing and filing Supplemental Application to Employ Sikich. | EMR | 0.30 | $450.00 | $135.00 |
| Service | 11/27/2024 | 1105 - Plan & Disclosures: Work on Disclosure Statement. | EMR | 0.80 | $450.00 | $360.00 |
| Service | 11/27/2024 | 1105 - Plan & Disclosures: Further work on plan term sheet | MPR | 0.80 | $750.00 | $600.00 |
| | | | | **Quantity Subtotal** | | **100.5** |
| | | | | **Services Subtotal** | | **$28,776.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/03/2024 | Copy Expense: Stretto Copy/Printing Expense: Notice of First Interim Application for Allowance and Payment of Fees and Expenses incurred by Richman & Richman LLC (Doc 252) | 309.00 | $0.15 | $46.35 |
| Expense | 10/03/2024 | Postage Expense: Stretto Postage Expense: Notice of First Interim Application for Allowance and Payment of Fees and Expenses incurred by Richman & Richman LLC (Doc 252) | 103.00 | $0.69 | $71.07 |
| Expense | 10/15/2024 | Copy Expense: Stretto Copy/Printing Expense: Application of the Debtor for Authority to Employ Lennhoff Real Estate Consulting as Expert Witness (Doc 269) and Notice of Application to Employ Lennhoff Real Estate Consulting (Doc 270) | 5,940.00 | $0.15 | $891.00 |
| Expense | 10/15/2024 | Postage Expense: Stretto Postage Expense: Application of the Debtor for Authority to Employ Lennhoff Real Estate Consulting as Expert Witness (Doc 269) and Notice of Application to Employ Lennhoff Real Estate Consulting (Doc 270) | 1.00 | $297.81 | $297.81 |
| Expense | 10/23/2024 | Copy Expense: Stretto Copy/Printing Expense: Application Pursuant to 11 USC 503(b)(1)(A) for Allowance and Payment of Administrative Claim of Mallery S.C. (Doc 278) and Notice of Application for Allowance and Payment of Administrative Claim of | 1,980.00 | $0.15 | $297.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Allery S.C. (Doc 279) | | | |
| Expense | 10/23/2024 | Postage Expense: Stretto Potage Expense: Application Pursuant to 11 USC 503(b)(1)(A) for Allowance and Payment of Administrative Claim of Mallery S.C. (Doc 278) and Notice of Application for Allowance and Payment of Administrative Claim of Allery S.C. (Doc 279) | 1.00 | $133.85 | $133.85 |
| Expense | 10/24/2024 | Copy Expense: Stretto Copy/Printing Expense: Notice of Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC (Doc 282) | 198.00 | $0.15 | $29.70 |
| Expense | 10/24/2024 | Postage Expense: Stretto Postage Expense: Notice of Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC (Doc 282) | 1.00 | $70.23 | $70.23 |
| Expense | 11/05/2024 | Postage Expense: Postage expense for re-serving Docs 15-16, 18-22, 24-26, 46, 56-58, 73-74, 85, 112, 119-123, 165-167, 195-196, 224, and 252 to Canon Solutions America and Ecolab Pest Elimination | 2.00 | $3.71 | $7.42 |
| Expense | 11/05/2024 | Postage Expense: Postage re: re-serving Doc 269 & Doc 270 of returned mail to 4 creditors | 4.00 | $2.87 | $11.48 |
| Expense | 11/11/2024 | Postage Expense: Postage expense: Reservice of Docs 278 and 279 | 1.00 | $9.39 | $9.39 |
| Expense | 11/12/2024 | Postage Expense: Postage Expense To Reservice Docs 269-270 To Ecolab. | 1.00 | $2.87 | $2.87 |
| | | | **Expenses Subtotal** | | **$1,868.17** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Eliza Reyes | Associate | 13.7 | $450.00 | $6,165.00 |
| Eliza Reyes | Associate | 2.3 | $0.00 | $0.00 |
| Claire Richman | Partner | 6.7 | $575.00 | $3,852.50 |
| Michael Richman | Partner | 18.2 | $750.00 | $13,650.00 |
| Michael Richman | Partner | 4.3 | $0.00 | $0.00 |
| James Soo | Associate | 9.2 | $0.00 | $0.00 |
| Yabing Chong | Law Clerk | 2.5 | $195.00 | $487.50 |
| David Fowle | Paralegal | 6.1 | $195.00 | $1,189.50 |
| David Fowle | Paralegal | 0.5 | $0.00 | $0.00 |
| Kiranpreet Hayer | Paralegal | 9.6 | $195.00 | $1,872.00 |

| | | | | |
|---|---|---|---|---|
| Jude Odibeli | Law Clerk | 8.0 | $195.00 | $1,560.00 |
| Jude Odibeli | Law Clerk | 19.4 | $0.00 | $0.00 |
| | | | **Quantity Total** | **100.5** |
| | | | **Subtotal** | **$30,644.67** |
| | | | **Total** | **$30,644.67** |

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:** Mail to 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
**Credit Card Payments:** Via LawPay at www.RandR.law (or attached link)
**Wire Instructions:**   Account Name:  Richman & Richman LLC (General Checking)
  Account Address:  122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
  Bank Name and Address:  BMO Harris Bank
  ABA: 071025661  SWIFT Code HARTUS44   Acct No.  4838178298