UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Chapter 11

Case No. 24-21743-gmh

### DECLARATION OF CLAIRE ANN RICHMAN IN SUPPORT OF OBJECTION TO CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING Valentine Coffee Co., CLAIM 2

I, Claire Ann Richman, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am one of the attorneys for the Debtor in the above captioned action.

2. An Objection to Claim and Notice of Opportunity for Hearing Valentine Coffee Co., Claim 2 [Doc 289] (the "Objection") was filed with the Court and notice of the deadline for a response thereto was duly served on Claimant, as appears by the Declaration of Service [Doc 290] filed with the Court.

3. No response to the Objection has been filed and the deadline for filing a response has passed.

4. This Declaration is made in support of the entry of an order granting the relief sought in the Objection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Madison, Wisconsin, this 19th day of December, 2024.

*/s/ Claire Ann Richman*
Claire Ann Richman