UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Chapter 11
Case No. 24-21743-gmh

Debtor.

**ORDER ALLOWING**
**Valentine Coffee Co., CLAIM 2**

On November 1, 2024, the Debtor, Wisconsin & Milwaukee Hotel LLC, filed Objection to Claim and Notice of Opportunity for Hearing Valentine Coffee Co., Claim 2 [Doc 289]. The Debtor gave due notice to the Claimant to file a response and request for hearing on or before December 1, 2024, if the Claimant did not want the claim reduced, modified or eliminated. No response was filed by the Claimant. The evidence referred to in the Objection establishes that the Objection should be sustained.

IT IS THEREFORE ORDERED: Claim 2 as a general unsecured claim in the amount of in $1,423.06 and that the Court grant such other and further relief as is appropriate.

#####