UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Chapter 11
Case No. 24-21743-gmh

## ORDER ALLOWING CLAIM NO. 20 FILED BY
## Winter Services LLC, CLAIM 20

On October 14, 2024, the Debtor, Wisconsin & Milwaukee Hotel LLC filed an objection to Claim No. 20 filed by Winter Services LLC (the "**Claimant**") [Doc 261]. The Debtor gave due notice to the Claimant to file a response and request for hearing on or before November 13, 2024, if the Claimant did not want the claim reduced, modified or eliminated. On November 4, 2024, the Debtor filed an Amended Objection to Claim Winter Services LLC, Claim 20 [Doc 293] which was severed on the Claimant. No response was filed by the Claimant. The evidence referred to in the Amended Objection establishes that the objection should be sustained.

IT IS THEREFORE ORDERED: Winter Services LLC, Claim 20 is allowed as a general unsecured claim in the amount of $350.00.

#####