So Ordered.

Dated: December 20, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN**
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | December 19, 2024 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 24-21743-gmh |
| DEBTOR: | Wisconsin & Milwaukee Hotel LLC |
| APPEARANCES: | Michael Richman and Claire Ann Richman, appearing for the debtor |
| | Frank DiCastri and Sara McNamara, appearing for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC |
| | Dillon Ambrose, appearing for the United States trustee |
| | Amy Daleo, appearing for White Lodging Services Corporation |
| | James Carrig, appearing on behalf of J.M. Brennan, Inc. |
| HEARING: | (1) Debtor's motion for entry of an order extending the exclusive periods for filing a chapter 11 plan of reorganization and for soliciting acceptances to the chapter 11 plan |
| | (2) Chapter 11 case management conference |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a hearing on the debtor's motion to extend the exclusive periods for filing a chapter 11 plan of reorganization and soliciting acceptances to the plan, and a chapter 11 case management conference. A recording of the hearing has been posted to the docket.

For the reasons stated on the record, IT IS HEREBY ORDERED as follows:

1. The debtor's motion for entry of an order extending the exclusive periods for filing a chapter 11 plan of reorganization and for soliciting acceptances to the chapter 11 plan is granted. The deadline for the debtor to file a chapter 11 plan pursuant to 11 U.S.C. §1121(c)(2) is extended to **February 7, 2025**, and the deadline for the debtor to obtain acceptances of its chapter 11 plan pursuant to 11 U.S.C. §1121(c)(3) is extended to **April 8, 2025**.

2. The court will hold a case management conference on **February 12, 2025, at 2:30 p.m. by telephone.** To appear by telephone, you must call the court conference line at 1-669-254-5252, and enter Meeting ID 161 2029 1132 and Passcode 600430 before the scheduled hearing time.

3. The debtor must file any objection to the claim of Wisconsin & Milwaukee Hotel Funding LLC and must file any related motion for summary judgment by no later than **January 10, 2025**. Wisconsin & Milwaukee Hotel Funding LLC must file any response to the claim objection and the motion for summary judgment by no later than **February 5, 2025**.

4. The debtor must file any objection to the claim of Computershare Trust Company, N.A., by no later than **January 10, 2025**. Computershare Trust Company, N.A. must file any claim-objection response by no later than **February 10, 2025**.

5. The following deadlines apply to the debtor's objections to Claim Number 15 and Claim Number 16 of White Lodging Services Corporation:

    a. The parties must exchange the discovery required by Rule 26(a)(1) by no later than **January 10, 2025**.

    b. If expert testimony is used in this case, the debtor and White Lodging must file and serve the disclosures and reports required by Federal Rule of

Civil Procedure 26(a)(2) by no later than **February 28, 2025**. Disclosures and reports of any rebuttal expert witnesses must be served on the opposing party by no later than **March 21, 2025**.

c. The deadline for the parties to complete all discovery is **April 4, 2025**. The parties must attempt to resolve all discovery disputes before requesting relief from the court, and Rule 37(a)(1), including its good-faith certification requirement, applies. If the parties are unable to resolve any discovery-related dispute consensually, any motion to compel disclosure or discovery (or for other discovery-related relief) should be presented as soon as practical; the court may deny requests that it deems untimely for failure timely to seek relief, especially if granting the relief would require an extension of the discovery deadline or require allowing discovery to be completed after that deadline has passed. In all events, the parties must present any discovery-related motions that they are unable to resolve, with any supporting evidence or other papers, on or before **April 8, 2025**; any **response** to such a motion is due within **seven days** after the motion is filed.

d. The deadline to file dispositive motions and supporting memoranda, declarations, and other materials is **February 18, 2025**. A response to a dispositive motion and all supporting declarations and materials must be filed no later than 30 days after the filing of the dispositive motion. The court will review the submissions and determine whether to authorize the filing of a reply brief.

e. The court will hold a status hearing on **April 8, 2025, at 11:00 a.m.** by telephone to schedule an evidentiary hearing to adjudicate the claim objections and to set the deadlines for filing exhibits and witness lists. To appear by telephone, parties must call the court conference line at 1-669-254-5252, and enter Meeting ID 161 2029 1132 and Passcode 600430 before the scheduled hearing time.

# # # # #