# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>Wisconsin & Milwaukee Hotel LLC,<br><br>Debtor. | Case No. 24-21743-gmh<br>Chapter 11 |

### ORDER CONDITIONALLY APPROVING PAYMENT OF NOVEMBER 2024 INVOICE FROM RICHMAN & RICHMAN LLC PURSUANT TO THE ORDER APPROVING ALTERNATIVE COMPENSATION PROCEDURES

On December 10, 2024, Richman & Richman LLC ("**R&R**") filed its monthly invoice for November 2024 [Doc 341] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $23,021.20 in fees and $1,868.17 in expenses, for a total amount of $24,889.37. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####