So Ordered.

Dated: December 23, 2024



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Chapter 11
Case No. 24-21743-gmh

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBER 19**

On October 14, 2024, the Debtor, Wisconsin & Milwaukee Hotel LLC filed an objection to Claim Number 19 filed by ASSA ABLOY Global Solutions, Inc. ECF No. 260. On November 4, 2024, the Debtor filed an amended objection to Claim Number 19. ECF No. 292. ASSA ABLOY Global Solutions, Inc. did not file a response.

Based on the claim objection and the record in this proceeding, IT IS HEREBY ORDERED that the debtor's amended objection to Claim Number 19 is sustained, and Claim Number 19 of ASSA ABLOY Global Solutions, Inc. is allowed as a general unsecured claim in the amount of $291.24.

#####