So Ordered.

Dated: December 23, 2024



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Chapter 11  
Case No. 24-21743-gmh

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBER 20**

On October 14, 2024, Debtor Wisconsin & Milwaukee Hotel LLC filed an objection to Claim Number 20 filed by Winter Services LLC. ECF No. 261. On November 4, 2024, the Debtor filed an amended objection to Claim Number 20. ECF No. 293. Winter Services LLC did not file a response.

Based on the claim objection and the record in this proceeding, IT IS HEREBY ORDERED that the Debtor's amended objection to Claim Number 20 is sustained, and Claim Number 20 of Winter Services LLC is allowed as a general unsecured claim in the amount of $350.

#####