UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**ORDER GRANTING SUPPLEMENTAL APPLICATION OF THE DEBTOR
FOR AUTHORITY TO RETAIN AND EMPLOY SIKICH LLC
AS ACCOUNTANTS FOR THE DEBTOR**

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the Notice and Supplemental Application of the Debtor for Authority to Retain and Employ Sikich LLC (formerly known as Sikich LLP) as Accountants for the Debtor ("**Supplemental Application**") [Doc 340], seeking entry of an order pursuant to Section 327 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

Prepared by:
Michael P. Richman
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law

"**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to expand the current scope of the employment of Sikich LLC ("**Sikich**") as its accountants; and the Supplemental Declaration of Gerald J. Schmit ("**Supplemental Declaration**") [Doc 340 - Exhibit A]; and it appearing that Sikich, including the members and staff thereof, is a disinterested person, and that the expansion of the scope of Sikich's employment as the Debtor's accountants is in the best interest of the Debtor's estate and the economical administration thereof; that notice of the Supplemental Application was sufficient under the circumstances; no objections or requests for hearing on the Supplemental Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Supplemental Application is granted;

2. Wisconsin & Milwaukee Hotel LLC is authorized to expand the scope of the employment of Sikich LLC to include the following additional services, in connection with the above-captioned chapter 11 case:

   a. <u>Tax Compliance Services</u> - Preparation of Federal and all required State and Local tax returns, if any, including obtaining extensions of time to file, if required, for the tax year ending December 31, 2024.

   b. <u>Additional Tax Services -</u> In addition to the Tax Compliance Services, Sikich may be asked to provide additional tax services which include, but are not limited to,:
      - Consultations with the Debtor on the consequences and effects of this Chapter 11 Case to the Debtor's tax position and obligations;
      - Consultations with the Debtor on tax matters related to the tax returns as necessary;
      - Analysis and required implementation of any tax regulations and accounting method changes;

- Consultations and research related to specific issues and transactions, as requested by the Debtor or the Debtor's representatives;
- Tax projections and planning, as requested by the Debtor or the Debtor's representatives;
- Responding to notices and letters from tax authorities; and
- Representing the Debtor in connection with tax examinations, if necessary and requested by the Debtor or the Debtor's representatives.

3. Until final approval of Sikich's fees and expenses, any payment to Sikich shall remain subject to recoupment and disgorgement; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####