So Ordered.

Dated: January 6, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## ORDER GRANTING SUPPLEMENTAL APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY SIKICH LLC AS ACCOUNTANTS FOR THE DEBTOR

Debtor Wisconsin & Milwaukee Hotel LLC filed a supplemental application for authority to retain and employ Sikich LLC as Accountants for the Debtor. ECF No. 340. No objections were filed.

Based on the court's review of the Debtor's supplemental application and the supplemental declaration of Gerald J. Schmit filed in support of the application, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Supplemental Application is approved as provided in this order.

2. Wisconsin & Milwaukee Hotel LLC is authorized to expand the scope of the employment of Sikich LLC to include the following additional services in connection with the above-captioned chapter 11 case:

   a. <u>Tax Compliance Services</u> - Preparation of Federal and all required State and Local tax returns, if any, including obtaining extensions of time to file, if required, for the tax year ending December 31, 2024.

   b. <u>Additional Tax Services -</u> In addition to the Tax Compliance Services, Sikich may be asked to provide additional tax services which include, but are not limited to:
      - Consultations with the Debtor on the consequences and effects of this Chapter 11 Case to the Debtor's tax position and obligations;
      - Consultations with the Debtor on tax matters related to the tax returns as necessary;
      - Analysis and required implementation of any tax regulations and accounting method changes;
      - Consultations and research related to specific issues and transactions, as requested by the Debtor or the Debtor's representatives;
      - Tax projections and planning, as requested by the Debtor or the Debtor's representatives;
      - Responding to notices and letters from tax authorities; and
      - Representing the Debtor in connection with tax examinations, if necessary and requested by the Debtor or the Debtor's representatives.

3. Until final approval of Sikich's fees and expenses, any payment to Sikich will remain subject to recoupment and disgorgement.

#####