# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## DECEMBER 2024 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| | |
|---|---|
| Applicant: | Richman & Richman LLC |
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | December 1, 2024 through December 31, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $34,257.00 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $4.00 |
| Total interim approval requested: | **$34,261.00** |

Dated this 10th day of January 2024.

            **RICHMAN & RICHMAN**
            **Attorneys for the Debtor**

      By: */s/ Eliza M. Reyes*
         Michael P. Richman
         Claire Ann Richman
         Eliza M. Reyes
         122 W Washington Ave, Suite 850
         Madison, WI 53703
         Tel: (608) 630-899
         Fax: (608) 630-8991
         mrichman@RandR.law
         crichman@RandR.law
         ereyes@RandR.law