So Ordered.

Dated: February 5, 2025



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,   Case No. 24-21743-gmh

Chapter 11

Debtor.

**ORDER**

On June 7, 2024, the court entered an order approving Alternative Compensation Procedures for debtor's counsel, Richman & Richman LLC. ECF No. 147. Those procedures allow Richman to file monthly invoices for fees and expenses for services rendered during the previous month, and if no objections are filed, the court will enter an order authorizing the debtor to pay 80 percent of the fees and 100 percent of the expenses, provided that Richman applies "to the court for approval of all (non-final) compensation on 120-day periods pursuant to the rules governing fee applications in the usual manner". ECF No. 147, at 3 (emphasis omitted).

Richman filed one interim application for allowance and payment of fees and expenses in this case, covering April 10, 2024, through August 31, 2024. ECF Nos. 251 & 256. That application was approved on October 28, 2024. ECF No. 286. Since that time,

Richman has filed monthly fee invoices for September, October, and November 2024, each of which have been approved under the Alternative Compensation Procedures. ECF Nos. 258, 276, 301, 328, 341, & 364.

On January 10, 2025, Richman filed a monthly fee invoice for December 2024, requesting approval under the Alternative Compensation Procedures. ECF No. 376. Under the Alternative Compensation Procedures, however, Richman must file an interim fee application covering September 1, 2024, through December 31, 2024. As explained in the order,

> Notwithstanding anything in this order or a court order authorizing payment under these procedures, **R&R must apply to the court for approval of all (non-final) compensation on 120-day periods** pursuant to the rules governing fee applications in the usual manner ("Fee Applications"). For example, if the petition is filed on June 1, this order allows R&R to apply monthly for fees incurred in June, July, and August. **For the fourth month of fees** (in this example, September fees), R&R **must file an application for approval of compensation** pursuant to the rules governing fee applications and must include a request to approve interim fees for June through September.

ECF No. 147, at 3 (second and third emphasis added). Accordingly, the court will not approve December 2024 fees based on the January 10 letter but will await Richman's filing of an interim application for approval of the fees and expenses incurred between September 1 and December 31, 2024.

#####