# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

## STIPULATION FOR EXTENSION OF DEADLINE
## TO RESPOND TO DEBTOR'S OBJECTION TO CLAIM

Computershare Trust Company, N.A. ("Lender"), and debtor Wisconsin & Milwaukee Hotel, LLC ("Debtor"), hereby stipulate to extend Lender's deadline to respond to Debtor's *Objection to Claim and Notice of Opportunity for Hearing* (ECF #377) (the "Claim Objection"), filed in response to Lender's Claim No. 11 (the "Claim"), and request entry of the proposed order submitted herewith.

## RECITALS

A. By Order dated December 20, 2024, the Court set a deadline of February 10, 2025, for Lender's response to Debtor's Claim Objection;

B. Lender and Debtor have had discussions regarding the Claim Objection, and additional information has been shared between the parties;

C. To afford the parties additional time to analyze this newly shared information, to determine whether any compromise of the Claim Objection is possible, and in light of the adjournment of the case management conference to February 20, 2025, Lender and Debtor have agreed to an extension of Lender's deadline to respond to the Claim Objection, to and including February 19, 2025.

53312790

## STIPULATION

In consideration of the foregoing recitals, Lender and Debtor hereby stipulate and agree that Lender's deadline to respond to the Claim Objection is extended to and including February 19, 2025, and the Court may enter the proposed order submitted herewith.

DATED: February 10, 2025

        COMPUTERSHARE TRUST COMPANY, N.A.

        BY: */s/ Frank W. DiCastri*

        Frank W. DiCastri
        Sara C. McNamara
        REINHART BOERNER VAN DEUREN s.c.
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202-3186
        414-298-1000
        fdicastri@reinhartlaw.com
        smcnamara@reinhartlaw.com


        WISCONSIN & MILWAUKEE HOTEL, LLC

        BY: */s/ Eliza M. Reyes*

        Eliza M. Reyes
        RICHMAN & RICHMAN LLC
        122 W. Washington Ave. Suite 850
        Madison, WI 53703
        (608) 630-2164
        ereyes@randrlaw.com

2
53312790

Case 24-21743-gmh    Doc 395    Filed 02/10/25    Page 2 of 2