# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

# JANUARY 2025 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
| --- | --- |
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | January 1, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $25,008.50 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $546.42 |
| Total interim approval requested: | **$25,554.92** |

Dated this 10th day of February 2025.

                                                  **RICHMAN & RICHMAN**
                                                  **Attorneys for the Debtor**

By:   */s/ Michael P. Richman*
        Michael P. Richman
        Claire Ann Richman
        Eliza M. Reyes
        122 W Washington Ave, Suite 850
        Madison, WI 53703
        Tel: (608) 630-899
        Fax: (608) 630-8991
        mrichman@RandR.law
        crichman@RandR.law
        ereyes@RandR.law