So Ordered.

Dated: February 10, 2025



G. Michael Halfenger  
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| In re: | Chapter 11 |
|---|---|
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

## ORDER EXTENDING DEADLINE
## TO RESPOND TO DEBTOR'S OBJECTION TO CLAIM

The cause having come before the Court on the stipulation (the "Stipulation") of Computershare Trust Company, N.A. ("Lender"), and debtor Wisconsin & Milwaukee Hotel, LLC ("Debtor"), by which Lender and Debtor stipulate to extend Lender's deadline to respond to Debtor's *Objection to Claim and Notice of Opportunity for Hearing* (ECF #377) (the "Claim Objection"), filed in response to Lender's Claim No. 11 (the "Claim"), the Stipulation having been timely filed, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved; and

2. Lender's deadline to respond to the Claim Objection is extended to and including February 19, 2025.

#####

53313122