So Ordered.

Dated: February 21, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Wisconsin & Milwaukee Hotel LLC,    Case No. 24-21743-gmh

    Debtor in possession.    Chapter 11

Address:    731 North Jackson Street, Suite 420
    Milwaukee, WI 53202

Employer's Tax Identification No.: 45-2686995

**ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT
AND NOTICE OF THE DEADLINE TO OBJECT TO THE DEBTOR'S REQUEST
FOR AN EXTENSION OF THE DEADLINE UNDER 11 U.S.C. §1121(c)(3)**

**To the debtor, its creditors, and other parties in interest:**

    The debtor filed a disclosure statement and a plan under chapter 11 of the Bankruptcy Code on February 7, 2025. ECF Nos. 392–93.

**IT IS ORDERED** and notice is hereby given, that:

1. The hearing to consider the approval of the disclosure statement will be held on

**April 7, 2025, at 1:30 p.m.** at 517 E. Wisconsin Avenue, Courtroom 133, Milwaukee, Wisconsin.

2. **March 31, 2025**, is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

3. Within three days after entry of this order, the debtor must distribute the disclosure statement and plan in accordance with Fed. R. Bankr. P. 3017(a).

4. On or before **February 26, 2025**, the debtor must serve this order on all parties in interest.

5. Requests for copies of the disclosure statement and plan may be directed to the debtor in possession at the following mailing address:

    Michael P. Richman

    Richman & Richman LLC

    122 W. Washington Ave., Suite 850

    Madison, WI 53703

6. On February 20, 2025, the debtor requested that the court extend the April 8, 2025 deadline under 11 U.S.C. §1121(c)(3) for the debtor to file "a plan that has been accepted . . . by each class of claims or interests that is impaired under the plan". The court will consider the debtor's request to extend the deadline to obtain acceptances of its plan under 11 U.S.C. §1121(c)(3) at the hearing on **April 7, 2025, at 1:30 p.m.** at 517 E. Wisconsin Avenue, Courtroom 133, Milwaukee, Wisconsin. If any party in interest objects to the debtor's request, they must appear at the April 7, 2025 and state their objection on the record.

# # # # #