So Ordered.

Dated: February 21, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | February 20, 2025 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 24-21743-gmh |
| DEBTOR: | Wisconsin & Milwaukee Hotel LLC |
| APPEARANCES: | Michael Richman and Claire Ann Richman, appearing for the debtor |
| | Frank DiCastri and Sara McNamara, appearing for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC |
| | Dillon Ambrose, appearing for the United States trustee |
| | Cornelius Brown and Amy Daleo, appearing for White Lodging Services Corporation |
| HEARING: | 1. Chapter 11 case management conference |
| | 2. Preliminary hearing on White Lodging Services Corporation's motion for relief from the automatic stay; and |
| | 3. White Lodging Services Corporation's motion for authority to pay amounts authorized by the cash collateral order |

| COURTROOM DEPUTY: | Sara Hackbarth |
|---|---|

The court held a hearing the above-referenced matters. A recording of the hearing has been posted to the docket.

**White Lodging Services Corporation's motion for authority to pay amounts authorized by the cash collateral order**

For the reasons stated on the record, the court denied without prejudice White Lodging Services Corporation's motion for authority to pay amounts authorized by the cash collateral order, ECF No. 389.

**Preliminary hearing on White Lodging Services Corporation's motion for relief from the automatic stay**

Based on an agreement of the parties and for the reasons stated on the record, the court ordered that the deadline for the debtor to object to the motion for relief is suspended.

The court scheduled a status hearing on the motion for relief to be held on March 7, 2025, at 11:30 a.m. by telephone. To appear by telephone at the March 7 hearing, parties must call the court conference line at 1-669-254-5252, and enter Meeting ID 161 2029 1132 and Passcode 600430 before the scheduled hearing time.

**Case Management Conference**

Based on a discussion of the record, the court scheduled a hearing on the approval of the disclosure statement to be held on April 7, 2025, at 1:30 p.m. at the United States Courthouse, 517 E. Wisconsin Avenue, Room 133, Milwaukee, Wisconsin. The deadline to object to the disclosure statement is March 31, 2025. The court will enter an order setting the hearing on approval of the disclosure statement. The debtor must serve the order on all parties in interest by no later than February 26, 2025.

The April 8, 2025 status conference on the debtor's objections to claim numbers 15 and 16 of White Lodging Services Corporation is rescheduled to March 7, 2025, at 11:30 a.m. by telephone.

The court scheduled a status conference on the debtor's objection to claim number 11 of Computershare Trust Company, N.A. to be held on March 7, 2025, at 11:30 a.m. by telephone.

#####