IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Wisconsin & Milwaukee Hotel, LLC ) | |
| ) | Case No. 24-21743 |
| *Debtors*. ) | |
| ) | Honorable G. Michael Halfenger |
| ) | |

**NOTICE OF WITHDRAWAL OF WHITE LODGING SERVICES CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ISSUE WARN ACT NOTICES TO EMPLOYEES**

White Lodging Services Corporation hereby withdraws its Motion for Relief From the Automatic Stay to Issue WARN Act Notices to Employees [ECF 402] without prejudice.

**WHITE LODGING SERVICES CORP.**

By: */s/ Amy E Daleo*
One of its Attorneys

Cornelius P. Brown (nbrown@cohonraizes.com)
Amy E Daleo (adaleo@cohonraizes.com)
Cohon Raizes & Regal LLP (90192)
300 S. Wacker Drive, Suite 500
Chicago, IL 60606
Office: (312) 726-2252
Fax: (312) 726-0609

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   Chapter 11

WISCONSIN & MILWAUKEE HOTEL, LLC,   Case No. 24-21743

Debtor.   Honorable G. Michael Halfenger

CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2025, I caused to be filed, with the United States Bankruptcy Court for the Eastern District of Wisconsin, **Notice of Withdrawal of White Lodging Services Corporation's Motion For Relief From The Automatic Stay To Issue Warn Act Notices To Employees** (the "Notice"), using the Court's CM/ECF electronic filing system which caused the Notice to be sent to all parties in this case receiving electronic notice. Further, I certify that on February 24, 2025, at the offices of Cohon Raizes & Regal LLP, 300 S. Wacker Drive, Ste. 500, Chicago, IL 60606, I caused the Notice to be served upon the individuals and entities shown on the attached service list via first class U.S. Mail, Postage prepaid.

Dated: February 24, 2025

      **WHITE LODGING SERVICES CORPORATION**

      By: */s/ Amy E Daleo*
           One of its Attorneys

      Cornelius P. Brown (nbrown@cohonraizes.com)
      Amy E Daleo (adaleo@cohonraizes.com)
      Cohon Raizes & Regal LLP
      300 S. Wacker Drive, Suite 500
      Chicago, IL 60606
      Office: (312) 726-2252
      Fax: (312) 726-0609

**SERVICE LIST:**

Wisconsin & Milwaukee Hotel LLC
731 North Jackson Street, Suite 420
Milwaukee, WI 53202

Office of the United States Trustee
517 E. Wisconsin Ave. Room 430
Milwaukee WI, 53202

Attorney Michael P. Richman
Richman & Richman LLC
122 W. Washington Ave., Suite 850
Madison, WI 53703

Frank W. DiCastri
Sara C. McNamara
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Cintas
N56 W13605 Silver Spring Drive
Menomonee Falls, WI 53051

City of Milwaukee
Office of the City Treasurer Customer Services Division
PO Box 514062
Milwaukee, WI 53203-3462

Courtesy Products, Inc.
10840 Linpage Place
Saint Louis, MO 63132

CVENT
PO Box 822699
Philadelphia, PA 19182-2699

Deluxe Branded Marketing
PO Box 645633
Cincinnati, OH 45264-5633

Fitzgerald Consultancy
44 East Mifflin Street
Suite 305
Madison, WI 53703

Fortune Fish Company
Lockbox 235263
Chicago, IL 60689-5263

Guest Tek Interactive
1060 Lake Susan Drive
Chanhassen, MN 55317

J.M. Brennan Inc.
2101 W. St. Paul Avenue
Milwaukee, WI 53233

JLL
200 East Randolph Drive
43 Floor Chicago, IL 60601

Marriott International, Inc.
7750 Wisconsin Avenue
Bethesda, MD 20814

Milwaukee World Festival
BIN 88485
639 E. Summerrfest Place
Milwaukee, WI 53202

Testa Produce, Inc.
O2nd Dept 2105
PO Box 5905
Carol Stream, IL 60197-5905

Town Bank
9801 W. Higgins Road
Des Plaines, IL 60018

Towne Park LLC
PO Box 79349
Baltimore, MD 21279-0349

US Foodservice Inc.
W137N9245 WI-45
Menomonee Falls, WI 53051

Vistar Corporation
16639 Gale Way Avenue
Hacienda Heights, CA 91745

Wisconsin & Milwaukee Hotel Funding, LLC
311 E. Chicago Street
Suite 510
Milwaukee, WI 53202

Wisconsin Housing & Economic Development
Authority (WHEDA)
611 W. National Avenue
Milwaukee, WI 53204

Wolf's Dry Cleaners
1354 N. Seventh Street
Milwaukee, WI 53205