UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | Chapter 11 |
|---|---|
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

**STIPULATION REGARDING DEBTOR'S OBJECTION TO CLAIM
OF COMPUTERSHARE TRUST COMPANY, N.A.**

Computershare Trust Company, N.A. ("Lender"), and debtor Wisconsin & Milwaukee Hotel, LLC ("Debtor"), submit this stipulation regarding Debtor's *Objection to Claim and Notice of Opportunity for Hearing* (ECF #377) (the "Claim Objection"), filed in response to Lender's Claim No. 11 (the "Claim"), and request entry of the proposed order submitted herewith.

**RECITALS**

A. The Claim Objection includes multiple objections to the Claim, itemized by Debtor as follows, with objection numbers used for ease of reference:

|  | **CTC Claim 11** | **Debtor's Response** | **Objection #** |
|---|---|---|---|
| Note A Principal | $35,727,593.94 | $35,676,042.06 per CTC accounting to Debtor | 1 |
| Note A Late Payment Fee | $1,782,988.37 | Not permitted | 2 |
| Note B Principal | $2,447,428.81 | $2,444,942.01 per CTC accounting to Debtor | 3 |
| Note B Late Payment Fee | $122,195.21 | Not permitted | 4 |
| Note C Principal | $8,113,380.49 | $8,105,136.57 per CTC accounting to Debtor | 5 |
| Note C Late Payment Fee | $405,084.81 | Not permitted | 6 |
| Trustee Fees | $7,500 | Amount not substantiated | 7 |

53434908

B. Lender and Debtor wish to resolve Objection Nos. 1, 3, 5, and 7 (collectively, the "Accounting Objections") without further delay or litigation expense.

C. Lender and Debtor wish to brief the legal issues presented by Objection Nos. 2, 4, and 6 (collectively, the "Late Fee Objections") pursuant to a mutually agreeable briefing schedule.

D. Lender and Debtor wish to adjourn resolution of Debtor's objection to the secured amount of Lender's Claim (*see* Claim Objection, ¶¶ 6-8) to the confirmation hearing in this case.

## STIPULATION

In consideration of the foregoing recitals, Lender and Debtor hereby stipulate and agree as follows, and the Court may enter the proposed order submitted herewith:

1. All of the Accounting Objections are fully and finally resolved by reducing the Claim by the amount of $35,000 in the aggregate.

2. The parties shall brief the Late Fee Objections in accordance with the following schedule: Debtor's brief in support due April 4, 2025; Lender's brief in opposition due April 18, 2025; any reply from Debtor due April 25, 2025.

3. Debtor's objection to the secured amount of Lender's Claim (*see* Claim Objection, ¶¶ 6-8) shall be adjourned to and adjudicated at the confirmation hearing in this case.

DATED: March 6, 2025

| COMPUTERSHARE TRUST CO., N.A. | WISCONSIN & MILWAUKEE HOTEL, LLC |
|---|---|
| BY: */s/ Frank W. DiCastri* <br> Frank W. DiCastri <br> REINHART BOERNER VAN DEUREN s.c. <br> 1000 North Water Street, Suite 1700 <br> Milwaukee, WI 53202-3186 <br> 414-298-1000 <br> fdicastri@reinhartlaw.com | BY: */s/ Claire Ann Richman* <br> Claire Ann Richman <br> RICHMAN & RICHMAN LLC <br> 122 W. Washington Ave. Suite 850 <br> Madison, WI 53703 <br> (608) 630-8992 <br> crichman@randrlaw.com |