UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

WISCONSIN & MILWAUKEE HOTEL, LLC,　　　　　Case No. 24-21743

　　　　　Debtor.　　　　　　　　　　　　　　　　　Honorable G. Michael Halfenger

**ORDER APPROVING STIPULATION REGARDING DEBTOR'S OBJECTION
TO CLAIM OF COMPUTERSHARE TRUST COMPANY, N.A.
AND SETTING BRIEFING SCHEDULE**

　　　The cause having come before the Court on the stipulation (the "Stipulation") of Computershare Trust Company, N.A. ("Lender"), and debtor Wisconsin & Milwaukee Hotel, LLC ("Debtor"), by which Lender and Debtor stipulate to resolve in part Debtor's *Objection to Claim and Notice of Opportunity for Hearing* (ECF #377) (the "Claim Objection"), filed in response to Lender's Claim No. 11 (the "Claim"), and to set a briefing schedule on matters to be decided by the Court, IT IS HEREBY ORDERED THAT:

　　　1.　　The Stipulation is approved;

　　　2.　　The Claim shall be reduced by the amount of $35,000 in the aggregate as a full and final resolution of Debtor's Accounting Objections (as defined in the Stipulation);

3.     Debtor shall file its opening brief in support of its Late Fee Objections (as defined in the Stipulation) on or before April 4, 2025, Lender shall file its response brief on or before April 18, 2025, and Debtor shall file any reply on or before April 25, 2025; and

4.     Debtor's objection to the secured amount of Lender's Claim (*see* Claim Objection, ¶¶ 6-8) shall be adjourned to and adjudicated at the confirmation hearing in this case.

#####