So Ordered.

Dated: March 10, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
<u>Court Minutes and Order</u>

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | March 7, 2025 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 24-21743-gmh |
| DEBTOR: | Wisconsin & Milwaukee Hotel LLC |
| APPEARANCES: | Michael Richman, appearing for the debtor |
| | Dillon Ambrose, appearing for the United States trustee |
| | Frank DiCastri and Sara McNamara, appearing for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC |
| | Amy Daleo, appearing for White Lodging Services Corporation |
| HEARING: | Status hearing on: |
| | 1. The debtor's objection to claim number 11 filed by Computershare Trust Company, N.A.; and |
| | 2. The debtor's objection to claim numbers 15 and 16 filed by White Lodging Services Corporation |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a status hearing on the debtor's objection to claim number 11 filed by Computershare Trust Company, N.A., and the debtor's objection to claim numbers 15

and 16 filed by White Lodging Services Corporation. A recording of the hearing has been posted to the docket.

Computershare Trust Company and the debtor filed a stipulation on March 6, 2025, agreeing to a schedule to resolve the debtor's claim objection. The court entered an order approving that stipulation on March 6, 2025, and the claim objection litigation will be managed by the March 6, 2025 order.

With respect to the debtor's objection to claim numbers 15 and 16, the debtor requested that the court reset the deadline for filing dispositive motions. Based on a discussion with counsel for the debtor and White Lodging, the court modifies the deadline for filing dispositive motions set by the December 20, 2024 minute order as follows:

1. The deadline to file dispositive motions and supporting memoranda, declarations, and other materials is **April 21, 2025**. A response to a dispositive motion and all supporting declarations and materials must be filed no later than **May 12, 2025**. The debtor's reply must be filed no later than **May 23, 2025**.

Based on a discussion with counsel for the debtor and White Lodging, the court extended the deadline for parties to object to White Lodging's motion for allowance and payment of administrative expense claims to **March 25, 2025.**

# # # # #