# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## FEBRUARY 2025 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| | |
|---|---|
| Applicant: | Richman & Richman LLC |
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | February 1, 2025 through February 28, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $53,061.00 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $0 |
| Total interim approval requested: | **$53,061.00** |

Dated this 10th day of March 2025.

                          **RICHMAN & RICHMAN**
                          **Attorneys for the Debtor**

By: */s/ Eliza M. Reyes*
     Michael P. Richman
     Claire Ann Richman
     Eliza M. Reyes
     122 W Washington Ave, Suite 850
     Madison, WI 53703
     Tel: (608) 630-899
     Fax: (608) 630-8991
     mrichman@RandR.law
     crichman@RandR.law
     ereyes@RandR.law

# Richman & Richman LLC

**INVOICE**

122 W Washington Ave, Suite 850
Madison, WI 53703-2732

Invoice # 1340
Date: 03/10/2025
Due On: 04/09/2025

Wisconsin & Milwaukee Hotel LLC
c/o Jackson Street Management LLC
Attn: Mr. Edward G. Carow
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 02/01/2025 | 1105 - Plan & Disclosures: Work on plan and disclosure statement | MPR | 2.80 | $795.00 | $2,226.00 |
| Service | 02/02/2025 | 1105 - Plan & Disclosures: Further work on plan and disclosure statement (2.6); prep of detailed email to client team re summary of key points in plan and disclosure statement (.5) | MPR | 3.10 | $795.00 | $2,464.50 |
| Service | 02/02/2025 | 1104 - DIP Financing / Cash Collateral: Review White Lodging motion for authority to use cash collateral to pay bonuses | MPR | 0.30 | $795.00 | $238.50 |
| Service | 02/03/2025 | 1105 - Plan & Disclosures: Prepare ballot form for accepting or rejecting to Chapter 11 plan | DTF | 0.30 | $250.00 | $75.00 |
| Service | 02/03/2025 | 1105 - Plan & Disclosures: T/conf w/ M. Flaherty re WL issues and disclosure statement (.2); followup email w/J. Cordova, M. Flaherty, R. Erkert, E. Carow and D. Friedland (.2) | MPR | 0.40 | $795.00 | $318.00 |
| Service | 02/03/2025 | 1104 - DIP Financing / Cash Collateral: t/conf w/F. DiCastri re WL motion and budget matters | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/03/2025 | 1105 - Plan & Disclosures: Continue working on Debtor's Disclosure Statement and Plan, including addressing treatment of real property taxes. | EMR | 0.30 | $495.00 | $148.50 |
| Service | 02/04/2025 | 1104 - DIP Financing / Cash | DJC | 1.20 | $225.00 | $270.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Collateral: Review case file<br>Research standing issues<br>Prepare basic template for objection to motion | | | | |
| Service | 02/04/2025 | 1105 - Plan & Disclosures: Zoom client meeting re plan and disclosure statement (.4); followup mtg/emails w/ E. Reyes and D. Friedland (.1) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 02/04/2025 | 1105 - Plan & Disclosures: Phone conference with Deborah Friedland regarding financial information for proposed Plan and Disclosure Statement (.4); phone conference with Bill Pedersen regarding preparation of preference analysis for proposed Plan and Disclosure Statement (.4). | EMR | 0.80 | $495.00 | $396.00 |
| Service | 02/05/2025 | 1104 - DIP Financing / Cash Collateral: Research Standing to Move to Use Cash Collateral<br>Draft Objection Template | DJC | 1.10 | $225.00 | $247.50 |
| Service | 02/05/2025 | 1105 - Plan & Disclosures: Prepare ballot forms for accepting or rejecting to Chapter 11 plan to include Class 1 secured creditor Computershare | DTF | 0.50 | $250.00 | $125.00 |
| Service | 02/05/2025 | 1104 - DIP Financing / Cash Collateral: Research standing issues | DJC | 0.90 | $225.00 | $202.50 |
| Service | 02/05/2025 | 1105 - Plan & Disclosures: Further work on plan and disclosure statement | MPR | 4.40 | $795.00 | $3,498.00 |
| Service | 02/05/2025 | 1105 - Plan & Disclosures: Several emails and phone calls, and review of financial information from, EA Group Professionals for inclusion in proposed Plan and Disclosure Statement. | EMR | 1.50 | $495.00 | $742.50 |
| Service | 02/05/2025 | 1108 - Employment, Billing & Compensation: Phone conference and email exchange with Jordan Vorlob at Sikich LLC to obtain detailed invoice for services billed hourly for fee application. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 02/05/2025 | 1105 - Plan & Disclosures: Continue working on proposed Plan and Disclosure Statement, including review of financial information provided by EA Group Professionals for exhibits for Plan (1.5); several | EMR | 3.80 | $495.00 | $1,881.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | phone conferences and email exchanges with EA Group Professionals regarding financial information (.5); preparing revisions to Exhibit C - Allowed POC Chart (.8); preparing revisions to Exhibit D - Preference Analysis (.2); and preparing and revising sample ballots (.8) | | | | |
| Service | 02/06/2025 | 1105 - Plan & Disclosures: Further revise and update Class 1 ballot to accept or reject Plan for Computershare and draft ballots for additional classes | DTF | 0.50 | $250.00 | $125.00 |
| Service | 02/06/2025 | 1104 - DIP Financing / Cash Collateral: Research cash collateral budget issues; Research cash collateral disclosure requirement; Draft objection to White Lodging's Motion to Use Cash Collateral | DJC | 2.80 | $225.00 | $630.00 |
| Service | 02/06/2025 | 1104 - DIP Financing / Cash Collateral: Continue drafting Objection to White Lodging's Motion to Use Cash Collateral | DJC | 4.10 | $225.00 | $922.50 |
| Service | 02/06/2025 | 1110 - Claim Management Issues: Review the Claim 11 Chart | JOO | 0.60 | $195.00 | $117.00 |
| Service | 02/06/2025 | 1105 - Plan & Disclosures: Further work on disclosure statement (3.0); Email to R. Bader re plan qs and to E. Reyes re ballots (.2); zoom mtg w/D. Friedland, W. Peterson, J. Cordova re various plan questions/issues (.2);work on edits to contract sections of disclosure statement and plan (.2); further revisions to claim amounts and disclosures (1.0) | MPR | 4.60 | $795.00 | $3,657.00 |
| Service | 02/06/2025 | 1106 - Misc Motions & Court Hearings: Review draft obj to WL motion for bonus payments | MPR | 0.10 | $795.00 | $79.50 |
| Service | 02/06/2025 | 1110 - Claim Management Issues: review claims info and objs w/CAR (.2); mtg w/CAR re Computershare claim issues (.2); | MPR | 0.40 | $795.00 | $318.00 |
| Service | 02/06/2025 | 1105 - Plan & Disclosures: review and revise potions of disclosure statement and plan regarding Computershare and White Lodging, consistent with claim objections | CAR | 1.20 | $625.00 | $750.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 02/06/2025 | 1110 - Claim Management Issues: review loan documents provided by lender (1.3); prepare email to Attorney F DiCastri regarding position on objection to claim (.5) | CAR | 1.80 | $625.00 | $1,125.00 |
| Service | 02/06/2025 | 1105 - Plan & Disclosures: Continue working on plan and disclosure statement including review of information on contracts to assume or assign and cure amounts (.8); preparing revisions to claims spreadsheet as exhibit to (.8); and preparing revisions to disclosure statement and plan (1.6). | EMR | 3.20 | $495.00 | $1,584.00 |
| Service | 02/07/2025 | 1105 - Plan & Disclosures: Further revise and finalize class ballots to accept or reject Plan (.3); review, modify and finalize exhibits for filing of Disclosure Statement and Chapter 11 plan (1.3) | DTF | 1.60 | $250.00 | $400.00 |
| Service | 02/07/2025 | 1105 - Plan & Disclosures: Final detailed reviews/edits of plan and disclosure statement | MPR | 4.60 | $795.00 | $3,657.00 |
| Service | 02/07/2025 | 1110 - Claim Management Issues: review and respond to email from Attorney F DiCastri regarding extension for response to claim objection | CAR | 0.10 | $625.00 | $62.50 |
| Service | 02/07/2025 | 1105 - Plan & Disclosures: Prepare final revisions to proposed Plan and Disclosure Statement and exhibits to same to prepare for filing. | EMR | 4.00 | $495.00 | $1,980.00 |
| Service | 02/09/2025 | 1105 - Plan & Disclosures: prep of email to M. Driscoll, Marriott counsel, re plan and DS filings | MPR | 0.10 | $795.00 | $79.50 |
| Service | 02/09/2025 | 1110 - Claim Management Issues: Review A. Daleo letter re alleged discovery insufficiencies and prep of response | MPR | 0.90 | $795.00 | $715.50 |
| Service | 02/10/2025 | 1110 - Claim Management Issues: Review proofs of claim of White Lodging and Marriott to determine overlap of amounts claimed for franchise fees (.2); review discovery responses of White Lodging with document production to assess White Lodging's spreadsheet calculations of amounts claimed and for supplementing debtor's discovery | DTF | 0.60 | $250.00 | $150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | responses (.4) | | | | |
| Service | 02/10/2025 | 1104 - DIP Financing / Cash Collateral: Prepare revisions to drafting Objection to White Lodging's Motion | DJC | 2.70 | $225.00 | $607.50 |
| Service | 02/10/2025 | 1108 - Employment, Billing & Compensation: Review January 2024 R&R invoice, and draft and finalize R&R fee statement for January 2025 (.4); begin review of R&R invoices from September through December 2024 and prepare spreadsheet by category of costs, in support of second interim fee application (1.7) | DTF | 2.10 | $250.00 | $525.00 |
| Service | 02/10/2025 | 1110 - Claim Management Issues: Work on response to Daleo letter re discovery in connection with obj to WL claims, including review of prior discovery responses of WL (1.8); emails w/D. Friedland and J. Cordova re WL discovery and claims calculations (.2) | MPR | 2.00 | $795.00 | $1,590.00 |
| Service | 02/10/2025 | 1104 - DIP Financing / Cash Collateral: work on objection to WL motion for cash collateral to pay bonuses | MPR | 1.10 | $795.00 | $874.50 |
| Service | 02/10/2025 | 1110 - Claim Management Issues: Review and approve proposed Stipulation with Computershare to extend Computershare's deadline to respond to Debtor's objection to its claim (.2); prepare email to counsel for Computershare advising of same (.1). | EMR | 0.30 | $495.00 | $148.50 |
| Service | 02/10/2025 | 1108 - Employment, Billing & Compensation: Review and finalize January billing statements for submission for payment pursuant to Alternative Interim Compensation Procedures. | EMR | 0.70 | $495.00 | $346.50 |
| Service | 02/11/2025 | 1104 - DIP Financing / Cash Collateral: Prepare further revisions to Objection to White Lodging's Motion | DJC | 2.90 | $225.00 | $652.50 |
| Service | 02/11/2025 | 1104 - DIP Financing / Cash Collateral: Research for objection to motion | DJC | 0.60 | $225.00 | $135.00 |
| Service | 02/11/2025 | 1108 - Employment, Billing & Compensation: | DTF | 2.40 | $250.00 | $600.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Continue review of R&R invoices from September through December 2024 and prepare spreadsheet by category of costs, and begin drafting second interim fee application | | | | |
| Service | 02/11/2025 | 1112 - Debtor Meetings & Communications: client team zoom mtg on status/strategy | MPR | 0.60 | $795.00 | $477.00 |
| Service | 02/12/2025 | 1104 - DIP Financing / Cash Collateral: Conduct additional research for basis for Objection to White Lodging's Motion | DJC | 2.30 | $225.00 | $517.50 |
| Service | 02/12/2025 | 1104 - DIP Financing / Cash Collateral: Continue conducting additional research for Objection to White Lodging's Motion | DJC | 1.60 | $225.00 | $360.00 |
| Service | 02/12/2025 | 1110 - Claim Management Issues: Prepare preliminary drafts of supplemental responses to White Lodging's interrogatories and requests for production re: claim objections | DTF | 0.50 | $250.00 | $125.00 |
| Service | 02/12/2025 | 1104 - DIP Financing / Cash Collateral: Work on obj to WL motion for cash collateral to pay bonuses, and related emails to F. DiCastri and M. Flaherty re same | MPR | 1.40 | $795.00 | $1,113.00 |
| Service | 02/12/2025 | 1110 - Claim Management Issues: emails w/A. Daleo re WL discovery and claim issues, and related t/conf w/M. Flaherty and J. Cordova | MPR | 0.40 | $795.00 | $318.00 |
| Service | 02/12/2025 | 1108 - Employment, Billing & Compensation: Prepare email to Jennifer Cordova and Deborah Friedland advising of status of filing fee applications for certain estate professionals. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 02/13/2025 | 1104 - DIP Financing / Cash Collateral: Continue research for Objection to White Lodging's Motion | DJC | 1.00 | $225.00 | $225.00 |
| Service | 02/13/2025 | 1110 - Claim Management Issues: Further revise and update draft supplemental responses to White Lodging's discovery requests re: claim objections | DTF | 1.10 | $250.00 | $275.00 |
| Service | 02/13/2025 | 1108 - Employment, Billing & Compensation: Continue drafting | DTF | 3.50 | $250.00 | $875.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | second interim fee application of Richman & Richman and preparation of exhibits | | | | |
| Service | 02/13/2025 | 1110 - Claim Management Issues: T/conf w/A. Daleo re discovery issues | MPR | 0.10 | $795.00 | $79.50 |
| Service | 02/13/2025 | 1104 - DIP Financing / Cash Collateral: review/edit obj to WL bonus motion | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/14/2025 | 1108 - Employment, Billing & Compensation: Continue preparing draft of R&R second interim fee application and preparation of all exhibits. | DTF | 2.80 | $250.00 | $700.00 |
| Service | 02/14/2025 | 1104 - DIP Financing / Cash Collateral: Review J. Halfenger order on WL bonus motion and related emails | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/14/2025 | 1106 - Misc Motions & Court Hearings: Review White Lodging's Motion for Relief from Stay to Provide WARN Act Notices to Hotel Employees (.4); prepare email to MPR and CAR forwarding same for their review and information (.1); review federal and WI WARN Act Notice requirements (.4). | EMR | 0.90 | $495.00 | $445.50 |
| Service | 02/14/2025 | 1108 - Employment, Billing & Compensation: Continue preparing First Interim Fee Applications of Sikich LLC and ICAP Development LLC (.8); prepare email to MPR and Jennifer Maldonado forwarding same for review (.1). | EMR | 0.90 | $495.00 | $445.50 |
| Service | 02/15/2025 | 1110 - Claim Management Issues: review WL Warn Act motion, court order re same, prep of email summary of court orders and related status for client team (.8); review Wisconsin WARN Act statute applicability (.2) | MPR | 1.00 | $795.00 | $795.00 |
| Service | 02/15/2025 | 1104 - DIP Financing / Cash Collateral: review Jan – June draft budget/fees etc for cash collateral; related email to D. Friedland and W. Petersen | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/15/2025 | 1106 - Misc Motions & Court Hearings: Conduct email exchange with MPR regarding provisions of | EMR | 0.40 | $495.00 | $198.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | federal and Wisconsin WARN Act. | | | | |
| Service | 02/17/2025 | 1108 - Employment, Billing & Compensation: Revise and update R&R second interim fee application and preparation of all exhibits. | DTF | 1.80 | $250.00 | $450.00 |
| Service | 02/17/2025 | 1108 - Employment, Billing & Compensation: Prepare draft second supplemental declaration of MPR in support of app to employ R&R re: billing rate increases | DTF | 0.70 | $250.00 | $175.00 |
| Service | 02/17/2025 | 1108 - Employment, Billing & Compensation: Review and prepare revisions to Richman & Richman's Second Interim Fee Application (.8); review and revise 2nd Supplemental Declaration of MPR in Support of Application to Employ to inform of R&R rate change (.2). | EMR | 1.00 | $495.00 | $495.00 |
| Service | 02/18/2025 | 1108 - Employment, Billing & Compensation: Revise and finalize draft second supplemental declaration in support of app to employ R&R as to increasing billing rates (.3); review draft second interim R&R fee application for additional revisions and edits per prior monthly invoices (.4) | DTF | 0.60 | $250.00 | $150.00 |
| Service | 02/18/2025 | 1108 - Employment, Billing & Compensation: review and advise change to declaration of Richman & Richman employment application (.2); review and revise 2nd Application Fee Application for filing with Court (.4) | CAR | 0.60 | $625.00 | $375.00 |
| Service | 02/18/2025 | 1108 - Employment, Billing & Compensation: Update Fee App re: LWHA fee application at flat rate. | KKH | 0.40 | $225.00 | $90.00 |
| Service | 02/18/2025 | 1110 - Claim Management Issues: Emails re WARN act issues w/A. Daleo and client team | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/18/2025 | 1106 - Misc Motions & Court Hearings: Continue conducting legal research on WARN Act to address White Lodging's pending Motion for Relief from Stay. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 02/19/2025 | 1108 - Employment, Billing & Compensation: Revise, finalize and file second interim fee application of R&R with exhibits and notice to | DTF | 1.80 | $250.00 | $450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | creditors | | | | |
| Service | 02/19/2025 | 1106 - Misc Motions & Court Hearings: Emails w/client team re WARN act issues and potential resolution (.1); review WL reply on bonus motion issues and prep of email to client team re same (.2) | MPR | 0.30 | $795.00 | $238.50 |
| Service | 02/20/2025 | 1110 - Claim Management Issues: T/conf w/F. DiCastri re WL bonus motion reply and position on WL claims objection (.3); review bonus issue notes from EA and J. Cordova and prep of email re same (.2) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 02/20/2025 | 1106 - Misc Motions & Court Hearings: court telephonic status conference on plan and DS and claims litigation (1.0); review DiCastri email on scheduling and prep of reply (.1) | MPR | 1.10 | $795.00 | $874.50 |
| Service | 02/20/2025 | 1112 - Debtor Meetings & Communications: t/conf w/M. Flaherty re mtg w/WL (.2); client team zoom re status/strategy and results of court hearing (.3) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 02/20/2025 | 1108 - Employment, Billing & Compensation: Review and finalize Second Interim Fee Application of EA Group and Notice of same. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 02/20/2025 | 1108 - Employment, Billing & Compensation: Prepare email to Jordan Vorlob at Sikich LLC sending First Interim Fee Application for his final review and signature. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 02/20/2025 | 1108 - Employment, Billing & Compensation: Prepare email to Shaun Geracie at ICAP Development sending First Interim Fee Application for his final review and signature. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 02/21/2025 | 1108 - Employment, Billing & Compensation: Finalize and file second interim fee application of EA Group with invoices exhibit and notice for filing (.7); finalize and file first interim fee application of ICAP with invoices exhibit and notice for filing (.6); finalize and file first interim fee application of Sikich with invoices exhibit and notice for filing (.6) | DTF | 1.90 | $250.00 | $475.00 |

| Service | 02/21/2025 | 1102 - Case Administration / US Trustee: Finalize monthly operating report with supporting documentation for filing (.3); email exchange with client and EA Group re: MOR filing (.1) | DTF | 0.40 | $250.00 | $100.00 |
|---------|------------|---|-----|------|---------|---------|
| Service | 02/21/2025 | 1112 - Debtor Meetings & Communications: Prep of email report to client team on 2/20 court hearing and related call w/M. Flaherty (.3); prep of report to client team re WL dispute on bonuses and WARN Act (.1) | MPR | 0.40 | $795.00 | $318.00 |
| Service | 02/21/2025 | 1110 - Claim Management Issues: t/conf w/N. Brown re WL position on bonuses and WARN act notices (.2); prep of email to F. DiCastri re same (.3); prep of cease and desist email to N. Brown re threatened communications on WARN act and bonuses (.7;); review N. Brown reply to cease and desist email, and prep of response to same (.3) | MPR | 1.50 | $795.00 | $1,192.50 |
| Service | 02/21/2025 | 1108 - Employment, Billing & Compensation: Finalize first interim applications for ICAP Development and Sikich LLC, including final review of invoices for both firms (.2); and prepare final revisions to application of Sikich LLC (.2). | EMR | 0.40 | $495.00 | $198.00 |
| Service | 02/24/2025 | 1110 - Claim Management Issues: Confer with MPR and prepare documents for review in support of analysis re: White Lodging discovery and claim objections ongoing litigation | DTF | 0.20 | $250.00 | $50.00 |
| Service | 02/24/2025 | 1112 - Debtor Meetings & Communications: T/conf w/R. Erkert re status/strategy (.2); teams mtg w/ D. Friedland and W. Pederson re mgmt. co. rfp and Marriott franchise agreement issues (.2); | MPR | 0.40 | $795.00 | $318.00 |
| Service | 02/24/2025 | 1104 - DIP Financing / Cash Collateral: prep of email to F. DiCastri re budget matters, and related email to client team | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/24/2025 | 1110 - Claim Management Issues: work on supp discovery to White Lodging | MPR | 1.20 | $795.00 | $954.00 |
| Service | 02/24/2025 | 1102 - Case Administration / US | MPR | 0.10 | $795.00 | $79.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Trustee: review Court order of 2/21, following 2/20 status conf | | | | |
| Service | 02/24/2025 | 1105 - Plan & Disclosures: review client team responses to DS questions from V. Morelli (UST) via 2/12 email; and prep of reply to Morelli (.2) | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/25/2025 | 1110 - Claim Management Issues: Review, update, and finalize supplemental responses to White Lodging's discovery requests re: claim objections. | DTF | 0.30 | $250.00 | $75.00 |
| Service | 02/25/2025 | 1110 - Claim Management Issues: Finalize supp interrog responses to WL and prep of email to A. Daleo re same | MPR | 0.30 | $795.00 | $238.50 |
| Service | 02/26/2025 | 1110 - Claim Management Issues: Zoom mtg w/D. Friedland, W. Petersen re expert report for WL claims objections | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/27/2025 | 1112 - Debtor Meetings & Communications: Zoom mtg w/client team on status/strategy | MPR | 0.20 | $795.00 | $159.00 |
| Service | 02/28/2025 | 1110 - Claim Management Issues: review draft report by D. Friedland on White Lodging claims valuation issues (.5); finalize filing details and transmittal service email (.1) | MPR | 0.60 | $795.00 | $477.00 |
| Service | 02/28/2025 | 1105 - Plan & Disclosures: preliminary review of Lenders' appraisal and prep of email to client team re same | MPR | 0.20 | $795.00 | $159.00 |
| | | | | **Quantity Subtotal** | | **107.2** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Eliza Reyes | Associate | 20.0 | $495.00 | $9,900.00 |
| Claire Richman | Partner | 3.7 | $625.00 | $2,312.50 |
| Michael Richman | Partner | 37.7 | $795.00 | $29,971.50 |
| Dian Cai | Law Clerk | 21.2 | $225.00 | $4,770.00 |
| David Fowle | Paralegal | 23.6 | $250.00 | $5,900.00 |
| Kiranpreet Hayer | Paralegal | 0.4 | $225.00 | $90.00 |

| Jude Odibeli | Law Clerk | 0.6 | $195.00 | $117.00 |
|---|---|---|---|---|
| | | | **Quantity Total** | **107.2** |
| | | | **Subtotal** | **$53,061.00** |
| | | | **Total** | **$53,061.00** |

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:** Mail to 122 W. Washington Ave., Suite 850, Madison, WI  53703-2732
**Credit Card Payments:** Via CLIOPay at www.RandR.law (or attached link)
**Wire Instructions:** Account Name:  Richman & Richman LLC (General Checking)
Account Address:  122 W. Washington Ave., Suite 850, Madison, WI  53703-2732
Bank Name and Address:  BMO Harris Bank
ABA: 071025661  SWIFT Code HATRUS44   Acct No.  4838178298