UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,   Case No. 24-21743-gmh
                                    Chapter 11
   Debtor.

## ORDER

Debtor Wisconsin & Milwaukee Hotel LLC objected to claim numbers 15 and 16 filed by White Lodging Services Corporation. ECF Nos. 267-68. White Lodging disputes the debtor's claim objections and on December 20, 2024, the court entered a scheduling order to adjudicate the claim objections, including setting deadlines for the completion of discovery and disclosure of expert reports. ECF No. 357.

On March 10, 2025, White Lodging Services Corporation filed a motion requesting that the court compel the debtor to produce documents in response to White Lodging's December 12, 2024 document requests, extend the discovery deadline and deadlines related to the disclosure of experts, and award White Lodging attorney's fees pursuant to Federal Rule of Civil Procedure 37(a)(5) (incorporated into this contested matter by Fed. R. Bankr. P. 7037 & 9014(c)). ECF No. 440.

Based on the court's review of the motion, IT IS HEREBY ORDERED AS FOLLOWS:

1. The debtor must file a response to the motion by **March 17, 2025**.
2. White Lodging must file any reply in support of the motion by **March 21, 2025**.

3. If the parties are unable to resolve the motion, then counsel for the debtor and White Lodging are ordered to meet and confer on **March 25, 2025, at 3:30 p.m.** in the court's conference room located at the U.S. Federal Courthouse-Milwaukee, 517 East Wisconsin Avenue, Courtroom 133, Milwaukee, Wisconsin. If the parties are still unable to resolve the motion, then the court will hold a hearing on the motion on **March 25, 2025, at 4:00 p.m.** The court will hear evidence at the hearing if necessary to resolve any disputed issue, e.g, the burdensomeness of the requested production.

March 11, 2025

G. Michael Halfenger
Chief United States Bankruptcy Judge