# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## ORDER APPROVING SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY PROFESSIONAL: EISNER ADVISORY GROUP LLC FINANCIAL ADVISOR FOR DEBTOR

This matter having come before the Court on Eisner Advisory Group LLC's Second Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC Financial Advisor for Debtor, filed on February 21, 2025 (the "**Second Interim Application**") [Doc 418], seeking allowance of compensation for the period of October 1, 2024 through January 31, 2025 ("**Fee Period**"), pursuant to

Drafted by:
Eliza M. Reyes
Richman & Richman LLC
122 W. Washington Ave., Ste 850
Madison, WI 53703
Tel: (608) 630-8990; Fax: (608) 630-8991
ereyes@randr.law

11 U.S.C. §§ 328, 330, 331, 503(b)(1) and (2), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016 of the United States Bankruptcy Court for the Eastern District of Wisconsin, in the amount of $131,919.08 representing $130,575.00 in professional fees, plus $1,344.08 in reasonable and necessary costs, on an interim basis; that notice of the Second Interim Application was given to all required parties and otherwise sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service on file herein [Doc 427]; no objections or requests for hearing on the Second Interim Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Second Interim Application shall be and is hereby Approved;
2. Eisner Advisory Group LLC is hereby awarded interim compensation for all fees and costs requested in the Second Interim Application for the period of October 1, 2024 through January 31, 2025, pursuant to the provisions of 11 U.S.C. §§ 328, 330 and 331, in the amount of $131,919.08 representing $130,575.00 in professional fees, plus $1,344.08 in reasonable and necessary costs, and is allowed as an administrative priority claim pursuant to 11 U.S.C. § 503(b);
3. Wisconsin & Milwaukee Hotel LLC is authorized to pay to Eisner Advisory Group LLC the amount of $131,919.08 representing $130,575.00 in professional fees, plus $1,344.08 in reasonable and necessary costs, forthwith;
4. Until final approval of fees and expenses, any payment to Eisner Advisory Group LLC shall remain subject to recoupment and disgorgement; and
5. This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

#####