UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF SIKICH LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS TO THE DEBTOR**

This matter having come before the Court on Sikich LLC's First Interim Fee Application of Sikich LLC for Allowance of Compensation and Reimbursement of Expenses as Accountants to the Debtor, filed on February 21, 2025 (the "**Interim Application**") [Doc 422], seeking allowance of compensation for the period of September 20, 2024 through January 9, 2025 ("**Fee Period**"), pursuant to 11 U.S.C.

Drafted by:
Eliza M. Reyes
Richman & Richman LLC
122 W. Washington Ave., Ste 850
Madison, WI  53703
Tel: (608) 630-8990; Fax: (608) 630-8991
ereyes@randr.law

§§ 328, 330, 331, 503(b)(1) and (2), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016 of the United States Bankruptcy Court for the Eastern District of Wisconsin, in the amount of $6,837.52 representing $6,813.00 in professional fees, plus $24.52 in reasonable and necessary costs and disbursements, on an interim basis; that notice of the Interim Application was given to all required parties and otherwise sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service on file herein [Doc 427]; no objections or requests for hearing on the Interim Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Interim Application shall be and is hereby Approved;

2. Sikich LLC is hereby awarded interim compensation for all fees and costs requested in the Interim Application for the period of September 20, 2024 through January 9, 2025, pursuant to the provisions of 11 U.S.C. §§ 328, 330 and 331, in the amount of $6,837.52 representing $6,813.00 in professional fees, plus $24.52 in reasonable and necessary costs and disbursements, and is allowed as an administrative priority claim pursuant to 11 U.S.C. § 503(b);

3. Wisconsin & Milwaukee Hotel LLC is authorized to pay to Sikich Development LLC the amount of $6,837.52 representing $6,813.00 in professional fees, plus $24.52 in reasonable and necessary costs and disbursements, forthwith;

4. Until final approval of fees and expenses, any payment to Sikich LLC shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

#####