Counsel did not file a monthly fee invoice for January, as required by the alternative compensation order (no. 147) and as they have filed with previous monthly approval requests. The court will not act on this proposed order, anticipating a new monthly fee filing for January, expiration of the required notice period, and new proposed order.



**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.
SIGNED March 18, 2025**

G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC

Debtor.

Case No. 24-21743-gmh

Chapter 11

## ORDER CONDITIONALLY APPROVING PAYMENT OF JANUARY 2025 INVOICE FROM RICHMAN & RICHMAN LLC PURSUANT TO THE ORDER APPROVING ALTERNATIVE COMPENSATION PROCEDURES

On February 10, 2024, Richman & Richman LLC ("**R&R**") filed its monthly invoice for December 2024 [Doc 397] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $20,006.80 in fees and $546.42 in expenses, for a total amount of $20,553.22. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####