# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh

Chapter 11

# JANUARY 2025 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
|---|---|
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | January 1, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $25,008.50 |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | $546.42 |
| Total interim approval requested: | **$25,554.92** |

Dated this 19th day of March 2025.

                                  **RICHMAN & RICHMAN**
                                  **Attorneys for the Debtor**

By:   */s/ Michael P. Richman*
       Michael P. Richman
       Claire Ann Richman
       Eliza M. Reyes
       122 W Washington Ave, Suite 850
       Madison, WI 53703
       Tel: (608) 630-899
       Fax: (608) 630-8991
       mrichman@RandR.law
       crichman@RandR.law
       ereyes@RandR.law

# Richman & Richman LLC

**INVOICE**

122 W Washington Ave, Suite 850
Madison, WI 53703-2732

Invoice # 1285
Date: 02/10/2025
Due On: 03/12/2025

Wisconsin & Milwaukee Hotel LLC
c/o Jackson Street Management LLC
Attn: Mr. Edward G. Carow
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

**Services**

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 12/20/2024 | 1110 - Claim Management Issues: represent client at hearing regarding claims objection and other matters | CAR | 1.40 | $575.00 | $805.00 |
| Service | 01/02/2025 | 1110 - Claim Management Issues: Prepare Objection to WMHF Claim and Motion for Summary Judgment | JES | 2.30 | $325.00 | $747.50 |
| Service | 01/02/2025 | 1110 - Claim Management Issues: Work on Objection to WMHF Claim | JES | 1.30 | $325.00 | $422.50 |
| Service | 01/02/2025 | 1110 - Claim Management Issues: T/c w/M. Flaherty and email to client team re WL status/strategy and zoom meeting (.1); mtg w/J. Soo re obj/msj to WMH Funding claim (.2) | MPR | 0.30 | $795.00 | $238.50 |
| Service | 01/02/2025 | 1108 - Employment, Billing & Compensation: Prepare proposed order granting Supplemental Application to Employ Sikich LLC as Accountants for WMH. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 01/03/2025 | 1110 - Claim Management Issues: Legal research re recourse/non-recourse debt, §1111(b), §502(b), summary judgment | JES | 1.70 | $325.00 | $552.50 |
| Service | 01/03/2025 | 1110 - Claim Management Issues: Prepare Motion for Summary Judgment re WMH Funding Claim Objection | JES | 1.30 | $325.00 | $422.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/03/2025 | 1110 - Claim Management Issues: Work on Objection to WMHF Claim | JES | 1.20 | $325.00 | $390.00 |
| Service | 01/03/2025 | 1108 - Employment, Billing & Compensation: Revise App to Employ Mallery_Corporate | JES | 0.70 | $325.00 | $227.50 |
| Service | 01/03/2025 | 1108 - Employment, Billing & Compensation: Work on motion to engage Mallery as special counsel | MPR | 0.70 | $795.00 | $556.50 |
| Service | 01/03/2025 | 1108 - Employment, Billing & Compensation: Phone conference with Jon Herreman regarding Application to Employ Mallery sc as corporate counsel (.3); continue preparing Application and Herreman Declaration (1.0); prepare email to Jon Herreman forwarding pleadings for his review (.2); review revisions prepared by Attorney Herreman and revise Application accordingly (.3). | EMR | 1.80 | $495.00 | $891.00 |
| Service | 01/04/2025 | 1105 - Plan & Disclosures: Work on plan term sheet, plan and DS | MPR | 1.40 | $795.00 | $1,113.00 |
| Service | 01/04/2025 | 1108 - Employment, Billing & Compensation: work on Mallery special counsel app | MPR | 0.60 | $795.00 | $477.00 |
| Service | 01/06/2025 | 1110 - Claim Management Issues: Legal research re Motion for Summary Judgment, §1111(b), § 502(b) re WMH Funding | JES | 1.60 | $325.00 | $520.00 |
| Service | 01/06/2025 | 1106 - Misc Motions & Court Hearings: Prepare Motion for Summary Judgment re WMH Funding | JES | 0.70 | $325.00 | $227.50 |
| Service | 01/06/2025 | 1110 - Claim Management Issues: Prepare Objection to WMHF Claim | JES | 0.40 | $325.00 | $130.00 |
| Service | 01/06/2025 | 1105 - Plan & Disclosures: update plan term sheet | MPR | 0.20 | $795.00 | $159.00 |
| Service | 01/06/2025 | 1106 - Misc Motions & Court Hearings: work on obj and MSJ re WMH Funding | MPR | 1.40 | $795.00 | $1,113.00 |
| Service | 01/06/2025 | 1112 - Debtor Meetings & Communications: client team zoom status/strategy meeting (.7); teams strategy mtg w/EAG (.3) | MPR | 1.00 | $795.00 | $795.00 |
| Service | 01/06/2025 | 1110 - Claim Management Issues: Review WL docs re guaranty issues and related t/c w/D. Friedland | MPR | 0.70 | $795.00 | $556.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/06/2025 | 1108 - Employment, Billing & Compensation: Finalize Application to Employ Mallery sc as Corporate Counsel and Declaration of Jon Herreman in support of same. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 01/06/2025 | 1110 - Claim Management Issues: Review research memo on 1111(b)(1) elections to determine treatment of WMH Funding's claim in proposed Chapter 11 plan. | EMR | 0.80 | $495.00 | $396.00 |
| Service | 01/07/2025 | 1107 - Adversary Proceedings: Prepare fraudulent transfer adversary complaint against WMHF | JES | 2.70 | $325.00 | $877.50 |
| Service | 01/07/2025 | 1110 - Claim Management Issues: Review discovery requests from White Lodging in assessment of drafting responses (.2); call with client re: White Lodging discovery on proofs of claim objections (.1); prepare email to client re: White Lodging discovery for input (.1) | DTF | 0.40 | $250.00 | $100.00 |
| Service | 01/07/2025 | 1110 - Claim Management Issues: Prep of email to R. Erkert re WMHF questions | MPR | 0.10 | $795.00 | $79.50 |
| Service | 01/07/2025 | 1105 - Plan & Disclosures: client/EAG team status/strategy mtg on plan and DS | MPR | 0.80 | $795.00 | $636.00 |
| Service | 01/07/2025 | 1105 - Plan & Disclosures: Continue working on Disclosure Statement and Plan. | EMR | 0.80 | $495.00 | $396.00 |
| Service | 01/08/2025 | 1110 - Claim Management Issues: review Claim 2 Valentine Claim Order to ascertain recommended action to take and prepare email to client to advise of same | CAR | 0.40 | $625.00 | $250.00 |
| Service | 01/09/2025 | 1108 - Employment, Billing & Compensation: Review and clarify final details of December 2004 invoice and prepare December 2004 R&R fee statement. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 01/09/2025 | 1110 - Claim Management Issues: Emails re discovery on WL claim obj and obj to Computershare claim | MPR | 0.20 | $795.00 | $159.00 |
| Service | 01/09/2025 | 1110 - Claim Management Issues: Computershare Claim Objection: phone conference with Attorney J Herreman regarding basis for claim | CAR | 0.60 | $625.00 | $375.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | interest and default amounts (.2); phone conference with M Flaherty to confirm Declaration in support (.1); confirm drafting of basis of objection for filing with court (.3) | | | | |
| Service | 01/10/2025 | 1110 - Claim Management Issues: Review status and details of all discovery exchanged re: White Lodging claim objections and applicable deadlines, including Rule 26 disclosures required, and finalize Rule 26(a)(1) disclosures for submission to White Lodging's counsel (1.3); review and update draft responses to White Lodging's discovery requests (.6) | DTF | 1.90 | $250.00 | $475.00 |
| Service | 01/10/2025 | 1110 - Claim Management Issues: White Lodging Claim Obj: review and confirm for filing 26a disclosures | CAR | 0.50 | $625.00 | $312.50 |
| Service | 01/10/2025 | 1110 - Claim Management Issues: Computer Share Claim Objection: confirm declaration for attachment to objection and filing | CAR | 0.30 | $625.00 | $187.50 |
| Service | 01/10/2025 | 1110 - Claim Management Issues: Receive and review White Lodging's Rule 26(a)(1) Disclosures related to pending objection to White Lodging's Proofs of Claim (.4); prepare WMH's Rule 26(a)(1) Disclosures and phone conference with Jennifer Maldonado to review and confirm same (.8); finalize Disclosures and prepare email to counsel for White Lodging exchanging same (.2). | EMR | 1.40 | $495.00 | $693.00 |
| Service | 01/13/2025 | 1110 - Claim Management Issues: Revise and update draft responses to White Lodging's discovery requests on claim objections (.4); email and call to client re: confirmation of brief extension for submitting discovery responses to White Lodging (.1) | DTF | 0.50 | $250.00 | $125.00 |
| Service | 01/13/2025 | 1110 - Claim Management Issues: Review draft of responses to White Lodging's discovery requests (.8); phone conference with and email to Attorney Amy Daleo, counsel for White Lodging to request and confirm extension for WMH to submit responses to White Lodging (.2). | EMR | 1.00 | $495.00 | $495.00 |
| Service | 01/14/2025 | 1110 - Claim Management Issues: | KKH | 1.50 | $225.00 | $337.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Update claim chart re: proof of claim analysis for plan. | | | | |
| Service | 01/15/2025 | 1110 - Claim Management Issues: Review Computershare's proof of claim and debtor's objection to proof of claim, and prepare draft discovery requests to Computershare (1.6); email exchanges with client and EA Group re: White Lodging discovery (.2) | DTF | 1.80 | $250.00 | $450.00 |
| Service | 01/15/2025 | 1108 - Employment, Billing & Compensation: prepare fee app re: allowance to pay Sikich as accountant | KKH | 1.30 | $225.00 | $292.50 |
| Service | 01/16/2025 | 1110 - Claim Management Issues: Call and email communications with D. Friedland at EA Group re White Lodging discovery responses pertaining to claim objections (.3); review and update draft responses to White Lodging's discovery requests (.4) | DTF | 0.70 | $250.00 | $175.00 |
| Service | 01/16/2025 | 1108 - Employment, Billing & Compensation: Prepare Interim Fee App for Sikich (2.3); Prepare fee app re: allowance of LWHA compensation (2.3) | KKH | 4.60 | $225.00 | $1,035.00 |
| Service | 01/17/2025 | 1110 - Claim Management Issues: Review, revise and finalize and submit to White Lodging's counsel debtor's responses to White Lodging's discovery requests re: claim objections | DTF | 1.60 | $250.00 | $400.00 |
| Service | 01/17/2025 | 1110 - Claim Management Issues: review and respond to email from Attorney F DiCastri regarding basis for objection to claim of CTC | CAR | 0.10 | $625.00 | $62.50 |
| Service | 01/17/2025 | 1110 - Claim Management Issues: Review/revise discovery responses to White Lodging | MPR | 0.80 | $795.00 | $636.00 |
| Service | 01/17/2025 | 1110 - Claim Management Issues: Conduct email exhange with Attorney Amy Daleo to confirm White Lodging's agreement to receive responses to discovery via email only (.2); conduct final review of WMH's responses to White Lodging's discovery requests (.5). | EMR | 0.70 | $495.00 | $346.50 |
| Service | 01/21/2025 | 1110 - Claim Management Issues: | KKH | 1.40 | $225.00 | $315.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Update claim chart re: claim analysis and attachment to plan. | | | | |
| Service | 01/21/2025 | 1108 - Employment, Billing & Compensation: Review Objections to Application to Employ Mallery SC as Special Counsel filed by the UST and Computershare (.3); prepare email to MPR forwarding same and providing summary of same (.1). | EMR | 0.40 | $495.00 | $198.00 |
| Service | 01/22/2025 | 1108 - Employment, Billing & Compensation: Prepare proposed order approving R&R fees for December 2024 and file with court | DTF | 0.40 | $250.00 | $100.00 |
| Service | 01/23/2025 | 1110 - Claim Management Issues: Updated claim chart to reorganize by claim type. | KKH | 0.20 | $225.00 | $45.00 |
| Service | 01/23/2025 | 1104 - DIP Financing / Cash Collateral: prep of email to N. Brown re impropriety of bonus payments | MPR | 0.20 | $795.00 | $159.00 |
| Service | 01/23/2025 | 1105 - Plan & Disclosures: Work on claims analysis chart for plan, including revising and reorganizing information in same. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 01/24/2025 | 1108 - Employment, Billing & Compensation: Review Preliminary Order on Debtor's Application to Employ Mallery SC as Special Counsel to note further dates and deadlines set by the Court for future proceedings. | EMR | 0.30 | $495.00 | $148.50 |
| Service | 01/24/2025 | 1108 - Employment, Billing & Compensation: Review Preliminary Order on Application to Employ Mallery sc to address Court's decision on same and to note deadlines set by Court for further proceedings. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 01/27/2025 | 1110 - Claim Management Issues: Update claim chart to reflect allowed/ disallowed amount per court order for use in plan. | KKH | 0.30 | $225.00 | $67.50 |
| Service | 01/28/2025 | 1105 - Plan & Disclosures: Continue preparing proposed Disclosure Statement and Plan. | EMR | 6.00 | $495.00 | $2,970.00 |
| Service | 01/29/2025 | 1108 - Employment, Billing & Compensation: Review decision on Mallery app and assess strategies for client team | MPR | 0.60 | $795.00 | $477.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/31/2025 | 1108 - Employment, Billing & Compensation: Begin preparing first interim fee application of ICAP Development. | EMR | 0.40 | $495.00 | $198.00 |
| **Non-billable services** | | | | | | |
| Service | 12/22/2024 | Research: Memo Sec. 1111(b) | JBR | ~~2.00~~ | ~~$195.00~~ | ~~$390.00~~ |
| Service | 12/23/2024 | Research for 1111(b) memo | JBR | ~~3.00~~ | ~~$195.00~~ | ~~$585.00~~ |
| Service | 12/24/2024 | Memo research and drafting | JBR | ~~4.60~~ | ~~$195.00~~ | ~~$897.00~~ |
| Service | 12/26/2024 | Wrote and submitted memo | JBR | ~~2.30~~ | ~~$195.00~~ | ~~$448.50~~ |

| | | |
|---|---|---|
| | **Quantity Subtotal** | **69.9** |
| | **Services Subtotal** | **$25,008.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/18/2024 | Copy Expense: Stretto Print/Copy Expense: Order Approving Interim Application for Allowance of Fees by Professional Eisner Advisory Group LLC (Doc 316) | 200.00 | $0.15 | $30.00 |
| Expense | 11/18/2024 | Postage Expense: Stretto Postage Expense: Order Approving Interim Application for Allowance of Fees by Professional Eisner Advisory Group LLC (Doc 316) | 1.00 | $70.92 | $70.92 |
| Expense | 11/18/2024 | Copy Expense: Stretto Print/Copy Expense: Motion for Entry of an Order Further Extending by 60 Days the Exclusive Periods for Filing Ch 11 Plan of Reorganization (Doc 318) and Notice of Motion for Entry of an Order Further Extending by 60 Days the Exclusive Periods (Doc 319) | 1,485.00 | $0.15 | $222.75 |
| Expense | 11/18/2024 | Postage Expense: Stretto Postage Expense: Motion for Entry of an Order Further Extending by 60 Days the Exclusive Periods for Filing Ch 11 Plan of Reorganization (Doc 318) and Notice of Motion for Entry of an Order Further Extending by 60 Days the Exclusive Periods (Doc 319) | 1.00 | $222.75 | $222.75 |

| | | |
|---|---|---|
| | **Expenses Subtotal** | **$546.42** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Eliza Reyes | Associate | 14.8 | $495.00 | $7,326.00 |
| Claire Richman | Partner | 1.9 | $625.00 | $1,187.50 |

| | | | | |
|---|---|---|---|---|
| Claire Richman | Partner | 1.4 | $575.00 | $805.00 |
| Michael Richman | Partner | 9.0 | $795.00 | $7,155.00 |
| James Soo | Associate | 13.9 | $325.00 | $4,517.50 |
| David Fowle | Paralegal | 7.7 | $250.00 | $1,925.00 |
| Kiranpreet Hayer | Paralegal | 9.3 | $225.00 | $2,092.50 |
| | | **Quantity Total** | | **69.9** |
| | | | **Subtotal** | **$25,554.92** |
| | | | **Total** | **$25,554.92** |

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:**  Mail to 122 W. Washington Ave., Suite 850, Madison, WI  53703-2732
**Credit Card Payments:**   Via CLIOPay at www.RandR.law (or attached link)
**Wire Instructions:**       Account Name:  Richman & Richman LLC (General Checking)
                             Account Address:  122 W. Washington Ave., Suite 850, Madison, WI  53703-2732
                             Bank Name and Address:  BMO Harris Bank
                             ABA: 071025661  SWIFT Code HATRUS44   Acct No.  4838178298