UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**NOTICE OF WITHDRAWAL OF DECEMBER FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR [DOC 376]**

PLEASE TAKE NOTICE that Richman & Richman LLC hereby withdraws December 2024 Fee Statement of Richman & Richman LLC as Counsel to Debtor ("**December 2024 Fee Statement**") filed by Richman & Richman LLC on January 10, 2025 as Docket Entry Number 376.

The December 2024 Fee Statement is being withdrawn pursuant to the Order Approving Second Interim Application for Allowance and Payment of Fees and Expenses Incurred by Richman & Richman LLC for the Period of September 1, 2024 through December 31, 2024, signed and entered by the Court on March 18, 2025 [Doc 451].

Dated: March 19, 2025

                                **RICHMAN & RICHMAN LLC**
                                **Attorneys for Debtor**

By:  */s/ Eliza M. Reyes*
      Michael P. Richman
      Claire Ann Richman
      Eliza M. Reyes
      122 West Washington Avenue, Suite 850
      Madison, WI 53703
      Tel: (608) 630-8990
      Fax: (608) 630-8991
      mrichman@RandR.law
      crichman@RandR.law
      ereyes@RandR.law