So Ordered.

Dated: April 9, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Wisconsin & Milwaukee Hotel LLC,          Case No. 24-21743-gmh

    Debtor in possession.                                  Chapter 11

Address:    731 North Jackson Street, Suite 420
                Milwaukee, WI 53202

Employer's Tax Identification No.: 45-2686995

**ORDER PROVIDING NOTICE OF DEADLINE TO OBJECT TO THE DEBTOR'S APPLICATION TO EMPLOY**

On March 31, 2025, the debtor filed an application for an order authorizing the debtor to employ Mallery s.c. as special counsel for the debtor. ECF No. 476. The debtor also filed a motion requesting that the court shorten notice of the deadline to object to the application. ECF No. 477. Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC objected. The court held a preliminary hearing on the motions on April 7, 2025, and denied the debtor's motion to shorten notice. The court ordered the debtor to file a supplement in support of its application.

Accordingly, IT IS HEREBY ORDERED that any party in interest who wishes to object to the debtor's application to employ Mallery s.c. as special counsel must file an objection by no later than **April 22, 2025. The court will hold an evidentiary hearing on the debtor's application to employ Mallery s.c. on April 28, 2025, at 10:00 a.m.** in Courtroom 133 of the U.S. Federal Courthouse-Milwaukee, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. This hearing may be canceled by docket entry if no other party in interest timely objects by April 22, 2025, and Computershare withdraws its objection before April 28, 2025. Otherwise, this hearing will not be rescheduled without a showing of good cause and by written order of the court.

#####