So Ordered.

Dated: April 9, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | April 7, 2025 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 24-21743-gmh |
| DEBTOR: | Wisconsin & Milwaukee Hotel LLC |
| APPEARANCES: | Michael Richman, appearing for the debtor |
| | Dillon Ambrose, appearing for the United States trustee |
| | Frank DiCastri and Sara McNamara, appearing for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC |
| | Amy Daleo, appearing for White Lodging Services Corporation |
| | Benjamin Gilbert, appearing on behalf of Marriott |
| HEARING: | Hearing on: |
| | 1. Debtor's application to employ Mallery s.c. as special counsel |
| | 2. Debtor's motion to limit notice of the debtor's application to employ Mallery s.c. |
| | 3. Approval of the debtor's disclosure statement |
| | 4. Debtor's request to extend the deadline to obtain acceptances of its plan under 11 U.S.C. §1121(c)(3) |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a hearing on the matters listed above. A recording of the hearing has been posted to the docket.

**1. Debtor's application to employ Mallery s.c. as special counsel**
**2. Debtor's motion to limit notice of the debtor's application to employ Mallery s.c.**

After a discussion on the record, counsel for the debtor and counsel for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC (collectively, "Computershare") requested more time to see if they could resolve Computershare's objection to the debtor's application to employ Mallery, s.c. as special counsel in lieu of convening an evidentiary hearing to adjudicate their dispute. The court ordered the debtor to file a supplement to its application by no later than **April 15, 2025**. In addition, the court denied the debtor's motion to limit notice of the application. Instead, the court will provide notice to all parties in interest that the deadline to object to the application to employ Mallery is **April 22, 2025**, and that a further evidentiary hearing will be held on the application on **April 28, 2025, at 10:00 a.m.** in Courtroom 133 of the U.S. Federal Courthouse- Milwaukee, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. If Computershare withdraws its objection to the application, and no other objections to the application are filed by April 22, then the court will cancel the April 28, 2025 evidentiary hearing by docket notice.

**3. Debtor's request for approval of the amended disclosure statement**

The debtor filed an amended disclosure statement and plan on April 4, 2025, and argued that these amendments were sufficient to overcome Computershare's objection to the disclosure statement. After a discussion on the record with counsel for the debtor and Computershare, the court approved the amended disclosure statement as amended on April 4, 2025. The court will enter a separate order approving the disclosure statement and scheduling the confirmation hearing and related pretrial deadlines.

**4. The debtor's request to extend the deadline to obtain acceptances of its plan under 11 U.S.C. §1121(c)(3)**

The court granted the debtor's motion to extend the deadline to obtain acceptances of its plan under 11 U.S.C. §1121(c)(3) through May 16, 2025.

# # # # #