UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

**ORDER APPROVING SECOND STIPULATION REGARDING DEBTOR'S OBJECTION TO CLAIM OF COMPUTERSHARE TRUST COMPANY, N.A.**

The cause having come before the Court on the second stipulation (the "Second Stipulation") of Computershare Trust Company, N.A. ("Lender"), and Wisconsin & Milwaukee Hotel, LLC ("Debtor"), by which Lender and Debtor stipulate to resolve Debtor's *Objection to Claim and Notice of Opportunity for Hearing* (ECF #377) (the "Claim Objection"), filed in response to Lender's Claim No. 11 (the "Claim"), IT IS HEREBY ORDERED THAT:

1. The Second Stipulation is approved;

2. The Claim shall be reduced by the amount of $2,310,268 in the aggregate as a full and final resolution of Debtor's Late Fee Objections (as defined in the Second Stipulation); and

3. The Secured Claim Objection (as defined in the Second Stipulation) is withdrawn, subject to the terms and conditions of the Second Stipulation.

#####

53736915v2