## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

### STIPULATION REGARDING LENDERS' OBJECTION TO DEBTOR'S APPLICATION FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MALLERY S.C. AS SPECIAL COUNSEL FOR A SPECIFIC PURPOSE EFFECTIVE AS OF MARCH 31, 2025

Computershare Trust Company, N.A. ("Computershare"), Wisconsin & Milwaukee Hotel Funding LLC ("Funding," and together with Computershare, "Lenders"), and Wisconsin & Milwaukee Hotel, LLC ("Debtor"), submit this stipulation regarding Lenders' Objection (the "Objection") to *Debtor's Application for Order Authorizing the Retention and Employment of Mallery S.C. as Special Counsel for a Specific Purpose Effective as of March 31, 2025* (ECF #476) (the "Mallery Application").

### RECITALS

A.      Debtor filed the Mallery Application on March 31, 2025.  Lenders filed their Objection on April 4, 2025 (ECF #485).

B.      Debtor submitted a brief in support of its Mallery Application on April 15, 2025 (ECF # 516), and since that date Lenders and Debtor have negotiated a resolution of the Objection on the terms set forth herein.

### STIPULATION

In consideration of the foregoing recitals, Lenders and Debtor hereby stipulate and agree as follows:

53781825

1.     Attorney Herreman of the Mallery firm agrees not to represent the Debtor's

owner, Jackson Street Management, on any matters during the term of the engagement

contemplated by the Mallery Application; and

2.     In exchange, Lenders withdraw the Objection to the Mallery Application.

3.     To the extent necessary, the Court may enter an order consistent with this

Stipulation.


DATED: April 24, 2025

COMPUTERSHARE TRUST CO., N.A. and
WISCONSIN & MILWAUKEE HOTEL
FUNDING, LLC

BY:  */s/ Frank W. DiCastri*
Frank W. DiCastri
Sara C. McNamara
REINHART BOERNER VAN DEUREN s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI  53202-3186
414-298-1000
fdicastri@reinhartlaw.com
smcnamara@reinhartlaw.com

WISCONSIN & MILWAUKEE HOTEL, LLC

BY: */s/  Michael P. Richman*
Michael P. Richman
Claire Ann Richman
RICHMAN & RICHMAN LLC
122 W. Washington Ave. Suite 850
Madison, WI 53703
(608) 630-8992
mrichman@randrlaw.com
crichman@randrlaw.com

2