UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

WISCONSIN & MILWAUKEE HOTEL LLC,      Case No. 24-21743-gmh

    Debtor.     Chapter 11

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that L. Katie Mason of Quarles & Brady LLP has been retained by and appears on behalf of Marriott International, Inc. in the above-captioned case, and hereby requests, pursuant to section 342 of the United States Bankruptcy Code and Rules 2002, 9007, and 9010 of Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings in this case be served upon:

> Marriott International, Inc.
> c/o L. Katie Mason, Esq.
> Quarles & Brady LLP
> 411 E. Wisconsin Avenue, Suite 2400
> Milwaukee, WI  53202
> Telephone:  414-277-3018
> Email:  Katie.Mason@quarles.com

The above attorney further requests that she be added to the mailing matrix on file with the Clerk in this matter as well as any primary service list or shortened service list maintained by the debtor or the Clerk, all pursuant to Rules 2002(g) and 9007 of the Federal Rules of Bankruptcy Procedure.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to the above-cited Rules, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, motion, order, petition, pleading, complaint, demand or request, whether formal or informal, whether written or oral and transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-referenced case and proceedings.

Dated: May 21, 2025.

        Quarles & Brady LLP

        */s/ L. Katie Mason*
        L. Katie Mason (1060063)
        411 E. Wisconsin Ave., Ste. 2400
        Milwaukee, WI 53202
        Phone: (414) 277-3018
        Email: katie.mason@quarles.com

        *Attorneys for Marriott International, Inc.*