**This order supersedes previous orders, including specifically the March 19, 2025 order (ECF No. 462), only to the extent of any inconsistency with this order's express terms.**



So Ordered.

Dated: May 27, 2025

G. Michael Halfenger
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Wisconsin & Milwaukee Hotel, LLC | ) |
| | ) Case No. 24-21743 |
| *Debtors*. | ) |
| | ) Honorable G. Michael Halfenger |
| | ) |
| | ) |

## ORDER EXTENDING DISCOVERY DEADLINES

The matter having come before the Court on the stipulation ("Stipulation") of White Lodging Services Corporation ("White Lodging"), and debtor Wisconsin & Milwaukee Hotel, LLC ("Debtor"), by which White Lodging and Debtor have stipulated that they agreed to a modification of the briefing schedule on Debtor's Motion for Partial Summary Judgment on Debtor's Objections to Claims 15 and 16 Filed by White Lodging Services Corporation ("Motion") [Doc 535], the Stipulation having been timely filed, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved;

2. The deadline for White Lodging to file a response motion and all supporting declarations and materials to Debtor's Motion is May 30, 2025. Any replies thereto must be filed no later than June 27, 2025.

#####