So Ordered.

Dated: May 28, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Wisconsin & Milwaukee Hotel LLC,         Case No. 24-21743-gmh

    Debtor in possession.         Chapter 11

Address:    731 North Jackson Street, Suite 420
         Milwaukee, WI 53202

Employer's Tax Identification No.: 45-2686995

**ORDER MODIFYING SCHEDULE FOR
HEARING ON CONFIRMATION OF CHAPTER 11 PLAN**

    Based on the correspondence filed May 28, 2025, by counsel for the debtor,

    IT IS ORDERED that the court's April 9, 2025 order, specifying dates and deadlines with respect to the hearing on confirmation of the debtor's amended chapter 11 plan, beginning July 21, 2025, and continuing through July 25, 2025, is modified as follows:

- On or before **June 6, 2025**, the debtor and each party who is objecting to confirmation of the chapter 11 plan must file a list of witnesses that the parties intend to call at trial. The list must include a summary of the

testimony each witness will provide at the trial (including for any witness expected to present evidence under Federal Rule of Evidence 702, 703, or 705, the subject matter on which the witness is expected to present that evidence, and a summary of the facts and opinions to which the witness is expected to testify). The debtor and each party who is objecting to confirmation must also provide any expert reports to opposing parties by **June 6, 2025**.

IT IS FURTHER ORDERED that the April 9, 2025 order remains in full force and effect, expect to the extent modified above.

IT IS FURTHER ORDERED:

- On or before **June 13, 2025**, the parties must confer (among themselves and with identified witnesses) and seek to establish a consensual schedule for witness depositions to take place between June 23 and July 11, 2025. The parties must endeavor to conduct by Zoom all depositions of witnesses who are located outside Wisconsin, but they must conduct such depositions in person if requested by the party seeking the deposition. Depositions of witnesses located within Wisconsin must be conducted in person, unless the parties agree otherwise.

- On or before **June 20, 2025**, parties who served expert reports must serve any expert rebuttal reports. Parties who did not serve an expert report may not serve or otherwise use any rebuttal reports.

- On or before **July 3, 2025**, the debtor must file and serve any supplements to the plan (exclusive of any new or revised management agreement and franchise agreement).

- On or before **July 11, 2025**,
    - the debtor must file and serve any new or revised management agreement and franchise agreement, with appropriate motions to authorize, assume, or reject agreements and
    - each party who is objecting to confirmation of the chapter 11 plan must file a list of all exhibits the party intends to use, file all such exhibits with the court, and serve copies of all such exhibits on opposing parties.

- Objecting parties may elicit testimony (including expert testimony) about new information disclosed in any supplement to the plan, as well as any new or revised management agreement and franchise agreement, whether or not the topic of such testimony was previously disclosed or discussed in an expert or rebuttal report.

- The parties must complete all discovery with respect to confirmation of the debtor's amended chapter 11 plan by no later than **July 15, 2025**, except that the parties must complete all discovery with respect to any new or revised management agreement and franchise agreement by no later than **July 18, 2025**.

- On or before **July 16, 2025**, the debtor must file a brief in support of and responses to all objections to confirmation of the debtor's amended chapter 11 plan. The debtor need not adhere to any otherwise applicable limitations with respect to the length of these filings.

- Any failure to **fully comply** with all provisions of this order may result in the court taking adverse action against the non-compliant party without further notice or a hearing.

#####