

300 South Wacker Drive, Suite 500
Chicago, Illinois 60606

Phone   (312) 726-2252
Fax      (312) 726-0609

Amy E. Daleo
(312) 658-2206
ADaleo@CohonRaizes.com

June 3, 2025

**Via CM/ECF**
Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Ave., Room 140
Milwaukee, WI 53202

     RE:    *In re: Wisconsin & Milwaukee Hotel LLC*
                Case no. 24-21743

Dear Judge Halfenger:

     This firm represents Creditor White Lodging Services Corporation ("White Lodging") in the foregoing matter. During the June 2, 2025 status hearing, Your Honor had asked White Lodging to identify where in the record the Court could find a complete copy of the Management Agreement as well as the other documents cited in White Lodging's Response in Opposition to Debtor's Motion for Partial Summary Judgment on Debtor's Objection to Claims 15 and 16 ("Response")(Doc. 566). A copy of the Management Agreement and other key documents were attached to the Declaration of Micheal P. Richman in Support of Debtor's Motion for Partial Summary Judgment (Doc. 536), and can be found in the record as follows:

     Management Agreement – Doc. 536, ex. A, p. 3-82
     Franchise Agreement – Doc. 536, ex. B, p. 83-154
     Guaranty – Doc. 536, ex. C, p. 155-158
     Friedland Report – Doc. 536, ex. D, p. 159-199
     Vikram Report – Doc. 536, ex. E, p. 200-240

     Respectfully submitted,

     COHON RAIZES & REGAL LLP

     *Amy E. Daleo*

     Amy E. Daleo