UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>WISCONSIN & MILWAUKEE HOTEL LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 24-21743-GMH |

## MARRIOTT INTERNATIONAL, INC.'S WITNESS LIST FOR THE CONFIRMATION HEARING

  Marriott International, Inc. ("Marriott"), by and through its undersigned counsel, hereby designates the following potential witnesses for the confirmation hearing beginning on July 21, 2025 (the "Hearing") on the *Chapter 11 Plan of Reorganization* [ECF No. 392] (the "Plan") of Wisconsin & Milwaukee Hotel LLC (the "Debtor"):

### WITNESSES

1.  Any and all witnesses designated by any other parties-in-interest.

2.  Rebuttal and impeachment witnesses, as necessary.

3.  Marriott reserves the right to amend or supplement this list in the event that additional witnesses or facts become known or identified. Nothing herein shall waive, limit, impair, or otherwise impact Marriott's rights in connection with the Plan and the Debtor, which rights are expressly preserved.

*[Signature page to follow]*

Drafted by:

| | |
|---|---|
| Sheppard Mullin Richter & Hampton LLP<br>Michael T. Driscoll, Esq. (pro hac vice forthcoming)<br>Benjamin O. Gilbert, Esq. (pro hac vice forthcoming)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>(212) 653-8700 | Quarles & Brady LLP<br>L. Katie Mason, Esq.<br>411 E. Wisconsin Ave., Suite 2400<br>Milwaukee, WI 53202<br>414-277-3018 |

Dated: June 5, 2025

                        **Quarles & Brady LLP**

                        */s/ L. Katie Mason*
L. Katie Mason (1060063)
411 E. Wisconsin Ave., Ste. 2400
Milwaukee, WI 53202
Phone: (414) 277-3018
Email: Katie.Mason@quarles.com

Randy J. Pflum (1096694)
33 East Main Street, Suite 900
Madison, WI 53703
Telephone: (608) 283-2634
Email: Randy.Pflum@quarles.com

-and-

**Sheppard Mullin Richter & Hampton LLP**
Michael T. Driscoll, Esq. (*pro hac vice* forthcoming)
Benjamin O. Gilbert, Esq. (*pro hac vice* forthcoming)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Email:   mdriscoll@sheppardmullin.com
           bogilbert@sheppardmullin.com

*Attorneys for Marriott International, Inc.*

2

Case 24-21743-gmh    Doc 576    Filed 06/05/25    Page 2 of 3

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2025, I electronically transmitted the foregoing to the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Wisconsin, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: /s/ *L. Katie Mason*