IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | )<br>) Chapter 11<br>) |
| Wisconsin & Milwaukee Hotel, LLC | )<br>) Case No. 24-21743<br>) |
| *Debtors*. | )<br>) Honorable G. Michael Halfenger<br>) |

**WHITE LODGING'S WITNESS LIST
WITH REGARD TO THE CONFIRMATION HEARING**

White Lodging Services Corporation ("White Lodging") designates the following potential witnesses for the confirmation hearing on the Amended Chapter 11 Plan of Reorganization of Wisconsin & Milwaukee Hotel LLC, ECF No. 504, scheduled to begin on July 21, 2025:

1. Brad Frick, White Lodging's Senior Vice President –Finance, may testify as necessary at evidentiary hearing as to the matters asserted in the Objection to Confirmation of the Debtor's Amended Plan of Reorganization and Disclosure Statement filed by White Lodging, ECF No. 550 ("Objection"), including but not limited to the nature and amount of White Lodging's claims against Debtor.

2. Any and all witnesses designated by any other parties-in-interest.

3. Rebuttal and impeachment witnesses, as necessary.

White Lodging reserves the right to amend or supplement this list in the event that additional witnesses or facts become known or identified.

                                               **WHITE LODGING SERVICES
                                               CORPORATION**

                                               By:     /s/ Amy E. Daleo
                                                           One of its Attorneys

Cornelius P. Brown
Amy E. Daleo
Cohon Raizes and Regal LLP
300 South Wacker Drive, Ste. 500
Chicago, IL 60606
Tel: (312) 726-2252
Fax: (312) 726-0609
nbrown@cohonraizes.com
adaleo@cohonraizes.com