# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh

Chapter 11

## MAY 2025 FEE STATEMENT OF RICHMAN & RICHMAN LLC AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
|---|---|
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| Period for compensation and reimbursement: | May 1, 2025 through May 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | **$67,644.00** |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | **$3,746.50** |
| Total interim approval requested: | **$71,390.50** |

Dated this 10th day of June 2025.

                **RICHMAN & RICHMAN**
                **Attorneys for the Debtor**

By:   */s/ Eliza M. Reyes*
       Michael P. Richman
       Claire Ann Richman
       Eliza M. Reyes
       122 W Washington Ave, Suite 850
       Madison, WI 53703
       Tel: (608) 630-899
       Fax: (608) 630-8991
       mrichman@RandR.law
       crichman@RandR.law
       ereyes@RandR.law

2

Case 24-21743-gmh    Doc 590    Filed 06/10/25    Page 2 of 15

# Richman & Richman LLC

# INVOICE

122 W Washington Ave, Suite 850
Madison, WI 53703-2732

Invoice # 1476
Date: 06/10/2025
Due On: 07/10/2025

Wisconsin & Milwaukee Hotel LLC
c/o Jackson Street Management LLC
Attn: Mr. Edward G. Carow
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

### Services

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 05/01/2025 | 1110 - Claim Management Issues: Revise notice of deposition of White Lodging's expert witness V. Kapoor pursuant to White Lodging claim objection dispute. | DTF | 0.20 | $250.00 | $50.00 |
| Service | 05/01/2025 | 1110 - Claim Management Issues: Prepare Motion for Summary Judgment on Objection to White Lodging Proofs of Claim and Declaration of MPR in support of same | JES | 4.20 | $325.00 | $1,365.00 |
| Service | 05/01/2025 | 1110 - Claim Management Issues: Review and correct citations to cases and documents, conduct legal research to continue working on motion for summary judgment | JES | 3.20 | $325.00 | $1,040.00 |
| Service | 05/01/2025 | 1112 - Debtor Meetings & Communications: Client team status/ strategy zoom meeting | MPR | 0.60 | $795.00 | $477.00 |
| Service | 05/02/2025 | 1110 - Claim Management Issues: Make arrangements via research and communication with court reporter for expert depositions re: White Lodging claim objections dispute. | DTF | 0.60 | $250.00 | $150.00 |
| Service | 05/02/2025 | 1110 - Claim Management Issues: Review Kapoor Expert Report and related materials to identify weaknesses, conduct legal research | JES | 3.40 | $325.00 | $1,105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | re decisions on previous expert reports by Kapoor to continue working on motion for summary judgment | | | | |
| Service | 05/02/2025 | 1110 - Claim Management Issues: Conduct legal research re lost profit damages in Wisconsin and bankruptcy courts and the duty to mitigate same for motion for summary judgment | JES | 4.70 | $325.00 | $1,527.50 |
| Service | 05/02/2025 | 1110 - Claim Management Issues: Work on motion for partial summary judgment on Debtor objs to WL claims 15 and 16 (1.7); prep for Kapoor deposition (2.1) | MPR | 3.80 | $795.00 | $3,021.00 |
| Service | 05/02/2025 | 1110 - Claim Management Issues: Review email from Jennifer Cordova regarding a trade vendor's response to plan treatment of its claim (.1); review schedules and proofs of claim to confirm disclosure of debt and filing of proof of claim by vendor (.2); phone call to and email exchange with Jennifer Cordova with findings and recommendations to address vendor's concerns (.3). | EMR | 0.60 | $495.00 | $297.00 |
| Service | 05/03/2025 | 1110 - Claim Management Issues: Continue legal research re lost profit damages in Wisconsin and bankruptcy courts and the duty to mitigate to prepare White Lodging motion for summary judgment | JES | 3.00 | $325.00 | $975.00 |
| Service | 05/03/2025 | 1110 - Claim Management Issues: Continued prep and research re Kapoor dep (1.0); continued work on msj re WL claims objs (2.0) | MPR | 3.00 | $795.00 | $2,385.00 |
| Service | 05/04/2025 | 1110 - Claim Management Issues: Continue legal research re lost profit damages in Wisconsin and bankruptcy courts and the duty to mitigate to prepare White Lodging motion for summary judgment | JES | 2.00 | $325.00 | $650.00 |
| Service | 05/04/2025 | 1110 - Claim Management Issues: Continued prep and research re Kapoor dep (1.0); continued work on msj re WL claims objs (.6) | MPR | 1.60 | $795.00 | $1,272.00 |
| Service | 05/05/2025 | 1108 - Employment, Billing & Compensation: Draft, finalize, and file proposed order approving first interim fee application of LWHA | DTF | 0.50 | $250.00 | $125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/05/2025 | 1110 - Claim Management Issues: Prepare Richman Dec, conduct legal research re application of bankruptcy law and policy to lost profit damages | JES | 3.20 | $325.00 | $1,040.00 |
| Service | 05/05/2025 | 1110 - Claim Management Issues: Continued work on Kapoor dep prep (.5); continued work on msj re WL claims objs (2.8); prep of email to client team re msj filings today (.3) | MPR | 3.60 | $795.00 | $2,862.00 |
| Service | 05/05/2025 | 1106 - Misc Motions & Court Hearings: review WL latest filings on bonus amounts and prep of email to client team re same | MPR | 0.30 | $795.00 | $238.50 |
| Service | 05/05/2025 | 1110 - Claim Management Issues: Conduct email exchange with Jennifer Cordova regarding allowance of claim of trade vendor. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 05/05/2025 | 1108 - Employment, Billing & Compensation: Review and finalize proposed order granting LWHA's first interim fee application as appraisers for the Debtor. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 05/06/2025 | 1110 - Claim Management Issues: Confirm details re: zoom deposition of White Lodging expert V. Kapoor (.1); Prepare exhibit to deposition of White Lodging's expert V. Kapoor and upload to court reporting co. (.3) | DTF | 0.40 | $250.00 | $100.00 |
| Service | 05/06/2025 | 1105 - Plan & Disclosures: Prepare documents for production to lenders including bates numbering and preparation of sharefile, for lenders' updated appraisal. | DTF | 2.20 | $250.00 | $550.00 |
| Service | 05/06/2025 | 1110 - Claim Management Issues: teams mtg w/D. Friedland and W. Pederson to prepare for depositions in WL claims/objs (1.2); emails to A. Daleo re source docs (.1); additional preps for Kapoor dep (.2) | MPR | 1.50 | $795.00 | $1,192.50 |
| Service | 05/06/2025 | 1105 - Plan & Disclosures: Prep and exchange emails re lender diligence requests on appraisal for plan confirmation hearings | MPR | 0.20 | $795.00 | $159.00 |
| Service | 05/07/2025 | 1110 - Claim Management Issues: Review all document production from White Lodging expert report source documents and prepare documents for deposition of White Lodging's | DTF | 0.80 | $250.00 | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | rebuttal expert V. Kapoor and for additional exhibits to deposition. | | | | |
| Service | 05/07/2025 | 1110 - Claim Management Issues: Preps for Kapoor dep (2.0); conduct Kapoor deposition (2.0); defend Friedland deposition (2.0); followup teams mtg w/D. Friedland and W. Pederson (.3) | MPR | 6.30 | $795.00 | $5,008.50 |
| Service | 05/08/2025 | 1108 - Employment, Billing & Compensation: Email to client status and copy of order approving first interim fee application of LWHA. | DTF | 0.10 | $250.00 | $25.00 |
| Service | 05/08/2025 | 1112 - Debtor Meetings & Communications: Status/strategy mtg w/client team via zoom | MPR | 0.40 | $795.00 | $318.00 |
| Service | 05/08/2025 | 1105 - Plan & Disclosures: emails w/ J. Cordova re creditor claims and ballot issues | MPR | 0.20 | $795.00 | $159.00 |
| Service | 05/08/2025 | 1108 - Employment, Billing & Compensation: Review and revise R&R's April 2025 invoice to prepare to submit same for conditional approval. | EMR | 0.80 | $495.00 | $396.00 |
| Service | 05/09/2025 | 1108 - Employment, Billing & Compensation: Review monthly invoice and draft, finalize, and file April 2025 fee statement. | DTF | 0.90 | $250.00 | $225.00 |
| Service | 05/09/2025 | 1108 - Employment, Billing & Compensation: Conduct final review of R&R's April 2025 invoice for submission for conditional approval (.3); finalize cover sheet for filing same on docket (.1). | EMR | 0.40 | $495.00 | $198.00 |
| Service | 05/12/2025 | 1110 - Claim Management Issues: Review White Lodging's discovery responses in assessment of status and details re: further supplementation or documents provided by White Lodging. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 05/12/2025 | 1108 - Employment, Billing & Compensation: Conduct email exchange with WMH Team and Mallery Property Tax Appeal Team regarding obtaining approval to compensate Mallery for service provided in Property Tax Appeal (.2); review Mallery's invoices for such services to begin fee application (.2). | EMR | 0.40 | $495.00 | $198.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/14/2025 | 1108 - Employment, Billing & Compensation: Email to D. Friedland re: April 2025 R&R invoice, in support of pending MOR filing. | DTF | 0.10 | $250.00 | $25.00 |
| Service | 05/14/2025 | 1105 - Plan & Disclosures: T/conf w/ Marriott lawyers re plan status (.1); emails re plan ballots (.1) | MPR | 0.20 | $795.00 | $159.00 |
| Service | 05/14/2025 | 1108 - Employment, Billing & Compensation: Conduct email exchange with Amanda Sarwan-Jones at EA Group regarding payment of fees approved pursuant to Second Interim Fee Application including review of order granting same. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 05/14/2025 | 1105 - Plan & Disclosures: Review received plan ballots. | EMR | 0.10 | $495.00 | $49.50 |
| Service | 05/15/2025 | 1110 - Claim Management Issues: Email to court reporting co. re inquiry re: transcript of White Lodging expert deposition (.1); receive, review and preserve to file and for client review the deposition transcript of V. Kapoor with all exhibits (.6) | DTF | 0.70 | $250.00 | $175.00 |
| Service | 05/15/2025 | 1105 - Plan & Disclosures: Review order fixing time for filing acceptances or rejections of plan, and research court rules and procedures in preparation for filing of summary and tabulation of ballots. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 05/15/2025 | 1102 - Case Administration / US Trustee: Review docket and file for all pleadings, orders, and hearings regarding White Lodging's bonus motions, review documents and create chronology with date, docket number, and title of each entry to prepare response to the order [Doc 541] | JES | 3.50 | $325.00 | $1,137.50 |
| Service | 05/15/2025 | 1110 - Claim Management Issues: Prelim review of Kapoor transcript and related email to A. Daleo re same (.3); review decision on WL admin claim motion and prep of email to client team re same (.2) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 05/15/2025 | 1105 - Plan & Disclosures: work on issues outline for confirmation hearings | MPR | 0.30 | $795.00 | $238.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/15/2025 | 1112 - Debtor Meetings & Communications: prep for and participate in weekly client team zoom meeting on status/strategy | MPR | 1.10 | $795.00 | $874.50 |
| Service | 05/16/2025 | 1105 - Plan & Disclosures: Review all submitted ballots and amended plan and disclosure statement, and begin preparing Tabulation and Summary of Ballots. | DTF | 2.50 | $250.00 | $625.00 |
| Service | 05/19/2025 | 1106 - Misc Motions & Court Hearings: Review case file and draft mtn for reconsideration re WL's administrative claim | DJC | 0.80 | $225.00 | $180.00 |
| Service | 05/19/2025 | 1106 - Misc Motions & Court Hearings: Continue drafting motion for reconsideration | DJC | 1.00 | $225.00 | $225.00 |
| Service | 05/19/2025 | 1106 - Misc Motions & Court Hearings: Continue drafting mtn for reconsideration re WL admin expense claim | DJC | 1.10 | $225.00 | $247.50 |
| Service | 05/19/2025 | 1105 - Plan & Disclosures: Review amended plan and all ballots recieved, and revise and update ballot summary and tabulation report. | DTF | 2.20 | $250.00 | $550.00 |
| Service | 05/19/2025 | 1110 - Claim Management Issues: Prep of email to A. Daleo re discovery deficiencies (.1); mtg w/D. Cian re motion for reconsid on WL bonus motion (.2); | MPR | 0.30 | $795.00 | $238.50 |
| Service | 05/19/2025 | 1110 - Claim Management Issues: Prep of email to A. Daleo re discovery deficiencies (.1); mtg w/D. Cian re motion for reconsid on WL bonus motion (.2); | MPR | 0.30 | $795.00 | $238.50 |
| Service | 05/19/2025 | 1105 - Plan & Disclosures: Teams mtg w/D. Friedland and W. Pederson re confirmation issues (.3); prep of email to client team re balloting and WL depositions (.2); review/edit ballot report (.1) | MPR | 0.60 | $795.00 | $477.00 |
| Service | 05/20/2025 | 1106 - Misc Motions & Court Hearings: Continue drafting mtn for reconsideration re WL admin expense claim | DJC | 2.10 | $225.00 | $472.50 |
| Service | 05/20/2025 | 1108 - Employment, Billing & Compensation: Draft, finalize and file proposed order conditionallly | DTF | 0.30 | $250.00 | $75.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | approving April 2025 R&R fees. | | | | |
| Service | 05/20/2025 | 1106 - Misc Motions & Court Hearings: Continue drafting mtn for reconsideration re wl admin expense claim | DJC | 0.90 | $225.00 | $202.50 |
| Service | 05/20/2025 | 1105 - Plan & Disclosures: Revise, update, and finalize tabulation with analysis and summary of ballots and finalize ballot summary pleading and exhibits for filing with court. | DTF | 2.80 | $250.00 | $700.00 |
| Service | 05/20/2025 | 1106 - Misc Motions & Court Hearings: Research and continue drafting mtn for reconsideration re wl's admin expense claim | DJC | 4.50 | $225.00 | $1,012.50 |
| Service | 05/20/2025 | 1105 - Plan & Disclosures: Review/edit ballot report | MPR | 0.70 | $795.00 | $556.50 |
| Service | 05/21/2025 | 1106 - Misc Motions & Court Hearings: Review case file and continue to draft mtn for reconsideration re wl's admin expense claim | DJC | 2.90 | $225.00 | $652.50 |
| Service | 05/21/2025 | 1102 - Case Administration / US Trustee: Email exchanges with Eisner Advisory Group and client re: MOR; finalize April 2025 MOR and supporting documentation and file with court. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 05/21/2025 | 1106 - Misc Motions & Court Hearings: Continue research and draft mtn for reconsideration re wl's admin expense claim | DJC | 4.20 | $225.00 | $945.00 |
| Service | 05/21/2025 | 1108 - Employment, Billing & Compensation: Review Mallery s.c.'s invoice and draft first interim fee application of Mallery s.c. as special counsel to the debtor and notice of interim fee application. | DTF | 3.20 | $250.00 | $800.00 |
| Service | 05/21/2025 | 1110 - Claim Management Issues: Prep of email to A. Daleo re various discovery issues, deadlines and prospective motion to compel (.4); followup emails re same (.2) | MPR | 0.60 | $795.00 | $477.00 |
| Service | 05/21/2025 | 1102 - Case Administration / US Trustee: Receive and review email from Attorney for UST Dillon Ambrose requesting updated insurance policies from Debtor (.2); phone conference | EMR | 0.50 | $495.00 | $247.50 |

| Type | Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | with Jennifer Cordova regarding same and status of renewal of policies (.2); prepare followup email to Jennifer Cordova confirming Debtor will provide updated policies (.1). | | | | |
| Service | 05/21/2025 | 1102 - Case Administration / US Trustee: Conduct final review of Debtor's April 2025 MOR to finalize same. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 05/22/2025 | 1105 - Plan & Disclosures: Prelim review objs to plan confirmation (.6); prep of detailed email to client team re plan confirmation objs (.3); related emails to advisors, client team re deadline for witnesses and testimony summaries (.2); client team zoom status/strategy mtg (.7) | MPR | 1.80 | $795.00 | $1,431.00 |
| Service | 05/23/2025 | 1106 - Misc Motions & Court Hearings: Continue to draft and edit mtn for reconsideration re wl's admin expense claim | DJC | 2.30 | $225.00 | $517.50 |
| Service | 05/23/2025 | 1105 - Plan & Disclosures: Research re new value corollary to the absolute priority rule | DJC | 5.20 | $225.00 | $1,170.00 |
| Service | 05/23/2025 | 1105 - Plan & Disclosures: Zoom w/D. Friedland, W. Pederson, J. Cordova re updated appraisal and expert reports (.5); prep of email to J. Jaeger re updated appraisal (.1); zoom mtg w/J. Jaeger, D. Friedland and W. Pederson re updated appraisal questions (.5) | MPR | 1.10 | $795.00 | $874.50 |
| Service | 05/23/2025 | 1108 - Employment, Billing & Compensation: Review and prepare final revisions to First Interim Application of Mallery sc (property tax appeal services) and prepare email to Attorney Christopher Strohbehn forwarding same for final review and signatures. | EMR | 0.80 | $495.00 | $396.00 |
| Service | 05/23/2025 | 1102 - Case Administration / US Trustee: Review updated insurance certificate and prepare email forwarding same to Attorney Dillon Ambrose. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 05/24/2025 | 1106 - Misc Motions & Court Hearings: Work on motion for reconsideration re WL bonus motion | MPR | 1.40 | $795.00 | $1,113.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 05/26/2025 | 1106 - Misc Motions & Court Hearings: Further work on motion for reconsid of order allowing WL bonuses as admin expenses | MPR | 2.50 | $795.00 | $1,987.50 |
| Service | 05/26/2025 | 1105 - Plan & Disclosures: work on proposed pre-confirmation schedule for letter submission to Court, including review of prior court orders on scheduling | MPR | 0.90 | $795.00 | $715.50 |
| Service | 05/27/2025 | 1105 - Plan & Disclosures: Research re absolute priority rule | DJC | 2.90 | $225.00 | $652.50 |
| Service | 05/27/2025 | 1105 - Plan & Disclosures: Research and draft memo re absolute priority rule | DJC | 3.40 | $225.00 | $765.00 |
| Service | 05/27/2025 | 1106 - Misc Motions & Court Hearings: Perform additional research re motion for reconsideration | DJC | 1.10 | $225.00 | $247.50 |
| Service | 05/27/2025 | 1105 - Plan & Disclosures: t/conf w/F. DiCastri re hearing schedule, discovery, status and related matters (.5); review DiCastri email re proposed schedule (.1); prep of email to client team re DiCastri call (.3); prep of email revisions to prehearing schedule w/DiCastri (.4);prep of further email revisions to prehearing schedule in response to F. DiCastri comments (.3) | MPR | 1.60 | $795.00 | $1,272.00 |
| Service | 05/27/2025 | 1106 - Misc Motions & Court Hearings: email exchanges w/A. Daleo re schedule for WL opp to debtor motion for partial summary judgment (.4); review/revise WL stip on schedule for obj and reply on motion for partial summary judgment (.1); further work on motion for reconsid of order allowing bonuses as admin expenses (2.2) | MPR | 2.70 | $795.00 | $2,146.50 |
| Service | 05/27/2025 | 1112 - Debtor Meetings & Communications: Emails with client team re schedule for client call on pending matters, and prep of email to client team re appraisals and status/ strategy (.4); strategy t/conf w/M. Flaherty, R. Erkert and J. Cordova (.6) | MPR | 1.00 | $795.00 | $795.00 |
| Service | 05/27/2025 | 1108 - Employment, Billing & Compensation: Conduct email exchange with Jennifer Cordova | EMR | 0.60 | $495.00 | $297.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding expanding scope of employment of Sikich LLC to include preparation of quarterly reports (.3); review applications to employ Sikich and orders granting same (.3). | | | | |
| Service | 05/28/2025 | 1105 - Plan & Disclosures: Draft memo re absolute priority rule | DJC | 1.30 | $225.00 | $292.50 |
| Service | 05/28/2025 | 1106 - Misc Motions & Court Hearings: Research re legal basis for motion for reconsideration | DJC | 0.60 | $225.00 | $135.00 |
| Service | 05/28/2025 | 1105 - Plan & Disclosures: Research re plan confirmation and the operation of the automatic stay | DJC | 5.50 | $225.00 | $1,237.50 |
| Service | 05/28/2025 | 1105 - Plan & Disclosures: Begin draft witness list for plan confirmation hearing pursuant to court order. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 05/28/2025 | 1108 - Employment, Billing & Compensation: Prepare Second Supplemental App to Employ Sikich and Dec in support | JES | 2.70 | $325.00 | $877.50 |
| Service | 05/28/2025 | 1105 - Plan & Disclosures: Further work on pre-confirmation discovery schedule, and prep of email to all counsel re same (.2); review new value research and prep of email re same (.2); emails among objecting party counsel re pre-confirmation schedule and work on related letter to court advising of agreement and terms (.6); | MPR | 1.00 | $795.00 | $795.00 |
| Service | 05/28/2025 | 1106 - Misc Motions & Court Hearings: further work on motion for reconsideration of order on WL bonus motion (1.3); prep of letter to J. Halfenger re status of schedule (.3) | MPR | 1.60 | $795.00 | $1,272.00 |
| Service | 05/28/2025 | 1108 - Employment, Billing & Compensation: Finalize and prepare First Interim Fee Application of Mallery sc (property tax appeal) for filing. | EMR | 0.30 | $495.00 | $148.50 |
| Service | 05/28/2025 | 1108 - Employment, Billing & Compensation: Phone conference with Jennifer Cordova regarding preparing second supplemental application to employ Sikich LLC as accountants for Debtor (.2); review initial and supplemental application to confirm current scope of Sikich LLC | EMR | 0.60 | $495.00 | $297.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | employment (.4) | | | | |
| Service | 05/29/2025 | 1105 - Plan & Disclosures: Research and draft memo re automatic stay | DJC | 4.40 | $225.00 | $990.00 |
| Service | 05/29/2025 | 1105 - Plan & Disclosures: Continue drafting witness list for plan confirmation hearing pursuant to court order modifying schedule (.6); prepare templates for draft responses to Computershare's interrogatories and document requests (.5) | DTF | 1.10 | $250.00 | $275.00 |
| Service | 05/29/2025 | 1106 - Misc Motions & Court Hearings: Review and cite check motion for reconsideration | DJC | 1.80 | $225.00 | $405.00 |
| Service | 05/29/2025 | 1105 - Plan & Disclosures: Continue research re absolute priority rule | DJC | 1.30 | $225.00 | $292.50 |
| Service | 05/29/2025 | 1106 - Misc Motions & Court Hearings: final review/edits of motion for reconsideration on WL bonus order | MPR | 0.70 | $795.00 | $556.50 |
| Service | 05/29/2025 | 1105 - Plan & Disclosures: review plan discovery from lenders, and prep of related email to client team (.6); client team status/strategy zoom mtg (1.3); prep of email to J. Cordova, D. Friedland, W. Pederson w/checklist of tasks to be done (.1); teams mtg w/D. Friedland and W. Pederson re status/ strategy (.2); further emails w/client and White Lodging reps, and w/F. DiCastri re lender doc request and interrog compliance (.3); | MPR | 2.50 | $795.00 | $1,987.50 |
| Service | 05/30/2025 | 1105 - Plan & Disclosures: Research re new value exception to absolute priority rule in 7th cir. | DJC | 7.30 | $225.00 | $1,642.50 |
| Service | 05/30/2025 | 1105 - Plan & Disclosures: Review court order re plan status conf and related emails w/client team and F. DiCastri (.3); zoom mtg w/J. Jaeger and C. Hutson re status of appraisal (.3); work on plan witness and testimony summary pleading (.6) | MPR | 1.20 | $795.00 | $954.00 |
| Service | 05/30/2025 | 1106 - Misc Motions & Court Hearings: emails w/A. Daleo re doc prodn deficiencies in connection with claims objections (.2); review WL objection to motion for partial summary judgment on claims objections (.4) | MPR | 0.60 | $795.00 | $477.00 |

| Service | 05/30/2025 | 1108 - Employment, Billing & Compensation: Continue preparing second supplemental application to employ Sikich LLC as accountants for Debtor and declaration in support of same (.3); prepare email to Jennifer Cordova forwarding same for her review and approval to move forward and follow up email exchange with J. Cordova to further revise and finalize same to send to Sikich (.2). | EMR | 0.50 | $495.00 | $247.50 |
|---|---|---|---|---|---|---|
| Service | 05/30/2025 | 1105 - Plan & Disclosures: Review Docket Text order setting dates and deadlines related to plan confirmation. | EMR | 0.20 | $495.00 | $99.00 |
| | | | | **Quantity Subtotal** | | 158.4 |
| | | | | **Services Subtotal** | | $67,644.00 |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 04/10/2025 | Copy Expense: Stretto printing/copying expense: Order Approving Amended Disclosure Statement (Doc 495), Amended Disclosure Statement of Ch 11 Plan of Reorganization (Doc 503), Amended Ch 11 Plan of Reorganization (Doc 504), Class 1 Ballot, Class 5 Ballot, Class 6 Ballot, Class 7 Ballot, and Class 8 Ballot | 9,870.00 | $0.15 | $1,480.50 |
| Expense | 04/10/2025 | Postage Expense: Stretto postage expense: Order Approving Amended Disclosure Statement (Doc 495), Amended Disclosure Statement of Ch 11 Plan of Reorganization (Doc 503), Amended Ch 11 Plan of Reorganization (Doc 504), Class 1 Ballot, Class 5 Ballot, Class 6 Ballot, Class 7 Ballot, and Class 8 Ballot | 1.00 | $422.50 | $422.50 |
| Expense | 04/11/2025 | Copy Expense: Stretto printing/copying expense: First Interim Fee Application of LW Hospitality Advisors (Doc 510), and Notice of First Interim Fee Application of LW Hospitality Advisors (Doc 511) | 3,885.00 | $0.15 | $582.75 |
| Expense | 04/11/2025 | Postage Expense: Stretto postage expense: First Interim Fee Application of LW Hospitality Advisors (Doc 510), and Notice of First Interim Fee Application of LW Hospitality Advisors (Doc 511) | 1.00 | $252.15 | $252.15 |
| Expense | 05/07/2025 | Deposition Transcript Fees: For The Record deposition of Vikram Kapoor via FTR's Zoom Videoconference | 1.00 | $556.00 | $556.00 |
| Expense | 05/07/2025 | Deposition Transcript Fees: U.S. Legal Support: | 1.00 | $452.60 | $452.60 |

| | |
|---|---|
| Video deposition of Deborah Friedland and certified copy of transcript | |
| **Expenses Subtotal** | **$3,746.50** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Eliza Reyes | Associate | 7.0 | $495.00 | $3,465.00 |
| Michael Richman | Partner | 46.7 | $795.00 | $37,126.50 |
| James Soo | Associate | 29.9 | $325.00 | $9,717.50 |
| Dian Cai | Law Clerk | 54.6 | $225.00 | $12,285.00 |
| David Fowle | Paralegal | 20.2 | $250.00 | $5,050.00 |
| | | | **Quantity Total** | **158.4** |
| | | | **Subtotal** | **$71,390.50** |
| | | | **Total** | **$71,390.50** |

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:** Mail to 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
**Credit Card Payments:** Via CLIOPay at www.RandR.law (or attached link)
**Wire Instructions:** Account Name: Richman & Richman LLC (General Checking)
Account Address: 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
Bank Name and Address: BMO Harris Bank
ABA: 071025661  SWIFT Code HATRUS44   Acct No. 4838178298