So Ordered.

Dated: June 11, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | June 10, 2025 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 24-21743-gmh |
| DEBTOR: | Wisconsin & Milwaukee Hotel LLC |
| APPEARANCES: | Michael Richman and Eliza Reyes, appearing for the debtor |
| | Frank DiCastri and Sara McNamara, appearing for Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC |
| | Amy Daleo, appearing for White Lodging Services Corporation |
| | L. Katie Mason and Benjamin Gilbert, appearing on behalf of Marriott International |
| | Dillion Ambrose, appearing for the United States trustee |
| HEARING: | Status hearing |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court held a status hearing in this chapter 11 case. A recording of the hearing has been posted to the docket.

Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC (the Lenders) filed a motion for relief from the automatic stay and the court conducted a preliminary hearing on the motion. The Lenders agreed that there is a reasonable likelihood that the debtor will prevail on the motion at the final hearing and, as a result, the court so found for purposes of §362(e)(1). The stay is therefore continued until the final hearing on the motion for relief from the automatic stay. The parties consented to hold the final hearing on the motion for relief from the automatic stay at the end of the confirmation hearing, scheduled for July 21, 2025, through July 25, 2025.

The court addressed the June 27, 2025 evidentiary hearing on White Lodging Services Corporation's motion for allowance of an administrative expense claim, ECF No. 432, and the debtor's motion to reconsider the court's May 15, 2025 order granting in part White Lodging Services Corporation's motion for allowance of an administrative expense claim, ECF No. 563. The debtor agreed that it would amend its chapter 11 plan to provide for the payment of the full amount of the administrative expense claim asserted by White Lodging into escrow upon confirmation of the chapter 11 plan, so that the litigation surrounding the allowance of White Lodging's administrative expense claim can proceed after the July 2025 confirmation hearing. As a result, the court canceled the June 27, 2025 evidentiary hearing on White Lodging's administrative expense claim, and further canceled the deadlines set in the June 3, 2025 order with respect to that evidentiary hearing. The court will set a status hearing on the adjudication of the administrative expense claim after the conclusion of the July 2025 confirmation hearing.

White Lodging and the debtor agreed to stay the adjudication of the debtor's objections to claim numbers 15 and 16 filed by White Lodging. The court will set a status hearing to set additional deadlines for the adjudication of claim numbers 15 and 16 after the conclusion of the July 2025 confirmation hearing.

The debtor is ordered to file a final amended plan by no later than June 27, 2025. This is a final plan amendment deadline, and the debtor is not authorized to file any additional amended plans without further leave of court.

As provided in the court's May 29, 2025 order, the debtor is ordered, on or before July 11, 2025, to file and serve any new or revised management agreement and franchise agreement, with appropriate motions to authorize, assume, or reject those agreements. Except as modified by this order, the terms of the May 29, 2025 order remain in effect.

# # # # #