UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

## DEBTOR'S SUPPLEMENTAL WITNESS LIST

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), by its attorneys Richman & Richman LLC, by Michael P. Richman and Claire Ann Richman, pursuant to the Order Modifying Schedule for Hearing on Confirmation of Chapter 11 Plan [Doc 562], submit the following supplemental witness list identifying an individual with knowledge of the issues to be tried in the confirmation hearings on the Debtor's amended Chapter 11 plan, scheduled to be held from July 21, 2025 to July 25, 2025.

The Debtor may call the following additional witness who will testify as described below:

1. J. Scott Victor, a Founding Partner and Managing Director of SSG Capital Advisors, LLC. Mr. Victor may provide testimony in support of plan confirmation regarding the structuring, preparation, and implementation of an equity rights offering to be made as part of the Debtor's chapter 11 plan, involving existing equity holders and general unsecured creditors.

The Debtor also reserves the right to further amend and supplement this witness list and subjects as may be appropriate on the basis of the disclosures of other parties and subsequent developments.

Dated: June 19, 2025.

**RICHMAN & RICHMAN LLC**
**Attorneys for Wisconsin &**
**Milwaukee Hotel LLC**

By: /s/ *Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 West Washington Avenue,
Suite 850
Madison, WI 53703
Tel: (608) 630-8990
Fax: (608) 630-8991
MRichman@RandR.law
CRichman@RandR.law
EReyes@RandR.law