**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| In re: | |
| | Case No. 24-21743-gmh |
| Wisconsin & Milwaukee Hotel LLC, | Chapter 11 |
| Debtor. | |

**ORDER CONDITIONALLY APPROVING PAYMENT OF
MAY 2025 INVOICE FROM RICHMAN & RICHMAN LLC
PURSUANT TO THE ORDER APPROVING
ALTERNATIVE COMPENSATION PROCEDURES**

On June 10, 2025, Richman & Richman LLC ("**R&R**") filed its monthly invoice for May 2025 [Doc 590] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $54,115.20 in fees and $3,746.50 in expenses, for a total amount of $57,861.70. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####