# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 24-21743-gmh |
| Wisconsin & Milwaukee Hotel LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF NOTICE AND APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY SSG CAPITAL ADVISORS, LLC AS INVESTMENT BANKER [DOC 597]

PLEASE TAKE NOTICE that Wisconsin & Milwaukee Hotel, LLC ("**Debtor**" or "**WMH**") by and through its counsel Richman & Richman LLC, hereby withdraws its Notice and Application of the Debtor for Authority to Retain and Employ SSG Advisors, LLC as Investment Banker ("**Application to Employ**") filed June 18, 2025 as Docket Entry Number 597.

The Application to Employ is being withdrawn because the Debtor no longer seeks the relief requested therein.

*(Signatures Appear on the Following Page)*

Dated: June 23, 2025

                **RICHMAN & RICHMAN LLC**
                **Attorneys for Debtor**

By: */s/ Michael P. Richman*
     Michael P. Richman
     Claire Ann Richman
     Eliza M. Reyes
     122 West Washington Avenue, Suite 850
     Madison, WI 53703
     Tel: (608) 630-8990
     Fax: (608) 630-8991
     mrichman@RandR.law
     crichman@RandR.law
     ereyes@RandR.law

2

Case 24-21743-gmh    Doc 601    Filed 06/23/25    Page 2 of 2