UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**NOTICE OF WITHDRAWAL OF DEBTOR'S
SUPPLEMENTAL WITNESS LIST  [DOC 598]**

PLEASE TAKE NOTICE that Wisconsin & Milwaukee Hotel, LLC ("**Debtor**" or "**WMH**") by and through its counsel Richman & Richman LLC, hereby withdraws Debtor's Supplemental Witness List ("**Supplemental Witness List**") filed June 18, 2025 as Docket Entry Number 598.

The Supplemental Witness List is being withdrawn because the Debtor will no longer call the additional witness named therein.

*(Signatures Appear on the Following Page)*

Dated: June 23, 2025

        **RICHMAN & RICHMAN LLC**
        **Attorneys for Debtor**

By: */s/ Michael P. Richman*
     Michael P. Richman
     Claire Ann Richman
     Eliza M. Reyes
     122 West Washington Avenue, Suite 850
     Madison, WI 53703
     Tel: (608) 630-8990
     Fax: (608) 630-8991
     mrichman@RandR.law
     crichman@RandR.law
     ereyes@RandR.law

2

Case 24-21743-gmh   Doc 602   Filed 06/23/25   Page 2 of 2