UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| Wisconsin & Milwaukee Hotel LLC, | Case No. 24-21743-gmh<br>Chapter 11 |
| Debtor. | |

**ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY SIKICH LLC AS ACCOUNTANTS FOR THE DEBTOR**

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the Notice and Second Supplemental Application of the Debtor for Authority to Retain and Employ Sikich LLC (formerly known as Sikich LLP) as Accountants for the Debtor ("**Second Supplemental Application**") [Doc 580], seeking entry of an order pursuant to Section 327 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy

**Prepared by**:
Eliza M. Reyes
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
ereyes@RandR.law

Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to expand the current scope of the employment of Sikich LLC ("**Sikich**") as its accountants; and the Supplemental Declaration of Gerald J. Schmit ("**Supplemental Declaration**") [Doc 580 - Exhibit A]; and it appearing that Sikich, including the members and staff thereof, is a disinterested person, and that the expansion of the scope of Sikich's employment as the Debtor's accountants is in the best interest of the Debtor's estate and the economical administration thereof; that notice of the Second Supplemental Application was sufficient under the circumstances; no objections or requests for hearing on the Supplemental Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Second Supplemental Application is granted;

2. Wisconsin & Milwaukee Hotel LLC is authorized to expand the scope of the employment of Sikich LLC to include the following additional services, in connection with the above-captioned chapter 11 case:

   a. On a quarterly basis, compile the operating and ownership trial balances, bank reconciliation, depreciation reports and other documents pertaining to the consolidation of the Hotel's financial statements into one financial statement; and

   b. Analyze the compiled financial statement for inconsistencies and advise the Debtor on any potential issues with same.

3. Until final approval of Sikich's fees and expenses, any payment to Sikich shall remain subject to recoupment and disgorgement; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####