

The debtors last filed for approval of 120-day interim compensation on February 19, 2025, for the period ending December 31, 2024. As a result, they are not in compliance with the order governing alternative compensation procedures. ECF No. 147. This is the second noncompliance. See ECF No. 391. Under these circumstances, the court will not approve monthly fees.

**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.**
**SIGNED June 24, 2025**

G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC

Case No. 24-21743-gmh

Chapter 11

Debtor.

## ORDER CONDITIONALLY APPROVING PAYMENT OF MAY 2025 INVOICE FROM RICHMAN & RICHMAN LLC PURSUANT TO THE ORDER APPROVING ALTERNATIVE COMPENSATION PROCEDURES

On June 10, 2025, Richman & Richman LLC ("**R&R**") filed its monthly invoice for May 2025 [Doc 590] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $54,115.20 in fees and $3,746.50 in expenses, for a total amount of $57,861.70. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####