So Ordered.

Dated: June 25, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## ORDER GRANTING SECOND SUPPLEMENTAL APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY SIKICH LLC AS ACCOUNTANTS FOR THE DEBTOR

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), filed the Notice and Second Supplemental Application of the Debtor for Authority to Retain and Employ Sikich LLC as Accountants for the Debtor ("**Second Supplemental Application**") [Doc 580], seeking entry of an order pursuant to Section 327 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to expand the current scope of the employment of Sikich LLC ("**Sikich**") as its accountants. Based on the court's review of the supplemental application and the Supplemental Declaration of Gerald J. Schmit ("**Supplemental Declaration**") [Doc 580 - Exhibit A], it appears that Sikich, including the members and staff thereof, is a disinterested person, and that the expansion of the scope of Sikich's employment as the Debtor's accountants is in the best interest of the Debtor's estate and the economical administration thereof. Accordingly,

IT IS HEREBY ORDERED, that:

1. The Second Supplemental Application is approved as provided in this order.

2. Wisconsin & Milwaukee Hotel LLC is authorized to expand the scope of the employment of Sikich LLC to include the following additional services in connection with the above-captioned chapter 11 case:

    a. On a quarterly basis, compile the operating and ownership trial balances, bank reconciliation, depreciation reports and other documents pertaining to the consolidation of the Hotel's financial statements into one financial statement; and

    b. Analyze the compiled financial statement for inconsistencies and advise the Debtor on any potential issues with same.

#####