UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

          Debtor.

Case No. 24-21743-gmh

Chapter 11

# AMENDED THIRD INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS BY PROFESSIONAL: EISNER ADVISORY GROUP LLC FINANCIAL ADVISOR FOR DEBTOR

NOW COMES EA Advisory Group LLC ("**EA Group**" or "**Applicant**") and pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016, submits this Amended Third Interim Application for Allowance of Fees and Costs by Professional: EISNER ADVISORY GROUP LLC Financial Advisor for the Debtor (the "**Application**"), and in support thereof states as follows:

**Jurisdiction and Background**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330, 503(b), 507(a)(1), and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

3. On April 9, 2024, Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**WMH**" or "**Debtor**"), filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("**Petition Date**").

4. The Debtor retained Applicant as financial advisor to aid them in the advancement of this case. On May 31, 2024, the Debtor filed the Notice and Application of the Debtor for Authority to Retain and Employ Eisner Advisor Group LLC as Financial Advisor ("**EA Group Employment Application**") [Doc 137].

5. On June 20, 2024, the Court signed and entered the Order Authorizing the Debtor to Retain and Employ Eisner Advisory Group LLC as Financial Advisor ("**EA Group Retention Order**") [Doc 162]. Pursuant to the EA Group Retention Order, Applicant's effective date of employment as financial advisor for the Debtor was May 31, 2024.

6. Pursuant to the EA Group Retention Order, Applicant is to be reasonably compensated for its services, on an hourly basis, and is to be reimbursed for actual and necessary out-of-pocket expenses, pursuant to 11 U.S.C. §§ 328(a), 330, and 331.

**Previous Fee Application**

7. On October 24, 2024, EA Group filed its Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC Financial Advisor for Debtor, seeking approval and payment in the aggregate total amount of $121,697.49, representing $120,695.00 in fees for services rendered to the Debtor, and reasonable and necessary costs incurred in the amount of $1,002.49 ("First Interim Fee Application") [Doc 281].

8. On November 18, 2024, pursuant to the Order Approving Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC Financial Advisor for Debtor, the Court conditionally approved the First Interim Fee Application ("Order") [Doc 316].

9. The Order was effective on December 17, 2024, and Eisner Advisory Group LLC subsequently received payment from the Debtor in the amount of $121,697.49 representing $120,695.00 in fees, plus $1,002.49 in reasonable and necessary expenses.

10. On March 17, 2025, EA Group filed its Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC Financial Advisor for Debtor, seeking approval and payment in the aggregate total amount of $131,919.08, representing $130,575.00 in fees for services rendered to the Debtor, and reasonable and necessary costs incurred in the amount of $1,344.08 ("Second Interim Fee Application") [Doc 418].

11. On March 18, 2025, pursuant to the Order Approving Interim Application for Allowance of Fees and Costs by Professional: Eisner Advisory Group LLC Financial Advisor for Debtor, the Court conditionally approved the First Interim Fee Application ("Order") [Doc 452].

12. The Order was effective on March 21, 2025, and Eisner Advisory Group LLC subsequently received payment from the Debtor in the amount of $131,919.08 representing $130,575.00 in fees, plus $1,344.08 in reasonable and necessary expenses.

**Fee Period Request**

13. This Application contemplates fees accrued and costs incurred during the time period from February 1, 2025 to May 31, 2025 (the "**Fee Period**").

14. The blended hourly rate of financial advisors of the Applicant was $577.58 per hour during the Fee Period.

15. During the Fee Period, Financial Advisors of the Applicant expended 405.6 hours on this case. Based upon the hourly rates stated above and the time expended by Applicant, the value of the services rendered by Applicant during the Fee Period was $234,265.00. In addition, reasonable and necessary costs of $36.40 were incurred, for an aggregate total of $234,301.40 earned by Applicant during the Fee Period.

16. During the Fee Period, Applicant assisted the Debtor with monthly operating and financial reports, balance sheets, financial information needed for filings with the Court, financial analysis in connection with the continuing operations of the Debtor and worked on other financials aspects of the reorganization as needed. Detailed time records of the Fee Period are attached as **Exhibit A** to this Application.

### Third Interim Approval of Fees

17. This is the third interim application for approval of compensation, and Applicant has and will continue to perform additional necessary services subsequent to May 31, 2025, for which Applicant will file subsequent fee applications.

18. Applicant is experienced in the matters for which it was employed. Applicant's hourly rates are in conformity with the rates charged by similarly situated professionals.

19. Under the standards enumerated above, the reasonable value of the services rendered by Applicant as financial advisor for the Debtor throughout this entire case, including the Fee Period, is $234,301.40, representing $234,265.00 in professional fees plus $36.40 of costs and disbursements.

### Payment of Compensation Awarded

20. Applicant requests that the Court direct that Applicant is owed the total amount of $234,081.40 as an administrative priority claim pursuant to 11 U.S.C. § 503(b), which amount constitutes the total fees and costs requested hereunder.

21. Applicant has not received a retainer in this case.

22. Applicant provided an itemization of the fees and costs to Debtor, and Debtor have no objection to said fees and costs.

23. All services for which compensation is requested by Applicant were performed for, or on behalf of the Debtor, and not on behalf of any committee, creditor, or other person.

24. There is no agreement or understanding between the Debtor and any other person, other than principals of Applicant, for the sharing of compensation to be received for services rendered in this case.

25. Applicant certifies that it has generally complied with the guidelines set forth by the United States Trustee concerning fee applications.

WHEREFORE, Applicant prays that the Court enter an Order as follows:

A. Approving, as final, Applicant's compensation for the Fee Period under the provisions of 11 U.S.C. § 330 in the amount of $234,301.40, representing $234,265.00 in professional fees plus $36.40 in reasonable and necessary costs.

B. Determining that $234,301.40 is due and owing to the Applicant as an administrative priority claim pursuant to 11 U.S.C. § 503(b), which represents the total award hereunder.

C. For any other relief the Court deems just and appropriate.

Dated this 26th day of June 2025.  **Eisner Advisory Group LLC**
**Financial Advisor for the Debtor**

By: */s/* Deborah Friedland
Deborah Friedland, ISHC
One Logan Square,
130 North 18th Street Suite 3000
Philadelphia, PA 19103

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

        Case No. 24-21743-gmh

Wisconsin & Milwaukee Hotel LLC,

      Debtor.      Chapter 11

**EXHIBIT A**
**BILLING DETAILS FOR FEE PERIOD REQUEST**

Attached hereto is a detailed summary of the professional fees and costs incurred in this matter during the time period from February 1, 2025, through May 31, 2025 (the "**Fee Period**").

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Amanda Sarwan-Jones | 2/3/2025 | Work on Fee Application. | $ 220.00 | 1.0 | $ 220.00 |
| Deborah Friedland | 2/3/2025 | Read term sheet and disclosure statement Update models for changes to term sheet. | 750.00 | 2.4 | 1,800.00 |
| Deborah Friedland | 2/3/2025 | Update financial models. | 750.00 | 1.6 | 1,200.00 |
| Deborah Friedland | 2/3/2025 | Update and format exhibits and projections. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/3/2025 | Call with W. Pederson, EA to discuss models. | 750.00 | 0.8 | 600.00 |
| William Pederson | 2/3/2025 | Review of WL motion to pay bonuses including exhibits. | 650.00 | 0.4 | 260.00 |
| William Pederson | 2/3/2025 | Review of draft Disclosure Statement and proposed payments under the Plan. | 650.00 | 0.9 | 585.00 |
| William Pederson | 2/3/2025 | Review of draft Forecast. | 650.00 | 1.1 | 715.00 |
| William Pederson | 2/3/2025 | Call with D. Friedland, EA regarding case update and revised forecast. | 650.00 | 0.3 | 195.00 |
| William Pederson | 2/3/2025 | Follow-up call with D. Friedland, EA regarding Forecast. | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 2/4/2025 | Call with client group. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 2/4/2025 | Edit time entries for detail and conformity. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 2/4/2025 | Call with J. Codorva, Debtor regarding financial projections. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 2/4/2025 | Call with W. Pederson, EA. | 750.00 | 0.8 | 600.00 |
| William Pederson | 2/4/2025 | Develop preference analysis for use in Disclosure Statement. | 650.00 | 2.4 | 1,560.00 |
| William Pederson | 2/4/2025 | Review/revise/edit draft Plan and Disclosure Statement and exhibits, prepare for upcoming filing. | 650.00 | 1.9 | 1,235.00 |
| William Pederson | 2/4/2025 | Call with J. Cordova, Debtor and D. Friedland, EA regarding updates to forecast and Disclosure Statement. | 650.00 | 0.7 | 455.00 |
| William Pederson | 2/4/2025 | Call with M. Richman, counsel and Debtor staff regarding case update. | 650.00 | 0.3 | 195.00 |
| Amanda Sarwan-Jones | 2/5/2025 | Work on the time. | 220.00 | 1.0 | 220.00 |
| Deborah Friedland | 2/5/2025 | Prepare historical financial exhibit for disclosure statement. | 750.00 | 2.2 | 1,650.00 |
| Deborah Friedland | 2/5/2025 | Revise models per revised terms. | 750.00 | 1.4 | 1,050.00 |
| William Pederson | 2/5/2025 | Review/revise draft Plan and Disclosure Statement and exhibits. | 650.00 | 2.9 | 1,885.00 |
| William Pederson | 2/5/2025 | Update/revise preference analysis for use in Disclosure Statement. | 650.00 | 0.8 | 520.00 |
| Deborah Friedland | 2/6/2025 | Read draft disclaimer statement and plan disclosure documents. | 750.00 | 1.4 | 1,050.00 |
| Deborah Friedland | 2/6/2025 | Respond to client inquiries. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 2/6/2025 | Update financial models. | 750.00 | 2.6 | 1,950.00 |
| Deborah Friedland | 2/6/2025 | Call with J. Cordova, Debtor to discuss models. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 2/6/2025 | Call with E. Reyes, counsel to discuss exhibits for disclosure statement. | 750.00 | 0.6 | 450.00 |
| William Pederson | 2/6/2025 | Develop contract assumption cure analysis and provide to counsel. | 650.00 | 0.8 | 520.00 |
| William Pederson | 2/6/2025 | Call with D. Friedland, EA regarding forecast revisions. | 650.00 | 0.5 | 325.00 |
| William Pederson | 2/6/2025 | Call with J. Cordova, Debtor and D. Friedland, EA with M. Richman and E. Reyes, counsel regarding Plan and Disclosure Statement. | 650.00 | 0.7 | 455.00 |
| Deborah Friedland | 2/7/2025 | Read disclosure statement and plan documents. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/7/2025 | Update models for changes. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/7/2025 | Review disclosure statement and exhibits. | 750.00 | 1.5 | 1,125.00 |
| Deborah Friedland | 2/7/2025 | Prepare and review fee application. | 750.00 | 0.2 | 150.00 |
| William Pederson | 2/7/2025 | Review drafts/edits of Debtor's Plan and Disclosure Statement (and exhibits) and provide comments to counsel. | 650.00 | 4.7 | 3,055.00 |
| Deborah Friedland | 2/10/2025 | Review claims for accuracy and methodology. | 750.00 | 1.8 | 1,350.00 |
| Deborah Friedland | 2/10/2025 | Assist with developing and providing response to counsel regarding Management Agreement. | 750.00 | 1.4 | 1,050.00 |
| William Pederson | 2/10/2025 | Develop and provide response to counsel regarding Management Agreement. | 650.00 | 3.3 | 2,145.00 |
| William Pederson | 2/10/2025 | Call with J. Cordova, Debtor and D. Freidland, EA regarding Guaranty Management Fee. | 650.00 | 1.4 | 910.00 |
| Deborah Friedland | 2/11/2025 | Prepare fee schedules. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/11/2025 | Prepare analysis for response to management budget. | 750.00 | 1.2 | 900.00 |
| William Pederson | 2/11/2025 | Weekly call with M. Richman, counsel and Debtors. | 650.00 | 0.5 | 325.00 |
| Amanda Sarwan-Jones | 2/12/2025 | Work on the Second Interim Fee Application. | 220.00 | 2.2 | 484.00 |
| Deborah Friedland | 2/12/2025 | Prepare 6-month cashflow estimates. | 750.00 | 2.2 | 1,650.00 |
| Deborah Friedland | 2/12/2025 | Review Monthly financials. | 750.00 | 0.5 | 375.00 |
| Deborah Friedland | 2/12/2025 | Review and update fee application. | 750.00 | 0.2 | 150.00 |
| Richard DePiano | 2/12/2025 | Analyze documents. | 300.00 | 1.1 | 330.00 |
| Amanda Sarwan-Jones | 2/13/2025 | Edit the Fee App. | 220.00 | 0.3 | 66.00 |
| Deborah Friedland | 2/13/2025 | Update and Revise cash collateral budget and support. | 750.00 | 2.1 | 1,575.00 |
| Richard DePiano | 2/13/2025 | Analyze documents. | 300.00 | 0.5 | 150.00 |
| William Pederson | 2/13/2025 | Review of draft fee application. | 650.00 | 0.3 | 195.00 |
| William Pederson | 2/13/2025 | Review of 2025 monthly cash budget. | 650.00 | 1.3 | 845.00 |
| William Pederson | 2/13/2025 | Call with D. Friedland, EA regarding 2025 monthly budget for cash collateral order. | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 2/14/2025 | Update cash collateral budget and support. | 750.00 | 0.8 | 600.00 |
| Shaquan Williams | 2/14/2025 | Reviewing Supporting documents received for Jan MOR. | 400.00 | 2.1 | 840.00 |
| Deborah Friedland | 2/17/2025 | January MOR preparation. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 2/17/2025 | Review January financials, compare to budget, and same time last. year. | 750.00 | 0.8 | 600.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Deborah Friedland | 2/17/2025 | Research WARN act issues. | 750.00 | 1.0 | 750.00 |
| Deborah Friedland | 2/17/2025 | Fee application preparation. | 750.00 | 0.2 | 150.00 |
| Deborah Friedland | 2/17/2025 | Call with management discuss monthly financial results. | 750.00 | 1.2 | 900.00 |
| William Pederson | 2/17/2025 | Call with D. Friedland, EA regarding UST response to questions. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 2/18/2025 | Preparation of work plan. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/18/2025 | Prepare allocations for management. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 2/18/2025 | Respond to UST inquiries. | 750.00 | 0.8 | 600.00 |
| Shaquan Williams | 2/18/2025 | Reviewing and drafting Supporting documentation received for Jan 2025 MOR. | 400.00 | 4.3 | 1,720.00 |
| Deborah Friedland | 2/19/2025 | Assist with preparation of January MORs. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 2/19/2025 | Read information provided by management. | 750.00 | 1.1 | 825.00 |
| Shaquan Williams | 2/19/2025 | Reviewing and drafting Supporting documentation received for Jan 2025 MOR. | 400.00 | 3.6 | 1,440.00 |
| William Pederson | 2/19/2025 | Review/revise UST response. | 650.00 | 0.6 | 390.00 |
| William Pederson | 2/19/2025 | Call with D. Friedland and S. Williams, EA regarding MOR and UST response. | 650.00 | 0.2 | 130.00 |
| Amanda Sarwan-Jones | 2/20/2025 | Work on filing second interim fee application changes. | 220.00 | 1.0 | 220.00 |
| Deborah Friedland | 2/20/2025 | Call with client group. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 2/20/2025 | Assist counsel with hearing preparation. | 750.00 | 1.4 | 1,050.00 |
| Deborah Friedland | 2/20/2025 | Communications with attorney. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 2/20/2025 | Review and respond to collateral motion. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/20/2025 | Prepare fee application. | 750.00 | 0.2 | 150.00 |
| Deborah Friedland | 2/20/2025 | Call with J. Cordova, Debtor and W. Pederson, EA regarding Employee bonuses. | 750.00 | 0.4 | 300.00 |
| Shaquan Williams | 2/20/2025 | Reviewing and drafting Supporting documentation received for Jan 2025 MOR. | 400.00 | 2.1 | 840.00 |
| William Pederson | 2/20/2025 | Review of WL bonus payments for upcoming hearing. | 650.00 | 1.4 | 910.00 |
| William Pederson | 2/20/2025 | Call with J. Cordova, Debtor and D. Friedland, EA regarding Employee bonuses. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 2/21/2025 | Correspondence with client to address questions. | 750.00 | 0.2 | 150.00 |
| Deborah Friedland | 2/21/2025 | Prepare management company proposal. | 750.00 | 1.6 | 1,200.00 |
| Shaquan Williams | 2/21/2025 | Finalizing Supporting documentation and MOR's Jan 2025 MOR. | 400.00 | 2.3 | 920.00 |
| William Pederson | 2/21/2025 | Review of January MOR. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 2/24/2025 | Call with M. Richman, counsel and W. Pederson, EA regarding WL claim analysis report. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 2/24/2025 | Preparation of expert report. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 2/24/2025 | Prepare draft RFP for management companies per client request. | 750.00 | 0.8 | 600.00 |
| Richard DePiano | 2/24/2025 | Conduct research. Prepare expert report. | 300.00 | 4.2 | 1,260.00 |
| William Pederson | 2/24/2025 | Call with M. Richman, counsel and D. Friedland, EA regarding WL claim analysis report. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 2/24/2025 | Call with M. Richman, counsel and W. Pederson, EA regarding WL claim analysis report. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 2/25/2025 | Prepare expert report. | 750.00 | 4.2 | 3,150.00 |
| Richard DePiano | 2/25/2025 | Conduct research. Analyze documents.Prepare expert report. | 300.00 | 6.0 | 1,800.00 |
| William Pederson | 2/25/2025 | Call with D. Friedland and R. DePiano, EA regarding WL claim expert report. | 650.00 | 0.9 | 585.00 |
| Deborah Friedland | 2/26/2025 | Prepare Expert report. | 750.00 | 4.2 | 3,150.00 |
| Deborah Friedland | 2/26/2025 | Prepare adequate protection payment calculations. | 750.00 | 1.2 | 900.00 |
| Richard DePiano | 2/26/2025 | Conduct research. Analyze documents. Prepare expert report. Teleconference with counsel. | 300.00 | 6.3 | 1,890.00 |
| William Pederson | 2/26/2025 | Review of draft WL claim expert report and exhibits. | 650.00 | 3.1 | 2,015.00 |
| William Pederson | 2/26/2025 | Call with J. Cordova, Debtor, D. Friedland and R. DePiano, EA regarding WL Management Agreement claims. | 650.00 | 0.5 | 325.00 |
| William Pederson | 2/26/2025 | Call with R. DePiano, EA regarding report draft. | 650.00 | 1.1 | 715.00 |
| William Pederson | 2/26/2025 | Call with M. Richman, counsel, J. Cordova, Debtor, D. Friedland and RJ DePiano, EA regarding WL claim expert report. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 2/27/2025 | Prepare expert report and exhibits. | 750.00 | 2.2 | 1,650.00 |
| Deborah Friedland | 2/27/2025 | Calls with W. Pederson and R. DePiano, EA regarding WL Claim expert report draft. | 750.00 | 2.4 | 1,800.00 |
| Richard DePiano | 2/27/2025 | Conduct research. Analyze documents.Prepare expert report. | 300.00 | 7.5 | 2,250.00 |
| William Pederson | 2/27/2025 | Review of draft WL claim expert report and exhibits. | 650.00 | 2.1 | 1,365.00 |
| William Pederson | 2/27/2025 | Call with D. Friedland and R. DePiano, EA regarding WL Claim expert report draft. | 650.00 | 1.8 | 1,170.00 |
| William Pederson | 2/27/2025 | Call with D. Friedland and R. DePiano, EA and J. Cordova, Debtor regarding draft claim analysis expert report. | 650.00 | 0.6 | 390.00 |
| William Pederson | 2/27/2025 | Weekly call with counsel and Debtor. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 2/28/2025 | Calls with W. Pederson and R. DePiano, EA regarding WL claim expert report. | 750.00 | 2.7 | 2,025.00 |

Wisconsin and Milwaukee Hotel LLC
February 1, 2025 through May 31, 2025
Professional Schedule of Time by Date Order

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Richard DePiano | 2/28/2025 | Conduct research. Analyze documents. Prepare expert report. Conduct quality control procedures. | 300.00 | 3.8 | 1,140.00 |
| William Pederson | 2/28/2025 | Review of draft WL claim expert report and exhibits. | 650.00 | 1.6 | 1,040.00 |
| William Pederson | 2/28/2025 | Call with R. DePiano and A. Sarwan-Jones, EA regarding draft report | 650.00 | 0.5 | 325.00 |
| William Pederson | 2/28/2025 | Calls with D. Friedland and R. DePiano, EA regarding WL claim expert report. | 650.00 | 2.7 | 1,755.00 |
| Deborah Friedland | 3/4/2025 | Read appraisal and prepare comparison. | 750.00 | 1.4 | 1,050.00 |
| Deborah Friedland | 3/5/2025 | Review request for bonus reimbursement and analysis. | 750.00 | 0.8 | 600.00 |
| William Pederson | 3/5/2025 | Call with D. Friedland, EA regarding case update and administrative fees. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 3/6/2025 | Weekly call with counsel and Debtor. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 3/6/2025 | Prepare Variance analysis between 2024 Budget and Bonus Claims. | 750.00 | 1.2 | 900.00 |
| William Pederson | 3/6/2025 | Weekly call with counsel and Debtor. | 650.00 | 0.6 | 390.00 |
| Richard DePiano | 3/7/2025 | Analyze documents. | 300.00 | 1.3 | 390.00 |
| Deborah Friedland | 3/10/2025 | Call with E. Reyes, Counsel, J. Cordova, Debtor and W. Pederson, EA regarding open items. | 750.00 | 0.3 | 225.00 |
| William Pederson | 3/10/2025 | Call with E. Reyes, Counsel, J. Cordova, Debtor and D. Friedland, EA regarding open items. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 3/11/2025 | Review February Financials and prepare items for monthly call. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 3/12/2025 | Preparation of February MORs. | 750.00 | 0.4 | 300.00 |
| Shaquan Williams | 3/12/2025 | Review supporting documentation received for MOR's. | 400.00 | 3.3 | 1,320.00 |
| Deborah Friedland | 3/13/2025 | Follow up with management for requested information. | 750.00 | 0.2 | 150.00 |
| Richard DePiano | 3/13/2025 | Case update. | 300.00 | 0.8 | 240.00 |
| Shaquan Williams | 3/13/2025 | Reviewing supporting documentation received for MOR's. | 400.00 | 1.6 | 640.00 |
| William Pederson | 3/14/2025 | Call with R. DePiano, EA regarding Forecast update. | 650.00 | 0.3 | 195.00 |
| Shaquan Williams | 3/17/2025 | Drafting Feb 2025 MOR's. | 400.00 | 4.7 | 1,880.00 |
| Shaquan Williams | 3/18/2025 | Drafting Feb 2025 MOR's. | 400.00 | 4.3 | 1,720.00 |
| Deborah Friedland | 3/20/2025 | Call with W. Pederson, EA regarding Insider pmts, Forecast and Budget. | 750.00 | 0.9 | 675.00 |
| Deborah Friedland | 3/20/2025 | Prepare appraisal comparison table. | 750.00 | 1.6 | 1,200.00 |
| Deborah Friedland | 3/20/2025 | Prepare responses regarding Lender Inquiries. | 750.00 | 1.2 | 900.00 |
| William Pederson | 3/20/2025 | Review of documents regarding 90 day and one-year disbursements. | 650.00 | 0.3 | 195.00 |
| William Pederson | 3/20/2025 | Call with D. Friedland, EA regarding Insider pmts, Forecast and Budget. | 650.00 | 0.9 | 585.00 |
| Deborah Friedland | 3/21/2025 | Respond to Lender Inquiries. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 3/21/2025 | Call with J. Cordova, Debtor and W. Pederson, EA regarding Plan and Disclosure Statement edits. | 750.00 | 1.0 | 750.00 |
| William Pederson | 3/21/2025 | Call with J. Cordova, Debtor and D. Friedland, EA regarding Plan and Disclosure Statement edits. | 650.00 | 1.0 | 650.00 |
| Richard DePiano | 3/24/2025 | Analyze documents. | 300.00 | 0.5 | 150.00 |
| Shaquan Williams | 3/24/2025 | Reviewing and editing changes for Feb 25 MOR. | 400.00 | 0.8 | 320.00 |
| Deborah Friedland | 3/27/2025 | Weekly call with Debtor, M. Richman, Counsel, and W. Pederson, EA regarding case update. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 3/27/2025 | Prepare responses to lender inquiries. | 750.00 | 1.2 | 900.00 |
| William Pederson | 3/27/2025 | Review of Adequate Protection analysis and provide comments. | 650.00 | 0.3 | 195.00 |
| William Pederson | 3/27/2025 | Weekly call with Debtor, M. Richman, Counsel, and D. Friedland, EA regarding case update. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 3/28/2025 | Adequate protection payment calculation. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 3/31/2025 | Prepare comments on management term sheet. | 750.00 | 0.8 | 600.00 |
| William Pederson | 3/31/2025 | Review of term sheet comments. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 4/1/2025 | Call with R. DePiano and W. Pederson, EA regarding 5 year forecast update. | 750.00 | 0.5 | 375.00 |
| Richard DePiano | 4/1/2025 | Call with D. Friendland and W. Pederson, EA regarding 5 year forecast update. | 300.00 | 0.5 | 150.00 |
| William Pederson | 4/1/2025 | Cal with D. Friedland and R. DePiano, EA regarding 5 year forecast | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 4/2/2025 | Call with J. Maldonado and W. Pederson, EA. | 750.00 | 0.5 | 375.00 |
| Deborah Friedland | 4/2/2025 | Call with W. Pederson and R. DePiano, EA regarding claims. | 750.00 | 1.0 | 750.00 |
| Deborah Friedland | 4/2/2025 | Call with M. Richman, Counsel and W. Pederson, EA regarding cure | 750.00 | 0.4 | 300.00 |
| Richard DePiano | 4/2/2025 | Analyze documents. | 300.00 | 2.4 | 720.00 |
| William Pederson | 4/2/2025 | Call with D. Friedland and R. DePiano, EA regarding claims. | 650.00 | 1.0 | 650.00 |
| William Pederson | 4/2/2025 | Call with J. Cordova, Debtor and D. Friedland, EA regarding Admin fees. | 650.00 | 0.5 | 325.00 |
| William Pederson | 4/2/2025 | Call with M. Richman, Counsel and D. Friedland, EA regarding cure | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 4/3/2025 | Weekly call with counsel and Debtor. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 4/3/2025 | Update financial models. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 4/3/2025 | Discussion with industry leaders regarding terms and conditions on contracts. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 4/3/2025 | Call with J. Cordova, Debtor and W. Pederson, EA regarding Asset management fee. | 750.00 | 0.2 | 150.00 |
| William Pederson | 4/3/2025 | Update 5 year Forecast. | 650.00 | 1.2 | 780.00 |
| William Pederson | 4/3/2025 | Call with J. Cordova, Debtor and D. Friedland, EA regarding Asset management fee. | 650.00 | 0.2 | 130.00 |

**Wisconsin and Milwaukee Hotel LLC**
**February 1, 2025 through May 31, 2025**
**Professional Schedule of Time by Date Order**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 4/3/2025 | Call with E. Reyes, Counsel and D. Friedland, EA regarding claims. | 650.00 | 0.3 | 195.00 |
| William Pederson | 4/3/2025 | Weekly call with counsel and Debtor. | 650.00 | 0.6 | 390.00 |
| Deborah Friedland | 4/4/2025 | Read rebuttal report of V. Kapoor. | 750.00 | 1.4 | 1,050.00 |
| Deborah Friedland | 4/4/2025 | Update/revise amended Disclosure Stmt and exhibits for filing. | 750.00 | 2.4 | 1,800.00 |
| William Pederson | 4/4/2025 | Update/revise amended Disclosure Stmt and exhibits for filing. | 650.00 | 3.1 | 2,015.00 |
| William Pederson | 4/4/2025 | Calls with counsel regarding revisions/edits to amended Disclosure Statement. | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 4/7/2025 | Preparation of reply report. | 750.00 | 2.2 | 1,650.00 |
| Richard DePiano | 4/7/2025 | Case update. Analyze documents. | 300.00 | 2.3 | 690.00 |
| William Pederson | 4/7/2025 | Call with D. Freidland and R. DePiano, EA regarding Response to rebuttal report. | 650.00 | 0.5 | 325.00 |
| William Pederson | 4/7/2025 | Call with D. Friedland, EA regarding Rebuttal Report of V. Kapoor. | 650.00 | 0.6 | 390.00 |
| Hubert Klein | 4/8/2025 | Call with W. Pederson and D. Friedland, EA on expert repot rebuttal positions. | 700.00 | 1.2 | 840.00 |
| Richard DePiano | 4/8/2025 | Case update. Analyze documents. | 300.00 | 3.8 | 1,140.00 |
| William Pederson | 4/8/2025 | Develop analysis regarding PV of annual payments under option 1B. | 650.00 | 1.6 | 1,040.00 |
| William Pederson | 4/8/2025 | Call with R. DePiano, EA regarding forecast files. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 4/9/2025 | Call with M. Richman, Counsel and W. Pederson, EA regarding Defendant's Expert Report. | 750.00 | 0.3 | 225.00 |
| Richard DePiano | 4/9/2025 | Analyze documents. | 300.00 | 2.6 | 780.00 |
| William Pederson | 4/9/2025 | Call with M. Richman, Counsel and D. Friedland, EA regarding Defendant's Expert Report. | 650.00 | 0.3 | 195.00 |
| William Pederson | 4/9/2025 | Follow-up call with D. Friedland, EA regarding Defendant's Expert | 650.00 | 0.2 | 130.00 |
| Deborah Friedland | 4/10/2025 | Revise/edit draft analysis of defendant's expert report. | 750.00 | 3.8 | 2,850.00 |
| Deborah Friedland | 4/10/2025 | Weekly call with counsel and Debtors. | 750.00 | 0.4 | 300.00 |
| Richard DePiano | 4/10/2025 | Case update. Analyze documents. | 300.00 | 2.4 | 720.00 |
| William Pederson | 4/10/2025 | Revise/edit draft analysis of defendant's expert report. | 650.00 | 2.6 | 1,690.00 |
| William Pederson | 4/10/2025 | Call with D. Friedland and H. Klein, EA regarding Rebuttal report. | 650.00 | 0.7 | 455.00 |
| William Pederson | 4/10/2025 | Weekly call with counsel and Debtors. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 4/11/2025 | Preparation of March MORs | 750.00 | 0.2 | 150.00 |
| Deborah Friedland | 4/11/2025 | Revise/edit draft analysis of defendant's expert report. | 750.00 | 1.4 | 1,050.00 |
| Richard DePiano | 4/11/2025 | Revise/edit draft analysis of defendant's expert report. | 300.00 | 5.6 | 1,680.00 |
| William Pederson | 4/11/2025 | Revise/edit draft analysis of defendant's expert report. | 650.00 | 3.2 | 2,080.00 |
| Deborah Friedland | 4/14/2025 | Revise/edit draft analysis of defendant's expert report. | 750.00 | 1.2 | 900.00 |
| Richard DePiano | 4/14/2025 | Conduct research. Prepare expert report. | 300.00 | 1.3 | 390.00 |
| William Pederson | 4/14/2025 | Update/revise rebuttal analysis. | 650.00 | 2.7 | 1,755.00 |
| Deborah Friedland | 4/15/2025 | Call with W. Pederson and R. DePiano, EA regarding rebuttal analysis. | 750.00 | 1.0 | 750.00 |
| Richard DePiano | 4/15/2025 | Case update. Prepare expert report. | 300.00 | 4.3 | 1,290.00 |
| William Pederson | 4/15/2025 | Update/revise rebuttal analysis. | 650.00 | 2.3 | 1,495.00 |
| William Pederson | 4/15/2025 | Call with D. Friedland and R. DePiano, EA regarding rebuttal analysis. | 650.00 | 1.0 | 650.00 |
| Deborah Friedland | 4/16/2025 | Update/revise rebuttal analysis. | 750.00 | 1.6 | 1,200.00 |
| Richard DePiano | 4/16/2025 | Prepare expert report. | 300.00 | 5.3 | 1,590.00 |
| Shaquan Williams | 4/16/2025 | Drafting March 2025 MOR's supporting documentation. | 400.00 | 3.1 | 1,240.00 |
| William Pederson | 4/16/2025 | Update/revise rebuttal analysis. | 650.00 | 2.9 | 1,885.00 |
| William Pederson | 4/16/2025 | Call with D. Friedland, G. Rogers and N. Zakowicz, EA regarding Defendant's expert report. | 650.00 | 0.3 | 195.00 |
| William Pederson | 4/16/2025 | Calls with D. Friedland, EA regarding rebuttal analysis. | 650.00 | 0.8 | 520.00 |
| Richard DePiano | 4/17/2025 | Prepare expert report. Analyze documents. | 300.00 | 3.5 | 1,050.00 |
| Shaquan Williams | 4/17/2025 | Drafting March 2025 MOR's supporting documentation. | 400.00 | 3.7 | 1,480.00 |
| William Pederson | 4/17/2025 | Revise/edit draft rebuttal analysis, prepare for counsel. | 650.00 | 2.1 | 1,365.00 |
| Deborah Friedland | 4/17/2025 | Calls with W. Pederson and R. DePiano, EA regarding rebutttal analysis. | 750.00 | 2.6 | 1,950.00 |
| William Pederson | 4/17/2025 | Calls with D. Friedland and R. DePiano, EA regarding rebutttal analysis. | 650.00 | 2.6 | 1,690.00 |
| Deborah Friedland | 4/18/2025 | Weekly call with M. Richman, Counsel and Debtor. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 4/18/2025 | Calls with W. Pederson, EA regarding Rebuttal analysis. | 750.00 | 1.1 | 825.00 |
| Richard DePiano | 4/18/2025 | Analyze documents. | 300.00 | 2.6 | 780.00 |
| Shaquan Williams | 4/18/2025 | Finalizing March 2025 MOR's supporting documentation for internal | 400.00 | 2.1 | 840.00 |
| William Pederson | 4/18/2025 | Review of rebuttal analysis, provide comments to D. Frieland, EA. | 650.00 | 2.8 | 1,820.00 |
| William Pederson | 4/18/2025 | Calls with D. Friedland, EA regarding Rebuttal analysis. | 650.00 | 1.1 | 715.00 |
| Deborah Friedland | 4/21/2025 | Review of monthly operating performance with management. | 750.00 | 0.8 | 600.00 |
| Shaquan Williams | 4/21/2025 | Updating March 25 MOR's for Professional fee payments. | 400.00 | 2.6 | 1,040.00 |
| William Pederson | 4/21/2025 | Review of draft Monthly Operating Report for March. | 650.00 | 0.4 | 260.00 |
| Shaquan Williams | 4/22/2025 | Finalizing March 25 MOR's. | 400.00 | 2.2 | 880.00 |
| Deborah Friedland | 4/24/2025 | Call with M. Richman, Counsel and W. Pederson, EA. | 750.00 | 0.6 | 450.00 |
| William Pederson | 4/24/2025 | Call with M. Richmond, Counsel and D. Friedland, EA regarding case update. | 650.00 | 0.6 | 390.00 |
| William Pederson | 4/29/2025 | Review of documents re:upcoming depositions. | 650.00 | 1.6 | 1,040.00 |
| William Pederson | 4/29/2025 | Call with D. Friedland, EA regarding upcoming depositions. | 650.00 | 0.2 | 130.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William Pederson | 5/1/2025 | Weekly call with A. Richman, Debtor counsel and D. Friedland, EA regarding case update. | 650.00 | 0.6 | 390.00 |
| William Pederson | 5/2/2025 | Review of summary judgement motion and provide comments to counsel. | 650.00 | 0.9 | 585.00 |
| William Pederson | 5/2/2025 | Call with D. Friedland, EA regarding deposition preparation. | 650.00 | 0.7 | 455.00 |
| Deborah Friedland | 5/5/2025 | Prepare for deposition. | 750.00 | 0.8 | 600.00 |
| Richard DePiano | 5/5/2025 | Assist with preparation for deposition. | 300.00 | 0.5 | 150.00 |
| William Pederson | 5/5/2025 | Review of Summary Judgement Motion and follow-up with counsel. | 650.00 | 0.3 | 195.00 |
| William Pederson | 5/5/2025 | Call with D. Friedland, EA regarding deposition preparation. | 650.00 | 0.5 | 325.00 |
| Amanda Sarwan-Jones | 5/6/2025 | Work on Third Fee Application. | 220.00 | 1.0 | 220.00 |
| Deborah Friedland | 5/6/2025 | Prepare for deposition. | 750.00 | 5.8 | 4,350.00 |
| Richard DePiano | 5/6/2025 | Assist with preparation for deposition. | 300.00 | 1.0 | 300.00 |
| William Pederson | 5/6/2025 | Call with M. Richman, counsel and D. Friedland, EA regarding upcoming depositions. | 650.00 | 1.3 | 845.00 |
| William Pederson | 5/6/2025 | Deposition preparation with D. Friedland, EA. | 650.00 | 1.6 | 1,040.00 |
| Amanda Sarwan-Jones | 5/7/2025 | Work on Fee Application. | 220.00 | 1.0 | 220.00 |
| Deborah Friedland | 5/7/2025 | Prepare for Deposition. | 750.00 | 4.8 | 3,600.00 |
| Deborah Friedland | 5/7/2025 | Provide Deposition. | 750.00 | 2.6 | 1,950.00 |
| Richard DePiano | 5/7/2025 | Assist with preparation for deposition. | 300.00 | 0.5 | 150.00 |
| William Pederson | 5/7/2025 | Deposition preparation for V.K apoor. | 650.00 | 1.1 | 715.00 |
| William Pederson | 5/7/2025 | Attend zoom deposition of D. Friedland, EA and follow-up call with M. Richman, counsel. | 650.00 | 2.2 | 1,430.00 |
| William Pederson | 5/7/2025 | Attend zoom deposition of V. Kapoor. | 650.00 | 1.9 | 1,235.00 |
| Amanda Sarwan-Jones | 5/9/2025 | Work on analysis of changes. | 220.00 | 1.0 | 220.00 |
| Deborah Friedland | 5/15/2025 | Weekly call with client group. | 750.00 | 0.5 | 375.00 |
| Deborah Friedland | 5/15/2025 | Review monthly financials and prepare MOR. | 750.00 | 1.2 | 900.00 |
| Shaquan Williams | 5/15/2025 | Drafting supporting documentation for April 25 MORs. | 400.00 | 1.3 | 520.00 |
| Shaquan Williams | 5/15/2025 | Reviewing April 25 MOR supporting documentation received from client. | 400.00 | 1.7 | 680.00 |
| Shaquan Williams | 5/16/2025 | Drafting supporting documentation for April 25 MORs. | 400.00 | 3.8 | 1,520.00 |
| Deborah Friedland | 5/19/2025 | Call with attorney and W. Pederson, EA. | 750.00 | 0.5 | 375.00 |
| Shaquan Williams | 5/19/2025 | Updating drafted April 2025 MOR's. | 400.00 | 3.1 | 1,240.00 |
| William Pederson | 5/19/2025 | Call with M. Richman, counsel and D. Friedland, EA regarding Plan Confirmation. | 650.00 | 0.3 | 195.00 |
| Deborah Friedland | 5/20/2025 | Review documents. | 750.00 | 1.2 | 900.00 |
| Shaquan Williams | 5/20/2025 | Continue drafting MOR Supporting documentation and cover pages for April 2025. | 400.00 | 3.3 | 1,320.00 |
| William Pederson | 5/20/2025 | Review of draft April MOR. | 650.00 | 0.4 | 260.00 |
| Deborah Friedland | 5/21/2025 | Monthly call with management and J. Cordova to review April financials. | 750.00 | 1.0 | 750.00 |
| Deborah Friedland | 5/21/2025 | Review agreements per client request. | 750.00 | 0.4 | 300.00 |
| Deborah Friedland | 5/21/2025 | Review and prepare questions - April 2025 financial reports. | 750.00 | 1.2 | 900.00 |
| Richard DePiano | 5/21/2025 | Case update. | 300.00 | 0.2 | 60.00 |
| Shaquan Williams | 5/21/2025 | Finalizing MOR Supporting documentation and cover pages for April | 400.00 | 2.8 | 1,120.00 |
| William Pederson | 5/21/2025 | Research regarding 203 North LaSalle Street and related cases. | 650.00 | 2.7 | 1,755.00 |
| Deborah Friedland | 5/22/2025 | Call with client group. | 750.00 | 1.0 | 750.00 |
| Deborah Friedland | 5/22/2025 | Read deposition transcript. | 750.00 | 1.2 | 900.00 |
| William Pederson | 5/22/2025 | Review of revised LWHA appraisal and develop revised discounted cash flow analysis. | 650.00 | 1.8 | 1,170.00 |
| William Pederson | 5/22/2025 | Call with D. Friedland, EA regarding revised appraisal. | 650.00 | 0.4 | 260.00 |
| William Pederson | 5/22/2025 | Weekly call with counsel, Debtor and D. Friedland, EA regarding case update. | 650.00 | 0.7 | 455.00 |
| Deborah Friedland | 5/23/2025 | Call with LWHA personal. | 750.00 | 1.0 | 750.00 |
| Deborah Friedland | 5/23/2025 | Call with attorney and W. Pederson, EA. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 5/23/2025 | Provide data regarding Milwaukee hotel market. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 5/23/2025 | Review deposition. | 750.00 | 1.2 | 900.00 |
| William Pederson | 5/23/2025 | Revise discounted cash flow analysis. | 650.00 | 0.9 | 585.00 |
| William Pederson | 5/23/2025 | Call with M. Richman, counsel and D. Friedland, EA regarding as update and deliverables. | 650.00 | 0.5 | 325.00 |
| Deborah Friedland | 5/27/2025 | Prepare adequate protection payment calculations. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 5/27/2025 | Prepare response for appraisal. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 5/27/2025 | Review documents. | 750.00 | 0.6 | 450.00 |
| Deborah Friedland | 5/28/2025 | Prepare expert report. | 750.00 | 1.4 | 1,050.00 |
| Deborah Friedland | 5/28/2025 | Adequate protection payment calculation. | 750.00 | 1.2 | 900.00 |
| Deborah Friedland | 5/28/2025 | Prepare renovation cost estimates. | 750.00 | 0.8 | 600.00 |
| Deborah Friedland | 5/28/2025 | Prepare scope of services for financial review. | 750.00 | 0.8 | 600.00 |
| William Pederson | 5/28/2025 | Review of adequate protection calculation for April, 2025. | 650.00 | 0.6 | 390.00 |
| William Pederson | 5/28/2025 | Review of draft Debtor pleading - Motion for Reconsideration. | 650.00 | 0.8 | 520.00 |
| Deborah Friedland | 5/29/2025 | Weekly call with counsel and Debtor. | 750.00 | 1.0 | 750.00 |
| Deborah Friedland | 5/29/2025 | Adequate protection payment calculation. | 750.00 | 1.0 | 750.00 |

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| William Pederson | 5/29/2025 | Review of secured creditor interrogatories and document request, prepare for upcoming call with Debtor. | 650.00 | 0.7 | 455.00 |
| William Pederson | 5/29/2025 | Call with D. Freidland, EA regarding secured creditor requests, additional procedures. | 650.00 | 0.4 | 260.00 |
| William Pederson | 5/29/2025 | Call with M. Richman, counsel and D. Friedland, EA regarding | 650.00 | 0.3 | 195.00 |
| William Pederson | 5/29/2025 | Weekly call with counsel and Debtor. | 650.00 | 1.0 | 650.00 |
| Deborah Friedland | 5/30/2025 | Prepare expert report. | 750.00 | 2.4 | 1,800.00 |
| Deborah Friedland | 5/30/2025 | Conduct research. | 750.00 | 1.4 | 1,050.00 |
| Richard DePiano | 5/30/2025 | Conduct research. Prepare expert report. | 300.00 | 3.8 | 1,140.00 |
| | | **Total Hours and Fees** | | **405.6** | 234,265.00 |
| | | Plus: Miscellaneous | | | 36.40 |
| | | **Grand Total** | | | **$ 234,301.40** |

**Wisconsin and Milwaukee Hotel LLC**
**February 1, 2025 through May 31, 2025**
**Expenses**

| Date | Professional | Amount | Description of Services | Category |
|---|---|---:|---|---|
| 4/22/2025 | Deborah Friedland | 36.40 | Client meeting | Miscellaneous |
| | **Total Miscellaneous** | **36.40** | | |
| | **Grand Total Expenses** | **$ 36.40** | | |