UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| Wisconsin & Milwaukee Hotel LLC, | Case No. 24-21743-gmh<br>Chapter 11 |
| Debtor. | |

## DEBTOR'S SUPPLEMENTAL WITNESS LIST

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), by its attorneys Richman & Richman LLC, by Michael P. Richman and Claire Ann Richman, pursuant to the Order Modifying Schedule for Hearing on Confirmation of Chapter 11 Plan [Doc 562], submits the following supplemental witness list identifying an individual with knowledge of the issues to be tried in the confirmation hearings on the Debtor's amended Chapter 11 plan, scheduled to be held from July 21, 2025 to July 25, 2025.

The Debtor may call the following additional witness who will testify as described below:

1.    David T. Brown, a partner with the law firm of Much Shelist, P.C. Attorney Brown may provide testimony in support of plan confirmation regarding the terms and structure of the equity offering proposed to be made as part of the Debtor's Second Amended Chapter 11 Plan that was filed on June 27, 2025 [Doc 621].

The Debtor also reserves the right to further amend and supplement this witness list and subjects as may be appropriate on the basis of the disclosures of other parties and subsequent developments.

Dated: July 1, 2025.

**RICHMAN & RICHMAN LLC**
**Attorneys for Wisconsin &**
**Milwaukee Hotel LLC**

By: /s/ *Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 West Washington Avenue, Suite 850
Madison, WI 53703
Tel: (608) 630-8990
Fax: (608) 630-8991
MRichman@RandR.law
CRichman@RandR.law
EReyes@RandR.law