# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 24-21743-gmh |
| WISCONSIN & MILWAUKEE HOTEL LLC, | Chapter 11 |
| Debtor. | Honorable G. Michael Halfenger |

## ORDER GRANTING LENDERS' MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION IN LIMINE AND SETTING HEARING

The cause having come before the Court on Computershare Trust Company, N.A. ("Computershare") and Wisconsin & Milwaukee Hotel Funding LLC's ("Funding" and together with Computershare, "Lenders") Motion in Limine to Exclude Testimony of Attorney David T. Brown and Interest Rate Testimony of Deborah S. Friedland (the "Motion to Shorten Notice"), and the Court having found that cause exists to grant the Motion to Shorten Notice,

**IT IS HEREBY ORDERED:**

1. The Motion to Shorten Notice is granted.

2. The time period for providing notice of Lenders' Motion in Limine to Exclude Testimony of Attorney David T. Brown and Interest Rate Testimony of Deborah S. Friedland (the "Motion in Limine") is reduced pursuant to Bankruptcy Rules 2002(m), 9006(c), and 9007, as follows:

Drafted by:
Frank W. DiCastri
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Phone: 414.298.8356
Email: fdicastri@reinhartlaw.com

a. The deadline to object to the Motion in Limine is 4:00 p.m. Central Time on July 16, 2025.

b. A hearing on the Motion in Limine will be held on July 17, 2025, at 1:30 p.m. Central Time.

#####