# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

## JUNE 2025 FEE STATEMENT OF RICHMAN & RICHMAN LLC
## AS COUNSEL TO DEBTOR

| Applicant: | Richman & Richman LLC |
|---|---|
| | |
| Counsel for: | Wisconsin & Milwaukee Hotel LLC |
| | |
| Period for compensation and reimbursement: | June 1, 2025 through June 30, 2025 |
| | |
| Amount of compensation sought as actual, reasonable, and necessary: | **$112,426.50** |
| Amount of reimbursement expenses sought as actual, reasonable, and necessary: | **$557.62** |
| Total interim approval requested: | **$112,984.12** |

Dated this 10th day of July 2025.

**RICHMAN & RICHMAN**
**Attorneys for the Debtor**

By:      /s/ Eliza M. Reyes
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 W Washington Ave, Suite 850
Madison, WI 53703
Tel: (608) 630-899
Fax: (608) 630-8991
mrichman@RandR.law
crichman@RandR.law
ereyes@RandR.law

2

# Richman & Richman LLC

**INVOICE**

122 W Washington Ave, Suite 850
Madison, WI 53703-2732

Invoice # 1496
Date: 07/10/2025
Due On: 08/09/2025

Wisconsin & Milwaukee Hotel LLC
c/o Jackson Street Management LLC
Attn: Mr. Edward G. Carow
731 N. Jackson Street, Suite 420, Milwaukee WI53202

## Wisconsin & Milwaukee Hotel LLC/-2024.00023

## Chapter 11

### Services

| Type | Date | Notes | Timekeeper | Quantity | Rate | Total |
|------|------|-------|------------|----------|------|-------|
| Service | 06/01/2025 | 1105 - Plan & Disclosures: Work on various matters for confirmation issues and schedule, including discovery, witness lists and testimony, related legal issues and analyses (1.0); prep of extensive issues discussion email to client team re same and related issues (1.1) | MPR | 2.10 | $795.00 | $1,669.50 |
| Service | 06/02/2025 | 1108 - Employment, Billing & Compensation: Review docket and confer with MPR in determination of status of order on April 2025 fees and earliest eligibility to file third interim R&R fee application (.2); review R&R invoices from January-April 2025 and prepare spreadsheet of fees & cost breakdown for supporting documentation for third interim fee application (2.9) | DTF | 3.10 | $250.00 | $775.00 |
| Service | 06/02/2025 | 1105 - Plan & Disclosures: Research and draft memo re Section 1111(b) interest | DJC | 3.10 | $225.00 | $697.50 |
| Service | 06/02/2025 | 1105 - Plan & Disclosures: Continue drafting memo re section 1111(b) interests | DJC | 0.80 | $225.00 | $180.00 |
| Service | 06/02/2025 | 1106 - Misc Motions & Court Hearings: Listen in status conference | DJC | 1.40 | $0.00 | $0.00 |
| Service | 06/02/2025 | 1105 - Plan & Disclosures: Continue | DJC | 1.90 | $225.00 | $427.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | research re absolute priority rule | | | | |
| Service | 06/02/2025 | 1110 - Claim Management Issues: Draft discovery requests to White Lodging in connection with adminstrative expense motion and bonus payments. | DTF | 1.30 | $250.00 | $325.00 |
| Service | 06/02/2025 | 1105 - Plan & Disclosures: t/c w/W. Pederson re projections (.1); court hearing re WL bonus motion process and overall schedule (1.4) | MPR | 1.50 | $795.00 | $1,192.50 |
| Service | 06/02/2025 | 1106 - Misc Motions & Court Hearings: prep of discovery demands for WL bonus motion adjudication (.1); t/conf w/A. Daleo re bonus motion settlement possibility (.2); emails w/ client team re status of bonus motion (.1) | MPR | 0.40 | $795.00 | $318.00 |
| Service | 06/02/2025 | 1112 - Debtor Meetings & Communications: Client teams strategy meeting | MPR | 0.70 | $795.00 | $556.50 |
| Service | 06/03/2025 | 1105 - Plan & Disclosures: Draft memo re absolute priority rule | DJC | 2.90 | $225.00 | $652.50 |
| Service | 06/03/2025 | 1110 - Claim Management Issues: Draft motion to compel discovery from White Lodging on document requests pertaining to claim objections. | DTF | 1.60 | $250.00 | $400.00 |
| Service | 06/03/2025 | 1106 - Misc Motions & Court Hearings: T/conf w/N. Brown re bonus and contract litigation issues/ negotiations (.3); prep of email to client team re same (.2); work on motion to compel production of sale agreement from WL (.9); work on discovery demands to WL re bonus motion (.9) | MPR | 2.30 | $795.00 | $1,828.50 |
| Service | 06/03/2025 | 1105 - Plan & Disclosures: teams mtg w/D. Friedland and W. Pederson re plan tasks/strategies (.4); related emails on plan discovery w/client team (.1); settlement t/conf w/F. DiCastri and prep of email to client team re same (.5) | MPR | 1.00 | $795.00 | $795.00 |
| Service | 06/04/2025 | 1105 - Plan & Disclosures: Continue to draft and edit the memo re absolute priority rule | DJC | 1.80 | $225.00 | $405.00 |
| Service | 06/04/2025 | 1110 - Claim Management Issues: Revise and update motion to compel | DTF | 3.50 | $250.00 | $875.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | discovery from White Lodging on document requests pertaining to claim objections (1.8); review WL expert deposition, email communications with WL counsel and all related documents for preparation of exhibits to motion to compel (1.2); prepare draft Certification under FRCP 7037(a)(1) in support of motion to compel (.5) | | | | |
| Service | 06/04/2025 | 1105 - Plan & Disclosures: Research re auction of new equity interest | DJC | 4.50 | $225.00 | $1,012.50 |
| Service | 06/04/2025 | 1112 - Debtor Meetings & Communications: Client team zoom mtg on all issues/matters/strategies (.8); followup zoom mtg w/D. Friedland and W. Pederson (.2); | MPR | 1.00 | $795.00 | $795.00 |
| Service | 06/04/2025 | 1106 - Misc Motions & Court Hearings: further work on motion to compel production from WL of 2021 Sale Agreement | MPR | 0.60 | $795.00 | $477.00 |
| Service | 06/04/2025 | 1105 - Plan & Disclosures: review new value research (.2); further t/conf w/W Pedersen re feasibility analysis (.2); t/conf w/J. Jaeger and C. Hutson re appraisal status (.1) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/04/2025 | 1108 - Employment, Billing & Compensation: Review and revise draft of Second Supplemental Application to Employ Sikich as Accountants for Debtor and Declaration of Gerald Schmit (.8); prepare email to Sikich professionals forwarding same for their review and approval (.2). | EMR | 1.00 | $495.00 | $495.00 |
| Service | 06/05/2025 | 1105 - Plan & Disclosures: Research re rights offering | DJC | 3.00 | $225.00 | $675.00 |
| Service | 06/05/2025 | 1105 - Plan & Disclosures: Continue research re rights offering | DJC | 4.30 | $225.00 | $967.50 |
| Service | 06/05/2025 | 1106 - Misc Motions & Court Hearings: Prepare disclosure of witnesses document to serve on White Lodging per court order on the evidentiary hearing on White Lodging's motion to allow administrative expense claim | DTF | 0.40 | $250.00 | $100.00 |
| Service | 06/05/2025 | 1105 - Plan & Disclosures: work on witness disclosure doc for | MPR | 1.00 | $795.00 | $795.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | confirmation hearings and related emails (.5); review draft report from D. Friedland re plan confirmation issues (.3); t/c w/W. Pederson re feasibility report and prep of email to client team re same (.2) | | | | |
| Service | 06/05/2025 | 1106 - Misc Motions & Court Hearings: review lender lift stay motion and prep of email to client team re same | MPR | 0.20 | $795.00 | $159.00 |
| Service | 06/05/2025 | 1108 - Employment, Billing & Compensation: Finalize Second Supplemental Application to Employ Sikich as Accountants for Debtor and Supporting Declaration of Gerald Schmit for filing. | EMR | 0.30 | $495.00 | $148.50 |
| Service | 06/05/2025 | 1106 - Misc Motions & Court Hearings: Review Motion for Relief from Stay as to Hotel filed by Computershare to address and object to same (.4); prepare email to Sikich professionals advising of filing and objection deadline for same (.1). | EMR | 0.50 | $495.00 | $247.50 |
| Service | 06/06/2025 | 1105 - Plan & Disclosures: Research and draft memo re rights offering | DJC | 2.40 | $225.00 | $540.00 |
| Service | 06/06/2025 | 1106 - Misc Motions & Court Hearings: Review White Lodging's discovery requests and prepare preliminary draft responses to White Lodging's interrogatories, requests for production, and requests for admission re: adminstrative expense claim motion | DTF | 1.40 | $250.00 | $350.00 |
| Service | 06/06/2025 | 1105 - Plan & Disclosures: Review court order on plan confirmation hearing to assess al necessary requirements and deadlines for expert report disclosures and witnesss lists. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 06/06/2025 | 1105 - Plan & Disclosures: Draft memo re rights offering | DJC | 3.60 | $225.00 | $810.00 |
| Service | 06/06/2025 | 1108 - Employment, Billing & Compensation: Review Second Interim Fee Application in preparation to draft Third Interim Fee Application. | AB | 0.20 | $225.00 | $45.00 |
| Service | 06/06/2025 | 1106 - Misc Motions & Court Hearings: Finalize witness disclosure pleading in connection with White Lodging's motion for allowance of | DTF | 0.40 | $250.00 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | administrative expense claim for service on White Lodging's counsel. | | | | |
| Service | 06/06/2025 | 1105 - Plan & Disclosures: Prepare and finalize expert reports for disclosure and service on counsel pursuant to order on plan confiirmation hearing. | DTF | 0.50 | $250.00 | $125.00 |
| Service | 06/06/2025 | 1108 - Employment, Billing & Compensation: Continue preparation of spreadsheet of fees & cost breakdown in support of third interim R&R fee application. | DTF | 0.60 | $250.00 | $150.00 |
| Service | 06/06/2025 | 1105 - Plan & Disclosures: prep of letter to Court re confirmation hearing schedule (.9); final prep for service and filing of witness lists and expert reports, review of other filed materials and related emails (1.5) | MPR | 2.40 | $795.00 | $1,908.00 |
| Service | 06/06/2025 | 1112 - Debtor Meetings & Communications: Prep of email to client team re status/strategy (.2); zoom mtg w/client team re same (.7); prep of further email to client team re same and proposed letter (.3) | MPR | 1.20 | $795.00 | $954.00 |
| Service | 06/09/2025 | 1108 - Employment, Billing & Compensation: Prepare draft template of R&R monthly fee statement for May 2025. | DTF | 0.10 | $250.00 | $25.00 |
| Service | 06/09/2025 | 1108 - Employment, Billing & Compensation: Continue preparation of spreadsheet of fees & cost breakdown in support of third interim R&R fee application. | DTF | 0.80 | $250.00 | $200.00 |
| Service | 06/09/2025 | 1106 - Misc Motions & Court Hearings: Review docket and prepare all entered court orders for attorney review and preparation for court's status hearing on lenders' motion for relief from stay, reconsideration of White Lodging's bonus motion, and plan confirmation schedule and deadlines. | DTF | 0.70 | $250.00 | $175.00 |
| Service | 06/09/2025 | 1103 - Petition, Schedules & Financials: Review schedules and documents for guarantees of secured debt other than client | KKH | 0.20 | $225.00 | $45.00 |
| Service | 06/09/2025 | 1110 - Claim Management Issues: Review POC's for guarantees of | KKH | 0.20 | $225.00 | $45.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | secured debt other than client | | | | |
| Service | 06/09/2025 | 1108 - Employment, Billing & Compensation: Conference with DTF re: fee application instructions (1.0); draft third interim R&R fee agreement (1.0). | AB | 2.00 | $0.00 | $0.00 |
| Service | 06/09/2025 | 1105 - Plan & Disclosures: Work on confirmation hearing discovery responses to WL and Computershare (2.0); t/conf w/J. Cordova and R. Erkert re discovery responses (.5); further work on all WL and Computershare discovery (3.2) | MPR | 5.70 | $795.00 | $4,531.50 |
| Service | 06/10/2025 | 1106 - Misc Motions & Court Hearings: Review WL's response to partial summary judgment and conduct research re burden of proof on proof of claims | DJC | 2.20 | $225.00 | $495.00 |
| Service | 06/10/2025 | 1108 - Employment, Billing & Compensation: Review monthly invoice, and update and finalize May 2025 fee statement. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 06/10/2025 | 1106 - Misc Motions & Court Hearings: Continue research re WL's response to partial summary judgment | DJC | 1.00 | $225.00 | $225.00 |
| Service | 06/10/2025 | 1105 - Plan & Disclosures: Draft interrogatories and requests for production of documents to Lenders pursuant to plan confirmation hearing litigation (1.3); prepare all documents with bates numbering responsive to Lenders' requests for production of documents (1.2). | DTF | 2.50 | $250.00 | $625.00 |
| Service | 06/10/2025 | 1106 - Misc Motions & Court Hearings: Draft and edit confidentiality stipulation | DJC | 1.50 | $225.00 | $337.50 |
| Service | 06/10/2025 | 1106 - Misc Motions & Court Hearings: Attend status conference on confirmation schedule | DJC | 1.20 | $0.00 | $0.00 |
| Service | 06/10/2025 | 1108 - Employment, Billing & Compensation: Finalize draft of third interim R&R fee application. | AB | 3.70 | $225.00 | $832.50 |
| Service | 06/10/2025 | 1105 - Plan & Disclosures: Zoom mtg w/J. Jaeger and C. Hutson re expert rebuttal report questions (.3); Prep of notes for status conf and email to | MPR | 5.00 | $795.00 | $3,975.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | client team (1.2); further work on discovery responses to WL and Computershare (1.4); review new value research (.2); status conf on overall schedule (1.0); prep of email to F. DiCastri and S. Macnamara re deposition schedule and settlement discussions (.2); R&R team mtg to review assignments for confirmation schedule and briefing (.7) | | | | |
| Service | 06/10/2025 | 1112 - Debtor Meetings & Communications: prep of email report to client team re same (.2); emails to client team and witnesses re scheduling for discovery and hearing purposes based on status conference (.3) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/10/2025 | 1108 - Employment, Billing & Compensation: work on supp disinterestedness app re FTI | MPR | 0.70 | $795.00 | $556.50 |
| Service | 06/10/2025 | 1108 - Employment, Billing & Compensation: Prepare, revise, and finalize Third Supplemental Declaration of MPR in Support of Application to Employ Richman & Richman as bankruptcy counsel for the Debtor. | EMR | 1.20 | $495.00 | $594.00 |
| Service | 06/10/2025 | 1106 - Misc Motions & Court Hearings: Represent Debtor at hearing on Computershare's Motion for Relief from Stay. | EMR | 1.20 | $495.00 | $594.00 |
| Service | 06/11/2025 | 1105 - Plan & Disclosures: Conduct research re rights offering procedure and compliance issues | DJC | 0.60 | $225.00 | $135.00 |
| Service | 06/11/2025 | 1108 - Employment, Billing & Compensation: Draft app to employ SSG as investment banker | DJC | 0.60 | $225.00 | $135.00 |
| Service | 06/11/2025 | 1108 - Employment, Billing & Compensation: Prepare declaration template in support of app to employ SSG | DJC | 0.80 | $225.00 | $180.00 |
| Service | 06/11/2025 | 1108 - Employment, Billing & Compensation: Draft notice of app to employ SSG | DJC | 0.30 | $225.00 | $67.50 |
| Service | 06/11/2025 | 1108 - Employment, Billing & Compensation: Review pleadings and assist in preparation of draft Application to Employ SSG as | DTF | 0.40 | $250.00 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | investment banker for the purpose of restructuring and managing an equity rights offering. | | | | |
| Service | 06/11/2025 | 1105 - Plan & Disclosures: Continue research re rights offering and backstop commitment agreement | DJC | 2.80 | $225.00 | $630.00 |
| Service | 06/11/2025 | 1105 - Plan & Disclosures: T/conf w/ S. Victor re new value questions/ strategies (.2); review lender proposed stipulation of facts, and prep of email to D. Cai re same (.3); email exchanges w/F. DiCastri re dep schedule (.2); review and finalize discovery responses to Computershare (.5) | MPR | 1.20 | $795.00 | $954.00 |
| Service | 06/12/2025 | 1105 - Plan & Disclosures: Further research re rights offering procedures and structures | DJC | 6.00 | $225.00 | $1,350.00 |
| Service | 06/12/2025 | 1108 - Employment, Billing & Compensation: Review invoices and revise and update fees and costs breakdown for exhibit to third interim R&R fee application. | DTF | 0.90 | $250.00 | $225.00 |
| Service | 06/12/2025 | 1108 - Employment, Billing & Compensation: Edit app to employ SSG Capitol as Investment Banker for Debtor | DJC | 1.30 | $225.00 | $292.50 |
| Service | 06/12/2025 | 1105 - Plan & Disclosures: Review sample confirmation brief (0.5); review plan, disclosure statement, and creditor objections (2.3). | AB | 2.80 | $225.00 | $630.00 |
| Service | 06/12/2025 | 1108 - Employment, Billing & Compensation: Revise third interim R&R Fee Application. | AB | 0.40 | $225.00 | $90.00 |
| Service | 06/12/2025 | 1105 - Plan & Disclosures: Work on discovery schedule for confirmation witnesses, including various emails to witnesses and to F. DiCastri (.8); research plan amendment issues (.4) | MPR | 1.20 | $795.00 | $954.00 |
| Service | 06/12/2025 | 1112 - Debtor Meetings & Communications: client team status/ strategy meeting | MPR | 0.70 | $795.00 | $556.50 |
| Service | 06/13/2025 | 1105 - Plan & Disclosures: Continue research re rights offering structures | DJC | 2.20 | $225.00 | $495.00 |
| Service | 06/13/2025 | 1105 - Plan & Disclosures: Review case file and due diligence lender's | DJC | 4.40 | $225.00 | $990.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | proposed stipulation of undisputed facts | | | | |
| Service | 06/13/2025 | 1108 - Employment, Billing & Compensation: Review and revise third interim R&R fee application. | AB | 0.20 | $225.00 | $45.00 |
| Service | 06/13/2025 | 1105 - Plan & Disclosures: Review case file in preparation for drafting confirmation brief (0.9); Research re: interest rates for cramdown loans and 1111(b) elections (2.4). | AB | 3.30 | $225.00 | $742.50 |
| Service | 06/13/2025 | 1105 - Plan & Disclosures: Emails w/ F. DiCastri and client team re proposed dep schedule (.4); work on discovery requests to lenders (2.3) | MPR | 2.70 | $795.00 | $2,146.50 |
| Service | 06/13/2025 | 1108 - Employment, Billing & Compensation: Prepare email to Scott Victor at SSG providing information on Debtor's bankruptcy filing for engagement agreement with Debtor. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 06/14/2025 | 1110 - Claim Management Issues: review and forward to MPR memo regarding loan maturity dates | CAR | 0.30 | $625.00 | $187.50 |
| Service | 06/14/2025 | 1105 - Plan & Disclosures: Work on plan amendment issues and related research | MPR | 1.00 | $795.00 | $795.00 |
| Service | 06/14/2025 | 1108 - Employment, Billing & Compensation: Prepare emails (x2) to Scott Victor at SSG Capital Advisors to provide information for conflict check and copies of proposed Plan to continue working on Application to Employ SSG. | EMR | 0.40 | $495.00 | $198.00 |
| Service | 06/15/2025 | 1105 - Plan & Disclosures: Work on confidentiality stip for AA contract information | MPR | 0.30 | $795.00 | $238.50 |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Research re computershare loans and maturity issues and edit joint stipulation of facts for confirmation hearing | DJC | 1.30 | $225.00 | $292.50 |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Research re reinstatement of secured loans | DJC | 5.10 | $225.00 | $1,147.50 |
| Service | 06/16/2025 | 1108 - Employment, Billing & Compensation: Email to D. Friedland re: May 2025 fee statement for supporting documentation for filing May 2025 MOR (.1); email to A. | DTF | 1.20 | $250.00 | $300.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Sarwan-Jones re: filing of third interim fee application of EA Group and request for invoices (.1); revise and update third interim fee application of R&R and update cost & fee breakdown spreadsheets (.5); review Sikich invoice and begin drafting second interim fee application of Sikich (.5) | | | | |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Research legal standards for creditor classification under section 1129(b)(2). | AB | 3.40 | $225.00 | $765.00 |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Research re: interest rate for cramdown loan. | AB | 2.10 | $225.00 | $472.50 |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Review all discovery and document production provided to lenders in follow up to lenders' counsel's inquiry and Mallery's response re: potential additional documents needing to be supplemented. | DTF | 0.40 | $250.00 | $100.00 |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Continue research re: interest rate for cramdown loan. | AB | 3.20 | $225.00 | $720.00 |
| Service | 06/16/2025 | 1105 - Plan & Disclosures: Mtgs w/D. Cai and emails re loan issues and research (.3); mtg w/A. Brogan re cramdown interest research, and prep of email to D. Friedland re same (.3); emails w/F. DiCastri re discovery, confi stip and dep schedule (.3) | MPR | 0.90 | $795.00 | $715.50 |
| Service | 06/17/2025 | 1105 - Plan & Disclosures: Continue research re computershare loans | DJC | 4.20 | $225.00 | $945.00 |
| Service | 06/17/2025 | 1108 - Employment, Billing & Compensation: Continue drafting second interim fee application of Sikich (1.3); draft notice of second interim fee application of Sikich (.2); review ICAP's invoice and draft second interim fee application of ICAP (1.2); draft notice of second interim fee application of ICAP (.2); revise and update third interim fee application of R&R (.5) | DTF | 3.40 | $250.00 | $850.00 |
| Service | 06/17/2025 | 1105 - Plan & Disclosures: Research re: interest rates for cramdown loans (2.2); Draft confirmation brief re: the same (1.0). | AB | 3.20 | $225.00 | $720.00 |

| Service | 06/17/2025 | 1105 - Plan & Disclosures: Draft confirmation brief | DJC | 2.80 | $225.00 | $630.00 |
|---|---|---|---|---|---|---|
| Service | 06/17/2025 | 1105 - Plan & Disclosures: Complete draft of confirmation brief section on creditor classification (5); edit AJB confirmation brief section (0.3); review bond indenture agreement with DJC (0.2). | AB | 5.50 | $225.00 | $1,237.50 |
| Service | 06/17/2025 | 1105 - Plan & Disclosures: Research re: Section 1129(b)(2)(B)(i) and absolute priority rule. | AB | 0.80 | $225.00 | $180.00 |
| Service | 06/17/2025 | 1105 - Plan & Disclosures: emails w/ F. DiCastri and Mallery re discovery Qs (.2); t/conf w/F. DiCastri re potential resolution and email to client team re same (.3) | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/17/2025 | 1112 - Debtor Meetings & Communications: t/conf w. M. Flaherty, R. Erkert, J. Cordova re status/strategy | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/17/2025 | 1108 - Employment, Billing & Compensation: Receive and review proposed engagement agreement between Debtor and SSG Capital as Investment Banker for Debtor (.2); continue working on Application to Employ SSG Capital as Investment Banker for Debtor and Declaration of J. Scott Victor in support of Application (1.2) | EMR | 1.40 | $495.00 | $693.00 |
| Service | 06/17/2025 | 1108 - Employment, Billing & Compensation: Review ICAP invoice for services rendered to Debtor as special accountant to prepare ICAP's second interim fee application. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 06/18/2025 | 1105 - Plan & Disclosures: Continue to draft confirmation brief | DJC | 6.50 | $225.00 | $1,462.50 |
| Service | 06/18/2025 | 1108 - Employment, Billing & Compensation: Draft proposed order granting application to employ SSG Capital as investment banker for the debtor (.4); review, revise and update application to employ SSG Capital, declaration of S. Victor, and engagement letter in preparation for final review and filing with court (1.5) | DTF | 1.90 | $250.00 | $475.00 |
| Service | 06/18/2025 | 1105 - Plan & Disclosures: Complete draft of creditor classification section | AB | 1.00 | $225.00 | $225.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | of confirmation brief. | | | | |
| Service | 06/18/2025 | 1102 - Case Administration / US Trustee: Finalize May 2025 MOR with supporting documentation and file with the court (.3); email with EA Group and client re: MOR filing (.1) | DTF | 0.40 | $250.00 | $100.00 |
| Service | 06/18/2025 | 1108 - Employment, Billing & Compensation: Revise and update third interim fee application of R&R. | DTF | 0.80 | $250.00 | $200.00 |
| Service | 06/18/2025 | 1108 - Employment, Billing & Compensation: work on SSG engagement app and related issues (1.4); further emails re SSG engagement matters (.3); finalize SSG engagement app and papers (.8) | MPR | 2.50 | $795.00 | $1,987.50 |
| Service | 06/18/2025 | 1112 - Debtor Meetings & Communications: client team zoom call re SSG and related issues | MPR | 0.70 | $795.00 | $556.50 |
| Service | 06/18/2025 | 1105 - Plan & Disclosures: t/conf w/ lender counsel re discovery requests; and followup emails re same | MPR | 0.60 | $795.00 | $477.00 |
| Service | 06/18/2025 | 1108 - Employment, Billing & Compensation: Prepare further revisions to Application to Employ SSG Capital as Investment Banker for Debtors and Supporting Declaration of J. Scott Victor and finalize same for filing. | EMR | 1.50 | $495.00 | $742.50 |
| Service | 06/19/2025 | 1105 - Plan & Disclosures: Edit confirmation brief | DJC | 1.10 | $225.00 | $247.50 |
| Service | 06/19/2025 | 1105 - Plan & Disclosures: Continue research re rights offering structure | DJC | 5.30 | $225.00 | $1,192.50 |
| Service | 06/19/2025 | 1105 - Plan & Disclosures: Draft, finalize, and file supplemental witness list for plan confirmation hearing. | DTF | 0.50 | $250.00 | $125.00 |
| Service | 06/19/2025 | 1108 - Employment, Billing & Compensation: Revise and update third interim R&R fee application with exhibits. | DTF | 1.10 | $250.00 | $275.00 |
| Service | 06/19/2025 | 1105 - Plan & Disclosures: Review combined draft of confirmation brief (0.2); research secondary sources on rights offerings, provide to DJC (0.3). | AB | 0.50 | $225.00 | $112.50 |
| Service | 06/19/2025 | 1105 - Plan & Disclosures: Review and revise confirmation brief draft. | AB | 0.70 | $225.00 | $157.50 |

| Service | 06/19/2025 | 1106 - Misc Motions & Court Hearings: Review WL's renewed motion to compel debtor to assume or reject administrative services agreement. | AB | 0.20 | $225.00 | $45.00 |
|---------|------------|-----|-----|------|---------|--------|
| Service | 06/19/2025 | 1112 - Debtor Meetings & Communications: prep of email to client team re SSG motion and WL motion to compel assumption/ rejection | MPR | 0.20 | $795.00 | $159.00 |
| Service | 06/20/2025 | 1105 - Plan & Disclosures: Draft memos re rights offering structure & absolute priority rule compliance | DJC | 2.00 | $225.00 | $450.00 |
| Service | 06/20/2025 | 1105 - Plan & Disclosures: Continue research re rights offering (1.5); attend meeting with investment bankers (.3) | DJC | 1.80 | $225.00 | $405.00 |
| Service | 06/20/2025 | 1105 - Plan & Disclosures: Additional research re rights offering, disclosure statement & ch 11 plan | DJC | 2.10 | $225.00 | $472.50 |
| Service | 06/20/2025 | 1105 - Plan & Disclosures: Review and prepare response to lender's objection (.7); additional research re plan and disclosure statement (.5) | DJC | 1.20 | $225.00 | $270.00 |
| Service | 06/20/2025 | 1105 - Plan & Disclosures: Research re: cramdown interest rate. | AB | 0.20 | $225.00 | $45.00 |
| Service | 06/20/2025 | 1108 - Employment, Billing & Compensation: review Lender obj to SSG and prep of emails re same | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/20/2025 | 1105 - Plan & Disclosures: Zoom w/D. Cai, N. Gupta and S. Victor of SSG re rights offering (.3); prep of rebuttal report for service (.1) | MPR | 0.40 | $795.00 | $318.00 |
| Service | 06/20/2025 | 1108 - Employment, Billing & Compensation: Conduct brief review of Computershare Trust Company's objection to Application to Employ SSG Capital as Investment Banker for the Debtor to address same. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 06/21/2025 | 1105 - Plan & Disclosures: Work on rights offering provisions for plan | MPR | 1.50 | $795.00 | $1,192.50 |
| Service | 06/22/2025 | 1105 - Plan & Disclosures: Further work on amendments to plan, and prep of email to client team re same | MPR | 2.70 | $795.00 | $2,146.50 |
| Service | 06/23/2025 | 1105 - Plan & Disclosures: Research re how the market test requirement | DJC | 4.60 | $225.00 | $1,035.00 |

| | | affect the procedures of a rights offering | | | | |
|---|---|---|---|---|---|---|
| Service | 06/23/2025 | 1108 - Employment, Billing & Compensation: Draft proposed order conditionally approving May 2025 R&R fees; finalize and file with court. | DTF | 0.30 | $250.00 | $75.00 |
| Service | 06/23/2025 | 1108 - Employment, Billing & Compensation: Prepare and file notice of withdrawal of application to employ SSG Capital Advisors (.4); prepare and file notice of withdrawal of supplemental witness list (.3) | DTF | 0.70 | $250.00 | $175.00 |
| Service | 06/23/2025 | 1108 - Employment, Billing & Compensation: Prepare withdrawals of Application to Employ SSG Advisors and Supplemental Witness List for Plan Confirmation Hearing (naming J. Scott Victor as witness). | EMR | 0.50 | $495.00 | $247.50 |
| Service | 06/23/2025 | 1108 - Employment, Billing & Compensation: Prepare Application to Employ Much Shelist as Special Counsel to WMH and Declaration in Support of David T. Brown in Support of Application. | EMR | 1.20 | $495.00 | $594.00 |
| Service | 06/23/2025 | 1108 - Employment, Billing & Compensation: emails and t/c w/D. Brown re engagement of Much firm as special corporate/securities counsel | MPR | 0.30 | $795.00 | $238.50 |
| Service | 06/23/2025 | 1105 - Plan & Disclosures: revise discovery request to Lenders, and prep of email to S. Macnamara re same (.3); further work on amendments to plan (.3); review rights offering issues w/D. Cai (.1) | MPR | 0.70 | $795.00 | $556.50 |
| Service | 06/23/2025 | 1112 - Debtor Meetings & Communications: Prep of email to client team re Qs for meeting (.2); zoom mtg w/client team re status/ strategy (.7); followup call w/J. Cordova and R. Erkert re same (.2) | MPR | 1.10 | $795.00 | $874.50 |
| Service | 06/24/2025 | 1105 - Plan & Disclosures: Continue research re rights offering and compliance with the market test requirement | DJC | 7.40 | $225.00 | $1,665.00 |
| Service | 06/24/2025 | 1108 - Employment, Billing & Compensation: Prepare and file proposed order granting second | DTF | 0.40 | $250.00 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | supplemental application to employ Sikich LLC. | | | | |
| Service | 06/24/2025 | 1105 - Plan & Disclosures: Draft Notices of Deposition to all Lenders' plan confirmation hearing witnesses for pending deposition testimony. | DTF | 0.50 | $250.00 | $125.00 |
| Service | 06/24/2025 | 1108 - Employment, Billing & Compensation: Revise and update second interim fee application of Sikich (.4); revise and update second interim fee application of ICAP (.3) | DTF | 0.70 | $250.00 | $175.00 |
| Service | 06/24/2025 | 1105 - Plan & Disclosures: Call with D. Friedland and W. Pederson re: cramdown interest rate. | AB | 0.50 | $225.00 | $112.50 |
| Service | 06/24/2025 | 1105 - Plan & Disclosures: Continue researching cramdown interest rate. | AB | 2.20 | $225.00 | $495.00 |
| Service | 06/24/2025 | 1108 - Employment, Billing & Compensation: Revise and update third interim R&R fee application with exhibits. | DTF | 1.80 | $250.00 | $450.00 |
| Service | 06/24/2025 | 1109 - Asset Analysis & Recovery: Prepare organizational documents to Much Shelist. | DTF | 0.20 | $250.00 | $50.00 |
| Service | 06/24/2025 | 1105 - Plan & Disclosures: zoom mtg w/B. Gilbert and K. Mason, counsel to Marriott, re status of plan and rights offering, other open issues (.5); teams mtg w/Much team re rights offering (.4) | MPR | 0.90 | $795.00 | $715.50 |
| Service | 06/24/2025 | 1108 - Employment, Billing & Compensation: Work on Much engagement pleadings | MPR | 0.60 | $795.00 | $477.00 |
| Service | 06/24/2025 | 1108 - Employment, Billing & Compensation: Revise and finalize for filing Debtor's Application to Employ Much Shelist, P.C. as special counsel for the Debtor with respect to the equity offering, and supporting Declaration of David T. Brown. | EMR | 2.00 | $495.00 | $990.00 |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: Draft memo re rights offering case studies | DJC | 2.30 | $225.00 | $517.50 |
| Service | 06/25/2025 | 1108 - Employment, Billing & Compensation: Update second interim fee application of Sikich for review, approval, and signature of J. Vorlob (.4); update second interim fee | DTF | 0.70 | $250.00 | $175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | application of ICAP for review, approval, and signature of S. Geracie (.3) | | | | |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: Edit confirmation brief | DJC | 1.30 | $225.00 | $292.50 |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: Review loan documents and management agreement and edit stipulation of fact | DJC | 3.60 | $225.00 | $810.00 |
| Service | 06/25/2025 | 1106 - Misc Motions & Court Hearings: Prepare preliminary draft objection to White Lodging's motion to assume or reject adminstrative services agreement. | DTF | 0.50 | $250.00 | $125.00 |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: Research re debt/subscription right swap | DJC | 0.40 | $225.00 | $90.00 |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: Research and revise confirmation brief. | AB | 2.60 | $225.00 | $585.00 |
| Service | 06/25/2025 | 1113 - Executory Contracts: Prepare Motion to Reject WL Management Agreement | JES | 3.20 | $325.00 | $1,040.00 |
| Service | 06/25/2025 | 1108 - Employment, Billing & Compensation: Update, finalize, and file second interim fee application for Sikich (.6);Update, finalize, and file second interim fee application for ICAP (.5); Finalize and file third interim fee application for EA Group (.3) | DTF | 1.40 | $250.00 | $350.00 |
| Service | 06/25/2025 | 1108 - Employment, Billing & Compensation: Revise, update, finalize, and file third interim fee application of R&R with exhibits. | DTF | 1.80 | $250.00 | $450.00 |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: Review 1111b election options and calculations and conference with MPR regarding same | CAR | 1.00 | $625.00 | $625.00 |
| Service | 06/25/2025 | 1112 - Debtor Meetings & Communications: Strategy Teams mtg w/D. Friedland and W. Pederson | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/25/2025 | 1105 - Plan & Disclosures: emails w/ F. DiCastri and D. Fowle re deposition schedule (.2); further review of equity rights research (.2); review proposed plan amendments w/D. Friedland (.1); additional work on plan amendments (2.1); mtg w/CAR re 1111b issues | MPR | 3.60 | $795.00 | $2,862.00 |

| | | and plan structure (1.0) | | | | |
|---|---|---|---|---|---|---|
| Service | 06/25/2025 | 1113 - Executory Contracts: prep of obj to WL motion to compel assumption/rejection of management agreement | MPR | 0.80 | $795.00 | $636.00 |
| Service | 06/25/2025 | 1108 - Employment, Billing & Compensation: Review and finalize Richman & Richman's Third Interim Fee Application as counsel for the Debtor. | EMR | 1.20 | $495.00 | $594.00 |
| Service | 06/26/2025 | 1105 - Plan & Disclosures: Research re 1111(b) discount rate | DJC | 4.40 | $225.00 | $990.00 |
| Service | 06/26/2025 | 1105 - Plan & Disclosures: Edit Joint Stipulation of Fact | DJC | 1.50 | $225.00 | $337.50 |
| Service | 06/26/2025 | 1102 - Case Administration / US Trustee: Call and email exchanges and review of third interim fee application with D. Friedland re: third interim fee application of EA Group, and pending re-submission of same for revision to fee period (.4); finalize and file amended third interim fee appication of EA Group (.5) | DTF | 0.90 | $250.00 | $225.00 |
| Service | 06/26/2025 | 1105 - Plan & Disclosures: Research and revise confirmation brief. | AB | 1.40 | $225.00 | $315.00 |
| Service | 06/26/2025 | 1105 - Plan & Disclosures: Prep of emails to Eisner team re plan amendments of 1111b and other claims (.3); work on stipulated facts doc (1.0); work on plan amendments (.5); zoom mtg w/client team re plan amendments (.6) | MPR | 2.40 | $795.00 | $1,908.00 |
| Service | 06/26/2025 | 1113 - Executory Contracts: prep of email to client team re WL damages/ issues | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/26/2025 | 1108 - Employment, Billing & Compensation: Review Computershare Trust Company's Objection to Application to Employ Much Shelist to address same. | EMR | 0.20 | $495.00 | $99.00 |
| Service | 06/27/2025 | 1105 - Plan & Disclosures: Research re secured claims treatment & present value | DJC | 7.20 | $225.00 | $1,620.00 |
| Service | 06/27/2025 | 1105 - Plan & Disclosures: Finalize and confirm deposition schedule and confirm all details with court reporter | DTF | 2.10 | $250.00 | $525.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for depositions of lenders' experts and witnesses re: contested plan confirmation hearing (.5); Finalize and send notices of deposition to lenders' counsel (.3); generate list of deposition questions in preparation for deposition of lenders' witnesss C. Nelson (.7); review discovery responses of lenders, preserve to file production of lenders documents and prepare for client review (.6) | | | | |
| Service | 06/27/2025 | 1106 - Misc Motions & Court Hearings: Review lender objection to application of employment. | AB | 0.10 | $225.00 | $22.50 |
| Service | 06/27/2025 | 1105 - Plan & Disclosures: Conf. with MPR and DC re: 1111(b) election and discount rate (0.3); Research re: the same (2.0). | AB | 2.30 | $225.00 | $517.50 |
| Service | 06/27/2025 | 1112 - Debtor Meetings & Communications: client team zoom mtg on status/strategy, including followup calls and mtg re pending issues | MPR | 0.50 | $795.00 | $397.50 |
| Service | 06/27/2025 | 1105 - Plan & Disclosures: Emails w/ W. Pederson and client team re claims calculations (.5); mtg w/D. Cai and A. Brogan re research on claims treatment in plan (.2); final work on plan amendments and related research, and numerous and overlapping related emails and calls w/client team and advisors (3.4) | MPR | 4.10 | $795.00 | $3,259.50 |
| Service | 06/27/2025 | 1105 - Plan & Disclosures: Finalize redline and clean versions of Debtor's proposed Second Amended Chapter 11 Plan and exhibits to same to prepare same for filing. | EMR | 1.20 | $495.00 | $594.00 |
| Service | 06/28/2025 | 1105 - Plan & Disclosures: Review discovery/witness reports and general prep for depositions re plan confirmation hearings (1.5); work on plan supp, and prep of related email to Much team (.5) | MPR | 2.00 | $795.00 | $1,590.00 |
| Service | 06/29/2025 | 1105 - Plan & Disclosures: Review Friedland/Pedersen expert reports and t/conf w/D. Friedland re rebuttal reports (.7); email exchange w/Much team re status and strategy for equity offering procedures and backstop commitment (.1); further general | MPR | 2.90 | $795.00 | $2,305.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | preps for impending plan supp and rebuttal reports deadlines, including further review of Nelson report (1.6); work on jt fact stip (.2); review email from F. DiCastri with questions about amended plan and equity offering, and prep of related email to client team (.3) | | | | |
| Service | 06/30/2025 | 1105 - Plan & Disclosures: Continue research re treatment of secured claims and feasibility issues | DJC | 6.20 | $225.00 | $1,395.00 |
| Service | 06/30/2025 | 1105 - Plan & Disclosures: Edit Joint Stipulation of Facts | DJC | 1.00 | $225.00 | $225.00 |
| Service | 06/30/2025 | 1105 - Plan & Disclosures: Research re: cramdown interest rate and revise confirmation brief accordingly. | AB | 7.00 | $225.00 | $1,575.00 |
| Service | 06/30/2025 | 1105 - Plan & Disclosures: Provide to D. Friedman of EA Group via email source documents from lender's expert report of C. Nelson. | DTF | 0.20 | $250.00 | $50.00 |
| Service | 06/30/2025 | 1113 - Executory Contracts: Prepare Motion to Assume Marriott, review docket for information re Marriott Franchise Agreement | JES | 2.30 | $325.00 | $747.50 |
| Service | 06/30/2025 | 1105 - Plan & Disclosures: prep of emails w/client team re lender questions and prep of email to F. DiCastri re same (.2); review Lender doc prodn (.3); work on fact stip, and prep of email to F. DiCastri re same (.7) | MPR | 1.20 | $795.00 | $954.00 |
| Service | 06/30/2025 | 1106 - Misc Motions & Court Hearings: work on obj to WL renewed motion to compel assumption/ rejection | MPR | 0.30 | $795.00 | $238.50 |

| | |
|---|---|
| Quantity Subtotal | 307.2 |
| Services Subtotal | $112,426.50 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/28/2025 | Copy Expense: Stretto printing/copying expense: First Interim Fee Application of Mallery S.C. (Doc 557), Exhibit A: Mallery S.C. Invoice (Doc 557-001), and Notice of First Interim Fee Application of Mallery S.C. (Doc 558) | 2,226.00 | $0.15 | $333.90 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 05/28/2025 | Postage Expense: Stretto postage expense: First Interim Fee Application of Mallery S.C. (Doc 557), Exhibit A: Mallery S.C. Invoice (Doc 557-001), and Notice of First Interim Fee Application of Mallery S.C. (Doc 558) | 1.00 | $223.72 | $223.72 |
| | | | **Expenses Subtotal** | | **$557.62** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Eliza Reyes | Associate | 14.4 | $495.00 | $7,128.00 |
| Claire Richman | Partner | 1.3 | $625.00 | $812.50 |
| Michael Richman | Partner | 67.3 | $795.00 | $53,503.50 |
| James Soo | Associate | 5.5 | $325.00 | $1,787.50 |
| Ava Brogan | Non-Attorney | 34.1 | $225.00 | $7,672.50 |
| Ava Brogan | Non-Attorney | 2.0 | $0.00 | $0.00 |
| Anastasia Bruss | Non-Attorney | 0.2 | $225.00 | $45.00 |
| Anastasia Bruss | Non-Attorney | 13.2 | $225.00 | $2,970.00 |
| Dian Cai | Law Clerk | 125.3 | $225.00 | $28,192.50 |
| Dian Cai | Law Clerk | 2.6 | $0.00 | $0.00 |
| David Fowle | Paralegal | 40.9 | $250.00 | $10,225.00 |
| Kiranpreet Hayer | Paralegal | 0.4 | $225.00 | $90.00 |

| | |
|---|---|
| **Quantity Total** | **307.2** |
| **Subtotal** | **$112,984.12** |
| **Total** | **$112,984.12** |

ALL BILLS DUE & PAYABLE UPON RECEIPT UNLESS ARRANGEMENTS ARE MADE WITH COUNSEL.

Please make all amounts payable to: Richman & Richman LLC

**Check/Cash Payments:** Mail to 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
**Credit Card Payments:** Via CLIOPay at www.RandR.law (or attached link)
**Wire Instructions:** Account Name: Richman & Richman LLC (General Checking)
Account Address: 122 W. Washington Ave., Suite 850, Madison, WI 53703-2732
Bank Name and Address: BMO Harris Bank
ABA: 071025661 SWIFT Code HATRUS44 Acct No. 4838178298

Please pay within 30 days.