UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

**COMPUTERSHARE TRUST COMPANY, N.A. AND WISCONSIN & MILWAUKEE HOTEL FUNDING LLC'S EXHIBIT LIST FOR HEARING BEGINNING JULY 21, 2025, REGARDING CONFIRMATION OF DEBTOR'S PROPOSED SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

Computershare Trust Company, N.A. ("Computershare") and Wisconsin & Milwaukee Hotel Funding LLC ("Funding" and together with Computershare, "Lenders"), by their attorneys, Reinhart Boerner Van Deuren s.c., submit the following Exhibit List for the hearing beginning July 21, 2025 (the "Hearing"), regarding confirmation of the *Second Amended Chapter 11 Plan of Reorganization of Wisconsin & Milwaukee Hotel LLC Dated June 27, 2025* [Dkt. 621]. Pursuant to the Joint Stipulated Statement of Facts between Lenders and Debtor [Dkt. 632], Exhibits 101 through 129 below, inclusive, will be admitted into evidence at the Hearing without objection.

1. **Exhibit 101:** Restated Promissory Note dated January 3, 2022, issued by Debtor and payable to the order of Wisconsin Housing and Economic Development Authority ("WHEDA") in the stated principal amount of $34,664,676.02.

2. **Exhibit 102:** Restated Promissory Note dated January 3, 2022, issued by Debtor and payable to the order of WHEDA in the stated principal amount of $2,393,985.18.

3. **Exhibit 103:** Restated Promissory Note dated January 3, 2022, issued by Debtor and payable to the order of WHEDA in the stated principal amount of $7,909,905.90.

4. **Exhibit 104:** Indenture of Trust dated as of August 1, 2012, between WHEDA and Computershare, as trustee (as successor to Wells Fargo Bank, National Association).

5. **Exhibit 105:** First Supplemental Indenture dated as of October 1, 2015, between WHEDA and Computershare (as successor to Wells Fargo Bank, National Association), and consented to by Funding.

6. **Exhibit 106:** Second Supplemental Indenture dated, on information and belief, as of October 9, 2019, between WHEDA and Computershare (as successor to Wells Fargo Bank, National Association), and consented to by Funding.

7. **Exhibit 107:** Third Supplemental Indenture dated as of January 3, 2022, between WHEDA and Computershare and consented to by Funding.

8. **Exhibit 108:** Loan Agreement dated as of August 31, 2012, by and between Debtor and WHEDA.

9. **Exhibit 109:** First Amendment to Loan Agreement dated as of October 1, 2015, by and between Debtor and WHEDA, and consented to by Funding.

10. **Exhibit 110:** Second Amendment to Loan Agreement dated, on information and belief, as of October 9, 2019, among WHEDA, Debtor and Wisconsin & Milwaukee Hotel Investment Fund LLC ("WMH Investment"), and consented to by Funding.

11. **Exhibit 111:** Third Amendment to Loan Agreement dated as of January 3, 2022, between Debtor and WHEDA and consented to by Funding.

12. **Exhibit 112:** Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement A (WCDLF) dated as of December 30, 2011, from Debtor to WCDLF Sub CDE XXXIII, LLC which was recorded with the Register of Deeds for Milwaukee County, Wisconsin (the "ROD") on January 4, 2012, as Document No. 10068706.

13. **Exhibit 113:** Assignment of Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement A (WCDLF) from WCDLF Sub CDE XXXIII, LLC to WMH Investment, recorded with the ROD on February 6, 2019, as Document No. 10846387.

14. **Exhibit 114:** Assignment of and Amendment to Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement A (WCDLF) dated October 9, 2019, from WMH Investment to WHEDA, recorded with the ROD on October 11, 2019, as Document No. 10915536.

15. **Exhibit 115:** Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement A (WBGF) dated as of December 30, 2011, from Debtor to WBD Growth Fund VI, LLC, recorded with the ROD on January 4, 2012, as Document No. 10068708.

16. **Exhibit 116:** Assignment of Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement A (WBGF), from WBD Growth Fund VI, LLC to

WMH Investment, recorded with the ROD on January 7, 2019, as Document No. 10839929.

17. **Exhibit 117:** Assignment of and Amendment to Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement (WBGF) dated October 9, 2019, from WMH Investment to WHEDA, recorded with the ROD on October 11, 2019, as Document No. 10915537.

18. **Exhibit 118:** Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement B dated as of August 31, 2012, from Debtor to WHEDA, recorded with the ROD on September 4, 2012, as Document No. 10156580.

19. **Exhibit 119:** Assignment of Mortgage by Lender dated August 31, 2012, from WEHDA to Wells Fargo Bank, National Association, recorded with the ROD on September 7, 2012, as Document No. 10158153.

20. **Exhibit 120:** Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement C dated as of August 31, 2012, from Debtor to WHEDA, recorded with the ROD on September 4, 2012, as Document No. 10156581.

21. **Exhibit 121:** Assignment of Mortgage by Lender dated August 31, 2012, from WEHDA to Wells Fargo Bank, National Association, recorded with the ROD on September 7, 2012, as Document No. 10158154.

22. **Exhibit 122:** UCC-1 Financing Statement naming Debtor as debtor and Computershare (as successor in interest to Wells Fargo Bank, National Association) as secured party, which was filed with the Wisconsin Department of Financial Institutions ("WDFI") on August 31, 2012, as Document Number 120011497224.

23. **Exhibit 123:** UCC-3 Financing Statement filed with the WDFI on March 29, 2017, as Document Number 170003970423.

24. **Exhibit 124:** UCC-3 Financing Statement filed with the WDFI on June 10, 2022, as Document Number 20220610000376-7.

25. **Exhibit 125:** UCC-3 Financing Statement filed with the WDFI on December 4, 2023, as Document Number 20231204000581-6.

26. **Exhibit 126:** Business Note dated as of January 3, 2022, issued by Jackson Street Management LLC and payable to the order of Funding in the stated principal amount of $2,104,633.90.

27. **Exhibit 127:** Real Estate Mortgage dated as of January 3, 2022, from Debtor in favor of Funding.

28. **Exhibit 128:** Continuing Guaranty (Unlimited) dated as of January 3, 2022, by Debtor in favor of Funding.

54184758

29. **Exhibit 129:** Covenant Agreement dated as of January 3, 2022, among Debtor, Jackson Street Management LLC and Funding.

Lenders reserve the right to (a) use any and all exhibits designated by the Debtor or any other party, (b) supplement this list in the event that additional exhibits become known or identified and (c) use impeachment and rebuttal exhibits, as necessary.

Dated this 11th day of July, 2025.

REINHART BOERNER VAN DEUREN s.c.

BY: */s/ Frank W. DiCastri*

Frank W. DiCastri
Sara C. McNamara
1000 North Water Street, Suite 1700
Milwaukee, WI 53202-3186
414-298-1000
fdicastri@reinhartlaw.com
smcnamara@reinhartlaw.com