DOC # 10846387
RECORDED
02/06/2019 01:51 PM
JOHN LA FAVE
REGISTER OF DEEDS
Milwaukee County, WI
AMOUNT: 30.00
TRANSFER FEE:
FEE EXEMPT #:
***This document has been electronically recorded and returned to the submitter.***

# ASSIGNMENT OF CONSTRUCTION MORTGAGE, SECURITY AGREEMENT, FIXTURE FILING AND FINANCING STATEMENT A (WCDLF)

Document Number | Document Name

The undersigned ("Assignor,"), for a valuable consideration, assigns to Wisconsin & Milwaukee Hotel Investment Fund, LLC, a Missouri limited liability company the Construction Mortgage, Security Agreement, Fixture Filing and Financing Statement A (WCDLF) dated December 30, 2011, executed by Wisconsin & Milwaukee Hotel LLC, a Wisconsin limited liability company to WCDLF Sub CDE XXXIII, LLC, a Wisconsin limited liability company on real estate in Milwaukee County, Wisconsin ("Property"), together with the note or other obligation it secures, which Mortgage was recorded in the Office of the Register of Deeds of said County, ~~in (Reel) (Vol.)~~ _____ ~~of Records, at (Images) (Pages)~~ _____, as Document No. 10068706.

Recording Area

Name and Return Address

Christopher R. Anderle
Foley & Lardner LLP
150 East Gilman Street, Suite 5000
Madison, Wisconsin 53703

The Property which is subject to this Assignment is described as:
SEE EXHIBIT A ATTACHED HERETO.

See Exhibit A
Parcel Identification Number (PIN)

This is not homestead property.
~~(is)~~ (is not)

**CHOOSE EITHER OR BOTH OF THE FOLLOWING OPTIONS, AS APPLICABLE; ONLY THOSE OPTIONS CHOSEN SHALL APPLY:**

☒ A. This Assignment is made without recourse.
☐ B. Assignor warrants that there is now owing an unpaid balance on the note or other obligation secured by the mortgage, as principal, a sum of not less than $_____, and also interest _____, and that Assignor is the owner of the note secured by the Mortgage and has good right to assign it.

Dated _____

ASSIGNOR:
WCDLF Sub CDE XXXIII, LLC

By: Wisconsin Community Development Legacy Fund, Inc., its managing member

By: *Stacey Wagner* (signature)
Stacey Wagner, Secretary/Treasurer

| AUTHENTICATION | ACKNOWLEDGMENT |
|---|---|
| Signatures(s) _____ | STATE OF WISCONSIN ) |
| authenticated on _____ | **DANE** COUNTY ) ss. ) |
| * _____ | Personally came before me on **December 20, 2018** |
| TITLE: MEMBER STATE BAR OF WISCONSIN (If not, _____ authorized by Wis. Stat. § 706.06) | the above-named **Stacey Wagner** to me known to be the person(s) who executed ~~the foregoing~~ instrument and acknowledged the same. |
| THIS INSTRUMENT DRAFTED BY: Christopher R. Anderle Foley & Lardner LLP | *Ian Halwig* (signature) * **Ian Halwig** Notary Public, State of Wisconsin My Commission ~~(is permanent)~~ (expires: **March 15, 2025**) |

IAN HALWIG
Notary Public
State of Wisconsin

(Signatures may be authenticated or acknowledged. Both are not necessary.)

4848-5218-2656.1
ASSIGNMENT OF MORTGAGE
Type name below signatures.

EXHIBIT
113

# EXHIBIT A

## LEGAL DISCRIPTION

Unit 1, together with said unit's undivided interest in the common elements all in Wisconsin & Milwaukee Condominium, a condominium declared and existing under and by virtue of the Condominium Ownership Act of the State of Wisconsin and recorded by a Declaration as such condominium in the Office of the Register of Deeds for Milwaukee County, Wisconsin, on December 28, 2011, as Document No. 10067047, said condominium being located in the City of Milwaukee, County of Milwaukee, State of Wisconsin on the real estate described in said Declaration and incorporated herein by this reference thereto.

Tax Key Nos. 392-0735-5, 392-0734-X, 392-0736-0, 392-0737-6 and 392-0738-1