DOC # 10839929
RECORDED
01/07/2019 12:58 PM

JOHN LA FAVE
REGISTER OF DEEDS
Milwaukee County, WI
AMOUNT: 30.00
TRANSFER FEE:
FEE EXEMPT #:
***This document has been electronically recorded and returned to the submitter.***

**ASSIGNMENT OF CONSTRUCTION MORTGAGE, SECURITY AGREEMENT, FIXTURE FILING & FINANCING STATEMENT A**
(WBGF)

Document Number

The undersigned ("Assignor") for valuable consideration, assigns to WISCONSIN & MILWAUKEE HOTEL INVESTMENT FUND, LLC, a Missouri limited liability company ("Assignee"), the Mortgage, Security Agreement Fixture Filing and Financing Statement (the "Mortgage") dated December 30, 2011, executed by WISCONSIN & MILWAUKEE HOTEL LLC to WBD GROWTH FUND VI, LLC, on real estate in Milwaukee County, Wisconsin ("Property"), together with the notes or other obligations it secures, which Mortgage was recorded in the Office of the Register of Deeds of Milwaukee County, Wisconsin, as Document No. 10068708. The Property is legally described as:

See Exhibit A attached hereto.

Recording Area
Name and Return Address:

Daniel M. LaFrenz
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202

See Exhibit A
Parcel Identification Number

Dated: 12/20/18

ASSIGNOR:
WBD GROWTH FUND VI, LLC
By: Wisconsin Business Growth Fund, Inc.
Its: Managing Member
By: /s/ Randal J. Kyle
Randal J. Kyle, President

ACKNOWLEDGMENT

STATE OF WISCONSIN     )
                       )SS.
COUNTY OF DANE         )

Personally came before me on the date entered above, the above-named Randal J. Kyle, as President of Wisconsin Business Growth Fund, Inc., the Managing Member of WBD Growth Fund VI, LLC, to me known to be the person who executed the foregoing instrument and acknowledged the same.

/s/ Dianne Halverson
Notary Public
My commission expires: 11-21-2021

This instrument drafted by:
Attorney Daniel M. LaFrenz
Michael Best & Friedrich LLP

**EXHIBIT 116**

# EXHIBIT A

Unit 1, together with said unit's undivided interest in the common elements all in Wisconsin & Milwaukee Condominium, a condominium declared and existing under and by virtue of the Condominium Ownership Act of the State of Wisconsin and recorded by a Declaration as such condominium in the Office of the Register of Deeds for Milwaukee County, Wisconsin, on December 28, 2011, as Document No. 10067047, said condominium being located in the City of Milwaukee, County of Milwaukee, State of Wisconsin on the real estate described in said Declaration and incorporated herein by this reference thereto.

Tax Key Nos. 392-0735-5, 392-0734-X, 392-0736-0, 392-0737-6 and 392-0738-1