©1999 Wisconsin Bankers Association / Distributed by FIPCO®

DOCUMENT NO.

## ASSIGNMENT OF MORTGAGE – BY LENDER

The undersigned Lender, for valuable consideration, receipt of which is acknowledged, assigns to <u>Wells Fargo Bank, National Association</u>

_____,

a Mortgage executed by <u>Wisconsin & Milwaukee Hotel LLC, a Wisconsin limited liability company</u>

to Lender and recorded in the office of the Register of Deeds of

<u>Milwaukee</u> County, Wisconsin, as Document No. <u>10156581</u>

In _____
(Volume/Page/Etc.)
encumbering the real estate described below, together with a note or loan agreement from Borrower to Lender dated <u>as of August 31, 2012</u>.

☒ If checked, this assignment is without recourse to Lender.

DOC.# 10158154
RECORDED
09/07/2012 01:50PM
JOHN LA FAVE
REGISTER OF DEEDS
Milwaukee County, WI
AMOUNT: $30.00

FEE EXEMPT #: 0
0
***This document has been electronically recorded and returned to the submitter.**

Recording Area

Name and Return Address
Wells Fargo Bank, National Association
625 Marquette Avenue, 11th Floor
Minneapolis, MN 55479
Attn: Dawn J. Hill

392-0735-5, 392-0734-X, 392-0736-0,
392-0737-6 and 392-0738-1
Parcel Identifier Number

☒ If checked here, real estate description continues or appears on attached sheet.

STATE OF WISCONSIN

County of <u>Milwaukee</u>

This instrument was acknowledged before me

on <u>August 30, 2012</u>,

by <u>Wyman B. Winston</u>
(Name of person(s))
as <u>Executive Director</u>
(Type of authority)
of <u>Wisconsin Housing and Economic Development Authority</u>
(Name of party on behalf of whom instrument was executed)

*_____
Devon M. Wichelt
Notary Public, Wisconsin
My Commission (Expires) (Is) <u>1/19/04</u>

Dated <u>August 31, 2012</u>

<u>Wisconsin Housing and Economic Development Authority</u>
NAME OF LENDER

By _____

Title <u>Executive Director</u>

* <u>Wyman B. Winston</u>

Attest _____

Title _____

* _____

This instrument was drafted by:

<u>Joseph D. Shumow</u>
(Type or Print)

Doc Yr: 2012 Doc# 10158154 Page# 1 of 2

**EXHIBIT**

**121**

# LEGAL DESCRIPTION
# TO
# ASSIGNMENT OF MORTGAGE

Unit 1, together with said unit's undivided interest in the common elements all in Wisconsin & Milwaukee Condominium, a condominium declared and existing under and by virtue of the Condominium Ownership Act of the State of Wisconsin and recorded by a Declaration as such condominium in the Office of the Register of Deeds for Milwaukee County, Wisconsin, on December 28, 2011, as Document No. 10067047, said condominium being located in the City of Milwaukee, County of Milwaukee, State of Wisconsin on the real estate described in said Declaration and incorporated herein by this reference thereto.

Tax Key Nos. 392-0735-5, 392-0734-X, 392-0736-0, 392-0737-6 and 392-0738-1

Address 319-327 East Wisconsin Avenue and 625-633 North Milwaukee Street

Case 24-21743-gmh    Doc 638-21    Filed 07/11/25    Page 2 of 2