# UCC FINANCING STATEMENT



| NAME & PHONE OF CONTACT<br>PAMELA S HOEKSEMA<br>WISCONSIN HOUSING AND ECONOMIC DEVELOPMENT AUTHORITY<br>pam.hoeksema@wheda.com<br>(608) 266-5556 | |
|---|---|
| SEND ACKNOWLEDGMENT TO:<br>PAMELA S HOEKSEMA<br>WISCONSIN HOUSING AND ECONOMIC DEVELOPMENT AUTHORITY<br>pam.hoeksema@wheda.com | Filing # - 120011497224<br>Filed - 8/31/2012 3:04:42 PM<br>Wisconsin Department of Financial Institutions |

**Debtor's Exact Full Legal Name**

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | Wisconsin & Milwaukee Hotel LLC | | | |
| | Individual's Last Name | First Name | Middle Name | Suffix |
| Mailing Address<br>731 North Jackson Street Suite 900 | City<br>Milwaukee | State<br>WI | Postal Code<br>53202 | Country<br>UNITED STATES |
| Type Of Organization<br>Limited Liability Company | Jurisdiction of Organization<br>Wisconsin | Organizational ID#, if any<br>W057260 | | |

**Secured Party's Name (or name of Total Assignee or Assignor S/P)**

| OR | Organization's Name | | | |
|---|---|---|---|---|
| | Wells Fargo Bank, National Association | | | |
| | Individual's Last Name | First Name | Middle Name | Suffix |
| Mailing Address<br>625 Marquette Avenue, 11th Floor | City<br>Minneapolis | State<br>MN | Postal Code<br>55479 | Country<br>UNITED STATES |

**This financing statement covers the following collateral:**

All equipment, fixtures, inventory, documents, general intangibles, accounts, deposit accounts (unless a security interest would render a nontaxable account taxable), contract rights, chattel paper, patents, trademarks and copyrights (and the good will associated with and registrations and licenses of any of them), instruments, letter of credit rights and investment property, now owned or hereafter acquired by Debtor, and all additions and accessions to, all spare and repair parts, special tools, equipment and replacements for, software used in, all returned or repossessed goods the sale of which gave rise to and all proceeds, supporting obligations and products of the foregoing, wherever located.

EXHIBIT
122

**Alternative Designation:**

Not Applicable

**Optional Filer Reference Data:**

WHEDA Direct Marriott Loan - DFI

**Miscellaneous:**

Not filled in.

**Debtor Type:**

Not Applicable

**Form Type:**

UCC Financing Statement