# UCC FINANCING STATEMENT AMENDMENT



NAME & PHONE OF CONTACT
CSC Inc
Corporation Service Company
FilingDept@diligenz.com
800-858-5294

SEND ACKNOWLEDGMENT TO:
CSC Inc
Corporation Service Company
FilingDept@diligenz.com

Filing # - 170003970423
Filed - 3/29/2017 11:37:32 AM
Wisconsin Department of Financial Institutions

INITIAL FINANCING STATEMENT FILE #
120011497224

Statement Type
CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

| OR | ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|---|
|  | Wells Fargo Bank, National Association |  |  |  |
|  | INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(s)/INITIAL(s) | SUFFIX |

OPTIONAL FILER REFERENCE DATA
Debtor: Wisconsin & Milwaukee Hotel LLC [129226881]

**EXHIBIT**

**123**