UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

## LIST OF EXHIBITS OF
## WISCONSIN & MILWAUKEE HOTEL LLC

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), by its attorneys Richman & Richman LLC, by Michael P. Richman and Eliza M. Reyes, submits the following List of Exhibits identifying the Debtors' exhibits for hearing on confirmation of the Second Amended Chapter 11 Plan of Reorganization of Wisconsin & Milwaukee Hotel Dated June 27, 2025 ("**Plan**") [Doc 621], scheduled to be held from July 21, 2025 to July 25, 2025.

### EXHIBITS

1. **Exhibit 1:** Appraisal of the Milwaukee Marriott Downtown dated June 4, 2025, prepared and submitted by Jonathan Jaeger, MAI, ISHC, Senior Managing Director, LW Hospitality Advisors, and Christopher Hutsen, Vice President, LW Hospitality Advisors.

2. **Exhibit 2:** Appraisal Rebuttal Review of the Milwaukee Marriott Downtown dated June 20, 2025, prepared and submitted by Jonathan Jaeger, MAI, ISHC, Senior Managing Director, LW Hospitality Advisors.

3. **Exhibit 3:** Wisconsin & Milwaukee Hotel LLC, Five Year Forecast – Revised 6-6-25, Class 1 – Option 1B.

4. **Exhibit 4:** Wisconsin Milwaukee Hotel LLC, Debtor 18 Year Forecast, Class 1 – Option 1B Assumption.

5. **Exhibit 5:** Management Agreement by and between White Lodging Services Corporation and Wisconsin & Milwaukee Hotel LLC, Dated as of June 14, 2011.

6. **Exhibit 6:** Proposed Management Agreement between Wisconsin & Milwaukee Hotel LLC and Avion Hospitality, LLC for Milwaukee Marriott Downtown.

7. **Exhibit 7:** Marriott Hotel Franchise Agreement between Marriott International, Inc. and Wisconsin & Milwaukee Hotel LLC, Dated as of June 17, 2010.

8. **Exhibit 8:** Soft Goods Cost of PIP from Marriott.

9. **Exhibit 9:** Amended and Restated Operating Agreement of Wisconsin & Milwaukee Hotel LLC.

10. **Exhibit 10:** Wisconsin & Milwaukee Hotel LLC Subscription Documents Instructions.

11. **Exhibit 11:** Subscription Agreement.

12. **Exhibit 12:** Jackson Street Management LLC Backstop Equity Commitment Letter.

13. **Exhibit 13:** July 14, 2025 Loan Commitment Letter from Reiman Family Investment Company, LLC to Jackson Street Management LLC, with Promissory Note.

14. **Exhibit 14:** Reiman Family Investment Company, LLC bank statements from account held at CIBC Bank USA.

15. **Exhibit 15:** Curriculum Vitae of Deborah S. Friedland, ISHC.

16. **Exhibit 16:** Curriculum Vitae of William J. Pederson.

17. **Exhibit 17:** Milwaukee Marriott Hotel 2025 Budget.

18. **Exhibit 18:** Debtor's Responses to Computershare Trust Company, N.A. and Wisconsin & Milwaukee Hotel Funding LLC's Second Set of Interrogatories.

19. Any and all exhibits identified by other parties to this action.

20. Any exhibits necessary for impeachment of rebuttal.

The Debtor also reserves the right to further amend and supplement this List of Exhibits as may be appropriate.

Dated: July 16, 2025.   **RICHMAN & RICHMAN LLC**
**Attorneys for Wisconsin &**
**Milwaukee Hotel LLC**

By:   /s/ *Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 West Washington Avenue, Suite 850
Madison, WI 53703
Tel: (608) 630-8990
Fax: (608) 630-8991
mrichman@RandR.law
crichman@RandR.law
ereyes@RandR.law

3