

This communication contains information from M

---

**From:** Tulloch, Tom
**Sent:** Friday, May 30, 2025 3:33 PM
**To:** Kriston, Matt <Matt.Kriston@marriott.com>
**Subject:** Re: MH Softgoods per key cost?

Matt

Might you have a per key cost for a typical MH only softgoods renovation?

**Tom Tulloch**

Director Design & Project Management, Global Design | US & Canada

301-380-3170 (O)



This communication contains information from M

EXHIBIT

08



Be inspired
Be empowered
Be you.

marriott.com/careers

This communication contains information from M

**From:** Tulloch, Tom <Tom.Tulloch@marriott.com>
**Sent:** Friday, May 30, 2025 3:50 PM
**To:** Kriston, Matt <Matt.Kriston@marriott.com>
**Cc:** Veilleux, Richard <Richard.Veilleux@marriott.com>
**Subject:** RE: Re: MH Softgoods per key cost?
**Importance:** High


Matt

AVP QUESTION - I want to give an idea of a guest room renovation - carpet, vinyl, lighting, soft goods, desk chair, drapes, TV, bathroom mirror, lighting and vinyl - they have 50% stand up showers - the guestroom corridors wall vinyl, carpeting and lighting - this is for the Marriott Milwaukee Downtown - they are trying to work thru coming out of bankruptcy - they have $5M to spend including moving MClub to lobby level and removing pool to create a new fitness center - I just need to cost out the room/corridor portion to give them an idea of how much of the $5m will be used.


LET ME KNOW…


**Tom Tulloch**

Director Design & Project Management, Global Design | US & Canada

301-380-3170 (O)



This communication contains information from M

---

**From:** Kriston, Matt
**Sent:** Friday, May 30, 2025 4:11 PM
**To:** Tulloch, Tom <Tom.Tulloch@marriott.com>
**Cc:** Veilleux, Richard <Richard.Veilleux@marriott.com>
**Subject:** RE: Re: MH Softgoods per key cost?


Good afternoon Tom,


Thank you for writing.


I'll work something up to figure a cost for the work described below.


Thank you,
Matt


**Matt Kriston**

Director, Estimating

Global Design | US and Canada

7750 Wisconsin Avenue, Bethesda, MD  20814

202-805-0135 (M)

**From:** Kriston, Matt <Matt.Kriston@marriott.com>
**Sent:** Friday, May 30, 2025 5:13 PM
**To:** Veilleux, Richard <Richard.Veilleux@marriott.com>; Tulloch, Tom <Tom.Tulloch@marriott.com>
**Cc:** Global Design Estimating <GlobalDesignEstimating@marriott.com>
**Subject:** RE: Re: MH Softgoods per key cost?

Good evening Richard and Tom,

Please see attached per Tom's request.

Please note that the attached Estimate includes LVT at the Guestroom Entry, does not include shower conversions, and it does not include relocating the MClub.

Thank you,
Matt

**Matt Kriston**

Director, Estimating

Global Design | US and Canada

7750 Wisconsin Avenue, Bethesda, MD  20814

202-805-0135 (M)



This communication contains information from M

## *HIGH LEVEL ORDER OF MAGNITUDE ESTIMATE SUMMARY*

| PROPERTY NAME / LOCATION: | Marriott Milwaukee Downtown - Milwaukee, WI | TOTAL PROPOSED ROOMS: | | 205 |
|---|---|---|---|---|
| PROPOSED BRAND | MH | | | |

| ESTIMATE BREAKDOWN: | | Project Totals | Section Subtotal | Section Totals w/ Prorated Fees, Contingencies & Escalation |
|---|---|---|---|---|
| **4.0** **Recreation Facilities (Module 4)** | *12%* | | **495,000** | **604,000** |
| 1 Fitness | | 495,000 | | |
| **7.0** **Guestrooms (Module 7)** | *88%* | | **3,503,000** | **4,277,000** |
| 1 Guestroom | | 2,302,000 | | |
| 2 Guest Bathroom | | 656,000 | | |
| 3 Guestroom Corridor | | 545,000 | | |
| **SUBTOTAL** | | **3,998,000** | **3,998,000** | **4,881,000** |
| Design Fees | 7% | 280,000 | 280,000 | **Prorated Above** |
| Project Management Fees | 4% | 160,000 | 160,000 | **Prorated Above** |
| Design Contingency | 0% | 0 | 0 | **Prorated Above** |
| Project Contingency | 10% | 444,000 | 444,000 | **Prorated Above** |
| **SUBTOTAL (no escalation)** | | **4,882,000** | **4,882,000** | **Prorated Above** |
| Escalation | | **0** | **0** | **Prorated Above** |
| **Project Order of Magnitude Cost: Cat 2-7** | | *4,882,000* | *4,882,000* | *4,881,000* |
| **Project Cost per Key** | | *$23,815* | *$23,815* | *$23,810* |

### *Project Specific Notes and Assumptions:*

1  Estimate is based on scope in email received 5/30/2025

2  Estimating did not participate in the survey of the property and many assumptions were made to evaluate the potential cost of the PIP.

3  Unit and area quantifications are approximates based on the limited information available. The estimate may require adjustments based on any revisions to these assumptions.

4  The estimate excludes operating supplies (5SU). An actual assessment by operations is required to make a full evaluation of the hotel's existing supplies.

5  The estimate assumes no work associated with hotel computer systems. A comprehensive survey of existing systems needs to be done by MI IR in order to determine if any systems are re-usable.

6  Any items within the scope that are worded "evaluate the feasibility of", "consider", "ensure", "validate", "confirm", "identify", "meet" [a specific Standards module] or similar, are not included at this time in this Order of Magnitude estimate, pending study by others, and definition of scope. These are identified with the wording "No Cost Included, " or "TBD" (to be determined).

### *General Qualifications:*

1  **No "design contingency" is included in this estimate. A project contingency of 10%; this contingency is intended for unforeseen conditions or typical construction change orders. It is not intended for design or scope modifications.**

2  No design work has been undertaken. The estimated costs are conceptual orders of magnitude for preliminary budget purposes only and should be considered design-to allowances.

3  Hazmat abatement is excluded (such as, but not limited to asbestos, mold and mildew).

4  The estimate does not include any costs related to ADA or relevant local jurisdiction requirements unless specifically stated in the PIP.

5  Construction costs include all construction works marked up with GC overhead, profit and general conditions.

6  FF&E costs include all furnishings etc. marked up with procurement fees, freight, warehousing and installation.

7  The estimate assumes works are carried out in an operating hotel but during normal working hours utilizing "open shop" workforces and with minimal restrictions as to access and working space

8  Factors have been applied to pricing to adjust for the particular project location. All pricing should be validated by local resources who have a clear understanding of current local market conditions.

9  Estimate excludes all soft costs such as but not limited to - land/building purchase and legal costs, pre-purchase due diligence costs, development company overhead and similar costs, Technical Service Agreement (TSA) costs, property taxes, permits and licensing fees, marketing or other operational/pre-opening costs, working capital, financing, and any similar soft costs

10  Estimate excludes any loss of revenue during renovation.

11  MIDCS has no control over the cost of labor and materials, the general contractor's or subcontractors method of determining prices, or competitive bidding and market conditions. This opinion of probable cost is made on the basis of the experience, qualifications, and best judgment of the professional estimator familiar with the industry. MIDCS cannot and does not guarantee that proposals, bids, or actual construction cost will not vary from this or subsequent cost estimates.

# Marriott Milwaukee Downtown - Milwaukee, WI

Date: *5/30/25*

| | Project Year | Qty. | Unit | Burdened Cost per Unit | Project Totals |
|---|---|---|---|---|---|

## 4.0    Recreation Facilities (Module 4)

**1    Fitness**

| | Project Year | Qty. | Unit | Burdened Cost per Unit | Project Totals |
|---|---|---|---|---|---|
| Convert Pool to Fitness | | | | 0.00 | 0 |
| Soft & Case | | | | 0.00 | 0 |
|   Construction | 2025 | 1,200 | sf | 188.29 | 225,951 |
|   FF&E | 2025 | 1,200 | sf | 44.45 | 53,338 |
| FF&E - Equipment | 2025 | 1,200 | sf | 125.01 | 150,012 |
| Pool Infill | 2025 | 375 | sf | 174.94 | 65,602 |
| | | | | Subtotal | **495,000** |

## 7.0    Guestrooms (Module 7)

**1    Guestroom**

| | Project Year | Qty. | Unit | Burdened Cost per Unit | Project Totals |
|---|---|---|---|---|---|
| Softgoods | | | | 0.00 | 0 |
|   Construction | 2025 | 205 | keys | 5,667.47 | 1,161,831 |
|   FF&E | 2025 | 205 | keys | 5,561.56 | 1,140,119 |
| | | | | Subtotal | **2,302,000** |

**2    Guest Bathroom**

| | Project Year | Qty. | Unit | Burdened Cost per Unit | Project Totals |
|---|---|---|---|---|---|
| Softgoods | | | | 0.00 | 0 |
|   Construction | 2025 | 205 | keys | 2,546.62 | 522,057 |
|   FF&E | 2025 | 205 | keys | 651.44 | 133,545 |
| | | | | Subtotal | **656,000** |

**3    Guestroom Corridor**

| | Project Year | Qty. | Unit | Burdened Cost per Unit | Project Totals |
|---|---|---|---|---|---|
| Softgoods | | | | 0.00 | 0 |
|   Construction | 2025 | 13,400 | sf | 22.25 | 298,118 |
|   FF&E | 2025 | 13,400 | sf | 18.43 | 247,026 |
| | | | | Subtotal | **545,000** |