

**CIBC ◆**

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

MEMBER **FDIC** | EQUAL HOUSING LENDER

REIMAN FAMILY INVESTMENT COMPANY, LLC
MONEY MARKET ACCOUNT
125 W WISCONSIN AVE SUITE 200
PEWAUKEE WI 53072-3424

### Customer Service Information

📞 **For Personal Assistance, Call:**
414 291-7100
JEFF JANZA

🌐 **Visit Us Online:**
www.cibc.com/US

✉️ **Written Inquiries:**
CIBC Bank USA
743 North Water Street
Milwaukee, WI 53202

## BUSINESS MONEY MARKET

**Account Number:** ▓▓▓▓8108

| Balance Summary | | | Earnings Summary | | |
|---|---|---:|---|---|---:|
| Beginning Balance as of 03/31/25 | $ | 21,032,232.00 | Interest Paid Year to Date | $ | 223,266.31 |
| + Deposits and Credits (2) | | 1,562,407.32 | | | |
| - Withdrawals and Debits (1) | | 4,500,000.00 | | | |
| Ending Balance as of 04/30/25 | $ | 18,094,639.32 | | | |
| Average Balance | $ | 18,982,232.00 | | | |
| Low Balance | $ | 16,532,232.00 | | | |

### Debits

| Date | Description | Subtractions |
|---|---|---:|
| 04/15 | Cash Mgmt Trsfr Dr | 4,500,000.00 |
| | REF 1050911LFUNDS TRANSFER TODEP ▓▓▓▓ FROMMM TO CHECKING | |

### Credits

| Date | Description | Additions |
|---|---|---:|
| 04/24 | Cash Mgmt Trsfr Cr | 1,500,000.00 |
| | REF 1141320LFUNDS TRANSFER FRMDEP ▓▓▓▓ FROMRFIC CHECKING TO MM | |
| 04/30 | Interest Credit | 62,407.32 |

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 03/31 | 21,032,232.00 | 04/24 | 18,032,232.00 | 04/30 | 18,094,639.32 |
| 04/15 | 16,532,232.00 | | | | |

---

**EXHIBIT**

**14**

*Thank you for banking with CIBC*

00062474 00274555 0001 0002 T12105STD05012504112 08

| Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. If you find an error, **immediately call or write us at the phone number and address on this statement.** |
|---|---|

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | | |
|---|---|---|---|---|
| Check No. | Amount | | Check No. | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $ | | TOTAL | $ |

**ENDING BALANCE** $ _____
Shown on this statement

**ADD (+)** $ _____
Deposits and other credits made but not shown on this statement

**TOTAL** $ _____

**SUBTRACT (-)** $ _____
Total of checks outstanding

**BALANCE** $ _____

Current Checkbook Balance $ _____

**ADD (+)** $ _____
Interest earned from this statement

**SUBTRACT (-)** $ _____
Miscellaneous charges from this statement

**NEW CHECKBOOK BALANCE** $ _____
Should agree with **BALANCE** line

### DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



### GENERAL CONTACT INFORMATION

**By Phone:**
Client Support Center
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

00062474 00274556 0000 0002 T12105STD05012504112 08



120 S. LaSalle Street
Chicago, IL 60603

## BUSINESS MONEY MARKET (continued)

Account Number:  8108

### Overdraft/Return Item Summary

| Description | Total For This Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Items** | $0.00 | $0.00 |



**CIBC**

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

MEMBER
**FDIC**    EQUAL HOUSING
LENDER

Last Statement:          April 30, 2025
Statement Ending:        May 31, 2025
Total Days in Statement Period:    31

Page 1 of 2

REIMAN FAMILY INVESTMENT COMPANY, LLC
MONEY MARKET ACCOUNT
125 W WISCONSIN AVE SUITE 200
PEWAUKEE WI 53072-3424

### Customer Service Information

**For Personal Assistance, Call:**
414 291-7100
JEFF JANZA

**Visit Us Online:**
www.cibc.com/US

**Written Inquiries:**
CIBC Bank USA
743 North Water Street
Milwaukee, WI 53202

---

## BUSINESS MONEY MARKET

Account Number: ████8108

| Balance Summary | | | Earnings Summary | | |
|---|---|---:|---|---|---:|
| **Beginning Balance as of 04/30/25** | $ | **18,094,639.32** | Interest Paid Year to Date | $ | 282,546.65 |
| + Deposits and Credits (1) | | 59,280.34 | | | |
| - Withdrawals and Debits (2) | | 1,000,019.38 | | | |
| **Ending Balance as of 05/31/25** | **$** | **17,153,900.28** | | | |
| Average Balance | $ | 17,449,461.78 | | | |
| Low Balance | $ | 17,094,619.94 | | | |

### Debits

| Date | Description | Subtractions |
|---|---|---:|
| 05/06 | Cash Mgmt Trsfr Dr | 19.38 |
| | REF 1261250LFUNDS TRANSFER TODEP ████ FROMMIKE GOLDLINE | |
| 05/12 | Cash Mgmt Trsfr Dr | 1,000,000.00 |
| | REF 1320908LFUNDS TRANSFER TODEP ████ FROMMM TO CHECKING | |

### Credits

| Date | Description | Additions |
|---|---|---:|
| 05/31 | Interest Credit | 59,280.34 |

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 04/30 | 18,094,639.32 | 05/12 | 17,094,619.94 | 05/31 | 17,153,900.28 |
| 05/06 | 18,094,619.94 | | | | |

*Thank you for banking with CIBC*

00062546 00271708 0001 0002 T12105STD05312503423 07

| Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. If you find an error, immediately call or write us at the phone number and address on this statement. |
|---|---|

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | $ | TOTAL | $ |

**ENDING BALANCE**
Shown on this statement
$ _____

**ADD (+)**
Deposits and other credits made but not shown on this statement
$ _____

**TOTAL**
$ _____

**SUBTRACT (-)**
Total of checks outstanding
$ _____

**BALANCE**
$ _____

Current Checkbook Balance
$ _____

**ADD (+)**
Interest earned from this statement
$ _____

**SUBTRACT (-)**
Miscellaneous charges from this statement
$ _____

**NEW CHECKBOOK BALANCE**
Should agree with **BALANCE** line
$ _____

### DEPOSIT ACCOUNT INFORMATION
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

---

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**

---



### GENERAL CONTACT INFORMATION

**By Phone:**
Client Support Center
877 448-6500
CIBC Telephone Banking (24 Hours)
877 825-5554

CIBC NetBanking Help Desk (24 Hours)
877 327-7375
CIBC Business NetBanking Help Desk
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

00062546 00271709 0000 0002 T1210SSTD0S312503423 07



120 S. LaSalle Street
Chicago, IL 60603

## BUSINESS MONEY MARKET (continued)

Account Number: ████8108

### Overdraft/Return Item Summary

| Description | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |

00062546 00271710 0002 0002 T12105STD05312503423 07



**CIBC** ◆

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

MEMBER **FDIC** | ⌂ EQUAL HOUSING LENDER

Last Statement: May 31, 2025
Statement Ending: June 30, 2025
Total Days in Statement Period: 30

Page 1 of 2

REIMAN FAMILY INVESTMENT COMPANY, LLC
MONEY MARKET ACCOUNT
125 W WISCONSIN AVE SUITE 200
PEWAUKEE WI 53072-3424

### Customer Service Information

📞 **For Personal Assistance, Call:**
414 291-7100
JEFF JANZA

💻 **Visit Us Online:**
www.cibc.com/US

✉ **Written Inquiries:**
CIBC Bank USA
743 North Water Street
Milwaukee, WI 53202

## BUSINESS MONEY MARKET

Account Number: 8108

### Balance Summary

| | | | Earnings Summary | | |
|---|---|---|---|---|---|
| **Beginning Balance as of 05/31/25** | $ | **17,153,900.28** | Interest Paid Year to Date | $ | 332,071.78 |
| + Deposits and Credits (1) | | 49,525.13 | | | |
| - Withdrawals and Debits (4) | | 4,200,000.00 | | | |
| **Ending Balance as of 06/30/25** | **$** | **13,003,425.41** | | | |
| Average Balance | $ | 15,063,900.28 | | | |
| Low Balance | $ | 12,953,900.28 | | | |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 06/09 | Cash Mgmt Trsfr Dr | 500,000.00 |
| | REF 1600842LFUNDS TRANSFER TODEP | |
| | FROMRFIC MM TO CHECKING | |
| 06/12 | Cash Mgmt Trsfr Dr | 2,000,000.00 |
| | REF 1630845LFUNDS TRANSFER TODEP | |
| | FROMRFIC MM TO RFIC CHECKING | |
| 06/20 | Cash Mgmt Trsfr Dr | 1,200,000.00 |
| | REF 1710717LFUNDS TRANSFER TODEP | |
| | FROMMM TO CHECKING | |
| 06/30 | Cash Mgmt Trsfr Dr | 500,000.00 |
| | REF 1810832LFUNDS TRANSFER TODEP | |
| | FROMMM TO CHECKING | |

### Credits

| Date | Description | Additions |
|---|---|---|
| 06/30 | Interest Credit | 49,525.13 |

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/31 | 17,153,900.28 | 06/12 | 14,653,900.28 | 06/30 | 13,003,425.41 |
| 06/09 | 16,653,900.28 | 06/20 | 13,453,900.28 | | |

*Thank you for banking with CIBC*

00082793 00289549 0001 0002 T12105STD07012504194 07

| | Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. **If you find an error, immediately call or write us at the phone number and address on this statement.** |

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| | | | | |
|---|---|---|---|---|
| **CHECKS OUTSTANDING** | | | | |
| **NOT CHARGED TO YOUR ACCOUNT** | | | | |
| Check No. | Amount | | Check No. | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $ | | TOTAL | $ |

**ENDING BALANCE**
Shown on this statement                                      $ _____

**ADD (+)**
Deposits and other credits made but
not shown on this statement                            $ _____

**TOTAL**                                      $ _____

**SUBTRACT (-)**                                  $ _____
Total of checks outstanding

**BALANCE**                                      $ _____

Current Checkbook Balance                         $ _____

**ADD (+)**                                      $ _____
Interest earned from this statement

**SUBTRACT (-)**                                  $ _____
Miscellaneous charges from this
statement

**NEW CHECKBOOK BALANCE**                        $ _____
Should agree with **BALANCE** line

## DEPOSIT ACCOUNT INFORMATION
## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

---

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**

---



## GENERAL CONTACT INFORMATION

**By Phone:**
Client Support Center
877 448-6500
CIBC Telephone Banking (24 Hours)
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

00082793 00269850 0000 0002 T12105STD07012504194 07



REIMAN FAMILY INVESTMENT COMPANY, LLC

120 S. LaSalle Street
Chicago, IL 60603

## BUSINESS MONEY MARKET (continued)

Account Number: 8108

### Overdraft/Return Item Summary

| Description | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |

00062793 00269551 0002 0002 T1210STD07012504194 07