

# Mr. Pederson's Curriculum Vitae
## William J. Pederson

Eisner Advisory Group, LLC, One Logan Square, 130 N. 18th St., Suite 3000, Philadelphia, PA 19103

**EMPLOYMENT HISTORY**

| | | |
|---|---|---|
| 2009 to Present | *Eisner Advisory Group, LLP* | |
| | Director, Bankruptcy and Restructuring | |
| 2000-2009 | *Protiviti* | |
| | Litigation Services and Bankruptcy | |
| 1997-2000 | *Richard Martinez, PLC* | |
| | Bankruptcy Attorney | |
| 1995-1996 | *Entergy* | |
| | New Orleans, Louisiana Regional Utility | |
| 1990-1995 | *USF&G* | |
| | Baltimore, Maryland National P&C Insurer | |
| 1986-1990 | *Ernst & Young* | |
| | International Accounting Firm | |

**EDUCATION**
1997-2000   Loyola New Orleans College of Law, J.D.
1990-1992   University of Baltimore, M.S. - Finance
1984-1986   University of Baltimore, M.B.A.
1974-1978   Roanoke College, B.B.A.

**PROFESSIONAL DESIGNATIONS:**
Certified Public Accountant (CPA), Maryland & Pennsylvania
Member of the Bar, Louisiana and Maryland
Accredited in Business Valuation (ABV)
Certified Fraud Examiner (CFE)
Certified in Distressed Business Valuation (CDBV)
Certified in Financial Forensics (CFF)
Certified Insolvency and Restructuring Advisor (CIRA)

**EXHIBIT 16**

…me under which EisnerAmper LLP and Eisner Advisory Group LLC provide professional services. EisnerAmper LLP and Eisner Advisory Group LLC are independently …n alternative practice structure in accordance with the AICPA Code of Professional Conduct and applicable law, regulations and professional standards. …CPA firm that provides attest services, and Eisner Advisory Group LLC and its subsidiary entities provide tax and business consulting services. Eisner Advisory Group are not licensed CPA firms.

**PROFESSIONAL ORGANIZATIONS**
American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency and Reorganization Advisors
Louisiana Bar Association
Maryland Bar Association
Turnaround Management Association

**PRIOR TESTIMONY:**
U.S. Bankruptcy Court for the District of New Jersey – *In Re: Ernie's Auto Detailing, Inc*.
- Provided deposition testimony regarding Amended Plan of Reorganization.

U.S. Bankruptcy Court for the Southern District of New York – *In re Michael Rodger Brown, Debtor, John S.Pereira, as Chapter 7 Trustee for the estate of Michael Rodger Brown, v. Michael Rodger Brown, et al*
- Provided deposition testimony on equity dilution.

U.S. Bankruptcy Court for the District of Delaware – *Center City Healthcare, LLC d/b/a/ Hahnemann University Hospital, et al v. Medline Industries, Inc*.
- Provided deposition testimony on preferences.

U.S. Bankruptcy Court for the Southern District of New York – *Official Committee of Unsecured Creditors on behalf of the bankruptcy estate of Great Atlantic & Pacific Tea Company, et al v. McKesson Corporation*
- Provided deposition testimony on preferences.
- Provided expert testimony on preferences.

U.S. District Court for the Middle District of Tennessee – *Automotive Experts v. Kallberg, et al*.
- Provided deposition testimony on accounting and valuation.

U.S. Bankruptcy Court for the District of New Jersey – *In re SB Building Associates LP, et al*.
- Provided expert testimony on accounting, auditing, forensics, restructuring and valuation.

U.S. District Court for the District of New Jersey- *MSKP Oak Grove v. Venuto, et al*.
- Provided deposition testimony on valuation.
- Provided expert testimony on valuation.

U.S. District Court for the Eastern District of Pennsylvania – *Hipple v. SCIX, et al*.
- Provided expert testimony on valuation.

U.S. Bankruptcy Court of the Eastern District of Pennsylvania – *M.Krasny v. P.Bagga*
- Provided deposition testimony.



www.eisneramper.com