**Milwaukee Marriott Hotel**

**2025 Budget**

|  | 2025 Budget |  |  |  |
|---|---:|---:|---:|---:|
| Number of Rooms | 205 | | | |
| Rooms Available | 74,825 | | | |
| Rooms Occupied (incl. Comps) | 53,152 | | | |
| Rooms Revenue | $ 9,994,751 | | | |
| Occupancy % (excl. comps) | 71.0% | | | |
| Average Daily Rate | $188.04 | | | |
| RevPAR | $133.58 | | | |

|  | Amount | Percent | PAR | POR |
|---|---:|---:|---:|---:|
| **Revenue** | | | | |
| Rooms | $ 9,994,751 | 73.8% | $ 48,755 | $ 188.04 |
| Food & Beverage | 2,755,614 | 20.3% | 13,442 | 51.84 |
| Telecommunications | 10,775 | 0.1% | 53 | 0.20 |
| Other Operated Depts | 785,181 | 5.8% | 3,830 | 14.77 |
| **Total Revenue** | 13,546,320 | 100.0% | 66,080 | 254.86 |
| | | | | |
| **Departmental Profits** | | | | |
| Rooms | 7,569,141 | 75.7% | 36,923 | 142.41 |
| Total Food & Beverage | 394,522 | 14.3% | 1,925 | 7.42 |
| Telecommunications | 10,775 | 100.0% | 53 | 0.20 |
| Other Operated Depts | 333,723 | 42.5% | 1,628 | 6.28 |
| **Total Departmental Profits** | 8,308,161 | 61.3% | 40,528 | 156.31 |
| | | | | |
| **Undistributed Operating Expenses** | | | | |
| Sales & Marketing | 932,441 | 6.9% | 4,548 | 17.54 |
| Brand Fee Expenses | 999,216 | 7.4% | 4,874 | 18.80 |
| Administrative & General | 1,055,862 | 7.8% | 5,151 | 19.86 |
| Information & Telecommunications | 130,103 | 1.0% | 635 | 2.45 |
| Property Operation & Maintenance | 594,108 | 4.4% | 2,898 | 11.18 |
| Utilities | 522,215 | 3.9% | 2,547 | 9.82 |
| **Total Undistrib. Operating Exp** | 4,233,944 | 31.3% | 20,653 | 79.66 |

EXHIBIT

17

| | | | | |
|---|---|---|---|---|
| **Gross Operating Profit $** | 4,074,217 | 30.1% | 19,874 | 76.65 |
| | | | | |
| Management Fees | 474,121 | 3.5% | 2,313 | 8.92 |
| **Total Management Fees** | 474,121 | 3.5% | 2,313 | 8.92 |
| | | | | |
| **Income Before Non-Operating Income and Exp.** | 3,600,096 | 26.6% | 17,561 | 67.73 |
| | | | | |
| **Non-Operating Income and Expense** | | | | |
| Income | (11,187) | -0.1% | (55) | (0.21) |
| [1] Property & Other Taxes | 925,078 | 6.8% | 4,513 | 17.40 |
| [1] Insurance | 191,054 | 1.4% | 932 | 3.59 |
| Other | 33,708 | 0.2% | 164 | 0.63 |
| **Total Non-Operating Income and Exp** | 1,138,652 | 8.4% | 5,554 | 21.42 |
| | | | | |
| Replacement Reserves | 677,316 | 5.0% | 3,304 | 12.74 |
| | | | | |
| **EBITDA Less Reserves** | 1,784,127 | 13.2% | 8,703 | 33.57 |
| | | | | |
| **Expenses After EBITDA Less Reserves** | | | | |
| Amortization and Depreciation | - | 0.0% | - | - |
| Income Taxes | - | 0.0% | - | - |
| Other Expense after EBITDA | (619,151) | -4.6% | (3,020) | (11.65) |
| **Total Expenses After EBITDA** | (619,151) | -4.6% | (3,020) | (11.65) |
| | | | | |
| **Net Income (Loss)** | 2,403,279 | 17.7% | 11,723 | 45.22 |

**Notes:**

[1] Based on Client updated budget.