# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | |
| Wisconsin & Milwaukee Hotel LLC, | Case No. 24-21743-gmh<br>Chapter 11 |
| Debtor. | |

## SECOND SUPPLEMENTAL LIST OF EXHIBITS OF
## WISCONSIN & MILWAUKEE HOTEL LLC

Wisconsin & Milwaukee Hotel LLC, the debtor herein ("**Debtor**" or "**WMH**"), by its attorneys Richman & Richman LLC, by Michael P. Richman and Eliza M. Reyes, submits the following Second Supplemental List of Exhibits identifying the Debtors' additional exhibits for hearing on confirmation of the Second Amended Chapter 11 Plan of Reorganization of Wisconsin & Milwaukee Hotel Dated June 27, 2025 ("**Plan**") [Doc 621], scheduled to be held beginning on July 22, 2025.

### EXHIBITS

1. **Exhibit 20:** Demonstrative exhibit providing Overview of Milwaukee, Wisconsin Hospitality Market, reviewed and considered by Deborah S. Friedland ("**Friedland**") to develop forecast of annual revenues, expenses, and income ("**Projections**") for the Milwaukee Marriott Downtown ("**Hotel**").

2. **Exhibit 21:** Demonstrative exhibit providing Performance data of hotels in Milwaukee, Wisconsin Hospitality Market, reviewed and considered by Friedland to develop Projections for the Hotel.

3. **Exhibit 22:** Demonstrative exhibit providing Construction data of hotels in Milwaukee, Wisconsin Hospitality Market, reviewed and considered by Friedland to develop Projections for the Hotel.

4. **Exhibit 23:** Demonstrative exhibit providing Sales data of hotels in Milwaukee, Wisconsin Hospitality Market, reviewed and considered by Friedland to develop Projections for the Hotel.

5. **Exhibit 24:** Demonstrative exhibit providing data on the Economy of Milwaukee, Wisconsin, reviewed and considered by Friedland to develop Projections for the Hotel.

6. **Exhibit 25:** Demonstrative exhibit providing data on Submarkets of the Milwaukee, Wisconsin Hospitality Market, reviewed and considered by Friedland to develop Projections for the Hotel.

7. **Exhibit 26:** Demonstrative exhibit providing additional financial and economic data on hotels in the Milwaukee, Wisconsin Hospitality Market, reviewed and considered by Friedland to develop Projections for the Hotel.

8. **Exhibit 27:** Wisconsin & Milwaukee Hotel LLC – Operating History Year-End 2018 through Year-End 2024.

9. **Exhibit 28:** Wisconsin & Milwaukee Hotel LLC, Five Year Forecast – Revised 7-3-25, Class 1 – Option 1B.

10. **Exhibit 29:** Wisconsin & Milwaukee Hotel LLC, 10 Year Forecast – revised 7-3-25, Class 1B Assumption.

The Debtor continues to reserve the right to further amend and supplement this Second Supplemental List of Exhibits as may be appropriate.

Dated: July 21, 2025.

**RICHMAN & RICHMAN LLC**
**Attorneys for Wisconsin &**
**Milwaukee Hotel LLC**

By: /s/ *Michael P. Richman*
Michael P. Richman
Claire Ann Richman
Eliza M. Reyes
122 West Washington Avenue, Suite 850
Madison, WI 53703
Tel: (608) 630-8990
Fax: (608) 630-8991
mrichman@RandR.law
crichman@RandR.law
ereyes@RandR.law