**OVERALL SUPPLY & DEMAND**

| | Supply | | | Demand | | |
|---|---|---|---|---|---|---|
| Year | Available Rooms | Change | % Change | Occupied Rooms | Change | % Change |
| 2029 | 7,571,195 | 0 | 0% | 4,285,258 | 9,829 | 0.2% |
| 2028 | 7,571,195 | 0 | 0% | 4,275,429 | (28,720) | -0.7% |
| 2027 | 7,571,195 | 0 | 0% | 4,304,149 | 103,871 | 2.5% |
| 2026 | 7,571,195 | 80,393 | 1.1% | 4,200,278 | 69,532 | 1.7% |
| 2025 | 7,490,802 | 177,563 | 2.4% | 4,130,746 | 52,561 | 1.3% |
| YTD | 1,821,420 | 16,698 | 0.9% | 842,867 | 34,728 | 4.3% |
| 2024 | 7,313,239 | 157,192 | 2.2% | 4,078,185 | 31,968 | 0.8% |
| 2023 | 7,156,047 | 83,068 | 1.2% | 4,046,217 | 25,657 | 0.6% |
| 2022 | 7,072,979 | 130,815 | 1.9% | 4,020,560 | 624,887 | 18.4% |
| 2021 | 6,942,164 | 605,729 | 9.6% | 3,395,673 | 1,100,333 | 47.9% |
| 2020 | 6,336,435 | (132,855) | -2.1% | 2,295,340 | (1,862,251) | -44.8% |
| 2019 | 6,469,290 | 55,562 | 0.9% | 4,157,591 | 71,134 | 1.7% |
| 2018 | 6,413,728 | 76,692 | 1.2% | 4,086,457 | 162,701 | 4.1% |
| 2017 | 6,337,036 | 144,562 | 2.3% | 3,923,756 | 41,397 | 1.1% |
| 2016 | 6,192,474 | 108,173 | 1.8% | 3,882,359 | 106,766 | 2.8% |
| 2015 | 6,084,301 | 87,638 | 1.5% | 3,775,593 | 23,615 | 0.6% |

**LUXURY & UPPER UPSCALE SUPPLY & DEMAND**

| | Supply | | | Demand | | |
|---|---|---|---|---|---|---|
| Year | Available Rooms | Change | % Change | Occupied Rooms | Change | % Change |
| 2029 | 1,567,654 | 0 | 0% | | | |
| 2028 | 1,567,654 | 0 | 0% | | | |
| 2027 | 1,567,654 | 0 | 0% | | | |
| 2026 | 1,567,654 | 25,555 | 1.7% | | | |
| 2025 | 1,542,099 | 6,179 | 0.4% | | | |
| YTD | 378,720 | 0 | 0% | 195,832 | 12,959 | 7.1% |
| 2024 | 1,535,920 | 24,840 | 1.6% | 952,047 | 86,713 | 10.0% |
| 2023 | 1,511,080 | 55,396 | 3.8% | 865,334 | 88,515 | 11.4% |
| 2022 | 1,455,684 | 48,638 | 3.5% | 776,819 | 198,295 | 34.3% |
| 2021 | 1,407,046 | 242,621 | 20.8% | 578,524 | 254,915 | 78.8% |
| 2020 | 1,164,425 | (190,824) | -14.1% | 323,609 | (582,993) | -64.3% |
| 2019 | 1,355,249 | (60,259) | -4.3% | 906,602 | (37,293) | -4.0% |
| 2018 | 1,415,508 | (57,727) | -3.9% | 943,895 | (39,045) | -4.0% |
| 2017 | 1,473,235 | 72,799 | 5.2% | 982,940 | 26,515 | 2.8% |
| 2016 | 1,400,436 | 34,241 | 2.5% | 956,425 | 15,050 | 1.6% |
| 2015 | 1,366,195 | 0 | 0% | 941,375 | 21,862 | 2.4% |

**EXHIBIT 26**

© 2025 CoStar Group - Licensed to Eisner Amper - 1246588

CoStar

**UPSCALE & UPPER MIDSCALE SUPPLY & DEMAND**

| Year | Supply | | | Demand | | |
|---|---|---|---|---|---|---|
| | Available Rooms | Change | % Change | Occupied Rooms | Change | % Change |
| 2029 | 4,475,123 | 0 | 0% | 2,544,499 | 5,805 | 0.2% |
| 2028 | 4,475,123 | 0 | 0% | 2,538,694 | (16,803) | -0.7% |
| 2027 | 4,475,123 | 0 | 0% | 2,555,497 | 72,855 | 2.9% |
| 2026 | 4,475,123 | 51,271 | 1.2% | 2,482,642 | 26,496 | 1.1% |
| 2025 | 4,423,852 | 146,444 | 3.4% | 2,456,146 | 88,495 | 3.7% |
| YTD | 1,067,940 | 11,388 | 1.1% | 487,172 | 14,211 | 3.0% |
| 2024 | 4,277,408 | 60,250 | 1.4% | 2,367,651 | (40,114) | -1.7% |
| 2023 | 4,217,158 | 38,824 | 0.9% | 2,407,765 | 12,662 | 0.5% |
| 2022 | 4,178,334 | 91,218 | 2.2% | 2,395,103 | 377,840 | 18.7% |
| 2021 | 4,087,116 | 313,589 | 8.3% | 2,017,263 | 698,999 | 53.0% |
| 2020 | 3,773,527 | 71,794 | 1.9% | 1,318,264 | (1,102,423) | -45.5% |
| 2019 | 3,701,733 | 116,872 | 3.3% | 2,420,687 | 74,036 | 3.2% |
| 2018 | 3,584,861 | 232,071 | 6.9% | 2,346,651 | 190,448 | 8.8% |
| 2017 | 3,352,790 | 88,882 | 2.7% | 2,156,203 | 39,141 | 1.8% |
| 2016 | 3,263,908 | 77,322 | 2.4% | 2,117,062 | 82,028 | 4.0% |
| 2015 | 3,186,586 | 101,165 | 3.3% | 2,035,034 | 30,677 | 1.5% |

**MIDSCALE & ECONOMY SUPPLY & DEMAND**

| Year | Supply | | | Demand | | |
|---|---|---|---|---|---|---|
| | Available Rooms | Change | % Change | Occupied Rooms | Change | % Change |
| 2029 | 1,528,418 | 0 | 0% | 757,909 | 1,867 | 0.2% |
| 2028 | 1,528,418 | 0 | 0% | 756,042 | (5,975) | -0.8% |
| 2027 | 1,528,418 | 0 | 0% | 762,017 | 10,606 | 1.4% |
| 2026 | 1,528,418 | 3,567 | 0.2% | 751,411 | 8,226 | 1.1% |
| 2025 | 1,524,851 | 24,940 | 1.7% | 743,185 | (15,301) | -2.0% |
| YTD | 374,760 | 5,310 | 1.4% | 159,863 | 7,559 | 5.0% |
| 2024 | 1,499,911 | 72,102 | 5.0% | 758,486 | (14,632) | -1.9% |
| 2023 | 1,427,809 | (11,152) | -0.8% | 773,118 | (75,520) | -8.9% |
| 2022 | 1,438,961 | (9,041) | -0.6% | 848,638 | 48,752 | 6.1% |
| 2021 | 1,448,002 | 49,519 | 3.5% | 799,886 | 146,419 | 22.4% |
| 2020 | 1,398,483 | (13,825) | -1.0% | 653,467 | (176,835) | -21.3% |
| 2019 | 1,412,308 | (1,051) | -0.1% | 830,302 | 34,391 | 4.3% |
| 2018 | 1,413,359 | (97,652) | -6.5% | 795,911 | 11,298 | 1.4% |
| 2017 | 1,511,011 | (17,119) | -1.1% | 784,613 | (24,259) | -3.0% |
| 2016 | 1,528,130 | (3,390) | -0.2% | 808,872 | 9,688 | 1.2% |
| 2015 | 1,531,520 | (13,527) | -0.9% | 799,184 | (28,924) | -3.5% |

EisnerAmper

© 2025 CoStar Group - Licensed to Eisner Amper - 1246588

CoStar

5/5/2025
Page 28

Case 24-21743-gmh    Doc 672-7    Filed 07/21/25    Page 2 of 7

# Appendix

**OVERALL PERFORMANCE**

|  | Occupancy | | ADR | | RevPAR | |
| Year | Percent | % Change | Per Room | % Change | Per Room | % Change |
| --- | --- | --- | --- | --- | --- | --- |
| 2029 | 56.6% | 0.2% | $140.92 | 1.2% | $79.76 | 1.4% |
| 2028 | 56.5% | -0.7% | $139.26 | 2.0% | $78.64 | 1.3% |
| 2027 | 56.8% | 2.5% | $136.59 | 1.1% | $77.65 | 3.6% |
| 2026 | 55.5% | 0.6% | $135.15 | 0.9% | $74.98 | 1.5% |
| 2025 | 55.1% | -1.1% | $133.96 | -0.8% | $73.87 | -1.9% |
| YTD | 46.3% | 3.3% | $116.97 | 5.4% | $54.13 | 8.9% |
| 2024 | 55.8% | -1.4% | $135 | 4.5% | $75.28 | 3.1% |
| 2023 | 56.5% | -0.5% | $129.20 | 6.3% | $73.05 | 5.7% |
| 2022 | 56.8% | 16.2% | $121.53 | 12.0% | $69.08 | 30.1% |
| 2021 | 48.9% | 35.0% | $108.54 | 25.8% | $53.09 | 69.9% |
| 2020 | 36.2% | -43.6% | $86.29 | -23.6% | $31.26 | -56.9% |
| 2019 | 64.3% | 0.9% | $112.89 | 1.7% | $72.55 | 2.6% |
| 2018 | 63.7% | 2.9% | $111.01 | -0.7% | $70.73 | 2.2% |
| 2017 | 61.9% | -1.2% | $111.74 | 4.5% | $69.19 | 3.2% |
| 2016 | 62.7% | 1.0% | $106.89 | 3.1% | $67.02 | 4.2% |
| 2015 | 62.1% | -0.8% | $103.65 | 4.8% | $64.32 | 4.0% |

**LUXURY & UPPER UPSCALE PERFORMANCE**

|  | Occupancy | | ADR | | RevPAR | |
| Year | Percent | % Change | Per Room | % Change | Per Room | % Change |
| --- | --- | --- | --- | --- | --- | --- |
| 2029 | | | | | | |
| 2028 | | | | | | |
| 2027 | | | | | | |
| 2026 | | | | | | |
| 2025 | | | | | | |
| YTD | 51.7% | 7.1% | $161.21 | 8.6% | $83.36 | 16.3% |
| 2024 | 62.0% | 8.2% | $181.86 | 2.8% | $112.73 | 11.3% |
| 2023 | 57.3% | 7.3% | $176.92 | 4.2% | $101.31 | 11.8% |
| 2022 | 53.4% | 29.8% | $169.83 | 7.4% | $90.63 | 39.4% |
| 2021 | 41.1% | 47.9% | $158.11 | 28.7% | $65.01 | 90.4% |
| 2020 | 27.8% | -58.5% | $122.83 | -20.0% | $34.14 | -66.8% |
| 2019 | 66.9% | 0.3% | $153.53 | 4.7% | $102.71 | 5.0% |
| 2018 | 66.7% | -0.1% | $146.65 | 0.7% | $97.79 | 0.7% |
| 2017 | 66.7% | -2.3% | $145.57 | 5.4% | $97.13 | 3.0% |
| 2016 | 68.3% | -0.9% | $138.09 | 4.0% | $94.31 | 3.0% |
| 2015 | 68.9% | 2.4% | $132.82 | 1.9% | $91.52 | 4.4% |

# Appendix

**UPSCALE & UPPER MIDSCALE PERFORMANCE**

| Year | Occupancy Percent | Occupancy % Change | ADR Per Room | ADR % Change | RevPAR Per Room | RevPAR % Change |
|---|---|---|---|---|---|---|
| 2029 | 56.9% | 0.2% | $138.74 | 1.2% | $78.88 | 1.4% |
| 2028 | 56.7% | -0.7% | $137.10 | 1.9% | $77.77 | 1.3% |
| 2027 | 57.1% | 2.9% | $134.50 | 1.3% | $76.81 | 4.2% |
| 2026 | 55.5% | -0.1% | $132.82 | 0.3% | $73.68 | 0.2% |
| 2025 | 55.5% | 0.3% | $132.41 | -0.9% | $73.52 | -0.6% |
| YTD | 45.6% | 1.9% | $115.27 | 4.4% | $52.58 | 6.4% |
| 2024 | 55.4% | -3.1% | $133.66 | 4.3% | $73.99 | 1.2% |
| 2023 | 57.1% | -0.4% | $128.09 | 5.2% | $73.13 | 4.8% |
| 2022 | 57.3% | 16.1% | $121.73 | 11.1% | $69.78 | 29.0% |
| 2021 | 49.4% | 41.3% | $109.59 | 19.7% | $54.09 | 69.2% |
| 2020 | 34.9% | -46.6% | $91.52 | -19.3% | $31.97 | -56.9% |
| 2019 | 65.4% | -0.1% | $113.40 | 1.8% | $74.15 | 1.7% |
| 2018 | 65.5% | 1.8% | $111.43 | -0.6% | $72.94 | 1.2% |
| 2017 | 64.3% | -0.9% | $112.08 | 3.5% | $72.08 | 2.6% |
| 2016 | 64.9% | 1.6% | $108.33 | 2.8% | $70.27 | 4.5% |
| 2015 | 63.9% | -1.7% | $105.33 | 5.5% | $67.27 | 3.7% |

**MIDSCALE & ECONOMY PERFORMANCE**

| Year | Occupancy Percent | Occupancy % Change | ADR Per Room | ADR % Change | RevPAR Per Room | RevPAR % Change |
|---|---|---|---|---|---|---|
| 2029 | 49.6% | 0.2% | $80.84 | 1.2% | $40.08 | 1.4% |
| 2028 | 49.5% | -0.8% | $79.88 | 1.7% | $39.51 | 0.9% |
| 2027 | 49.9% | 1.4% | $78.57 | -0.3% | $39.17 | 1.1% |
| 2026 | 49.2% | 0.9% | $78.81 | 0.2% | $38.74 | 1.1% |
| 2025 | 48.7% | -3.6% | $78.61 | -2.2% | $38.31 | -5.7% |
| YTD | 42.7% | 3.5% | $67.96 | -0.1% | $28.99 | 3.3% |
| 2024 | 50.6% | -6.6% | $80.37 | 1.5% | $40.64 | -5.2% |
| 2023 | 54.1% | -8.2% | $79.21 | 3.2% | $42.89 | -5.3% |
| 2022 | 59.0% | 6.8% | $76.76 | 9.6% | $45.27 | 17.0% |
| 2021 | 55.2% | 18.2% | $70.05 | 21.5% | $38.70 | 43.7% |
| 2020 | 46.7% | -20.5% | $57.63 | -14.0% | $26.93 | -31.7% |
| 2019 | 58.8% | 4.4% | $67.05 | -0.7% | $39.42 | 3.7% |
| 2018 | 56.3% | 8.4% | $67.49 | -1.4% | $38.01 | 7.0% |
| 2017 | 51.9% | -1.9% | $68.42 | 3.3% | $35.53 | 1.3% |
| 2016 | 52.9% | 1.4% | $66.23 | 1.9% | $35.06 | 3.3% |
| 2015 | 52.2% | -2.6% | $65.01 | 5.5% | $33.92 | 2.7% |

EisnerAmper © 2025 CoStar Group - Licensed to Eisner Amper - 1246588 CoStar 5/5/2025

# Appendix

**OVERALL SALES**

| | Completed Transactions (1) | | | | | | Market Pricing Trends (2) | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Room | Avg Cap Rate | Price/Room | Price Index | Cap Rate |
| 2029 | - | - | - | - | - | - | $128,166 | 227 | 9.6% |
| 2028 | - | - | - | - | - | - | $122,716 | 217 | 9.8% |
| 2027 | - | - | - | - | - | - | $114,976 | 203 | 10.2% |
| 2026 | - | - | - | - | - | - | $108,708 | 192 | 10.6% |
| 2025 | - | - | - | - | - | - | $109,503 | 194 | 10.3% |
| YTD | 2 | $14.4M | 1.4% | $7,175,000 | $48,810 | - | $112,206 | 199 | 9.9% |
| 2024 | 9 | $43.6M | 4.7% | $4,845,417 | $45,473 | - | $108,558 | 192 | 9.9% |
| 2023 | 5 | $15.8M | 1.4% | $3,167,880 | $55,383 | - | $95,106 | 168 | 9.7% |
| 2022 | 11 | $47.9M | 4.4% | $4,358,162 | $54,851 | 7.5% | $87,876 | 156 | 9.3% |
| 2021 | 9 | $28.3M | 3.6% | $3,139,333 | $40,305 | - | $86,439 | 153 | 9.0% |
| 2020 | 6 | $29.9M | 3.3% | $4,981,183 | $46,992 | - | $92,338 | 163 | 9.3% |
| 2019 | 12 | $129.4M | 8.0% | $10,785,050 | $88,644 | 9.1% | $102,093 | 181 | 9.3% |
| 2018 | 13 | $154.2M | 11.6% | $11,862,500 | $75,336 | 10.0% | $100,243 | 177 | 9.2% |
| 2017 | 6 | $36M | 3.8% | $6,006,117 | $53,467 | - | $98,846 | 175 | 9.1% |
| 2016 | 13 | $66.2M | 7.9% | $5,096,004 | $48,819 | 8.9% | $94,661 | 168 | 9.1% |
| 2015 | 13 | $63.8M | 10.0% | $4,909,503 | $38,494 | - | $90,243 | 160 | 8.9% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred. The price index is not smoothed.

**LUXURY & UPPER UPSCALE SALES**

| | Completed Transactions (1) | | | | | | Market Pricing Trends (2) | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Room | Avg Cap Rate | Price/Room | Price Index | Cap Rate |
| 2029 | - | - | - | - | - | - | $254,676 | 249 | 8.6% |
| 2028 | - | - | - | - | - | - | $243,847 | 239 | 8.8% |
| 2027 | - | - | - | - | - | - | $228,466 | 224 | 9.1% |
| 2026 | - | - | - | - | - | - | $216,011 | 211 | 9.5% |
| 2025 | - | - | - | - | - | - | $217,592 | 213 | 9.2% |
| YTD | - | - | - | - | - | - | $223,073 | 218 | 8.9% |
| 2024 | - | - | - | - | - | - | $213,341 | 209 | 8.9% |
| 2023 | 2 | $5.3M | 1.2% | $2,644,700 | $101,719 | - | $183,129 | 179 | 8.9% |
| 2022 | - | - | - | - | - | - | $167,412 | 164 | 8.5% |
| 2021 | 1 | $819K | 0.3% | $819,000 | $74,455 | - | $162,284 | 159 | 8.3% |
| 2020 | - | - | - | - | - | - | $172,323 | 169 | 8.7% |
| 2019 | 1 | $26.7M | 5.4% | $26,700,000 | $131,527 | 9.1% | $189,560 | 186 | 8.7% |
| 2018 | 2 | $40.7M | 19.0% | $20,350,000 | $55,299 | - | $187,836 | 184 | 8.5% |
| 2017 | 1 | $14.5M | 4.5% | $14,479,700 | $77,432 | - | $182,937 | 179 | 8.4% |
| 2016 | - | - | - | - | - | - | $171,282 | 168 | 8.5% |
| 2015 | 2 | $17M | 10.6% | $8,487,500 | $42,758 | - | $163,158 | 160 | 8.3% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred. The price index is not smoothed.

# Appendix

**UPSCALE & UPPER MIDSCALE SALES**

| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Room | Avg Cap Rate | Price/Room | Price Index | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | Completed Transactions (1) | | | | Market Pricing Trends (2) | | |
| 2029 | - | - | - | - | - | - | $108,346 | 211 | 9.9% |
| 2028 | - | - | - | - | - | - | $103,739 | 202 | 10.1% |
| 2027 | - | - | - | - | - | - | $97,195 | 189 | 10.5% |
| 2026 | - | - | - | - | - | - | $91,897 | 179 | 10.9% |
| 2025 | - | - | - | - | - | - | $92,569 | 180 | 10.6% |
| YTD | 2 | $14.4M | 2.5% | $7,175,000 | $48,810 | - | $94,956 | 185 | 10.2% |
| 2024 | 6 | $36.7M | 6.2% | $6,113,958 | $49,640 | - | $92,784 | 181 | 10.2% |
| 2023 | 1 | $6M | 1.2% | $6,000,000 | $43,478 | - | $82,530 | 161 | 9.9% |
| 2022 | 4 | $34.2M | 4.0% | $8,552,245 | $74,206 | 7.5% | $76,863 | 150 | 9.5% |
| 2021 | 4 | $13.3M | 2.1% | $3,318,750 | $55,777 | - | $76,644 | 149 | 9.1% |
| 2020 | 5 | $26.5M | 4.4% | $5,297,420 | $54,055 | - | $82,171 | 160 | 9.5% |
| 2019 | 9 | $97.6M | 10.3% | $10,847,289 | $91,324 | - | $91,178 | 177 | 9.4% |
| 2018 | 8 | $104.9M | 9.9% | $13,114,063 | $107,382 | 10.0% | $88,833 | 173 | 9.4% |
| 2017 | 2 | $9.3M | 2.7% | $4,650,000 | $36,328 | - | $88,677 | 173 | 9.2% |
| 2016 | 6 | $48.9M | 7.8% | $8,154,676 | $69,107 | 10.0% | $86,514 | 168 | 9.1% |
| 2015 | 8 | $41.6M | 11.1% | $5,202,204 | $42,905 | - | $82,490 | 160 | 8.9% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred. The price index is not smoothed.

**MIDSCALE & ECONOMY SALES**

| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Room | Avg Cap Rate | Price/Room | Price Index | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | Completed Transactions (1) | | | | Market Pricing Trends (2) | | |
| 2029 | - | - | - | - | - | - | $59,773 | 222 | 9.8% |
| 2028 | - | - | - | - | - | - | $57,231 | 213 | 10.0% |
| 2027 | - | - | - | - | - | - | $53,621 | 199 | 10.5% |
| 2026 | - | - | - | - | - | - | $50,698 | 189 | 10.8% |
| 2025 | - | - | - | - | - | - | $51,069 | 190 | 10.5% |
| YTD | - | - | - | - | - | - | $53,147 | 198 | 10.2% |
| 2024 | 3 | $6.9M | 5.1% | $2,308,333 | $31,477 | - | $51,531 | 192 | 10.2% |
| 2023 | 2 | $4.6M | 2.3% | $2,275,000 | $47,396 | - | $45,385 | 169 | 10.0% |
| 2022 | 7 | $13.7M | 10.0% | $1,961,543 | $33,246 | - | $42,004 | 156 | 9.5% |
| 2021 | 4 | $14.2M | 10.9% | $3,540,000 | $31,327 | - | $40,791 | 152 | 9.3% |
| 2020 | 1 | $3.4M | 3.5% | $3,400,000 | $23,288 | - | $43,760 | 163 | 9.6% |
| 2019 | 2 | $5.1M | 4.6% | $2,547,500 | $27,101 | - | $48,423 | 180 | 9.6% |
| 2018 | 3 | $8.6M | 8.4% | $2,866,667 | $25,749 | - | $47,787 | 178 | 9.5% |
| 2017 | 3 | $12.3M | 5.5% | $4,085,667 | $53,061 | - | $46,371 | 172 | 9.5% |
| 2016 | 7 | $17.3M | 15.6% | $2,474,286 | $26,687 | 8.1% | $43,832 | 163 | 9.5% |
| 2015 | 3 | $5.2M | 7.0% | $1,743,633 | $17,976 | - | $41,873 | 156 | 9.3% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred. The price index is not smoothed.

# Appendix

**DELIVERIES & UNDER CONSTRUCTION**

| Year | Inventory | | | Deliveries | | Net Deliveries | | Under Construction | |
|---|---|---|---|---|---|---|---|---|---|
| | Bldgs | Rooms | % Change | Bldgs | Rooms | Bldgs | Rooms | Bldgs | Rooms |
| YTD | 196 | 20,421 | 0% | 0 | 0 | 0 | 0 | 4 | 281 |
| 2024 | 196 | 20,421 | 1.5% | 5 | 415 | 4 | 319 | 3 | 221 |
| 2023 | 192 | 20,119 | 2.4% | 4 | 560 | 3 | 405 | 6 | 550 |
| 2022 | 188 | 19,655 | 1.0% | 2 | 208 | (1) | (81) | 7 | 750 |
| 2021 | 186 | 19,464 | 1.0% | 4 | 394 | 1 | 37 | 3 | 336 |
| 2020 | 185 | 19,267 | 5.6% | 8 | 1,033 | 7 | 976 | 4 | 394 |
| 2019 | 178 | 18,248 | 3.1% | 6 | 754 | 5 | 650 | 10 | 1,264 |
| 2018 | 174 | 17,691 | -0.2% | 4 | 409 | 3 | 387 | 4 | 596 |
| 2017 | 172 | 17,720 | 3.1% | 5 | 648 | 4 | 489 | 3 | 426 |
| 2016 | 167 | 17,194 | 3.3% | 5 | 655 | 3 | 426 | 3 | 397 |
| 2015 | 164 | 16,645 | 1.1% | 4 | 221 | 3 | 211 | 5 | 655 |