**Wisconsin & Milwaukee Hotel, LLC**
**Operating History**
**Year Ending December 31**

|  | Actual Year-End 2018 | | Actual Year-End 2019 | | Actual Year-End 2022 | | Actual Year-End 2023 | | Actual Year-End 2024 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Number of Days in Year** | 365 | | 365 | | 365 | | 365 | | 366 | |
| **Number of Rooms** | 205 | | 205 | | 205 | | 205 | | 205 | |
| **Total Available Rooms** | 74,825 | | 74,825 | | 74,825 | | 74,825 | | 75,030 | |
| **Occupied Rooms** | 52,711 | | 457,800 | | 41,378 | | 47,352 | | 52,287 | |
| **Annual Occupancy** | 70.4% | | 77.2% | | 55.3% | | 63.3% | | 69.7% | |
| **Average Daily Rate** | $182.75 | | $191.75 | | $181.49 | | $190.36 | | $200.81 | |
| **Total Revenue Per Available Room (RevPAR)** | $128.74 | | $148.12 | | $100.36 | | $120.47 | | $183.05 | |
|  | $ (000's) | % | $ (000's) | % | $ (000's) | % | $ (000's) | % | $ (000's) | % |
| **REVENUES** | | | | | | | | | | |
| Rooms | 9,633 | 70.8% | 11,083 | 70.8% | 7,509 | 73.9% | 9,014 | 73.2% | 10,500 | 76.4% |
| Food & Beverage Revenue | 3,164 | 23.2% | 3,795 | 24.2% | 1,983 | 19.5% | 2,543 | 20.7% | 2,505 | 18.2% |
| Other Operated Department Revenue | 221 | 1.6% | 131 | 0.8% | 142 | 1.4% | 141 | 1.1% | 121 | 0.9% |
| Parking Revenue | 595 | 4.4% | 644 | 4.1% | 524 | 5.2% | 608 | 4.9% | 610 | 4.4% |
| **Total Operating Revenue** | 13,613 | 100.0% | 15,653 | 100.0% | 10,158 | 100.0% | 12,307 | 100.0% | 13,735 | 100.0% |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | | |
| Rooms Expense | 1,982 | 20.6% | 1,931 | 17.4% | 1,760 | 23.4% | 2,149 | 23.8% | 2,404 | 22.9% |
| Food & Beverage Expense | 2,662 | 84.1% | 2,794 | 73.6% | 1,916 | 96.7% | 2,283 | 89.8% | 2,291 | 91.5% |
| Other Operated Department Expense | 52 | 23.5% | 52 | 39.7% | 56 | 39.7% | 75 | 53.0% | 71 | 58.5% |
| Parking Expense | 404 | 67.9% | 430 | 66.8% | 380 | 72.6% | 381 | 62.6% | 411 | 67.4% |
| **Total Departmental Expenses** | 5,100 | 37.5% | 5,208 | 33.3% | 4,114 | 40.5% | 4,888 | 39.7% | 5,176 | 37.7% |
| **Total Departmental Profit** | 8,513 | 62.5% | 10,445 | 66.7% | 6,044 | 59.5% | 7,419 | 60.3% | 8,558 | 62.3% |
| **Undistributed Operating Expenses** | | | | | | | | | | |
| Administrative and General | 962 | 7.1% | 1,085 | 6.9% | 763 | 7.5% | 978 | 7.9% | 1,173 | 8.5% |
| Information and Telecommunications Systems | 205 | 1.5% | 140 | 0.9% | 102 | 1.0% | 131 | 1.1% | 128 | 0.9% |
| Sales and Marketing (Includes Franchise Fees) | 1,843 | 13.5% | 2,377 | 15.2% | 1,433 | 14.1% | 1,819 | 14.8% | 1,985 | 14.5% |
| Property Operation and Maintenance | 412 | 3.0% | 347 | 2.2% | 487 | 4.8% | 623 | 5.1% | 535 | 3.9% |
| Utilities | 428 | 3.1% | 405 | 2.6% | 442 | 4.3% | 501 | 4.1% | 457 | 3.3% |
| **Total Undistributed Operating Expenses** | 3,850 | 28.3% | 4,355 | 27.8% | 3,227 | 31.8% | 4,052 | 32.9% | 4,278 | 31.2% |
| **Gross Operating Profit** | 4,664 | 34.3% | 6,091 | 38.9% | 2,817 | 27.7% | 3,367 | 27.4% | 4,280 | 31.2% |
| **Management Fees** | 476 | 3.5% | 548 | 3.5% | 356 | 3.5% | 431 | 3.5% | 481 | 3.5% |
| **Income Before Fixed Charges** | 4,187 | 30.8% | 5,543 | 35.4% | 2,461 | 24.2% | 2,936 | 23.9% | 3,799 | 27.7% |
| **Fixed Charges** | | | | | | | | | | |
| Insurance | 99 | 0.7% | 106 | 0.7% | 141 | 1.4% | 154 | 1.3% | 179 | 1.3% |
| Property Taxes | 1,377 | 10.1% | 1,131 | 7.2% | 891 | 8.8% | 877 | 7.1% | 853 | 6.2% |
| Reserve for Replacement | 408 | 3.0% | 627 | 4.0% | 406 | 4.0% | 574 | 4.7% | 76 | 0.6% |
| **Total Fixed Charges** | 1,885 | 13.8% | 1,863 | 11.9% | 1,438 | 14.2% | 1,605 | 13.0% | 1,108 | 8.1% |
| **Net Income** | 2,303 | 16.9% | 3,679 | 23.5% | 1,023 | 10.1% | 1,331 | 10.8% | 2,691 | 19.6% |

Source: Milwaukee Marriott Downtown Financial Statements.

Note: The Hotel was closed between March 2020 and August 2021 due to Covid. Therefore, the historical financials for these years were not included.

**EXHIBIT 27**