**Wisconsin & Milwaukee Hotel, LLC**
**Five Year Forecast - Revised 7-3-25**                                                                                                            Exhibit E
**Class 1 - Option 1B**

|  | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Number of Days in Year | 365 | | 365 | | 366 | | 365 | | 365 | |
| Number of Rooms | 205 | | 205 | | 205 | | 205 | | 205 | |
| Total Rooms Available | 74,825 | | 74,825 | | 75,030 | | 74,825 | | 74,825 | |
| Rooms Occupied | 50,881 | | 50,881 | | 51,020 | | 52,378 | | 53,874 | |
| Annual Occupancy | 68.0% | | 68.0% | | 68.0% | | 70.0% | | 72.0% | |
| Average Daily Rate | $200.00 | | $206.00 | | $212.18 | | $218.55 | | $225.11 | |
| Revenue Per Available Room (RevPAR) | $136.00 | | $140.08 | | $144.28 | | $152.99 | | $162.08 | |
|  | Amount | Percent | Amount | Percent | Amount | Percent | Amount | Percent | Amount | Percent |
| **Revenue** | | | | | | | | | | |
| Rooms | $ 10,176,200 | 73.9% | $ 10,481,486 | 73.9% | $ 10,825,508 | 73.9% | $ 11,447,103 | 73.9% | $ 12,127,576 | 73.9% |
| Food & Beverage | 2,798,455 | 20.3% | 2,882,409 | 20.3% | 2,977,040 | 20.3% | 3,147,888 | 20.3% | 3,334,801 | 20.3% |
| Other Operated Depts | 152,643 | 1.1% | 157,222 | 1.1% | 162,245 | 1.1% | 171,798 | 1.1% | 182,094 | 1.1% |
| Parking Revenue | 636,013 | 4.6% | 655,347 | 4.6% | 677,041 | 4.6% | 716,000 | 4.6% | 758,546 | 4.6% |
| **Total Revenue** | $ 13,763,311 | 100.0% | $ 14,176,464 | 100.0% | $ 14,641,834 | 100.0% | $ 15,482,789 | 100.0% | $ 16,403,017 | 100.0% |
| **Departmental Expenses** | | | | | | | | | | |
| Rooms | $ 2,340,526 | 23.0% | $ 2,358,334 | 22.5% | $ 2,435,739 | 22.5% | $ 2,575,598 | 22.5% | $ 2,728,705 | 22.5% |
| Food & Beverage | 2,350,702 | 84.0% | 2,406,811 | 83.5% | 2,470,943 | 83.0% | 2,612,747 | 83.0% | 2,767,884 | 83.0% |
| Other Operated Depts | 76,322 | 50.0% | 78,611 | 50.0% | 81,122 | 50.0% | 85,899 | 50.0% | 91,047 | 50.0% |
| Parking | 381,608 | 60.0% | 393,208 | 60.0% | 406,224 | 60.0% | 429,600 | 60.0% | 455,128 | 60.0% |
| **Total Departmental Expenses** | $ 5,149,157 | 37.4% | $ 5,236,965 | 36.9% | $ 5,394,030 | 36.8% | $ 5,703,844 | 36.8% | $ 6,042,764 | 36.8% |
| **Undistributed Operating Expenses** | | | | | | | | | | |
| Sales & Marketing | $ 926,600 | 6.7% | $ 963,664 | 6.8% | $ 1,002,210 | 6.8% | $ 1,037,288 | 6.7% | $ 1,073,593 | 6.5% |
| Brand Fee Expenses | 997,840 | 7.3% | 1,040,552 | 7.3% | 1,074,711 | 7.3% | 1,136,437 | 7.3% | 1,203,981 | 7.3% |
| Administrative & General | 1,045,500 | 7.6% | 1,087,320 | 7.7% | 1,119,940 | 7.6% | 1,153,537 | 7.5% | 1,188,143 | 7.2% |
| Information & Telecommunications | 133,250 | 1.0% | 137,248 | 1.0% | 141,366 | 1.0% | 145,607 | 0.9% | 149,976 | 0.9% |
| Property Operation & Maintenance | 574,000 | 4.2% | 596,960 | 4.2% | 620,838 | 4.2% | 639,463 | 4.1% | 658,647 | 4.0% |
| Utilities | 502,250 | 3.6% | 517,318 | 3.6% | 532,838 | 3.6% | 548,824 | 3.5% | 565,290 | 3.4% |
| **Total Undistributed Operating Expenses** | $ 4,179,440 | 30.4% | $ 4,343,061 | 30.6% | $ 4,491,903 | 30.7% | $ 4,661,155 | 30.1% | $ 4,839,630 | 29.5% |
| **Gross Operating Profit (GOP)** | $ 4,434,713 | 32.2% | $ 4,596,438 | 32.4% | $ 4,755,902 | 32.5% | $ 5,117,789 | 33.1% | $ 5,520,623 | 33.7% |
| **Fixed Charges** | | | | | | | | | | |
| Management Fees | $ 447,308 | 3.3% | $ 425,294 | 3.0% | $ 439,255 | 3.0% | $ 464,484 | 3.0% | $ 492,091 | 3.0% |
| Asset Mgmt Fee (1%) | 137,633 | 1.0% | 141,765 | 1.0% | 146,418 | 1.0% | 154,828 | 1.0% | 164,030 | 1.0% |
| Property & Other Taxes | 904,000 | 6.6% | 931,120 | 6.6% | 959,054 | 6.6% | 987,825 | 6.4% | 1,017,460 | 6.2% |
| Insurance | 200,467 | 1.5% | 208,485 | 1.5% | 216,825 | 1.5% | 225,498 | 1.5% | 234,518 | 1.4% |
| **Total Fixed Charges** | $ 1,689,407 | 12.3% | $ 1,706,664 | 12.0% | $ 1,761,552 | 12.0% | $ 1,832,635 | 11.8% | $ 1,908,098 | 11.6% |
| Reserve for Replacement | $ 412,899 | 3.0% | $ 425,294 | 3.0% | $ 439,255 | 3.0% | $ 774,139 | 5.0% | $ 820,151 | 5.0% |
| **Net Income** | $ 2,332,407 | 16.9% | $ 2,464,480 | 17.4% | $ 2,555,095 | 17.5% | $ 2,511,015 | 16.2% | $ 2,792,374 | 17.0% |

**EXHIBIT**

**28**

**Wisconsin & Milwaukee Hotel, LLC**
**Five Year Forecast - Revised 7-3-25**     Exhibit E
**Class 1 - Option 1B**

| | At Confirmation | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| **Cash Provided By (Used In) Operating Activities** | $ 1,510,000 | $ 2,332,407 | $ 2,464,480 | $ 2,555,095 | $ 2,511,015 | $ 2,792,374 |
| **Cash, Beginning of Period** | $ 1,510,000 | $ 6,838,443 | $ 7,007,331 | $ 5,856,467 | $ 4,840,179 | $ 5,327,196 |
| **Cash Before Other Adjustments and Payments Under Plan** | $ 1,510,000 | $ 9,170,850 | $ 9,471,811 | $ 8,411,562 | $ 7,351,195 | $ 8,119,570 |
| Less: Reserve for Management Company Operations | | (205,000) | - | - | - | - |
| **Cash Available after Reserve for Operations** | $ 1,510,000 | $ 8,965,850 | $ 9,471,811 | $ 8,411,562 | $ 7,351,195 | $ 8,119,570 |
| **Other Adjustments** | | | | | | |
| Less: Capital Expenditures | - | (100,000) | (150,000) | (350,000) | (367,500) | (385,875) |
| **Total Other Adjustments** | $ - | $ (100,000) | $ (150,000) | $ (350,000) | $ (367,500) | $ (385,875) |
| **Payments Under the Chapter 11 Plan** | | | | | | |
| Unpaid Administrative Expenses | $ (875,000) | $ - | $ - | $ - | $ - | $ - |
| Cost to Cure Contracts | (421,000) | - | - | - | - | - |
| Class 1 Secured Claim Computershare (Opt 1B - PV of $26.0m) | - | (1,295,360) | (1,413,120) | (1,413,120) | (1,413,120) | (1,413,120) |
| Class 4 Priority Unsecured Claim (US Foods) | (15,557) | - | - | - | - | - |
| Class 5 Unsecured Claims of White Lodging ($1,051K) | - | (5,296) | (5,778) | (5,778) | (5,778) | (5,778) |
| Class 6 Unsecured Claim of Computershare (Option 1B - $0) | - | - | - | - | - | - |
| Class 7 Unsecured Claim of WMH Funding ($2.1M) | - | (10,762) | (11,740) | (11,740) | (11,740) | (11,740) |
| Class 8 All Other General Unsecured Claims ($2.3M) | - | (460,000) | (460,000) | (230,000) | - | - |
| Class 9 Equity Rights Offering | 6,000,000 | | | | | |
| **Total Payments/Receipts Under the Chapter 11 Plan** | $ 4,688,443 | $ (1,771,418) | $ (1,890,638) | $ (1,660,638) | $ (1,430,638) | $ (1,430,638) |
| **Cash Available after Payments before Renovations** | $ 6,198,443 | $ 7,094,432 | $ 7,431,173 | $ 6,400,924 | $ 5,553,057 | $ 6,303,057 |
| **FF&E Reserve for Replacement/Renovations** | | | | | | |
| Cash reserve at Confirmation | 640,000 | - | - | - | - | - |
| Add: Restricted Cash - Reserve for Replacement | - | 412,899 | 425,294 | 439,255 | 774,139 | 820,151 |
| Less: Cost of Property Renovation | - | (500,000) | (2,000,000) | (2,000,000) | (1,000,000) | (500,000) |
| **FF&E Replacement/Renovations** | 640,000 | (87,101) | (1,574,706) | (1,560,745) | (225,861) | 320,151 |
| **Cash Available after Payments Under the Chapter 11 Plan** | $ 6,838,443 | $ 7,007,331 | $ 5,856,467 | $ 4,840,179 | $ 5,327,196 | $ 6,623,208 |