**Wisconsin Milwaukee Hotel**
**Debtor Discounted Cash Flow Analysis**                                                                                                                                  **Exhibit G**
**Class 1B Assumption**
**Excludes $6 million Equity Infusion at Confirmation**

| WMH Assumptions | | Source |
|---|---|---|
| Discount Rate | **11.0%** | LWHA Appr |
| Residual Cap Rate | **9.0%** | LWHA Appr |
| Cost of Sale | **3.0%** | LWHA Appr |

**Five-Year Forecast Extended to Ten Years**

| Analysis Year | Year | FY End | Net Income | %Δ | Mgmt Co Resv | Cap Exp | POR Distributions | Net Reversion | Undisc Cash Flow | Disc Factor | Disc Cash Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2025 | 7/31/2025 | $ - | | $ - | $ - | $ - | $ - | $ 838,443 | 1.000000 | $ 838,443 |
| 1 | 2026 | 7/31/2026 | 2,332,407 | | (205,000) | (100,000) | (1,771,418) | | 255,989 | 0.90090 | 230,620 |
| 2 | 2027 | 7/31/2027 | 2,464,480 | 6% | - | (150,000) | (1,890,638) | | 423,842 | 0.81162 | 344,000 |
| 3 | 2028 | 7/31/2028 | 2,555,095 | 4% | - | (350,000) | (1,660,638) | | 544,457 | 0.73119 | 398,102 |
| 4 | 2029 | 7/31/2029 | 2,511,015 | -2% | - | (367,500) | (1,430,638) | | 712,877 | 0.65873 | 469,594 |
| 5 | 2030 | 7/31/2030 | 2,792,374 | 11% | - | (385,875) | (1,430,638) | | 975,861 | 0.59345 | 579,126 |
| 6 | 2031 | 7/31/2031 | 2,876,145 | 3% | - | (397,451) | (1,430,638) | | 1,048,056 | 0.53464 | 560,334 |
| 7 | 2032 | 7/31/2032 | 2,962,430 | 3% | - | (409,375) | (1,430,638) | | 1,122,417 | 0.48166 | 540,622 |
| 8 | 2033 | 7/31/2033 | 3,051,303 | 3% | - | (421,656) | (1,430,638) | | 1,199,009 | 0.43393 | 520,282 |
| 9 | 2034 | 7/31/2034 | 3,142,842 | 3% | - | (434,306) | (1,430,638) | | 1,277,898 | 0.39092 | 499,562 |
| 10 | 2035 | 7/31/2035 | 3,237,127 | 3% | - | (447,335) | (37,439,580) | 36,110,151 | 1,460,363 | 0.35218 | 514,317 |
| | | | $ 27,925,217 | | $ (205,000) | $ (3,463,498) | $ (51,346,101) | $ 36,110,151 | $ 9,859,213 | | $ 5,495,002 |

**Mgmt Termination Fee**                                                                                                                               $ (1,000,000)

**Adjusted Value**                                                                                                                                       $ 4,495,002

**Reversion Calculation (10Y)** | | | **Year 10 Distribution** | | |
|---|---|---|---|---|---|
| Year 11 CF | 3,350,426 | | All Classes Annual Distr | $ (1,430,638) | Period 10 |
| Gross Reversion | 37,226,960 | | Classes 2 -7 Distr for 8 yrs | (140,143) | Years 11-18 |
| Cost of Sale | (1,116,809) | | Class 1B Balloon EOY year 10 | (35,868,800) | |
| Net Reversion | 36,110,151 | | **Yr 10 Distr** | **$ (37,439,580)** | |
| Stabilized Year: | 5 | | | | |

**EXHIBIT 29**