# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| WISCONSIN & MILWAUKEE HOTEL, LLC, | Case No. 24-21743 |
| Debtor. | Honorable G. Michael Halfenger |

## COMPUTERSHARE TRUST COMPANY, N.A. AND WISCONSIN & MILWAUKEE HOTEL FUNDING LLC'S *CORRECTED* EXHIBIT 131

Computershare Trust Company, N.A. ("Computershare") and Wisconsin & Milwaukee Hotel Funding LLC ("Funding" and together with Computershare, "Lenders"), by their attorneys, Reinhart Boerner Van Deuren s.c., submit their corrected Exhibit 131 for the hearing beginning July 22, 2025.

1. **Corrected Exhibit 131:** Corrected HVS Narrative Appraisal Report dated June 5, 2025. This replaces the prior Exhibit 131 filed by Lenders. The only change is the replacement of pages 125 and 126 to show rows of tables that were inadvertently hidden. The corrected pages were previously provided to Debtor's counsel on June 19, 2025.

Lenders reserve the right to (a) use any and all exhibits designated by the Debtor or any other party, (b) supplement their lists of exhibits in the event that additional exhibits become known or identified and (c) use impeachment and rebuttal exhibits, as necessary.

54257280

Dated this 21st day of July, 2025.

>REINHART BOERNER VAN DEUREN s.c.
>
>BY: */s/ Frank W. DiCastri*
>
>Frank W. DiCastri
>Sara C. McNamara
>1000 North Water Street, Suite 1700
>Milwaukee, WI 53202-3186
>414-298-1000
>fdicastri@reinhartlaw.com
>smcnamara@reinhartlaw.com

54257280