

NARRATIVE APPRAISAL REPORT

# Milwaukee Marriott Downtown

625 NORTH MILWAUKEE STREET
MILWAUKEE, WISCONSIN



**SUBMITTED TO:**

Mr. Frank DiCastri
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, Wisconsin 53202

+1 (414) 298-8356

**PREPARED BY:**

HVS Consulting & Valuation
Division of TS Worldwide, LLC
33972 North Oak Drive
Pequot Lakes, Minnesota 56472

+1 (303) 588-6558



June 5, 2025

Mr. Frank DiCastri
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, Wisconsin 53202

Re:    Milwaukee Marriott Downtown
625 North Milwaukee Street
Milwaukee, Wisconsin
HVS Reference: 2025020551

Dear Mr. DiCastri:

Pursuant to your request, we herewith submit our narrative appraisal report pertaining to the above-captioned hotel. We have investigated the real estate and analyzed the market conditions in the Milwaukee, Wisconsin, area. Our report has been prepared in accordance with, and is subject to, the requirements of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) and the Uniform Standards of Professional Appraisal Practice (USPAP), as provided by the Appraisal Foundation. This letter of transmittal is not valid as an opinion of value if detached from the supporting report.

The subject of the appraisal is the fee simple interest in a site measuring 0.76 acres (33,120 square feet) that is improved with a full-service lodging facility known as the Milwaukee Marriott Downtown. The property, which opened in 2013, features 205 rooms, a restaurant with a bar, 8,907 square feet of meeting space, a fitness room, a concierge lounge, two business workstations, and a market pantry. This appraisal report is being prepared for the use of Reinhart Boerner Van Deuren s.c. in connection with its representation of Wisconsin & Milwaukee Hotel Funding LLC related to ongoing collection efforts.

We have undertaken the appraisal process and, based on our analysis, have concluded to the following opinions of market value:

|  | As Is |
|---|---|
| Date of Value | April 29, 2025 |
| Exposure Time (Months) | 5 to 10 |
| Real Property Value | $36,370,000 |
| Personal Property Value | 530,000 |
| Intangible Property Value | 0 |
| **Reconciled Value** | **$36,900,000** |
| **Reconciled Value per Key** | **180,000** |
| Interest Appraised | Fee Simple |

HVS MINNEAPOLIS

33972 North Oak Drive

Pequot Lakes, Minnesota 56472

+1 (303) 588-6558

+1 (516) 742-3059 FAX

www.hvs.com

Superior results through unrivaled
hospitality intelligence. Everywhere.



The "as is" value reflected assumes a total capital expenditure of $6,800,000. In the event that the actual cost differs from the amount stated, the value of the subject property may change. It is assumed that the capital improvements will be completed in a competent and timely manner. This appraisal is subject to the extraordinary assumption that a capital deduction will be required to fund a renovation of the subject property's guestrooms and public spaces. As a PIP has not been completed by Marriott, based on our industry knowledge and conversations with property management, we have estimated the areas in need of renovation and related costs; however, it is possible that the scope and renovation costs could vary from our estimate. The use of this extraordinary assumption may have affected the assignment results. Moreover, several important general assumptions have been made that apply to this appraisal and our valuations of hotels in general. These items are set forth in the Assumptions and Limiting Conditions chapter of this report.

This report was prepared during a period of significant uncertainty related to multiple changes in U.S. policies that have affected both the U.S. and global economies. Please see the Macro Considerations discussion in the Nature of the Assignment section for an overview of these issues and their impact. In preparing our findings, we have considered current market perspectives and information available as of the effective date of this report. Any subsequent change to these perspectives or information could affect the analysis presented herein.

This report is intended for the addressee firm in connection with its representation of Wisconsin & Milwaukee Hotel Funding LLC and may not be shared with or relied upon by any third parties or for any other purposes other than, in either case, in connection with such.

We hereby certify that we have no undisclosed interest in the property, and our employment and compensation are not contingent upon our findings. This study is subject to the comments made throughout this report and to all assumptions and limiting conditions set forth herein.

Sincerely,
TS Worldwide, LLC

Tanya J. Pierson, MAI, Senior Managing Director
TPierson@hvs.com, +1 (303) 588-6558
Certified General Appraiser License (WI) 1121-10



# Table of Contents

| SECTION | TITLE | PAGE |
|---------|-------|------|
| 1. | Summary of Salient Data and Conclusions | 5 |
| 2. | Nature of the Assignment | 9 |
| 3. | Description of the Real Estate | 20 |
| 4. | Market Area Analysis | 47 |
| 5. | Supply and Demand Analysis | 70 |
| 6. | Projection of Occupancy and Average Rate | 101 |
| 7. | Highest and Best Use | 112 |
| 8. | Approaches to Value | 113 |
| 9. | Income Capitalization Approach | 115 |
| 10. | Sales Comparison Approach | 148 |
| 11. | Cost Approach | 164 |
| 12. | Reconciliation of Value Indications | 167 |
| 13. | Statement of Assumptions and Limiting Conditions | 171 |
| 14. | Certification | 175 |

Addenda

Qualifications & Copy of Appraisal License

Copy of Legal Description



# 1. Summary of Salient Data and Conclusions

| | |
|---|---|
| Property: | Milwaukee Marriott Downtown |
| Location: | 625 North Milwaukee Street |
| | Milwaukee, Wisconsin 53202 |
| | Milwaukee County |
| Interest Appraised: | Fee Simple |
| Highest and Best Use (as improved): | Full-service lodging facility |

## LAND DESCRIPTION

| | |
|---|---|
| Area: | 0.76 acres, or 33,120 square feet |
| Zoning: | C9F(A) - Office and Service Downtown District |
| Assessor's Parcel Number: | 3960471000 |
| FEMA Flood Zone: | Zone X |

## IMPROVEMENTS DESCRIPTION

| | |
|---|---|
| Year Opened: | 2013 |
| Property Type: | Full-service lodging facility |
| Building Area: | 147,010 square feet |
| Guestrooms: | 205 |
| Number of Stories: | Nine |
| Food and Beverage Facilities: | A restaurant with a bar |
| Meeting Space: | 8,907 square feet |
| Additional Facilities: | A fitness room, a concierge lounge, two business workstations, and a market pantry |
| Parking Spaces: | 45 Valet Only |



## SUBJECT PROPERTY



## LOBBY



## RESTAURANT



## MEETING ROOM



## GUESTROOM



## POOL





## FIGURE 1-1    HISTORICAL AND PROJECTED ROOMS REVENUE METRICS

| Year | Occupancy Total | Occupancy % Change | Average Rate Total | Average Rate % Change | RevPAR Total | RevPAR % Change |
|---|---|---|---|---|---|---|
| **Historical** | | | | | | |
| 2019 | 77.2 % | — | $191.75 | — | $148.12 | — |
| 2020 | 64.8 | (16.1) % | 177.59 | (7.4) % | 115.07 | (22.3) % |
| 2021 | 41.6 | (35.7) | 204.51 | 15.2 | 85.15 | (26.0) |
| 2022 | 55.3 | 32.8 | 181.49 | (11.3) | 100.36 | 17.9 |
| 2023 | 63.3 | 14.4 | 190.36 | 4.9 | 120.47 | 20.0 |
| 2024 | 69.9 | 10.4 | 200.81 | 5.5 | 140.32 | 16.5 |
| 2024/25 Fiscal Year Ending March 31 | 70.2 | 0.5 | 207.30 | 3.2 | 145.52 | 3.7 |
| **Projected** | | | | | | |
| 2025/26 | 70.0 % | (0.3) % | $204.11 | (1.5) % | $142.88 | (1.8) % |
| 2026/27 | 72.0 | 2.9 | 216.74 | 6.2 | 156.05 | 9.2 |
| Stabilized | 72.0 | 0.0 | 231.03 | 6.6 | 166.34 | 6.6 |
| 2028/29 | 72.0 | 0.0 | 237.96 | 3.0 | 171.33 | 3.0 |
| 2029/30 | 72.0 | 0.0 | 245.10 | 3.0 | 176.47 | 3.0 |

## FIGURE 1-2    HISTORICAL AND PROJECTED REVENUE, HOUSE PROFIT, AND EBITDA LESS REPLACEMENT RESERVE (NET INCOME)

| | Year | Total Revenue Total | Total Revenue % Change | Gross Operating Profit Total | Gross Operating Profit % Change | Gross Operating Profit As a % of Total Rev. | EBITDA Less Replacement Reserve Total | EBITDA Less Replacement Reserve % Change | EBITDA Less Replacement Reserve As a % of Total Rev. |
|---|---|---|---|---|---|---|---|---|---|
| **Historical** | 2019 | $15,653,000 | — | $5,849,000 | — | 37.4 % | $3,274,000 | — | 20.9 % |
| *partial* | 2020 | 2,435,000 | (84.4) % | (397,000) | (106.8) % | (16.3) | (1,831,000) | (155.9) % | (75.2) |
| *partial* | 2021 | 3,259,000 | 33.8 | 889,000 | 323.9 | 27.3 | (325,000) | 82.3 | (10.0) |
| | 2022 | 10,158,000 | 211.7 | 2,816,000 | 216.8 | 27.7 | 921,000 | 383.4 | 9.1 |
| | 2023 | 12,307,000 | 21.2 | 3,367,000 | 19.6 | 27.4 | 1,289,000 | 40.0 | 10.5 |
| | 2024 | 13,735,000 | 11.6 | 4,280,000 | 27.1 | 31.2 | 2,079,000 | 61.3 | 15.1 |
| *Fiscal Year Ending March 31* | 2024/25 | 14,070,000 | 2.4 | 4,587,000 | 7.2 | 32.6 | 2,370,000 | 14.0 | 16.8 |
| **Projected** | 2025/26 | $14,087,000 | 0.1 % | $4,654,000 | 1.5 % | 33.0 % | $2,358,000 | (0.5) % | 16.7 % |
| | 2026/27 | 15,700,000 | 11.5 | 5,586,000 | 20.0 | 35.6 | 3,126,000 | 32.6 | 19.9 |
| | 2027/28 | 16,977,000 | 8.1 | 6,390,000 | 14.4 | 37.6 | 3,785,000 | 21.1 | 22.3 |
| | 2028/29 | 17,487,000 | 3.0 | 6,582,000 | 3.0 | 37.6 | 3,901,000 | 3.1 | 22.3 |
| | 2029/30 | 18,011,000 | 3.0 | 6,780,000 | 3.0 | 37.6 | 4,019,000 | 3.0 | 22.3 |



## FIGURE 1-3    SUMMARY OF INVESTMENT PARAMETERS AND MARKET VALUE OPINIONS

|  | As Is |
|---|---|
| Date of Value | April 29, 2025 |
| Number of Rooms | 205 |
| Interest Appraised | Fee Simple |
| Exposure Time (Months) | 5 to 10 |
| Planned Renovation/Refurbishment | $6,800,000 |
| Assumed Capital Deduction (Net of Reserves) | 5,700,000 |
| ***Approaches to Value*** | |
| **INCOME CAPITALIZATION APPROACH** | |
| Total Property Yield/Discount Rate | 11.00 % |
| Applied Terminal Cap Rate | 8.00 |
| Transaction Costs | 2.5 |
| Initial Value Indication | $42,600,000 |
| Capital Deduction | 5,700,000 |
| **Income Approach Value Conclusion** | **$36,900,000** |
| **Per Room** | **180,000** |
| Cap Rate - Historical EBITDA (2024/25) | 6.4 % |
| Cap Rate - Year One EBITDA | 6.4 |
| Cap Rate - Deflated Stabilized EBITDA | 9.7 |
| **SALES COMPARISON APPROACH** | **$22,100,000 to** |
|  | **$46,100,000** |
| ***Reconciled Value Opinion*** | |
| Real Property Value | $36,370,000 |
| Personal Property Value | 530,000 |
| Intangible Property Value | 0 |
| **Reconciled Value** | **$36,900,000** |
| **Per Room** | **180,000** |



# 2.   Nature of the Assignment

**Subject of the Appraisal**

The subject of the appraisal is the fee simple interest in a site measuring 0.76 acres (33,120 square feet) that is improved with a full-service lodging facility known as the Milwaukee Marriott Downtown. The property, which opened in 2013, features 205 rooms, a restaurant with a bar, 8,907 square feet of meeting space, a fitness room, a concierge lounge, two business workstations, and a market pantry. The hotel also contains all necessary back-of-the-house space. The hotel's civic address is 625 North Milwaukee Street, Milwaukee, Wisconsin 53202.

The subject property is appraised as an open and operating facility.

**Property Rights Appraised**

The property rights appraised are the fee simple ownership of the real and personal property. The fee simple estate is defined as "absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat."[1]

**Objective of the Appraisal**

The objective of the appraisal is to develop an opinion of the subject property's "as is" market value. The following definition of market value has been agreed upon by the agencies that regulate federal financial institutions in the United States:

> The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
>
> 1. buyer and seller are typically motivated;
>
> 2. both parties are well informed or well advised, and acting in what they consider their own best interests;
>
> 3. a reasonable time is allowed for exposure in the open market;
>
> 4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

---

[1] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 9 of 199



5.     the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.[2]

"As is" market value is defined by the Appraisal Institute as follows:

> The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.[3]

**Pertinent Dates**

The effective date of the "as is" market value opinion is April 29, 2025. Tanya J. Pierson, MAI inspected the subject property on April 29, 2025; the photographs in this report reflect the condition of the property as observed on our inspection date. Tanya J. Pierson, MAI completed the research for this assignment and the report's preparation.

**Macro Considerations**

In recent weeks, the U.S. and global markets have demonstrated a notable degree of volatility, principally related to the policies of the current U.S. administration. The lack of clarity as to the intent, implementation, and duration of those policies has created widespread uncertainty, resulting in significant fluctuation in markets throughout the world. The proposed tariffs have been the primary factor initiating this volatility, raising concerns about increased inflation and suppressed international trade and travel. International travel to the United States has been declining, and inflationary concerns could affect domestic travel. There is also the potential for additional or new supply-chain issues, which, combined with inflation, would further increase the cost of doing business, including new development. Government layoffs and the potential for private-sector cutbacks could also affect domestic travel, including both transient and group activity. Another consideration is the evolving immigration policies, which may reduce the pool of potential employees, particularly related to entry-level positions in the hospitality industry.

Until more clarity emerges, the near-term outlook is one of continued volatility in response to the aforementioned factors. The possibility of increased inflation, rising unemployment, and a recession are considered potential threats; however, the lack of clarity surrounding these issues, including depth and duration, makes it difficult to formulate a mid-term outlook for the industry. In regard to the long term, we know that the hospitality industry has proven to be extraordinarily resilient following past "shock" events and downturns, such as 9/11, the Great Recession, and the COVID-19 pandemic, which caused business to decline sharply. However, the industry's performance has always recovered and continued to grow. Thus, we

---

[2] *Federal Register*, Vol. 75, No. 237, December 10, 2010: 77472.
[3] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 10 of 199



are confident the industry will prove to be similarly resilient following the current period of uncertainty.

**Exposure Period**

Exposure period is defined as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at its market value, as of the date of value. The exposure period reflects a retrospective opinion based on an analysis of past events and assumes a competitive and open market.

Strong operating performance through early 2020 supported a healthy transaction market, as hotel properties were actively sought-after by investors and as financing remained readily available. In March 2020, the COVID-19 pandemic brought the hotel transactions market to a virtual standstill. The transaction market began to recover in late 2020, with healthy transaction levels recorded in 2021 through the first half of 2022, as debt was available at low interest rates during that time. By late 2022 and 2023, the transactions market had cooled, as successive interest-rate increases and fewer active lenders with more-stringent lending requirements resulted in an increase in the cost of capital. In 2024, the Federal Reserve (Fed) made three cuts to the federal funds rate, with it ending the year between 4.25% and 4.5%; no change was made during the Fed's January 2025 meeting. Given recent declines in the stock market, interest rates may move lower sooner rather than later, particularly if weakness emerges in the job market. For now, marketing time remains relatively short for renovated, well-branded, limited-service and extended-stay hotels, although it is longer for hotels that have more significant challenges.

HVS collects survey data from brokers on the average exposure period prior to closed sales. Surveys published by PWC and USRC poll market participants on current marketing time; these surveys do not specify if marketing time refers to experience or forward-looking expectations. Despite this lack of distinction, the responses are informed to some degree by the respondents' recent experience; therefore, the data from those surveys are useful indicators of an appropriate exposure period.

According to the *HVS Brokers Survey - Spring 2025,* reported exposure periods averaged 7.1 months for luxury/upper-upscale properties, 7.4 months for full-service hotels, and 6.0 months for select-service hotels. Marketing time for luxury/upper-upscale properties, full-service hotels, and select-service hotels averaged 7.4, 6.6, and 6.3 months, respectively, according to the *PWC Real Estate Investor Survey - First Quarter 2025.* USRC reported average marketing times of 6.2 and 6.0 months, respectively, for full-service and limited-service hotels in its *Winter 2025 Hotel Investor Survey.* Overall marketing time is averaging 8.3 months for hotels, as reported by the *RERC Real Estate Report* for the first quarter of 2025. The



following table illustrates marketing and exposure periods reported in recent surveys.

**FIGURE 2-1    EXPOSURE AND MARKETING PERIODS (MONTHS)**

| Property Type | HVS Brokers Survey Exposure Time Spring 2025 | USRC Hotel Survey Marketing Time Winter 2025 | PWC Investor Survey Marketing Time 1st Quarter 2025 |
|---|---|---|---|
| Luxury/Upper-Upscale | 3.0 to 15.0 | — | 4.0 to 12.0 |
| *Average* | *7.1* | *—* | *7.4* |
| Full-Service | 3.0 to 15.0 | 3.0 to 9.0 | 3.0 to 12.0 |
| *Average* | *7.4* | *6.2* | *6.6* |
| Select-Service | 2.0 to 12.0 | — | 1.0 to 12.0 |
| *Average* | *6.0* | *—* | *6.3* |
| Limited-Service | 2.0 to 12.0 | 3.0 to 9.0 | 3.0 to 8.0 |
| *Average* | *5.5* | *6.0* | *5.3* |

*\* Overall marketing time is averaging 8.3 months for hotels, as reported by the RERC Real Estate Report for the first quarter of 2025.*



Our opinion is that the exposure period for the subject property, prior to our date of value, is estimated to be five to ten months. The marketing and sales process for hotels is extremely efficient. Brokers specializing in hotel transactions actively solicit potential buyers on an ongoing basis and maintain databases on hotel investor criteria. According to the brokers interviewed, the current period from when a property is listed to when the sale closes is typically four to eight months. Brokers are normally able to produce marketing materials, elicit interest, schedule property tours, accept offers, and select a buyer in 60 to 120 days. Following the



execution of a purchase and sale agreement, the due diligence and closing period is typically 60 to 90 days.

**Marketing Period**

The marketing period refers to the amount of time necessary to market the hotel subsequent to our date of value for it to sell for the appraised value; thus, it is a prospective opinion. An opinion of marketing time is not a condition of, or directly related to, market value. However, many clients specifically request, or have an interest in, prospective marketing time. HVS regularly collects survey data from brokers on anticipated marketing times; moreover, we have reviewed the previously presented survey data from PWC and USRC. The marketing period for the subject property, subsequent to our date of value, is estimated to be four to nine months.

**Ownership History**

The subject property is currently owned by Wisconsin & Milwaukee Hotel LLC, which is based in Milwaukee. The subject property was built in 2013 at a total cost of approximately $54,000,000. No transfers of the property have reportedly occurred since its construction. The hotel is neither listed nor under contract for sale, and we have no knowledge of any recent listings.

**Management and Franchise History and Assumptions**

The subject hotel is managed by White Lodging Services. Terms of this agreement call for a base management fee of 3.5% of gross revenues; furthermore, the agreement calls for an incentive fee of 20.0% of operating profit, after payment of an owner's priority, which is 10% of the total project costs. While the appraisers were not provided with the total project costs to date, we have assumed that based on the reported construction cost of $54 million, the operating profit is not expected to surpass an owner's priority of $5.4M throughout the projection period. Therefore, our projections do not reflect any incentive management fees. In addition, the management agreement cannot be terminated upon sale unless a termination fee is paid, which is equal to the greater of $1,000,000 or two times the management fee in the prior fiscal year. As a result, our appraisal assumes that the hotel will remain managed by White Lodging Services throughout the assumed holding period, with 3.5% management fees deducted. Our projections reflect a base management fee of 3.5% of total revenues. Please refer to the Income Capitalization Approach chapter for additional discussion pertaining to our management fee assumptions.

The hotel currently operates as a Marriott Hotel under a license agreement with Marriott International; the existing agreement expires in 2038 and does not carry an option for renewal. The property's current franchise agreement had a ramp up in franchise fees, but as of the fourth operating year the fees stabilize at a royalty fee of 6.0% of rooms revenue and 3% of food and beverage revenue, and a marketing fund charge of 1.0% of rooms revenue. We note that the current franchise agreement cannot automatically be transferred to a new owner upon the sale of the

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 13 of 199



property. We have assumed that a buyer would elect to continue to operate the hotel as a Marriott and would enter into a license agreement that would reflect the current terms as published in the company's franchise disclosure document (FDD). The costs of the Marriott affiliation, which are reflected in our forecast, comprise a 6.0% royalty fee and a 1.0% marketing fund fee (percentage of rooms revenue). Furthermore, the royalty fee includes a 3.0% of food and beverage revenue assessment. Other charges related to the affiliation, such as frequent guest programs, are reflected in the appropriate departmental expenses, consistent with the Uniform System of Accounts for the Lodging Industry (USALI).

A new license could require upgrades or renovations in order for the hotel to comply with prevailing brand standards, which would necessitate additional investment. Given the property's current condition, we have assumed that the brand would require various upgrades and/or renovations associated with a property improvement plan (PIP); as such, we have considered a capital deduction in our analysis.

Marriott is the company's flagship brand of full-service hotels and resorts; as of year-end 2024, there were 336 hotels (131,983 rooms) operating under the brand in the United States and Canada. Each Marriott hotel features multiple restaurants and lounges, room service, a fitness center/health club, a swimming pool and whirlpool, a gift shop, a concierge, a business center, and meeting facilities. The properties also benefit from their participation in Marriott Bonvoy, a successful guest loyalty program. Primary competitors of the brand include Hilton, Embassy Suites by Hilton, DoubleTree by Hilton, Sheraton, Westin, Fairmont, Hyatt, and InterContinental, among others. In 2024, the brand's U.S. and Canadian hotels operated at an average occupancy level of 68.0% and an average daily rate (ADR) of $208.88, resulting in an average RevPAR of $142.05.

We assume that the hotel will retain its current brand affiliation throughout the holding period. Inherent in this assumption is the expectation that the hotel will be operated in accordance with brand standards, including requirements for services and cleanliness; that the property will be maintained in very good condition, with all building systems in good working order; and that any necessary refurbishments or renovations will be completed in a timely manner and in accordance with the requirements of the brand. The franchise inspection report provided for our review is dated March 17, 2023; we were not provided with a more recent report. We assume that any deficiencies noted in the report have been addressed and that the hotel will pass all future franchise inspections.

**Projected Capital Improvements**

As will be further delineated in the Real Estate section of this report, our value is based on the assumption that a buyer would invest $6,800,000 in capital



improvements to upgrade the property upon sale. After consideration of reserves, a capital deduction of $5,700,000 is applied to our analysis.

**Most Probable Buyer**

The subject property is an upper-upscale, full-service hotel that is favorably located in Milwaukee's Central Business District. The asset offers an appropriate array of facilities and amenities for a full-service hotel. The hotel opened in 2013 and has reportedly undergone ongoing maintenance and minor updates; however, the extent of renovations necessary to continue its current brand affiliation would be considered in a potential buyer's expected investment returns. It is our opinion that the most probable buyer of the subject property would be a private investment fund, REIT, or ownership group looking to supplement its regional or national hotel portfolio. This type of buyer would implement a third-party professional hotel operator and maintain a nationally recognized brand affiliation.

**Identification of the Client and Intended Use/User of the Appraisal**

The client for this engagement is Reinhart Boerner Van Deuren s.c.

This appraisal report is being prepared for use of Reinhart Boerner Van Deuren s.c. in connection with its representation of Wisconsin & Milwaukee Hotel Funding LLC related to ongoing collection efforts. The appraisal may not be shared with or relied upon by any third parties or for any other purposes other than, in either case, in connection with such.

**Assignment Conditions**

Per USPAP, an "Extraordinary Assumption" is defined as follows:

An assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.[4]

This appraisal is subject to the extraordinary assumption that a capital deduction will be required to fund a renovation of the subject property's guestrooms and public spaces. As a PIP has not been completed by Marriott, based on our industry knowledge and conversations with property management, we have estimated the areas in need of renovation and related costs; however, it is possible that the scope and renovation costs could vary from our estimate. The use of this extraordinary assumption may have affected the assignment results. Moreover, several important general assumptions have been made that apply to this appraisal and our valuations

---

[4] The Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice,* 2020–2021 ed.



of hotels in general. These items are set forth in the Assumptions and Limiting Conditions chapter of this report.

**Competency**

Our qualifications are included as an addendum to this report. These qualifications reflect that we have the competence required to complete this engagement, in accordance with USPAP's competency provision. Our knowledge and experience are appropriate for the complexity of this assignment.

**Scope of Work**

The methodology used to develop this appraisal is based on the market research and valuation techniques set forth in the textbooks authored by Hospitality Valuation Services for the American Institute of Real Estate Appraisers and the Appraisal Institute, entitled *The Valuation of Hotels and Motels,*[5] *Hotels & Motels: Valuations and Market Studies,*[6] *The Computerized Income Approach to Hotel/Motel Market Studies and Valuations,*[7] *Hotels and Motels: A Guide to Market Analysis, Investment Analysis, and Valuations,*[8] and *Hotels and Motels – Valuations and Market Studies,*[9] as well as in accordance with the Uniform System of Accounts for the Lodging Industry (USALI).

1. All information was collected and analyzed by the staff of TS Worldwide, LLC. Information such as historical operating statements, franchise and/or management agreements, site plans, floor plans, and leases, as applicable, were supplied by the client or property management.

2. The subject site was evaluated from the viewpoint of its utility for the development and operation of a hotel. The potential existence of surplus or excess land was investigated. We have reviewed adjacent uses, regional and local accessibility attributes, and visibility characteristics. A study of the local neighborhood was undertaken to determine its boundaries, land uses, recent developments, and life-cycle stage. Other aspects of the land, such as soil and subsoil conditions, nuisances, hazards, easements, encroachments, zoning, and the current flood zone of the property, have been evaluated.

---

[5] Stephen Rushmore, *The Valuation of Hotels and Motels*. (Chicago: American Institute of Real Estate Appraisers, 1978).

[6] Stephen Rushmore, *Hotels, Motels and Restaurants: Valuations and Market Studies*. (Chicago: American Institute of Real Estate Appraisers, 1983).

[7] Stephen Rushmore, *The Computerized Income Approach to Hotel/Motel Market Studies and Valuations*. (Chicago: American Institute of Real Estate Appraisers, 1990).

[8] Stephen Rushmore, *Hotels and Motels: A Guide to Market Analysis, Investment Analysis, and Valuations* (Chicago: Appraisal Institute, 1992).

[9] Stephen Rushmore and Erich Baum, *Hotels and Motels – Valuations and Market Studies*. (Chicago: Appraisal Institute, 2001).

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 16 of 199



3. The subject property's improvements were inspected to evaluate their current condition, construction materials, and design and layout, including any items of physical deterioration or functional obsolescence. A list of facilities and amenities that the property offers has been compiled, and past upgrades of each area of the hotel have been investigated. Recent capital expenditures, as well as planned future upgrades, have been reviewed. The remaining economic life of the hotel has been estimated.

4. Economic and demographic statistics for the subject property's market have been reviewed to identify specific hostelry-related trends that may affect future demand for hotels. Workforce characteristics have been evaluated, including employment trends by sector and unemployment rates. Major businesses and industries operating in the local area were investigated, and local area office statistics and trends were reviewed, as available. Passenger levels and recent changes at the area's pertinent airport have been researched, and visitor demand generators have been identified and evaluated.

5. A trend report pertaining to historical trends in room-night supply, demand, occupancy, average rate (ADR), and RevPAR for the subject property and a group of selected competitors has been ordered and analyzed. Performance levels for each of the competitive hotels have been researched and/or estimated. Ownership, management, facilities, renovations, and other pertinent factors for the competitive properties have been investigated. Potential new hotel supply was researched and quantified. Occupancy levels of the subject hotel and its existing competition provide a basis for quantifying current accommodated demand in the market. The market for hotel accommodations is segmented based on the specific characteristics of the types of travelers utilizing the area's hotels. By segmenting the demand accommodated by each hotel, the total demand by market segment is quantified. The demand generated by each market segment is then projected yearly up to a point of hypothetical market stabilization. Latent demand, if applicable, is estimated and added to the base demand forecast, resulting in a forecast of overall occupancy for the competitive market.

6. Based on the physical, economic, financial, and legal factors influencing the subject property, a conclusion regarding the property's highest and best use, as currently improved, was developed. The highest and best use of the subject land, as if vacant, was also evaluated based on current real estate trends and market conditions.

7. The subject hotel's occupancy was projected based on a forecast of overall market penetration or penetration by market segment. Its ADR was projected based on competitive positioning through the application of an


overall ADR penetration rate or per the penetration by each market segment's ADR.

8.  Historical revenue and expense statements for the subject hotel have been reviewed, analyzed, and compared to the financial performance of comparable hotels. Inflation forecasts were researched, forming the basis for our own forecast of inflation. A projection of revenue and expense was prepared in accordance with the USALI, setting forth the anticipated economic benefits of the subject property. All projections are expressed in inflated dollars. Each line item has been reviewed individually. Amounts are forecast based on past performance, expected changes at the property in the future, and comparable hotel performance levels. Property taxes are forecast based on a review of past assessment levels, comparable hotel assessments, and historical tax rates.

9.  Our forecast of EBITDA Less Replacement Reserve (formerly referred to as "net operating income") for the subject property is capitalized into an opinion of value via a ten-year discounted cash flow (DCF) analysis. Pertinent direct capitalization rates are also reviewed, and trends in terminal capitalization rates are researched and applied during this process.

10. Sales of comparable hotels have been researched for the local market, by brand nationally, and for the greater region as a whole. Among these sales, a smaller set of sales was selected for more detailed review and analysis. An adjustment grid was developed to assist in deriving our opinion of value via the sales comparison approach.

11. The cost approach was deemed inapplicable in the valuation of the subject property because it is not relied upon by hotel investors in the valuation process; moreover, it requires unsubstantiated calculations to derive an estimate of asset depreciation. However, investors may consider the replacement cost of an asset in making their purchase and pricing decisions, as the opportunity to acquire a property for below replacement cost can enhance the appeal of a potential acquisition. An opinion of personal property value is presented.

12. The appraisal considers the following three approaches to value: cost, sales comparison, and income capitalization. We have investigated numerous improved sales in the market area and have spoken with buyers, sellers, brokers, property developers, and public officials. Because lodging facilities are income-producing properties that are normally bought and sold based on capitalization of their anticipated stabilized earning power, the greatest weight is given to the value indicated by the income capitalization approach. We find that most hotel investors employ a similar procedure in formulating



their purchase decisions; thus, the income capitalization approach most closely reflects the rationale of typical buyers.

The results of the appraisal are based on this investigation and analysis and are conveyed in this report. The analyses, opinions, and conclusions were developed based on, and this report has been prepared in conformance with, our interpretation of the guidelines and recommendations set forth in USPAP.

Case 24-21743-gmh     Doc 674-1     Filed 07/21/25     Page 19 of 199



# 3. Description of the Real Estate

The suitability of the land for the operation of a lodging facility is an important consideration affecting the economic viability of a property and its overall value. Factors such as size, topography, access, visibility, and the availability of utilities have a direct impact on the desirability of a particular site.

The subject property is located in Milwaukee's Central Business District, in the southwest quadrant of the intersection formed by East Wisconsin Avenue and North Milwaukee Street. The street address of the Milwaukee Marriott Downtown is 625 North Milwaukee Street, Milwaukee, Wisconsin 53202. The hotel's restaurant entrance is tied to the address of 323 East Wisconsin Avenue.

**LOCATION MAP**



Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 20 of 199



**Physical Characteristics**  The subject site measures approximately 0.76 acres, or 33,120 square feet. The parcel's adjacent uses are set forth in the following table.

**FIGURE 3-1     SUBJECT PARCEL'S BOUNDARIES/ADJACENT USES**

| Direction | Boundary | Adjacent Use |
|---|---|---|
| North | E. Wisconsin Avenue | Wells Building - Mixed Use |
| South | E. Michigan Street | Mixed Use Retail and Residential |
| East | N Milwaukee Street | Office Tower and Parking Garage |
| West | Property Line | Office and Retail |

**Site Utility**  The topography of the site slopes gently downward from north to south, and the shape permits efficient use of the site for the building and other improvements, as well as ingress and egress. The subject site does not contain any significant portion of undeveloped land that could be sold, entitled, and developed for alternate use. The site is fully developed with building and site improvements.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 21 of 199



## TAX PARCEL MAP



## AERIAL PHOTOGRAPH





## VIEW FROM SITE TO THE NORTH



## VIEW FROM SITE TO THE SOUTH



## VIEW FROM SITE TO THE EAST



## VIEW FROM SITE TO THE WEST





**Access and Visibility**     It is important to analyze the site with respect to regional and local transportation routes and demand generators, including ease of access. The subject site is readily accessible to a variety of local and county roads, as well as state and interstate highways.

## MAP OF REGIONAL ACCESS ROUTES



Primary regional access through the area is provided by Interstates 94, 41, and 43. Regional access to/from the city of Milwaukee and the subject site, in particular, is considered very good.

Primary vehicular access to the subject property is provided by North Milwaukee Street. Access to the rear loading docks is available via an alley that runs between East Wisconsin Avenue and East Michigan Street. The subject property is located near a busy intersection and is relatively simple to locate from Interstate 794, which is the closest major thoroughfare. Overall, the subject property benefits from very good accessibility and visibility attributes.



**Airport and Metrorail Access**

The subject hotel is served primarily by the General Mitchell International Airport, which is located approximately five miles to the south of the subject site.

The HOP is a free streetcar transit system in Milwaukee, providing service on two different lines within the Historic Third Ward, East Town, and the Lower East Side. A stop for the L-line is located directly in front of the subject property.

**Neighborhood**

The neighborhood surrounding a lodging facility often has an impact on a hotel's status, image, class, style of operation, and sometimes its ability to attract and properly serve a particular market segment.

The subject property's Downtown Milwaukee neighborhood is generally defined by East Knapp Street to the north, Lake Michigan to the east, Milwaukee River to the south, and Interstate 43 to the west. The neighborhood is characterized by office structures, civic buildings, hotels, and restaurants. Some specific businesses and entities in the area include the Baird Center, Milwaukee Art Museum, Fiserv Forum, UW-Milwaukee Panther Arena, and Northwestern Mutual Corporate Headquarters; nearby hotels include the Pfister Hotel, Westin, and Tru by Hilton. In general, this neighborhood is in the stable stage of its life cycle, with pockets of development. Notable construction projects in the last few years include 3rd St. Market Hall, Fiserv Forum at Deer District, and the recently-completed Baird Center expansion.



## MAP OF NEIGHBORHOOD



**Proximity to Local Demand Generators and Attractions**

The subject property is located near the area's primary generators of lodging demand. A sample of these demand generators is reflected on the following map, including respective distances from and drive times to the subject property. Overall, the subject property is well situated with respect to demand generators.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 26 of 199



## ACCESS TO DEMAND GENERATORS AND ATTRACTIONS



| | Demand Generator | Approx. Time from Subject Property | Approx. Distance |
|---|---|---|---|
| | Subject Property | | |
| 1 | BMO Harris Bank | 🚗 1 minute | 0.3 mile |
| 2 | Northwestern Mutual | 🚗 1 minute | 0.3 mile |
| 3 | U.S. Bank Center | 🚗 1 minute | 0.3 mile |
| 4 | Enerpac Tool Group | 🚗 2 minutes | 0.3 mile |
| 5 | Fiserv, Inc. | 🚗 2 minutes | 0.5 mile |
| 6 | Milwaukee Tool | 🚗 3 minutes | 0.6 mile |
| 7 | Baird Center | 🚗 3 minutes | 0.6 mile |
| 8 | Milwaukee Art Museum | 🚗 3 minutes | 0.6 mile |
| 9 | Fiserv Forum | 🚗 5 minutes | 1.0 mile |
| 10 | Harley-Davidson Museum | 🚗 5 minutes | 1.2 miles |
| 11 | Marquette University | 🚗 6 minutes | 1.4 miles |
| 12 | Rockwell Automation, Inc. | 🚗 6 minutes | 1.6 miles |
| 13 | Henry Maier Festival Park | 🚗 7 minutes | 5.2 miles |



**Utilities**

According to property ownership, the subject site is served by all necessary utilities.

**Soil and
Subsoil Conditions**

Geological and soil reports were not provided to us or made available for our review during the preparation of this report. We are not qualified to evaluate soil conditions other than by a visual inspection of the surface; no extraordinary conditions were apparent.

**Nuisances
and Hazards**

We were not informed of any site-specific nuisances or hazards, and there were no visible signs of toxic ground contaminants at the time of our inspection. Because we are not experts in this field, we do not warrant the absence of hazardous waste and urge the reader to obtain an independent analysis of these factors.

**Flood Zone**

According to the Federal Emergency Management Agency map illustrated below, the subject site is located in Zone X.



**COPY OF FLOOD MAP AND COVER**



The flood zone definition for the Zone X designation is as follows: the flood insurance rate zone that corresponds to areas outside the 100-year floodplains, areas of 100-year sheet flow flooding where average depths are less than 1 foot, areas of 100-year stream flooding where the contributing drainage area is less than 1 square mile, or areas protected from the 100-year flood by levees. No Base Flood Elevations or depths are shown within this zone.



**Zoning**

According to the local planning office, the subject property is zoned as follows: C9F(A) - Office and Service Downtown District. Additional details pertaining to the subject property's zoning regulations are summarized in the following table.

| FIGURE 3-2 ZONING | |
| --- | --- |
| Municipality Governing Zoning | City of Milwaukee |
| Current Zoning | Office and Service Downtown District |
| Current Use | Hotel |
| Is Current Use Permitted? | Yes |
| Is Change in Zoning Likely? | No |
| Permitted Uses | Hotel, Convention Center, Recreational Facility, and Business Services |
| Hotel Allowed | Yes |
| Legally Non-Conforming | Not Applicable |

We assume that all necessary permits and approvals have been secured (including the appropriate liquor license as applicable) and that the subject property was constructed in accordance with local zoning ordinances, building codes, and all other applicable regulations. Our zoning analysis should be verified before any physical changes are made to the site.

**Legal Description, Easements and Encroachments**

A copy of the subject property's legal description is provided in the addenda to this report. We are not experts in interpreting legal descriptions. The description appears to be accurate; however, we suggest obtaining verification of this description from a qualified expert. We are not aware of any easements or encroachments encumbering the property that would significantly affect its utility or marketability.

**Land Conclusion**

We have analyzed the issues of size, topography, access, visibility, and the availability of utilities. The subject site is favorably located in a downtown neighborhood near several large demand generators. In general, the site is well suited for hotel use, with acceptable access, visibility, and topography for an effective operation.



**IMPROVEMENTS**

The quality of a lodging facility's physical improvements has a direct influence on its marketability and attainable occupancy and ADR. The design and functionality of the structure can also affect operating efficiency and overall profitability. Tanya J. Pierson, MAI inspected the subject property on April 29, 2025;

**Property Overview**

The Milwaukee Marriott Downtown is a full-service lodging facility containing 205 total rentable units. The hotel was designed and developed as a Marriott in 2013, and a portion of the façade of a historic building was preserved in the construction; the configuration and array of facilities and amenities are consistent with brand standards as of that date. The property has undergone select updates since its opening, but the appraisers were not informed of any significant renovations. The hotel is currently in good condition, although many areas showing signs of wear and tear and/or appearing somewhat dated by prevailing standards. We are of the opinion that a new owner would be required to undertake a significant renovation in connection with a new Marriott franchise agreement. The scope of the necessary renovations would be determined by a property improvement plan (PIP) prepared by Marriott; however, management noted that a PIP has not been completed, nor were anticipated renovation cost estimates available. Based on our inspection of the hotel and our understanding of current Marriott brand standards, we have estimated the scope and cost of the renovations that a buyer would be expected to complete. The areas anticipated to require renovation will be presented subsequently in this chapter; furthermore, the cost of these renovations forms the basis for the capital deduction that is incorporated in our opinion of the "as is" value of the hotel. If the scope and related costs of the actual PIP differs from the estimated capital deduction, our value conclusion could be affected.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 31 of 199



**SUBJECT PROPERTY – FRONT OF HOTEL**



**SUBJECT PROPERTY – BACK OF HOTEL**



**Summary of the Facilities**

Based on our research and information provided by management representatives of the subject property, the following table summarizes the facilities available at the subject property.



## FIGURE 3-3    FACILITIES SUMMARY

| Guestroom Configuration | Number of Units |
|---|---|
| King | 112 |
| Queen/Queen | 92 |
| Suite | 1 |
| Total | 205 |

| Food & Beverage Facilities | Seating Capacity |
|---|---|
| East Town Kitchen + Bar | |
| Restaurant | 100 |
| Bar | 45 |
| Private Dining Room | 36 |
| Private Dining Room | 6 |

| Indoor Meeting & Banquet Facilities | Square Footage |
|---|---|
| East Side Ballroom | 5,280 |
| Governor's Room | 1,053 |
| Mayor's Room | 1,034 |
| Jackson Street | 906 |
| Brewery | 317 |
| Tavern | 317 |
| Total | 8,907 |

| Amenities & Services | |
|---|---|
| Fitness Room | Lobby Library |
| Concierge Lounge | Two Business Workstations |
| Market Pantry | Room Service |

| Infrastructure | |
|---|---|
| Parking Spaces | 45 (valet only) |
| Elevators | 3 Guest |
| Life-Safety Systems | Sprinklers, Smoke Detectors |
| Construction Details | Steel, Reinforced Concrete, Precast Masonary |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 33 of 199



## PROPERTY LAYOUT



**Site Improvements and Hotel Structure**

The hotel occupies one nine-story building that is positioned in the center of the site. No onsite self-parking is available; however, valet parking service is available at the entrance. The property is located in a downtown neighborhood, so other site improvements are limited to well-kept city sidewalks. Hotel signage is located on the façade of the structure. The hotel's main entrance, located on the east side of the building, leads directly into the lobby. The first floor houses the hotel's main lobby and East Town Kitchen + Bar restaurant. The primary meeting space is also located on the first floor, with additional meeting space located on the second floor. The first and subterranean levels house the back-of-the-house space. The guestrooms are located on the second through ninth floors, and are serviced by three elevators. At the time of our inspection, one elevator was out of service, and in the process of being replaced. Management noted that a second elevator was requiring frequent maintenance and may need to be replaced in the future. HVAC compressors that control temperature and humidity in the guestrooms and corridors at the property were reportedly replaced in 2024. Upon our inspection, the site improvements and



the structure appeared to be in good condition, with no other deficiencies noted by management.

The subject hotel's primary food and beverage outlet is the East Town Kitchen + Bar, a contemporary American restaurant that features a dining room, a bar, and private dining spaces. The restaurant is open daily for breakfast, lunch, and dinner. The hotel also offers roughly 8,900 square feet of meeting space located on the first and second floors. Hotel amenities include a fitness room, a concierge lounge (which offers a complimentary breakfast buffet to guests with access), two business workstations, and a market pantry. Prior to the pandemic, the property also featured an indoor pool, and two retail spaces including a Starbucks and a jewelry store (leased). The indoor pool area is expected to remain out of order, with a future change in use when the property is renovated. The Starbucks and jewelry store spaces are not anticipated to be reopened in the near future. The public areas of the hotel are functional and appeared to be well kept upon inspection, but with signs of wear and tear, considered to be in good condition.

**LOBBY SEATING AREA**



**FRONT DESK**





**RESTAURANT AND BAR**



**PRIVATE DINING ROOM**



**CONCIERGE LOUNGE DINING**



**CONCIERGE LOUNGE SEATING**





**MEETING ROOM**



**MEETING ROOM**



**PRE-FUNCTION AREA**



**BUSINESS WORKSTATION (LOBBY)**



Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 37 of 199



## FITNESS ROOM



## POOL (CLOSED)



## FORMER STARBUCKS OUTLET



## FORMER JEWELRY STORE SPACE





## MARKET PANTRY



## LOBBY LIBRARY



**Guestrooms**

The hotel features standard and suite-style guestroom configurations, which offer typical amenities for this hotel's upper-upscale asset class. The guestroom bathrooms are standard in size, featuring either a shower stall or a shower-in-tub and single-sink vanity area. The suite reportedly provides a separate seating area. Overall, the guestrooms observed were in good condition, although somewhat dated in appearance and showing some evidence of wear and tear. The guest bathrooms observed were in a similar condition to the guestroom. The interior guestroom corridors were in good condition upon inspection.

**FIGURE 3-4     SUMMARY OF ROOM TYPES**

| Guestroom Configuration | Number of Units |
|---|---|
| King | 112 |
| Queen/Queen | 92 |
| Suite | 1 |
| Total | 205 |



### TYPICAL GUESTROOM – SLEEPING AREA



### TYPICAL GUESTROOM – LIVING AREA



### TYPICAL GUESTROOM BATHROOM – SINK



### TYPICAL GUESTROOM BATHROOM – SHOWER





**TYPICAL GUESTROOM BATHROOM - TUB**

**GUESTROOM CORRIDOR**





**Back-of-the-House**    The hotel is served by the necessary back-of-the-house space, including an in-house laundry facility, administrative offices, and a full-service kitchen (adjacent to the restaurant). The kitchen facilities are appropriate for the scope of service provided, appearing to be in good condition; no significant or persistent problems were reported by hotel management. The in-house laundry facility contains three large-capacity washers and two dryers. Aside from the previously noted elevator, the hotel's back-of-the-house equipment and appliances were reported to be operational at the time of inspection, appearing to be in good condition.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 41 of 199


**LAUNDRY FACILITY**



**KITCHEN AREA**



**ADA and Environmental**

According to information provided by management representatives, there are no environmental hazards present in the subject property's improvements, nor did we observe any. The property reportedly complies with the Americans with Disabilities Act.

**Functional Obsolescence**

Due to the age of the subject property, which was constructed twelve years ago, some functional obsolescence is to be expected. However, upon our inspection, we found no major components or aspects of the property's design that significantly limit its profitability.

**Effective Age and Remaining Economic Life**

Our opinion of effective age and remaining economic life for the building is presented as follows:

**FIGURE 3-5     EFFECTIVE AGE AND REMAINING ECONOMIC LIFE**

| | | |
|---|---|---|
| Typical Economic Life | 60 | Years |
| Chronological Age | 12 | |
| Effective Age | 10 | |
| Remaining Economic Life | 50 | |

Hotels are typically renewed on a regular basis. With good ongoing maintenance and regular upgrading, the remaining economic life can be periodically extended.

**Capital Expenditures**

Major expenditures in 2019 included the purchase of a Combi oven, computer upgrades, and A/V equipment. In 2020 and 2021, expenditures included kitchen equipment, fireplace glass, voicemail system upgrades, and a door switch. Expenditures in 2022 and 2023 included software upgrades, private dining room renovation, repairs to sewer and refrigeration systems, and miscellaneous equipment. In 2024, expenditures included additional upgrades for the private dining room, elevator replacement, HVAC compressor, and minor other replacements and upgrades. No major capital was reportedly spent in the year-to-date 2025 period.

**Assumed or Projected Capital Improvements**

Management noted that a renovation was needed. A bare minimum expenditure to update carpeting and wall vinyl was estimated at $2 million by management, with the possibility that the cost could increase upward to between $25,000 to $35,000 per room for a more extensive property renovation depending on Marriott review; however, a PIP reportedly had not been completed and the required scope was uncertain.

The following table illustrates our forecast of capital expenditures going forward and the resulting capital deduction applied to our analysis. We have selected the specific cost of each update outlined below from within the appropriate range of costs sourced from the *Nehmer and HVS Design Hotel Cost Estimating Guide*. Based on our inspection of the hotel, information provided by management and the current ownership, our understanding of current brand standards, and our review of renovation projects for similar hotels, we have determined the scope of the renovations a new owner could expect to undertake in connection with a new franchise agreement. It should be noted that we are not professional cost estimators, and the actual cost of the capital improvements could vary significantly from this analysis; thus, we recommend that any interested party obtain a professional cost estimate.



## FIGURE 3-6   CAPITAL DEDUCTION

| Upper-Upscale | Low | High | Average | Selected | Unit Type | Unit | Total |
|---|---|---|---|---|---|---|---|
| **Guestrooms** | | | | | | | |
| Rooms | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, bedding, carpeting, lighting, seating, paint, wallcovering, drapes, mattresses, case goods, flat-panel television) | $15,775 | $23,035 | $19,520 | $17,500 | Per Guestroom | 205 | $3,587,500 |
| Bathrooms | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, lighting, paint, wallcovering, accessories, re-grouting, door, fixtures, vanity, flooring) | $6,175 | $9,664 | $7,913 | $7,000 | Per Guestroom | 205 | $1,435,000 |
| Corridors | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, carpeting, millwork, lighting, case goods, flooring, ice machine, paint, signage, wallcovering, drapes) | $1,754 | $2,585 | $2,185 | $2,200 | Per Guestroom | 205 | $451,000 |
| **Guestrooms Total** | | | | | | | **$5,473,500** |
| **Per Room** | | | | | | | **$26,700** |
| | | | | | | | |
| **Public Spaces** | | | | | | | |
| Lobby and Guest Support | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, carpeting, flooring, millwork, paint, wallcovering, drapes, case goods, lighting, business center) | $225,694 | $337,797 | $283,305 | $285,000 | Total | 1 | $285,000 |
| Marketplace/Sundries Shop | | | | | | | |
| Softgoods | | | | | | | |
| (0, cabinetry, paint, lighting) | $7,686 | $10,590 | $9,330 | $9,000 | Total | 1 | $9,000 |
| Public Restrooms | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, paint, wallcovering, lighting) | $32,970 | $50,817 | $41,719 | $40,000 | Total | 1 | $40,000 |
| **Public Spaces Total** | | | | | | | **$334,000** |
| **Per Room** | | | | | | | **$1,629** |
| | | | | | | | |
| **Food & Beverage Facilities** | | | | | | | |
| Restaurant | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, millwork, seating, ceiling, paint, wallcovering, drapes) | $155,108 | $218,751 | $186,600 | $190,000 | Total | 1 | $190,000 |
| **Food & Beverage Facilities Total:** | | | | | | | **$190,000** |
| **Per Room** | | | | | | | **$927** |



## FIGURE 3-7    CAPITAL DEDUCTION (CON'T)

| Upper-Upscale | Low | High | Average | Selected | Unit Type | Unit | Total |
|---|---|---|---|---|---|---|---|
| Function Spaces | | | | | | | |
| Pre-function | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, paint, carpeting, millwork, lighting, wallcovering, drapes, seating) | $102,557 | $140,488 | $122,859 | $120,000 | Total | 1 | $120,000 |
| Ballroom | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, paint, carpeting, millwork, lighting, wallcovering, décor) | $74,262 | $106,873 | $90,507 | $90,000 | Total | 1 | $90,000 |
| Meeting Rooms | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, carpeting, paint, millwork, lighting, wallcovering, drapes, décor) | $224,855 | $324,472 | $276,833 | $275,000 | Total | 1 | $275,000 |
| Board Rooms | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, carpeting, paint, millwork, lighting, wallcovering, drapes, seating, décor) | $50,232 | $69,373 | $59,742 | $50,000 | Total | 1 | $50,000 |
| **Function Spaces Total** | | | | | | | **$535,000** |
| **Per Room** | | | | | | | **$2,610** |
| | | | | | | | |
| Guest Amenities | | | | | | | |
| Exercise Facility | | | | | | | |
| Softgoods | | | | | | | |
| (soft costs, décor, accessories, flooring, carpeting, paint, wallcovering, equipment) | $134,418 | $187,751 | $162,458 | $160,000 | Total | 1 | $160,000 |
| **Guest Amenities Total** | | | | | | | **$160,000** |
| **Per Room** | | | | | | | **$780** |
| | | | | | | | |
| Other | | | | | | | |
| Common Additives | | | | | | | |
| (Elevator Cab Finishes) | $26,726 | $38,967 | $33,005 | $30,000 | Total | 1 | $30,000 |
| 2025 Budgeted Items | | | | | | | |
| Technology upgrades, flooring | | | | | | | |
| *Management estimates | $0 | $0 | $0 | $125,768 | Total | 1 | $125,768 |
| **Other Total** | | | | | | | **$155,768** |
| **Per Room** | | | | | | | **$760** |
| | | | | | | **Total:** | **$6,848,268** |
| | | | | | | **Per Room:** | **$33,406** |

| Future Capital Assumption | | Total | Per Room |
|---|---|---|---|
| CapEx Assumed by HVS (rounded) | | $6,800,000 | $33,171 |
| Less: Year 1 Allocation Reserve for Replacement of | 75% | $528,279 | $2,577 |
| Less: Year 2 Allocation Reserve for Replacement of | 75% | $581,213 | $2,835 |
| Indicated Capital Deduction: | | $5,690,508 | $27,759 |
| | | | |
| **Capital Deduction Rounded to:** | | **$5,700,000** | **$27,800** |



As no significant renovations have reportedly been performed at the subject property since its 2013 opening, we have assumed that a brand-mandated PIP would be issued to new ownership. Therefore, we have assumed a capital deduction in our analysis, as reflected in the table. The capital deduction is expected to primarily address updates to the guestroom and public-area softgoods that are typically replaced on a seven-year cycle, as well as select case goods in addition to items anticipated by management including door lock upgrades and new computers. Our projections assume that a renovations would occur during the winter months, to have the least impact on operations during periods of lower occupancy. Therefore, we assume that renovations would take place beginning in late 2025 and into the first few months of 2026.

To estimate the cost of this assumed renovation, we have relied on data from the Hotel Cost Estimating Guide published by Nehmer and HVS Design, as well as renovation budgets from comparable assets. In addition to the capital deduction, our forecast of income and expense incorporates a reserve for replacement in recognition of the future renovation needs of the property, which is consistent with accepted industry norms for a property of this type. If the scope and related costs of the actual PIP differs from the estimated capital deduction, our value conclusion could be affected. This appraisal also assumes an ongoing preventive maintenance program and appropriate management and ownership oversight. Investors recognize that additional capital may be required over the holding period, and this expectation is factored into their return requirements. Our selected discount and capitalization rates are based on market requirements, implicitly considering potential additional capital investments that may be required during the holding period.

**Improvements Conclusion**

Overall, the subject property offers a well-designed, functional layout of support areas and guestrooms. The asset benefits from its full-service amenities; however, the hotel has not undergone any major renovations since its 2013 opening and suffers from some dated design elements and aging FF&E.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 46 of 199



# 4.  Market Area Analysis

The economic vitality of the market area and neighborhood surrounding the subject property is an important consideration in forecasting lodging demand and income potential. Economic and demographic trends that reflect the amount of visitation provide a basis from which to project lodging demand. The purpose of the market area analysis is to review available economic and demographic data to determine whether the local market will undergo economic growth, stabilize, or decline. In addition to predicting the direction of the economy, the rate of change must be quantified. These trends are then correlated based on their propensity to reflect variations in lodging demand, with the objective of forecasting the amount of growth or decline in visitation by individual market segment (e.g., commercial, meeting and group, and leisure).

**National Economic Overview**

The local market and economy are influenced by national trends; thus, consideration of these trends is an important premise to this market-area analysis. The U.S. economy was severely affected by the COVID-19 pandemic, as illustrated in the following discussion. The onset of the pandemic resulted in decreased business activity, causing widespread economic hardships, including higher levels of unemployment. The depth and duration of this impact was influenced by the course of the pandemic and the nature and extent of restrictions on business and travel activity; the period of greatest impact was 2020. The shift of work locations from office environments to home offices also limited corporate transient and group travel. By all measures, the national economy had recovered from this downturn by year-end 2024, having recorded notable growth, while some select markets and sectors had experienced slower growth and were continuing to recover as of early 2025.

Gross domestic product (GDP) is a key measure of a country's economic health and trends. Research has also identified a high degree of correlation between GDP and lodging demand. For the eight quarters leading up to 2020, GDP quarterly growth ranged between 0.9% and 3.8%, reflecting moderate economic expansion. The impact of the pandemic was considerable in 2020. As shutdowns halted major components of the U.S. economy from mid-March through May, GDP contracted by an annualized rate of 31.2% in Q2 2020, the largest such decline in U.S. history. While shocking, this GDP decline was offset by a significant rebound in economic activity in Q3 2020, greatly moderating the overall impact for the year. The U.S. economy grew by 33.8% on an annualized basis in the third quarter, followed by more modest gains in the five quarters that followed through the end of 2021, with GDP having surpassed the pre-pandemic peak by Q1 2021. A pullback during the

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 47 of 199



first half of 2022 was driven by the trade deficit and decreases in government spending and inventory investment, although the decline was offset by gains during the second half of the year.

FIGURE 4-1    UNITED STATES GDP GROWTH RATE



Sources: tradingeconomics.com, Bureau of Economic Analysis

The positive trend continued through 2023 and 2024, registering 2.5% and 2.4% increases for the year, respectively, and then declined slightly (-0.3%) in the first quarter of 2025. According to the April 30, 2025, report from the Bureau of Economic Analysis, "The decrease in real GDP in the first quarter primarily reflected an increase in imports, which are a subtraction in the calculation of GDP, and a decrease in government spending. These movements were partly offset by increases in investment, consumer spending, and exports." After a period of low transaction volume, 2025 was expected to bring a more active deal environment given this recent stability in growth; however, the announcement of sweeping tariffs in early April 2025 and the resulting decline of the stock market have prompted heightened uncertainty regarding the future direction of the economy. We will be closely monitoring how these changes impact employment, hotel demand, ADRs, and, ultimately, hotel values.

The Wall Street Journal (WSJ) publishes an economy forecasting survey each quarter. Per the latest survey (January 2025), economists were optimistic that the United States would avoid a recession, reporting an average 22.0% probability that the country would experience a recession during the next twelve months (39.0% was the average probability level for the same question in January 2024). Citing just one example, JPMorgan's economic analysts announced on April 4, 2025, that they now believe the chance for a recession is significantly higher, at 60.0%, following

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 48 of 199



the tariff announcement. While the economy had continued to perform well, with the average probability level declining with each survey, a notable shift is underway. Key averages from the latest release are illustrated in the following table.

**FIGURE 4-2      GDP, CPI, AND UNEMPLOYMENT PREDICTIONS**

| Real GDP, Quarterly Annualized Growth Rate | |
|---|---|
| 1st Quarter 2025 | 2.17 % |
| 2nd Quarter 2025 | 2.00 |
| 3rd Quarter 2025 | 1.95 |
| 4th Quarter 2025 | 1.95 |
| **Real GDP, Year-Over-Year Growth Rate** | |
| 2025 | 2.00 % |
| 2026 | 2.00 |
| 2027 | 2.04 |
| **CPI, Year-Over-Year Change** | |
| June 2025 | 2.56 % |
| December 2025 | 2.69 |
| June 2026 | 2.66 |
| December 2026 | 2.57 |
| **Unemployment, Annual Level** | |
| June 2025 | 4.24 % |
| December 2025 | 4.26 |
| June 2026 | 4.21 |
| December 2026 | 4.19 |

Source: Wall Street Journal Economic Forecasting Survey, January 2025

Driven by supply-chain disruptions and pent-up consumer demand, prices for most goods and services increased substantially in the wake of the pandemic; the CPI increased by 7.0% in 2021 and 6.5% in 2022. The Fed addressed inflation through successive interest-rate hikes (seven in 2022, and another four in 2023), and the pace of inflation decelerated, falling to the low 3.0% range by the end of 2023. While inflation had increased to 3.5% by March 2024, it has illustrated a slow and gradual decline since this point, registering a relatively low 2.4% as of September 2024. In September, the Fed cut the federal funds rate for the first time since the COVID-19 pandemic, acknowledging the positive economic data and lower inflation in recent months, and two additional cuts followed in November and December. Prior to the September meeting, the target rate was between 5.25% and 5.5%. As of early 2025, it now stands between 4.25% and 4.5%. No change was made to the lending rate

Case 24-21743-gmh      Doc 674-1      Filed 07/21/25      Page 49 of 199



during the Fed's January 2025 meeting, and recent comments by the Federal Reserve Chairman indicated no plans to further decrease rates, pending greater clarity concerning the impact of the current administration's policies on the economy.

The successive increases in GDP, lower inflation levels, cuts to the Fed rate in 2024, and strong job growth through Q1 2025 painted a positive picture of the U.S. economy. However, the first week of April 2025 sparked a notable change for this picture with the announcement of hefty tariffs, resulting in a weaker U.S. stock market; as such, expectations have emerged that a recession in the near term is much more likely. Nevertheless, it is unclear how the new policies of the current administration will ultimately impact the economy and the hotel sector.

Per the WSJ survey, unemployment levels are anticipated to remain relatively stable, hovering near the 4.3% mark. In the October 2024 survey (no questions were posed for the January 2025 survey), the economists also opined on potential changes in metrics based on the election outcome. Most believe that inflation would increase under a Republican administration, due in large part to proposed tariffs. However, at the time, the WSJ reported that administration's influence over the economy is nevertheless limited, and more important factors are the business cycle, external shocks (such as the price of oil), and the Fed's interest rate policy. Accordingly, economists surveyed expect inflation to remain somewhat elevated, at just over 2.5% by June 2025, followed by an uptick, rising to roughly 2.7% by the end of this year.

Within the hospitality industry, labor availability and costs remain a concern for hotel operators, although these issues have diminished somewhat since the height of the pandemic. Inflation benefited the industry by supporting strong ADR growth in most markets but also resulted in increased expenses, which put pressure on profitability. Inflation moderated significantly and was approaching the Fed's target of 2.0% at the end of Q1 2025, which was considered a positive factor; however, the impact of the announced tariffs may reverse this trend of inflation. We continue to closely monitor how these policy changes are affecting the U.S. lodging market and the local market analyzed within this report, as explained in the following chapter.

In preparing this report, we have considered the impact of these factors on the lodging and investment markets to the best of our ability. However, our analysis only considers what is known at the time of the effective date of the report, and there is a high degree of uncertainty currently influencing the market and the economy.

**Market Area Definition**

The market area for a lodging facility is the geographical region where the sources of demand and the competitive supply are located. The subject property is located in the city of Milwaukee, the county of Milwaukee, and the state of Wisconsin.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 50 of 199



Milwaukee is the largest city in the state of Wisconsin and enjoys a diverse economy, with the consumer services, manufacturing, and technological industries exhibiting some dominance. Many of the manufacturing companies in the area have an international customer base, which generates visitation to the Milwaukee area and corresponding demand for hotel nights. Healthcare entities and related companies generate a constant stream of demand in relation to training sessions and industry conferences. Additionally, Milwaukee is home to the University of Wisconsin-Milwaukee, Marquette University, Concordia University, and the Milwaukee School of Engineering. These institutions provide a diverse education serving the needs of the area employers. For many years, Milwaukee was the top beer-producing city in the world; however, following consolidation and closures, only one major brewery remains in the city. Home of MillerCoors, Milwaukee is world-renowned for its Harley-Davidson motorcycles and festivals along the shores of Lake Michigan.

The subject property's market area can be defined by its Combined Statistical Area (CSA): Milwaukee-Racine-Waukesha, WI. The CSA represents adjacent metropolitan and micropolitan statistical areas that have a moderate degree of employment interchange. Micropolitan statistical areas represent urban areas in the United States based around a core city or town with a population of 10,000 to 49,999; the MSA requires the presence of a core city of at least 50,000 people and a total population of at least 100,000 (75,000 in New England). The following exhibit illustrates the market area.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 51 of 199



## MAP OF MARKET AREA



**Economic and Demographic Review**

A primary source of economic and demographic statistics used in this analysis is the *Complete Economic and Demographic Data Source* published by Woods & Poole Economics, Inc.—a well-regarded forecasting service based in Washington, D.C. Using a database containing more than 900 variables for each county in the nation, Woods & Poole employs a sophisticated regional model to forecast economic and demographic trends. Historical statistics are based on census data and information published by the Bureau of Economic Analysis. Projections are formulated by Woods & Poole, and all dollar amounts have been adjusted for inflation, thus reflecting real change.

These data are summarized in the following table.

# FIGURE 4-3    ECONOMIC AND DEMOGRAPHIC DATA SUMMARY

| | 2010 | 2020 | 2024 | 2029 | Avg. Annual Compounded Chg. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 2010-20 | 2010-24 | 2024-29 |
| **Resident Population (Thousands)** | | | | | | | |
| Milwaukee County | 948.7 | 938.6 | 918.1 | 926.2 | (0.1) % | (0.2) % | 0.2  % |
| Milwaukee-Waukesha, WI MSA | 1,557.4 | 1,574.5 | 1,564.6 | 1,583.1 | 0.1 | 0.0 | 0.2 |
| Milwaukee-Racine-Waukesha, WI CSA | 2,027.7 | 2,052.9 | 2,042.3 | 2,066.8 | 0.1 | 0.1 | 0.2 |
| State of Wisconsin | 5,692.1 | 5,896.7 | 5,933.9 | 6,041.9 | 0.4 | 0.3 | 0.4 |
| United States | 309,382.3 | 331,526.9 | 337,214.9 | 348,565.1 | 0.7 | 0.6 | 0.7 |
| **Per-Capita Personal Income*** | | | | | | | |
| Milwaukee County | $41,447 | $48,406 | $51,122 | $54,853 | 1.6 | 1.5 | 1.4 |
| Milwaukee-Waukesha, WI MSA | 48,198 | 57,845 | 61,298 | 65,612 | 1.8 | 1.7 | 1.4 |
| Milwaukee-Racine-Waukesha, WI CSA | 46,383 | 55,913 | 59,081 | 63,094 | 1.9 | 1.7 | 1.3 |
| State of Wisconsin | 43,140 | 52,972 | 55,130 | 58,808 | 2.1 | 1.8 | 1.3 |
| United States | 44,807 | 56,530 | 59,191 | 63,789 | 2.4 | 2.0 | 1.5 |
| **W&P Wealth Index** | | | | | | | |
| Milwaukee County | 89.9 | 84.7 | 85.3 | 84.9 | (0.6) | (0.4) | (0.1) |
| Milwaukee-Waukesha, WI MSA | 105.5 | 102.1 | 103.1 | 102.5 | (0.3) | (0.2) | (0.1) |
| Milwaukee-Racine-Waukesha, WI CSA | 102.1 | 99.2 | 99.8 | 99.0 | (0.3) | (0.2) | (0.2) |
| State of Wisconsin | 96.3 | 94.9 | 94.0 | 93.1 | (0.2) | (0.2) | (0.2) |
| United States | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 | 0.0 | 0.0 |
| **Food and Beverage Sales (Millions)*** | | | | | | | |
| Milwaukee County | $1,542 | $1,773 | $2,175 | $2,415 | 1.4 | 2.5 | 2.1 |
| Milwaukee-Waukesha, WI MSA | 2,434 | 2,779 | 3,457 | 3,850 | 1.3 | 2.5 | 2.2 |
| Milwaukee-Racine-Waukesha, WI CSA | 2,968 | 3,366 | 4,190 | 4,670 | 1.3 | 2.5 | 2.2 |
| State of Wisconsin | 7,855 | 8,662 | 10,897 | 12,104 | 1.0 | 2.4 | 2.1 |
| United States | 502,827 | 611,998 | 777,882 | 881,337 | 2.0 | 3.2 | 2.5 |
| **Total Retail Sales (Millions)*** | | | | | | | |
| Milwaukee County | $11,985 | $13,088 | $14,667 | $15,709 | 0.9 | 1.5 | 1.4 |
| Milwaukee-Waukesha, WI MSA | 22,260 | 25,155 | 28,640 | 30,796 | 1.2 | 1.8 | 1.5 |
| Milwaukee-Racine-Waukesha, WI CSA | 27,903 | 32,033 | 36,481 | 39,233 | 1.4 | 1.9 | 1.5 |
| State of Wisconsin | 84,454 | 104,644 | 120,338 | 130,336 | 2.2 | 2.6 | 1.6 |
| United States | 4,638,710 | 5,826,739 | 6,781,526 | 7,456,593 | 2.3 | 2.7 | 1.9 |

* Inflation Adjusted

Source: Woods & Poole Economics, Inc.

The U.S. population grew at an average annual compounded rate of 0.6% from 2010 through 2024. The county's population has declined modestly; the average annual growth rate of -0.2% between 2010 and 2024 reflects a relatively stable area. Per-capita personal income increased slowly, at 1.5% on average annually for the county between 2010 and 2024. Local wealth indexes have remained stable in recent years, registering a modest 85.3 level for the county in 2024.

Food and beverage sales totaled $2,175 million in the county in 2024, versus $1,542 million in 2010. This reflects a 2.5% average annual change. The pace of growth is anticipated to be 2.1% through 2029. The retail sales sector demonstrated an annual increase of 1.5% from 2010 to 2024. An increase of 1.4% average annual change is expected in county retail sales through 2029.

**Workforce Characteristics**

The characteristics of an area's workforce provide an indication of the type and amount of transient visitation likely to be generated by local businesses. Sectors such as finance, insurance, and real estate (FIRE); wholesale trade; and services produce a considerable number of visitors who are not particularly rate sensitive. The government sector often generates transient room nights, but per-diem reimbursement allowances often limit the accommodations selection to budget and mid-priced lodging facilities. Contributions from manufacturing, construction, transportation, communications, and public utilities (TCPU) employers can also be important, depending on the company type.

The following table sets forth the county workforce distribution by business sector in 2010, 2020, and 2024, as well as a forecast for 2029.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 54 of 199

FIGURE 4-4    HISTORICAL AND PROJECTED EMPLOYMENT (000S)

| Industry | 2010 | Percent of Total | 2020 | Percent of Total | 2024 | Percent of Total | 2029 | Percent of Total | Avg. Annual Compounded Chg. 2010-2020 | 2020-2024 | 2024-2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Farm | 0.1 | 0.0 % | 0.1 | 0.0 % | 0.1 | 0.0 % | 0.1 | 0.0 % | 0.0 % | 2.0 % | 0.0 % |
| Forestry, Fishing, Related Activities And Other | 0.2 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | (3.4) | 0.0 | (0.1) |
| Mining | 0.3 | 0.0 | 0.2 | 0.0 | 0.2 | 0.0 | 0.2 | 0.0 | (6.1) | 2.5 | (1.1) |
| Utilities | 2.7 | 0.5 | 1.7 | 0.3 | 1.6 | 0.2 | 1.6 | 0.2 | (4.6) | (1.8) | 0.4 |
| Construction | 15.4 | 2.7 | 16.9 | 2.9 | 18.4 | 2.9 | 17.9 | 2.8 | 0.9 | 2.1 | (0.6) |
| Manufacturing | 53.6 | 9.3 | 49.2 | 8.5 | 51.0 | 8.1 | 51.5 | 8.0 | (0.9) | 0.9 | 0.2 |
| Total Trade | 67.1 | 11.6 | 64.7 | 11.1 | 67.5 | 10.7 | 65.7 | 10.2 | (0.4) | 1.1 | (0.6) |
| Wholesale Trade | 18.6 | 3.2 | 18.3 | 3.1 | 19.9 | 3.2 | 19.2 | 3.0 | (0.2) | 2.1 | (0.7) |
| Retail Trade | 48.5 | 8.4 | 46.5 | 8.0 | 47.6 | 7.6 | 46.5 | 7.2 | (0.4) | 0.6 | (0.5) |
| Transportation And Warehousing | 18.3 | 3.2 | 28.5 | 4.9 | 32.7 | 5.2 | 30.7 | 4.7 | 4.5 | 3.4 | (1.2) |
| Information | 11.3 | 1.9 | 9.8 | 1.7 | 10.6 | 1.7 | 10.6 | 1.6 | (1.4) | 2.0 | (0.1) |
| Finance And Insurance | 36.4 | 6.3 | 33.2 | 5.7 | 36.5 | 5.8 | 37.0 | 5.7 | (0.9) | 2.4 | 0.2 |
| Real Estate And Rental And Lease | 19.1 | 3.3 | 22.4 | 3.8 | 25.6 | 4.1 | 25.7 | 4.0 | 1.6 | 3.5 | 0.1 |
| Total Services | 288.0 | 49.8 | 294.4 | 50.6 | 325.9 | 51.8 | 346.2 | 53.6 | 0.2 | 2.6 | 1.2 |
| Professional And Technical Services | 31.4 | 5.4 | 33.2 | 5.7 | 36.7 | 5.8 | 37.8 | 5.8 | 0.6 | 2.6 | 0.6 |
| Management Of Companies And Enterprises | 16.1 | 2.8 | 18.3 | 3.1 | 19.9 | 3.2 | 23.3 | 3.6 | 1.3 | 2.1 | 3.2 |
| Administrative And Waste Services | 39.3 | 6.8 | 40.5 | 7.0 | 43.5 | 6.9 | 44.3 | 6.8 | 0.3 | 1.8 | 0.3 |
| Educational Services | 27.5 | 4.7 | 26.8 | 4.6 | 29.0 | 4.6 | 32.0 | 5.0 | (0.2) | 2.0 | 2.0 |
| Health Care And Social Assistance | 92.3 | 15.9 | 101.9 | 17.5 | 106.9 | 17.0 | 112.9 | 17.5 | 1.0 | 1.2 | 1.1 |
| Arts, Entertainment, And Recreation | 12.1 | 2.1 | 11.0 | 1.9 | 15.7 | 2.5 | 17.9 | 2.8 | (0.9) | 9.2 | 2.7 |
| Accommodation And Food Services | 37.2 | 6.4 | 33.2 | 5.7 | 42.4 | 6.7 | 45.5 | 7.0 | (1.1) | 6.3 | 1.4 |
| Other Services, Except Public Administration | 32.2 | 5.6 | 29.5 | 5.1 | 31.8 | 5.0 | 32.6 | 5.0 | (0.9) | 1.9 | 0.5 |
| Total Government | 66.4 | 11.5 | 60.2 | 10.3 | 59.1 | 9.4 | 59.2 | 9.2 | (1.0) | (0.4) | 0.0 |
| Federal Civilian Government | 9.9 | 1.7 | 9.8 | 1.7 | 9.6 | 1.5 | 9.6 | 1.5 | (0.1) | (0.5) | (0.1) |
| Federal Military | 3.1 | 0.5 | 2.7 | 0.5 | 2.5 | 0.4 | 2.5 | 0.4 | (1.4) | (2.2) | 0.0 |
| State And Local Government | 53.4 | 9.2 | 47.6 | 8.2 | 47.0 | 7.5 | 47.1 | 7.3 | (1.1) | (0.3) | 0.1 |
| TOTAL | 578.8 | 100.0 % | 581.3 | 100.0 % | 629.4 | 100.0 % | 646.5 | 100.0 % | 0.0 % | 2.0 % | 0.5 % |
| MSA | 981.2 | — | 1,017.7 | — | 1,107.5 | — | 1,145.0 | — | 0.4 % | 2.1 % | 0.7 % |
| U.S. | 172,901.7 | — | 195,286.6 | — | 218,894.3 | — | 232,833.6 | — | 1.2 | 2.9 | 1.2 |

Source: Woods & Poole Economics, Inc.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 55 of 199



The preceding data illustrate the long-term employment trends in this market, including the recent impact of the pandemic and the subsequent recovery. Forecasts developed by Woods & Poole Economics, Inc. anticipate that total employment in the county will change by 0.5% on average annually through 2029. The trend is below the forecast rate of change for the United States as a whole during the same period.

The following table illustrates historical and projected employment, households, population, and average household income data, as provided by REIS for the overall Milwaukee market.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 56 of 199

**FIGURE 4-5     HISTORICAL & PROJECTED EMPLOYMENT, HOUSEHOLDS, POPULATION, AND HOUSEHOLD INCOME STATISTICS**

| Year | Total Employment | % Chg | Office Employment | % Chg | Industrial Employment | % Chg | Households | % Chg | Population | % Chg | Household Avg. Income | % Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 825,030 | — | 239,268 | — | 172,469 | — | 638,730 | — | 1,574,230 | — | $119,724 | — |
| 2013 | 837,630 | 1.5 % | 241,999 | 1.1 % | 171,860 | (0.4) % | 644,930 | 1.0 % | 1,579,560 | 0.3 % | 115,434 | (3.6) % |
| 2014 | 849,470 | 1.4 | 244,764 | 1.1 | 173,799 | 1.1 | 650,330 | 0.8 | 1,584,390 | 0.3 | 119,873 | 3.8 |
| 2015 | 859,570 | 1.2 | 245,920 | 0.5 | 174,372 | 0.3 | 654,520 | 0.6 | 1,587,020 | 0.2 | 122,831 | 2.5 |
| 2016 | 864,000 | 0.5 | 247,415 | 0.6 | 172,694 | (1.0) | 656,390 | 0.3 | 1,585,600 | (0.1) | 124,681 | 1.5 |
| 2017 | 869,530 | 0.6 | 248,617 | 0.5 | 172,281 | (0.2) | 656,100 | (0.0) | 1,582,560 | (0.2) | 129,813 | 4.1 |
| 2018 | 875,100 | 0.6 | 246,592 | (0.8) | 174,621 | 1.4 | 656,810 | 0.1 | 1,580,260 | (0.1) | 135,184 | 4.1 |
| 2019 | 875,000 | (0.0) | 244,763 | (0.7) | 174,940 | 0.2 | 655,740 | (0.2) | 1,577,420 | (0.2) | 140,016 | 3.6 |
| 2020 | 821,100 | (6.2) | 232,234 | (5.1) | 162,472 | (7.1) | 644,990 | (1.6) | 1,569,900 | (0.5) | 149,291 | 6.6 |
| 2021 | 841,730 | 2.5 | 236,101 | 1.7 | 165,986 | 2.2 | 649,880 | 0.8 | 1,564,410 | (0.3) | 159,759 | 7.0 |
| 2022 | 858,330 | 2.0 | 239,902 | 1.6 | 169,001 | 1.8 | 654,610 | 0.7 | 1,569,740 | 0.3 | 166,634 | 4.3 |
| 2023 | 859,570 | 0.1 | 237,752 | (0.9) | 167,248 | (1.0) | 657,120 | 0.4 | 1,579,020 | 0.6 | 175,079 | 5.1 |
| 2024 | 855,550 | (0.5) | 235,907 | (0.8) | 167,351 | 0.1 | 659,060 | 0.3 | 1,585,130 | 0.4 | 182,660 | 4.3 |
| *Forecasts* | | | | | | | | | | | | |
| *2025* | *860,740* | *0.6 %* | *237,693* | *0.8 %* | *168,157* | *0.5 %* | *662,820* | *0.6 %* | *1,586,170* | *0.1 %* | *189,231* | *3.6 %* |
| *2026* | *861,400* | *0.1* | *238,523* | *0.3* | *167,978* | *(0.1)* | *665,260* | *0.4* | *1,585,430* | *(0.0)* | *196,001* | *3.6* |
| *2027* | *861,620* | *0.0* | *239,410* | *0.4* | *167,725* | *(0.2)* | *667,180* | *0.3* | *1,584,260* | *(0.1)* | *202,485* | *3.3* |
| *2028* | *862,250* | *0.1* | *240,419* | *0.4* | *167,406* | *(0.2)* | *669,100* | *0.3* | *1,582,800* | *(0.1)* | *209,036* | *3.2* |
| *2029* | *862,670* | *0.0* | *241,392* | *0.4* | *166,822* | *(0.3)* | *671,060* | *0.3* | *1,581,360* | *(0.1)* | *216,526* | *3.6* |
| **Average Annual Compound Change** | | | | | | | | | | | | |
| 2012 - 2024 | | 0.3 % | | (0.1) % | | (0.3) % | | 0.3 % | | 0.1 % | | 3.6 % |
| *Forecast 2025 - 2029* | | *0.1 %* | | *0.4 %* | | *(0.2) %* | | *0.3 %* | | *(0.1) %* | | *3.4 %* |

Source: REIS Report, 4th Quarter, 2024



For the Milwaukee market, of the roughly 900,000 persons employed, 28% are categorized as office employees, while 20% are categorized as industrial employees. Total employment is expected to expand by 0.6% in 2025, while office employment is forecast to expand by 0.8% in 2025.

The number of households is forecast to increase by 0.3% on average annually between 2025 and 2029. Population is forecast to contract during this same period, at an average annual compounded rate of -0.1%. Household average income is forecast to grow by 3.4% on average annually from 2025 through 2029.

**Radial Demographic Snapshot**

The following table reflects radial demographic trends for our market area measured by three points of distance from the subject property.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 58 of 199



## FIGURE 4-6   DEMOGRAPHICS BY RADIUS

|  | 0.00 - 1.00 miles | 0.00 - 3.00 miles | 0.00 - 5.00 miles |
|---|---|---|---|
| **Population** | | | |
| 2030 Projection | 24,930 | 191,685 | 397,094 |
| 2025 Estimate | 23,339 | 192,490 | 401,835 |
| 2020 Census | 21,670 | 197,310 | 414,971 |
| Percent Change: 2025 to 2030 | 6.8% | -0.4% | -1.2% |
| Percent Change: 2020 to 2025 | 7.7% | -2.4% | -3.2% |
| **Households** | | | |
| 2030 Projection | 15,690 | 86,132 | 171,594 |
| 2025 Estimate | 14,517 | 85,414 | 171,923 |
| 2020 Census | 13,120 | 85,464 | 174,345 |
| Percent Change: 2025 to 2030 | 8.1% | 0.8% | -0.2% |
| Percent Change: 2020 to 2025 | 10.7% | -0.1% | -1.4% |
| **Income** | | | |
| 2025 Est. Average Household Income | $103,587 | $68,549 | $75,511 |
| 2025 Est. Median Household Income | 68,705 | 44,988 | 51,066 |
| **2025 Est. Civ. Employed Pop 16+ by Occupation** | | | |
| Architecture/Engineering | 759 | 2,867 | 4,854 |
| Arts/Design/Entertainment/Sports/Media | 732 | 2,865 | 5,417 |
| Building/Grounds Cleaning/Maintenance | 104 | 3,930 | 7,519 |
| Business/Financial Operations | 2,079 | 6,122 | 11,393 |
| Community/Social Services | 300 | 1,540 | 3,539 |
| Computer/Mathematical | 944 | 2,681 | 5,200 |
| Construction/Extraction | 101 | 3,065 | 6,901 |
| Education/Training/Library | 943 | 5,745 | 13,103 |
| Farming/Fishing/Forestry | 4 | 520 | 824 |
| Food Preparation/Serving Related | 645 | 7,864 | 13,575 |
| Healthcare Practitioner/Technician | 1,185 | 5,045 | 10,742 |
| Healthcare Support | 252 | 4,424 | 9,636 |
| Installation/Maintenance/Repair | 47 | 1,454 | 3,408 |
| Legal | 276 | 726 | 1,949 |
| Life/Physical/Social Science | 356 | 1,496 | 2,596 |
| Management | 2,851 | 9,502 | 19,296 |
| Office/Administrative Support | 1,345 | 8,896 | 19,870 |
| Production | 447 | 8,673 | 18,073 |
| Protective Services | 103 | 1,292 | 3,233 |
| Sales/Related | 1,299 | 6,567 | 14,855 |
| Personal Care/Service | 342 | 2,302 | 4,364 |
| Transportation/Material Moving | 408 | 7,068 | 15,330 |

Source: Environics Analytics

This source reports a population of 401,835 and 171,923 households within a five-mile radius of the subject property. The average household income is currently reported at $75,511, while the median is $51,066.

**Unemployment Statistics**

The following table presents historical unemployment rates for the subject property's market area, the state, and the nation.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 59 of 199



**FIGURE 4-7     UNEMPLOYMENT STATISTICS**

| Year | City | MSA | State | U.S. |
|------|------|-----|-------|------|
| 2015 | 6.6 % | 4.9 % | 4.5 % | 5.3 % |
| 2016 | 5.6 | 4.3 | 4.0 | 4.9 |
| 2017 | 4.5 | 3.5 | 3.3 | 4.4 |
| 2018 | 4.0 | 3.2 | 3.0 | 3.9 |
| 2019 | 4.5 | 3.5 | 3.3 | 3.7 |
| 2020 | 9.2 | 7.3 | 6.4 | 8.1 |
| 2021 | 6.3 | 4.4 | 3.8 | 5.4 |
| 2022 | 4.0 | 3.0 | 2.8 | 3.6 |
| 2023 | 3.9 | 3.0 | 2.8 | 3.6 |
| 2024 | 4.2 | 3.2 | 3.0 | 4.0 |
| *Recent Month - Mar* | | | | |
| 2024 | 4.5 % | 3.6 % | 3.5 % | 3.9 % |
| 2025 | 4.8 | 3.8 | 3.7 | 4.2 |

Source: U.S. Bureau of Labor Statistics

Prior to the pandemic, U.S. unemployment levels were firmly below the 4.6% level recorded in 2006 and 2007, the peak years of the economic cycle prior to the Great Recession. The national unemployment rate during the months leading up to the COVID-19 pandemic were in the 3.5%–3.7% range, reflecting a trend of stability and strength. However, in April 2020, after the onset of the pandemic, unemployment rose to 14.7%, while employment dropped by 20.7 million. Steady gains in employment have been registered since that time; most recently, the national unemployment rate was 4.2% in April 2025. Rises in employment of 102,000, 185,000, and 177,000 people were registered in February, March, and April, respectively. In April, the most significant gains were reported in the health care, transportation and warehousing, financial activities, and social-assistance sectors. Federal government employment declined in April.

Locally, the unemployment rate was 4.2% in 2024; for this same area in 2025, the most recent month's unemployment rate was registered at 4.8%, versus 4.5% for the same month in 2024. As illustrated in the foregoing table, unemployment declined in 2015, and this positive trend generally continued through 2018, with a modest increase noted in 2019. Economic development officials noted that local employment last decade was largely supported by the manufacturing industry and healthcare sector, including healthy employment levels at major employers such as Advocate Aurora Health and Northwestern Mutual. However, unemployment data

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 60 of 199



from 2020 illustrate a sharp increase given the effects of the COVID-19 pandemic and related global economic crisis, which included massive furloughs/layoffs. Unemployment declined in 2021 as the economy began to rebound, and this trend continued through 2023. The most recent comparative period shows where the local market stands in 2025 relative to the same month of 2024, reflecting a modest increase, consistent with regional and national trends.

**Major Business and Industry**

Providing additional context for understanding the nature of the regional economy, the following table presents a list of the major employers in the subject property's market.

**FIGURE 4-8    MAJOR EMPLOYERS**

| Rank | Employer | Number of Employees |
|------|----------|---------------------|
| 1 | Advocate Aurora Health | 39,000 |
| 2 | Ascension Wisconsin | 10,450 |
| 3 | Northwestern Mutual | 8,000 |
| 4 | Quad | 7,000 |
| 5 | Medical College of Wisconsin | 6,730 |
| 6 | Froedtert Health | 6,230 |
| 7 | GE Healthcare | 6,000 |
| 8 | Children's Wisconsin | 5,310 |
| 9 | Kohl's Corporation | 5,000 |
| 10 | ProHealth Care | 4,900 |

Source: Discover Milwaukee, 2023

Milwaukee's economy is anchored by health care and manufacturing. The healthcare sector in the Milwaukee area spans educational and research facilities, integrated healthcare systems, and several specialty hospitals. Milwaukee also remains a major manufacturing center and is home to industrial companies including Harley-Davidson, Rockwell Automation, and Johnson Controls. In early 2020, BMO Harris completed construction on a new 25-story office tower in Downtown Milwaukee. In June 2022, Komatsu Mining opened its new 58-acre campus in Milwaukee's Harbor District. The facility includes a 180,000-square-foot office building and a 430,000-square-foot manufacturing facility. Several companies have recently moved to downtown Milwaukee. In 2023, Milwaukee Tool relocated to downtown, followed by Fiserv in 2024, and Enerpac Tool Group in 2025. Northwestern Mutual is in the process of renovating an older 540,000-square-foot building, and will be relocating 1,300 employees downtown from a suburban



location in 2026. Other developments in the pipeline include: Milwaukee Public Museum's new natural history museum under construction, which is expected to open in late 2025; the Milwaukee's Iron District project, a large mixed-use development that will feature affordable apartments, a soccer stadium, a hotel, and an event venue; and the Department of City Development's expansion of the city's riverwalk system. In addition, funding is in place for the installation of a retractable room on American Family Field. Furthermore, construction is ongoing for the 4,500-person concert venue adjacent to the Fiserv Forum which will be part of Live Nation, with an expected opening at the end of 2025. Also, the potential remains for the redevelopment of the Marcus Performing Arts Center parking structure site. One RFP was submitted in 2024 for a 55-story $700M mixed-use development. Although the local economy was negatively affected by the COVID-19 pandemic in 2020 and 2021, it has since fully recovered. The city's profile and its diverse economy, supported by ongoing developments and increased tourism, lend to a positive outlook.

**Office Space Statistics**     Trends in occupied office space can be key indicators of lodging demand, as firms that occupy office space often exhibit a strong propensity to attract commercial visitors. Thus, trends that cause changes in vacancy rates or occupied office space may have a proportional impact on commercial lodging demand and a less direct effect on meeting demand. The following table details office space statistics for the pertinent market area.

**FIGURE 4-9     OFFICE SPACE STATISTICS – MARKET OVERVIEW**

| | Submarket | Inventory | | Occupied Office Space | Vacancy Rate | Average Asking Lease Rate |
| | | Buildings | Square Feet | | | |
|---|---|---|---|---|---|---|
| 1 | Brookfield/New Berlin | 96 | 5,239,000 | 3,876,000 | 26.0 % | $20.14 |
| 2 | **Downtown Milwaukee** | **114** | **13,471,000** | **10,248,000** | **23.9** | **22.11** |
| 3 | Greenfield/South Milwaukee Cou | 34 | 1,094,000 | 774,000 | 29.3 | 19.30 |
| 4 | North Suburban | 109 | 3,904,000 | 2,739,000 | 29.8 | 18.59 |
| 5 | Wauwatosa/W Allis/W Milwauke | 83 | 5,258,000 | 4,042,000 | 23.1 | 19.90 |
| 6 | West Waukesha County | 74 | 2,404,000 | 1,947,000 | 19.0 | 21.89 |
| | **Totals and Averages** | **510** | **31,370,000** | **23,626,000** | **24.7 %** | **$20.86** |

Source: REIS Report, 4th Quarter, 2024

The greater Milwaukee market comprises a total of 31.4 million square feet of office space. For the 4th Quarter of 2024, the market reported a vacancy rate of 24.7% and an average asking rent of $20.86. The subject property is located in the Downtown Milwaukee submarket, which houses 13,471,000 square feet of office space. The



submarket's vacancy rate of 23.9% is slightly lower than the overall market average. The average asking lease rate of $22.11 is above the average for the broader market.

The following table illustrates a trend of office space statistics for the overall Milwaukee market and the Downtown Milwaukee submarket.

## FIGURE 4-10   HISTORICAL AND PROJECTED OFFICE SPACE STATISTICS – GREATER MARKET VS. SUBMARKET

| | Milwaukee Market | | | | | | | | Downtown Milwaukee Submarket | | | | | | |
| Year | Available Office Space | % Chg | Occupied Office Space | % Chg | Vacancy Rate | Asking Lease Rate | % Chg | | Available Office Space | % Chg | Occupied Office Space | % Chg | Vacancy Rate | Asking Lease Rate | % Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 29,957,000 | — | 24,142,000 | — | 19.4 % | $18.99 | — | | 12,984,000 | — | 10,452,000 | — | 19.5 % | $19.55 | — |
| 2013 | 30,039,000 | 0.3 % | 24,223,000 | 0.3 % | 19.4 | 19.13 | 0.7 % | | 12,984,000 | 0.0 % | 10,530,000 | 0.7 % | 18.9 | 19.70 | 0.8 % |
| 2014 | 30,323,000 | 0.9 | 24,527,000 | 1.3 | 19.1 | 19.04 | (0.5) | | 13,026,000 | 0.3 | 10,707,000 | 1.7 | 17.8 | 19.40 | (1.5) |
| 2015 | 30,274,000 | (0.2) | 24,589,000 | 0.3 | 18.8 | 19.31 | 1.4 | | 12,979,000 | (0.4) | 10,915,000 | 1.9 | 15.9 | 19.81 | 2.1 |
| 2016 | 30,571,000 | 1.0 | 24,851,000 | 1.1 | 18.7 | 19.63 | 1.7 | | 13,020,000 | 0.3 | 11,132,000 | 2.0 | 14.5 | 20.05 | 1.2 |
| 2017 | 30,654,000 | 0.3 | 24,801,000 | (0.2) | 19.1 | 19.87 | 1.2 | | 13,131,000 | 0.9 | 11,148,000 | 0.1 | 15.1 | 20.47 | 2.1 |
| 2018 | 30,788,000 | 0.4 | 24,771,000 | (0.1) | 19.5 | 20.15 | 1.4 | | 13,265,000 | 1.0 | 11,209,000 | 0.5 | 15.5 | 20.84 | 1.8 |
| 2019 | 30,759,000 | (0.1) | 24,562,000 | (0.8) | 20.1 | 19.98 | (0.8) | | 13,290,000 | 0.2 | 11,084,000 | (1.1) | 16.6 | 20.37 | (2.3) |
| 2020 | 31,293,000 | 1.7 | 24,596,000 | 0.1 | 21.4 | 20.22 | 1.2 | | 13,824,000 | 4.0 | 11,190,000 | 1.0 | 19.1 | 21.05 | 3.3 |
| 2021 | 31,393,000 | 0.3 | 24,468,000 | (0.5) | 22.1 | 20.51 | 1.4 | | 13,924,000 | 0.7 | 11,254,000 | 0.6 | 19.2 | 21.73 | 3.2 |
| 2022 | 31,626,000 | 0.7 | 24,178,000 | (1.2) | 23.6 | 20.76 | 1.2 | | 13,924,000 | 0.0 | 10,783,000 | (4.2) | 22.6 | 21.81 | 0.4 |
| 2023 | 31,243,000 | (1.2) | 23,633,000 | (2.3) | 24.4 | 20.81 | 0.2 | | 13,471,000 | (3.3) | 10,273,000 | (4.7) | 23.7 | 21.96 | 0.7 |
| 2024 | 31,370,000 | 0.4 | 23,626,000 | (0.0) | 24.7 | 20.86 | 0.2 | | 13,471,000 | 0.0 | 10,248,000 | (0.2) | 23.9 | 22.11 | 0.7 |
| *Forecasts* | | | | | | | | | | | | | | | |
| *2025* | *31,354,000* | *(0.1) %* | *23,627,000* | *0.0 %* | *24.6 %* | *21.04* | *0.9 %* | | *13,471,000* | *0.0 %* | *10,138,000* | *(1.1) %* | *24.7 %* | *22.21* | *0.5 %* |
| *2026* | *31,354,000* | *0.0* | *23,734,000* | *0.5* | *24.3* | *21.26* | *1.0* | | *13,471,000* | *0.0* | *10,118,000* | *(0.2)* | *24.9* | *22.27* | *0.3* |
| *2027* | *31,414,000* | *0.2* | *24,067,000* | *1.4* | *23.4* | *21.53* | *1.3* | | *13,481,000* | *0.1* | *10,192,000* | *0.7* | *24.4* | *22.33* | *0.3* |
| *2028* | *31,477,000* | *0.2* | *24,377,000* | *1.3* | *22.6* | *21.82* | *1.3* | | *13,491,000* | *0.1* | *10,222,000* | *0.3* | *24.2* | *22.35* | *0.1* |
| *2029* | *31,560,000* | *0.3* | *24,694,000* | *1.3* | *21.8* | *22.13* | *1.4* | | *13,501,000* | *0.1* | *10,261,000* | *0.4* | *24.0* | *22.37* | *0.1* |
| **Average Annual Compound Change** | | | | | | | | | | | | | | | |
| 2012 - 2024 | | 0.4 % | | (0.2) % | | | 0.8 % | | | 0.3 % | | (0.2) % | | | 1.0 % |
| *Forecast 2025 - 2029* | | 0.2 % | | 1.1 % | | | 1.3 % | | | 0.1 % | | 0.3 % | | | 0.2 % |

Source: REIS Report, 4th Quarter, 2024



The level of occupied office space is forecast to increase in this Milwaukee market, to roughly 23,600,000 square feet in 2025. Occupied office space is projected to increase to 24,700,000 in 2029. According to REIS, the greater Milwaukee market offers over 31,000,000 square feet of office space, with the largest amount of space located in the Downtown Milwaukee submarket, which has a below market average vacancy rate and the highest lease rate. Increases in supply in the Downtown Milwaukee submarket have been fueled by multi-tenant office building developments, including the Northwestern Mutual Tower in 2019. Furthermore, positive trends in net absorption indicate that the market's recovery pace is increasing.

**Convention Activity**     A convention center serves as a gauge of visitation trends to a particular market. Convention centers also generate significant levels of demand for area hotels and serve as a focal point for community activity. Typically, hotels within the closest proximity to a convention center—up to three miles away—will benefit the most. Hotels serving as headquarters for an event benefit the most by way of premium rates and hosting related banquet events. During the largest conventions, peripheral hotels may benefit from compression within the city as a whole.

The Baird Center accommodates conventions and large meetings in the Milwaukee area. The recently expanded center boasts a 37,500-square-foot ballroom, a 30,000-square foot ballroom, 52 breakout meeting rooms, a rooftop terrace, and an exhibit hall measuring 300,000 square feet. The expansion and renovation of the Baird Center, which cost approximately $456 million, broke ground in late 2021 and held its grand re-opening to the public on May 18, 2024.  The Baird Center hosted the 2024 Republican National Convention.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 65 of 199



## CONVENTION CENTER



Source: Visit Milwaukee

The following table illustrates recent usage statistics for this facility.

**FIGURE 4-11   CONVENTION CENTER STATISTICS**

| Year | Convention Delegates | Percent Change |
|------|------|------|
| 2017 | 297,369 | — |
| 2018 | 334,819 | 12.6 % |
| 2019 | 367,680 | 9.8 |
| 2020 | 60,868 | (83.4) |
| 2021 | 125,110 | 105.5 |
| 2022 | 254,858 | 103.7 |
| 2023 | 345,470 | 35.6 |
| 2024 | 416,600 | 20.6 |

Source: Wisconsin Center District

Reports from the market reflect that the Baird Center is highly utilized by groups such as local professional associations and trade shows. Attendance increased significantly in 2018 and 2019 with several large citywide events. Prior to COVID-19, local officials expected 2020 to be Milwaukee's busiest year, with several large

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 66 of 199

events planned, including the Democratic National Convention. However, the COVID-19 pandemic led to the cancellation of most major conventions at the Wisconsin Center District for 2020. Major conventions and citywide events in Milwaukee were canceled through early 2021 because of guidelines on social distancing and limits on group sizes. However, all restrictions had been lifted as of June 2021. According to local officials, demand increased in the late summer and early fall of 2021, largely attributed to Summerfest. Data for 2023 and 2024 illustrate a continued increase in citywide events, noting over 400,000 delegates in 2024 due to the Republican National Convention which took place from July 15-18, 2024. Representatives from the Wisconsin Center District report that over 450,000 delegates are confirmed for 2025, with an additional 50,000 as tentative holds. Furthermore, for 2026 the center has 67 events confirmed and a total of 110 holds placed on dates for additional events. In 2027, 21 events are booked with an additional 90 holds.

**Airport Traffic**

Airport passenger counts are important indicators of lodging demand. Depending on the type of service provided by a particular airfield, a sizable percentage of arriving passengers may require hotel accommodations. Trends showing changes in passenger counts also reflect local business activity and the overall economic health of the area.

Milwaukee Mitchell International Airport (MKE) is a medium-hub airport owned and operated by Milwaukee County. MKE has sometimes been described as Chicago's third airport, as some Chicago travelers seek to avoid O'Hare International Airport or Midway Airport. It is also used by travelers throughout Wisconsin and Northern Illinois as an alternative to other local airports. The airport is serviced by many major commercial airlines, and several airlines, including Southwest and Spirit, have recently announced additional routes from MKE beginning in 2025. Construction began in February of 2025 on a 337,000-square-foot cargo facility and is expected to be completed in 2026. Construction of a new $92M terminal at Milwaukee Mitchell International Airport may begin by mid-2025, and will include demolishing Concourse E and replacing it with a larger international terminal.

The following table illustrates recent operating statistics for the Milwaukee Mitchell International Airport, which is the primary airport facility serving the subject property's submarket.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 67 of 199



**FIGURE 4-12   AIRPORT STATISTICS - MILWAUKEE MITCHELL INTERNATIONAL AIRPORT**

| Year | Passenger Traffic | Percent Change* | Percent Change** |
|---|---|---|---|
| 2015 | 6,549,353 | — | — |
| 2016 | 6,757,357 | 3.2 % | 3.2 % |
| 2017 | 6,904,670 | 2.2 | 2.7 |
| 2018 | 7,096,714 | 2.8 | 2.7 |
| 2019 | 6,894,894 | (2.8) | 1.3 |
| 2020 | 2,627,215 | (61.9) | (16.7) |
| 2021 | 4,524,345 | 72.2 | (6.0) |
| 2022 | 5,439,055 | 20.2 | (2.6) |
| 2023 | 6,015,731 | 10.6 | (1.1) |
| 2024 | 6,316,245 | 5.0 | (0.4) |
| *Year-to-date, Mar* | | | |
| 2024 | 1,519,883 | — | — |
| 2025 | 1,363,580 | (10.3) % | — |

*Annual average compounded percentage change from the previous year
**Annual average compounded percentage change from first year of data

Source: Milwaukee Mitchell International Airport

This facility recorded 6,316,245 passengers in 2024. The change in passenger traffic between 2023 and 2024 was 5.0%. The average annual change during the period shown was (0.4)%. The 2019 decrease in passenger traffic can be attributed in large part to severe weather in the Midwest in the first quarter of the year. Data from 2020 illustrate a significant decline given the impact of the COVID-19 pandemic and the travel restrictions that were implemented; however, the 2021 data show a substantial rebound in passenger traffic, a trend that continued through 2024.

**Tourist Attractions**

The subject market benefits from a variety of tourism and leisure attractions in the area. Leisure demand generators include the Wisconsin State Fair Park, American Family Field, the Milwaukee Art Museum, the Harley-Davidson Museum, American Family Insurance Amphitheater, Fiserv Forum, and the Milwaukee County Zoo. Special events also play a role during key weekends, such as Summerfest, Harley Homecoming, USA Triathlon, and Wisconsin State Fair. Due to the COVID-19 pandemic, entertainment venues were temporarily closed (and events were postponed or canceled) in 2020 and early 2021. It is important to note that in 2021, Summerfest changed from being an 11-day event to a series of three weekends.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 68 of 199



**HARLEY DAVIDSON MUSEUM**



**Conclusion**

This section discussed a wide variety of economic indicators for the pertinent market area. The Milwaukee market area benefits from a strengthening economy that is primarily led by the manufacturing industry and the healthcare sector, as well as the increasing convention demand Additionally, tourism rebounded in the last couple of years, with key events including the USA Triathlon, Ryder Cup, Summerfest, Harley Homecoming, Wisconsin State Fair, and various cultural festivals being primary draws. Thus, the near-term market outlook is overall positive.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 69 of 199



# 5. Supply and Demand Analysis

In the lodging industry, supply is measured by the number of guestrooms available, and demand is measured by the number of rooms occupied; the net effect of supply and demand toward equilibrium results in a prevailing price, or average daily rate (ADR). The purpose of this section is to investigate current supply and demand trends as indicated by the current competitive market, resulting in a forecast of market-wide occupancy.

**National Trends Overview**

The subject property and local lodging market are most directly affected by the supply and demand trends within the immediate area. However, individual markets are also influenced by conditions in the national lodging market. We have reviewed national lodging trends to provide a context for the forecast of the supply and demand for the subject property's competitive set.

STR is an independent research firm that compiles data on the lodging industry, and this information is routinely used by typical hotel buyers. The following STR diagram presents annual hotel occupancy, ADR, and rooms revenue per available room (RevPAR) data since 1989. RevPAR is calculated by multiplying occupancy by ADR and provides an indication of how well rooms revenue is being maximized.



## FIGURE 5-1 NATIONAL OCCUPANCY, ADR, AND REVPAR TRENDS



Source: STR

The preceding chart illustrates the impact of the recessions of the early 1990s, 2000s, the financial crisis of 2008/09, and the 2020/21 pandemic on the U.S. lodging industry. In each case, the downturn caused lodging demand to drop, resulting in an occupancy decline. The aggregate ADR also fell, as hoteliers used price as a marketing tool to attract demand and support occupancy levels. As occupancy recovered, ADR growth resumed, although the ADR recovery lagged somewhat behind occupancy levels, as price discounts contributed to the initial recovery of demand. Following the financial crisis of the Great Recession, occupancy fell by over eight points, and ADR declined by 5.9%, resulting in an 18.3% decrease in RevPAR. The market recovered steadily thereafter, with occupancy surpassing the 65.0% mark in 2015, and ADR also consistently growing, albeit at a decelerating pace.

The onset of the COVID-19 pandemic in March 2020 had a severe impact on the lodging industry, causing occupancy, ADR, and RevPAR to decline by unprecedented levels. By the conclusion of 2020, occupancy had fallen 22 points, with ADR decreasing by roughly $28.00, resulting in a RevPAR loss of 48.0% (rounded). Led by strong leisure demand, many markets began to recover mid-year 2021. The recovery continued in 2022 and 2023, as group activity returned; business travel



also improved during this time frame, although hybrid work options and lower office occupancy rates constrained demand recovery in this segment. By year-end 2023, the U.S. occupancy level had reached 96.0% of the occupancy level attained in 2019. Occupancy remained unchanged in 2024, as a strengthening in the group and commercial segments was balanced by a pullback in leisure demand, influenced by more travelers seeking international destinations for vacations. The ADR in 2024 was 21.0% (rounded) higher than the national rate in 2019, resulting in a RevPAR increase of 15.0% (rounded) over the level achieved in 2019.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 72 of 199

FIGURE 5-2    NATIONAL OCCUPANCY AND ADR TRENDS

| | Occupancy | | | | | Average Rate | | | | | RevPAR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2021 | 2022 | 2023 | 2024 | 2019 | 2021 | 2022 | 2023 | 2024 | 2019 | 2021 | 2022 | 2023 | 2024 |
| United States | 66.0 % | 57.5 % | 62.6 % | 63.0 % | 63.0 % | $131.23 | $124.96 | $149.24 | $156.00 | $158.67 | $86.64 | $71.88 | $93.39 | $98.22 | $99.94 |
| **Region** | | | | | | | | | | | | | | | |
| New England | 64.7 % | 55.5 % | 63.4 % | 63.3 % | 64.1 % | $161.08 | $155.80 | $179.29 | $190.86 | $195.48 | $104.25 | $86.54 | $113.78 | $120.86 | $125.36 |
| Middle Atlantic | 69.0 | 55.2 | 62.6 | 65.0 | 66.3 | 166.27 | 144.08 | 179.82 | 192.15 | 200.48 | 114.81 | 79.56 | 112.48 | 124.96 | 132.92 |
| South Atlantic | 67.5 | 59.8 | 64.7 | 64.5 | 64.9 | 128.41 | 130.45 | 152.61 | 156.33 | 157.87 | 86.68 | 77.95 | 98.70 | 100.89 | 102.51 |
| E. North Central | 61.1 | 52.3 | 57.2 | 57.5 | 57.9 | 112.64 | 105.25 | 123.33 | 129.12 | 133.91 | 68.82 | 55.09 | 70.52 | 74.26 | 77.48 |
| E. South Central | 62.4 | 59.5 | 61.0 | 61.0 | 59.1 | 103.58 | 104.70 | 119.73 | 126.05 | 127.25 | 64.61 | 62.30 | 73.04 | 76.88 | 75.17 |
| W. North Central | 58.3 | 51.0 | 55.3 | 56.1 | 55.7 | 99.28 | 97.34 | 109.00 | 115.04 | 118.30 | 57.88 | 49.68 | 60.27 | 64.51 | 65.89 |
| W. South Central | 62.6 | 58.1 | 59.9 | 60.2 | 60.2 | 101.84 | 95.75 | 112.13 | 116.19 | 119.69 | 63.77 | 55.64 | 67.20 | 69.92 | 72.09 |
| Mountain | 66.9 | 59.3 | 66.3 | 67.2 | 66.1 | 121.89 | 125.74 | 153.87 | 166.61 | 169.15 | 81.54 | 74.59 | 101.94 | 111.97 | 111.85 |
| Pacific | 73.6 | 60.2 | 66.9 | 66.6 | 66.7 | 171.40 | 157.79 | 190.58 | 196.22 | 194.67 | 126.16 | 95.00 | 127.42 | 130.67 | 129.89 |
| **Class** | | | | | | | | | | | | | | | |
| Luxury | 70.9 % | 52.5 % | 65.3 % | 66.0 % | 66.7 % | $304.11 | $322.00 | $376.48 | $384.66 | $387.74 | $215.73 | $168.95 | $245.93 | $153.96 | $258.56 |
| Upper-Upscale | 72.6 | 50.0 | 63.4 | 67.1 | 67.6 | 188.24 | 175.05 | 213.96 | 221.11 | 223.88 | 136.67 | 87.49 | 135.70 | 148.29 | 151.46 |
| Upscale | 71.5 | 59.3 | 66.8 | 68.7 | 69.1 | 143.60 | 132.34 | 156.30 | 163.81 | 166.20 | 102.68 | 78.42 | 104.39 | 112.53 | 114.80 |
| Upper-Midscale | 67.5 | 61.2 | 65.7 | 65.8 | 65.7 | 115.91 | 114.14 | 128.53 | 133.40 | 135.01 | 78.20 | 69.83 | 84.50 | 87.73 | 88.68 |
| Midscale | 59.5 | 56.8 | 59.7 | 58.7 | 58.4 | 95.82 | 98.83 | 100.19 | 101.41 | 101.85 | 57.03 | 56.10 | 59.83 | 59.57 | 59.46 |
| Economy | 59.4 | 58.7 | 56.4 | 54.3 | 53.5 | 75.50 | 76.14 | 77.65 | 79.32 | 78.90 | 44.83 | 44.72 | 43.80 | 43.04 | 42.24 |
| **Location** | | | | | | | | | | | | | | | |
| Urban | 73.2 % | 51.8 % | 63.3 % | 66.4 % | 67.5 % | $183.20 | $152.81 | $196.47 | $207.36 | $213.04 | $134.12 | $79.12 | $124.44 | $137.66 | $143.84 |
| Suburban | 66.7 | 59.9 | 63.8 | 63.4 | 63.6 | 111.26 | 104.93 | 126.13 | 126.32 | 127.97 | 74.24 | 62.90 | 80.45 | 80.06 | 81.34 |
| Airport | 73.7 | 60.3 | 67.9 | 69.5 | 69.4 | 119.22 | 104.82 | 126.57 | 134.50 | 135.87 | 87.85 | 63.18 | 85.91 | 93.43 | 94.36 |
| Interstate | 57.9 | 57.8 | 58.5 | 57.7 | 57.1 | 87.86 | 92.22 | 100.90 | 106.58 | 108.69 | 50.85 | 53.31 | 59.04 | 61.54 | 62.01 |
| Resort | 70.0 | 57.7 | 66.8 | 68.6 | 67.8 | 182.74 | 209.77 | 236.76 | 238.86 | 239.05 | 127.85 | 121.06 | 158.20 | 163.82 | 162.10 |
| Small Town | 57.8 | 56.7 | 57.5 | 55.8 | 55.4 | 107.26 | 116.96 | 124.72 | 133.63 | 136.86 | 61.98 | 66.34 | 71.72 | 74.63 | 75.86 |
| **Chain Scale** | | | | | | | | | | | | | | | |
| Luxury | 73.8 % | 48.0 % | 63.1 % | 65.8 % | 67.7 % | $343.02 | $383.48 | $435.46 | $427.97 | $426.43 | $253.17 | $184.12 | $274.64 | $281.53 | $288.49 |
| Upper-Upscale | 73.9 | 48.7 | 63.9 | 67.7 | 68.5 | 189.25 | 176.66 | 215.96 | 223.19 | 226.90 | 139.80 | 86.11 | 138.05 | 151.12 | 155.53 |
| Upscale | 72.6 | 59.6 | 67.4 | 69.2 | 69.5 | 142.38 | 128.62 | 155.28 | 161.85 | 164.20 | 103.32 | 76.68 | 104.58 | 112.00 | 114.20 |
| Upper-Midscale | 67.5 | 61.6 | 65.8 | 66.1 | 66.0 | 112.80 | 111.14 | 127.56 | 132.16 | 133.95 | 76.14 | 68.47 | 83.93 | 87.34 | 88.44 |
| Midscale | 58.1 | 56.5 | 60.1 | 59.0 | 58.7 | 86.61 | 89.48 | 95.19 | 95.94 | 96.69 | 50.30 | 50.59 | 57.20 | 56.65 | 56.77 |
| Economy | 58.7 | 59.7 | 57.2 | 55.0 | 54.4 | 63.70 | 66.88 | 72.24 | 72.69 | 72.12 | 37.36 | 39.90 | 41.34 | 40.00 | 39.26 |
| Independents | 63.5 | 56.9 | 60.0 | 59.2 | 58.6 | 133.08 | 137.44 | 155.20 | 162.24 | 163.39 | 84.44 | 78.24 | 93.05 | 96.00 | 95.81 |

Source: Year-End STR Lodging Reviews



## FIGURE 5-3    RECENT NATIONAL OCCUPANCY AND ADR TRENDS

| | Occupancy - YTD March | | | Average Rate - YTD March | | | RevPAR - YTD March | | | Percent Change | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2024 | 2025 | % Change | 2024 | 2025 | % Change | 2024 | 2025 | % Change | Rms. Avail. | Rms. Sold |
| United States | 58.2 % | 58.4 % | 0.4 % | $154.83 | $157.71 | 1.9 % | $90.05 | $92.08 | 2.2 % | 0.6 % | 1.0 % |
| **Region** | | | | | | | | | | | |
| New England | 53.2 % | 52.6 % | (1.1) % | $151.30 | $151.38 | 0.1 % | $80.55 | $79.67 | (1.1) % | 0.2 % | (1.0) % |
| Middle Atlantic | 56.5 | 56.8 | 0.6 | 160.40 | 166.70 | 3.9 | 90.58 | 94.74 | 4.6 | 0.4 | 1.1 |
| South Atlantic | 63.6 | 64.6 | 1.6 | 168.26 | 174.06 | 3.4 | 107.04 | 112.48 | 5.1 | 0.9 | 2.5 |
| E. North Central | 47.9 | 48.8 | 1.9 | 114.01 | 117.33 | 2.9 | 54.61 | 57.25 | 4.8 | 0.8 | 2.7 |
| E. South Central | 54.7 | 53.9 | (1.6) | 117.77 | 119.29 | 1.3 | 64.48 | 64.27 | (0.3) | 1.9 | 0.3 |
| W. North Central | 46.4 | 46.8 | 0.9 | 108.57 | 110.26 | 1.6 | 50.34 | 51.58 | 2.5 | 0.1 | 1.0 |
| W. South Central | 58.7 | 58.3 | (0.7) | 119.31 | 125.09 | 4.8 | 70.08 | 72.97 | 4.1 | 0.8 | 0.1 |
| Mountain | 63.6 | 62.0 | (2.5) | 187.53 | 180.73 | (3.6) | 119.25 | 112.09 | (6.0) | 0.3 | (2.2) |
| Pacific | 61.7 | 62.7 | 1.5 | 190.02 | 192.80 | 1.5 | 117.29 | 120.82 | 3.0 | 0.2 | 1.7 |
| **Class** | | | | | | | | | | | |
| Luxury | 63.5 % | 64.2 % | 1.2 % | $392.92 | $404.34 | 2.9 % | $249.43 | $259.79 | 4.2 % | 2.5 % | 3.7 % |
| Upper-Upscale | 63.8 | 64.2 | 0.7 | 221.85 | 226.43 | 2.1 | 141.43 | 145.33 | 2.8 | 0.3 | 1.0 |
| Upscale | 64.5 | 64.5 | 0.1 | 159.06 | 159.38 | 0.2 | 102.52 | 102.84 | 0.3 | 1.3 | 1.5 |
| Upper-Midscale | 60.2 | 60.1 | (0.1) | 127.93 | 129.19 | 1.0 | 77.01 | 77.68 | 0.9 | 1.6 | 1.5 |
| Midscale | 52.8 | 52.5 | (0.6) | 94.78 | 95.29 | 0.5 | 50.01 | 49.98 | (0.1) | 0.4 | (0.2) |
| Economy | 48.6 | 49.0 | 0.8 | 73.18 | 74.00 | 1.1 | 35.54 | 36.23 | 1.9 | (1.1) | (0.3) |
| **Location** | | | | | | | | | | | |
| Urban | 61.8 % | 62.3 % | 0.8 % | $191.00 | $199.80 | 4.6 % | $118.03 | $124.45 | 5.4 % | 1.1 % | 1.9 % |
| Suburban | 58.7 | 59.0 | 0.5 | 121.97 | 124.43 | 2.0 | 71.61 | 73.42 | 2.5 | 0.9 | 1.4 |
| Airport | 66.1 | 66.3 | 0.3 | 134.53 | 136.41 | 1.4 | 88.94 | 90.47 | 1.7 | 0.3 | 0.6 |
| Interstate | 50.5 | 51.1 | 1.1 | 101.18 | 103.39 | 2.2 | 51.13 | 52.82 | 3.3 | 0.8 | 1.9 |
| Resort | 69.0 | 68.0 | (1.5) | 267.90 | 268.23 | 0.1 | 184.96 | 182.36 | (1.4) | (0.3) | (1.8) |
| Small Town | 47.7 | 48.2 | 1.0 | 120.58 | 123.50 | 2.4 | 57.50 | 59.49 | 3.5 | 0.3 | 1.4 |
| **Chain Scale** | | | | | | | | | | | |
| Luxury | 65.2 % | 66.3 % | 1.6 % | $436.26 | $461.63 | 5.8 % | $284.71 | $305.98 | 12.9 % | 5.0 % | 6.7 % |
| Upper-Upscale | 64.8 | 65.6 | 1.3 | 225.32 | 230.72 | 2.4 | 145.94 | 151.34 | 5.1 | 1.4 | 2.6 |
| Upscale | 64.9 | 65.0 | 0.1 | 157.24 | 159.06 | 1.2 | 102.01 | 103.34 | 2.7 | 1.3 | 1.5 |
| Upper-Midscale | 60.6 | 60.6 | 0.0 | 126.95 | 128.64 | 1.3 | 76.92 | 77.95 | 3.0 | 1.6 | 1.6 |
| Midscale | 53.1 | 53.0 | (0.1) | 90.01 | 91.88 | 2.1 | 47.76 | 48.72 | 4.9 | 2.8 | 2.7 |
| Economy | 49.9 | 50.4 | 0.9 | 67.51 | 68.71 | 1.8 | 33.68 | 34.60 | 1.1 | (1.6) | (0.7) |
| Independents | 53.6 | 53.5 | (0.3) | 160.51 | 159.43 | (1.0) | 86.11 | 85.29 | (2.0) | (1.1) | (1.4) |

Source: STR - March 2025 Lodging Review



The following graph illustrates the performance of the U.S. lodging industry from 2019, expressed as a percentage of 2019 levels of occupancy, ADR and RevPAR, demonstrating the pace and pattern of the recovery.

**FIGURE 5-4    NATIONAL PERFORMANCE COMPARED TO 2019 LEVELS**



A lodging market's performance is influenced by changes in supply and demand levels. The following graph illustrates the percentage change in these two metrics for the U.S. lodging industry as a whole since 2003, as reported by STR.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 75 of 199



**FIGURE 5-5    HISTORICAL CHANGES IN SUPPLY AND DEMAND – U.S. LODGING INDUSTRY**



Source: STR

Excluding fluctuations due to the Great Recession in 2008/09 and the pandemic from 2020 to 2022, supply growth ranged between 0.4% to 2.0%, averaging 1.1% in these years. The pace of supply growth slowed significantly in the two to three years following the downturns in 2001/02, 2008/09, and 2020/21, reflecting the decline in new project-starts during these periods. As the market moved out of these cycles, supply growth accelerated. The impact of the pandemic caused a decline in supply, as hotels temporarily suspended operations or closed, in many cases for conversion to alternate use. The reopening of the temporarily closed properties caused an artificial spike in supply growth. Supply growth in 2023 through early 2025 reflects the high cost of construction, as well as the limited availability of financing for new construction. Thus, the pace of supply growth is expected to remain muted through 2026.

The changes in demand, as measured by the number of occupied rooms, display similar patterns. The years following the noted recessionary periods reflect relatively strong growth, as the market recovered from these downturns. Excluding the years of downturn and recovery, demand growth ranged from 1.0% to 4.6%.



**Definition of Subject Hotel Market**

The subject property is located in the greater Milwaukee lodging market, which encompasses nearly 190 lodging facilities totaling roughly 19,500 guestrooms. Within this greater market, the subject hotel is located in the Downtown Milwaukee submarket and directly competes with three upper-upscale and luxury hotels that offer full-service amenities. Nine additional hotels have been considered secondarily competitive due to differences in price point and facilities.

**Historical Supply and Demand Data**

STR is an independent research firm that compiles and publishes data on the lodging industry, routinely used by typical hotel buyers. HVS has ordered and analyzed an STR Trend Report of historical supply and demand data for the subject property and its competitors. This information is presented in the following table, along with the market-wide occupancy, ADR, and RevPAR.

In response to the travel restrictions and the decline in demand associated with the COVID-19 pandemic, numerous hotels in markets across the nation temporarily suspended operations. During these suspensions, hotels were typically closed to the public, with the majority of staff furloughed; however, key management and maintenance staff were retained to preserve the property and prepare for reopening. Eight of the hotels in the competitive submarket suspended operations because of the COVID-19 pandemic; however, all have since reopened. We note that the STR data and our analysis reflect the competitive submarket's adjusted occupancy upon the suspension of operations and/or the reopening of select competitive hotels within this set.

The second chart presents the monthly data for 2019 through the year-to-date 2025 period, illustrating the fluctuations in occupancy and ADR. The impact of the pandemic and the timing and pace of the subsequent recovery are reflected in the data.

**FIGURE 5-6    HISTORICAL SUPPLY AND DEMAND TRENDS**

| Year | Average Daily Room Count | Available Room Nights | Change | Occupied Room Nights | Change | Occupancy | Average Rate | Change | RevPAR | Change |
|------|------|------|------|------|------|------|------|------|------|------|
| 2017 | 2,202 | 803,725 | — | 568,292 | — | 70.7 % | $158.39 | — | $111.99 | — |
| 2018 | 2,293 | 836,945 | 4.1 % | 596,454 | 5.0 % | 71.3 | 158.71 | 0.2 % | 113.11 | 1.0 % |
| 2019 | 2,277 | 831,034 | (0.7) | 580,163 | (2.7) | 69.8 | 169.79 | 7.0 | 118.53 | 4.8 |
| 2020 | 2,098 | 765,608 | (7.9) | 226,452 | (61.0) | 29.6 | 121.83 | (28.2) | 36.04 | (69.6) |
| 2021 | 2,401 | 876,340 | 14.5 | 390,226 | 72.3 | 44.5 | 170.74 | 40.1 | 76.03 | 111.0 |
| 2022 | 2,520 | 919,800 | 5.0 | 515,914 | 32.2 | 56.1 | 185.33 | 8.5 | 103.95 | 36.7 |
| 2023 | 2,659 | 970,515 | 5.5 | 579,860 | 12.4 | 59.7 | 194.28 | 4.8 | 116.08 | 11.7 |
| 2024 | 2,727 | 995,355 | 2.6 | 657,335 | 13.4 | 66.0 | 195.23 | 0.5 | 128.93 | 11.1 |
| *2024/25* | *2,727* | *995,355* | *0.0* | *677,031* | *3.0* | *68.0* | *197.76* | *1.3* | *134.52* | *4.3* |

**Year-to-Date Through March**

| Year | Average Daily Room Count | Available Room Nights | Change | Occupied Room Nights | Change | Occupancy | Average Rate | Change | RevPAR | Change |
|------|------|------|------|------|------|------|------|------|------|------|
| 2024 | 2,727 | 245,430 | — | 127,503 | — | 52.0 % | $152.65 | — | $79.30 | — |
| 2025 | 2,727 | 245,430 | 0.0 % | 147,199 | 15.4 % | 60.0 | 170.01 | 11.4 % | 101.96 | 28.6 % |

Average Annual Compounded Change:

| | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|
| 2017 – 2019 | | | 1.7 % | | 1.0 % | | | 3.5 % | | 2.9 % |
| 2017 – 2024 | | | 3.1 | | 2.1 | | | 3.0 | | 2.0 |

| Hotels Included in Sample | Class | Competitive Status | Room Inventory | Year Opened |
|------|------|------|------|------|
| The Pfister Hotel | Luxury Class | *Primary* | 307 | Jan 1900 |
| DoubleTree by Hilton Hotel Milwaukee Downtown | Upscale Class | *Secondary* | 243 | Jun 1965 |
| Hyatt Regency Milwaukee | Upper Upscale Class | *Secondary* | 481 | May 1980 |
| Saint Kate The Arts Hotel | Upper Upscale Class | *Primary* | 219 | Jun 1988 |
| Hotel Metro, Autograph Collection | Upper Upscale Class | *Secondary* | 63 | Aug 1998 |
| Courtyard Milwaukee Downtown | Upscale Class | *Secondary* | 170 | Jul 1999 |
| The Iron Horse Hotel | Luxury Class | *Secondary* | 100 | Sep 2008 |
| Hilton Garden Inn Milwaukee Downtown | Upscale Class | *Secondary* | 127 | Nov 2012 |
| **Milwaukee Marriott Downtown** | **Upper Upscale Class** | ***Subject Property*** | **205** | **Jun 2013** |
| Kimpton Journeyman Hotel | Upper Upscale Class | *Secondary* | 158 | Jun 2016 |
| The Westin Milwaukee | Upper Upscale Class | *Primary* | 220 | Jun 2017 |
| Drury Plaza Hotel Milwaukee Downtown | Upscale Class | *Secondary* | 227 | Oct 2019 |
| The Trade, Autograph Collection | Upper Upscale Class | *Secondary* | 207 | May 2023 |
| | | **Total** | **2,727** | |

Source: STR

# FIGURE 5-7    HISTORICAL SUPPLY AND DEMAND TRENDS (MONTHLY)

| Month | 2019 Occupancy | 2019 ADR | 2020 Occupancy | 2020 ADR | 2021 Occupancy | 2021 ADR | 2022 Occupancy | 2022 ADR | 2023 Occupancy | 2023 ADR | 2024 Occupancy | 2024 ADR | 2025 Occupancy | 2025 ADR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 54.0 % | $144.42 | 50.6 % | $138.12 | 21.4 % | $98.33 | 32.8 % | $145.17 | 41.8 % | $159.39 | 45.6 % | $153.42 | 52.7 % | $159.72 |
| February | 66.3 | 148.57 | 59.8 | 137.26 | 26.0 | 108.55 | 45.6 | 146.68 | 47.7 | 161.92 | 52.1 | 153.66 | 58.7 | 163.17 |
| March | 67.4 | 150.60 | 26.8 | 136.86 | 33.8 | 111.42 | 47.0 | 160.37 | 54.2 | 161.16 | 58.1 | 151.22 | 68.4 | 183.24 |
| April | 73.1 | 161.55 | 7.3 | 82.18 | 37.3 | 122.89 | 57.9 | 174.83 | 61.2 | 179.95 | 71.3 | 186.51 | — | — |
| May | 81.1 | 177.56 | 12.5 | 80.97 | 43.0 | 147.18 | 58.3 | 188.04 | 59.0 | 188.27 | 70.3 | 184.51 | — | — |
| June | 81.1 | 194.80 | 16.1 | 107.92 | 51.1 | 168.03 | 66.4 | 206.31 | 71.9 | 219.90 | 78.3 | 216.90 | — | — |
| July | 82.3 | 202.60 | 30.2 | 111.06 | 60.2 | 213.85 | 70.3 | 224.99 | 70.4 | 251.35 | 74.9 | 334.70 | — | — |
| August | 81.3 | 185.40 | 32.8 | 134.91 | 56.3 | 188.83 | 69.5 | 205.37 | 72.6 | 221.24 | 79.0 | 202.68 | — | — |
| September | 76.6 | 181.12 | 30.7 | 114.62 | 62.0 | 249.73 | 67.3 | 204.16 | 70.2 | 206.75 | 77.7 | 201.25 | — | — |
| October | 71.3 | 171.64 | 30.0 | 105.96 | 51.9 | 186.40 | 61.8 | 191.01 | 67.8 | 194.98 | 72.7 | 185.48 | — | — |
| November | 59.0 | 143.70 | 18.7 | 94.37 | 46.2 | 151.74 | 50.7 | 158.97 | 49.3 | 164.75 | 63.2 | 156.73 | — | — |
| December | 48.1 | 138.96 | 21.4 | 94.95 | 41.0 | 149.75 | 44.9 | 156.38 | 47.7 | 156.29 | 48.8 | 148.34 | — | — |
| **Annual Averages** | **69.8 %** | **$169.79** | **29.6 %** | **$121.83** | **44.5 %** | **$170.74** | **56.1 %** | **$185.33** | **59.7 %** | **$194.28** | **66.0 %** | **$195.23** | **—** | **—** |
| **Year-to-Date** | **62.1 %** | **$147.98** | **45.2 %** | **$137.51** | **27.1 %** | **$107.01** | **41.7 %** | **$151.59** | **47.9 %** | **$160.86** | **52.0 %** | **$152.65** | **60.0 %** | **$170.01** |

| *Change from* *Prior Year* | 2019 Occupancy | 2019 ADR | 2020 Occupancy | 2020 ADR | 2021 Occupancy | 2021 ADR | 2022 Occupancy | 2022 ADR | 2023 Occupancy | 2023 ADR | 2024 Occupancy | 2024 ADR | 2025 Occupancy | 2025 ADR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | *(3.8) pts* | *8.7 %* | *(3.5) pts* | *(4.4) %* | *(29.2) pts* | *(28.8) %* | *11.4 pts* | *47.6 %* | *9.0 pts* | *9.8 %* | *3.8 pts* | *(3.7) %* | *7.1 pts* | *4.1 %* |
| February | *2.4* | *10.8* | *(6.5)* | *(7.6)* | *(33.8)* | *(20.9)* | *19.6* | *35.1* | *2.1* | *10.4* | *4.4* | *(5.1)* | *6.6* | *6.2* |
| March | *2.9* | *14.0* | *(40.5)* | *(9.1)* | *7.0* | *(18.6)* | *13.1* | *43.9* | *7.3* | *0.5* | *3.9* | *(6.2)* | *10.2* | *21.2* |
| April | *0.9* | *8.4* | *(65.7)* | *(49.1)* | *29.9* | *49.5* | *20.7* | *42.3* | *3.3* | *2.9* | *10.1* | *3.6* | *—* | *—* |
| May | *5.9* | *10.3* | *(68.6)* | *(54.4)* | *30.5* | *81.8* | *15.3* | *27.8* | *0.6* | *0.1* | *11.4* | *(2.0)* | *—* | *—* |
| June | *(3.0)* | *9.2* | *(65.0)* | *(44.6)* | *35.0* | *55.7* | *15.3* | *22.8* | *5.6* | *6.6* | *6.4* | *(1.4)* | *—* | *—* |
| July | *0.2* | *9.0* | *(52.1)* | *(45.2)* | *30.0* | *92.6* | *10.1* | *5.2* | *0.1* | *11.7* | *4.4* | *33.2* | *—* | *—* |
| August | *1.6* | *7.0* | *(48.6)* | *(27.2)* | *23.5* | *40.0* | *13.3* | *8.8* | *3.1* | *7.7* | *6.3* | *(8.4)* | *—* | *—* |
| September | *(4.4)* | *5.6* | *(45.9)* | *(36.7)* | *31.4* | *117.9* | *5.3* | *(18.2)* | *2.8* | *1.3* | *7.6* | *(2.7)* | *—* | *—* |
| October | *(8.8)* | *(1.1)* | *(41.4)* | *(38.3)* | *21.9* | *75.9* | *9.9* | *2.5* | *5.9* | *2.1* | *4.9* | *(4.9)* | *—* | *—* |
| November | *(2.2)* | *(0.1)* | *(40.3)* | *(34.3)* | *27.5* | *60.8* | *4.4* | *4.8* | *(1.4)* | *3.6* | *13.9* | *(4.9)* | *—* | *—* |
| December | *(5.0)* | *1.5* | *(26.8)* | *(31.7)* | *19.6* | *57.7* | *3.9* | *4.4* | *2.7* | *(0.1)* | *1.1* | *(5.1)* | *—* | *—* |
| **Annual Change** | ***(1.5) pts*** | ***7.0 %*** | ***(40.2) pts*** | ***(28.2) %*** | ***15.0 pts*** | ***40.1 %*** | ***11.6 pts*** | ***8.5 %*** | ***3.7 pts*** | ***4.8 %*** | ***6.3 pts*** | ***0.5 %*** | ***—*** | ***—*** |
| **Year-to-Date** | ***0.2 %*** | ***11.3 %*** | ***(16.9) %*** | ***(7.1) %*** | ***(18.1) %*** | ***(22.2) %*** | ***14.6 %*** | ***41.7 %*** | ***6.3 %*** | ***6.1 %*** | ***4.0 %*** | ***(5.1) %*** | ***8.0 pts*** | ***11.4 %*** |

Source: STR



It is important to note some limitations of the STR data. Hotels are occasionally added to or removed from the sample; furthermore, not every property reports data in a consistent and timely manner. These factors can influence the overall quality of the information by skewing the results, and these inconsistencies may also cause the STR data to differ from the results of our competitive survey. Nonetheless, STR data provide the best indication of aggregate growth or decline in existing supply and demand; thus, these trends have been considered in our analysis. Opening dates, as available, are presented for each reporting hotel on the previous table.

The STR data for the competitive set reflect a market-wide occupancy level of 66.0% in 2024, which compares to 59.7% for 2023. The STR data for the competitive set reflect a market-wide ADR level of $195.23 in 2024, which compares to $194.28 for 2023. These occupancy and ADR trends resulted in a RevPAR level of $128.93 in 2024.

During the illustrated historical period, occupancy levels remained relatively stable between 2017 and 2019, near 70%. The former InterContinental Hotel suspended operations in early 2019 and reopened later that year as the Saint Kate The Arts Hotel. Similarly, the Hotel Metro underwent a major renovation and rebranded as part of the Marriott Autograph Collection in 2020. In 2020, the COVID-19 pandemic affected the local market, similar to the rest of the nation, resulting in decreased business activity, inclusive of the hospitality, tourism, and manufacturing industries. Furthermore, we note that many hotels in the competitive set temporarily suspended operations at the onset of the pandemic. The subject hotel, in particular, suspended operations for over a year, from March 11, 2020 until August 1, 2021 according to management; however, STR data reflects that the Milwaukee Marriott Downtown suspended operations between July 2020 until August 2021. General improvement has been registered since the low point in May 2020. A rebound commenced in the third quarter of 2020, with the occupancy and ADR recovery extending through 2023. Heightened inflation in 2021 and 2022 also contributed to ADR growth for this competitive set, as did the opening of several high-quality new hotels. Despite the opening of the 207-room The Trade, Autograph Collection hotel in May 2023, year-end data illustrate occupancy growing to just below 60.0% in 2023. In 2024, occupancy increased to 66%, partially influenced by the Republican National Convention which also caused a notable spike in the July ADR. Overall, however, average rate registered little change as hoteliers held rate in an effort to further attract additional demand amid the absorption of new supply.

Year-to-date 2025 data illustrate strong gains in both occupancy and average rate, with a 42% increase in RevPAR in March due to the first and second rounds of the NCAA Division I men's basketball tournament, in addition to numerous events held at the convention center, including large volleyball and dance tournaments. Interviews with local hotel managers indicate that the year-to-date improvement



also is reflective of more group and corporate/contract business than experienced in 2024. As locally negotiated business travel continues to return to the market, the total guest mix comprises less of the higher-rated leisure component. Nevertheless, the overall outlook for the competitive market is optimistic given the return to downtown office operations, the 2024 opening of the convention center expansion, and summer leisure events. Some managers did note that the outlook remains cautious for the remainder of 2025, given the possibility for some corporate cutbacks and less leisure demand given the economic uncertainty.

The following table illustrates the monthly occupancy, ADR, and RevPAR for the competitive set measured as a percentage of 2019 levels.

## FIGURE 5-8     OCCUPANCY, ADR, AND REVPAR AS A PERCENTAGE OF 2019 LEVELS

| | 2022 | | | 2023 | | | 2024 | | | 2025 | | |
| | Occupancy | ADR | RevPAR | Occupancy | ADR | RevPAR | Occupancy | ADR | RevPAR | Occupancy | ADR | RevPAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 60.7 % | 100.5 % | 61.0 % | 77.4 % | 110.4 % | 85.4 % | 84.4 % | 106.2 % | 89.7 % | 97.6 % | 110.6 % | 108.0 % |
| February | 68.8 | 98.7 | 67.9 | 72.0 | 109.0 | 78.5 | 78.6 | 103.4 | 81.3 | 88.6 | 109.8 | 97.3 |
| March | 69.7 | 106.5 | 74.3 | 80.5 | 107.0 | 86.2 | 86.3 | 100.4 | 86.7 | 101.5 | 121.7 | 123.5 |
| April | 79.2 | 108.2 | 85.8 | 83.7 | 111.4 | 93.2 | 97.5 | 115.5 | 112.6 | — | — | — |
| May | 71.9 | 105.9 | 76.2 | 72.7 | 106.0 | 77.1 | 86.7 | 103.9 | 90.1 | — | — | — |
| June | 81.9 | 105.9 | 86.7 | 88.7 | 112.9 | 100.1 | 96.6 | 111.3 | 107.6 | — | — | — |
| July | 85.4 | 111.1 | 94.9 | 85.5 | 124.1 | 106.1 | 90.9 | 165.2 | 150.2 | — | — | — |
| August | 85.5 | 110.8 | 94.7 | 89.3 | 119.3 | 106.6 | 97.1 | 109.3 | 106.2 | — | — | — |
| September | 87.9 | 112.7 | 99.1 | 91.6 | 114.2 | 104.6 | 101.5 | 111.1 | 112.8 | — | — | — |
| October | 86.7 | 111.3 | 96.5 | 95.0 | 113.6 | 107.9 | 101.9 | 108.1 | 110.1 | — | — | — |
| November | 85.8 | 110.6 | 95.0 | 83.4 | 114.6 | 95.7 | 107.0 | 109.1 | 116.7 | — | — | — |
| December | 93.3 | 112.5 | 105.0 | 99.0 | 112.5 | 111.3 | 101.3 | 106.7 | 108.1 | — | — | — |
| **Annual Averages** | **80.3 %** | **109.2 %** | **87.7 %** | **85.6 %** | **114.4 %** | **97.9 %** | **94.6 %** | **115.0 %** | **108.8 %** | **—** | **—** | **—** |
| **Year-to-Date** | **67.1** | **102.4** | **68.7** | **77.2** | **108.7** | **83.9** | **83.6** | **103.2** | **86.3** | **96.5 %** | **114.9 %** | **110.9 %** |

Source: STR

The data illustrate that the aggregate market occupancy level has recovered significantly, although it remains below the level achieved in 2019; moreover, ADR surpassed the 2019 level in the second half of 2021.

**Seasonality**     The market's seasonal trends are presented in the following table.



## FIGURE 5-9   SEASONALITY

|  | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|
| **High Season - June, July, August, September** | | | | | | | |
| Occupancy | 81.7 % | 80.3 % | 27.7 % | 57.5 % | 68.4 % | 71.3 % | 77.5 % |
| Average Rate | $177.32 | $191.20 | $119.19 | $207.70 | $210.43 | $224.96 | $238.27 |
| RevPAR | 144.84 | 153.62 | 32.99 | 119.36 | 143.96 | 160.36 | 184.59 |
| **Shoulder Season - February, March, April, May, October, November** | | | | | | | |
| Occupancy | 69.7 % | 69.5 % | 28.0 % | 40.2 % | 53.7 % | 56.8 % | 64.8 % |
| Average Rate | $150.52 | $160.21 | $121.33 | $144.89 | $172.13 | $177.21 | $171.62 |
| RevPAR | 104.84 | 111.33 | 33.97 | 58.21 | 92.41 | 100.61 | 111.20 |
| **Low Season - January, December** | | | | | | | |
| Occupancy | 55.5 % | 51.0 % | 36.6 % | 31.6 % | 38.9 % | 44.8 % | 47.2 % |
| Average Rate | $134.80 | $141.72 | $126.04 | $133.09 | $151.65 | $157.68 | $150.79 |
| RevPAR | 74.80 | 72.21 | 46.12 | 42.04 | 58.93 | 70.71 | 71.15 |

Source: STR

The illustrated occupancy and ADR patterns reflect important seasonal characteristics. We have reviewed these trends in developing our forthcoming forecast of market-wide demand and ADR. The competitive market has historically been characterized by a moderate degree of seasonality. COVID-19 prompted some abnormalities to this regular trend in 2020 and early 2021; however, the regular seasonality patterns returned to the market soon thereafter. The strongest occupancy levels are often recorded in the summer months when demand from leisure travelers typically supplements the commercial segment that is the principal source of demand in this submarket. ADR levels have historically reflected a similar pattern.

**Patterns of Demand**

A review of the trends in occupancy and ADR by day of the week provides some insight into the impact that the current economic conditions have had on the competitive lodging market. The data, as provided by STR, are illustrated in the following tables.

Case 24-21743-gmh     Doc 674-1     Filed 07/21/25     Page 82 of 199



## FIGURE 5-10   OCCUPANCY BY DAY OF WEEK (TRAILING 12 MONTHS)

| Month | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Month |
|---|---|---|---|---|---|---|---|---|
| Apr - 24 | 42.5 % | 61.8 % | 84.6 % | 76.7 % | 58.9 % | 82.9 % | 90.5 % | 71.3 % |
| May - 24 | 50.8 | 66.2 | 81.8 | 81.8 | 63.3 | 68.2 | 79.7 | 70.3 |
| Jun - 24 | 48.8 | 79.1 | 83.4 | 79.0 | 79.5 | 87.1 | 94.8 | 78.3 |
| Jul - 24 | 72.0 | 69.1 | 75.9 | 71.6 | 79.4 | 74.3 | 83.6 | 74.9 |
| Aug - 24 | 49.3 | 71.9 | 86.2 | 85.9 | 74.9 | 85.9 | 94.3 | 79.0 |
| Sep - 24 | 55.3 | 71.5 | 82.3 | 85.8 | 74.8 | 87.5 | 94.2 | 77.7 |
| Oct - 24 | 47.0 | 66.2 | 80.9 | 75.4 | 67.5 | 81.1 | 89.0 | 72.7 |
| Nov - 24 | 49.3 | 53.1 | 59.1 | 62.3 | 57.6 | 76.5 | 77.4 | 63.2 |
| Dec - 24 | 29.7 | 39.8 | 57.7 | 53.1 | 48.5 | 52.9 | 64.4 | 48.8 |
| Jan - 25 | 29.7 | 41.6 | 59.7 | 53.8 | 43.7 | 66.1 | 73.2 | 52.7 |
| Feb - 25 | 38.7 | 47.4 | 55.4 | 60.2 | 60.1 | 66.0 | 83.1 | 58.7 |
| Mar - 25 | 46.3 | 54.5 | 64.7 | 69.5 | 70.2 | 85.7 | 91.0 | 68.4 |
| **Average** | **46.5 %** | **60.1 %** | **72.8 %** | **71.2 %** | **64.7 %** | **76.0 %** | **85.0 %** | **68.0 %** |

Source: STR

## FIGURE 5-11   ADR BY DAY OF WEEK (TRAILING 12 MONTHS)

| Month | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Month |
|---|---|---|---|---|---|---|---|---|
| Apr - 24 | $154.92 | $173.06 | $183.61 | $178.71 | $166.40 | $201.38 | $222.24 | $186.51 |
| May - 24 | 158.43 | 169.63 | 181.99 | 183.10 | 172.32 | 200.72 | 212.67 | 184.51 |
| Jun - 24 | 174.92 | 187.05 | 194.44 | 196.03 | 217.39 | 260.73 | 255.63 | 216.90 |
| Jul - 24 | 382.15 | 354.83 | 344.61 | 330.04 | 350.31 | 275.16 | 304.94 | 334.70 |
| Aug - 24 | 165.45 | 183.46 | 198.62 | 201.24 | 186.01 | 216.89 | 234.28 | 202.68 |
| Sep - 24 | 181.78 | 184.15 | 194.82 | 192.82 | 192.67 | 221.42 | 233.10 | 201.25 |
| Oct - 24 | 160.05 | 173.75 | 187.64 | 188.63 | 171.08 | 191.40 | 210.13 | 185.48 |
| Nov - 24 | 142.41 | 152.70 | 158.00 | 156.04 | 144.70 | 163.35 | 166.53 | 156.73 |
| Dec - 24 | 127.94 | 141.16 | 160.34 | 149.60 | 139.47 | 147.46 | 158.55 | 148.34 |
| Jan - 25 | 135.15 | 145.91 | 165.70 | 162.30 | 150.50 | 165.32 | 170.86 | 159.72 |
| Feb - 25 | 141.81 | 152.00 | 158.22 | 163.14 | 152.15 | 165.22 | 189.16 | 163.17 |
| Mar - 25 | 156.55 | 156.69 | 171.24 | 177.41 | 172.71 | 210.43 | 209.14 | 183.24 |
| **Average** | **$184.30** | **$188.69** | **$196.50** | **$194.22** | **$189.57** | **$203.53** | **$216.79** | **$197.76** |

Source: STR



## FIGURE 5-12 OCCUPANCY, ADR, AND REVPAR BY DAY OF WEEK (MULTIPLE YEARS)

| Occupancy (%) | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Year |
|---|---|---|---|---|---|---|---|---|
| Apr 22 - Mar 23 | 37.7 % | 46.0 % | 57.7 % | 58.3 % | 55.2 % | 68.6 % | 79.8 % | 57.6 % |
| Apr 23 - Mar 24 | 39.3 | 51.8 | 62.9 | 63.1 | 56.4 | 70.1 | 80.0 | 60.5 |
| Apr 24 - Mar 25 | 46.5 | 60.1 | 72.8 | 71.2 | 64.7 | 76.0 | 85.0 | 68.0 |
| **Change (Occupancy Points)** | | | | | | | | |
| FY 23 - FY 24 | 1.6 | 5.9 | 5.2 | 4.9 | 1.2 | 1.5 | 0.2 | 2.9 |
| FY 24 - FY 25 | 7.2 | 8.3 | 9.9 | 8.1 | 8.2 | 5.9 | 5.0 | 7.5 |
| | | | | | | | | |
| **ADR ($)** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** | **Total Year** |
| Apr 22 - Mar 23 | $171.54 | $171.68 | $180.61 | $177.22 | $177.17 | $194.40 | $211.80 | $186.33 |
| Apr 23 - Mar 24 | 171.06 | 176.28 | 186.69 | 183.39 | 184.31 | 205.57 | 213.99 | 191.48 |
| Apr 24 - Mar 25 | 184.30 | 188.69 | 196.50 | 194.22 | 189.57 | 203.53 | 216.79 | 197.76 |
| **Change (Dollars)** | | | | | | | | |
| FY 23 - FY 24 | ($0.48) | $4.60 | $6.07 | $6.17 | $7.14 | $11.16 | $2.19 | $5.15 |
| FY 24 - FY 25 | 13.24 | 12.41 | 9.81 | 10.83 | 5.26 | (2.03) | 2.80 | 6.28 |
| **Change (Percent)** | | | | | | | | |
| FY 23 - FY 24 | (0.3) % | 2.7 % | 3.4 % | 3.5 % | 4.0 % | 5.7 % | 1.0 % | 2.8 % |
| FY 24 - FY 25 | 7.7 | 7.0 | 5.3 | 5.9 | 2.9 | (1.0) | 1.3 | 3.3 |
| | | | | | | | | |
| **RevPAR ($)** | **Sunday** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday** | **Total Year** |
| Apr 22 - Mar 23 | $64.63 | $78.89 | $104.25 | $103.24 | $97.79 | $133.38 | $169.07 | $107.39 |
| Apr 23 - Mar 24 | 67.16 | 91.33 | 117.52 | 115.77 | 103.98 | 144.12 | 171.21 | 115.89 |
| Apr 24 - Mar 25 | 85.69 | 113.41 | 143.07 | 138.29 | 122.59 | 154.76 | 184.22 | 134.52 |
| **Change (Dollars)** | | | | | | | | |
| FY 23 - FY 24 | $2.53 | $12.43 | $13.27 | $12.53 | $6.20 | $10.74 | $2.15 | $8.50 |
| FY 24 - FY 25 | 18.53 | 22.08 | 25.55 | 22.51 | 18.61 | 10.63 | 13.00 | 18.63 |
| **Change (Percent)** | | | | | | | | |
| FY 23 - FY 24 | 3.9 % | 15.8 % | 12.7 % | 12.1 % | 6.3 % | 8.1 % | 1.3 % | 7.9 % |
| FY 24 - FY 25 | 27.6 | 24.2 | 21.7 | 19.4 | 17.9 | 7.4 | 7.6 | 16.1 |

Source: STR

In most markets, business travel, including individual commercial travelers and corporate groups, is the predominant source of demand on Monday through Thursday nights. continued recovery of business travel is demonstrated by the significant increases in both occupancy and ADR on midweek nights. Leisure travelers and non-business-related groups generate a majority of demand on Friday



and Saturday nights. The influence of the leisure segment, particularly demand generated by those visiting Henry Maier Festival Park (the location of Summerfest), the Milwaukee Public Market, American Family Field, and Fiserv Forum, supported strong occupancy and ADR levels on Friday and Saturday nights from June through October, as well as during the week in the summer.

**SUPPLY**

Based on an evaluation of the occupancy, rate structure, market orientation, chain affiliation, location, facilities, amenities, reputation, and quality of each area hotel, as well as the comments of management representatives, we have identified properties that are considered primarily competitive with the subject property.

**Primary Competitors**

The following table summarizes the important operating characteristics of the primary competitors and the aggregate secondary competitors. This information was compiled from personal interviews, inspections, online resources, and our in-house database of operating and hotel facility data. In cases where exact operating data for an individual property (or properties) were not available, we have used these resources, as well as the STR data, to estimate positioning within the market. Given the impact of the pandemic, which skewed the operating performance and statistics, the 2020 operating performance of each hotel was not considered given the suspension of operations, as applicable, and/or the significant impact of the pandemic on the lodging industry.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 85 of 199

## FIGURE 5-13   PRIMARY COMPETITORS – OPERATING PERFORMANCE

| Property | Number of Rooms | Commercial | Meeting and Group | Leisure | Estimated 2023 Weighted Annual Room Count | Occ. | Average Rate | RevPAR | Estimated 2024 Weighted Annual Room Count | Occ. | Average Rate | RevPAR | Occupancy Penetration | RevPAR Penetration |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Milwaukee Marriott Downtown | 205 | 42 % | 24 % | 34 % | 205 | 63.3 % | $190.36 | $120.47 | 205 | 69.9 % | $200.81 | $140.32 | 105.2 % | 106.1 % |
| Westin Milwaukee | 220 | 45 | 30 | 25 | 220 | 55 - 60 | 220 - 230 | 130 - 140 | 220 | 65 - 70 | 230 - 240 | 150 - 160 | 95 - 100 | 110 - 120 |
| Pfister Hotel | 307 | 35 | 40 | 25 | 307 | 55 - 60 | 210 - 220 | 120 - 125 | 307 | 65 - 70 | 190 - 200 | 130 - 140 | 100 - 110 | 100 - 110 |
| Saint Kate The Arts Hotel | 219 | 35 | 35 | 30 | 219 | 60 - 65 | 240 - 250 | 150 - 160 | 219 | 70 - 75 | 240 - 250 | 170 - 180 | 100 - 110 | 130 - 140 |
| **Sub-Totals/Averages** | **951** | **39 %** | **33 %** | **28 %** | **951** | **60.1 %** | **$218.06** | **$130.97** | **951** | **69.7 %** | **$214.31** | **$149.46** | **105.0 %** | **113.0 %** |
| Secondary Competitors | 1,776 | 41 % | 31 % | 27 % | 1,134 | 59.5 % | $181.75 | $108.09 | 1,185 | 63.7 % | $185.84 | $118.46 | 96.0 % | 89.6 % |
| **Totals/Averages** | **2,727** | **40 %** | **32 %** | **28 %** | **2,085** | **59.7 %** | **$198.40** | **$118.53** | **2,136** | **66.4 %** | **$199.15** | **$132.26** | **100.0 %** | **100.0 %** |

*Est. Segmentation (2024) columns: Commercial / Meeting and Group / Leisure*

*\* Specific occupancy and average rate data were utilized in our analysis, but are presented in ranges in the above table for the purposes of confidentiality.*

## FIGURE 5-14   PRIMARY COMPETITORS – FACILITY SUMMARY

| Property | Number of Rooms | Year Opened | Last Major Renovation(s) | Approx. Miles To Subject Property | Food and Beverage Outlets | Indoor Meeting Space (SF) | Meeting Space per Room | Facilities & Amenities |
|---|---|---|---|---|---|---|---|---|
| Milwaukee Marriott Downtown<br>625 North Milwaukee Street | 205 | 2013 | — | — | East Town Kitchen + Bar | 8,907 | 43.4 | Fitness Center, Market Pantry, Room Service, Concierge Lounge; Laundry/Valet Service |
| Westin Milwaukee<br>550 North Van Buren Street | 220 | 2017 | | 0.2 | Stella Van Buren | 9,632 | 43.8 | Business Center; Concierge; Fitness Center; Coffee Station; Laundry/Valet Service |
| Pfister Hotel<br>424 East Wisconsin Avenue | 307 | 1893 | 2024 | 0.1 | Mason Street Grill; Blu; Cafe at the Pfister; Lobby Lounge | 25,000 | 81.4 | Business Center; Concierge; Retail Outlet/Boutique; Room Service; Full-Service Spa; Indoor Swimming Pool; Fitness Room |
| Saint Kate The Arts Hotel<br>139 East Kilbourn Avenue | 219 | 1988 | 2019 | 0.4 | Aria; Proof Pizza; Giggly; the Bar; The Dark Room | 11,597 | 53.0 | Guest Laundry Area; Concierge; Room Service; Gift Shop; Fitness Center; Laundry/Valet Service; Electric Vehicle Chargers |



The following map illustrates the locations of the subject property and its competitors.

## MAP OF COMPETITION



Our survey of the primarily competitive hotels in the local market shows a range of lodging types and facilities. Each primary competitor was inspected and evaluated. Descriptions of our findings are presented below.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 88 of 199



**PRIMARY COMPETITOR #1 - WESTIN MILWAUKEE**



**Westin Milwaukee
550 North Van Buren
Street
Milwaukee, WI**

**FIGURE 5-15    ESTIMATED HISTORICAL OPERATING STATISTICS**

| Year | Wtd. Annual Room Count | Occupancy | Average Rate | RevPAR | Occupancy Penetration | Yield Penetration |
|------|------|------|------|------|------|------|
| Est. 2019 | 220 | 70 - 75 % | $210 - $220 | $150 - $160 | 100 - 110 % | 120 - 130 % |
| Est. 2021 | 220 | 40 - 45 | 180 - 190 | 75 - 80 | 95 - 100 | 100 - 110 |
| Est. 2022 | 220 | 50 - 55 | 220 - 230 | 115 - 120 | 90 - 95 | 100 - 110 |
| Est. 2023 | 220 | 55 - 60 | 220 - 230 | 130 - 140 | 90 - 95 | 100 - 110 |
| Est. 2024 | 220 | 65 - 70 | 230 - 240 | 150 - 160 | 95 - 100 | 110 - 120 |

The Westin Hotel, which opened in 2017, benefits from its relatively recent construction. Furthermore, the hotel is located near several commercial entities in the downtown market area and features a skywalk connecting it to the US Bank Center. This hotel is operated by White Lodging Services, which also operates the subject Marriott property. Overall, the property appeared to be in very good condition, superior to the subject property's condition. Its location is similar to that of the Milwaukee Marriott Downtown.



**PRIMARY COMPETITOR #2 - PFISTER HOTEL**



**Pfister Hotel**
**424 East Wisconsin**
**Avenue**
**Milwaukee, WI**

**FIGURE 5-16    ESTIMATED HISTORICAL OPERATING STATISTICS**

| Year | Wtd. Annual Room Count | Occupancy | Average Rate | RevPAR | Occupancy Penetration | Yield Penetration |
|------|------------------------|-----------|--------------|--------|-----------------------|-------------------|
| Est. 2019 | 307 | 75 - 80 % | $190 - $200 | $140 - $150 | 100 - 110 % | 110 - 120 % |
| Est. 2021 | 307 | 40 - 45 | 200 - 210 | 90 - 95 | 100 - 110 | 110 - 120 |
| Est. 2022 | 307 | 60 - 65 | 200 - 210 | 125 - 130 | 100 - 110 | 110 - 120 |
| Est. 2023 | 307 | 55 - 60 | 210 - 220 | 120 - 125 | 95 - 100 | 100 - 110 |
| Est. 2024 | 307 | 65 - 70 | 190 - 200 | 130 - 140 | 100 - 110 | 95 - 100 |

A comprehensive $20-million renovation to the Pfister Hotel's guestrooms and public spaces took place in 2023/24. The renovation included an update of its historic guestrooms, a full revitalization of the ballrooms and meeting space, and enhancements to the lobby, lobby bar, and Café at the Pfister. Property representatives report that a portion of the guestrooms were not fully updated. This property benefits from its grand, historic lobby and its extensive meeting space. The Pfister is managed by Marcus Hotel & Resorts, which also operates the Saint Kate the Arts Hotel and the Hilton Milwaukee City Center in this downtown area. Overall, the property appeared to be in very good condition, superior to the subject property's condition. Its location is similar to that of the Milwaukee Marriott Downtown.


**PRIMARY COMPETITOR #3 - SAINT KATE THE ARTS HOTEL**



**Saint Kate The Arts Hotel**
**139 East Kilbourn Avenue**
**Milwaukee, WI**

**FIGURE 5-17    ESTIMATED HISTORICAL OPERATING STATISTICS**

| Year | Wtd. Annual Room Count | Occupancy | Average Rate | RevPAR | Occupancy Penetration | Yield Penetration |
|------|------|------|------|------|------|------|
| Est. 2019 | 130 | 45 - 50 % | $160 - $170 | $75 - $80 | 60 - 65 % | 60 - 65 % |
| Est. 2021 | 219 | 40 - 45 | 220 - 230 | 90 - 95 | 90 - 95 | 110 - 120 |
| Est. 2022 | 219 | 55 - 60 | 230 - 240 | 130 - 140 | 100 - 110 | 120 - 130 |
| Est. 2023 | 219 | 60 - 65 | 240 - 250 | 150 - 160 | 100 - 110 | 120 - 130 |
| Est. 2024 | 219 | 70 - 75 | 240 - 250 | 170 - 180 | 100 - 110 | 130 - 140 |

This property was previously branded as an InterContinental hotel before new ownership converted it to an independent, boutique hotel in 2019. This hotel is known for its vast displays of art throughout the hotel and its proximity to the Marcus Performing Arts Center. Saint Kate The Arts Hotel is managed by Marcus Hotel & Resorts, which also operates the Pfister Hotel and the Hilton Milwaukee City Center in this downtown area. Overall, the property appeared to be in very good condition, superior to the subject property's condition. Its location is similar to that of the Milwaukee Marriott Downtown.



**Secondary Competitors**

We have also reviewed other area lodging facilities to determine whether any may compete with the subject hotel on a secondary basis. The room count of each secondary competitor has been weighted based on its assumed degree of competitiveness with the subject hotel. By assigning degrees of competitiveness, we can assess how the subject hotel and its competitors may react to various changes in the market, including new supply, changes to demand generators, and renovations or franchise changes of existing supply. The following table sets forth the pertinent operating characteristics of the secondary competitors.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 92 of 199

## FIGURE 5-18   SECONDARY COMPETITORS – OPERATING PERFORMANCE

| Property | Number of Rooms | Commercial | Meeting and Group | Leisure | Total Competitive Level | Weighted Annual Room Count (2023) | Occ. (2023) | Average Rate (2023) | RevPAR (2023) | Weighted Annual Room Count (2024) | Occ. (2024) | Average Rate (2024) | RevPAR (2024) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Est. Segmentation | | | | Estimated 2023 | | | | Estimated 2024 | | | |
| Hyatt Regency Milwaukee | 481 | 30 % | 50 % | 20 % | 75 % | 361 | 50 - 55 % | $140 - $150 | $75 - $80 | 361 | 55 - 60 % | $140 - $150 | $80 - $85 |
| DoubleTree by Hilton Milwaukee City Center | 243 | 65 | 15 | 20 | 75 | 182 | 60 - 65 | 160 - 170 | 100 - 105 | 182 | 55 - 60 | 160 - 170 | 95 - 100 |
| Kimpton Journeyman Hotel | 158 | 30 | 40 | 30 | 75 | 119 | 65 - 70 | 230 - 240 | 160 - 170 | 119 | 70 - 75 | 230 - 240 | 160 - 170 |
| Trade Autograph Collection by Marriott | 207 | 30 | 35 | 35 | 75 | 104 | 50 - 55 | 240 - 250 | 130 - 140 | 155 | 65 - 70 | 250 - 260 | 160 - 170 |
| Hotel Metro Autograph Collection | 63 | 50 | 15 | 35 | 65 | 41 | 65 - 70 | 230 - 240 | 160 - 170 | 41 | 70 - 75 | 230 - 240 | 170 - 180 |
| Iron Horse Hotel | 100 | 25 | 40 | 35 | 65 | 65 | 60 - 65 | 260 - 270 | 160 - 170 | 65 | 70 - 75 | 240 - 250 | 170 - 180 |
| Hilton Garden Inn Milwaukee Downtown | 127 | 60 | 15 | 25 | 50 | 64 | 75 - 80 | 170 - 180 | 125 - 130 | 64 | 70 - 75 | 170 - 180 | 120 - 125 |
| Courtyard by Marriott Milwaukee Downtown | 170 | 55 | 15 | 30 | 50 | 85 | 50 - 55 | 150 - 160 | 80 - 85 | 85 | 60 - 65 | 150 - 160 | 95 - 100 |
| Drury Plaza Hotel Milwaukee Downtown | 227 | 55 | 10 | 35 | 50 | 114 | 50 - 55 | 160 - 170 | 85 - 90 | 114 | 60 - 65 | 150 - 160 | 95 - 100 |
| **Totals/Averages** | **1,776** | **41 %** | **31 %** | **27 %** | **67 %** | **1,134** | **59.5 %** | **$181.75** | **$108.09** | **1,185** | **63.7 %** | **$185.84** | **$118.46** |

*Specific occupancy and average rate data was utilized in our analysis, but is presented in ranges in the above table for the purposes of confidentiality.*



We have identified nine hotels that compete with the subject hotel on a secondary level. The Hyatt Regency, the DoubleTree by Hilton, the Kimpton Journeyman, and the Trade Autograph Collection by Marriott are all competitive based on general location and price point; however, these assets are located slightly farther from the immediate area and capture a different mix of target guests. We note that the Hyatt Regency, which is connected to the Baird Center, is heavily focused on meeting and group demand, while the Trade Autograph Collection, which opened in the summer of 2023, is located adjacent to the Fiserv Forum and captures a high percentage of sports-related demand. The Hotel Metro Autograph Collection and the Iron Horse Hotel are competitive based on location; however, both of these hotels offer a much smaller inventory of guestrooms and are able to leverage higher average rates. The Hilton Garden Inn, the Courtyard by Marriott, and the Drury Plaza Hotel are all competitive given their respective downtown locations; however, these hotels offer select-service amenities and command a lower price point.

**Supply Changes**

It is important to consider any new hotels that may have an impact on the subject property's operating performance. Hotels that have recently opened, are under construction, or that may be in the early development stages in the Milwaukee market are noted below.

### FIGURE 5-19   AREA HOTEL DEVELOPMENT ACTIVITY

| Proposed Hotel Name | Estimated Number of Rooms | Hotel Product Tier | Development Stage | Address |
|---|---|---|---|---|
| Tempo by Hilton | 158 | Upscale | Early Development | 308 W Kilbourne |
| Tapestry Hotel | 130 | Upscale | Early Development | 1709 North Farwell Avenue |
| Moxy by Marriott | 156 | Upper-Midscale | Seeking Entitlements | 1001 North Fourth Street |
| Iron District Hotel | 180 | Upscale | Early Development | 633 West Michigan Street |
| Hoffco Shoe Polish Redevelopment- a Marriott Tribute | 120 | Upscale | Speculative | 125 North Water Street |
| River 1 Hotel | 103 | TBD | Development on Hold | First Street and Becher Street |
| Froehlich Paper Warehouse Hotel | 80 | Upscale | Speculative | 419 West Vliet Street |

A number of hotels have been proposed for development throughout the market; however, given the speculative nature of these projects or their proposed service level, they have only been considered qualitatively in our analysis.

While we have taken reasonable steps to investigate proposed hotel projects and their status, due to the nature of real estate development, it is impossible to determine with certainty every hotel that will be opened in the future or what their marketing strategies and effect on the market will be. Depending on the outcome of current and future projects, the operating potential of the subject property may be affected. Future improvement in market conditions will raise the risk of increased

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 94 of 199



competition. Our forthcoming forecast of stabilized occupancy and ADR is intended to reflect such risk.

**Supply Conclusion**

We have identified various properties that are competitive to some degree with the subject property. We have also investigated potential increases in competitive supply in this Milwaukee submarket. The Milwaukee Marriott Downtown will continue to operate in a dynamic market of varying product types and price points. Next, we will present our forecast for demand change, using the historical supply data presented as a starting point.

**DEMAND**

The following table presents the most recent trends for the subject hotel market as tracked by HVS. These data pertain to the subject and competitors discussed previously in this section; performance results are estimated, rounded for the competition, and weighted if there are secondary competitors present. In this respect, the information in the table differs from the previously presented STR data and is consistent with the supply and demand analysis developed for this appraisal.

**FIGURE 5-20   HISTORICAL MARKET TRENDS**

| Year | Accommodated Room Nights | % Change | Room Nights Available | % Change | Market Occupancy | Market ADR | % Change | Market RevPAR | % Change |
|---|---|---|---|---|---|---|---|---|---|
| Est. 2019 | 466,135 | — | 658,818 | — | 70.8 % | $172.18 | — | $121.82 | — |
| Est. 2020 | 228,037 | (51.1) % | 765,608 | 16.2 % | 29.8 | 128.08 | (25.6) % | 38.15 | (68.7) % |
| Est. 2021 | 302,042 | 32.5 | 679,404 | (11.3) | 44.5 | 175.74 | 37.2 | 78.13 | 104.8 |
| Est. 2022 | 409,110 | 35.4 | 722,864 | 6.4 | 56.6 | 190.00 | 8.1 | 107.53 | 37.6 |
| Est. 2023 | 454,559 | 11.1 | 760,901 | 5.3 | 59.7 | 198.40 | 4.4 | 118.53 | 10.2 |
| Est. 2024 | 517,719 | 13.9 | 779,531 | 2.4 | 66.4 | 199.15 | 0.4 | 132.26 | 11.6 |
| Avg. Annual Compounded Chg., Est. 2019-Est. 2024: | | 2.1 % | | 3.4 % | | | 3.0 % | | 1.7 % |

Although not shown in the preceding table, as a point of comparison, the year-to-date 2025 STR trend data indicate a market occupancy level of 60.0% versus 52.0% for the same period of time in 2024. Moreover, ADR registered $170.01 for the year-to-date 2025 period, reflecting a change of 11.4% when compared with the ADR for the same period of time in 2024.

**Demand Analysis Using Market Segmentation**

For the purpose of demand analysis, the overall market is divided into individual segments based on the nature of travel. Based on our fieldwork, area analysis, and knowledge of the local lodging market, we estimate the 2024 distribution of accommodated-room-night demand as follows:



FIGURE 5-21   BASE-YEAR ACCOMMODATED-ROOM-NIGHT DEMAND

| Market Segment | Marketwide | | Subject Property | |
|---|---|---|---|---|
| | 2024 Accommodated Demand | Percentage of Total | 2024 Accommodated Demand | Percentage of Total |
| Commercial | 207,977 | 40 % | 21,961 | 42 % |
| Meeting and Group | 166,907 | 32 | 12,549 | 24 |
| Leisure | 142,835 | 28 | 17,778 | 34 |
| **Total** | **517,719** | **100 %** | **52,287** | **100 %** |

In the base year, the market's demand mix comprised commercial demand, with this segment representing roughly 40% of the accommodated room nights in this Milwaukee submarket. The remaining portion comprised meeting and group at 32%, with the final portion leisure in nature, reflecting 28%.

Using the distribution of accommodated hotel demand as a starting point, we will analyze the characteristics of each market segment in an effort to determine future trends in room-night demand.

**Commercial Segment**

Commercial demand consists mainly of individual businesspeople passing through the subject market or visiting area businesses, in addition to high-volume corporate accounts generated by local firms. Brand loyalty (particularly frequent-traveler programs), as well as location and convenience with respect to businesses and amenities, influence lodging choices in this segment. Companies typically designate hotels as "preferred" accommodations in return for more favorable rates, which are discounted in proportion to the number of room nights produced by a commercial client. Commercial demand is strongest on Monday through Thursday nights, declines significantly on Friday and Saturday, and increases somewhat on Sunday night. It is relatively constant throughout the year, with marginal declines in late December and during other holiday periods.

Primary commercial demand generators for this market include major corporate offices in the area, such as Rockwell Automation, Baird, Northwestern Mutual, Harley-Davidson, and A.O. Smith, as well as airline crew business. Commercially driven demand declined notably in 2020 and early 2021 given the COVID-19 pandemic. In 2021, Johnson Controls announced it would close its downtown campus over the next two years and move the 1,260 employees to its operating headquarters campus in Glendale; however, several companies are in the process of ramping up their Downtown presence. In 2023, Milwaukee Tool completed construction of its new offices downtown and is expected to host up to 1,200

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 96 of 199

employees at this location by the end of 2026. Enerpac Tool Group Corp. relocated its corporate headquarters to Westown in 2025, while Fiserv opened a new global headquarters office downtown in March 2024. Furthermore, Northwestern Mutual plans to relocate an additional 1,300 employees downtown in 2026. As employees continue to return to offices and business travel increases, we expect commercial demand to rebound further in the near future. It is important to note that airline crew demand increased in 2024 and year-to-date 2025 at the subject property, as well as within the competitive set

**Meeting and Group Segment**

The meeting-and-group market includes meetings, seminars, conventions, trade association shows, and similar gatherings of ten or more people. Peak convention demand typically occurs in the spring and fall. Although there are numerous classifications within the meeting/group segment, the primary categories considered in this analysis are corporate groups, associations, and SMERFE (social, military, ethnic, religious, fraternal, and educational) groups. Corporate groups typically meet during the business week, most commonly in the spring and fall months. These groups tend to be the most profitable for hotels, as they often pay higher rates and generate ancillary revenues, including food and beverage and/or banquet revenue. SMERFE groups are typically price sensitive and tend to meet on the weekends, during non-peak months, or over the holiday season, when greater discounts are usually available; these groups generate limited ancillary revenues. Association demand is generally divided on a geographical basis; national, regional, and state associations represent the most common sources. Professional associations and/or those supported by members' employers often meet on weekdays, while other associations prefer to hold events on weekends. The profile and revenue potential of associations varies depending on the group and the purpose of the meeting or event.

Meeting and group demand in the area is driven by corporate training and business meetings associated with the nearby companies, as well as by large events hosted at the Fiserv Forum and the Baird Center. Demand within this segment is expected to accelerate in the coming years, given the May 2024 opening of the Baird Center's expansion, and strong booking pace.

**Leisure Segment**

Leisure demand consists of individuals and families spending time in an area or passing through en route to other destinations. Travel purposes include sightseeing, recreation, or visiting friends and relatives. Leisure demand also includes room nights booked through Internet sites such as Expedia, Hotels.com, and Priceline; however, leisure may not be the purpose of the stay. This demand may also include business travelers and group and convention attendees who use these channels to take advantage of any discounts that may be available on these sites. Leisure demand is strongest on Friday and Saturday nights and all week during holiday periods and the summer months. These peak periods represent the inverse of

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 97 of 199



commercial visitation trends, underscoring the stabilizing effect of capturing weekend and summer tourist travel. Future leisure demand is related to the overall economic health of the region and the nation. Trends showing changes in state and regional unemployment and disposable personal income correlate strongly with leisure travel levels.

Leisure demand is primarily generated by the retail establishments, restaurants, entertainment and sports venues, and cultural attractions in Downtown Milwaukee, as well as by travelers visiting friends and family. Major tourism attractions include the Fiserv Forum, the Milwaukee Art Museum, Harley Davidson, and Lake Michigan. In 2024, weekend transient demand in this segment was strong, peaking during the summer months when vacation travel was at its height. Similar trends are expected for 2025, with events such as the Harley-Davidson Homecoming, Summerfest, and USA Triathlon taking place in the market. In March of 2025, Milwaukee hosted the first round of the NCAA men's basketball tournament.

**Base Demand Growth Rates**

Our overall demand forecast for the market was shaped by an evaluation of monthly occupancy patterns. Based upon this monthly analysis, our interviews, and changes in segmentation in recent months, we have projected demand by segment and have concluded to an overall annual occupancy for the market.

**FIGURE 5-22   AVERAGE ANNUAL COMPOUNDED MARKET-SEGMENT GROWTH RATES**

| Market Segment | Annual Growth Rate | | | |
| --- | --- | --- | --- | --- |
| | 2025 | 2026 | 2027 | 2028 |
| Commercial | 1.0 % | 1.5 % | 1.0 % | 0.0 % |
| Meeting and Group | 3.0 | 4.0 | 2.0 | 0.0 |
| Leisure | 1.0 | 1.0 | 1.0 | 0.0 |
| **Base Demand Growth** | **1.6 %** | **2.2 %** | **1.3 %** | **0.0 %** |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 98 of 199



**Accommodated Demand and Market-wide Occupancy**

Based upon a review of the market dynamics in the subject property's competitive environment, we have forecast growth rates for each market segment. Using the calculated potential demand for the market, we have determined market-wide accommodated demand based on the inherent limitations of demand fluctuations and other factors in the market area. The following table details our projection of lodging demand growth for the subject market, including the total number of occupied room nights and any residual unaccommodated demand in the market.

### FIGURE 5-23   ACCOMMODATED DEMAND

| | Historical | Projected | | | |
|---|---|---|---|---|---|
| | **2024** | **2025** | **2026** | **2027** | **2028** |
| **Commercial** | | | | | |
| Total Demand | 207,977 | 210,057 | 213,208 | 215,340 | 215,340 |
| Growth Rate | (0.9) % | 1.0 % | 1.5 % | 1.0 % | 0.0 % |
| **Meeting and Group** | | | | | |
| Total Demand | 166,907 | 171,914 | 178,791 | 182,366 | 182,366 |
| Growth Rate | 2.3 % | 3.0 % | 4.0 % | 2.0 % | 0.0 % |
| **Leisure** | | | | | |
| Total Demand | 142,835 | 144,263 | 145,706 | 147,163 | 147,163 |
| Growth Rate | 53.2 % | 1.0 % | 1.0 % | 1.0 % | 0.0 % |
| **Totals** | | | | | |
| Base Demand | 517,719 | 526,234 | 537,704 | 544,869 | 544,869 |
| less: Residual Demand | 0 | 0 | 0 | 381 | 381 |
| Total Accommodated Demand | 517,719 | 526,234 | 537,704 | 544,488 | 544,488 |
| **Overall Demand Growth** | 11.1 % | 1.6 % | 2.2 % | 1.3 % | 0.0 % |
| **Market Mix** | | | | | |
| Commercial | 40.2 % | 39.9 % | 39.7 % | 39.5 % | 39.5 % |
| Meeting and Group | 32.2 | 32.7 | 33.3 | 33.5 | 33.5 |
| Leisure | 27.6 | 27.4 | 27.1 | 27.0 | 27.0 |
| **Existing Hotel Supply** | 2,136 | 2,136 | 2,136 | 2,136 | 2,136 |
| Available Room Nights per Year | 779,531 | 779,531 | 779,531 | 779,531 | 779,531 |
| Nights per Year | 365 | 365 | 365 | 365 | 365 |
| **Total Supply** | 2,136 | 2,136 | 2,136 | 2,136 | 2,136 |
| Rooms Supply Growth | — | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| **Marketwide Occupancy** | **66.4 %** | **67.5 %** | **69.0 %** | **69.8 %** | **69.8 %** |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 99 of 199



The defined competitive market of hotels experienced a favorable trend of demand growth in 2024, with occupancy surpassing 66% and ADR registering a modest increase. This trend reflects an overall healthy market with a diverse mix of demand sources. Year-to-date 2025 data reflect strong gains in both occupancy and ADR fueled by the NCAA basketball tournament, as well as favorable group and corporate demand. Given the economic uncertainty at the time of our inspection, area managers remained cautious about demand for the remainder of 2025. Based on historical occupancy levels in this market, and taking into consideration typical supply and demand cyclicality, market occupancy is forecast to stabilize near the level achieved in 2019.



# 6. Projection of Occupancy and Average Rate

Along with ADR results, the occupancy levels achieved by a hotel are the foundation of the property's financial performance and market value. Most of a lodging facility's other revenue sources (such as food and beverage, other operated departments, and miscellaneous income) are driven by the number of guests, and many expense levels vary with occupancy. To a certain degree, occupancy attainment can be manipulated by management. For example, hotel operators may choose to lower rates in an effort to maximize occupancy. Our forecasts reflect an operating strategy that we believe would be implemented by a typical, professional hotel management team to achieve an optimal mix of occupancy and average rate.

**Historical Operating Performance**

The following table sets forth the subject hotel's historical occupancy, ADR, and RevPAR results. For the purpose of comparison, we have presented corresponding data (as provided by STR) for the competitive hotels described in the previous section. In addition to the annual percent change calculations, we have determined the subject hotel's occupancy, ADR, and RevPAR penetration rates.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 101 of 199

**FIGURE 6-1    HISTORICAL TRENDS**

| | | | | | | | | | Year-to-Date Through March | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2024** | **2025** |
| **Milwaukee Marriott Downtown** | | | | *Partial Year Operations* | | | | | | |
| Occupancy | 73.0 % | 70.0 % | 77.2 % | 64.8 % | 41.6 % | 55.3 % | 63.3 % | 69.9 % | 58.2 % | 59.5 % |
| Change in Points | 1.0 | (3.0) | 7.2 | (12.5) | (23.2) | 13.7 | 8.0 | 6.6 | — | 1.3 |
| Occupancy Penetration | 103.2 % | 98.2 % | 110.6 % | 219.1 % | 93.5 % | 98.6 % | 105.9 % | 105.8 % | 112.1 % | 99.3 % |
| Average Rate | $186.00 | $183.00 | $191.75 | $177.59 | $204.51 | $181.49 | $190.36 | $200.81 | $146.29 | $178.51 |
| Change | (2.1) % | (1.6) % | 4.8 % | (7.4) % | 15.2 % | (11.3) % | 4.9 % | 5.5 % | — | 22.0 % |
| Average Rate Penetration | 117.4 % | 115.3 % | 112.9 % | 145.8 % | 119.8 % | 97.9 % | 98.0 % | 102.9 % | 95.8 % | 105.0 % |
| RevPAR | $135.78 | $128.10 | $148.12 | $115.07 | $85.15 | $100.36 | $120.47 | $140.32 | $85.20 | $106.28 |
| Change | (0.7) % | (5.7) % | 15.6 % | (22.3) % | (26.0) % | 17.9 % | 20.0 % | 16.5 % | — | 24.7 % |
| RevPAR Penetration | 121.2 % | 113.3 % | 125.0 % | 319.3 % | 112.0 % | 96.5 % | 103.8 % | 108.8 % | 107.4 % | 104.2 % |

| | | | | | | | | | Year-to-Date Through March | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2024** | **2025** |
| **Competitive Set** | | | | | | | | | | |
| Occupancy | 70.7 % | 71.3 % | 69.8 % | 29.6 % | 44.5 % | 56.1 % | 59.7 % | 66.0 % | 52.0 % | 60.0 % |
| Change in Points | — | 0.6 | (1.5) | (40.2) | 15.0 | 11.6 | 3.7 | 6.3 | — | 8.0 |
| Average Rate | $158.39 | $158.71 | $169.79 | $121.83 | $170.74 | $185.33 | $194.28 | $195.23 | $152.65 | $170.01 |
| Change | — % | 0.2 % | 7.0 % | (28.2) % | 40.1 % | 8.5 % | 4.8 % | 0.5 % | — | 11.4 % |
| RevPAR | $111.99 | $113.11 | $118.53 | $36.04 | $76.03 | $103.95 | $116.08 | $128.93 | $79.30 | $101.96 |
| Change | — % | 1.0 % | 4.8 % | (69.6) % | 111.0 % | 36.7 % | 11.7 % | 11.1 % | — | 28.6 % |

Source: STR



In review of the subject hotel's occupancy level, it should be noted that the data for both 2020 and 2021 represent partial-year data, as the hotel was reportedly closed between March 2020 and August 2021. In 2023 and 2024, the subject hotel's occupancy level continued to increase but, similar to the rest of the competitive market, remained below 2019 levels. The hotel's occupancy is higher than the aggregate market average, influenced by its favorable brand affiliation and location. The 2024 RevPAR penetration was lower than pre-pandemic levels, partially due to the significant increase in rooms supply in the greater downtown area, and the competitive rate environment that has resulted.

The subject property recorded a 48% increase in RevPAR in March 2025, with Milwaukee's hosting of the first and second rounds of the NCAA men's basketball tournament, as well as other large citywide events. As illustrated in the year-to-date 2025 data, the hotel's ADR increased significantly, attributed primarily to success in attracting higher rated transient demand, at the expense of lower rated group business. While occupancy increased significantly at the subject property thus far in 2025, it did not keep pace with that of the market, and thus, occupancy penetration declined moderately. While both occupancy and ADR increased in the year-to-date period, the strong gains in ADR were not enough for the subject property to keep up with the market's growth in RevPAR, resulting in a slight decline in RevPAR penetration. Following the completion of the assumed renovations, we would anticipate RevPAR penetration to rebound.

**Penetration Rate Analysis**

The subject hotel's forecasted market share and occupancy levels are based upon its anticipated competitive position within the market, as quantified by its penetration rate. The penetration rate is the ratio of a hotel's market share to its fair share.

**Base-Year Penetration Rates by Market Segment**

In the following table, the penetration rates attained by the primary competitors and the aggregate secondary competitors are set forth for each segment for the base year, 2024.

**FIGURE 6-2    HISTORICAL OCCUPANCY PENETRATION RATES**

| Property | Commercial | Meeting and Group | Leisure | Overall |
|---|---|---|---|---|
| Milwaukee Marriott Downtown | 110 % | 78 % | 130 % | 105 % |
| Westin Milwaukee | 111 | 92 | 90 | 99 |
| Pfister Hotel | 92 | 131 | 96 | 105 |
| Saint Kate The Arts Hotel | 96 | 119 | 120 | 110 |
| Secondary Competition | 99 | 94 | 94 | 96 |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 103 of 199

As a result of its varying levels of penetration among the three market demand segments, the Milwaukee Marriott Downtown achieved an overall penetration rate of 105% among the weighted competitive set in 2024. Overall, the subject hotel's occupancy penetration level was ranked third among the illustrated averages.

**Forecast of Subject Property's Occupancy**

Because the supply and demand balance for the competitive market is dynamic, there is a circular relationship between the penetration factors of each hotel in the market. The performance of individual new hotels has a direct effect upon the aggregate performance of the market and, consequently, upon the calculated penetration factor for each hotel in each market segment. The same is true when the performance of existing hotels changes, either positively (following a refurbishment, for example) or negatively (when a poorly maintained or marketed hotel loses market share).

A hotel's penetration factor is calculated as its achieved market share of demand divided by its fair share of demand. Thus, if one hotel's penetration performance increases, thereby increasing its achieved market share, this leaves less demand available in the market for the other hotels to capture, and the penetration performance of one or more of those other hotels consequently declines (other things remaining equal). This type of market share adjustment takes place every time there is a change in supply or a change in the relative penetration performance of one or more hotels in the competitive market.

Our projections of penetration, demand capture, and occupancy performance for the subject property account for these types of adjustments to market share within the defined competitive market. Consequently, the actual penetration factors applicable to the subject property and its competitors for each market segment in each projection year may vary somewhat from the penetration factors delineated in the previous table.

Similar to the market forecast, the subject hotel's occupancy has been analyzed on a monthly basis. The subject hotel's occupancy forecast is set forth as follows, with the adjusted projected penetration rates used as a basis for calculating the amount of captured market demand.



**FIGURE 6-3    FORECAST OF SUBJECT PROPERTY'S OCCUPANCY**

| Market Segment | Historical 2024 | Projected 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| **Commercial** | | | | | |
| Demand | 207,977 | 210,057 | 213,208 | 215,190 | 215,190 |
| Market Share | 10.6 % | 10.7 % | 10.8 % | 10.9 % | 10.9 % |
| Capture | 21,961 | 22,450 | 22,969 | 23,368 | 23,368 |
| Penetration | 110 % | 111 % | 112 % | 113 % | 113 % |
| **Meeting and Group** | | | | | |
| Demand | 166,907 | 171,914 | 178,791 | 182,239 | 182,239 |
| Market Share | 7.5 % | 7.0 % | 6.9 % | 7.1 % | 7.1 % |
| Capture | 12,549 | 12,082 | 12,404 | 13,019 | 13,019 |
| Penetration | 78 % | 73 % | 72 % | 74 % | 74 % |
| **Leisure** | | | | | |
| Demand | 142,835 | 144,263 | 145,706 | 147,060 | 147,060 |
| Market Share | 12.4 % | 12.4 % | 12.3 % | 12.1 % | 12.1 % |
| Capture | 17,778 | 17,955 | 17,859 | 17,807 | 17,807 |
| Penetration | 130 % | 130 % | 128 % | 126 % | 126 % |
| **Total Room Nights Captured** | **52,287** | **52,487** | **53,232** | **54,195** | **54,195** |
| Available Room Nights | 74,825 | 74,825 | 74,825 | 74,825 | 74,825 |
| **Subject Occupancy** | **70 %** | **70 %** | **71 %** | **72 %** | **72 %** |
| Market-wide Available Room Nights | 779,531 | 779,531 | 779,531 | 779,531 | 779,531 |
| **Fair Share** | **10 %** | **10 %** | **10 %** | **10 %** | **10 %** |
| Market-wide Occupied Room Nights | 517,719 | 526,234 | 537,704 | 544,488 | 544,488 |
| **Market Share** | **10 %** | **10 %** | **10 %** | **10 %** | **10 %** |
| **Market-wide Occupancy** | **66 %** | **68 %** | **69 %** | **70 %** | **70 %** |
| **Total Penetration** | **105 %** | **104 %** | **103 %** | **104 %** | **104 %** |

While occupied room nights are expected to increase modestly in 2025, the occupancy penetration is forecast to decrease slightly as renovations are assumed to take place during the off-peak months, beginning in late 2025 into the first part of 2026. Thereafter, occupancy is expected to increase given the expectation of improved penetration following renovations, and the occupancy penetration is expected to stabilize near 104.0%, reflecting a level supported by historical performance.

These positioned segment penetration rates result in the following market segmentation forecast.



FIGURE 6-4    MARKET SEGMENTATION FORECAST – SUBJECT PROPERTY

| | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Commercial | 42 % | 43 % | 43 % | 43 % | 43 % |
| Meeting and Group | 24 | 23 | 23 | 24 | 24 |
| Leisure | 34 | 34 | 34 | 33 | 33 |
| **Total** | 100 % | 100 % | 100 % | 100 % | 100 % |

Based on our analysis of the subject property and market area, we have selected a stabilized occupancy level of 72% in 2027/28. The stabilized occupancy is intended to reflect the anticipated results of the property over its remaining economic life given all changes in the life cycle of the hotel. Thus, the stabilized occupancy excludes from consideration any abnormal relationship between supply and demand, as well as any nonrecurring conditions that may result in unusually high or low occupancies. Although the subject hotel may operate at occupancies above this stabilized level, we believe it equally possible for new competition and temporary economic downturns to force the occupancy below this selected point of stability.

**Average Rate Analysis**

One of the most important considerations in estimating the value of a lodging facility is a supportable forecast of its attainable ADR, which is more formally defined as the ADR per occupied room and can be calculated by dividing the total rooms revenue achieved during a specified period by the number of rooms sold during the same period. The projected ADR and the anticipated occupancy percentage are used to forecast rooms revenue, which in turn provides the basis for estimating most other income and expense categories.

**Competitive Position**

Although the ADR analysis presented here follows the occupancy projection, these two statistics are highly correlated; one cannot project occupancy without making specific assumptions regarding ADR. This relationship is best illustrated by RevPAR, which reflects a property's ability to maximize rooms revenue. The following tables summarize the historical ADR and RevPAR levels and the respective ADR and RevPAR penetration levels for each brand component of the subject property and its competitors.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 106 of 199



## FIGURE 6-5    BASE-YEAR ADR AND REVPAR – SUBJECT PROPERTY AND ITS COMPETITORS

| Property | Estimated 2024 Average Room Rate | Average Rate Penetration | Rooms Revenue Per Available Room (RevPAR) | RevPAR Penetration |
|---|---|---|---|---|
| Milwaukee Marriott Downtown | $200.81 | 100.8 % | $140.32 | 106.1 % |
| Westin Milwaukee | 230 - 240 | 110 - 120 | 150 - 160 | 110 - 120 |
| Pfister Hotel | 190 - 200 | 90 - 95 | 130 - 140 | 100 - 110 |
| Saint Kate The Arts Hotel | 240 - 250 | 120 - 130 | 170 - 180 | 130 - 140 |
| Average - Subject & Primary Competitors | $214.31 | 107.6 % | $149.46 | 113.0 % |
| Average - Secondary Competitors | 185.84 | 93.3 | 118.46 | 89.6 |
| **Overall Average** | **$199.15** | 100.0 % | **$132.26** | 100.0 % |

The following table illustrates the subject property's annual ADR positioning relative to the competitive market in recent years.

## FIGURE 6-6    HISTORICAL ADR – MARKET AND SUBJECT PROPERTY

| | Areawide (Calendar Year) | | Subject Property (Calendar Year) | | |
|---|---|---|---|---|---|
| Year | Average Rate | Average Rate Growth | Average Rate | Average Rate Growth | Average Rate Penetration |
| 2020 | $128.08 | — | $177.59 | — | 138.7 % |
| 2021 | 175.74 | 37.2 % | 204.51 | 15.2 % | 116.4 |
| 2022 | 190.00 | 8.1 | 181.49 | -11.3 | 95.5 |
| 2023 | 198.40 | 4.4 | 190.36 | 4.9 | 95.9 |
| 2024 | 199.15 | 0.4 | 200.81 | 5.5 | 100.8 |

The Trade Autograph Collection (a secondary competitor) achieved the highest estimated RevPAR levels in the local competitive market, by a modest margin, because of its recent construction, upper upscale product offering, and location proximate to Fiserv Forum. Of the primary competitive set, the Saint Kate The Arts Hotel achieved the highest estimated ADR because of its relatively new product and high-end finishes. The subject hotel's historical rate reflects the property's



positioning as a full-service, upper-upscale lodging facility; this rate level is considered appropriate for this market given the hotel's brand, physical condition, and available amenities.

Market-wide ADR remained relatively stable in 2024, as the volume of lower-rated commercial business picked up, in conjunction with the hosting of the Republican National Convention in July. This illustrates a moderation after the strong upward movement that was partly fueled by heightened inflation in 2021 and 2022. While ADR growth slowed slightly in 2023, it continued an upward trajectory given that demand levels remained favorable. While we expect ADR growth to slow for the majority of the 2025 calendar year, particularly considering the high-rated Republican National Convention which influenced 2024 ADR, Milwaukee hosted the first and second rounds of the NCAA men's basketball tournament in March, as well as several large events at the Baird Center. According to the Wisconsin Center District and Visit Milwaukee, the convention center is expecting a very strong year following the expansion. As such, annual ADR is expected to remain fairly stable in 2025.

Similar to the occupancy projections for the market and the subject hotel, we have evaluated ADR on a monthly basis; the following table illustrates the projected ADR and growth rates assumed in our forecast. Note that our ADR forecast assumes an underlying inflation rate of 3.0%.

### FIGURE 6-7    ADR FORECAST – MARKET AND SUBJECT PROPERTY

| Year | Areawide (Calendar Year) | | | Subject Property (Calendar Year) | | | |
|---|---|---|---|---|---|---|---|
| | Occupancy | Average Rate Growth | Average Rate | Occupancy | Average Rate Growth | Average Rate | Average Rate Penetration |
| *Historical* | | | | | | | |
| 2021 | 44.5 % | — | $175.74 | 42.0 % | — | $204.51 | 116.4 % |
| 2022 | 56.6 | 8.1 % | 190.00 | 55.0 | -11.3 % | 181.49 | 95.5 |
| 2023 | 59.7 | 4.4 | 198.40 | 63.0 | 4.9 | 190.36 | 95.9 |
| 2024 | 66.4 | 0.4 | 199.15 | 70.0 | 5.5 | 200.81 | 100.8 |
| *Projected* | | | | | | | |
| 2025 | 67.5 % | 0.0 % | $199.15 | 70.0 % | 0.0 % | $200.81 | 100.8 % |
| 2026 | 69.0 | 3.0 | 205.12 | 71.0 | 5.0 | 210.85 | 102.8 |
| 2027 | 69.8 | 3.0 | 211.28 | 72.0 | 8.5 | 228.77 | 108.3 |
| 2028 | 69.8 | 3.0 | 217.62 | 72.0 | 3.0 | 235.63 | 108.3 |

As shown above, the subject hotel's ADR is projected to remain relatively stable in 2025, reflecting a correction of the peak ADR achieved during the Republican National Convention in 2024. Following the assumed renovations, which we assume



would be completed during the off-peak season in Milwaukee beginning in winter 2025, the subject hotel's ADR penetration level is expected to increase. Anticipated future economic strength in this market, with corporations moving into downtown should also support longer-term rate improvements for the subject hotel.

The following table provides a comparison of the historical performance and forecasts for the subject hotel and its competitive set on a calendar-year basis.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 109 of 199

## FIGURE 6-8 COMPARISON OF HISTORICAL AND PROJECTED OCCUPANCY, ADR, AND REVPAR – SUBJECT PROPERTY AND MARKET

| | Historical | | | | | | Projected | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
| **Milwaukee Marriott Downtown** | | *Partial Year Operations* | | | | | | | | |
| Occupancy | 77.2 % | 64.8 % | 41.6 % | 55.3 % | 63.3 % | 69.9 % | 70.1 % | 71.1 % | 72.4 % | 72.4 % |
| Change in Points | — | (12.5) | (23.2) | 13.7 | 8.0 | 6.6 | 0.3 | 1.0 | 1.3 | 0.0 |
| Occupancy Penetration | 109.2 % | 217.5 % | 93.6 % | 97.7 % | 105.9 % | 105.2 % | 103.9 % | 103.1 % | 103.7 % | 103.7 % |
| Average Rate | $191.75 | $177.59 | $204.51 | $181.49 | $190.36 | $200.81 | $200.81 | $210.85 | $228.77 | $235.63 |
| Change | — | (7.4) % | 15.2 % | (11.3) % | 4.9 % | 5.5 % | 0.0 % | 5.0 % | 8.5 % | 3.0 % |
| Average Rate Penetration | 111.4 % | 138.7 % | 116.4 % | 95.5 % | 95.9 % | 100.8 % | 100.8 % | 102.8 % | 108.3 % | 108.3 % |
| RevPAR | $148.12 | $115.07 | $85.15 | $100.36 | $120.47 | $140.32 | $140.86 | $150.00 | $165.70 | $170.67 |
| Change | — | (22.3) % | (26.0) % | 17.9 % | 20.0 % | 16.5 % | 0.4 % | 6.5 % | 10.5 % | 3.0 % |
| RevPAR Penetration | 121.6 % | 301.6 % | 109.0 % | 93.3 % | 101.6 % | 106.1 % | 104.8 % | 106.0 % | 112.3 % | 112.3 % |

| | Historical | | | | | | Projected | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
| **Milwaukee Submarket** | | | | | | | | | | |
| Occupancy | 70.8 % | 29.8 % | 44.5 % | 56.6 % | 59.7 % | 66.4 % | 67.5 % | 69.0 % | 69.8 % | 69.8 % |
| Change in Points | — | (41.0) | 14.7 | 12.1 | 3.1 | 6.7 | 1.1 | 1.5 | 0.9 | 0.0 |
| Average Rate | $172.18 | $128.08 | $175.74 | $190.00 | $198.40 | $199.15 | $199.15 | $205.12 | $211.28 | $217.62 |
| Change | — | (25.6) % | 37.2 % | 8.1 % | 4.4 % | 0.4 % | 0.0 % | 3.0 % | 3.0 % | 3.0 % |
| RevPAR | $121.82 | $38.15 | $78.13 | $107.53 | $118.53 | $132.26 | $134.44 | $141.49 | $147.57 | $152.00 |
| Change | — | (68.7) % | 104.8 % | 37.6 % | 10.2 % | 11.6 % | 1.6 % | 5.2 % | 4.3 % | 3.0 % |



The following occupancy and ADR levels will be used to project the subject hotel's rooms revenue. This forecast, which begins on May 1, 2025, has been fiscalized as appropriate to correspond with our financial projections.

**FIGURE 6-9      FORECAST OF OCCUPANCY, ADR, AND REVPAR**

| Year | Occupancy | Average Rate | RevPAR |
|------|-----------|--------------|--------|
| 2025/26 | 70 % | $204.11 | $142.88 |
| 2026/27 | 72 | 216.74 | 156.05 |
| 2027/28 | 72 | 231.03 | 166.34 |
| 2028/29 | 72 | 237.96 | 171.33 |

Case 24-21743-gmh      Doc 674-1      Filed 07/21/25      Page 111 of 199



# 7. Highest and Best Use

The concept of highest and best use is a fundamental element in the determination of value of real property, either as if vacant or as improved. USPAP requires that a property's highest and best use be analyzed. Only if the current improvements do not reflect the highest and best use of the property does the highest and best use of the site "as if" vacant need to be considered.

Highest and best use is defined as follows:

> The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity.[10]

**As If Vacant**

The subject site is favorably located near a main arterial and is of an appropriate size to support any number of retail, mixed-use, or hospitality projects. Within the hotel sector, increases in demand and favorable ADR levels have enhanced the potential for new development; moreover, new construction is ongoing in the market. Similar trends have been exhibited within mixed-use sectors. Therefore, commercial development such as a viable hotel product or a mixed-use project on the subject site would represent the highest and best use; however, more market research would be required to make this determination.

**As Improved**

The subject hotel represents a viable enterprise that generates a positive EBITDA Less Replacement Reserve. However, we note that the facility appears dated and needs refurbishment; as such, a capital deduction has been applied to our analysis, as noted previously. The upgrading of the property is an important consideration for the rate, occupancy, and other revenue forecasts in this analysis. It is our opinion that a buyer of the subject property would undertake the refurbishment project to maintain the franchise affiliation and maximize the asset's highest and best use as an operating hotel.

---

[10] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 112 of 199



# 8.   Approaches to Value

In appraising real estate for market value, three approaches to value are considered: income capitalization, cost, and sales comparison. Basic summaries of each approach are provided as follows; please refer to the introduction of each respective chapter for additional description.

**Income Capitalization Approach**

The income capitalization approach analyzes a property's ability to generate financial returns as an investment. The appraisal estimates a property's operating cash flow, and the result is utilized in a direct capitalization technique and a discounted cash flow (DCF) analysis. The income capitalization approach is often selected as the preferred valuation method for operating properties because it most closely reflects the investment rationale of knowledgeable buyers.

**Sales Comparison Approach**

The sales comparison approach estimates the value of a property by comparing it to similar properties sold on the open market. To obtain a supportable estimate of value, the sales price of a comparable property must be adjusted to reflect any dissimilarity between it and the property being appraised. The sales comparison approach is most useful in the case of simple forms of real estate such as vacant land and single-family homes, where the properties are homogeneous, and the adjustments are few and relatively simple to compute. In the case of complex investments such as hotels, where the adjustments are numerous and more difficult to quantify, the sales comparison approach loses much of its reliability.

**Cost Approach**

The cost approach estimates market value by computing the cost of replacing the property and subtracting any depreciation resulting from physical deterioration, functional obsolescence, and external (or economic) obsolescence. The value of the land, as if it were vacant and available, is then added to the depreciated value of the improvements for a total value estimate. The cost approach is most reliable for estimating the value of new properties; however, as the improvements deteriorate and as market conditions change, the resultant loss in value becomes increasingly difficult to quantify accurately. Moreover, our experience with hotel investors shows that this group of buyers and sellers relies upon the methods of the income approach when making decisions; the cost approach generally does not play a significant role in determining the purchase price. However, investors may consider the replacement cost of an asset in making their purchase and pricing decisions, as the opportunity to acquire a property for below replacement cost can enhance the appeal of a potential acquisition.

April-2025

**Approaches to Value**
Milwaukee Marriott Downtown – Milwaukee, Wisconsin   **113**

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 113 of 199



**Reconciliation**

The final step in the valuation process is the reconciliation and correlation of the value indications. Factors that are considered in assessing the reliability of each approach include the purpose of the appraisal, the nature of the subject property, and the reliability of the data used. In the reconciliation, the applicability and supportability of each approach are considered, and the range of value indications is examined. The most significant weight is given to the approach that produces the most reliable solution and most closely reflects the criteria used by typical investors.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 114 of 199



# 9.    Income Capitalization Approach

The income capitalization approach is based on the principle that the value of a property is indicated by its net return, known as the present worth of future benefits. The future benefits of income-producing properties, such as hotels, are net income before debt service and depreciation (as estimated by a forecast of income and expense) and any anticipated reversionary proceeds from a sale. These future benefits can be converted into an indication of market value through a capitalization process and discounted cash flow (DCF) analysis.

**Methodology**

Using the income capitalization approach, the subject property has been valued by analyzing the local market for transient accommodations, examining existing and proposed competition, and developing a forecast of income and expense that reflects current and anticipated income trends and cost components through a stabilized year of operation.

The forecast of income and expense is expressed in current dollars for each year. The stabilized year is intended to reflect the anticipated operating results of the property over its remaining economic life given any or all applicable stages of build-up, plateau, and decline in the life cycle of the hotel. Thus, income and expense estimates from the stabilized year forward exclude from consideration any abnormal relationship between supply and demand, as well as any nonrecurring conditions that may result in unusual revenues or expenses. The stabilized year's net income[11] is then extended into an eleven-year forecast of income and expense by applying the assumed underlying inflation rate to each revenue and expense item from the stabilized year forward, unless otherwise noted.

The eleven-year forecast of net income forms the basis of a ten-year, unlevered DCF analysis, where ten years of net income and the reversionary value derived from the capitalized eleventh year's net income are discounted back to the date of value and summed to derive an estimate of market value. The application of an overall discount rate to a property's cash flow inherently reflects the cost of debt and equity prevalent in the marketplace. It is called an unlevered DCF analysis because it does not explicitly consider the cost and leverage of debt financing (i.e., it is applied to cash flow before debt service and return on owner's equity). The ten-year period is used to be consistent with assumptions employed in the evaluation of other real estate asset classes and facilitates comparison of rates of return. The forecasted

---

[11] Net income is equivalent to EBITDA Less Replacement Reserves.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 115 of 199



income streams reflect the future benefits of owning specific rights in income-producing real estate.

**Review of Operating History**

Because the subject property is an existing hotel with an established operating performance, its historical income and expense experience can serve as a basis for projections. The following income and expense statements were provided by current ownership. We have reorganized the statements in accordance with the Uniform System of Accounts for the Lodging Industry (USALI).

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 116 of 199

# FIGURE 9-1 HISTORICAL OPERATING PERFORMANCE

| | 2024/25 Fiscal Year Ending March 31 | | | | 2024 Calendar Year | | | | 2023 Calendar Year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 205 | | | | 205 | | | | 205 | | | |
| Paid Occupied Rooms: | 52,527 | | | | 52,287 | | | | 47,352 | | | |
| Days Open: | 365 | | | | 365 | | | | 365 | | | |
| Paid Occupancy: | 70.2% | | | Amount | 69.9% | | | Amount | 63.3% | | | Amount |
| Average Rate: | $207.30 | Percentage | Available | Occupied | $200.81 | Percentage | Available | Occupied | $190.36 | Percentage | Available | Occupied |
| RevPAR: | $145.52 | of Revenue | Room | Room | $140.32 | of Revenue | Room | Room | $120.47 | of Revenue | Room | Room |
| **OPERATING REVENUE** | | | | | | | | | | | | |
| Rooms | $10,889 | 77.4 % | $53,115 | $207.30 | $10,500 | 76.4 % | $51,218 | $200.81 | $9,014 | 73.2 % | $43,971 | $190.36 |
| Food & Beverage | 2,442 | 17.4 | 11,914 | 46.50 | 2,505 | 18.2 | 12,217 | 47.90 | 2,543 | 20.7 | 12,406 | 53.71 |
| Other Operated Departments | 98 | 0.7 | 480 | 1.87 | 94 | 0.7 | 458 | 1.80 | 94 | 0.8 | 458 | 1.98 |
| Garage/Parking | 608 | 4.3 | 2,964 | 11.57 | 610 | 4.4 | 2,975 | 11.66 | 608 | 4.9 | 2,966 | 12.84 |
| Miscellaneous Income | 33 | 0.2 | 163 | 0.64 | 27 | 0.2 | 129 | 0.51 | 47 | 0.4 | 231 | 1.00 |
| Total Operating Revenue | 14,070 | 100.0 | 68,636 | 267.87 | 13,735 | 100.0 | 66,998 | 262.68 | 12,307 | 100.0 | 60,032 | 259.90 |
| **DEPARTMENTAL EXPENSES*** | | | | | | | | | | | | |
| Rooms | 2,398 | 22.0 | 11,699 | 45.66 | 2,404 | 22.9 | 11,728 | 45.98 | 2,149 | 23.8 | 10,481 | 45.38 |
| Food & Beverage | 2,294 | 93.9 | 11,190 | 43.67 | 2,291 | 91.5 | 11,174 | 43.81 | 2,283 | 89.8 | 11,139 | 48.22 |
| Other Operated Departments | 79 | 80.7 | 388 | 1.51 | 71 | 75.1 | 344 | 1.35 | 75 | 79.6 | 364 | 1.58 |
| Garage/Parking | 402 | 66.2 | 1,962 | 7.66 | 411 | 67.4 | 2,004 | 7.86 | 381 | 62.6 | 1,858 | 8.04 |
| Total | 5,174 | 36.8 | 25,239 | 98.50 | 5,176 | 37.7 | 25,251 | 99.00 | 4,888 | 39.7 | 23,842 | 103.22 |
| **DEPARTMENTAL INCOME** | 8,897 | 63.2 | 43,398 | 169.37 | 8,558 | 62.3 | 41,747 | 163.68 | 7,419 | 60.3 | 36,191 | 156.68 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | |
| Administrative & General | 1,121 | 8.0 | 5,471 | 21.35 | 1,173 | 8.5 | 5,721 | 22.43 | 978 | 7.9 | 4,771 | 20.66 |
| Info. and Telecom. Systems | 145 | 1.0 | 708 | 2.76 | 128 | 0.9 | 626 | 2.45 | 131 | 1.1 | 638 | 2.76 |
| Marketing | 1,160 | 8.2 | 5,657 | 22.08 | 1,174 | 8.5 | 5,725 | 22.45 | 1,108 | 9.0 | 5,406 | 23.41 |
| Franchise Fee | 837 | 5.9 | 4,083 | 15.93 | 811 | 5.9 | 3,957 | 15.52 | 711 | 5.8 | 3,466 | 15.01 |
| Prop. Operations & Maintenance | 577 | 4.1 | 2,813 | 10.98 | 535 | 3.9 | 2,612 | 10.24 | 623 | 5.1 | 3,041 | 13.16 |
| Utilities | 470 | 3.3 | 2,292 | 8.95 | 457 | 3.3 | 2,230 | 8.74 | 501 | 4.1 | 2,446 | 10.59 |
| Total | 4,310 | 30.6 | 21,023 | 82.05 | 4,278 | 31.2 | 20,870 | 81.83 | 4,052 | 32.9 | 19,768 | 85.58 |
| **GROSS OPERATING PROFIT** | 4,587 | 32.6 | 22,375 | 87.32 | 4,280 | 31.2 | 20,877 | 81.85 | 3,367 | 27.4 | 16,423 | 71.10 |
| Management Fee | 492 | 3.5 | 2,402 | 9.38 | 481 | 3.5 | 2,345 | 9.19 | 431 | 3.5 | 2,101 | 9.10 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 4,094 | 29.1 | 19,972 | 77.95 | 3,799 | 27.7 | 18,532 | 72.66 | 2,936 | 23.9 | 14,322 | 62.00 |
| **NON-OPERATING INCOME AND EXPENSE** | | | | | | | | | | | | |
| Property Taxes | 835 | 5.9 | 4,071 | 15.89 | 853 | 6.2 | 4,163 | 16.32 | 877 | 7.1 | 4,279 | 18.53 |
| Insurance | 186 | 1.3 | 906 | 3.54 | 179 | 1.3 | 876 | 3.43 | 154 | 1.3 | 751 | 3.25 |
| Total | 1,020 | 7.3 | 4,978 | 19.43 | 1,033 | 7.5 | 5,038 | 19.75 | 1,031 | 8.4 | 5,030 | 21.78 |
| **EBITDA** | 3,074 | 21.8 | 14,995 | 58.52 | 2,766 | 20.1 | 13,494 | 52.90 | 1,905 | 15.5 | 9,291 | 40.22 |
| Reserve for Replacement | (40) | (0.3) | (195) | (0.76) | 76 | 0.6 | 369 | 1.45 | 574 | 4.7 | 2,800 | 12.12 |
| **EBITDA LESS RESERVE** | $3,114 | 22.1 % | $15,190 | $59.29 | $2,691 | 19.6 % | $13,125 | $51.46 | $1,331 | 10.8 % | $6,492 | $28.10 |
| | | | | | | | | | | | | |
| NOI adjusted to reflect a | | | | | | | | | | | | |
| 5.0% reserve | $2,370 | 16.8 % | | | $2,079 | 15.1 % | | | $1,289 | 10.5 % | | |

*Departmental expenses are expressed as a percentage of departmental revenues.

FIGURE 9-2    HISTORICAL OPERATING PERFORMANCE (CONTINUED)

|  | 2022 Calendar Year | | | | 2021 Partial Year | | | | 2020 Partial Year | | | | 2019 Calendar Year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 205 | | | | 205 | | | | 205 | | | | 205 | | | |
| Paid Occupied Rooms: | 41,378 | | | | 12,973 | | | | 9,165 | | | | 57,800 | | | |
| Days Open: | 365 | | | | 152 | | | | 69 | | | | 365 | | | |
| Paid Occupancy: | 55.3% | | | | 41.6% | | | | 64.8% | | | | 77.2% | | | |
| Average Rate: | $181.49 | | | | $204.51 | | | | $177.59 | | | | $191.75 | | | |
| RevPAR: | $100.36 | | | | $85.15 | | | | $115.07 | | | | $148.12 | | | |
|  | Amount | Percentage of Revenue | Available Room | Amount Occupied Room | Amount | Percentage of Revenue | Available Room | Amount Occupied Room | Amount | Percentage of Revenue | Available Room | Amount Occupied Room | Amount | Percentage of Revenue | Available Room | Amount Occupied Room |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | |
| Rooms | $7,509 | 73.9 % | $36,632 | $181.49 | $2,653 | 81.4 % | $12,942 | $204.51 | $1,628 | 66.9 % | $7,940 | $177.59 | $11,083 | 70.8 % | $54,065 | $191.75 |
| Food & Beverage | 1,983 | 19.5 | 9,671 | 47.92 | 331 | 10.2 | 1,616 | 25.54 | 620 | 25.5 | 3,026 | 67.68 | 3,795 | 24.2 | 18,513 | 65.66 |
| Other Operated Departments | 84 | 0.8 | 408 | 2.02 | 36 | 1.1 | 173 | 2.74 | 185 | 7.6 | 905 | 20.24 | 131 | 0.8 | 638 | 2.26 |
| Garage/Parking | 524 | 5.2 | 2,555 | 12.66 | 164 | 5.0 | 799 | 12.62 | 0 | 0.0 | 0 | 0.00 | 644 | 4.1 | 3,139 | 11.13 |
| Miscellaneous Income | 58 | 0.6 | 284 | 1.40 | 76 | 2.3 | 368 | 5.82 | 1 | 0.1 | 6 | 0.14 | 0 | 0.0 | 0 | 0.00 |
| Total Operating Revenue | 10,158 | 100.0 | 49,550 | 245.48 | 3,259 | 100.0 | 15,899 | 251.23 | 2,435 | 100.0 | 11,876 | 265.64 | 15,653 | 100.0 | 76,356 | 270.81 |
| **DEPARTMENTAL EXPENSES\*** | | | | | | | | | | | | | | | | |
| Rooms | 1,760 | 23.4 | 8,587 | 42.54 | 607 | 22.9 | 2,961 | 46.79 | 527 | 32.4 | 2,573 | 57.55 | 1,978 | 17.8 | 9,648 | 34.22 |
| Food & Beverage | 1,916 | 96.7 | 9,349 | 46.32 | 317 | 95.6 | 1,546 | 24.43 | 710 | 114.4 | 3,462 | 77.43 | 2,801 | 73.8 | 13,665 | 48.47 |
| Other Operated Departments | 56 | 66.7 | 272 | 1.35 | 18 | 49.9 | 86 | 1.37 | 87 | 47.0 | 426 | 9.52 | 0 | 0.0 | 0 | 0.00 |
| Garage/Parking | 380 | 72.6 | 1,855 | 9.19 | 103 | 63.2 | 505 | 7.98 | 0 | 0.00 | 0 | 0.00 | 441 | 68.5 | 2,150 | 7.63 |
| Total | 4,113 | 40.5 | 20,064 | 99.40 | 1,045 | 32.1 | 5,098 | 80.56 | 1,324 | 54.4 | 6,460 | 144.49 | 5,220 | 33.3 | 25,464 | 90.31 |
| **DEPARTMENTAL INCOME** | 6,045 | 59.5 | 29,486 | 146.08 | 2,214 | 67.9 | 10,801 | 170.68 | 1,110 | 45.6 | 5,416 | 121.15 | 10,433 | 66.7 | 50,893 | 180.50 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | | | | | |
| Administrative & General | 763 | 7.5 | 3,723 | 18.44 | 334 | 10.2 | 1,628 | 25.72 | 376 | 15.4 | 1,834 | 41.01 | 1,239 | 7.9 | 6,044 | 21.43 |
| Info. and Telecom. Systems | 103 | 1.0 | 501 | 2.48 | 84 | 2.6 | 408 | 6.45 | 103 | 4.2 | 501 | 11.21 | 127 | 0.8 | 619 | 2.20 |
| Marketing | 846 | 8.3 | 4,128 | 20.45 | 346 | 10.6 | 1,686 | 26.65 | 515 | 21.2 | 2,513 | 56.20 | 1,595 | 10.2 | 7,778 | 27.59 |
| Franchise Fee | 587 | 5.8 | 2,862 | 14.18 | 201 | 6.2 | 979 | 15.48 | 133 | 5.4 | 647 | 14.46 | 817 | 5.2 | 3,983 | 14.13 |
| Prop. Operations & Maintenance | 487 | 4.8 | 2,378 | 11.78 | 159 | 4.9 | 777 | 12.28 | 170 | 7.0 | 830 | 18.56 | 402 | 2.6 | 1,960 | 6.95 |
| Utilities | 442 | 4.3 | 2,155 | 10.67 | 202 | 6.2 | 986 | 15.58 | 211 | 8.7 | 1,031 | 23.05 | 405 | 2.6 | 1,976 | 7.01 |
| Total | 3,228 | 31.8 | 15,747 | 78.02 | 1,325 | 40.7 | 6,465 | 102.15 | 1,508 | 61.9 | 7,354 | 164.50 | 4,584 | 29.3 | 22,361 | 79.31 |
| **GROSS OPERATING PROFIT** | 2,816 | 27.7 | 13,739 | 68.07 | 889 | 27.3 | 4,336 | 68.52 | (397) | (16.3) | (1,938) | (43.35) | 5,849 | 37.4 | 28,532 | 101.19 |
| Management Fee | 356 | 3.5 | 1,734 | 8.59 | 114 | 3.5 | 556 | 8.79 | 85 | 3.5 | 416 | 9.30 | 548 | 3.5 | 2,674 | 9.49 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 2,461 | 24.2 | 12,005 | 59.48 | 775 | 23.8 | 3,780 | 59.73 | (483) | (19.8) | (2,354) | (52.65) | 5,301 | 33.9 | 25,857 | 91.71 |
| **NON-OPERATING INCOME AND EXPENSE** | | | | | | | | | | | | | | | | |
| Property Taxes | 891 | 8.8 | 4,345 | 21.52 | 839 | 25.8 | 4,094 | 64.69 | 1,131 | 46.5 | 5,517 | 123.40 | 1,139 | 7.3 | 5,555 | 19.70 |
| Insurance | 141 | 1.4 | 689 | 3.41 | 98 | 3.0 | 477 | 7.54 | 96 | 3.9 | 467 | 10.44 | 106 | 0.7 | 517 | 1.83 |
| Total | 1,032 | 10.2 | 5,034 | 24.94 | 937 | 28.8 | 4,571 | 72.23 | 1,227 | 50.4 | 5,984 | 133.84 | 1,245 | 8.0 | 6,072 | 21.54 |
| **EBITDA** | 1,429 | 14.1 | 6,971 | 34.54 | (162) | (5.0) | (791) | (12.50) | (1,709) | (70.2) | (8,337) | (186.49) | 4,056 | 25.9 | 19,786 | 70.17 |
| Reserve for Replacement | 406 | 4.0 | 1,982 | 9.82 | 130 | 4.0 | 636 | 10.05 | 97 | 4.0 | 475 | 10.63 | 0 | 0.0 | 0 | 0.00 |
| **EBITDA LESS RESERVE** | $1,023 | 10.1 % | $4,990 | $24.72 | ($293) | (9.0) % | ($1,427) | ($22.55) | ($1,807) | (74.2) % | ($8,813) | ($197.12) | $4,056 | 25.9 % | $19,785 | $70.17 |
| NOI adjusted to reflect a 5.0% reserve | $921 | 9.1 % | | | ($325) | (10.0) % | | | ($1,831) | (75.2) % | | | $3,274 | 20.9 % | | |

\*Departmental expenses are expressed as a percentage of departmental revenues.



## FIGURE 9-3    HISTORICAL OPERATING PERFORMANCE (CONTINUED)

| | 2025 | Year-to-Date Ending March 31 | | | 2024 | Year-to-Date Ending March 31 | | |
|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 205 | | | | 205 | | | |
| Paid Occupied Rooms: | 10,985 | | | | 10,745 | | | |
| Days Open: | 90 | | | | 90 | | | |
| Paid Occupancy: | 59.5% | | | Amount | 58.2% | | | Amount |
| Average Rate: | $178.51 | Percentage | Available | Occupied | $146.29 | Percentage | Available | Occupied |
| RevPAR: | $106.28 | of Revenue | Room | Room | $85.20 | of Revenue | Room | Room |
| **OPERATING REVENUE** | | | | | | | | |
| Rooms | $1,961 | 74.0 % | $9,566 | $178.51 | $1,572 | 68.0 % | $7,668 | $146.29 |
| Food & Beverage | 534 | 20.2 | 2,607 | 48.64 | 597 | 25.8 | 2,910 | 55.52 |
| Other Operated Departments | 21 | 0.8 | 101 | 1.88 | 16 | 0.7 | 79 | 1.51 |
| Garage/Parking | 127 | 4.8 | 621 | 11.59 | 130 | 5.6 | 632 | 12.06 |
| Miscellaneous Income | 5 | 0.2 | 24 | 0.45 | (2) | (0.1) | (9) | (0.17) |
| Total Operating Revenue | 2,648 | 100.0 | 12,918 | 241.08 | 2,312 | 100.0 | 11,280 | 215.21 |
| **DEPARTMENTAL EXPENSES*** | | | | | | | | |
| Rooms | 529 | 27.0 | 2,581 | 48.17 | 535 | 34.0 | 2,610 | 49.80 |
| Food & Beverage | 563 | 105.3 | 2,745 | 51.22 | 559 | 93.8 | 2,729 | 52.06 |
| Other Operated Departments | 27 | 129.9 | 131 | 2.45 | 18 | 111.4 | 88 | 1.68 |
| Garage/Parking | 80 | 62.5 | 388 | 7.25 | 88 | 68.1 | 431 | 8.21 |
| Total | 1,198 | 45.2 | 5,845 | 109.08 | 1,201 | 51.9 | 5,857 | 111.75 |
| **DEPARTMENTAL INCOME** | 1,450 | 54.8 | 7,074 | 132.01 | 1,112 | 48.1 | 5,423 | 103.45 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | |
| Administrative & General | 203 | 7.7 | 992 | 18.52 | 255 | 11.0 | 1,242 | 23.70 |
| Info. and Telecom. Systems | 47 | 1.8 | 228 | 4.25 | 30 | 1.3 | 145 | 2.77 |
| Marketing | 246 | 9.3 | 1,202 | 22.44 | 260 | 11.3 | 1,271 | 24.24 |
| Franchise Fee | 154 | 5.8 | 749 | 13.97 | 128 | 5.5 | 623 | 11.89 |
| Prop. Operations & Maintenance | 157 | 5.9 | 766 | 14.30 | 116 | 5.0 | 565 | 10.78 |
| Utilities | 138 | 5.2 | 671 | 12.52 | 125 | 5.4 | 609 | 11.62 |
| Total | 945 | 35.7 | 4,608 | 86.00 | 913 | 39.5 | 4,455 | 85.00 |
| **GROSS OPERATING PROFIT** | 505 | 19.1 | 2,466 | 46.00 | 198 | 8.6 | 968 | 18.45 |
| Management Fee | 93 | 3.5 | 452 | 8.44 | 81 | 3.5 | 395 | 7.53 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 413 | 15.6 | 2,013 | 37.56 | 117 | 5.1 | 572 | 10.92 |
| **NON-OPERATING INCOME AND EXPENSE** | | | | | | | | |
| Property Taxes | 219 | 8.3 | 1,067 | 19.92 | 237 | 10.3 | 1,158 | 22.10 |
| Insurance | 46 | 1.8 | 227 | 4.23 | 40 | 1.7 | 196 | 3.74 |
| Total | 265 | 10.0 | 1,294 | 24.15 | 278 | 12.0 | 1,354 | 25.84 |
| **EBITDA** | 147 | 5.6 | 719 | 13.42 | (160) | (6.9) | (782) | (14.92) |
| Reserve for Replacement | 0 | 0.0 | 0 | 0.00 | 116 | 5.0 | 564 | 10.76 |
| **EBITDA LESS RESERVE** | $147 | 5.6 % | $719 | $13.41 | ($276) | (11.9) % | ($1,346) | ($25.68) |
| NOI adjusted to reflect a | | | | | | | | |
| 5.0% reserve | $15 | 0.6 % | | | ($276) | (11.9) % | | |

*Departmental expenses are expressed as a percentage of departmental revenues.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 119 of 199



**FIGURE 9-4     HISTORICAL TOTAL REVENUE, HOUSE PROFIT, AND EBITDA LESS REPLACEMENT RESERVE SUMMARY**

| | Year | Total Revenue | | Gross Operating Profit | | | EBITDA Less Replacement Reserve | | |
| | | Total | % Change | Total | % Change | As a % of Total Rev. | Total | % Change | As a % of Total Rev. |
|---|---|---|---|---|---|---|---|---|---|
| **Historical** | 2019 | $15,653,000 | — | $5,849,000 | — | 37.4 % | $3,274,000 | — | 20.9 % |
| *partial* | 2020 | 2,435,000 | (84.4) % | (397,000) | (106.8) % | (16.3) | (1,831,000) | (155.9) % | (75.2) |
| *partial* | 2021 | 3,259,000 | 33.8 | 889,000 | 323.9 | 27.3 | (325,000) | 82.3 | (10.0) |
| | 2022 | 10,158,000 | 211.7 | 2,816,000 | 216.8 | 27.7 | 921,000 | 383.4 | 9.1 |
| | 2023 | 12,307,000 | 21.2 | 3,367,000 | 19.6 | 27.4 | 1,289,000 | 40.0 | 10.5 |
| | 2024 | 13,735,000 | 11.6 | 4,280,000 | 27.1 | 31.2 | 2,079,000 | 61.3 | 15.1 |
| *Fiscal Year Ending March 31* | 2024/25 | 14,070,000 | 2.4 | 4,587,000 | 7.2 | 32.6 | 2,370,000 | 14.0 | 16.8 |

In our review of the historical statements, revenues increased modestly from 2022 to the trailing twelve months ending March 2025; however, both revenues and the subject hotel's EBITDA Less Replacement Reserve still remain below the 2019 level. The 2020 and 2021 statements represent partial-year data, as the hotel was reportedly closed between March 11, 2020 and August 1, 2021.

**Comparable Operating Statements**

In order to gauge the subject hotel's profitability, we have reviewed the following individual income and expense statements from comparable hotels, derived from our database of hotel income and expense statements. All financial data are presented according to the three most common measures of industry performance: ratio to sales (RTS), amounts per available room (PAR), and amounts per occupied room night (POR). These historical income and expense statements will be used as benchmarks in our forthcoming forecast of income and expense. The subject hotel's 2024/25 operating history has been included to facilitate a comparison. The subject hotel's stabilized statement of income and expense, deflated to 2024/25 dollars, is also presented.



## FIGURE 9-5    COMPARABLE OPERATING STATEMENTS: RATIO TO SALES

|  | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Subject |
|---|---|---|---|---|---|---|---|
|  | 2024/25 |  |  |  |  |  | Def. Stabilized |
| Number of Rooms: | 205 | 220 to 280 | 200 to 260 | 130 to 170 | 170 to 220 | 160 to 200 | 205 |
| Days Open: | 365 | 365 | 365 | 365 | 365 | 365 | 365 |
| Occupancy: | 70.2% | 72% | 72% | 73% | 69% | 72% | 72% |
| Average Rate: | $207.30 | $224 | $208 | $206 | $223 | $194 | $218 |
| RevPAR: | $145.52 | $162 | $150 | $149 | $154 | $140 | $157 |
| **REVENUE** |  |  |  |  |  |  |  |
| Rooms | 77.4 % | 75.7 % | 70.2 % | 74.4 % | 74.3 % | 76.7 % | 73.3 % |
| Food & Beverage | 17.4 | 22.8 | 26.0 | 22.0 | 21.3 | 17.5 | 21.8 |
| Other Operated Departments | 5.0 | 1.5 | 3.5 | 3.1 | 4.0 | 1.2 | 4.6 |
| Miscellaneous Income | 0.2 | 0.0 | 0.4 | 0.4 | 0.4 | 4.6 | 0.3 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **DEPARTMENTAL EXPENSES*** |  |  |  |  |  |  |  |
| Rooms | 22.0 | 18.0 | 19.2 | 22.6 | 20.1 | 18.4 | 20.8 |
| Food & Beverage | 93.9 | 71.1 | 62.1 | 72.4 | 77.6 | 63.9 | 74.1 |
| Other Operated Departments | 68.2 | 1.4 | 11.0 | 63.3 | 67.6 | 47.0 | 66.0 |
| Total | 36.8 | 29.9 | 30.0 | 34.8 | 34.1 | 25.9 | 34.5 |
| **DEPARTMENTAL INCOME** | 63.2 | 70.1 | 70.0 | 65.2 | 65.9 | 74.1 | 65.5 |
| **UNDISTRIBUTED OPERATING EXPENSES** |  |  |  |  |  |  |  |
| Administrative & General | 8.0 | 6.6 | 5.3 | 9.1 | 9.3 | 7.6 | 7.0 |
| Info. and Telecom. Systems | 1.0 | 0.6 | 0.8 | 0.7 | 0.7 | 2.2 | 0.9 |
| Marketing | 8.2 | 7.9 | 6.7 | 9.3 | 7.5 | 6.8 | 7.6 |
| Franchise Fee | 5.9 | 5.8 | 5.9 | 2.8 | 6.0 | 7.8 | 5.8 |
| Property Operations & Maintenance | 4.1 | 4.1 | 3.1 | 2.8 | 4.3 | 3.5 | 3.5 |
| Utilities | 3.3 | 3.5 | 2.0 | 1.5 | 2.5 | 3.2 | 3.1 |
| Total | 30.6 | 28.6 | 23.8 | 26.3 | 30.4 | 31.2 | 27.9 |
| **GROSS OPERATING PROFIT** | 32.6 | 41.5 | 46.2 | 38.9 | 35.5 | 42.9 | 37.6 |
| Management Fee | 3.5 | 4.0 | 2.4 | 3.0 | 3.0 | 2.2 | 3.5 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 29.1 | 37.6 | 43.9 | 36.0 | 32.5 | 40.7 | 34.1 |

\* Departmental expense ratios are expressed as a percentage of departmental revenues

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 121 of 199



|  | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Subject |
|---|---|---|---|---|---|---|---|
|  | 2024/25 |  |  |  |  |  | Def. Stabilized $ |
| Number of Rooms: | 205 | 220 to 280 | 200 to 260 | 130 to 170 | 170 to 220 | 160 to 200 | 205 |
| Days Open: | 365 | 365 | 365 | 365 | 365 | 365 | 365 |
| Occupancy: | 70.2% | 72% | 72% | 73% | 69% | 72% | 72% |
| Average Rate: | $207.30 | $224 | $208 | $206 | $223 | $194 | $218 |
| RevPAR: | $145.52 | $162 | $150 | $149 | $154 | $140 | $157 |
| **REVENUE** |  |  |  |  |  |  |  |
| Rooms | $53,115 | $58,974 | $54,813 | $54,536 | $56,365 | $51,246 | $57,229 |
| Food & Beverage | 11,914 | 17,789 | 20,287 | 16,120 | 16,121 | 11,701 | 17,038 |
| Other Operated Departments | 3,444 | 1,166 | 2,708 | 2,307 | 3,032 | 803 | 3,599 |
| Miscellaneous Income | 163 | 0 | 299 | 295 | 310 | 3,051 | 196 |
| Total | 68,636 | 77,930 | 78,108 | 73,258 | 75,828 | 66,800 | 78,062 |
| **DEPARTMENTAL EXPENSES** |  |  |  |  |  |  |  |
| Rooms | 11,699 | 10,627 | 10,504 | 12,334 | 11,315 | 9,435 | 11,927 |
| Food & Beverage | 11,190 | 12,647 | 12,603 | 11,667 | 12,507 | 7,480 | 12,626 |
| Other Operated Departments | 2,349 | 16 | 298 | 1,459 | 2,050 | 377 | 2,374 |
| Total | 25,239 | 23,291 | 23,405 | 25,460 | 25,872 | 17,293 | 26,926 |
| **DEPARTMENTAL INCOME** | 43,398 | 54,639 | 54,703 | 47,797 | 49,956 | 49,508 | 51,135 |
| **UNDISTRIBUTED OPERATING EXPENSES** |  |  |  |  |  |  |  |
| Administrative & General | 5,471 | 5,178 | 4,170 | 6,647 | 7,082 | 5,107 | 5,492 |
| Info. and Telecom. Systems | 708 | 477 | 651 | 545 | 535 | 1,464 | 738 |
| Marketing | 5,657 | 6,162 | 5,195 | 6,800 | 5,719 | 4,541 | 5,894 |
| Franchise Fee | 4,083 | 4,510 | 4,639 | 2,082 | 4,547 | 5,225 | 4,517 |
| Property Operations & Maintenance | 2,813 | 3,223 | 2,392 | 2,054 | 3,281 | 2,370 | 2,723 |
| Utilities | 2,292 | 2,707 | 1,541 | 1,108 | 1,859 | 2,159 | 2,388 |
| Total | 21,023 | 22,256 | 18,589 | 19,235 | 23,022 | 20,865 | 21,752 |
| **GROSS OPERATING PROFIT** | 22,375 | 32,383 | 36,114 | 28,562 | 26,934 | 28,643 | 29,384 |
| Management Fee | 2,402 | 3,117 | 1,855 | 2,177 | 2,285 | 1,485 | 2,732 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 19,972 | 29,266 | 34,259 | 26,385 | 24,649 | 27,157 | 26,651 |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 122 of 199



## FIGURE 9-7     COMPARABLE OPERATING STATEMENTS: AMOUNTS PER OCCUPIED ROOM

|  | Subject | Comp 1 | Comp 2 | Comp 3 | Comp 4 | Comp 5 | Subject |
|---|---|---|---|---|---|---|---|
|  | 2024/25 |  |  |  |  |  | Def. Stabilized $ |
| Number of Rooms: | 205 | 220 to 280 | 200 to 260 | 130 to 170 | 170 to 220 | 160 to 200 | 205 |
| Days Open: | 365 | 365 | 365 | 365 | 365 | 365 | 365 |
| Occupancy: | 70.2% | 72% | 72% | 73% | 69% | 72% | 72% |
| Average Rate: | $207.30 | $224 | $208 | $206 | $223 | $194 | $218 |
| RevPAR: | $145.52 | $162 | $150 | $149 | $154 | $140 | $157 |
| **REVENUE** |  |  |  |  |  |  |  |
| Rooms | $207.30 | $224.16 | $208.48 | $205.81 | $222.62 | $194.17 | $217.76 |
| Food & Beverage | 46.50 | 67.62 | 77.16 | 60.83 | 63.67 | 44.33 | 64.83 |
| Other Operated Departments | 13.44 | 4.43 | 10.30 | 8.70 | 11.97 | 3.04 | 13.70 |
| Miscellaneous Income | 0.64 | 0.00 | 1.14 | 1.11 | 1.23 | 11.56 | 0.75 |
| Total | 267.87 | 296.22 | 297.09 | 276.46 | 299.50 | 253.11 | 297.04 |
| **DEPARTMENTAL EXPENSES** |  |  |  |  |  |  |  |
| Rooms | 45.66 | 40.39 | 39.95 | 46.55 | 44.69 | 35.75 | 45.38 |
| Food & Beverage | 43.67 | 48.07 | 47.94 | 44.03 | 49.40 | 28.34 | 48.04 |
| Other Operated Departments | 9.17 | 0.06 | 1.13 | 5.51 | 8.10 | 1.43 | 9.03 |
| Total | 98.50 | 88.53 | 89.02 | 96.08 | 102.19 | 65.52 | 102.46 |
| **DEPARTMENTAL INCOME** | 169.37 | 207.69 | 208.06 | 180.38 | 197.31 | 187.58 | 194.58 |
| **UNDISTRIBUTED OPERATING EXPENSES** |  |  |  |  |  |  |  |
| Administrative & General | 21.35 | 19.68 | 15.86 | 25.08 | 27.97 | 19.35 | 20.90 |
| Info. and Telecom. Systems | 2.76 | 1.81 | 2.48 | 2.06 | 2.11 | 5.55 | 2.81 |
| Marketing | 22.08 | 23.42 | 19.76 | 25.66 | 22.59 | 17.21 | 22.43 |
| Franchise Fee | 15.93 | 17.14 | 17.64 | 7.86 | 17.96 | 19.80 | 17.19 |
| Property Operations & Maintenance | 10.98 | 12.25 | 9.10 | 7.75 | 12.96 | 8.98 | 10.36 |
| Utilities | 8.95 | 10.29 | 5.86 | 4.18 | 7.34 | 8.18 | 9.09 |
| Total | 82.05 | 84.60 | 70.70 | 72.59 | 90.93 | 79.06 | 82.77 |
| **GROSS OPERATING PROFIT** | 87.32 | 123.09 | 137.36 | 107.79 | 106.38 | 108.53 | 111.81 |
| Management Fee | 9.38 | 11.85 | 7.06 | 8.22 | 9.03 | 5.63 | 10.40 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 77.95 | 111.24 | 130.31 | 99.57 | 97.35 | 102.90 | 101.41 |

The departmental income for the comparable statements ranged from 65.2% to 74.1% of total revenue. The 2024/25 departmental income ratio of 63.2% for the subject property falls below this range, indicating room for improvement. The comparable properties achieved a gross operating profit ranging from 35.5% to 46.2% of total revenue. The 2024/25 gross operating profit percentage of 32.6% of total revenue for the subject property falls below this range, indicating room for improvement. We will refer to the comparable operating data in our discussion of each line item, which follows later in this section of the report.

**Fixed and Variable Component Analysis**

HVS uses a fixed and variable component model to project a lodging facility's revenue and expense levels. This model is based on the premise that hotel revenues and expenses have one component that is fixed and another that varies directly with



occupancy and facility usage. A projection can be made by taking a known level of revenue or expense and calculating its fixed and variable components. The fixed component is then increased in tandem with the underlying rate of inflation, while the variable component is adjusted for a specific measure of volume such as total revenue.

The actual forecast is derived by adjusting each year's revenue and expense by the amount fixed (the fixed expense multiplied by the inflated base-year amount) plus the variable amount (the variable expense multiplied by the inflated base-year amount) multiplied by the ratio of the projection year's occupancy to the base-year occupancy (in the case of departmental revenue and expense) or the ratio of the projection year's revenue to the base year's revenue (in the case of undistributed operating expenses). Fixed expenses remain fixed, increasing only with inflation. Our discussion of the revenue and expense forecast in this report is based upon the output derived from the fixed and variable model. This forecast of revenue and expense is accomplished through a systematic approach per the USALI. Each category of revenue and expense is estimated separately and combined at the end in the final statement of income and expense.

**Inflation and Appreciation Assumptions**

In consideration of the trends in the Consumer Price Index (CPI), inflation factors that directly influence lodging properties, projections set forth by economists surveyed, and the Federal Reserve's target inflation rate, we have applied a 3.0% underlying inflation rate in our analysis.

This annual rate of growth is applied to income and expenses after the stabilized year to reflect the longer-term expectation of asset appreciation by typical investors. This position is based on interviews with numerous market participants indicating a distinction in the expectations of near-term cost inflation (e.g., related to labor and supplies) versus long-term income growth that drives appreciation. Any exceptions to the application of the assumed underlying inflation and EBITDA Less Replacement Reserve growth rates are discussed in our write-ups of individual income and expense items.

**Forecast of Revenue and Expense**

Based on an analysis that will be detailed throughout this section, we have formulated a revenue-and-expense forecast for the first several projection years, including amounts per available room and per occupied room, as illustrated in the following table. The second table illustrates our ten-year forecast of income and expense, presented with a lesser degree of detail. The forecasts pertain to years that begin on May 1, 2025, expressed in inflated dollars for each year.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 124 of 199

| | 2024/25 Fiscal Year (Historical) | | | | 2025/26 | | | | 2026/27 | | | | Stabilized | | | | 2028/29 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 205 | | | | 205 | | | | 205 | | | | 205 | | | | 205 | | | |
| Occupancy (Paid Rooms): | 70% | | | | 70% | | | | 72% | | | | 72% | | | | 72% | | | |
| Average Rate: | $207.30 | | | | $204.11 | | | | $216.74 | | | | $231.03 | | | | $237.96 | | | |
| RevPAR: | $145.52 | | | | $142.88 | | | | $156.05 | | | | $166.34 | | | | $171.33 | | | |
| Days Open: | 365 | | | | 365 | | | | 365 | | | | 365 | | | | 365 | | | |
| Occupied Rooms (Paid): | 52,527 | %Gross | PAR | POR | 52,378 | %Gross | PAR | POR | 53,874 | %Gross | PAR | POR | 53,874 | %Gross | PAR | POR | 53,874 | %Gross | PAR | POR |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Rooms | $10,889 | 77.4 % | $53,115 | $207.30 | $10,691 | 75.9 % | $52,150 | $204.11 | $11,677 | 74.4 % | $56,959 | $216.74 | $12,446 | 73.3 % | $60,714 | $231.03 | $12,820 | 73.3 % | $62,535 | $237.96 |
| Food & Beverage | 2,442 | 17.4 | 11,914 | 46.50 | 2,629 | 18.7 | 12,823 | 50.19 | 3,222 | 20.5 | 15,718 | 59.81 | 3,705 | 21.8 | 18,075 | 68.78 | 3,817 | 21.8 | 18,617 | 70.84 |
| Other Operated Departments | 98 | 0.7 | 480 | 1.87 | 102 | 0.7 | 496 | 1.94 | 106 | 0.7 | 515 | 1.96 | 109 | 0.6 | 530 | 2.02 | 112 | 0.6 | 546 | 2.08 |
| Garage/Parking | 608 | 4.3 | 2,964 | 11.57 | 626 | 4.4 | 3,056 | 11.96 | 654 | 4.2 | 3,192 | 12.15 | 674 | 4.0 | 3,288 | 12.51 | 694 | 4.0 | 3,387 | 12.89 |
| Miscellaneous Income | 33 | 0.2 | 163 | 0.64 | 40 | 0.3 | 195 | 0.76 | 41 | 0.3 | 202 | 0.77 | 43 | 0.3 | 208 | 0.79 | 44 | 0.3 | 214 | 0.82 |
| Total Operating Revenues | 14,070 | 100.0 | 68,636 | 267.87 | 14,087 | 100.0 | 68,719 | 268.96 | 15,700 | 100.0 | 76,586 | 291.42 | 16,977 | 100.0 | 82,816 | 315.13 | 17,487 | 100.0 | 85,300 | 324.58 |
| **DEPARTMENTAL EXPENSES *** | | | | | | | | | | | | | | | | | | | | |
| Rooms | 2,398 | 22.0 | 11,699 | 45.66 | 2,369 | 22.2 | 11,557 | 45.23 | 2,518 | 21.6 | 12,285 | 46.75 | 2,594 | 20.8 | 12,653 | 48.15 | 2,672 | 20.8 | 13,033 | 49.59 |
| Food & Beverage | 2,294 | 93.9 | 11,190 | 43.67 | 2,281 | 86.8 | 11,125 | 43.54 | 2,565 | 79.6 | 12,510 | 47.60 | 2,746 | 74.1 | 13,394 | 50.97 | 2,828 | 74.1 | 13,796 | 52.50 |
| Other Operated Departments | 79 | 80.7 | 388 | 1.51 | 82 | 80.7 | 400 | 1.57 | 85 | 80.3 | 413 | 1.57 | 87 | 80.3 | 426 | 1.62 | 90 | 80.3 | 438 | 1.67 |
| Garage/Parking | 402 | 66.2 | 1,962 | 7.66 | 407 | 64.9 | 1,984 | 7.76 | 417 | 63.6 | 2,032 | 7.73 | 429 | 63.6 | 2,093 | 7.96 | 442 | 63.6 | 2,156 | 8.20 |
| Total | 5,174 | 36.8 | 25,239 | 98.50 | 5,138 | 36.5 | 25,065 | 98.10 | 5,584 | 35.6 | 27,240 | 103.65 | 5,856 | 34.5 | 28,566 | 108.70 | 6,032 | 34.5 | 29,423 | 111.96 |
| **DEPARTMENTAL INCOME** | 8,897 | 63.2 | 43,398 | 169.37 | 8,949 | 63.5 | 43,654 | 170.86 | 10,116 | 64.4 | 49,347 | 187.77 | 11,121 | 65.5 | 54,249 | 206.43 | 11,455 | 65.5 | 55,877 | 212.62 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 1,121 | 8.0 | 5,471 | 21.35 | 1,105 | 7.8 | 5,390 | 21.10 | 1,152 | 7.3 | 5,620 | 21.39 | 1,194 | 7.0 | 5,826 | 22.17 | 1,230 | 7.0 | 6,001 | 22.83 |
| Info. and Telecom. Systems | 145 | 1.0 | 708 | 2.76 | 148 | 1.1 | 724 | 2.83 | 155 | 1.0 | 755 | 2.87 | 160 | 0.9 | 783 | 2.98 | 165 | 0.9 | 806 | 3.07 |
| Marketing | 1,160 | 8.2 | 5,657 | 22.08 | 1,186 | 8.4 | 5,785 | 22.64 | 1,237 | 7.9 | 6,032 | 22.95 | 1,282 | 7.6 | 6,253 | 23.79 | 1,320 | 7.6 | 6,441 | 24.51 |
| Franchise Fee | 837 | 5.9 | 4,083 | 15.93 | 827 | 5.9 | 4,035 | 15.79 | 914 | 5.8 | 4,459 | 16.97 | 982 | 5.8 | 4,792 | 18.24 | 1,012 | 5.8 | 4,936 | 18.78 |
| Prop. Operations & Maintenance | 577 | 4.1 | 2,813 | 10.98 | 548 | 3.9 | 2,672 | 10.46 | 571 | 3.6 | 2,786 | 10.60 | 592 | 3.5 | 2,888 | 10.99 | 610 | 3.5 | 2,975 | 11.32 |
| Utilities | 470 | 3.3 | 2,292 | 8.95 | 481 | 3.4 | 2,344 | 9.17 | 501 | 3.2 | 2,444 | 9.30 | 519 | 3.1 | 2,534 | 9.64 | 535 | 3.1 | 2,610 | 9.93 |
| Total | 4,310 | 30.6 | 21,023 | 82.05 | 4,295 | 30.5 | 20,951 | 82.00 | 4,530 | 28.8 | 22,097 | 84.08 | 4,731 | 27.9 | 23,076 | 87.81 | 4,873 | 27.9 | 23,769 | 90.44 |
| **GROSS OPERATING PROFIT** | 4,587 | 32.6 | 22,375 | 87.32 | 4,654 | 33.0 | 22,703 | 88.86 | 5,586 | 35.6 | 27,250 | 103.69 | 6,390 | 37.6 | 31,173 | 118.62 | 6,582 | 37.6 | 32,108 | 122.18 |
| Management Fee | 492 | 3.5 | 2,402 | 9.38 | 493 | 3.5 | 2,405 | 9.41 | 550 | 3.5 | 2,681 | 10.20 | 594 | 3.5 | 2,899 | 11.03 | 612 | 3.5 | 2,986 | 11.36 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 4,094 | 29.1 | 19,972 | 77.95 | 4,161 | 29.5 | 20,298 | 79.44 | 5,037 | 32.1 | 24,569 | 93.49 | 5,796 | 34.1 | 28,275 | 107.59 | 5,970 | 34.1 | 29,123 | 110.82 |
| **NON-OPERATING INCOME AND EXPENSE** | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 835 | 5.9 | 4,071 | 15.89 | 900 | 6.4 | 4,389 | 17.18 | 921 | 5.9 | 4,491 | 17.09 | 951 | 5.6 | 4,637 | 17.64 | 977 | 5.6 | 4,768 | 18.14 |
| Insurance | 186 | 1.3 | 906 | 3.54 | 199 | 1.4 | 972 | 3.81 | 205 | 1.3 | 1,001 | 3.81 | 211 | 1.2 | 1,031 | 3.92 | 218 | 1.2 | 1,062 | 4.04 |
| Total | 1,020 | 7.3 | 4,978 | 19.43 | 1,099 | 7.8 | 5,361 | 20.98 | 1,126 | 7.2 | 5,492 | 20.90 | 1,162 | 6.8 | 5,668 | 21.57 | 1,195 | 6.8 | 5,830 | 22.19 |
| **EBITDA** | 3,074 | 21.8 | 14,995 | 58.52 | 3,062 | 21.7 | 14,936 | 58.46 | 3,911 | 24.9 | 19,077 | 72.59 | 4,634 | 27.3 | 22,606 | 86.02 | 4,775 | 27.3 | 23,292 | 88.63 |
| Reserve for Replacement | (40) | (0.3) | (195) | (0.76) | 704 | 5.0 | 3,436 | 13.45 | 785 | 5.0 | 3,829 | 14.57 | 849 | 5.0 | 4,141 | 15.76 | 874 | 5.0 | 4,265 | 16.23 |
| **EBITDA LESS RESERVE** | $3,114 | 22.1 % | $15,190 | $59.28 | $2,358 | 16.7 % | $11,500 | $45.01 | $3,126 | 19.9 % | $15,248 | $58.02 | $3,785 | 22.3 % | $18,465 | $70.26 | $3,901 | 22.3 % | $19,027 | $72.40 |

*Departmental expenses are expressed as a percentage of departmental revenues.
NOI adjusted to reflect a
5.0% reserve    $2,370    16.8 %

# FIGURE 9-9    TEN-YEAR FORECAST OF REVENUE AND EXPENSE

| | 2025/26 | | 2026/27 | | 2027/28 | | 2028/29 | | 2029/30 | | 2030/31 | | 2031/32 | | 2032/33 | | 2033/34 | | 2034/35 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms: | 205 | | 205 | | 205 | | 205 | | 205 | | 205 | | 205 | | 205 | | 205 | | 205 | |
| Occupied Rooms: | 52,378 | | 53,874 | | 53,874 | | 53,874 | | 53,874 | | 53,874 | | 53,874 | | 53,874 | | 53,874 | | 53,874 | |
| Occupancy: | 70% | | 72% | | 72% | | 72% | | 72% | | 72% | | 72% | | 72% | | 72% | | 72% | |
| Average Rate: | $204.11 | % of | $216.74 | % of | $231.03 | % of | $237.96 | % of | $245.10 | % of | $252.45 | % of | $260.02 | % of | $267.82 | % of | $275.86 | % of | $284.13 | % of |
| RevPAR: | $142.88 | Gross | $156.05 | Gross | $166.34 | Gross | $171.33 | Gross | $176.47 | Gross | $181.76 | Gross | $187.22 | Gross | $192.83 | Gross | $198.62 | Gross | $204.58 | Gross |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Rooms | $10,691 | 75.9 % | $11,677 | 74.4 % | $12,446 | 73.3 % | $12,820 | 73.3 % | $13,204 | 73.3 % | $13,600 | 73.3 % | $14,008 | 73.3 % | $14,429 | 73.3 % | $14,862 | 73.3 % | $15,307 | 73.3 % |
| Food & Beverage | 2,629 | 18.7 | 3,222 | 20.5 | 3,705 | 21.8 | 3,817 | 21.8 | 3,931 | 21.8 | 4,049 | 21.8 | 4,170 | 21.8 | 4,296 | 21.8 | 4,424 | 21.8 | 4,557 | 21.8 |
| Other Operated Departments | 102 | 0.7 | 106 | 0.7 | 109 | 0.6 | 112 | 0.6 | 115 | 0.6 | 119 | 0.6 | 122 | 0.6 | 126 | 0.6 | 130 | 0.6 | 134 | 0.6 |
| Garage/Parking | 626 | 4.4 | 654 | 4.2 | 674 | 4.0 | 694 | 4.0 | 715 | 4.0 | 737 | 4.0 | 759 | 4.0 | 781 | 4.0 | 805 | 4.0 | 829 | 4.0 |
| Miscellaneous Income | 40 | 0.3 | 41 | 0.3 | 43 | 0.3 | 44 | 0.3 | 45 | 0.3 | 47 | 0.3 | 48 | 0.3 | 49 | 0.3 | 51 | 0.3 | 52 | 0.3 |
| Total Operating Revenue | 14,087 | 100.0 | 15,700 | 100.0 | 16,977 | 100.0 | 17,487 | 100.0 | 18,011 | 100.0 | 18,551 | 100.0 | 19,108 | 100.0 | 19,681 | 100.0 | 20,272 | 100.0 | 20,880 | 100.0 |
| **DEPARTMENTAL EXPENSES*** | | | | | | | | | | | | | | | | | | | | |
| Rooms | 2,369 | 22.2 | 2,518 | 21.6 | 2,594 | 20.8 | 2,672 | 20.8 | 2,752 | 20.8 | 2,834 | 20.8 | 2,919 | 20.8 | 3,007 | 20.8 | 3,097 | 20.8 | 3,190 | 20.8 |
| Food & Beverage | 2,281 | 86.8 | 2,565 | 79.6 | 2,746 | 74.1 | 2,828 | 74.1 | 2,913 | 74.1 | 3,000 | 74.1 | 3,091 | 74.1 | 3,183 | 74.1 | 3,279 | 74.1 | 3,377 | 74.1 |
| Other Operated Departments | 82 | 80.7 | 85 | 80.3 | 87 | 80.3 | 90 | 80.3 | 93 | 80.3 | 95 | 80.3 | 98 | 80.3 | 101 | 80.3 | 104 | 80.3 | 107 | 80.3 |
| Garage/Parking | 407 | 64.9 | 417 | 63.6 | 429 | 63.6 | 442 | 63.6 | 455 | 63.6 | 469 | 63.6 | 483 | 63.6 | 497 | 63.6 | 512 | 63.6 | 528 | 63.6 |
| Total | 5,138 | 36.5 | 5,584 | 35.6 | 5,856 | 34.5 | 6,032 | 34.5 | 6,213 | 34.5 | 6,399 | 34.5 | 6,591 | 34.5 | 6,789 | 34.5 | 6,992 | 34.5 | 7,202 | 34.5 |
| **DEPARTMENTAL INCOME** | 8,949 | 63.5 | 10,116 | 64.4 | 11,121 | 65.5 | 11,455 | 65.5 | 11,798 | 65.5 | 12,152 | 65.5 | 12,517 | 65.5 | 12,892 | 65.5 | 13,279 | 65.5 | 13,678 | 65.5 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | | | | | | | | | | | | | | | | | | |
| Administrative & General | 1,105 | 7.8 | 1,152 | 7.3 | 1,194 | 7.0 | 1,230 | 7.0 | 1,267 | 7.0 | 1,305 | 7.0 | 1,344 | 7.0 | 1,385 | 7.0 | 1,426 | 7.0 | 1,469 | 7.0 |
| Info. and Telecom. Systems | 148 | 1.1 | 155 | 1.0 | 160 | 0.9 | 165 | 0.9 | 170 | 0.9 | 175 | 0.9 | 181 | 0.9 | 186 | 0.9 | 192 | 0.9 | 197 | 0.9 |
| Marketing | 1,186 | 8.4 | 1,237 | 7.9 | 1,282 | 7.6 | 1,320 | 7.6 | 1,360 | 7.6 | 1,401 | 7.6 | 1,443 | 7.6 | 1,486 | 7.6 | 1,531 | 7.6 | 1,577 | 7.6 |
| Franchise Fee | 827 | 5.9 | 914 | 5.8 | 982 | 5.8 | 1,012 | 5.8 | 1,042 | 5.8 | 1,074 | 5.8 | 1,106 | 5.8 | 1,139 | 5.8 | 1,173 | 5.8 | 1,208 | 5.8 |
| Prop. Operations & Maintenance | 548 | 3.9 | 571 | 3.6 | 592 | 3.5 | 610 | 3.5 | 628 | 3.5 | 647 | 3.5 | 666 | 3.5 | 686 | 3.5 | 707 | 3.5 | 728 | 3.5 |
| Utilities | 481 | 3.4 | 501 | 3.2 | 519 | 3.1 | 535 | 3.1 | 551 | 3.1 | 568 | 3.1 | 585 | 3.1 | 602 | 3.1 | 620 | 3.1 | 639 | 3.1 |
| Total | 4,295 | 30.5 | 4,530 | 28.8 | 4,731 | 27.9 | 4,873 | 27.9 | 5,019 | 27.9 | 5,169 | 27.9 | 5,324 | 27.9 | 5,484 | 27.9 | 5,649 | 27.9 | 5,818 | 27.9 |
| **GROSS OPERATING PROFIT** | 4,654 | 33.0 | 5,586 | 35.6 | 6,390 | 37.6 | 6,582 | 37.6 | 6,780 | 37.6 | 6,983 | 37.6 | 7,193 | 37.6 | 7,408 | 37.6 | 7,631 | 37.6 | 7,859 | 37.6 |
| Management Fee | 493 | 3.5 | 550 | 3.5 | 594 | 3.5 | 612 | 3.5 | 630 | 3.5 | 649 | 3.5 | 669 | 3.5 | 689 | 3.5 | 710 | 3.5 | 731 | 3.5 |
| **INCOME BEFORE NON-OPER. INC. & EXP.** | 4,161 | 29.5 | 5,037 | 32.1 | 5,796 | 34.1 | 5,970 | 34.1 | 6,149 | 34.1 | 6,334 | 34.1 | 6,524 | 34.1 | 6,719 | 34.1 | 6,921 | 34.1 | 7,129 | 34.1 |
| **NON-OPERATING INCOME AND EXPENSE** | | | | | | | | | | | | | | | | | | | | |
| Property Taxes | 900 | 6.4 | 921 | 5.9 | 951 | 5.6 | 977 | 5.6 | 1,005 | 5.6 | 1,035 | 5.6 | 1,066 | 5.6 | 1,098 | 5.6 | 1,131 | 5.6 | 1,165 | 5.6 |
| Insurance | 199 | 1.4 | 205 | 1.3 | 211 | 1.2 | 218 | 1.2 | 224 | 1.2 | 231 | 1.2 | 238 | 1.2 | 245 | 1.2 | 252 | 1.2 | 260 | 1.2 |
| Total | 1,099 | 7.8 | 1,126 | 7.2 | 1,162 | 6.8 | 1,195 | 6.8 | 1,229 | 6.8 | 1,266 | 6.8 | 1,304 | 6.8 | 1,343 | 6.8 | 1,384 | 6.8 | 1,425 | 6.8 |
| **EBITDA** | 3,062 | 21.7 | 3,911 | 24.9 | 4,634 | 27.3 | 4,775 | 27.3 | 4,920 | 27.3 | 5,067 | 27.3 | 5,219 | 27.3 | 5,376 | 27.3 | 5,537 | 27.3 | 5,703 | 27.3 |
| Reserve for Replacement | 704 | 5.0 | 785 | 5.0 | 849 | 5.0 | 874 | 5.0 | 901 | 5.0 | 928 | 5.0 | 955 | 5.0 | 984 | 5.0 | 1,014 | 5.0 | 1,044 | 5.0 |
| **EBITDA LESS RESERVE** | $2,358 | 16.7 % | $3,126 | 19.9 % | $3,785 | 22.3 % | $3,901 | 22.3 % | $4,019 | 22.3 % | $4,140 | 22.3 % | $4,264 | 22.3 % | $4,392 | 22.3 % | $4,524 | 22.3 % | $4,659 | 22.3 % |

*Departmental expenses are expressed as a percentage of departmental revenues.



The following description sets forth the basis for the forecast of revenue and expense.

We anticipate that it will take three years for the subject property to reach a stabilized level of operation. Each revenue and expense item has been forecast based upon our review of the subject property's operating history, operating budget, and comparable revenue and expense statements. The forecast begins on May 1, 2025, expressed in inflated dollars for each year.

**Rooms Revenue**

Rooms revenue is determined by two variables, occupancy and ADR, which were projected in a previous section of this report. The subject property is expected to stabilize at 72.0% with an ADR of $231.03 in 2027/28. Following the stabilized year, the subject hotel's ADR is projected to increase along with the underlying rate of growth assigned to EBITDA Less Replacement Reserve.

**Food and Beverage Revenue**

In the case of the Milwaukee Marriott Downtown, the outlet offerings (a restaurant with a bar) serve as a source of revenue, as well as an amenity that assists in the sale of guestrooms. In addition to this offering, banquet space at the subject property encompasses  square feet. Property wide renovations are expected to assist in the accommodation of a higher number of corporate and group events to the subject property, allowing the F&B department to experience notable growth, albeit still below levels illustrated in 2019 on a deflated stabilized basis.

**FIGURE 9-10   FOOD AND BEVERAGE REVENUE**

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| *Food & Beverage Revenue* | | | | | | | | |
| Percentage of Revenue | 17.4 % | 22.8 % | 26.0 % | 22.0 % | 21.3 % | 17.5 % | 18.7 % | 21.8 % |
| Per Available Room | $11,914 | $17,789 | $20,287 | $16,120 | $16,121 | $11,701 | $12,823 | $17,038 |
| Per Occupied Room | $46.50 | $67.62 | $77.16 | $60.83 | $63.67 | $44.33 | $50.19 | $64.83 |

**Other Operated Departments Revenue**

According to the USALI, other operated departments include any major or minor operated department that carries expenses, aside from rooms and food and beverage (F&B). Revenues associated with telephone charges, market pantry sales, and laundry fees are included in the other operated departments line.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 127 of 199



## FIGURE 9-11   OTHER OPERATED DEPARTMENTS REVENUE

| | Subject Property 2024/25 | Comparable Operating Statements | | | | | Subject Property Forecast | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 0.7 % | 1.5 % | 3.5 % | 3.1 % | 4.0 % | 1.2 % | 0.7 % | 0.6 % |
| Per Available Room | $480 | $1,166 | $2,708 | $2,307 | $3,032 | $803 | $496 | $500 |
| Per Occupied Room | $1.87 | $4.43 | $10.30 | $8.70 | $11.97 | $3.04 | $1.94 | $1.90 |

**Parking Income**

Parking revenue is generated by valet parking operations. Management has a revenue share agreement with Town Park to provide valet services for hotel guests. Parking revenue has remained relatively flat in the last two years, despite management's efforts to adjust the parking rates for hotel guests on a daily basis based on area events and occupancy. Parking revenue is forecast to stabilize at $12.51 per occupied room by the stabilized year. Parking expenses have been forecast in line with historic levels and reflect reimbursement to the valet provider.

**Miscellaneous Income**

According to the USALI, miscellaneous income includes attrition fees, cancelation fees, outside agreement commissions, and interest income, among other items that do not carry expenses. The miscellaneous income line item includes revenues from cancellation fees, attrition, and other minor items.

## FIGURE 9-12   MISCELLANEOUS INCOME

| | Subject Property 2024/25 | Comparable Operating Statements | | | | | Subject Property Forecast | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 0.2 % | 0.0 % | 0.4 % | 0.4 % | 0.4 % | 4.6 % | 0.3 % | 0.3 % |
| Per Available Room | $163 | $0 | $299 | $295 | $310 | $3,051 | $195 | $196 |
| Per Occupied Room | $0.64 | $0.00 | $1.14 | $1.11 | $1.23 | $11.56 | $0.76 | $0.75 |

**Rooms Expense**

Rooms expense consists of items related to the sale and upkeep of guestrooms and public space. Salaries, wages, and employee benefits account for a substantial portion of this category. Although payroll varies somewhat with occupancy, and managers can generally scale the level of service staff on hand to meet an expected occupancy level, a base level of front desk personnel, housekeepers, and supervisors must be maintained at all times. As a result, salaries, wages, and employee benefits are moderately sensitive to changes in occupancy.

Commissions and reservations are usually based on room sales and, thus, are highly sensitive to changes in occupancy and average rate. While guest supplies vary 100% with occupancy, linens and other operating expenses are only slightly affected by volume.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 128 of 199



## FIGURE 9-13   ROOMS EXPENSE

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 22.0 % | 18.0 % | 19.2 % | 22.6 % | 20.1 % | 18.4 % | 22.2 % | 20.8 % |
| Per Available Room | $11,699 | $10,627 | $10,504 | $12,334 | $11,315 | $9,435 | $11,557 | $11,927 |
| Per Occupied Room | $45.66 | $40.39 | $39.95 | $46.55 | $44.69 | $35.75 | $45.23 | $45.38 |

**Food and Beverage Expense**

Food and beverage (F&B) expense is associated with the generation of F&B revenue within the restaurant and lounge outlets, as well as the banquet and meeting facilities. The cost of F&B is directly correlated to F&B revenue, while the F&B payroll expense is moderately fixed. The cost of items such as dishware, linens, and uniforms are less dependent on volume. Given the assumed improvement in departmental revenues, we have adjusted the F&B expense upward during the initial forecast period, above the underlying inflationary rate, to maintain an appropriate level of expense as a percentage of departmental revenue in light of comparable operating statements and the hotel's established operating history.

## FIGURE 9-14   FOOD AND BEVERAGE EXPENSE

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 93.9 % | 71.1 % | 62.1 % | 72.4 % | 77.6 % | 63.9 % | 86.8 % | 74.1 % |
| Per Available Room | $11,190 | $12,647 | $12,603 | $11,667 | $12,507 | $7,480 | $11,125 | $12,626 |
| Per Occupied Room | $43.67 | $48.07 | $47.94 | $44.03 | $49.40 | $28.34 | $43.54 | $48.04 |

**Other Operated Departments Expense**

Other operated departments expense comprises expenses associated with the hotel's various other and minor operated departments.

## FIGURE 9-15   OTHER OPERATED DEPARTMENTS EXPENSE

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 80.7 % | 1.4 % | 11.0 % | 63.3 % | 67.6 % | 47.0 % | 80.7 % | 80.3 % |
| Per Available Room | $388 | $16 | $298 | $1,459 | $2,050 | $377 | $400 | $401 |
| Per Occupied Room | $1.51 | $0.06 | $1.13 | $5.51 | $8.10 | $1.43 | $1.57 | $1.53 |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 129 of 199



**Administrative and General Expense**

Administrative and general expense includes the salaries and wages of all administrative personnel who are not directly associated with a particular department. Expense items related to the management and operation of the property are also allocated to this category.

Most administrative and general expenses are relatively fixed. The exceptions are cash overages and shortages; commissions on credit card charges; provision for doubtful accounts, which are moderately affected by the number of transactions or total revenue; and salaries, wages, and benefits, which are very slightly influenced by volume. Based upon our review of comparable operating statements and the operating history of the subject hotel, we have adjusted the administrative & general line item downward.

**FIGURE 9-16   ADMINISTRATIVE AND GENERAL EXPENSE**

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
|---|---|---|---|---|---|---|---|---|
| Percentage of Revenue | 8.0 % | 6.6 % | 5.3 % | 9.1 % | 9.3 % | 7.6 % | 7.8 % | 7.0 % |
| Per Available Room | $5,471 | $5,178 | $4,170 | $6,647 | $7,082 | $5,107 | $5,390 | $5,492 |
| Per Occupied Room | $21.35 | $19.68 | $15.86 | $25.08 | $27.97 | $19.35 | $21.10 | $20.90 |

**Information and Telecommunications Systems Expense**

Information and telecommunications systems expense consists of all costs associated with a hotel's technology infrastructure. This includes the costs of cell phones, administrative call and Internet services, and complimentary call and Internet services. Expenses in this category are typically organized by type of technology or the area benefiting from the technology solution.

**FIGURE 9-17   INFORMATION AND TELECOMMUNICATIONS SYSTEMS EXPENSE**

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
|---|---|---|---|---|---|---|---|---|
| Percentage of Revenue | 1.0 % | 0.6 % | 0.8 % | 0.7 % | 0.7 % | 2.2 % | 1.1 % | 0.9 % |
| Per Available Room | $708 | $477 | $651 | $545 | $535 | $1,464 | $724 | $738 |
| Per Occupied Room | $2.76 | $1.81 | $2.48 | $2.06 | $2.11 | $5.55 | $2.83 | $2.81 |

**Marketing Expense**

Marketing expense consists of all costs associated with advertising, sales, and promotion; these activities are intended to attract and retain customers. Marketing can be used to create an image, develop customer awareness, and stimulate patronage of a property's various facilities.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 130 of 199



The marketing category is unique in that all expense items, with the exception of fees and commissions, are totally controlled by management. Most hotel operators establish an annual marketing budget that sets forth all planned expenditures. If the budget is followed, total marketing expenses can be projected accurately.

Marketing expenditures are unusual because, although there is a lag period before results are realized, the benefits are often extended over a long period. Depending on the type and scope of the advertising and promotion program implemented, the lag time can be as short as a few weeks or as long as several years. However, the favorable results of an effective marketing campaign tend to linger, and a property often enjoys the benefits of concentrated sales efforts for many months.

**FIGURE 9-18  MARKETING EXPENSE**

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 8.2 % | 7.9 % | 6.7 % | 9.3 % | 7.5 % | 6.8 % | 8.4 % | 7.6 % |
| Per Available Room | $5,657 | $6,162 | $5,195 | $6,800 | $5,719 | $4,541 | $5,785 | $5,894 |
| Per Occupied Room | $22.08 | $23.42 | $19.76 | $25.66 | $22.59 | $17.21 | $22.64 | $22.43 |

**Franchise Fee**

The hotel currently operates as a Marriott Hotel under a license agreement with Marriott International; the existing agreement expires in 2038 and does not carry an option for renewal. The property's current franchise agreement had a ramp up in franchise fees, but as of the fourth operating year the fees stabilize at a royalty fee of 6.0% of rooms revenue and 3% of food and beverage revenue, and a marketing fund charge of 1.0% of rooms revenue. We note that the current franchise agreement cannot automatically be transferred to a new owner upon the sale of the property. We have assumed that a buyer would elect to continue to operate the hotel as a Marriott and would enter into a license agreement that would reflect the current terms as published in the company's franchise disclosure document (FDD). The costs of the Marriott affiliation, which are reflected in our forecast, comprise a 6.0% royalty fee and a 1.0% marketing fund fee (percentage of rooms revenue). Furthermore, the royalty fee includes a 3.0% of food and beverage revenue assessment. Other charges related to the affiliation, such as frequent guest programs, are reflected in the appropriate departmental expenses, consistent with the Uniform System of Accounts for the Lodging Industry (USALI).

Marketing expense and franchise fees are often analyzed in total because hotels may account for some components of franchise expense in the marketing expense category. The subject property's total marketing and franchise expense has been forecast at 13.4% of total revenue on a stabilized basis; the comparable operating statements show a range from 12.1% to 14.6% of total revenue.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 131 of 199



**Property Operations and Maintenance**

Property operations and maintenance expense is another expense category that is largely controlled by management. Except for repairs that are necessary to keep the facility open and prevent damage (e.g., plumbing, heating, and electrical items), most maintenance can be deferred for varying lengths of time.

The age of a lodging facility has a strong influence on the required level of maintenance. A new or thoroughly renovated property is protected for several years by modern equipment and manufacturers' warranties. However, as a hostelry grows older, maintenance expenses escalate. A well-organized preventive maintenance system often helps delay deterioration, but most facilities face higher property operations and maintenance costs each year, regardless of the occupancy trend. The quality of initial construction can also have a direct impact on future maintenance requirements. The use of high-quality building materials and construction methods generally reduces the need for maintenance expenditures over the long term.

Maintenance is an accumulating expense. If management elects to postpone performing a required repair, the expenditure has not been eliminated, only deferred until a later date. A lodging facility that operates with a lower-than-normal maintenance budget is likely to accumulate a considerable amount of deferred maintenance.

**FIGURE 9-19   PROPERTY OPERATIONS AND MAINTENANCE EXPENSE**

| | Subject Property | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | 2024/25 | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 4.1 % | 4.1 % | 3.1 % | 2.8 % | 4.3 % | 3.5 % | 3.9 % | 3.5 % |
| Per Available Room | $2,813 | $3,223 | $2,392 | $2,054 | $3,281 | $2,370 | $2,672 | $2,723 |
| Per Occupied Room | $10.98 | $12.25 | $9.10 | $7.75 | $12.96 | $8.98 | $10.46 | $10.36 |

**Utilities Expense**

The utilities consumption of a lodging facility takes several forms, including water and space heating, air conditioning, lighting, cooking fuel, and other miscellaneous power requirements. The most common sources of hotel utilities are electricity, natural gas, fuel oil, and steam. This category also includes the cost of water service.

Total energy cost depends on the source and quantity of fuel used. Electricity tends to be the most expensive source, followed by oil and gas. Although all hotels consume a sizable amount of electricity, many properties supplement their utility requirements with less expensive sources, such as gas and oil, for heating and cooking. Utility expenses are highly tied to local utility rates in the Milwaukee market; therefore, we have given primary consideration to the hotel's operating history.



## FIGURE 9-20   UTILITIES EXPENSE

|  | Subject Property 2024/25 | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
|  |  | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 3.3 % | 3.5 % | 2.0 % | 1.5 % | 2.5 % | 3.2 % | 3.4 % | 3.1 % |
| Per Available Room | $2,292 | $2,707 | $1,541 | $1,108 | $1,859 | $2,159 | $2,344 | $2,388 |
| Per Occupied Room | $8.95 | $10.29 | $5.86 | $4.18 | $7.34 | $8.18 | $9.17 | $9.09 |

**Management Fee**

Management expense consists of the fees paid to the managing agent contracted to operate the property. Some companies provide management services and a brand-name affiliation (first-tier management company), while others provide management services alone (second-tier management company). Some management contracts specify only a base fee (usually a percentage of total revenue), while others call for both a base fee and an incentive fee (usually a percentage of defined profit). Basic hotel management fees are often based on a percentage of total revenue, which means they have no fixed component. While base fees typically range from 2.0% to 4.0% of total revenue, incentive fees are deal-specific and often are calculated as a percentage of income available after debt service and, in some cases, after a preferred return on equity.

The subject hotel is managed by White Lodging Services. Terms of this agreement call for a base management fee of 3.5% of gross revenues; furthermore, the agreement calls for an incentive fee of 20.0% of operating profit, after payment of an owner's priority, which is 10% of the total project costs.  While the appraisers were not provided with the total project costs to date, we have assumed that based on the reported construction cost of $54 million, the operating profit is not expected to surpass an owner's priority of $5.4M throughout the projection period. Therefore, our projections do not reflect any incentive management fees. In addition, the management agreement cannot be terminated upon sale unless a termination fee is paid, which is equal to the greater of $1,000,000 or two times the management fee in the prior fiscal year. As a result, our appraisal assumes that the hotel will remain managed by White Lodging Services  throughout the assumed holding period, with 3.5% management fees deducted.

**Property Taxes**

Property (or ad valorem) tax is one of the primary revenue sources of municipalities. Based on the concept that the tax burden should be distributed in proportion to the value of all properties within a taxing jurisdiction, a system of assessments is established. Theoretically, the assessed value placed on each parcel bears a definite relationship to market value; thus, properties with equal market values will have similar assessments, and properties with higher and lower values will have proportionately larger and smaller assessments.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 133 of 199



Depending on the taxing policy of the municipality, property taxes can be based on the value of the real property or the value of the personal property and the real property. We have based our estimate of the subject property's market value (for tax purposes) on an analysis of assessments of both the subject property and comparable hotel properties in the local municipality. The following table details the subject property's assessment history.

**FIGURE 9-21   SUBJECT PROPERTY'S ASSESSMENT HISTORY – REAL PROPERTY**

| | Real Property | | | |
| | | Assessed Value | | |
| Year | Land | Improvements | Real Property Total | Percent Change |
|------|------|--------------|---------------------|----------------|
| 2021 | $2,484,000 | $28,120,500 | $30,604,500 | — |
| 2022 | 2,484,000 | 30,967,900 | 33,451,900 | 9.3  % |
| 2023 | 2,484,000 | 30,967,900 | 33,451,900 | 0.0 |
| 2024 | 2,484,000 | 32,312,000 | 34,796,000 | 4.0 |
| 2025 | 2,484,000 | 33,985,900 | 36,469,900 | 4.8 |

Source: Milwaukee Assessor's Office

**FIGURE 9-22   SUBJECT PROPERTY'S ASSESSMENT HISTORY – SPECIAL ASSESSMENTS/CREDITS**

| | Special Assessments/Credits | | | |
| Year | Special Assessment | Percent Change | First Dollar Credit | Percent Change |
|------|--------------------|----------------|---------------------|----------------|
| 2021 | $48,391 | — | -69.35 | — |
| 2022 | 53,482 | 10.5  % | -73.76 | 6.4  % |
| 2023 | 55,674 | 4.1 | -71.46 | (3.1) |
| 2024 | 55,890 | 0.4 | -87.04 | — |
| 2025 | N/A | — | N/A | — |

Source: City Treasurer

Reassessments occur annually as of January 1 in Milwaukee County, and for taxes due in 2025 (based on 2024 assessments) the real property assessment ratio equated to 90.2% of fair market value. By law, the county is required to assess

Case 24-21743-gmh     Doc 674-1     Filed 07/21/25     Page 134 of 199



within 10% of market value at least once in every four year period. As of 2024, taxes are no longer assessed on personal property in Milwaukee County. Based on our review of the subject property's historical assessments, comparable data, and the historical trends in tax rates, we have forecast the subject property's real property assessment to increase modestly in the second and third projection period given the anticipated timing and scope of renovations, while also considering our "as is" market value.

Tax rates are based on the city and county budgets, which change annually. The following table shows changes in the tax rate during the last several years.

**FIGURE 9-23   PROPERTY TAX RATES**

| Year | Real Property Tax Rate |
|------|------------------------|
| 2021 | 26.27 |
| 2022 | 23.81 |
| 2023 | 23.63 |
| 2024 | 22.92 |

Source: City of Milwaukee

Because the objective of assessed value is to maintain a specific value relationship among all properties in a taxing jurisdiction, comparable hotel assessments should be evaluated to determine whether the assessed value of the subject property appears reasonable in this context. A review of the assessed values of several comparable hotels located in the local county jurisdiction reveals the following information.



## FIGURE 9-24   COUNTY-ASSESSED VALUE OF COMPARABLE HOTELS

| Hotel | Year Open | Land | Improvements | Total |
|---|---|---|---|---|
| Subject Property | 2013 | $2,484,000 | $32,312,000 | $34,796,000 |
| Westin Milwaukee | 2017 | $4,487,400 | $35,208,500 | $39,695,900 |
| Pfister Hotel | 1893 | 3,240,000 | 42,534,200 | 45,774,200 |
| Saint Kate The Arts Hotel | 1988 | 2,922,900 | 26,349,600 | 29,272,500 |
| Hyatt Regency Milwaukee | 1980 | 5,530,500 | 34,463,800 | 39,994,300 |
| DoubleTree by Hilton Milwaukee City Center | 1965 | 1,678,200 | 17,844,200 | 19,522,400 |
| Kimpton Journeyman Hotel | 2016 | 1,016,600 | 31,204,600 | 32,221,200 |
| Trade Autograph Collection by Marriott | 2023 | 545,600 | 52,240,400 | 52,786,000 |
| Hotel Metro Autograph Collection | 1998 | 1,080,000 | 5,904,800 | 6,984,800 |
| Iron Horse Hotel | 2008 | 681,900 | 21,290,500 | 21,972,400 |
| Hilton Garden Inn Milwaukee Downtown | 2012 | 1,620,000 | 15,530,000 | 17,150,000 |
| Courtyard by Marriott Milwaukee Downtown | 1999 | 3,334,300 | 17,509,000 | 20,843,300 |
| Drury Plaza Hotel Milwaukee Downtown | 2019 | 1,106,000 | 17,853,300 | 18,959,300 |

| Hotel | Number of Rooms | Amounts Per Room | | |
|---|---|---|---|---|
| | | Land | Improvements | Total |
| Subject Property | 205 | $12,117 | $157,620 | $169,737 |
| Westin Milwaukee | 220 | $20,397 | $160,039 | $180,436 |
| Pfister Hotel | 307 | 10,554 | 138,548 | 149,102 |
| Saint Kate The Arts Hotel | 219 | 13,347 | 120,318 | 133,664 |
| Hyatt Regency Milwaukee | 483 | 11,450 | 71,354 | 82,804 |
| DoubleTree by Hilton Milwaukee City Center | 243 | 6,906 | 73,433 | 80,339 |
| Kimpton Journeyman Hotel | 158 | 6,434 | 197,497 | 203,932 |
| Trade Autograph Collection by Marriott | 207 | 2,636 | 252,369 | 255,005 |
| Hotel Metro Autograph Collection | 63 | 17,143 | 93,727 | 110,870 |
| Iron Horse Hotel | 100 | 6,819 | 212,905 | 219,724 |
| Hilton Garden Inn Milwaukee Downtown | 127 | 12,756 | 122,283 | 135,039 |
| Courtyard by Marriott Milwaukee Downtown | 170 | 19,614 | 102,994 | 122,608 |
| Drury Plaza Hotel Milwaukee Downtown | 227 | 4,872 | 78,649 | 83,521 |

Source: Milwaukee Assessor's Office

Based on comparable assessments and the tax rate information, the subject hotel's projected property tax expense levels are calculated as follows:



## FIGURE 9-25   PROJECTED PROPERTY TAX EXPENSE

| Year | Land | Assessed Value Improvements | Total | Forecast Rate of Value Change | Base Rate of Tax Burden Increase | Real Prop. Tax Rate | Tax Forecast | Special Assessment | First Dollar Credit | Total Tax Payable |
|------|------|-------------|-------|-------------------------------|----------------------------------|---------------------|--------------|--------------------|---------------------|-------------------|
| Historical | $2,484,000 | $32,312,000 | $34,796,000 | — | — | 22.92 | $797,629 | $55,890 | ($87.04) | $853,519 |
| 2025/26 | $2,484,000 | $33,985,900 | $36,469,900 | 4.8 % | 1.0 % | — | $843,976 | $55,890 | ($87.04) | $899,779 |
| 2026/27 | 2,484,000 | 34,155,830 | 36,639,830 | 0.5 | 2.0 | — | 864,788 | 55,890 | ($87.04) | 920,591 |
| 2027/28 | 2,484,000 | 34,326,609 | 36,810,609 | 0.5 | 3.0 | — | 894,762 | 55,890 | ($87.04) | 950,565 |
| 2028/29 | 2,484,000 | 34,326,609 | 36,810,609 | 0.0 | 3.0 | — | 921,605 | 55,890 | ($87.04) | 977,408 |
| 2029/30 | 2,484,000 | 34,326,609 | 36,810,609 | 0.0 | 3.0 | — | 949,253 | 55,890 | ($87.04) | 1,005,056 |

**Insurance Expense**

The insurance expense category consists of the cost of insuring the hotel and its contents against damage or destruction by fire, weather, sprinkler leakage, boiler explosion, plate glass breakage, and so forth. General insurance costs also include premiums relating to liability, fidelity, and theft coverage.

Insurance rates are based on many factors, including building design and construction, fire detection and extinguishing equipment, fire district, distance from the firehouse, and the area's fire experience. Insurance expenses do not vary with occupancy.

## FIGURE 9-26   INSURANCE EXPENSE

| | Subject Property 2024/25 | Comparable Operating Statements | | | | | Subject Property Forecast | |
|---|---|---|---|---|---|---|---|---|
| | | #1 | #2 | #3 | #4 | #5 | 2025/26 | Deflated Stabilized |
| Percentage of Revenue | 1.3 % | 1.6 % | 0.4 % | 0.6 % | 1.6 % | 1.5 % | 1.4 % | 1.2 % |
| Per Available Room | $906 | $1,244 | $343 | $423 | $1,217 | $1,005 | $972 | $972 |
| Per Occupied Room | $3.54 | $4.73 | $1.30 | $1.60 | $4.81 | $3.81 | $3.81 | $3.70 |

**Other Fixed Items**

As illustrated, the operating statements show no additional fixed expenses; therefore, no fixed expenses have been forecast.

**Reserve for Replacement**

Furniture, fixtures, and equipment (FF&E) are essential to the operation of a lodging facility, and their quality often influences a property's class. This category includes all non-real estate items that are capitalized, rather than expensed. The FF&E of a hotel are exposed to heavy use and must be replaced at regular intervals. The useful life of these items is determined by their quality, durability, and the amount of guest traffic and use.

Periodic replacement of FF&E is essential to maintain the quality, image, and income-producing potential of a lodging facility. Because capitalized expenditures are not included in the operating statement but affect an owner's cash flow, a



forecast of income and expense should reflect these expenses in the form of an appropriate reserve for replacement.

The International Society of Hospitality Consultants (ISHC) oversees a major industry-sponsored study of the capital expenditure requirements for full-service/luxury, select-service, and extended-stay hotels. The most recent study was published in 2023.[12] Historical capital expenditures of well-maintained hotels were investigated through the compilation of data provided by most of the major hotel companies in the United States. A prospective analysis of future capital expenditure requirements was also performed based upon the cost to replace short- and long-lived building components over a hotel's economic life. The study showed that the capital expenditure requirements for hotels vary significantly from year to year and depend upon both the actual and effective ages of a property. The results of this study showed that hotel lenders and investors are requiring reserves for replacement ranging from 4.0% to 5.0% of total revenue.

The hotel's management agreement requires a reserve for replacement of 5.0% of total revenues to provide for the timely and periodic replacement of the subject property's furniture, fixtures, and equipment. As any sale of the hotel would be encumbered by the management agreement, we have forecast the reserve in line with the contracted level.

**Forecast of Revenue and Expense Conclusion**

Historical and projected total revenue and net operating income are set forth in the following chart.

---

[12] The International Society of Hotel Consultants, *CapEx 2023, A Study of Capital Expenditures in the U.S. Hotel Industry.*

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 138 of 199



## FIGURE 9-27    FORECAST OF REVENUE AND EXPENSE CONCLUSION

| | Year | Total Revenue – Total | Total Revenue – % Change | Gross Operating Profit – Total | Gross Operating Profit – % Change | Gross Operating Profit – As a % of Total Rev. | EBITDA Less Replacement Reserve – Total | EBITDA Less Replacement Reserve – % Change | EBITDA Less Replacement Reserve – As a % of Total Rev. |
|---|---|---|---|---|---|---|---|---|---|
| **Historical** | 2019 | $15,653,000 | — | $5,849,000 | — | 37.4 % | $3,274,000 | — | 20.9 % |
| *partial* | 2020 | 2,435,000 | (84.4) % | (397,000) | (106.8) % | (16.3) | (1,831,000) | (155.9) % | (75.2) |
| *partial* | 2021 | 3,259,000 | 33.8 | 889,000 | 323.9 | 27.3 | (325,000) | 82.3 | (10.0) |
| | 2022 | 10,158,000 | 211.7 | 2,816,000 | 216.8 | 27.7 | 921,000 | 383.4 | 9.1 |
| | 2023 | 12,307,000 | 21.2 | 3,367,000 | 19.6 | 27.4 | 1,289,000 | 40.0 | 10.5 |
| | 2024 | 13,735,000 | 11.6 | 4,280,000 | 27.1 | 31.2 | 2,079,000 | 61.3 | 15.1 |
| *Fiscal Year Ending March 31* | 2024/25 | 14,070,000 | 2.4 | 4,587,000 | 7.2 | 32.6 | 2,370,000 | 14.0 | 16.8 |
| | | | | | | | | | |
| **Projected** | 2025/26 | $14,087,000 | 0.1 % | $4,654,000 | 1.5 % | 33.0 % | $2,358,000 | (0.5) % | 16.7 % |
| | 2026/27 | 15,700,000 | 11.5 | 5,586,000 | 20.0 | 35.6 | 3,126,000 | 32.6 | 19.9 |
| | 2027/28 | 16,977,000 | 8.1 | 6,390,000 | 14.4 | 37.6 | 3,785,000 | 21.1 | 22.3 |
| | 2028/29 | 17,487,000 | 3.0 | 6,582,000 | 3.0 | 37.6 | 3,901,000 | 3.1 | 22.3 |
| | 2029/30 | 18,011,000 | 3.0 | 6,780,000 | 3.0 | 37.6 | 4,019,000 | 3.0 | 22.3 |

## INCOME CAPITALIZATION – DISCOUNTED CASH FLOW

The subject property has been valued via the income approach through the application of a ten-year DCF analysis. The process of converting the projected income stream into an estimate of value is described as follows:

1. An appropriate discount rate is selected to apply to the projected net income before debt service. This rate reflects the unlevered, "free and clear" internal rate of return required by hotel investors. While the costs of debt and equity are not explicitly considered in the analysis, the selected discount rate implicitly reflects the costs of debt and equity as of the date of value. The discount rate takes into consideration the degree of perceived risk, anticipated income growth, market attitudes, and rates of return on other investment alternatives, as well as the availability and cost of financing. The discount rate is chosen by reviewing sales transactions and investor surveys and interviewing market participants.

2. A reversionary value reflecting the sales price of the property at the end of the ten-year period is calculated by capitalizing the eleventh-year net income by the terminal capitalization rate and deducting typical brokerage and legal fees. The terminal capitalization rate reflects an investor's expectations of the cost of capital and asset appreciation at the end of the assumed ten-year holding period.

3. Each year's forecasted net income before debt service and depreciation and the reversionary sales proceeds at the end of the ten-year period are

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 139 of 199



converted to a present value by multiplying the cash flow by the selected discount rate for that year in the forecast. The sum of the discounted cash flows equates to the value of the subject property.

**Discount Rate**

Discount rates reflect a blended cost of debt and equity. The hotel investment market is currently in a state of flux. Most lodging markets have substantially recovered from the impact of the pandemic, with RevPAR now exceeding 2019 levels. These strong market fundamentals have attracted investors seeking acquisition opportunities within the sector. However, concerns about the near-term economic outlook, combined with increased regulations, have limited the availability of debt, particularly from traditional sources. Interest rates remain elevated from both recent and pre-pandemic norms given the successive increases by the Fed. Thus, these factors have resulted in a challenging lending environment.

Short-term loans are available from some sources and are typically structured with initial terms of one to three years, followed by several one-year extension options. These loans are usually interest only and reflect interest rates in the upper single-digit range. Offsetting the more stringent lending environment is the significant equity that has been raised to pursue hotel assets. The competitive equity environment is somewhat mitigating the full impact of the more expensive debt component; nevertheless, discount rates are higher than the levels reported in prior years.

Discount rates derived from investor and broker surveys, as well as hotel sales transactions,[13] were reviewed. The following chart summarizes the averages presented for discount rates in various investor surveys during the past decade. The table after the chart reflects the most recent data for the subject property's asset class. We note that these results represent overall averages taken from a wide array of individual data points; accordingly, a range of reasonableness exists above and below the most recent figures.

---

[13] Discount rates were derived from hotels that were appraised by HVS at the time of sale.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 140 of 199



## FIGURE 9-28   HISTORICAL TRENDS OF DISCOUNT RATES



## FIGURE 9-29   OVERALL DISCOUNT RATES DERIVED FROM SALES AND INVESTOR SURVEYS

| Source | Data Point Range | Average |
|---|---|---|
| HVS Hotel Sales - Full-Service & Luxury | 7.9% − 12.7% | 10.5% |
| HVS Hotel Sales - Select-Service & Extended-Stay | 9.9% − 12.9% | 11.3% |
| *HVS Brokers Survey* | *Spring 2025 Survey* | |
| Luxury & Upper Upscale Hotels | 7.0% − 12.5% | 9.9% |
| Full-Service Hotels | 9.0% − 12.5% | 11.1% |
| *PWC Real Estate Investor Survey* | *1st Quarter 2025 Survey* | |
| Luxury Hotels | 7.5% − 11.0% | 9.6% |
| Full-Service Hotels | 8.0% − 12.0% | 10.1% |
| *USRC Hotel Investment Survey* | *Winter 2025 Survey* | |
| Full-Service Hotels | 9.75% − 11.5% | 10.6% |
| *Situs RERC Real Estate Report* | *4th Quarter 2024 Survey* | |
| Second-Tier Hotels | 9.0% − 13.2% | 10.9% |
| First-Tier Hotels | 8.5% − 12.0% | 9.9% |

We find that investor surveys typically lag market sentiment by three to six months. Our review of hotel transaction activity and pricing indicates that the discount rate applied to the projected EBITDA Less Replacement Reserve in the hotel valuation



process is affected primarily by the profile and desirability of the asset, the most likely investor, and the prognosis for transaction financing.

In the present capital market environment, financing for hotels is available for capitalized buyers with strong lending relationships and at interest rates that are starting to normalize from the high rates of 2023 and early 2024. Following the federal funds rate adjustments of 2024, interest rates have typically been in the 7.0% to 8.0% range, depending on the asset and market, while LTV ratios and amortization periods remain somewhat lower than normal, reflecting the market's continued perception of elevated risk in the near term. These factors have combined to make mortgage capital relatively expensive, compared to longer-term norms. However, with the anticipated continued reductions to the federal funds rate, mortgage terms and availability are expected to improve, returning to levels more in line with historical norms over the long term.

Investors seeking financing in this environment typically do so with the expectation of refinancing the debt as and when market conditions improve. Thus, while the near-term cost of capital is high, the property would be anticipated to be refinanced at more favorable terms over the long term. Consistent with this expectation, current loans are typically for a shorter term (one to three years), with new financing assumed at the end of this period. The timing of the assumed refinancing usually aligns with the anticipated stabilization of EBITDA levels, which further supports the assumed refinancing.

HVS has developed a debt-equity model that recognizes both the current market conditions and the prevailing expectation of refinancing when those conditions improve. The financing terms that would be available in the current market are established, and the resulting mortgage is assumed to be in place for two to four years. The terms of the future or refinancing loan are developed, reflecting the assumed return to levels consistent with longer-term norms. Based on this two-part mortgage scenario, a blended discount rate is calculated using the EBITDA forecast for the subject property. The following table summarizes the investment parameters assumed for both the current and the future refinancing.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 142 of 199



|  | Current Financing Terms | Refinancing Terms |
|---|---|---|
| Loan/Value: | 60.0% | 65.0% |
| Amortization: | 25   Years | 30   Years |
| Term: | 10   Years | 10   Years |
| Interest Rate: | 7.50% | 5.50% |
| Terminal Cap Rate: | 8.0% | 8.0% |
| Transaction Costs: | 2.5% | 2.5% |
| Equity Yield: | 16.0% | 17.0% |
| Total Property Yield: | 11.8% | 10.5% |
| Year of Refinancing: |  | 4 |
| Blended Total Property Yield | 11.0% |  |

The subject property is categorized as a full-service, first-tier hotel. Based on the characteristics of the subject property, including its age, physical condition, brand affiliation, management agreement, and historical income generation, we have selected a discount rate of 11.00%. This is reflected in the above table as the blended total property yield. As previously noted, investor surveys typically lag market sentiment by three to six months, and therefore are not reflective of the current uncertainty related to recent U.S. policies that have affected both the U.S. and global economies. Given the recent changes and economic uncertainty, we have adjusted the discount rate slightly higher, reflecting a positioned level above where we believe it would be reasonably be positioned in accordance with investor surveys.

**Terminal Capitalization Rate**

Inherent in this valuation process is the assumption of a sale at the end of the ten-year holding period. The estimated reversionary sales price as of that date is calculated by capitalizing the projected eleventh-year net income by an overall terminal capitalization rate. An allocation for the selling expenses is deducted from this sales price.

Terminal capitalization rates reported in several recent investor and broker surveys were reviewed. The following chart summarizes the averages presented for terminal capitalization rates in various investor surveys during the past decade.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 143 of 199



## FIGURE 9-31    HISTORICAL TRENDS OF TERMINAL CAPITALIZATION RATES



## FIGURE 9-32    TERMINAL CAPITALIZATION RATES DERIVED FROM INVESTOR SURVEYS

| Source | Data Point Range | Average |
|---|---|---|
| *HVS Brokers Survey* | *Spring 2025 Survey* | |
| Luxury & Upper Upscale Hotels | 5.5% – 9.5% | 7.4% |
| Full-Service Hotels | 6.0% – 11.0% | 8.5% |
| *PWC Real Estate Investor Survey* | *1st Quarter 2025 Survey* | |
| Luxury Hotels | 6.5% – 10.0% | 8.1% |
| Full-Service Hotels | 5.0% – 10.5% | 8.3% |
| *USRC Hotel Investment Survey* | *Winter 2025 Survey* | |
| Full-Service Hotels | 7.0% - 10.5% | 8.3% |
| *Situs RERC Real Estate Report* | *4th Quarter 2024 Survey* | |
| Second-Tier Hotels | 8.0% – 12.3% | 9.9% |
| First-Tier Hotels | 7.5% – 10.5% | 9.0% |

The number of hotel investors active during the current cycle has created competition for desirable assets, particularly those with strong products and/or in desirable locations. As a result, investors pursuing these assets often do not adjust the terminal capitalization rates, reflecting their expectation of asset appreciation. Conversely, less desirable assets, such as older facilities or those with high fixed costs (e.g., union labor, ground lease, etc.) have not seen as much competition; thus, an upward adjustment may be warranted.



Average terminal capitalization rates for full-service, first-tier hotels were considered. Terminal cap rates are at the low end of the range for quality hotel assets in markets with high barriers to entry and at the high end of the range for older assets, for those suffering from functional obsolescence, and/or for weak market conditions, reflecting the recognition that certain assets have less opportunity for significant appreciation. Based on the subject property's modern design, age, and Downtown Milwaukee location, it is our opinion that a terminal capitalization rate of 8.00% would be appropriate.

**DCF Analysis "As Is"**    Utilizing the discount rate set forth, the DCF procedure is summarized as follows. The capital deduction is applied in this analysis as shown.

**FIGURE 9-33   DISCOUNTED CASH FLOW ANALYSIS**

| Year | EBITDA Less Reserves | Discount Factor @ 11.00% | Discounted Cash Flow |
|------|------|------|------|
| 2025/26 | $2,358,000 | 0.90090 | $2,124,000 |
| 2026/27 | 3,126,000 | 0.81162 | 2,537,000 |
| 2027/28 | 3,785,000 | 0.73119 | 2,768,000 |
| 2028/29 | 3,901,000 | 0.65873 | 2,570,000 |
| 2029/30 | 4,019,000 | 0.59345 | 2,385,000 |
| 2030/31 | 4,140,000 | 0.53464 | 2,213,000 |
| 2031/32 | 4,264,000 | 0.48166 | 2,054,000 |
| 2032/33 | 4,392,000 | 0.43393 | 1,906,000 |
| 2033/34 | 4,524,000 | 0.39092 | 1,769,000 |
| 2034/35 | 63,151,000 * | 0.35218 | 22,241,000 |

| | |
|------|------|
| Estimated Market Value, Prior to Deduct | $42,566,000 |
| Capital Deduction (If Applicable) | 5,700,000 |
| Estimated Market Value, After Deduct | $36,866,000 |
| **Rounded To** | **$36,900,000** |
| **Per Room** | **$180,000** |

**Reversion Analysis**

| | |
|------|------|
| 11th Year's EBITDA Less Reserves | $4,799,000 |
| Capitalization Rate | 8.00% |
| Total Sales Proceeds | $59,991,000 |
| Less: Transaction Costs @ 2.5% | 1,500,000 |
| Net Sales Proceeds | $58,491,000 |

*10th year net income of $4,659,491 plus sales proceeds of $58,491,000



**Direct Capitalization**   The following chart summarizes the averages presented for overall capitalization rates in various investor surveys during the past decade.

**FIGURE 9-34   HISTORICAL TRENDS OF OVERALL CAPITALIZATION RATES**



**FIGURE 9-35   OVERALL CAPITALIZATION RATES DERIVED FROM SALES AND INVESTOR SURVEYS**

| Source | Data Point Range | Average |
|---|---|---|
| HVS Hotel Sales - Full-Service & Luxury | 2.2% – 9.8% | 7.2% |
| HVS Hotel Sales - Select-Service & Extended-Stay | 5.9% – 11.2% | 8.1% |
| HVS Hotel Sales - Limited-Service | 6% – 12.9% | 9.1% |
| *HVS Brokers Survey* | *Spring 2025 Survey* | |
| Luxury & Upper Upscale Hotels | 5.0% – 9.0% | 6.9% |
| Full-Service Hotels | 5.5% – 10.5% | 8.3% |
| *PWC Real Estate Investor Survey* | *1st Quarter 2025 Survey* | |
| Luxury Hotels | 6.0% – 9.0% | 8.0% |
| Full-Service Hotels | 7.0% – 9.5% | 8.5% |
| *USRC Hotel Investment Survey* | *Winter 2025 Survey* | |
| Full-Service Hotels | 6.0% – 8.5% | 7.9% |
| *Situs RERC Real Estate Report* | *4th Quarter 2024 Survey* | |
| Second-Tier Hotels | 7.0% – 11.6% | 9.3% |
| First-Tier Hotels | 6.5% – 10.0% | 8.4% |



The following table reflects the capitalization rates for the subject property that have been derived based on our estimate of market value via the DCF analysis. Note that the stabilized year's net income has been deflated to first-year dollars.

FIGURE 9-36   DERIVED CAPITALIZATION RATES

| Year | EBITDA Less Replacement Reserves | Market Value "As Is" | Derived Capitalization Rate | Market Value With Capital Deduction (Total Investment) | Capitalization Rate On Total Investment |
|---|---|---|---|---|---|
| 2024/25 Historical * | $2,370,000 | $36,900,000 | 6.4 % | $42,600,000 | 5.6 % |
| Forecast 2025/26 | 2,358,000 | 36,900,000 | 6.4 | 42,600,000 | 5.5 |
| Deflated Stabilized (2024/25) Dollars | 3,568,000 | 36,900,000 | 9.7 | 42,600,000 | 8.4 |

* Historical EBITDA Less Replacement Reserves has been adjusted to reflect a 5.0% reserve

The capitalization rate based on the first year's projected EBITDA Less Replacement Reserve is below the current rates of return for hotel investments that reflect the subject hotel's operating profile due to the forthcoming renovation expected at the subject property. The capitalization rate indicated by the deflated stabilized EBITDA Less Replacement Reserve is within the typical range, although somewhat high in reflection of the risk associated with reaching stabilization following the assumed renovations.

**Conclusion**

Using the income capitalization approach, the subject property has been valued utilizing a DCF analysis and the direct capitalization approach. The value indication via the income capitalization approach has been concluded to be $36,900,000, or $180,000 per room.



# 10. Sales Comparison Approach

The sales comparison approach is based on the principle of substitution, which defines a property's value as the cost of acquiring an equally desirable substitute (assuming that no costly delay is incurred in making the substitution). Thus, the sales comparison approach can be used to form an opinion of a property's market value from the price at which equally desirable properties have sold, or for which they can be purchased, on the open market.

**Hotel Investment Market Overview**

The following overview of the hotel investment market during recent industry investment cycles provides a context for the sales comparison approach.

The volume of hotel transactions and the price paid for individual assets are influenced by two principal factors: the availability of capital and the performance of the lodging sector as a whole. When high levels of leverage are available on favorable terms and the industry is performing well, investors are attracted to the market, and both prices and the number of transactions increase. These market conditions often induce sellers to put their properties on the market, further fueling the pace of transaction activity. Conversely, when the availability of capital declines and interest rates increase, both the pace of activity and pricing levels decrease. When these capital conditions coincide with a downturn in industry performance, the transaction market drops off significantly. In these market conditions, sellers are typically unwilling to put their properties on the market, electing to wait until market conditions improve. The impact of these influences results in a cyclical investment market, recording peaks and valleys in response to changes in the capital markets and the economy.

The following chart sets forth the dollar volume and number of U.S. hotel transactions by quarter since 2013, as reported by Real Capital Analytics. The blue bar graph represents the number of transactions, while the red line represents the dollar volume of transactions.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 148 of 199



FIGURE 10-1   U.S. HOTEL TRANSACTIONS BY QUARTER



Source: Real Capital Analytics

The cyclical nature of the hospitality investment market is evident in the sales data. Driven by strong industry fundamentals and a favorable investment environment, transaction volume reached a peak for the prior cycle of almost $51 billion in 2015. Total sales volume declined in 2016 and 2017 given a slowing economy, fewer hotels coming to market, and a gap that persisted between seller and buyer expectations. With investor sentiments buoyed by a more positive economic outlook in 2018, total transaction volume soared, increasing by 53.0% over 2017 levels; a significant increase in the number of portfolio sales and a greater number of large, high-priced, single-asset deals drove the volume gain. Total transaction volume retracted by 10.0% in 2019, as large portfolio transactions were limited and fewer high-priced, single-asset sales occurred; nevertheless, overall volume in 2019 was strong.

With the onset of the COVID-19 pandemic in early 2020, the transaction market came to a halt, and pending deals were either re-traded or abandoned. Limited sales activity resumed in Q3 2020. With the November announcement of a highly effective vaccine, transaction activity rose significantly during the first half of 2021, driven by the sale of Extended Stay America for over $6 billion. This trend continued in the



third and fourth quarters of that year, with volume reaching over $10 and $15 billion, respectively, as sales of larger, higher-priced assets started to pick up. Continued robust recovery trends, including the accelerating pace of both corporate and group travel, fostered an optimistic outlook for the industry in the first half of 2022. These conditions, combined with strong investor interest and the widespread availability of debt at historically low interest rates, led to a surge in transactions and increases in pricing during that period. Concerns about inflation and the economy, including the impact of the successive increases in the federal funds rate beginning in June, caused a modest pull-back in investment activity and pricing beginning mid-year 2022. Nevertheless, the total annual dollar volume and number of transactions exceeded 2021 levels.

Transaction activity slowed significantly in 2023 and early 2024 given the higher interest rates resulting from the successive increases by the Fed. At the same time, the bank failures in the first quarter of 2023, along with fears of a potential recession, induced a high level of caution among lenders for all commercial real estate. After several Fed rate adjustments and some cooling of inflation in the latter half of 2024, general rate stability is anticipated in 2025. Inflation remains above the Fed target of 2025, and there is a lack of clarity as to what effect the current administration's policies will ultimately have on the level of inflation. However, employment remains strong. These factors have resulted in optimistic expectations for the hotel investment sector in 2025. Furthermore, the pending maturity of a high volume of CMBS debt should induce some transaction activity in the coming months, although the cost and availability of debt may limit investor interest and options.

The following graph sets forth the average price per room for hotel transactions since 2012, as reported by Real Capital Analytics. The data reflect the rolling-twelve-month average by quarter, with the red line representing full-service transactions, the blue line representing sales of limited-service hotels, and the black line representing the average for all hotel transactions.[14]

---

[14] Real Capital Analytics individual and portfolio hotel transactions data

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 150 of 199



**FIGURE 10-2   AVERAGE TRANSACTION PRICE PER ROOM**



Source: Real Capital Analytics

In considering the previous chart, it is important to recognize that the data reflect the average price indicated by the sales that occurred during each period and thus are greatly influenced by the type, size, and price of hotels transacted. The indicated fluctuations in per-room hotel prices do not directly reflect the trends in hotel values, as the averages are influenced by the type of hotels and size of deals transacting at a given point in time. In recognition of the volatility of the data based on actual transactions, RCA has developed a Hedonic Series (RCA HS) to reflect the sales price of an average hotel room in a given period, as opposed to the average per-room price indicated by hotel sales.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 151 of 199





The historical pattern of transaction activity and pricing is recurring as the market emerges from the cycle induced by the COVID-19 pandemic. With so many investors looking for the higher yields offered by hotel assets, the pendulum initially swung to a seller's market. Sales of smaller, lower-priced assets, as well as leisure-oriented properties in drive-to destinations, rebounded most quickly. While hotels in some urban and gateway markets have been challenged by slower recovery, the opportunity to acquire assets in these high-barrier-to-entry markets continues to attract both U.S. and international investors that take a long-term view of ownership of these assets. Recently, higher debt costs and limited availability put downward pressure on pricing, with many sellers choosing not to enter the market given the current conditions. Over the long term, market activity is expected to rebound; however, the degree and time frame of the recovery will vary from asset to asset and from market to market.

**Sales History of Subject**

The subject property is currently owned by Wisconsin & Milwaukee Hotel LLC, which is based in Milwaukee. The subject property was built in 2013 at a total cost of approximately $54,000,000. No transfers of the property have reportedly occurred since its construction. The hotel is neither listed nor under contract for sale, and we have no knowledge of any recent listings.

**Review of Comparable Sales**

We have searched our database to identify sales of hotels that are similar to the subject property in terms of location, market characteristics, facilities, and

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 152 of 199



operating profile. The transactions in the following table present sales involving hotels similar to the subject property in terms of location. The second table presents sales involving hotels similar to the subject property in terms of brand and/or operating profile.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 153 of 190



## FIGURE 10-4    REVIEW OF PERTINENT TRANSACTIONS

| Property | Location | Sale Date | Price | Rooms | Price/Rm | Overall Cap | Year Opened |
|---|---|---|---|---|---|---|---|
| Hyatt Place Milwaukee Airport | Milwaukee, WI | Mar-25 | $7,750,000 | 99 | $78,283 | 2.7% | 1988 |
| Country Inn & Suites by Radisson Green Bay North | Green Bay, WI | Feb-25 | 3,500,000 | 63 | 55,556 | — | 2008 |
| Hyatt Centric Minneapolis Downtown | Minneapolis, MN | Jan-25 | 11,600,000 | 154 | 75,325 | — | 2000 |
| AC Hotel by Marriott Minneapolis Downtown | Minneapolis, MN | Nov-24 | 30,000,000 | 245 | 122,449 | 8.2% | 2016 |
| SpringHill Suites by Marriott Green Bay | Green Bay, WI | Sep-24 | 21,125,000 | 127 | 166,339 | — | 2007 |
| Courtyard by Marriott Chicago O'Hare | Des Plaines, IL | Sep-24 | 20,250,000 | 180 | 112,500 | — | 1989 |
| Hyatt House Chicago West Loop-Fulton Market | Chicago, IL | Aug-24 | 63,000,000 | 200 | 315,000 | — | 2019 |
| Embassy Suites by Hilton Madison Downtown | Madison, WI | Jun-24 | 79,500,000 | 262 | 303,435 | — | 2024 |
| Hotel Versey | Chicago, IL | May-24 | 24,000,000 | 137 | 175,182 | 6.9% | 1988 |
| Lofton Hotel | Minneapolis, MN | Feb-24 | 23,500,000 | 251 | 93,625 | — | 2003 |
| Hampton by Hilton Milwaukee Northwest | Milwaukee, WI | Feb-24 | 5,650,000 | 107 | 52,804 | — | 1987 |
| Peregrine Omaha Downtown Curio Collection by Hilton (The) | Omaha, NE | Dec-23 | 12,886,879 | 89 | 144,796 | 3.4% | 1910 |
| Moxy Omaha Downtown | Omaha, NE | Oct-23 | 21,350,000 | 113 | 188,938 | — | 2023 |
| Hampton by Hilton Milwaukee Downtown | Milwaukee, WI | Oct-23 | 9,200,000 | 138 | 66,666 | — | 2000 |
| Hyatt Regency Deerfield | Deerfield, IL | Sep-23 | 21,500,000 | 301 | 71,429 | — | 1988 |
| Chicago Marriott Suites Deerfield | Deerfield, IL | Sep-23 | 6,660,000 | 248 | 26,855 | — | 1990 |
| Marriott Minneapolis Southwest | Minnetonka, MN | Dec-22 | 23,600,000 | 321 | 73,520 | — | 1988 |
| Hilton Rosemont Chicago O'Hare | Rosemont, IL | Dec-22 | 18,000,000 | 300 | 60,000 | — | 1987 |
| Aloft Green Bay | Green Bay, WI | Dec-22 | 7,728,800 | 105 | 73,608 | — | 2009 |
| Hotel Felix | Chicago, IL | Oct-22 | 28,550,000 | 228 | 125,219 | 3.0% | 1926 |
| DoubleTree by Hilton Neenah | Neenah, WI | Oct-22 | 13,000,000 | 107 | 121,495 | — | 1971 |
| citizenM Chicago Downtown | Chicago, IL | Sep-22 | 74,686,000 | 280 | 266,736 | — | 2022 |
| Sheraton Ann Arbor | Ann Arbor, MI | Sep-22 | 35,700,000 | 197 | 181,218 | — | 1981 |
| Marriott Suites Downers Grove | Downers Grove (Chicago), IL | Aug-22 | 15,250,000 | 254 | 60,039 | — | 1989 |
| Westin Chicago Northwest | Itasca, IL | Aug-22 | 34,000,000 | 381 | 89,239 | 1.9% | 1980 |
| Hilton Orrington Evanston | Evanston, IL | Aug-22 | 33,900,000 | 269 | 126,022 | 8.4% | 1986 |
| Sheraton Bloomington Hotel | Bloomington, MN | Jul-22 | 15,000,000 | 282 | 53,191 | — | 1975 |
| Fairfield by Marriott Milwaukee Downtown | Milwaukee, WI | May-22 | 8,500,000 | 103 | 82,524 | 7.3% | 1924 |
| Hotel Ivy Minneapolis | Minneapolis, MN | Mar-22 | 30,750,000 | 136 | 226,103 | — | 2008 |
| Holiday Inn Indianapolis Carmel | Indianapolis, IN | Mar-22 | 13,400,000 | 171 | 78,363 | — | 1990 |
| Embassy Suites by Hilton Chicago Downtown | Chicago, IL | Mar-22 | 67,712,000 | 368 | 184,000 | #REF! | 1991 |
| Hyatt Centric Chicago Magnificent Mile | Chicago, IL | Feb-22 | 67,500,000 | 419 | 161,098 | #REF! | 2011 |
| L7 Chicago by Lotte | Chicago, IL | Jan-22 | 36,000,000 | 192 | 188,482 | #REF! | 1958 |
| Emily Hotel | Chicago, IL | Dec-21 | 63,000,000 | 159 | 396,226 | #REF! | 2017 |
| DoubleTree Suites by Hilton Minneapolis Downtown | Minneapolis, MN | Nov-21 | 27,370,000 | 229 | 119,520 | — | 1986 |
| Westin Minneapolis | Minneapolis, MN | Oct-21 | 47,300,000 | 214 | 221,028 | — | 2007 |
| Marquette Hotel Curio Collection by Hilton | Minneapolis, MN | Sep-21 | 60,650,000 | 281 | 215,836 | 5.8% | 1972 |
| Talbott Hotel Chicago Gold Coast | Chicago, IL | Sep-21 | 54,000,000 | 178 | 303,371 | 2.6% | 1926 |
| Thompson Chicago Hotel | Chicago, IL | Aug-21 | 72,400,000 | 247 | 293,117 | — | 1988 |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 154 of 199



## FIGURE 10-5    REVIEW OF PERTINENT TRANSACTIONS (CONTINUED)

| Property | Location | Sale Date | Price | Rooms | Price/Rm | Overall Cap | Year Opened |
|---|---|---|---|---|---|---|---|
| Marriott Tysons Corner | Tysons Corner, VA | Jan-25 | 63,900,000 | 400 | 159,750 | — | 1981 |
| Columbus Airport Marriott | Columbus, OH | Dec-24 | 10,750,000 | 230 | 46,739 | — | 1988 |
| Cleveland Marriott East | Warrensville Heights, OH | Dec-24 | 28,500,000 | 298 | 95,638 | — | 2005 |
| Marriott Austin North | Round Rock, TX | May-24 | 32,925,000 | 295 | 111,610 | 8.0% | 2001 |
| Marriott Research Triangle Park Durham | Durham, NC | Mar-24 | 32,000,000 | 225 | 142,222 | 9.1% | 1988 |
| Marriott Bridgewater | Bridgewater, NJ | Nov-23 | 25,948,695 | 349 | 74,352 | 18.6% | 2002 |
| Marriott Research Triangle Park Durham | Durham, NC | Nov-23 | 19,058,450 | 225 | 84,704 | 15.3% | 1988 |
| Crystal City Marriott at Reagan National Airport | Arlington, VA | Nov-23 | 80,000,000 | 347 | 230,548 | — | 1970 |
| Marriott Dallas Fort Worth Westlake | Westlake, TX | Sep-23 | 17,500,000 | 294 | 59,524 | — | 1990 |
| Chicago Marriott Suites Deerfield | Deerfield, IL | Sep-23 | 6,660,000 | 248 | 26,855 | — | 1990 |
| Atlanta Marriott Peachtree Corners | Peachtree Corners, GA | Aug-23 | 19,500,000 | 222 | 87,838 | 9.1% | 1988 |
| Radisson Hotel Cedar Rapids | Cedar Rapids, IA | Jul-23 | 8,180,000 | 220 | 37,182 | 2.3% | 1988 |
| Detroit Marriott Southfield | Southfield, MI | Jun-23 | 8,850,000 | 226 | 39,159 | — | 1989 |
| Marriott Rochester Airport | Rochester, NY | May-23 | 12,000,000 | 210 | 57,143 | — | 1979 |
| Buffalo Marriott Niagara | Amherst, NY | Mar-23 | 14,433,000 | 356 | 40,542 | — | 1981 |
| Marriott Saddle Brook | Saddle Brook, NJ | Mar-23 | 16,788,750 | 241 | 69,663 | — | 1966 |
| Marriott New York East Side ***Closed*** | New York, NY | Feb-23 | 154,000,000 | 655 | 235,115 | — | 1923 |
| Marriott Minneapolis Southwest | Minnetonka, MN | Dec-22 | 23,600,000 | 321 | 73,520 | — | 1988 |
| Houston Marriott West Loop by The Galleria | Houston, TX | Dec-22 | 26,187,000 | 301 | 87,000 | — | 1976 |
| Marriott Fort Collins | Fort Collins, CO | Nov-22 | 39,500,000 | 229 | 172,489 | — | 1985 |
| Marriott Suites Downers Grove | Downers Grove (Chicago), IL | Aug-22 | 15,250,000 | 254 | 60,039 | — | 1989 |
| Seattle Marriott Redmond | Redmond, WA | Mar-22 | 28,500,000 | 262 | 108,779 | — | 2004 |
| Pittsburgh Airport Marriott | Coraopolis, PA | Mar-22 | 30,196,800 | 318 | 94,958 | — | 1987 |
| Marriott Winston Salem | Winston-Salem, NC | Mar-22 | 49,504,000 | 319 | 155,185 | — | 1984 |
| Boston Marriott Quincy | Quincy, MA | Mar-22 | 88,000,000 | 464 | 189,655 | — | 2001 |
| Marriott Denver Airport at Gateway Park | Aurora, CO | Mar-22 | 35,450,000 | 238 | 148,950 | — | 1998 |
| Westchester Marriott | Tarrytown, NY | Mar-22 | 40,000,000 | 444 | 90,090 | 6.9% | 1981 |

From these selected sales, we have chosen several primary transactions for further review and consideration in the development of an indication of value via this approach. These transactions are illustrated in the following table.

## FIGURE 10-6    SUMMARY OF SELECTED COMPARABLE SALES

| Property | Location | Sale Date | Price | Rooms | Price/Rm | Overall Cap | Year Opened |
|---|---|---|---|---|---|---|---|
| Hyatt Place Milwaukee Airport | Milwaukee, WI | Mar-25 | 7,750,000 | 99 | 78,283 | 2.7% | 1988 |
| AC Hotel by Marriott Minneapolis Downtown | Minneapolis, MN | Nov-24 | 30,000,000 | 245 | 122,449 | 8.2% | 2016 |
| SpringHill Suites by Marriott Green Bay | Green Bay, WI | Sep-24 | 21,125,000 | 127 | 166,339 | — | 2007 |
| Embassy Suites by Hilton Madison Downtown | Madison, WI | Jun-24 | 79,500,000 | 262 | 303,435 | — | 2024 |

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 155 of 199



## MAP OF PRIMARY COMPARABLE SALES



| | Property | Location | Sale Date | Price | Rooms | Price/Rm |
|---|---|---|---|---|---|---|
| ★ | Subject Property | | | | | |
| 1 | Hyatt Place Milwaukee Airport | Milwaukee, WI | Mar-2025 | 7,750,000 USD | 99 | 78,283 USD |
| 2 | AC Hotel by Marriott Minneapolis Downtown | Minneapolis , MN | Nov-2024 | 30,000,000 USD | 245 | 122,449 USD |
| 3 | SpringHill Suites by Marriott Green Bay | Green Bay, WI | Sep-2024 | 21,125,000 USD | 127 | 166,339 USD |
| 4 | Embassy Suites by Hilton Madison Downtown | Madison, WI | Jun-2024 | 79,500,000 USD | 262 | 303,435 USD |

These sales are further detailed on the following pages.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 156 of 199





**Sale #1**
**Hyatt Place Milwaukee**
**Airport**
**Milwaukee, WI**
**99 Rooms**

### TRANSACTION DATA

| | |
|---|---|
| Date of Sale: | March-25 |
| Interest Conveyed: | Fee Simple |
| Buyer: | Artha MKE Hospitality LLC |
| Seller: | Manchester Suites Hotel LLP |
| Sales Price: | $7,750,000 |
| Price per Room: | $78,283 |
| Occupancy (TTM ending February 2025): | 66% |
| Average Rate (TTM ending February 2025): | $118 |
| RevPAR (TTM ending February 2025): | $78 |
| Rooms Revenue Multiplier: | 2.8 |
| Reported Capitalization Rate: | 2.7% |
| Source: | Broker |

### PROPERTY DATA

| | |
|---|---|
| Year Opened: | 1988 |
| Property Class: | Upscale |
| Facilities: | # Stories: 4, # F&B Outlets: 2, Total SF Meeting Space: 977 |
| Amenities: | Business Center, Airport/Local Shuttle, Indoor Swimming Pool, Indoor Whirlpool, Fitness Room, Market Pantry |
| Condition at Sale: | Good |
| Type of Location: | Airport |

This property is a former AmeriSuites property constructed in 1988. Following the sale, the buyer anticipated completing a brand-mandated PIP, with an expected cost of $20,000 per room.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 157 of 199





## TRANSACTION DATA

**Sale #2**
**AC Hotel by Marriott**
**Minneapolis**
**Downtown**
**Minneapolis, MN**
**245 Rooms**

| | |
|---|---|
| Date of Sale: | November-24 |
| Interest Conveyed: | Fee Simple |
| Buyer: | DiamondRock Hospitality Co |
| Seller: | Mortenson Development |
| Sales Price: | $30,000,000 |
| Price per Room: | $122,449 |
| Occupancy (Jan 1, 2024 – Dec 31, 2024): | 39.0% |
| Average Rate (Jan 1, 2024 – Dec 31, 2024): | $136 |
| RevPAR (Jan 1, 2024 – Dec 31, 2024): | $53 |
| Rooms Revenue Multiplier: | 6.3 |
| Reported Capitalization Rate: | 8.2% |
| Source: | Real Capital Analytics; Buyer |

## PROPERTY DATA

| | |
|---|---|
| Year Opened: | 2016 |
| Property Class: | Upscale |
| Facilities: | # Stories: 9, # F&B Outlets: 2, Total SF Meeting Space: 1,419 |
| Amenities: | Fitness Room, Market Pantry, Coffee Station |
| Condition at Sale: | Good |
| Type of Location: | Downtown Core/CBD |

This property is located along Hennepin Avenue in downtown Minneapolis, in close proximity to the theater district, Target Center, and Target Field. A change of ownership PIP was anticipated following the sale.





**Sale #3**
**SpringHill Suites by**
**Marriott Green Bay**
**Green Bay, WI**
**127 Rooms**

### TRANSACTION DATA

| | |
|---|---|
| Date of Sale: | September-24 |
| Interest Conveyed: | Fee Simple |
| Buyer: | ACRE Holdings |
| Seller: | MCR |
| Sales Price: | $21,125,000 |
| Price per Room: | $166,339 |
| Occupancy (Jan 1, 2023 - Dec 31, 2023): | 66.0% |
| Average Rate (Jan 1, 2023 - Dec 31, 2023): | $150 |
| RevPAR (Jan 1, 2023 - Dec 31, 2023): | $99 |
| Rooms Revenue Multiplier: | 4.6 |
| Reported Capitalization Rate: | Not Disclosed |
| Source: | Real Capital Analytics |

### PROPERTY DATA

| | |
|---|---|
| Year Opened: | 2007 |
| Property Class: | Upscale |
| Facilities: | # Stories: 5, # F&B Outlets: 1, Total SF Meeting Space: 1,200 |
| Amenities: | Guest Laundry Area, Indoor Swimming Pool, Indoor Whirlpool, Fitness Room, Lobby Workstation, Market Pantry |
| Condition at Sale: | Good |
| Type of Location: | Suburban |

This property is located within 100 yards of Lambeau Field, home of the Green Bay Packers, and is adjacent to Resch Expo Center. Minor renovations were anticipated following the sale.





**Sale #4**
**Embassy Suites by Hilton Madison Downtown**
**Madison, WI**
**262 Rooms**

### TRANSACTION DATA

| | |
|---|---|
| Date of Sale: | June-24 |
| Interest Conveyed: | Fee Simple |
| Buyer: | Apple Hospitality REIT, Inc. |
| Seller: | M. A. Mortenson Company |
| Sales Price: | $79,500,000 |
| Price per Room: | $303,435 |
| Rooms Revenue Multiplier: | Not Available |
| Reported Capitalization Rate: | Not Disclosed |
| Source: | Buyer |

### PROPERTY DATA

| | |
|---|---|
| Year Opened: | 2024 |
| Property Class: | Upscale |
| Facilities: | # Stories: 13, # F&B Outlets: 1, Total SF Meeting Space: 2,732 |
| Amenities: | Business Center, Guest Laundry Area, Room Service, Gift Shop, Fitness Room |
| Condition at Sale: | Excellent |
| Type of Location: | Downtown Core/CBD |

This property was purchased at a fixed price contract ahead of development, and the sale was closed upon completion of construction. The property is within walking distance of Monona Terrace Convention Center.



**Adjustment of Comparable Sales**

The following table sets forth the adjustment grid used to account for differences between the transacted properties and the subject property.

**FIGURE 10-7  COMPARABLE SALES ADJUSTMENT GRID**

| Elements of Comparison | Subject Property | Sale #1<br>Hyatt Place Milwaukee Airport, Milwaukee, WI | Sale #2<br>AC Hotel by Marriott Minneapolis Downtown, Minneapolis, MN | Sale #3<br>SpringHill Suites by Marriott Green Bay, Green Bay, WI | Sale #4<br>Embassy Suites by Hilton Madison Downtown, Madison, WI |
|---|---|---|---|---|---|
| Sale Price | | $7,750,000 | $30,000,000 | $21,125,000 | $79,500,000 |
| Number of Rooms | 205 | 99 | 245 | 127 | 262 |
| Price per Room | | $78,283 | $122,449 | $166,339 | $303,435 |
| Year Open | 2013 | 1988 | 2016 | 2007 | 2024 |
| Date of Sale | | March-25 | November-24 | September-24 | June-24 |
| **Adjustments for Transaction Characteristics (per Room)** | | | | | |
| Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Adjustment | | 0.0  % | 0.0  % | 0.0  % | 0.0  % |
| Adjusted Sales Price | | 78,283 | 122,449 | 166,339 | 303,435 |
| Financing Terms | | Cash Equivalent | Cash Equivalent | Cash Equivalent | Cash Equivalent |
| Adjustment | | 0.0  % | 0.0  % | 0.0  % | 0.0  % |
| Adjusted Sales Price | | 78,283 | 122,449 | 166,339 | 303,435 |
| Conditions of Sale | | Normal | Normal | Normal | Normal |
| Adjustment | | 0.0  % | 0.0  % | 0.0  % | 0.0  % |
| Adjusted Sales Price | | 78,283 | 122,449 | 166,339 | 303,435 |
| Market Conditions | | Similar | Similar | Similar | Similar |
| Adjustment | | 0.0  % | 0.0  % | 0.0  % | 0.0  % |
| Adjusted Sales Price | | 78,283 | 122,449 | 166,339 | 303,435 |
| Adjusted Price | | $78,283 | $122,449 | $166,339 | $303,435 |
| **Adjustments for Property Characteristics** | | | | | |
| Location/Market/RevPAR | | Inferior | Inferior | Inferior | Similar |
| Adjustment | | 20.0  % | 25.0  % | 10.0  % | 0.0  % |
| Physical Condition/Facilities/Configuration | | Inferior | Similar | Inferior | Superior |
| Adjustment | | 20.0 | 0.0  % | 5.0 | (15.0) % |
| Other Revenue Sources | | Inferior | Inferior | Inferior | Similar |
| Adjustment | | 15.0  % | 10.0  % | 15.0  % | 0.0  % |
| Cumulative Percentage Adjustment | | 55.0  % | 35.0  % | 30.0  % | (15.0) % |
| Net Adjust. for Property Characteristics | | 43,056 | 42,857 | 49,902 | (45,515) |
| Adjusted Price Per Room | | $121,338 | $165,306 | $216,241 | $257,920 |
| Less: Capital Expenditure | | -13,200 | -18,200 | -28,200 | -33,200 |
| **Final Adjusted  Price Per Room** | | **$108,000** | **$147,000** | **$188,000** | **$225,000** |

Given the complex nature of hotel assets, as well as the many variables within a hotel's operations, it is quite difficult to derive a specific numeric adjustment for an individual characteristic, and any adjustments extracted from sales are often distorted. As such, we have to rely partly on broader sets of data and our own experience when deriving adjustments. Comparable hotel sales are typically transacted less often and are spread over a wider geographical area than other commercial sectors, adding to the complexity of making quantitative adjustments.

**Transaction Characteristics Adjustments**

The comparable sales were transacted in terms that were similar to the subject property; thus, no other adjustments were made for differences in transaction characteristics.

**Property Characteristics Adjustments**

The adjustment for differences in location/market/RevPAR is intended to consider locational attributes that would influence the value of the hotel, inclusive of proximity to demand generators. Sales #1, #2, and #3 were adjusted upward as each of these markets were considered inferior to downtown Milwaukee, and supported by the RevPAR performance of the each of the assets at the time of sale. Adjustments for physical condition or facilities address differences in the condition of the property at the time of sale, the age of the property as of the date of sale, and/or the array of facilities available. Upward adjustments for physical condition/facilities were applied to Sales #1 and #3 given these assets' earlier dates of construction and aging physical plants, considered inferior to the subject property. Conversely, Sale #4 represented a superior, newly constructed asset, with guestrooms configured as suites; therefore, a downward adjustment was applied to that sale. Upward adjustments for other revenue sources were deemed applicable for Sales #1, #2, and #3 given limited revenue-generating departments, when compared to the subject property.

The above-discussed adjustments for physical condition address the age of the subject property and array of facilities and amenities, as compared to the selected sales. Adjustments must be made to recognize differences in the condition of the facilities. The subject property is currently in need of renovations in order to meet Marriott brand standards, and a $6,800,000 renovation ($33,500 per room) has been assumed. Sales #1, #2, and #3 were expected to undergo renovations that were less extensive and thus less expensive than those planned for the subject property. Sale #4 was new construction, and had no capital expenditures planned following the sale. To account for these differences, the sales prices have been adjusted by the net difference between the per-room renovation cost of the subject property and that of each of the comparable sales.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 162 of 199



Prior to adjustments, the comparable sales transacted for amounts ranging from $78,000 to $303,000 per room. Following quantitative and qualitative adjustments, the selected sales indicate a range of $108,000 to $225,000 per room.

**Conclusion**

Based on our review of the adjusted sales, we have selected a per-key range of $108,000 to $225,000, which equates to a concluded value via the sales comparison approach of $22,100,000 to $46,100,000 for the 205-room subject property.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 163 of 199



# 11. Cost Approach

Market value is determined via the cost approach by first estimating the market value of the subject land as if vacant and available for its highest and best use, and then adding the cost to construct the subject improvements. An entrepreneurial incentive is added to the cost (if appropriate) to derive an estimate of total cost as if new. Market participants tend to take into consideration the cost to develop a new hotel or motel with optimal physical and functional utility when forming their purchase decisions regarding existing properties. The principle of substitution, which is basic to the cost approach, affirms that no prudent investor would pay more for a property than the cost to acquire the site and construct comparable improvements without undue delay.

As addressed in prior sections of this report, the cost approach has limited utility in the valuation of existing hotels. The quantification of physical depreciation and external and incurable functional obsolescence is based on numerous adjustments. It is our experience that knowledgeable purchasers of complex hotel properties are more concerned with the economics of the investment. Therefore, the cost approach has little significance. In light of its minimal value and the difficulty in quantifying the varying sources of depreciation, we have not utilized the cost approach in estimating the value of the subject property. However, we have estimated the value of the hotel's personal property.

**Personal Property**

In a hotel, the personal property comprises the portion of the overall FF&E that is not permanently affixed to the structure, primarily furniture and non-affixed equipment, as well as the inventories in place at the subject property as of the date of value. USPAP defines personal property as "identifiable tangible objects that are considered by the general public as being 'personal'—for example, furnishings, artwork, antiques, gems and jewelry, collectibles, machinery, and equipment; all tangible property that is not classified as real estate."[15]

Based on our review of hotel's FF&E replacement cost data provided by Jonathan Nehmer & Associates, as well as the *HVS Development Cost Survey*, we have estimated the per-room replacement cost of the hotel's FF&E to equal $40,000 per room. Because FF&E includes items permanently affixed to the property, we have applied a percentage to the FF&E estimate to arrive at an estimate of the personal property. For the subject property, we have estimated the per-room replacement

---

[15] The Appraisal Foundation, *Uniform Standards of Professional Appraisal Practice*, 2020–2021 ed.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 164 of 199



cost of the personal property at $26,000, for a total of $5,330,000, which is 65% of the estimated cost of the hotel's FF&E. This ratio is within the typical range of 65% to 80% of the total FF&E cost for a full-service hotel such as the subject property.

In accordance with USPAP, we have delineated the market value of the subject hotel's personal property. Most furnishings in a hotel can command little more than a salvage value substantially lower than the original cost when sold separately from the improvements. Personal property has been valued based on the depreciated replacement cost of the FF&E. Personal property is an integral part of a transient lodging facility.

The allocation of a portion of the overall hotel's value to the personal property is not explicitly considered by hotel investors in making their pricing decisions. Lodging facilities are usually sold with their personal property in place. In a transaction, any operating supplies or inventories are negotiated as part of the closing statement adjustments.

The following table sets forth a depreciation schedule for determining the current market value, or "value in exchange," of a hotel's FF&E. The subsequent table illustrates our estimate of the replacement cost new of the personal property component of FF&E and a depreciation estimate representing the average depreciation applicable to the entirety of a hotel's FF&E. For full-service hotels, personal property comprises 65% of the value of all FF&E.

## FIGURE 11-1  PERSONAL PROPERTY DEPRECIATION SCHEDULE

| Average Age (Years) | Percent Depreciated |
|---|---|
| 1 | 10 % |
| 2 | 20 |
| 3 | 30 |
| 4 | 40 |
| 5 | 50 |
| 6 | 60 |
| 7 | 70 |
| 8 | 80 |
| 9 | 90 |
| 10 | 99 |

Source: HVS



We have estimated the total replacement cost new, the depreciation, and the market value of the personal property component of the FF&E currently in place, as shown in the following table.

FIGURE 11-2  PERSONAL PROPERTY VALUE OPINION

| | | As Is |
|---|---|---|
| Replacement Cost Total FF&E Per Room | | $40,000 |
| x Personal Property % of Total FF&E | | 65% |
| Replacement Cost New Per Room | | $26,000 |
| Number of Rooms | | 205 |
| Total Replacement Cost | | $5,330,000 |
| Economic Life | 10 | |
| Effective Age | 9 | |
| Depreciation Factor | 90.0% | |
| Physical Depreciation | | $4,797,000 |
| Value Remaining | | $533,000 |
| Rounded | | **$530,000** |



# 12. Reconciliation of Value Indications

The reconciliation, which is the last step in the appraisal process, involves summarizing and correlating the data and procedures employed throughout the analysis. The final value conclusion is arrived at after reviewing the estimates indicated by the income capitalization and sales comparison approaches. The relative significance, applicability, and defensibility of each indicated value are considered, and the greatest weight is given to that approach deemed most appropriate for the property being appraised.

The purpose of this report is to estimate the market value of the fee simple interest in the subject property; our appraisal involves a careful analysis of the property itself and the economic, demographic, political, physical, and environmental factors that influence real estate values.

**Income Capitalization Approach**

To estimate the subject property's value via the income capitalization approach, we have analyzed the local market for transient accommodations, examined the competitive environment, projected the occupancy and ADR levels, and developed a forecast of revenue and expense that reflects anticipated income trends through a stabilized year of operation. Through a DCF analysis, the subject property's value was determined. We reconciled the value indication via the income capitalization approach to $36,900,000, or $180,000 per room.

Our nationwide experience indicates that the procedures used in estimating market value by the income capitalization approach are comparable to those employed by the hotel investors who constitute the marketplace. For this reason, we believe that the income capitalization approach produces the most supportable value estimate; thus, it has been given the greatest weight in our final estimate of the subject property's market value.

**Sales Comparison Approach**

The sales comparison approach uses actual sales of similar properties to provide an indication of the subject property's value. Although we have investigated a number of sales in an attempt to develop a range of value indications, several adjustments are necessary to render these sales prices applicable to the subject property. The adjustments, which tend to be subjective, diminish the reliability of the sales comparison approach; furthermore, typical hotel investors employ a sales comparison procedure only to establish broad value parameters.

The hotel sales outlined earlier in this report indicate an adjusted value range of $108,000 to $225,000 per available room. The income capitalization approach

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 167 of 199



indicates a per-room value of $180,000 (rounded). This information supports the value indicated by the income capitalization approach.

**Cost Approach**

As discussed in the Cost Approach section, due to the practices of typical hotel buyers and sellers in today's market, the cost approach was not employed in arriving at an "as is" market value estimate. However, we note that the replacement cost for an asset is a factor that may be considered by hotel investors. The original construction cost of the hotel was reportedly $54 million, which is approximately 46% higher than the estimated "as is" value of the property.

**Value Conclusion**

Careful consideration has been given to the strengths and weaknesses of the three approaches to value discussed above. In recognition of the motivations of typical market participants, we have given primary weight to the value indicated by the income capitalization approach.

Based on our analysis, we have concluded to the following opinions of market value:

|  | As Is |
| --- | --- |
| Date of Value | April 29, 2025 |
| Exposure Time (Months) | 5 to 10 |
| | |
| Real Property Value | $36,370,000 |
| Personal Property Value | 530,000 |
| Intangible Property Value | 0 |
| | |
| **Reconciled Value** | **$36,900,000** |
| **Reconciled Value per Key** | **180,000** |
| | |
| Interest Appraised | Fee Simple |

The "as is" value reflected assumes a total capital expenditure of $6,800,000. In the event that the actual cost differs from the amount stated, the value of the subject property may change. It is assumed that the capital improvements will be completed in a competent and timely manner. The estimates of market value include the land, the improvements, and the FF&E. The appraisal assumes that the hotel is open and operational.

This appraisal is subject to the extraordinary assumption that a capital deduction will be required to fund a renovation of the subject property's guestrooms and public spaces. As a PIP has not been completed by Marriott, based on our industry knowledge and conversations with property management, we have estimated the areas in need of renovation and related costs; however, it is possible that the scope and renovation costs could vary from our estimate. The use of this extraordinary



assumption may have affected the assignment results. Moreover, several important general assumptions have been made that apply to this appraisal and our valuations of hotels in general. These items are set forth in the Assumptions and Limiting Conditions chapter of this report.

**Components of Value**

USPAP requires the appraiser to "identify any personal property, trade fixtures, or intangible items that are not real property but are included in the appraisal" and "to analyze the effect on value of such non-real property items."[16] The estimates of market value include the land, improvements, and personal property. The appraisal assumes that the hotel is open and operational.

Hotels comprise three primary components: the real property (land and improvements), personal property, and intangible property. Real property is defined as "the interests, benefits, and rights inherent in the ownership of real estate (land and improvements)."[17] Personal property is defined as "identifiable tangible objects that are considered by the general public as being 'personal'—for example, furnishings, artwork, antiques, gems and jewelry, collectibles, machinery, and equipment; all tangible property that is not classified as real estate."[18]

The personal property consists of the FF&E and the inventories in place at the subject property as of the date of value. Personal property is an integral part of a transient lodging facility. The allocation of a portion of the overall hotel's value to the personal property is not explicitly considered by hotel investors in making their pricing decisions. Lodging facilities are usually sold with their personal property in place. In accordance with the USPAP, we have delineated the market value of the subject hotel's personal property. Most furnishings in a hotel can command little more than a salvage value substantially lower than the original cost when sold separately from the improvements. Personal property has been valued based on its depreciated replacement cost.

USPAP defines intangible property as "nonphysical assets, including but not limited to franchises, trademarks, patents, copyrights, goodwill, equities, securities, and contracts as distinguished from physical assets such as facilities and equipment."[19] All value attributable to the intangible property has been removed with the assumed expense of a management fee and a franchise fee in the valuation process.

---

[16] Ibid.
[17] Ibid.
[18] Ibid.
[19] Ibid.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 169 of 199



Our concluded opinions regarding market value include the value of the real property (land and improvements) and the value of the personal property only, with the allocations shown in the previous table.



# 13. Statement of Assumptions and Limiting Conditions

1. This report was prepared during a period of significant uncertainty related to multiple changes in U.S. policies that have affected both the U.S. and global economies. Please see the Macro Considerations discussion in the Nature of the Assignment section for an overview of these issues and their impact. In preparing our findings, we have considered current market perspectives and information available as of the effective date of this report. Any subsequent change to these perspectives or information could affect the analysis presented herein.

2. This report is to be used in whole and not in part; furthermore, all statements of assumptions and limiting conditions apply to the entire report, including any additional forms or addenda items presented.

3. No responsibility is assumed for matters of a legal nature, nor do we render any opinion as to title, which is assumed marketable and free of any deed restrictions and easements; the property is valued as free and clear unless otherwise stated.

4. We assume that there are no hidden or unapparent conditions of the sub-soil or structures, such as underground storage tanks, that would render the property more or less valuable. No responsibility is assumed for these conditions or for any engineering that may be required to discover them.

5. We have not considered the presence of potentially hazardous materials such as asbestos, urea-formaldehyde foam insulation, any form of toxic waste, polychlorinated biphenyls (PCBs), pesticides, mold, or lead-based paints. We are not qualified to detect hazardous substances and urge the client to retain an expert in this field if desired.

6. The Americans with Disabilities Act (ADA) became effective on January 26, 1992. We have conducted no specific compliance survey to determine whether the subject property has been designed in accordance with the various detailed requirements of the ADA. It is possible that the design does not conform to the requirements of the act, and this could have an unfavorable effect on value. Because we have no direct evidence regarding this issue, our estimate of value does not consider possible non-compliance with the ADA.

7. We have made no survey of the property, and we assume no responsibility in connection with such matters. Sketches, photographs, maps, and other exhibits are included to assist the reader in visualizing the property. It is

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 171 of 199



assumed that the use of the described real estate is within the boundaries of the property described and that there is no encroachment or trespass unless noted.

8. All information, financial operating statements, estimates, and opinions obtained from parties not employed by TS Worldwide, LLC, are assumed true and correct. We can assume no liability resulting from misinformation.

9. Unless noted, we assume that there are no encroachments, zoning violations, or building violations encumbering the subject property.

10. The property is assumed to be in full compliance with all applicable federal, state, local, and private codes, laws, consents, licenses, and regulations (including the appropriate liquor license if applicable), and that all licenses, permits, certificates, franchises, and so forth can be freely renewed or transferred to a purchaser.

11. All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless specified otherwise.

12. Transfer taxes are assessed in certain jurisdictions. In most cases, the payment of these taxes is determined between the seller and the buyer as a part of the negotiations (closing costs may also be negotiated). Thus, the sales price and other metrics indicated by the market data, such as capitalization and discount rates, reflect the impact of these factors. By considering market metrics, the influence of any transfer taxes or other closing costs has been incorporated in our estimate of market value.

13. None of this material may be reproduced in any form without our written permission, and the report cannot be disseminated to the public through advertising, public relations, news, sales, or other media.

14. We are not required to give testimony or attendance in court because of this analysis without previous arrangements and shall do so only when our standard per-diem fees and travel costs have been paid prior to the appearance.

15. If the reader is making a fiduciary or individual investment decision and has any questions concerning the material presented in this report, it is recommended that the reader contact us.

16. We take no responsibility for any events or circumstances that take place subsequent to either the date of value or the date of our field inspection, whichever occurs first.

17. The quality of a lodging facility's onsite management has a direct effect on a property's economic viability and value. The financial forecasts presented in this analysis assume responsible ownership and competent management.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 172 of 199


Any departure from this assumption may have a significant impact on the projected operating results and the value estimate.

18. The financial analysis presented in this report is based upon assumptions, estimates, and evaluations of the market conditions in the local and national economy, which may be subject to sharp rises and declines. Over the projection period considered in our analysis, wages and other operating expenses may increase or decrease because of market volatility and economic forces outside the control of the hotel's management. We assume that the price of hotel rooms, food, beverages, and other sources of revenue to the hotel will be adjusted to offset any increases or decreases in related costs. We do not warrant that our estimates will be attained, but they have been developed based upon information obtained during the course of our market research and are intended to reflect the expectations of a typical hotel buyer as of the stated date(s) of valuation.

19. This analysis assumes continuation of all Internal Revenue Service tax code provisions as stated or interpreted on either the date of value or the date of our field inspection, whichever occurs first.

20. Many of the figures presented in this report were generated using sophisticated computer models that make calculations based on numbers carried out internally to many decimal places. In the interest of simplicity, most numbers have been rounded to the nearest tenth of a percent; thus, these figures may be subject to small rounding errors.

21. It is agreed that our liability to the client is limited to the amount of the fee paid as liquidated damages. Our responsibility is limited to the client; the use of this report by third parties shall be solely at the risk of the client and/or third parties. The use of this report is also subject to the terms and conditions set forth in our engagement letter with the client.

22. Although this analysis employs various mathematical calculations to provide value indications, the final estimate is subjective and may be influenced by our experience and other factors not specifically set forth in this report.

23. Any distribution of the total value between the land and improvements or between partial ownership interests applies only to the stated use. Moreover, separate allocations between components are not valid if this report is used in conjunction with any other analysis.

24. Our report has been prepared in accordance with, and is subject to, the requirements of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) and the Uniform Standards of Professional Practice (USPAP), as provided by the Appraisal Foundation.



25. This study was prepared by TS Worldwide, LLC. All opinions, recommendations, and conclusions expressed during the course of this assignment are rendered by our staff as company employees, rather than as individuals.

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 174 of 199



# 14. Certification

The undersigned hereby certify that, to the best of our knowledge and belief:

1.  the statements of fact presented in this report are true and correct;

2.  the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions;

3.  we have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved;

4.  we have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment;

5.  our engagement in this assignment was not contingent upon developing or reporting predetermined results;

6.  our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal;

7.  our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP);

8.  Tanya J. Pierson, MAI inspected the subject property on April 29, 2025; Anne R. Lloyd-Jones, MAI, CRE assisted in reviewing the appraisal report;

9.  no one other than those listed above and the undersigned prepared the analyses, conclusions, and opinions concerning the real estate that are set forth in this appraisal report;

10. Tanya J. Pierson, MAI has performed two appraisals on the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment; at the time of the engagement of this appraisal, Tanya J. Pierson, MAI was also completing an appraisal review report on the property that is the subject of this report;

11. the reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code



of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute;

12. the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives; and

13. as of the date of this report, Tanya J. Pierson, MAI, has completed the continuing education program for Designated Members of the Appraisal Institute.

Tanya J. Pierson, MAI
Senior Managing Director
TS Worldwide, LLC
Certified General Appraiser License (WI) 1121-10

Case 24-21743-gmh    Doc 674-1    Filed 07/21/25    Page 176 of 199



# Tanya Pierson, MAI

**EMPLOYMENT**

| | |
|---|---|
| *1994 to present* | HVS CONSULTING AND VALUATION SERVICES<br>Minneapolis, Minnesota |
| *1993–1994* | TABLE MOUNTAIN INN<br>Golden, Colorado |
| *1993* | RICHFIELD HOTEL MANAGEMENT<br>Denver, Colorado |
| *1992–1993* | HOTEL BOULDERADO<br>Boulder, Colorado |
| *1991* | CAESARS TAHOE<br>Stateline, Nevada |
| *1990* | LA QUINTA MOTOR INN<br>Denver, Colorado |

**EDUCATION AND OTHER TRAINING**

BSBA – Hotel, Restaurant and Tourism Management, University of Denver

*Certified General Appraiser Classes Completed:*

NCRE: 200 - Basic Appraisal Principles and Procedures
NCRE: 201 - Basic Appraisal Applications
NCRE: 208 - Standards and Ethics
NCRE: 203 - Small Residential Income Properties
NCRE: 211 - Certified Residential: Reporting, Reviewing, and Analyzing Appraisals
NCRE: 215 - Appraisal Principles and Advanced Applications
NCRE: 216 - Income Capitalization
NCRE: 219 - Commercial Case Studies



**EDUCATION AND OTHER TRAINING (CONTINUED)**

*Continuing Education Courses:*

Real Estate Finance
Course 400: National USPAP Update
Appraisal Loss Prevention Seminar
Market Valuation & Financial Considerations
Developing & Growing an Appraisal Practice
Capitalization Rate Models
Feasibility, Market Value & Investment Timing
Using Your HP12C
Small Hotel/Motel Valuation
Internet Search Strategies for Appraisers
Valuation of Detrimental Conditions in Real Estate
Analyzing Operating Expenses
What Commercial Clients Would Like Appraisers to Know
Course 550: Advanced Applications
Course 530: Advanced Sales Comparison and Cost Approach
Course 510: Advanced Income Capitalization
General Appraiser Market Analysis and HBU
Advanced Applications
Business Practices and Ethics
Report Writing
Risky Business: Ways to Minimize Your Liability
Mortgage Fraud – Protect Yourself
Perspectives from Commercial Review Appraisers
Ad Valorem Tax Consultation
Introduction to Legal Description
Fundamentals of Separating Real, Personal Property, and Intangible Business Assets
CA Law Class
Appraisal Applications of Regression Analysis
Land and Site Valuation
Appraisal of Assisted Living Facilities
Advanced Hotel Appraising - Full Service Hotels
Avoiding Mortgage Fraud for Appraisers
Expert Witness for Commercial Appraisers
Litigation Appraising - Specialized Topics
Appraisal of Land Subject to Ground Lease
Discounted Cash Flow
Forecasting Revenue
Small Hotel/Motel Valuation
Cool Tools
Sexual Harassment
Commercial Land Valuation
Intro to Expert Witness
Fair Housing Lending
That's a Violation
Intro to Commercial Appraiser Review
Market Disturbances



| | |
|---|---|
| **EDUCATION AND OTHER TRAINING (CONTINUED)** | Business Practices and Ethics |
| | Appraisal of Fast Food |
| | Appraisal of REO |
| | Basics of Expert Witness |
| | Biennial USPAP Updates |
| | Appraisal Institute Comprehensive Exam – Passed |

**STATE CERTIFICATIONS**  Arizona, Colorado, Georgia, Illinois, Minnesota, New York, North Dakota, Ohio, Texas, Wisconsin

**ARTICLES AND MENTIONS**

*HVS Journal*  "Minneapolis-St. Paul Hotel Market Moves Toward a New Normal," November 2024

*HVS Journal*  "The Minneapolis-St. Paul MSA: A Lagging Recovery," April 2023

*HVS Journal*  "Hotel Market Recovery – Minneapolis-St. Paul," April 2022

*HVS Journal*  "HVS Market Pulse - Minneapolis-St. Paul," February 2021

*HVS Journal*  "The Impact of COVID-19 on Hotel Values," April 2020

*HVS Journal*  "HVS Market Pulse: Minneapolis-St. Paul Lodging Market Perceptions," February 2020

*HVS Journal*  "HVS Market Pulse: Minneapolis – After the Super Bowl," co-authored with Justin Westad, February 2019

*HVS Journal*  "Market Pulse: Minneapolis - St. Paul, MN," co-authored with Justin Westad and Justin Kaminski, April 2017

*HVS Journal*  "HVS Perspectives: Center Stage at ALIS," co-authored with Kasia Russell and Jessica White, February 2017

*Twin Cities Business*  "Twin Cities Hotel Boom," November 2016 – *Mentioned*

*Twin Cities Business*  "Downtown Minneapolis' Hotel Boom," September 2016 – *Mentioned*

*HVS Journal*  "In Focus: Minneapolis, MN," July 2016

*HVS Journal*  "Seven Key Takeaways – ALIS Conference," February 2016

*Minneapolis/St. Paul Business Journal*  "Hospitality in 2016: After a record year, will occupancy dip?" January 2016 – *Mentioned*



| | |
|---|---|
| *Minneapolis/St. Paul Business Journal* | "Twin Cities Operators Are Bullish on 2016," January 2016 – *Mentioned* |
| *HVS Journal* | "In Focus: Minneapolis/St. Paul," December 2015 |
| *HVS Journal* | "Five Key Takeaways – ALIS Conference The Americas Lodging Investment Summit," co-authored with Susan Furbay and Brett Russell, February 2015 |
| *HVS Journal* | "Market Intelligence Report 2013: Minneapolis," August 2013 |
| *HVS Journal* | "HVS Market Intelligence Report: Minneapolis, Minnesota," co-authored with Tess Federer, June 2012 |
| *Minneapolis-St. Paul Business Journal* | "Grand Hotel for Sale as Wirth Tests the Waters," October 2, 2009 |
| *Denver Business Journal* | "Seven Hotels Retain U.S. 36 Plans," October 3, 2008 |
| *Missoulian* | "Foreclosure won't shutter Holiday Inn Parkside," March 25, 2005 |
| *The Hotel Valuation Journal* | "Major U.S. Transactions-Mid-Year 2004," August 2004 |
| *The Hotel Valuation Journal* | "Telecommunication Evolution and its Impact on the Hotel Industry," January 2003 |
| *Colorado Real Estate Journal* | "US 36 Hotel Market Diversifies," April 18, 2001 |
| *e-hospitality.com* | "Too Many Rooms:  Lessons to Learn from Salt Lake City," August 8, 2000 – *Feature Article* |
| *The Hotel Valuation Journal* | "Why Hotel Markets Crash – Salt Lake City as a Blueprint," September 2000 |
| *The Hotel Valuation Journal* | "From Lodging to Senior Housing – A Natural Trend?" September 1998 |
| *The Hotel Valuation Journal* | "The South Pacific - Paradise Lost or Found?" June 1997 |



| | |
|---|---|
| **CONFERENCE ENGAGEMENTS** | Speaker at Minnesota Association of Assessing Officers Summer Conference – May 2019 |
| | Speaker at Minnesota Association of Assessing Officers Fall Conference – September 2016 |
| | Panelist at WoodSpring Hotels Annual Conference – April 2016 |
| | Panelist at Hunter Hotel Investment Conference – March 2013 |
| | Panelist at the Lodging Conference – September 2010 |
| | HVS Valuation Summit, Minneapolis – June 2012, May 2013 |
| | *Minnesota Real Estate Journal*, Hotel & Hospitality Conference – September 2012 |
| **EDITING AND LECTURE ASSIGNMENTS** | Guest Speaker, HRTM 3500: Lodging III - University of Denver – October 1999, February 2000, November 2000 |
| | Guest Speaker, TOM 3400: Hotel Management and Opportunities- University of Colorado – January 2004, September 2004 |
| | Guest Speaker, HRTM 4440: Hotel Asset Management –  University of  Denver – May 2004 |
| | Guest Speaker, Lodging Valuation – University of  Denver – May 2007, May 2008, May 2009, May 2010 |
| | Contributing Editor, *Hotel Investments Handbook*, 1997 |
| **PROFESSIONAL AFFILIATIONS** | Appraisal Institute – Designated Member (MAI) |
| | Boulder, Colorado CVB – Advisory Board, 2008 – 2011 |
| | Eastern Carolina University – Hospitality Management Advisory Board, 2008 – 2011 |
| | University of Denver MBA Curriculum Review Committee, 2000 |
| | University of Denver Visiting Committee, 1997/98 |
| | University of Denver HRTM Society |
| | Eta Sigma Delta |



**EXAMPLES OF PROPERTIES APPRAISED OR EVALUATED**

**PORTFOLIO ANALYSIS**

Portfolio of 650 Extended StayAmerica Hotels, Various Locations

Portfolio of 365 La Quinta-Owned Hotels, Various Locations

Portfolio of 11 Boykin-Owned Hotels, Various Locations

Portfolio of 48 Hotels, Various Locations (Due Diligence)

Portfolio of 57 RFS-Owned Hotels, Various Locations

Portfolio of 34 Athletic Clubs Facilities, Various Locations

Portfolio of 13 Suburban Lodges, Various Locations

Portfolio of 21 Equity Inns Properties, Various Locations

Portfolio of 10 Marriott Properties, Various Locations

Portfolio of 6 Summerfield Suites, Various Locations

Portfolio of 5 Heart of America Properties, Various Locations

Multiple Portfolios of Summit-Owned Properties, Various Locations

Portfolio of 8 La Quinta Properties, Various Locations

Portfolio of 11 Real Estate Capital Partners-Owned Properties, California

Portfolio of 26 Summit-Owned Properties, Various Locations

Portfolio of 11 Tharaldson-Managed Properties, Various Locations

Portfolio of 5 LNR-Owned Properties, Various Locations

Multiple Portfolios of Highland-Owned Properties, Various Locations

Portfolio of 8 Hyatt Place Properties, Various Locations

Portfolio of 5 DoubleTree Hotels, Tennessee

Portfolio of 160 Tharaldson-Managed Properties, Various Locations

Portfolio of 28 Hotels for Citibank, Various Locations

Portfolio of 9 Suburban and Candlewood Hotels, Virginia and North Carolina

Portfolio of 99 Marriott and Hilton Hotels, Various Locations

Portfolio of 27 Hotels for Citibank, Various Locations

Portfolio of 56 Value Place Hotels, Various Locations

Portfolio of 5 Hampton Inn and Residence Inn Properties, Various Locations

Portfolio of 10 Limited- and Select-Service Hotels for Voya Investment Management, Various Locations

Portfolio of 6 Hotels for Summit, Various Locations

Portfolio of 15 Marriott and Hilton Hotels, Various Locations

Portfolio of 8 Hotels for Credit Suisse, Various Locations

Portfolio of 7 Hotels for Bank of America, Various Locations

Portfolio of 38 Hyatt Place & Hyatt House Hotels, Various Locations

Portfolio of 87 Marriott- and Hilton-Branded Hotels, Various Locations

Portfolio of 28 Marriott- and Hilton-Branded Hotels, Various Locations

Portfolio of 93 Limited- and Select-Service Hotels, Various Locations

Portfolio of 3 Hotels, El Reno, Oklahoma

Portfolio of 2 Hotels, Wichita, Kansas

Portfolio of 4 Hotels, Western U.S.

Portfolio of 8 TownePlace Suites Hotels, Various Locations

Portfolio of 22 Limited-Service or Extended-Stay Hotels, Various Locations

Portfolio of 89 Hotels for Tharaldson, Various Locations

Portfolio of 106 Motel 6 Hotels, Various Locations

Portfolio of 4 Hotels for Guggenheim Partners, Eastern U.S.

Portfolio of 7 Marriott- and Hilton-Branded Hotels, Northeastern U.S.

Portfolio of 12 Marriott- and Hilton-Branded Hotels, California, New Jersey, and Connecticut

Portfolio of 7 Hotels, North Dakota

Portfolio of 3 Hotels, Long Island City, NY

Portfolio of 2 Hotels, Rochester, MN

Portfolio of 19 Limited-Service Hotels, Georgia, Florida, and Indiana

Portfolio of 25 Hilton- and Marriott-Branded Hotels, Various Locations

Portfolio of 2 Hotels for Manulife

Portfolio of 2 Hilton-Branded Hotels, Minneapolis

**ALABAMA**

Proposed Hotel, Auburn

Hilton, Birmingham

Hilton Garden Inn Lakeshore, Birmingham

Hilton Garden Inn Liberty Park, Birmingham

Holiday Inn, Birmingham

Hyatt Place Birmingham Inverness, Birmingham

Marriott, Birmingham

Hampton Inn, Dothan

Holiday Inn, Dothan

Holiday Inn Express, Gadsden

Embassy Suites, Huntsville

Proposed 4-Star Hotel, Huntsville

Value Place, Huntsville

Value Place, Madison

Clarion Hotel, Mobile

Proposed USA Hotel, Mobile

Proposed Hotel, Montgomery

Holiday Inn Express Prattville South, Prattville

Proposed Hotel, Prattville

Holiday Inn, Sheffield

**ALASKA**

Hampton Inn, Anchorage



Holiday Inn, Anchorage
Marriott, Anchorage
Proposed Embassy Suites, Anchorage
Proposed Staybridge Suites, Anchorage
Hampton Inn & Suites, Fairbanks
Proposed Candlewood Suites, Fairbanks
Proposed Hampton Inn, Fairbanks
Westmark Baranoff Hotel, Juneau

**ARIZONA**
Carefree Resort, Carefree
Proposed Hampton Inn, Carefree
Courtyard by Marriott, Chandler
Hampton Inn, Chandler
Homewood Suites, Chandler
Proposed Home2 Suites, Chandler
Proposed Hotel Site, Chandler
AmeriSuites, Flagstaff
Courtyard by Marriott, Flagstaff
Embassy Suites, Flagstaff
Howard Johnson, Flagstaff
SpringHill Suites, Flagstaff
CopperWynd Resort and Club, Fountain Hills
Gilbert Proposed Fairfield Inn & Suites, Gilbert
Proposed Historic Downtown Glendale Hotel, Glendale
Proposed Home2 Suites, Glendale
Proposed Hotel, Glendale
Renaissance, Glendale
Holiday Inn Express, Goodyear
Hampton Inn & Suites, Goodyear
Proposed Hotel Site, Goodyear
Hampton by Hilton Kayenta, Kayenta
Residence Inn by Marriott, Mesa
Proposed Hotel, Oro Valley
Proposed Hampton Inn & Suites, Page
Proposed Home2 Suites Payson, Payson
Arizona Biltmore Resort & Spa, Phoenix
Crowne Plaza, Phoenix
Embassy Suites, Phoenix
Fairfield Inn by Marriott, Phoenix

Hampton Inn, Phoenix
Holiday Inn West, Phoenix
Homewood Suites, Phoenix
Hyatt Place Phoenix North, Phoenix
Proposed Dual-Brand AC/Element, Phoenix
Proposed Hampton Inn, Phoenix
Proposed Hotel Palomar, Phoenix
Proposed Hotel Site, Phoenix
Proposed Meritage Collection Hotel Phoenix, Phoenix
Radisson, Phoenix
SpringHill Suites by Marriott Phoenix North, Phoenix
Market Area Section, Phoenix/Tempe
Holiday Inn Express, Prescott
Comfort Suites Phoenix Scottsdale, Scottsdale
DoubleTree Resort, Scottsdale
Hilton Resort, Scottsdale
Proposed Fairfield Suites by Marriott, Scottsdale
Proposed Staybridge Suites, Scottsdale
Sanctuary on Camelback Mountain, Scottsdale
Scottsdale Market Area Overview, Scottsdale
TownePlace Suites by Marriott, Scottsdale
L'Auberge de Sedona, Sedona
Hampton Inn, Sedona
Four Points Tempe (Conversion to Moxy), Tempe
Proposed Residence Inn, Tempe
Wyndham Buttes Resort, Tempe
Embassy Suites Airport, Tucson
JW Marriott Starr Pass Resort, Tucson
Sheraton El Conquistador, Tucson
Proposed Comfort Suites, Tucson
Ramada Palo Verde, Tucson
Residence Inn by Marriott, Tucson
Motel 6 Williams West, Williams
Proposed La Quinta Yuma, Yuma

**ARKANSAS**
Four Points by Sheraton, Bakersfield
Courtyard by Marriott, Bentonville

Courtyard by Marriott, Fort Smith
Embassy Suites, Hot Springs
Fairfield Inn, Little Rock
Holiday Inn Presidential Conference Center, Little Rock
Residence Inn by Marriott, Little Rock
Embassy Suites, Rogers
Proposed Marriott, West Little Rock

**CALIFORNIA**
Sheraton Disneyland, Anaheim
Embassy Suites, Arcadia
Proposed Hilton Garden, Arcadia
Proposed SpringHill Suites by Marriott, Arcadia
W Aspen, Aspen
Claremont Resort & Spa, Berkeley
Radisson Hotel, Brisbane
Hampton Inn & Suites, Camarillo
Proposed Residence Inn by Marriott, Carlsbad
Proposed Courtyard by Marriott, Carlsbad
Courtyard by Marriott, Century City
DoubleTree Hotel, Commerce
Best Western Plus Dana Point Inn by the Sea, Dana Point
Hardage Hotel, Emeryville
Staybridge Suites Sacramento Folsom, Folsom
Courtyard by Marriott, Fresno
Piccadilly Airport Hotel, Fresno
Hampton Inn, Goleta
Holiday Inn Express, Hesperia
Clarion Roosevelt, Hollywood
La Quinta Resort & Club, La Quinta
Courtyard by Marriott, Livermore
Hotel D'Orsay, Long Beach
Four Points LAX, Los Angeles
Marriott LAX, Los Angeles
Proposed AC by Marriott Hotel, Los Angeles
The Standard Hotel, Los Angeles
Beverly Heritage Hotel, Milpitas
Sheraton Hotel, Milpitas
DoubleTree Hotel, Mission Valley
Courtyard, Modesto



Silverado Resort, Napa
Residence Inn by Marriott Ontario Airport, Ontario
Courtyard by Marriott, Oyster Point
Residence Inn by Marriott, Oyster Point
Holiday Inn Express, Palm Desert
Homewood Suites, Palm Desert
Renaissance Hotel, Palm Springs
Four Points by Sheraton, Pleasanton
Sierra Suites, Pleasanton
Summerfield Suites by Wyndham, Pleasanton
Wyndham Garden, Pleasanton
Hampton Inn & Suites, Poway
Hyatt Place Sacramento Rancho Cordova, Rancho Cordova
Hilton Garden Inn Ontario Rancho Cucamonga, Rancho Cucamonga
Homewood Suites, Rancho Cucamonga
Holiday Inn, Riverside
DoubleTree, Sacramento
Residence Inn by Marriott, Sacramento
Proposed Hotel, San Bernardino
DoubleTree, San Diego
Hardage Hotel, San Diego
Hilton Harbor Island, San Diego
Holiday Inn Mission Valley Stadium, San Diego
Towne & Country Resort & Conference Center, San Diego
Westin, San Diego
Wyndham Emerald Plaza, San Diego
Hilton Fisherman's Wharf, San Francisco
Hyatt Regency San Francisco Downtown SOMA, San Francisco
Proposed Le Meridien San Jose, San Jose
Holiday Inn Express Fisherman's Wharf, San Francisco
Hotel Rex, San Francisco
Courtyard by Marriott, San Luis Obispo
TownePlace Suites by Marriott San Jose Santa Clara, Santa Clara
Courtyard, Santa Rosa

Radisson Valley Center Hotel, Sherman Oaks
Sonoma Valley Inn, Sonoma
Station House Inn South Lake Tahoe, South Lake Tahoe
Four Points SFO, South San Francisco
Maple Tree Inn, Sunnyvale
Sheraton, Sunnyvale
Holiday Inn Express, Temecula
Courtyard by Marriott, Thousand Oaks
TownePlace Suites by Marriott, Thousand Oaks
Residence Inn by Marriott, Torrance
Courtyard, Vacaville
Holiday Inn, Ventura
Ventura Beach Marriott, Ventura
Wyndham Bel Age, West Hollywood
Marriott Warner Center, Woodland Hills

**COLORADO**
W Aspen, Aspen
Denver Marriott, Aurora
DoubleTree Denver Southeast, Aurora
Fairfield Inn & Suites by Marriott Denver Aurora Southlands, Aurora
Hilton Garden Inn DIA, Aurora
Proposed Courtyard by Marriott, Aurora
Proposed Residence Inn Gateway Park, Aurora
Proposed Woolley Classic Suites, Aurora
Sleep Inn, Aurora
Suburban Lodge, Aurora
Hyatt Regency Beaver Creek, Avon
Proposed Hotel, Avon
Proposed Timeshare, Avon
Ritz-Carlton Bachelor Gulch, Avon
Proposed TBD Hotel, Basalt
Alps Boulder Canyon Inn, Boulder
Clarion Harvest House, Boulder
Proposed Hotel Renovation/Expansion, Boulder
Proposed Marriott, Boulder
Proposed St. Julien Hotel, Boulder

DoubleTree by Hilton Breckenridge, Breckenridge
Aloft Arista, Broomfield
Interlocken Club & Spa, Broomfield
Omni Interlocken Resort, Broomfield
Proposed Interlocken Resort, Broomfield
Proposed NYLO, Broomfield
Proposed Summerfield Suites, Broomfield
Proposed Aloft, Broomfield
Proposed Holiday Inn, Clifton
Academy Hotel, Colorado Springs
Best Western Academy, Colorado Springs
DoubleTree, Colorado Springs
DoubleTree by Hilton World Arena, Colorado Springs
Embassy Suites, Colorado Springs
Hampton Inn, Colorado Springs
Holiday Inn Colorado Springs Airport, Colorado Springs
Holiday Inn Express, Colorado Springs
Homewood Suites, Colorado Springs
Proposed Brighton Gardens, Colorado Springs
Proposed Homewood Suites by Hilton, Colorado Springs
Proposed Hotel, Colorado Springs
Proposed Mining Exchange Hotel, Colorado Springs
Radisson, Colorado Springs
WoodSpring Suites, Colorado Springs
Holiday Inn, Craig
Grande Butte Hotel, Crested Butte
Irwin Mountain Lodge, Crested Butte
MountainLair Hotel, Crested Butte
Sheraton Hotel, Crested Butte
Imperial Hotel & Casino, Cripple Creek
Clayton Membership Club & Hotel, Denver
Colorado Athletic Club Downtown, Denver
Colorado Athletic Club Leetsdale, Denver
Courtyard by Marriott, Denver
DoubleTree DTC, Denver



Embassy Suites, Denver
Four Points by Sheraton, Denver
Hampton Inn, Denver
Hampton Inn DIA, Denver
Hampton Inn & Suites, Denver
Hilton DTC, Denver
Hilton Garden Inn Downtown, Denver
Holiday Inn Central, Denver
Holiday Inn Express, Denver
    International Airport
JW Marriott, Denver
Proposed AC by Marriott, Denver
Proposed Best Western Plus Gateway
    Park, Denver
Proposed Boutique Hotel – Sloan Lake,
    Denver
Proposed Cherry Creek Hotel, Denver
Proposed Denver Athletic Club Hotel,
    Denver
Proposed Executive Tower Hotel,
    Denver
Proposed Full-Service Hotel, Denver
Proposed Hilton Garden Inn, Denver
Proposed Hotel at DU, Denver
Proposed JW Marriott Hotel, Denver
Proposed Limited-Service DTC Hotel,
    Denver
Proposed Metro State Hotel, Denver
Proposed Residence Inn by Marriott,
    Denver
Proposed Union Station Hotel, Denver
Ritz-Carlton Downtown, Denver
Wyndham DTC, Denver
Days Inn, Denver International Airport
Ramada Limited, Denver International
    Airport
Proposed Sheraton, Denver
    International Airport
Proposed Jackson Creek Ranch,
    Douglas County
Holiday Inn & Suites, Durango
Proposed Holiday Inn, Durango
AmericInn, Eagle
24 Hour Fitness, Englewood
Colorado Athletic Club Inverness,
    Englewood
Courtyard by Marriott, Englewood

Proposed Courtyard by Marriott,
    Englewood
Proposed Residence Inn by Marriott,
    Englewood
Residence Inn by Marriott, Englewood
Sheraton Denver Tech Center,
    Englewood
Summerfield Suites by Wyndham,
    Englewood
The Stanley Hotel, Estes Park
Comfort Suites Golden West on
    Evergreen Parkway, Evergreen
Courtyard by Marriott, Fort Collins
Homewood Suites, Fort Collins
Marriott, Fort Collins,
Residence Inn by Marriott, Fort Collins
Holiday Inn, Frisco
Hampton Inn & Suites, Glendale
Staybridge Suites, Glendale
Courtyard by Marriott, Glenwood
    Springs
Residence Inn by Marriott, Glenwood
    Springs
Fairfield Inn/AmericInn, Golden
Golden Hotel, Golden
Hampton Inn, Golden
Proposed Holiday Inn Express, Golden
Ramada Inn Denver West, Golden
Proposed Residence Inn by Marriott,
    Golden
Proposed Courtyard by Marriott,
    Golden
Table Mountain Inn, Golden
Adams Mark, Grand Junction
Comfort Inn, Grand Junction
Hilton Hotel, Grand Junction
Proposed Candlewood Suites, Grand
    Junction
Proposed Courtyard by Marriott,
    Grand Junction
Proposed Hampton Inn, Grand
    Junction
Proposed Holiday Inn, Grand Junction
Proposed Residence Inn by Marriott,
    Grand Junction
Proposed Hotel, Grand Junction

Colorado Athletic Club DTC,
    Greenwood Village
Greenwood Athletic Club, Greenwood
    Village
Proposed Westin Hotel, Greenwood
    Village
AmericInn, Lakewood
Hampton Inn, Lakewood
Proposed Brighton Gardens,
    Lakewood
Sheraton Denver West, Lakewood
Holiday Inn Express, Littleton
Proposed Residence Inn, Littleton
Proposed Staybridge Suites, Littleton
Element Hotel, Lone Tree
Proposed Hotel, Longmont
Raintree Plaza, Longmont
Comfort Inn, Louisville
Courtyard by Marriott, Louisville
Proposed Residence Inn by Marriott,
    Louisville
Hampton Inn, Louisville
Embassy Suites, Loveland
Fairfield Inn by Marriott, Loveland
My Place Hotel Loveland, Loveland
Rock 'N River Property, Lyons
Holiday Inn Express, Montrose
Ramada Limited, Northglenn
Hampton Inn, Parker
Marriott Convention Center, Pueblo
Proposed Holiday Inn Express, Sterling
Proposed Hilton Garden Inn, Superior
Proposed Hotel, Superior
Madeline Hotel & Residences, Auberge
    Resorts Collection, Telluride
Proposed Westin, Telluride
Peaks at Telluride, Telluride
The Owners Club, Telluride
Rosewood Resort, Telluride
Radisson Graystone Castle, Thornton
Chateau Vail, Vail
Lodge at Vail, Vail
Vail Village Inn, Vail
Proposed Vail Plaza, Vail
Proposed Four Seasons, Vail
Vail Cascade Hotel & Club, Vail



Courtyard by Marriott Denver North Westminster, Westminster
Proposed Bradford Homesuites, Westminster
Proposed Comfort Suites, Westminster
Proposed Hyatt Place, Westminster
Proposed SpringHill Suites by Marriott, Westminster
Proposed Westin, Westminster
Westin Hotel, Westminster
Proposed Hampton by Hilton Wheat Ridge, Wheat Ridge
Proposed Limited-Service Hotel, Woodland Park
Proposed Select-Service Hotel, Woodland Park

**CONNECTICUT**
Radisson, Enfield
Holiday Inn, East Hartford
Courtyard by Marriott, Orange
DoubleTree Hotel, Windsor Locks
Marriott Airport, Windsor

**DELAWARE**
Fairfield by Marriott Wilmington New Castle, New Castle
Residence Inn by Marriott, Wilmington

**DISTRICT OF COLUMBIA**
Holiday Inn Express Washington D.C. Downtown
Kimpton Banneker Hotel
Proposed Embassy Suites
Proposed Holiday Inn Express Washington
Proposed Residence Inn - Navy Yards

**FLORIDA**
TownePlace Suites by Marriott Orlando Altamonte Springs/Maitland, Altamonte Springs
Proposed WoodSpring Suites, Belle Isle
Boca Athletic Club, Boca Raton

Proposed Extended Stay America Bradenton, Bradenton
Fairfield Inn by Marriott, Brandon
Courtyard by Marriott, Brandon
Mayfair House, Coconut Grove
Holiday Inn, Coral Gables
Hyatt, Coral Gables
Residence Inn by Marriott Sandestin Grand Boulevard, Destin
DoubleTree Hotel, Fort Lauderdale
DoubleTree Guest Suites, Fort Lauderdale
Hampton Inn, Fort Lauderdale
Tru by Hilton Fort Lauderdale Airport & Cruise Port, Fort Lauderdale
Marriott Sanibel Harbour Resort, Fort Myers
Sanibel Harbour Resort & Spa, Ft. Myers
Vacant Land, Fort Myers
Holiday Inn, Fort Pierce
Aloft, Jacksonville
Hampton Inn, Jacksonville
Holiday Inn Sunspree, Jacksonville Beach
Proposed Aloft, Jacksonville
Residence Inn by Marriott, Jacksonville
Westin, Key Largo
Courtyard by Marriott, Key West
Holiday Inn, Key West
Super 8, Lantana
Hilton Walt Disney Work, Lake Buena Vista
Sheraton, Maitland
Holiday Inn, Melbourne
Doral Golf Resort & Spa, Miami
DoubleTree Club Hotel, Miami
Hilton Garden Inn Miami Airport, Miami
Hilton Miami Downtown, Miami
Homewood Suites Miami Airport, Miami
Proposed Aloft South Beach, Miami
TownePlace Suites by Marriott, Miami
Summerfield Suites by Wyndham, Miami
Grand Beach Hotel, Miami Beach

TownePlace Suites by Marriott, Miami Lakes
Courtyard by Marriott Sandestin at Grand Boulevard, Miramar Beach
Proposed Hilton, Naples
Proposed Residence Inn by Marriott, Naples
DoubleTree Orlando at SeaWorld, Orlando
Holiday Inn & Suites Across From Universal Orlando, Orlando
Hyatt Place Convention Center, Orlando
Hyatt Place Universal, Orlando
Residence Inn by Marriott, Orlando
Residence Inn by Marriott Orlando at Sea World, Orlando
Radisson Parkway Resort, Orlando
Tru by Hilton Orlando Convention Center Area, Orlando
Holiday Inn Express, Pensacola
Holiday Inn University Mall, Pensacola
Hampton Inn, Pensacola
Sheraton Suites, Plantation
Hyatt Regency, Sarasota
SpringHill Suites by Marriott, Sarasota
Proposed Radisson Hotel, Tallahassee
Hampton by Hilton Tampa Riverview Brandon, Tampa
Hampton Inn Ybor City, Tampa
Harbour Island Athletic Club, Tampa
Holiday Inn Express Hotel & Suites, Tampa
Crowne Plaza, West Palm Beach
Residence Inn by Marriott, West Palm Beach
Sheraton, West Palm Beach
Holiday Inn, Winter Haven

**GEORGIA**
Hampton Inn, Alpharetta
Marriott, Alpharetta
Residence Inn by Marriott, Alpharetta
Courtyard by Marriott, Atlanta
Courtyard Vinings, Atlanta
Crowne Plaza Ravinia, Atlanta
Days Inn, Atlanta

DoubleTree Guest Suites, Atlanta
Four Seasons Atlanta, Atlanta
Georgian Terrace, Atlanta
Hilton Suites Perimeter, Atlanta
Hyatt Place Airport, Atlanta
Marriott Hotel, Atlanta
Northeast Athletic Club, Atlanta
Atlanta Marriott Peachtree Corners,
    Peachtree Corners
Residence Inn by Marriott, Atlanta
Ritz-Carlton Downtown, Atlanta
Sheraton Colony Square, Atlanta
Sheraton Downtown, Atlanta
Westin Perimeter North, Atlanta
Wyndham Vining Inn, Atlanta
 Days Inn Downtown, Augusta
Fairfield Inn by Marriott, Augusta
Holiday Inn Gordon Hwy, Augusta
Holiday Inn West, Augusta
Holiday Inn, Brunswick
Courtyard by Marriott, Buckhead
Residence Inn by Marriott, Buckhead
Sierra Suites, Buckhead
Hampton Inn, Buford
SpringHill Suites, Buford
Hilton Garden Inn, Duluth
Holiday Inn Gwinnett Center, Duluth
Proposed Holiday Inn Express, Duluth
Proposed Hotel, Duluth
Residence Inn by Marriott, Duluth
Hyatt Place Atlanta Airport, East Point
Best Western Plus Fairburn Atlanta
    Southwest, Fairburn
Residence Inn by Marriott, Gwinnett
Holiday Inn, Jekyll Island
Fairfield Inn, Kennesaw
SpringHill Suites, Kennesaw
Emerald Pointe Resort, Lake Lanier
    Islands
SpringHill Suites, Lithia Springs
Comfort Inn, Marietta
Holiday Inn & Suites, Marietta
Hyatt Regency, Marietta
Wyndham Peachtree Center,
    Peachtree City
Courtyard by Marriott, Savannah
Hyatt Regency, Savannah

Radisson Hotel, Savannah
Westin, Savannah
Holiday Inn, Valdosta
Fairfield Inn by Marriott, Valdosta
Ramada Inn, Warner Robins

## HAWAII
Fairmont Orchid, Big Island
Ritz-Carlton Kapalua, Maui
Royal Hawaiian, Oahu
Sheraton Moana Surfrider, Oahu
Sheraton Princess, Oahu

## IDAHO
DoubleTree Hotel, Boise
Holiday Inn, Boise
Red Lion Downtowner, Boise
Proposed Cambria Suites, Boise
Red Lion Riverside, Boise
Shilo Inn, Boise
SpringHill Suites, Boise
The Grove Hotel, Boise
Holiday Inn Express, Coeur d'Alene
Proposed Staybridge Suites Idaho
    Falls, Idaho Falls
Shilo Inn, Idaho Falls
Proposed Resort, McCall
Home2 Suites by Hilton Pocatello,
    Pocatello
Proposed Home2 Suites by Hilton,
    Pocatello
AmericInn, Twin Falls

## ILLINOIS
Holiday Inn, Arlington Heights
Sheraton Chicago Northwest,
    Arlington Heights
Courtyard by Marriott, Bedford Park
Fairfield Inn by Marriott, Bedford Park
Holiday Inn Express, Bedford Park
Proposed Holiday Inn Select, Bedford
    Park
Hampton Inn, Bloomington
Proposed Hyatt Place, Bloomington
Proposed JW Marriott, Bloomington
Holiday Inn & Suites Bolingbrook,
    Bolingbrook

SpringHill Suites, Burr Ridge
Crowne Plaza Avenue Hotel & Office
    Building, Chicago
DoubleTree by Hilton Hotel Chicago
    Magnificent Mile, Chicago
Hilton Suites, Chicago
Hyatt Printers Row, Chicago
Proposed Hampton Inn Loyola,
    Chicago
Proposed Holiday Inn Express, Chicago
Ritz Carlton, Chicago
Sheraton Hotel & Towers, Chicago
Talbott Hotel Chicago Gold Coast,
    Chicago
Wyndham NW, Chicago
Holiday Inn, Crystal Lake
DoubleTree Club Hotel, Des Plaines
Holiday Inn, Downers Grove
Embassy Suites, East Peoria
Proposed Staybridge Suites by Holiday
    Inn, Elgin
SpringHill Suites, Elmhurst
Fairfield Inn by Marriott, Forsyth
Holiday Inn, Glen Ellyn
DoubleTree Hotel, Glenview
Fairfield Inn by Marriott, Glenview
Proposed Hotel, Gurnee
Hyatt Place, Hoffman Estates
Marriott Northwest, Hoffman Estates
Holiday Inn, Itasca
Wyndham NW Chicago, Itasca
SpringHill Suites by Marriott Chicago
    Lincolnshire, Lincolnshire
Wyndham, Lisle
Wyndham Garden, Naperville
Marriott, Normal
Proposed Radisson, Normal
Proposed Hotel, Peoria
Holiday Inn, Rolling Meadows
Proposed Radisson Hotel, Schaumburg
Wyndham Garden, Schaumburg
DoubleTree Hotel, Skokie
Proposed Residence Inn, Wilmette
Wyndham Garden, Wood Dale

## INDIANA
Holiday Inn, Bloomington

Hyatt Place, Bloomington
Proposed Residence Inn by Marriott, Bloomington
Proposed Staybridge Suites, Carmel
Renaissance, Carmel
Residence Inn by Marriott, Fishers
Courtyard by Marriott Downtown, Fort Wayne
Hilton, Fort Wayne
Holiday Inn, Fort Wayne
Proposed Courtyard, Fort Wayne
Proposed Hotel, Fort Wayne
Staybridge Suites by Holiday Inn, Fort Wayne
French Lick Resort, French Lick
AmeriSuites, Indianapolis
Fairfield Inn by Marriott, Indianapolis
Hampton Inn, Indianapolis
Hyatt Regency, Indianapolis
Proposed Boutique Hotel, Indianapolis
Proposed Canopy Hotel, Indianapolis
Proposed Convention Hotel, Indianapolis
Proposed Independent Hotel, Indianapolis
Proposed InterContinental Indianapolis Downtown, Indianapolis
Residence Inn by Marriott, Indianapolis
Proposed Hampton Inn, Lawrenceburg
Residence Inn by Marriott, Merrillville
Proposed Home2 Suites, Mishawaka
Proposed SpringHill Suites by Marriott, Munster
Proposed Potato Creek Inn, North Liberty
Proposed Casino, Paxton
Knights Inn, Seymour
Century Center Convention Complex, South Bend
Proposed Fairfield Inn, South Bend
Proposed Valparaiso Hotel, Valparaiso
Hilton Garden Inn Wabash Landing, West Lafayette
Proposed Prophetstown Inn, West Lafayette

**IDAHO**
Proposed Staybridge Suites Idaho Falls, Idaho Falls
Hampton Inn & Suites, Pocatello

**IOWA**
Crowne Plaza, Cedar Rapids
Hampton Inn, Cedar Rapids
Wildwood Lodge, Clive
Best Western Metro, Council Bluffs
Proposed Candlewood Suites, Davenport
Comfort Suites, Des Moines
Country Inn & Suites, Des Moines
Hampton by Hilton Des Moines Airport, Des Moines
Proposed 2525 Grand, Des Moines
Proposed Boutique Hotel, Des Moines
Proposed Courtyard by Marriott, Des Moines
Proposed Holiday Inn Express, Des Moines
Proposed Hotel, Des Moines
Savery Hotel, Des Moines
Sleep Inn, Des Moines
Surety Hotel Des Moines, Des Moines
Four Points, West Des Moines
Proposed Indianola Limited-Service Hotel, Indianola
Sheraton, Iowa City
Proposed SpringHill Suites, Ottumwa
Courtyard by Marriott Sioux City Downtown Convention Center, Sioux City

**KANSAS**
Holiday Inn Express, Hays
Courtyard by Marriott, Junction City
Holiday Inn, Lawrence
Proposed Hotel, Lawrence
Proposed MainStay Suites, Lawrence
Proposed Candlewood Suites, Lenexa
Proposed Holiday Inn Express, Lenexa
Holiday Inn, Manhattan
Comfort Suites, Olathe
AmeriSuites, Overland Park

Courtyard by Marriott Kansas City Overland Park Convention Center, Overland Park
Hampton Inn, Overland Park
Homewood Suites, Overland Park
Proposed Hampton Inn, Overland Park
Proposed Staybridge Suites, Overland Park
AmericInn, Salina
Holiday Inn, Wichita
Proposed Hotel – Bowllagio, Wichita
Proposed Downtown Hotel, Wichita
Proposed Hotel – Greenwich, Wichita
Proposed Hotel – Southfork, Wichita

**KENTUCKY**
Holiday Inn Riverfront, Covington
Courtyard by Marriott, Florence
Marriott Airport, Hebron
Embassy Suites, Lexington
Marriott Lexington Griffin Gate Resort & Spa, Lexington
Aloft Louisville Downtown, Louisville
Hilton Garden Inn Northeast, Louisville
Holiday Inn, Louisville
Homewood Suites by Hilton Louisville Downtown, Louisville
Proposed Aloft Hotel, Louisville
Proposed Homewood Suites by Hilton, Louisville
Proposed WoodSpring Suites, Louisville
Radisson, Louisville
Courtyard by Marriott, Paducah
Super 8, Prestonburg

**LOUISIANA**
Comfort Inn, Baton Rouge
Fairfield Inn by Marriott, Baton Rouge
SpringHill Suites by Marriott, Baton Rouge
TownePlace Suites by Marriott, Baton Rouge
Residence Inn by Marriott Shreveport-Bossier City/Downtown, Bossier City



TownePlace Suites by Marriott
  Shreveport-Bossier City, Bossier City
Courtyard by Marriott, Lafayette
Holiday Inn, Lafayette
Courtyard by Marriott, Metairie
Quality Inn, Metairie
Residence Inn by Marriott, Metairie
Astor Crowne Plaza, New Orleans
Bourbon Orleans, New Orleans
Courtyard Convention Center, New
  Orleans
Crowne Plaza, New Orleans
Hyatt Regency, New Orleans
Maison DuPuy, New Orleans
Radisson, New Orleans
SpringHill Suites Convention Center,
  New Orleans
SpringHill Suites by Marriott New
  Orleans Downtown, New Orleans
Wingate Inn, Sulphur

**MARYLAND**
Marriott, Annapolis
DoubleTree by Hilton, Annapolis
Radisson, Annapolis
Brookshire Suites, Baltimore
Homewood Suites/Hilton Garden Inn
  Inner Harbor, Baltimore
Proposed Extended-Stay Hotel,
  Baltimore
Proposed Staybridge Suites, Baltimore
Wyndham Inner Harbor Hotel,
  Baltimore
Bel Air Athletic Club, Bel Air
Holiday Inn, Belmont
Residence Inn by Marriott, Bethesda
Hilton, Columbia
Holiday Inn, Cromwell Bridge
Holiday Inn, Frederick
Summerfield Suites by Wyndham,
  Gaithersburg
Holiday Inn Airport, Linthicum Heights
DoubleTree, Rockville
Days Inn, Silver Spring
Holiday Inn, Silver Spring

**MASSACHUSETTS**

Wyndham, Billerica
Atlantic Avenue Athletic Club, Boston
Charles Square Athletic Club, Boston
Commonwealth Athletic Club, Boston
Courtyard by Marriott, Boston
Proposed Intercontinental Hotel,
  Boston
Westin Copley Place, Boston
Wyndham Hotel, Boston
Summerfield Suites by Wyndham,
  Burlington
TownePlace Suites by Marriott,
  Danvers
Residence Inn by Marriott, Dedham
Proposed Courtyard by Marriott,
  Natick
Newton Athletic Club, Newton
Summerfield Suites by Wyndham,
  Waltham
Proposed Courtyard by Marriott,
  Woburn
Crowne Plaza, Worcester

**MICHIGAN**
Proposed TownePlace Suites, Ann
  Arbor
Residence Inn by Marriott, Ann Arbor
Fairfield Inn by Marriott, Auburn Hills
Hilton Suites, Auburn Hills
Proposed TownePlace Suites, Auburn
  Hills
Fairfield Inn by Marriott, Canton
Lifetime Fitness Center, Canton
Courtyard by Marriott, Dearborn
Hyatt Regency, Dearborn
TownePlace Suites by Marriott,
  Dearborn
DoubleTree Hotel Airport, Detroit
Courtyard by Marriott, Flint
Holiday Inn, Flint
Riverwalk Place, Gladwin
Delta Hotels by Marriott Grand Rapids
  Airport, Grand Rapids
Proposed TownePlace Suites by
  Marriott, Grand Rapids
Holiday Inn West, Lansing

Embassy Suites Detroit Livonia,
  Livonia
Proposed TownePlace Suites by
  Marriott, Livonia
TownePlace Suites by Marriott,
  Livonia
Fairfield Inn by Marriott, Madison
  Heights
Delta Hotels Muskegon Downtown,
  Muskegon
Holiday Inn Muskegon Harbor,
  Muskegon
Hampton Inn, Northville
Wyndham Garden, Novi
Quality Inn, Plymouth
Proposed Marriott, Pontiac
Lifetime Fitness Center, Rochester
  Hills
Proposed WoodSpring Suites,
  Rochester Hills
Fairfield Inn by Marriott, Romulus
Proposed Hilton Garden Inn, Romulus
Courtyard by Marriott, Southfield
Holiday Inn, Southfield
Proposed Holiday Inn Express, Sterling
Proposed TownePlace Suites, Sterling
  Heights
Comfort Inn, Traverse City
Courtyard by Marriott, Troy
Drury Inn, Troy
Hilton Inn Northfield, Troy
Courtyard by Marriott, Warren
Fairfield Inn by Marriott, Warren

**MINNESOTA**
Holiday Inn, Alexandria
Proposed Holiday Inn Express,
  Alexandria
Holiday Inn, Arden Hills
Proposed Cobblestone Hotel & Suites,
  Austin
Proposed SpringHill Suites Vadnais
  Heights, Arden Hills
AmericInn by Wyndham Baxter
  Brainerd, Baxter
Proposed Country Inn, Bemidji
Cambria Suites, Bloomington

Crowne Plaza, Bloomington

DoubleTree by Hilton Bloomington Minneapolis South, Bloomington

Embassy Suites Bloomington, Bloomington

GuestHouse Inn, Bloomington

Hampton Inn & Suites, Bloomington

Hilton Garden Inn Minneapolis Airport Mall of America, Bloomington

Hilton Minneapolis St. Paul Airport Mall of America, Bloomington

Holiday Inn, Bloomington

Holiday Inn Express, Bloomington

Hyatt Place Minneapolis Airport South, Bloomington

Hyatt Regency Bloomington Minneapolis, Bloomington

Le Bourget Aero Suites (conversion to Holiday Inn Express), Bloomington

Marriott Airport, Bloomington

Northwest Athletic Club 98th Street, Bloomington

Northwest Athletic Club Normandale, Bloomington

Proposed Courtyard by Marriott, Bloomington

Proposed Full-Service Hotel, Bloomington

Proposed Hampton Inn & Suites, Bloomington

Proposed Home2 Suites, Bloomington

Proposed Hyatt, Bloomington

Proposed JW Marriott, Bloomington

Proposed MOA Hotel, Bloomington

Proposed Radisson Blu, Bloomington

Proposed Residence Inn by Marriott, Bloomington

Radisson Blu Mall of America, Bloomington

Ramada Mall of America, Bloomington

Renaissance Hotel, Bloomington

Sheraton Bloomington Hotel, Bloomington

Staybridge Suites Minneapolis Bloomington, Bloomington

Tru By Hilton Minneapolis Mall of America, Bloomington

Wyndham Garden, Bloomington

Motel 6 Minneapolis Brooklyn Center, Brooklyn Center

Northwest Athletic Club Highway 100, Brooklyn Center

Cragun's Resort, Brainerd

Northland Inn, Brooklyn Park

Proposed Fairfield Inn by Marriott, Brooklyn Park

Northwest Athletic Club Burnsville, Burnsville

Proposed Centerville Hotel, Centerville

Proposed Hotel, Chaska

Proposed Cohasset Hotel, Cohasset

Proposed Cottage Grove Hotel, Cottage Grove

Days Inn Duluth Lakewalk, Duluth

Edgewater Hotel and Waterpark, Duluth

Holiday Inn, Duluth

Motel 6, Duluth

Proposed Cambria Suites, Duluth

Proposed Clyde Ironworks Hotel, Duluth

Proposed Duluth Hotel, Duluth

Proposed GrandStay Hotel & Suites, Duluth

Proposed Holiday Inn Express, Duluth

Proposed Mixed-Use Development, Duluth

Proposed Fairfield Inn & Suites, Eagan

Proposed Home2 Suites, Eagan

Proposed Hotel, Eagan

Residence Inn by Marriott, Eagan

Westin Edina Galleria, Edina

Hilton Garden Inn, Eden Prairie

Northwest Athletic Club Crosstown, Eden Prairie

Flagship Athletic Club, Eden Prairie

Proposed TownePlace Suites by Marriott, Eden Prairie

Hawthorn Suites, Edina

Northwest Athletic Club Midwest, Edina

Northwest Athletic Club St. Louis Park, Edina

Proposed Edina Hotel, Edina

Proposed Homewood Suites by Hilton, Edina

Proposed Hotel Market Study, Edina

Westin, Edina

Silver Rapids Lodge Resort Ely, Ely

Proposed Boutique Hotel on Lake Minnetonka, Excelsior

Northwest Athletic Club Moore Lake, Fridley

Proposed Glencoe Hotel, Glencoe

Proposed Best Western Plus, Grand Rapids

Proposed Boutique Hotel Grand Rapids, Grand Rapids

Sawmill Inn, Grand Rapids

Wendigo Lodge, Grand Rapids

Proposed Hastings Hotel, Hastings

Proposed Microtel, Hastings

Hibbing Park Hotel, Hibbing

Grand Casino Hinckley's RV Resort, Hinckley

Proposed AmericInn by Wyndham, International Falls

Proposed Best Western Plus International Falls, International Falls

Proposed Microtel International Falls, International Falls

Motel 6 Lakeville/Minneapolis, Lakeville

Lutsen Resort, Lutsen

Proposed Hampton Inn, Mankato

Northwest Athletic Club Maple Grove, Maple Grove

Proposed Hilton Garden Inn, Maple Grove

Proposed Staybridge Suites by Marriott, Maple Grove

Proposed Hotel, Maplewood

Courtyard by Marriott, Mendota Heights

AC Hotel by Marriott Minneapolis Downtown, Minneapolis

Airport Market Area Overview, Minneapolis

Comfort Suites, Minneapolis

Courtyard by Marriott Minneapolis Downtown, Minneapolis

Crowne Plaza Minneapolis Northstar Downtown, Minneapolis

Days Inn University of MN, Minneapolis

Element Minneapolis Downtown, Minneapolis

Elliot Park Hotel Autograph Collection Minneapolis, Minneapolis

Emery Autograph Collection by Marriott, Minneapolis

Grand Hotel Minneapolis, Minneapolis

Homewood Suites Mall of America, Minneapolis

Hampton Inn & Suites Minneapolis University Area, Minneapolis

Hewing Hotel, Minneapolis

Hilton, Minneapolis

Hotel Ivy, Minneapolis

Hotel Minneapolis, Minneapolis

Hyatt Place, Minneapolis

Le Meridien Chambers Hotel, Minneapolis

Northwest Athletic Club Arena, Minneapolis

Proposed AC Hotel, Minneapolis

Proposed Autograph Hotel, Minneapolis

Proposed Canopy Hotel, Minneapolis

Proposed Conrad Hotel, Minneapolis

Proposed Courtyard by Marriott, Minneapolis

Proposed Dual-Branded Hotel, Minneapolis

Proposed Element, Minneapolis

Proposed Extended-Stay Hotel, Minneapolis

Proposed Full-Service Hotel, Minneapolis

Proposed Gateway Hotel, Minneapolis

Proposed Hampton Inn, Minneapolis

Proposed Hotel at MSP, Minneapolis

Proposed Hyatt Centric, Minneapolis

Proposed Hyatt Place (conversion), Minneapolis

Proposed Limited-Service Hotel, Minneapolis

Proposed Minneapolis Stadium Hotel, Minneapolis

Proposed Moxy, Minneapolis

Proposed SALT Hotel, Minneapolis

Proposed Terminal Hotel, Minneapolis

Proposed TownePlace Suites, Minneapolis

Proposed The West Hotel, Minneapolis

Proposed Westin, Minneapolis

Rand Tower Hotel Minneapolis a Marriott Tribute Portfolio Hotel, Minneapolis

Radisson Metrodome, Minneapolis

Sheraton Midtown Minneapolis, Minneapolis

The Grand Hotel, Minneapolis

The Marquette Hotel, Minneapolis

W Minneapolis The Foshay, Minneapolis

Hampton Inn, Minnetonka

Holiday Inn Express, Minnetonka

Northwest Athletic Club Oakdale, Minnetonka

Sheraton Minneapolis West, Minnetonka

Proposed Fairfield by Marriott Monticello, Monticello

Proposed Holiday Inn Express, Mounds View

Proposed New Brighton Hotel, New Brighton

Proposed Northfield Hotel, Northfield

Proposed Hilton Garden, Oakdale

Proposed Home2 Suites by Hilton, Oakdale

Proposed Holiday Inn Express, Oak Park Heights

Courtyard by Marriott Owatonna Downtown, Owatonna

Owatonna Proposed Hotel, Owatonna

Proposed Courtyard by Marriott, Owatonna

Proposed Hotel, Plymouth

Proposed Ramsey Limited-Service Hotel, Ramsey

Motel 6 Minneapolis Airport Mall Of America, Richfield

Sonesta Simply Suites Minneapolis Richfield, Richfield

Broadway Plaza, Rochester

Country Inn & Suites Rochester South Mayo Clinic, Rochester

Extended Stay America North, Rochester

Extended Stay America South, Rochester

Hilton Rochester Mayo Clinic Area, Rochester

Holiday Inn Rochester Downtown, Rochester

Hotel Indigo Rochester Downtown, Rochester

Hyatt House Rochester Mayo Clinic Area, Rochester

La Quinta Inn & Suites by Wyndham Rochester Mayo Clinic South, Rochester

Proposed Cambria Suites, Rochester

Proposed Dual Brand IHG Rochester, Rochester

Proposed Embassy Suites, Rochester

Proposed Hilton Hotel, Rochester

Proposed Hotel, Rochester

Proposed Hyatt House Rochester, Rochester

Staybridge Suites, Rochester

Proposed Rosemount Hotel, Rosemount

Comfort Inn, Roseville

Motel 6 Roseville/Minneapolis, Roseville

Proposed Roseville Avid Hotel, Roseville

Proposed Residence Inn by Marriott, Roseville

Holiday Inn West, St. Louis Park

Proposed Extended-Stay Hotel, St. Louis Park

Proposed Hilton Garden Inn, St. Louis Park

Proposed Hotel, St. Louis Park



DoubleTree by Hilton Saint Paul East, Saint Paul
Holiday Inn, St. Paul
Proposed Element Hotel, St. Paul
Proposed Hotel, St. Paul
Proposed Hyatt Place, St. Paul
Saint Paul Hotel, St. Paul
Proposed Sartell Hotel, Sartell
Proposed Shakopee Extended-Stay Hotel, Shakopee
Proposed Hotel, Stillwater
Proposed Boutique Hotel, Taylors Falls
Proposed Hotel, Wabasha
Proposed Holiday Inn, Waite Park
Proposed Staybridge Suites, Waite Park
Proposed Limited-Service Hotel, Willmar
La Quinta Inn & Suites Saint Paul Woodbury, Woodbury
Sheraton, Woodbury

**MISSISSIPPI**
Hampton Inn, Harrisburg
Comfort Inn, Hattiesburg
Courtyard by Marriott, Jackson
Holiday Inn Express, Jackson
Proposed Conference Resort, Jackson
Ramada, McComb
Holiday Inn Express, Milford
Courtyard by Marriott Oxford, Oxford
Homewood Suites, Ridgeland
Staybridge Suites, Ridgeland

**MISSOURI**
Branson Landing Hilton, Branson
Chateau on the Lake, Branson
Hilton Branson Convention Center, Branson
Sheraton, Clayton
Proposed Home 2 Suites by Hilton, Independence
Residence Inn by Marriott, Joplin
Crossroads Hotel, Kansas City
Hampton Inn, Kansas City
Proposed Boutique Hotel, Kansas City

Proposed Hotel, Kansas City
Proposed Residence Inn by Marriott, Kansas City
Residence Inn by Marriott, Kansas City
Country Club Hotel & Spa, Lake Ozark
Big Cedar Lodge, Ridgedale
Embassy Suites, St. Charles
Comfort Inn, St. Louis
Holiday Inn North, St. Louis
Radisson Hotel, St. Louis
Courtyard by Marriott, Springfield
Holiday Inn Express, Springfield
Residence Inn by Marriott, Springfield
University Plaza, Springfield

**MONTANA**
Crowne Plaza, Billings
Proposed TownePlace Suites by Marriott, Billings
TownePlace Suites by Marriott Billings, Billings
Best Western Plus Butte Plaza Inn, Butte
Hampton Inn, Butte
Proposed Holiday Inn Express, Glendive
Proposed Holiday Inn Express, Great Falls
Holiday Inn Express, Helena
Proposed Holiday Inn Express, Helena
Wingate Inn, Helena
Holiday Inn Express, Kalispell
Proposed Homewood Suites, Kalispell
Proposed Hotel, Missoula
Proposed TownePlace Suites, Missoula
TownePlace Suites by Marriott, Missoula
Proposed Best Western, Shelby
Best Western Golden Prairie Inn & Suites, Sidney
Proposed Best Western, Sidney
Richland Motor Inn, Sidney
Proposed Hotel, Whitefish

**NEBRASKA**
Proposed Hotel, Ashland
Proposed Hotel, Beatrice

Proposed Hotel, Grand Island
Proposed Hotel, Hastings
AmericInn by Wyndham Kearney, Kearney
Proposed Dual-Brand Hotel Kearney, Kearney
Courtyard by Marriott, La Vista
Embassy Suites, La Vista
Embassy Suites, Lincoln
Hampton Inn, Lincoln
Proposed Fallbrook Hotel, Lincoln
Proposed Hotel, Lincoln
Proposed Tribute Hotel, Norfolk
Best Western Central, Omaha
DoubleTree, Omaha
Hampton Inn, Omaha
Marriott Hotel, Omaha
Proposed Blackstone Hotel, Omaha
Proposed Hotel, Omaha
Proposed Marriott, Omaha
Ramada Inn, Omaha
Sheraton Inn, Omaha
Quality Inn Scottsbluff, Scottsbluff
Proposed Hotel, Waverly

**NEVADA**
Candlewood Suites, Henderson
Hampton Inn & Holiday Inn Express, Henderson
Proposed Holiday Inn Express, Henderson
Proposed Timeshare Resort, Lake Tahoe
Alexis Park Suites, Las Vegas
Courtyard by Marriott, Las Vegas
Embassy Suites, Las Vegas
Marriott Suites, Las Vegas
Proposed Hotel, Las Vegas
SpringHill Suites, Las Vegas
Homewood Suites, Reno
Hyatt Place, Reno
Proposed Reno Embassy Suites, Reno
Renaissance by Marriott Reno Downtown Hotel & Spa, Reno

**NEW HAMPSHIRE**



Presidential Mountain Resort, Bethlehem
Fairfield Inn by Marriott, Merrimack

**NEW JERSEY**
Trump Marina Hotel & Casino, Atlantic City
Summerfield Suites by Wyndham, Bridgewater
Montreal Beach Resort, Cape May
Courtyard by Marriott, Edison
Leisure Park Retirement Community, Lakewood
Summerfield Suites by Wyndham, Morristown
Courtyard by Marriott Newark Downtown, Newark
Hilton Gateway Plaza, Newark
Hilton, Parsippany
Proposed Residence Inn Parsippany, Parsippany
Residence Inn by Marriott, Princeton
Courtyard by Marriott, Secaucus
DoubleTree, Somerset
Residence Inn by Marriott, Tinton Falls
Summerfield Suites by Wyndham, Whippany

**NEW MEXICO**
Andaluz, Albuquerque
Del Norte Athletic Club, Albuquerque
DoubleTree by Hilton, Albuquerque
Downtown Athletic Club, Albuquerque
Embassy Suites, Albuquerque
Hilton Garden Inn Uptown, Albuquerque
Highpoint Athletic Club, Albuquerque
Holiday Inn Express, Albuquerque
Hotel Albuquerque, Albuquerque
La Posada, Albuquerque
Midtown Athletic Club, Albuquerque
Proposed Hilton Garden Inn, Albuquerque
Proposed Hotel Indigo, Albuquerque
Proposed Residence Inn, Albuquerque
Proposed SpringHill Suites, Albuquerque

Riverpoint Athletic Club, Albuquerque
Suburban Lodge, Albuquerque
Holiday Inn Express, Farmington
Hilton Garden Inn, Las Cruces
Proposed Resort, Pojoaque
Hilton Garden Inn, Rio Rancho
Bishop's Lodge, Santa Fe
Courtyard by Marriott, Santa Fe
Eldorado Hotel, Santa Fe
Encantado Resort, Santa Fe
Hilton, Santa Fe
Holiday Inn, Santa Fe
Hotel Chimayo, Santa Fe
Proposed Hotel, Santa Fe

**NEW YORK**
Crowne Plaza, Albany
Omni Hotel, Albany
Proposed Hilton Garden Inn, Buffalo
Holiday Inn Express, Cooperstown
Residence Inn by Marriott, Fishkill
Hyatt Place, Garden City
Holiday Inn, Grand Island
Holiday Inn, Jamestown
Sofitel, New York
Four Points, Niagara Falls
Holiday Inn Select, Niagara Falls
Proposed Hotel, Niagara Falls
Embassy Suites, Syracuse
Fairfield Inn by Marriott, Syracuse
Holiday Inn, Syracuse
Wyndham Hotel, Syracuse

**NORTH CAROLINA**
Sleep Inn & Suites, Albemarle
Hampton Inn, Asheboro
DoubleTree Biltmore, Asheville
Hotel Indigo, Asheville
Renaissance, Asheville
Cape Pines Motel, Buxton
Embassy Suites Ayrsley, Charlotte
Hilton Garden Inn Ayrsley, Charlotte
Homewood Suites, Charlotte
Residence Inn by Marriott, Charlotte
Westin Hotel, Charlotte
Proposed Select-Service Hotel, Charlotte

Holiday Inn Express, Clemmons
Embassy Suites, Concord
Hilton Garden Inn, Concord
21c Museum Hotel, Durham
Candlewood Suites Durham Research Triangle Park, Durham
Marriott Research Triangle Park Durham, Durham
Proposed 21c Hotel, Durham
Proposed Hotel, Durham
Holiday Inn, Fayetteville
Radisson Inn, Greensboro
Holiday Inn Express, Henderson
Days Inn RPT, Raleigh
Holiday Inn, Raleigh
Proposed Hotel, Raleigh
Renaissance Hotel, Raleigh
Fairfield Inn by Marriott, Rocky Mount
Holiday Inn Express & Suites Smithfield Selma I-95, Smithfield
Fairfield by Marriott Raleigh Wake Forest, Wake Forest
Staybridge Suites Wilmington East, Wilmington
Blockade Runner Beach Resort, Wrightsville Beach

**NORTH DAKOTA**
Cobblestone Hotel & Suites Beulah, Beulah
Fairfield by Marriott Bismarck North, Bismarck
Fairfield by Marriott Bismarck South, Bismarck
Hampton by Hilton, Bismarck
Proposed SpringHill Suites by Marriott, Bismarck
Proposed University Hotel, Bismarck
Residence Inn by Marriott Bismarck North, Bismarck
Staybridge Suites, Bismarck
Holiday Inn Express Devils Lake, Devils Lake
Proposed Dakota Suites, Dickinson
Candlewood Suites Fargo South - Medical Center, Fargo
Delta Hotels by Marriott Fargo, Fargo



Hampton by Hilton Fargo Medical Center, Fargo
Hawthorn Suites by Wyndham Fargo, Fargo
Holiday Inn, Fargo
Jasper Hotel, Fargo
Proposed AC Hotel by Marriott Fargo, Fargo
Proposed Hawthorn Suites, Fargo
Proposed Hotel, Fargo
Proposed Limited-Service Hotel, Fargo
Proposed Wingate Inn, Fargo
Radisson, Fargo
Ramada Plaza Conversion, Fargo
Ramada Plaza Suites, Fargo
Canad Inns Destination Center Grand Forks, Grand Forks
Baymont Inn & Suites, Minot
Candlewood Suites Minot, Minot
Hyatt House, Minot
La Quinta Inn & Suites, Minot
Noble Inn, Minot
North Hills Suites Conversion to Hyatt House, Minot
Proposed Extended-Stay Hotel, Minot
Proposed Limited-Service Hotel, Minot
Proposed Baymont Inn & Suites, South Heart
MainStay Suites Stanley, Stanley
Proposed Candlewood Suites, West Fargo
Market Overview, Williston
Proposed Hotel(s), Williston
Supply Update, Williston

**OHIO**
Fairfield Inn by Marriott, Akron
Proposed Hilton, Chippewa Lake
Hilton Cincinnati Netherland Plaza, Cincinnati
Hyatt Regency, Cincinnati
Radisson, Cincinnati
Courtyard by Marriott, Cleveland
Holiday Inn Beachwood, Cleveland
Holiday Inn Westlake, Cleveland
Marriott East, Cleveland
Marriott North, Cleveland

Radisson, Cleveland
AmeriSuites, Columbus
Courtyard Easton, Columbus
DoubleTree Guest Suites, Columbus
Hilton Easton, Columbus
Hilton Polaris, Columbus
Marriott Airport, Columbus
Westin, Columbus
DoubleTree Guest Suites, Dayton
Marriott Columbus Northwest, Dublin
La Quinta Inn & Suites Fairborn Wright Patterson, Fairborn
AmeriSuites, Forest Park
Holiday Inn Express Hotel & Suites Dayton Huber Heights, Huber Heights
Harley Hotel, Independence
Comfort Inn, Marietta
Marriott Cincinnati Northeast, Mason
Comfort Inn Cleveland Airport, Middleburg Heights
Harley Hotel, Middleburg Heights
Holiday Inn, Richfield
Homewood Suites, Sharonville
Holiday Inn, Strongsville
Marriott Cincinnati North, West Chester
Ramada Hotel, Willoughby

**OKLAHOMA**
Holiday Inn Express & Suites, Duncan
Embassy Suites, Norman
Courtyard by Marriott Downtown, Oklahoma City
Hampton Inn, Oklahoma City
Hampton Inn & Suites Oklahoma City Airport, Oklahoma City
Home2 Suites by Hilton Oklahoma City Airport, Oklahoma City
Park Inn, Oklahoma City
Proposed Boutique Hotel, Oklahoma City
Proposed NYLO Hotel, Oklahoma City
Residence Inn by Marriott Bricktown, Oklahoma City
Westin, Oklahoma City
Courtyard by Marriott, Tulsa

Hampton Inn, Tulsa
Renaissance, Tulsa

**OREGON**
Windmill Inn, Ashland
AC Hotel by Marriott Portland Beaverton, Beaverton
Valley River Inn, Eugene
Best Western Pier Point Inn, Florence
Proposed Staybridge Suites, Hillsboro
Columbia Gorge Hotel & Spa, Hood River
Columbia Gorge Hotel & Spa, Hood River
Residence Inn by Marriott, Lake Oswego
Proposed Candlewood Suites, Medford
Windmill Inn, Medford
DoubleTree Downtown, Portland
DoubleTree Lloyd Center, Portland
Marriott, Portland
Proposed Hilton Garden Inn, Portland
Proposed Hyatt Convention Hotel, Portland
Residence Inn by Marriott, Portland
Windmill Inn, Roseburg
DoubleTree, Springfield
Holiday Inn, Wilsonville

**PENNSYLVANIA**
Courtyard by Marriott, Cranberry Township
Marriott North, Cranberry Township
Hilton Garden Inn, Fort Washington
Sheraton Great Valley Hotel, Frazer
Holiday Inn, Greentree
Crowne Plaza, Harrisburg
Alloy King of Prussia A DoubleTree by Hilton, King of Prussia
Proposed Hotel – King of Prussia Mall, King of Prussia
Sheraton Bucks County Langhorne, Langhorne
Four Points by Sheraton, Mars
Holiday Inn, McKnight
Holiday Inn, Monroeville
DoubleTree, Moon Township



DoubleTree Club, Philadelphia
Proposed Ritz-Carlton, Philadelphia
Proposed Sofitel, Philadelphia
Residence Inn by Marriott, Philadelphia
Sofitel, Philadelphia
Wyndham Franklin Plaza, Philadelphia
Crowne Plaza, Pittsburgh
Holiday Inn, Pittsburgh
Holiday Inn Parkway East, Pittsburgh
Windsor Court Hotel Conversion, Pittsburgh
Wyndham, Pittsburgh
DoubleTree Guest Suites, Plymouth Meeting
Nittany Lion, State College
Penn Stater, State College
Holiday Inn Meadowlands, Washington Park
Holiday Inn, York

**RHODE ISLAND**
Proposed WoodSpring Suites Signature, Providence
Courtyard by Marriott Providence Warwick, Warwick
Residence Inn by Marriott, Warwick
Proposed NYLO Hotel, Warwick

**SOUTH CAROLINA**
Best Western, Charleston
Clarion, Charleston
Lodge Alley, Charleston
Holiday Inn, Columbia
Hilton Garden Inn, Greenville
Best Western, Hilton Head
Holiday Inn, Hilton Head
Hampton Inn Oceanside, Myrtle Beach
Holiday Inn Sunspree, Myrtle Beach
Shorecrest II, Myrtle Beach
DoubleTree Hotel, North Charleston
Residence Inn, North Charleston
Holiday Inn, Rock Hill

**SOUTH DAKOTA**
Proposed GrandStay Suites, Aberdeen

Proposed TownePlace Suites, Aberdeen
TownePlace Suites by Marriott, Aberdeen
Proposed Hotel Indigo Brookings, Brookings
Proposed Hotel, Pierre
Courtyard by Marriott, Sioux Falls
Proposed Full-Service Hotel Sioux Falls, Sioux Falls
Proposed Limited-Service Sioux Falls Hotel, Sioux Falls
Sheraton, Sioux Falls
SpringHill Suites, Sioux Falls
Proposed Hotel, Watertown

**TENNESSEE**
Courtyard by Marriott, Clarksville
Fairfield Inn by Marriott, Chattanooga
Embassy Suites, Franklin
TownePlace Suites Cool Springs, Franklin
Courtyard by Marriott, Germantown
Fairfield Inn by Marriott, Jackson
Hampton Inn & Suites East, Knoxville
Hotel Market Supply and Demand Study, Knoxville
Proposed Convention Hotel, Knoxville
Proposed Courtyard by Marriott, Knoxville
Fairfield Inn & Suites by Marriott Lebanon, Lebanon
Adams Mark, Memphis
AmeriSuites, Memphis
Courtyard by Marriott, Memphis
French Quarter Hotel, Memphis
Hampton Inn, Memphis
Ramada Inn, Memphis
Country Inn, Murfreesboro
Embassy Suites, Murfreesboro
Aloft Nashville West End, Nashville
Holston House Nashville, Nashville
Proposed SpringHill/Residence Inn by Marriott, Nashville
Renaissance Hotel, Nashville
SpringHill Suites by Marriott, Nashville
Hampton Inn, Pigeon Forge

Hampton Inn, Smyrna
Hilton Garden Inn, Smyrna

**TEXAS**
Courtyard by Marriott, Abilene
Courtyard by Marriott, Allen
Comfort Inn, Amarillo
Crowne Plaza, Amarillo
Days Inn, Amarillo
Holiday Inn Express, Amarillo
Courtyard by Marriott South Arlington, Arlington
Residence Inn South Arlington, Arlington
Courtyard by Marriott, Austin
Fairfield Inn & Suites North, Austin
Hampton Inn & Suites Downtown, Austin
Hawthorn Suites Central, Austin
Hawthorn Suites South, Austin
Hilton Garden Inn, Austin
Holiday Inn, Austin
Holiday Inn NW, Austin
Holiday Inn South, Austin
Proposed Courtyard by Marriott, Austin
Sheraton, Austin
Staybridge Suites Austin South Interstate Highway 35, Austin
Proposed Spillman Ranch, Bee Cave
Courtyard by Marriott, Corpus Christi
DoubleTree Campbell Center, Dallas
Embassy Suites by Hilton Dallas Park Central Area, Dallas
Holiday Inn Market Center, Dallas
Le Meridien, Dallas
Proposed Boutique Hotel, Dallas
Proposed NYLO, Dallas
Proposed WoodSpring Suites, Dallas
Residence Inn by Marriott, Dallas
Westin Dallas Park Central, Dallas
Holiday Inn Select, D/FW Airport
Hyatt D/FW Airport
Courtyard by Marriott, El Paso
Hilton Garden Inn, Fort Worth
Marriott DFW, Fort Worth
Residence Inn by Marriott, Fort Worth

TownePlace Suites by Marriott, Fort Worth
Embassy Suites, Frisco
Proposed NYLO Hotel, Frisco
Holiday Inn Express and Suites Gatesville North Fort Hood, Gatesville
Proposed Resort, Horseshoe Bay
Crowne Plaza, Houston
Hampton Inn, Houston
Hawthorne Suites, Houston
Hilton Garden Inn Energy Corridor, Houston
Hilton Garden Inn Galleria, Houston
Hotel Icon, Houston
Kingwood Athletic Club, Houston
Magnolia Hotel, Houston
Ramada Plaza, Houston
Westin Galleria, Houston
Westin Oaks, Houston
Hawthorn Suites, Irving
Holiday Inn Express, Irving
Hyatt Place, Irving
Marriott DFW Airport, Irving
Proposed Convention Hotel, Irving
Hawthorn Suites, Killeen
Residence Inn, Killeen
Hampton Inn, Laredo
Proposed NYLO, Las Colinas
Proposed Campus Hotel, Lubbock
Embassy Suites, McAllen
Residence Inn by Marriott McAllen, McAllen
Proposed Hotel, McKinney
Holiday Inn, New Braunfels
Best Western, Odessa
Proposed NYLO, Plano
Courtyard by Marriott, Richardson
Hampton Inn, Richardson
Renaissance, Richardson
Proposed Hotel, Riviera
Courtyard by Marriott Austin Round Rock, Round Rock
Marriott, Round Rock
DoubleTree, San Antonio
Homewood Suites, San Antonio
JW Marriott Hill Country, San Antonio

Marriott Plaza, San Antonio
Marriott San Antonio Northwest, San Antonio
Proposed Aloft, San Antonio
Residence Inn by Marriott Airport, San Antonio
Wyndham San Antonio Riverwalk, San Antonio
Embassy Suites, San Marcos
Staybridge Suites, Stafford
Marriott Hotel & Conference Center, Sugar Land
Residence Inn, Temple
Hilton Garden Inn, Tyler
Holiday Inn, Tyler
Homewood Suites by Hilton, Tyler
Residence Inn by Marriott, Tyler
Courtyard by Marriott, Waco

**UTAH**
Crystal Inn, Brigham City
Residence Inn by Marriott, Cottonwood
Proposed Black Rock Mountain Resort, Heber City
Hampton Inn, Layton
Suburban Lodge, Midvale
Holiday Inn Express, Moab
Brookfield Inn, Park City
Chateaux at Silver Lake, Park City
Olympia Park, Park City
Park City Peaks, Park City
The Lodges at Deer Valley, Park City
Comfort Inn Airport, Salt Lake City
Crystal Inn, Salt Lake City
Embassy Suites, Salt Lake City
Hilton Airport, Salt Lake City
Hilton Downtown, Salt Lake City
Hilton Garden Inn, Salt Lake City
Holiday Inn Express, Salt Lake City
Peery Hotel, Salt Lake City
Proposed Comfort Suites, Salt Lake City
Proposed Courtyard by Marriott, Salt Lake City
Proposed Embassy Suites, Salt Lake City

Proposed Hilton Garden Inn, Salt Lake City
Proposed Residence Inn by Marriott, Salt Lake City
Quality Inn, Salt Lake City
Quality Inn Midvalley, Salt Lake City
Residence Inn by Marriott, Salt Lake City
Residence Inn by Marriott Cottonwood, Salt Lake City
Residence Inn City Center, Salt Lake City
University Park, Salt Lake City
Holiday Inn Express & Suites, Sandy
Proposed Embassy Suites, Sandy
Suburban Lodge, S. Salt Lake City
Proposed Cambria Suites, S. Jordan
Bottle Hollow Resort, Uinitah

**VERMONT**
Fairfield Inn by Marriott, Colchester

**VIRGINIA**
SpringHill Suites by Marriott Centreville Chantilly, Centreville
Residence Inn by Marriott, Chantilly
Hilton Garden Inn, Chesapeake
Super 8, Christiansburg
Holiday Inn, Covington
Hyatt Fair Lakes, Fairfax
Hilton Garden Inn, Fredericksburg
AmeriSuites, Glen Allen
Virginia Crossings Hotel & Conference Center Tapestry Collection by Hilton, Glen Allen
Embassy Suites, Hampton
Super 8, Harrisonburg
Holiday Inn, Lexington
Super 8, Lexington
Courtyard by Marriott, McLean
Proposed Tysons Corner Hotel, McLean
Staybridge Suites by Holiday Inn, McLean
Super 8, Norton
Super 8, Radford
Embassy Suites, Richmond



Westin, Richmond
Proposed MainStay Suites, Roanoke
Sheraton Airport, Roanoke
Super 8, Roanoke
Holiday Inn, Salem
Country Inn, Stafford
Crowne Plaza Virginia Beach Town Center, Virginia Beach
Super 8, Waynesboro
Embassy Suites, Williamsburg

**WASHINGTON**
DoubleTree Bellevue Center, Bellevue
SpringHill Suites by Marriott, Bothell
Proposed Holiday Inn Express, Lacey
Proposed Mt. Rainer Resort, Park Junction
Hyatt at Olive 8, Seattle
Renaissance Hotel, Seattle
Residence Inn by Marriott Seattle University District, Seattle
Summerfield Suites by Wyndham, Seattle
DoubleTree Spokane Valley, Spokane
Holiday Inn Express Spokane Downtown, Spokane
Quality Inn Spokane Valley (conversion to Fairfield), Spokane
Residence Inn by Marriott, Vancouver
SpringHill Suites, Wenatchee
DoubleTree, Yakima

**WEST VIRGINIA**
Aspen Suites (Holiday Inn Express Conversion), Charleston
Residence Inn by Marriott, Charleston
Hampton Inn, Morgantown

**WISCONSIN**
Proposed Country Inn, Brookfield
Proposed Hilton Garden Inn, Brookfield
Sheraton Milwaukee Brookfield, Brookfield
Wyndham Garden, Brookfield
Telemark Resort, Cable
Proposed Hotel, Cottage Grove

Ramada Hotel and Conference Center, Eau Claire
Hotel Northland, Green Bay
Proposed Holiday Inn Express Hotel & Suites, Hudson
Proposed Hilton Garden, Kimberly
Charmant Hotel, La Crosse
Hampton Inn, La Crosse
Proposed Hampton Inn, La Crosse
Proposed AC Hotel, Madison
Proposed Courtyard by Marriott, Madison
Proposed Hilton Garden Inn, Madison
Cambria Hotel Milwaukee, Milwaukee
Marriott Milwaukee Downtown, Milwaukee
Proposed Hotel, Milwaukee
Proposed Kimpton Hotel, Milwaukee
Proposed Marriott, Milwaukee
Proposed Residence Inn by Marriott, Milwaukee
Proposed Tempo by Hilton, Milwaukee
Proposed WoodSpring Suites, Milwaukee
Comfort Suites, Pewaukee
Proposed Holiday Inn Express, Platteville
Proposed Hotel River Falls, River Falls
Holiday Inn Express, Superior
Proposed Extended-Stay Hotel, Superior
Proposed Hampton Inn, Superior
Proposed Hotel, Superior
Proposed Hotel, Verona
Holiday Inn, Wauwatosa
Proposed Fairfield Inn, Whitewater

**WYOMING**
Holiday Inn, Casper
Proposed Autograph Hotel & Residences Jackson Hole, Jackson
Snake River Lodge, Jackson
Proposed Resort, Teton Village
Proposed Americas Best Value Inn, Wheatland

**INTERNATIONAL**

**Canada**
Horseshoe Valley Ski Resort, Barrie, Ontario
Hilton, Windsor, Ontario
Travelodge, Windsor, Ontario
Hampton Inn & Suites, Ontario

**Caribbean**
Aruba Marriott & Casino, Aruba
Americana Resort, Aruba
Westin, Aruba
Holiday Inn Nassau, Bahamas
Paradise Island Fun Club, Bahamas
Little Dix Bay, Virgin Gorda, BVI
Club St. Lucia, Castries, British West Indies
Marriott Resort, Grand Cayman, British West Indies
Ritz Carlton San Juan, Puerto Rico
Sands Hotel & Casino, Puerto Rico
Wyndham El San Juan, Puerto Rico
Hyatt Regency St. John, USVI
Proposed Limited-Service Hotel, St. John USVI
Westin Resort, St. John, USVI
Caneel Bay, St. John, USVI
Marriott Frenchman's Reef and Morningstar Resort, St. Thomas, USVI

**Mexico**
Royal Sands, Cancun

## State of Wisconsin

DEPARTMENT OF SAFETY AND PROFESSIONAL SERVICES

COMMITTED TO EQUAL OPPORTUNITY IN EMPLOYMENT AND LICENSING

## APPRAISER, CERTIFIED GENERAL

NO. 1121 - 10                    Expires: 12/14/2025

**TANYA J PIERSON**
**8134 BIG BEND BLVD,**
**WEBSTER GROVES, MISSOURI 63119**
**UNITED STATES**

---

The person whose name appears on this document has complied with the provisions of the Wisconsin Statutes and holds the credential specified on the front of this card. To verify the current status of this credential, use "Lookup a License" at dsps.wi.gov.

The named person has complied with Wisconsin Statutes and holds the credential specified.
Signature: Tanya J Pierson

Ch 440.11, Wis Statutes, requires you to notify the Department of a name or address change within 30 days. Please submit corrected information via the web at dsps.wi.gov or by mail to DSPS at PO ` Box 8935, Madison WI 53708-8935.

## General Property Data

Parcel ID **3960471000**

Prior Parcel ID

Property Owner **WISCONSIN & MILWAUKEE HOTEL LLC**

Mailing Address **731 N JACKSON ST UNIT 420**

City **MILWAUKEE**

Mailing State **WI**　　Zip **53202**

ParcelZoning **C9F(A)**

Account Number **3960471000**

Property Location **625 MILWAUKEE ST Milwaukee**

Property Use **Special Mercantile**

Most Recent Sale Date

Legal Reference

Grantor

Sale Price **0**

Land Area **0.760 acres**

## Building Description

Building Style **Hotel - Full Service**

# of Living Units **0**

Year Built **2013**

Building Grade **Average**

Building Condition **N/A**

Finished Area (SF) **147010**

Number Rooms **0**

# of 3/4 Baths **0**

Foundation Type **N/A**

Frame Type **MASONRY BEARING WALLS**

Roof Structure **N/A**

Roof Cover **N/A**

Siding **Precast Masonary**

Interior Walls **N/A**

# of Bedrooms **0**

# of 1/2 Baths **0**

Flooring Type **N/A**

Basement Floor **N/A**

Heating Type **N/A**

Heating Fuel **N/A**

Air Conditioning **0%**

# of Bsmt Garages **0**

# of Full Baths **0**

# of Other Fixtures **0**

## Legal Description

WISCONSIN & MILWAUKEE CONDOMINIUM IN THE SW 1/4 SEC 28-7-22 UNIT 1 & 95% UNDIV INT IN COMMON ELEMENTS BID #21

## Narrative Description of Property

This property contains 0.760 acres of land mainly classified as Special Mercantile with a(n) Hotel - Full Service style building, built about 2013 , having Precast Masonary exterior and N/A roof cover, with 206 commercial unit(s) and 0 residential unit(s), 0 room(s), 0 bedroom(s), 0 bath(s), 0 half bath(s).

## Property Images



Disclaimer: This information is believed to be correct but is subject to change and is not warranted.