

U.S. Department of Justice
Office of the United States Trustee

*Eastern District of Wisconsin*

*517 E. Wisconsin Avenue, Suite 430*  (414) 297-4499
*Milwaukee, Wisconsin 53202*  *FAX* (414) 297-4478

July 22, 2025

*Via CM/ECF*

Honorable Chief Judge G. Michael Halfenger
517 East Wisconsin Ave. Room 140
Milwaukee, WI 53202

      Re:    **Wisconsin & Milwaukee Hotel LLC**
                **Bankruptcy Case No. 24-21743-gmh**

Dear Chief Judge Halfenger:

      The Court has scheduled a continuing hearing on plan confirmation in the above case. The United States Trustee is not an active participant in the evidentiary hearing and respectfully requests to attend the hearing via telephone hearing. The United States Trustee apologizes for the late notice.

      Sincerely,

      *Dillon J. Ambrose*

      DILLON J. AMBROSE
      Attorney for the United States Trustee