

# COHON RAIZES & REGAL LLP

300 South Wacker Drive, Suite 500
Chicago, Illinois 60606

Phone (312) 726-2252
Fax (312) 726-0609

Joseph E. Szabo
(312) 658-2209
JSzabo@CohonRaizes.com

July 22, 2025

Via CM/ECF

Honorable Chief Judge G. Michael Halfenger
517 East Wisconsin Ave. Room 140
Milwaukee, WI 53202

RE: Wisconsin & Milwaukee hotel LLC
Bankruptcy Case No. 24-21743

Dear Chief Judge Halfenger:

The Court has scheduled a continuing hearing on plan confirmation in the above case. White Lodging is not an active participant in the evidentiary hearing and respectfully requests to attend the hearing via telephone hearing. White Lodging apologizes for the late notice.

Respectfully,

COHON RAIZES & REGAL LLP

Joseph E. Szabo
Attorney at Law