# Q3 2023 Major U.S. Hotel Sales Survey



HOTEL ONLINE — THE B2B NEWS SOURCE

Daniel Lesser | October 26, 2023
By Daniel Lesser

Notwithstanding a persistent jittery economic environment and rising global geopolitical concerns, market conditions in the U.S. appear simultaneously shaky and resilient. National lodging sector metrics, particularly average room rates and RevPAR, continue to achieve exceptional results as demand for travel and lodging remains robust. Although overall leisure patronage is trailing off from pandemic highs, due in part to Americans opting for international travel, domestic corporate individual and group meeting business continues to rebound to pre Covid-19 levels. Additionally, inbound international travel to the U.S. continues to recover.

Raised levels of inflation continue to fuel rising prices, particularly for groceries and gasoline, are challenging consumer confidence although Americans continue to voraciously spend on material goods and experiences including travel. Low unemployment rates and high job growth render the nation's employment market strong. However, many major companies are struggling to adapt to the changing economy and have implemented significant layoffs. Examples include Cisco Systems, Inc., CVS Health, Epic Games, Inc., Farmers Insurance Group, Geico, General Motors Company, Google, Juniper Networks, Inc., LinkedIn, Qualcomm, Qualtrics, T-Mobile, Tyson Foods, Inc., Washington Post, Wells Fargo & Co., and Yellow Corporation.

Labor shortages, rising cost of debt, continued supply chain constraints, and increased inflation of operating costs are challenging the U.S. lodging sector. In addition to the need to replenish FF&E reserve accounts, many owners are being forced to execute deferred capital expenditure refurbishments to remain in compliance with brand mandated property improvement plans (PIP). On the flip side, the nation's net lodging supply growth remains well-below the long-term average.

EXHIBIT 135 PENGAD-Bayonne, N.J.

The LWHA Q3 2023 Major U.S. Hotel Sales Survey includes 88 single asset sale transactions over $10 million which totaled roughly $3.2 billion and included approximately 14,000 hotel rooms with an average sale price per room of $228,000. In comparison, the LWHA Q3 2022 Major U.S. Hotel Sales Survey includes 119 single asset sale transactions over $10 million which totaled roughly $3.7 billion and included approximately 17,400 hotel rooms with an average sale price per room of $212,000. Comparing Q3 20223 with Q3 2022, the number of trades decreased by approximately 26 percent while total dollar volume declined roughly 14 percent, however sale price per room increased by 7.5 percent.

## Noteworthy Q3 2023 observations include:

- Eighteen trades or roughly 17 percent of the national quarter total occurred in the State of Florida, followed by nine trades or 15 percent of the national quarter in New York. Additionally, ten trades or 11 percent of the national quarter occurred in California followed by 9 trades or 10 percent of the national quarter in Arizona. Combined, forty-six trades or slightly more than half of the national quarter occurred in Florida, New York, California, and Arizona. Furthermore, New York led the third quarter dollar volume with $1.2 billion in sales, followed by $373 million in Florida, $340 million in Arizona, and $314 million in California. Total dollar volume for the four states equaled roughly $2.250 billion or 70 percent of the third quarter total.

- The Qatar Investment Authority acquired from a joint venture that included Witkoff Group, Mubadala Investment Co., New Valley Realty, Highgate, and Greenland Group, the 610 room Park Lane Hotel in New York, NY for $623 million or just over one million dollars per room. During 2013, Witkoff Group led a joint venture to purchase the property for $654 million with the intent to redevelop the building to high end residential condominiums.

- McSam Hotel Group sold to an LLC linked to Dauntless Capital Partners a 646-unit commercial condominium that includes the Hampton Inn by Hilton New York Times Square and the Home2 Suites by Hilton New York Times Square in New York, NY. The $290 million trade equates to nearly $450,000 per room.

- Five Q3 2023 sales were consummated for between $100 million and $199 million each.

- Magna Hospitality Group acquired from McSam Hotel Group, the 400 room Motto by Hilton New York City Times Square in New York, NY for $170 million or $425,000 per unit.

- Southwest Value Partners sold to Global Hospitality Investment Group, the 378 room DoubleTree Resort by Hilton Hotel Paradise Valley – Scottsdale in Scottsdale, AZ for $115.5 million or roughly $305,000 per unit.

- AHI-CLG LLC acquired from South Korean based Hanjin KAL Corp., the 275-unit Waikiki Resort Hotel in Honolulu, HI for $108.4 million or $394,000 per room.

- Miller Global Properties sold to Dynamic City Capital the 177 room Canopy by Hilton Scottsdale Old Town in Scottsdale, AZ for $101.8 million or $575,000 per unit.

- GEM Realty Capital acquired from Steve Hermann Hotels the 85-unit Inn at Rancho Santa Fe in Rancho Santa Fe, CA for $100 million or nearly $1.2 million per room.

- Permanent deletions of hotel properties that were acquired for alternative use include:

- The City of Los Angeles $60 million ($204,000 per room) acquisition of the 294-unit Mayflower Hotel in the Westlake District of Los Angeles, CA which had been operated for two years as a pandemic era shelter and is now slated to be utilized as a homeless shelter.

- The Housing Authority of The City and County of Denver $26 million ($134,000 per unit) purchase of the 194 room Best Western Plus Executive Residency Denver-Central Park Hotel in Denver, CO now slated to be used for supportive housing.

- Costco Wholesale Corp. acquired at an auction the 265-unit DoubleTree by Hilton Hotel Norwalk in Norwalk, CT for $13.8 million ($52,000 per room) with plans to demolish the improvements and create additional parking for an existing adjacent Costco, and development of a new 5,400 square foot Costco Tire Center.

- Oriol Housing Associates LLC, an affiliate of nonprofit community development corporation Worcester Community Housing Resources purchased the 114 room Quality Inn & Suites Worcester in Worcester, MA for $10.8 million ($95,000 per unit) with plans to convert the property into a 90-unit supportive housing development.

- The 125-unit Collective Paper Factory in Long Island City, NY was acquired for $34.750 million ($278,000 per room) for conversion to a Humanitarian Emergency Response and Relief Center for migrants. The property previously traded in 2019 for $58 million which now represents a 40 percent decline.

- Hyundai Motor America (Hyundai) purchased the 28 room Liberty Inn at 500 W. 14th St. New York, NY, Manhattan's famous short stay hourly rate hotel, for $22.5 million ($804,000 per room). Hyundai owns the Genesis House building directly across the street, which is home to a showroom for Hyundai's luxury Genesis line, a high-end Korean second-floor restaurant, and a tea pavilion.

- Jacobs Entertainment acquired the 99-unit Desert Rose Inn in Reno, NV for $10.450 million ($106,000 per unit). The buyer has been purchasing properties along Downtown Reno's 4th Street corridor with the intent to develop a one-billion-dollar mixed-use project known as the Reno Neon Line slated to include hotels, residential units, retail stores, entertainment outlets, and public art.

- 97 Wallace Studios LLC purchased the 75 room Americas Best Value Inn Nashville Airport for $10 million ($133,000 per unit) to convert the property into a multifamily apartment complex.

- Recent lodging sector corporate merger and acquisition announcements include;

- In an all-cash deal valued at $1.4 billion, Hersha Hospitality Trust (NYSE: HT) is slated to be acquired by KSL Capital Partners.

- Following months of private discussions between the two companies, on October 17, 2023, Choice Hotels International Inc. CHH (NYSE) made a public hostile $9.8 billion (including debt) buyout bid to acquire all the outstanding shares of Wyndham Hotels & Resorts Inc. WH (NYSE), whose board of directors unanimously and immediately rejected. It will be interesting to see if the parties agree to financial terms, and if so, if the deal obtains applicable regulatory approvals and is ultimately consummated.

Institutional investment platforms, many of whom are lodging centric, dominated the Q3 2023 hotel transaction arena.

- Examples of buyers include Apple Hospitality REIT Inc., Blue Flag Partners, Crescent Real Estate LLC, Dauntless Capital Partners, DiamondRock Hospitality Company, Dynamic City Capital, GEM Realty Capital, Global Hospitality Investment Group, Highline Hospitality Partners, Kolter Group, Magna Hospitality, MCR Hotels, Meriwether Companies, Qatar Investment Authority, and RADCO Companies.

- Examples of sellers (some of whom were also buyers) include BRE Hotels & Resorts LLC, Concord Hospitality Enterprises, Fortress Investment Group LLC, Highgate, Lightstone Group, McSam Hotel Group, Miller Global Properties, MCR Hotels, NewcrestImage, Peachtree Hotel Group, Southwest Value Partners, and Wright Investments, Inc.

Rising debt costs and tightening lending standards have exerted negative pressures on commercial real estate values. While obviously a risk for existing property owners, investment opportunities will evolve as trillions of dollars of commercial real estate debt matures over the next several years. The bulk of this debt originated when base interest rates were near zero and will need to be refinanced in an environment where rates are much higher and in a market with much less liquidity. Many owners will need to provide or source additional capital to bridge unavoidable financing gaps when dealing with maturing loans, while some sponsors will be forced to sell asset(s).

In addition to the elevated cost of debt, wide bid-ask spreads have resulted in subdued transaction volume thus far this year. Continued strong sector metrics are anticipated to backdrop large amounts of impending debt maturities on the horizon and billions of dollars reaching the end of underwritten holding periods, all of which will catalyze transaction activity. Significant amounts of sidelined capital chasing yield will be deployed into a variety

of hotel investment opportunities that currently have compromised financial structures. With an aggressive and sophisticated asset management plan, investments today offer significant upside potential. Furthermore, with Covid-19 rapidly becoming a distant memory, inbound foreign investment into the U.S. is now approaching pre-pandemic levels.

Despite recent increases, interest rates are still low by historical standards, yet borrowers have been hamstrung due in part to the historical capitalization rate compression that has occurred over the past decade, combined with a widening spread from lenders. The pullback in overall leverage that debt providers are willing to lend at is tied directly to capitalization rate inflation concerns.

Although credit markets are volatile, there is no shortage of available financing for hotel assets as institutional and private investment funds are backfilling a void left by banks. Knowledgeable sector investors who comprehend market nuances and can leverage relationships with multiple types of capital partners can secure investment funds regardless of market conditions. Lenders make money deploying debt capital, not sitting on the sidelines with cash.

Sophisticated investors will utilize a prudent balance of debt and equity to avoid overleverage. Furthermore, they will make use of interim debt and not lock in long term fixed commitments only to end up with large prepayment obligations when interest rates are anticipated to decline in 2026-27. Property values in 2027 will no doubt exceed the peak of 2021-22 as recoveries always exceed previous all-time highs. Those who buy now at market pricing, particularly in major U.S urban markets, and are smart about capital stack structure and coverage with stress tests will prevail.

# LW HOSPITALITY ADVISORS
## SELECT MAJOR U.S. HOTEL SALES SURVEY - Q3 2023

| PROPERTY | LOCATION | | NO. OF ROOMS | ESTIMATED SALES PRICE | ESTIMATED PRICE/ROOM | BUYER | SELLER | LARC SCORE |
|---|---|---|---|---|---|---|---|---|
| Cambria Hotel Phoenix Chandler - Fashion Center | Chandler | AZ | 136 | $21,000,000 | $154,412 | Kingsbury Hospitality REIT I, Inc. | Concord Hospitality Enterprises | 81 |
| La Quinta Inn & Suites by Wyndham Phoenix Mesa West | Mesa | AZ | 125 | $13,500,000 | $108,000 | KA Mesa LLC | Highgate | 77 |
| Aloft Phoenix-Airport | Phoenix | AZ | 143 | $21,500,000 | $150,350 | RADCO Companies | BRE Hotels & Resorts LLC | 74 |
| Extend-a-Suites - Phoenix Airport | Phoenix | AZ | 117 | $12,450,000 | $106,410 | Community Bridges, Inc. | South 24th LLC | 63 |
| Fairfield Inn & Suites by Marriott Phoenix Midtown | Phoenix | AZ | 107 | $18,000,000 | $168,224 | Moonstar Hospitality LLC | MIG Real Estate | 89 |
| La Quinta Inn & Suites by Wyndham Phoenix Chandler | Phoenix | AZ | 117 | $13,500,000 | $115,385 | KB Chandler LLC | Highgate | 46 |
| Canopy by Hilton Scottsdale Old Town | Scottsdale | AZ | 177 | $101,800,000 | $575,141 | Dynamic City Capital | Miller Global Properties | 73 |
| DoubleTree Resort by Hilton Hotel Paradise Valley - Scottsdale | Scottsdale | AZ | 378 | $115,500,000 | $305,556 | Global Hospitality Investment Group | Southwest Value Partners | 84 |
| Fairfield Inn & Suites by Marriott Phoenix West/Tolleson | Tolleson | AZ | 116 | $23,000,000 | $198,276 | Trimark Property Group | Virtua 91st Hotel, LLC | 57 |
| Motel 6 Carlsbad, CA Beach | Carlsbad | CA | 162 | $20,050,000 | $123,765 | KP San Ysidro Holdings LLC | HIG Carlsbad Investments, LLC | 72 |
| Wingate by Wyndham Los Angeles International Airport LAX | Inglewood | CA | 148 | $23,670,000 | $159,932 | JV Greens Inv 6 LLC & LAX Ton, LLC | Linda Oh Revocable Trust UTD June 18, 2014 | 84 |
| Mayfair Hotel[1] | Los Angeles | CA | 294 | $60,000,000 | $204,082 | City of Los Angeles | ICO Group of Companies | 94 |
| Morgan Run Club & Resort | Rancho Santa Fe | CA | 76 | $14,621,500 | $192,388 | Meriwether Companies | ClubCorp USA, Inc. | 54 |
| The Inn at Rancho Santa Fe | Rancho Santa Fe | CA | 85 | $100,000,000 | $1,176,471 | GEM Realty Capital | Steve Hermann Hotels | 51 |
| Hampton Inn & Suites San Clemente | San Clemente | CA | 69 | $15,000,000 | $217,391 | Waverley One, LLC | QSSC LLC | 62 |

1) Hotel had been operated for two years as a pandemic era shelter now slated to be utilized as a permanent homeless shelter.

ANIEL H. LESSER  200 WEST 41st STREET SUITE 602  T. 212.300.6684  WWW.LWHOSPITALITYADVISORS.COM
O-FOUNDER,  NEW YORK, NY 10036  E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO



ource: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA innot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

1

# LW HOSPITALITY ADVISORS
## SELECT MAJOR U.S. HOTEL SALES SURVEY - Q3 2023

| PROPERTY | LOCATION | | NO. OF ROOMS | ESTIMATED SALES PRICE | ESTIMATED PRICE/ROOM | BUYER | SELLER | LARC SCORE |
|---|---|---|---|---|---|---|---|---|
| DoubleTree by Hilton Hotel San Diego - Hotel Circle | San Diego | CA | 219 | $43,850,135 | $200,229 | Khanna Enterprises VII, LP | JV San Diego Hotel Circle Owner, LLC & 1250 North SD, LLC | 83 |
| Four Points by Sheraton San Diego | San Diego | CA | 224 | $13,000,000 | $58,036 | Alps Group of Hotels | Aero Drive Holdings, Inc. | 83 |
| Motel 6 San Francisco | San Francisco | CA | 72 | $10,850,000 | $150,694 | Mill Valley Motel Investments, Inc. | Janice Warren, Trustee | 92 |
| GT Hotels Inn & Suites | Victorville | CA | 204 | $13,000,000 | $63,725 | OMG Hospitality, LLC | Washington Fund V, LLC | 48 |
| Best Western Plus Executive Residency Denver-Central Park Hotel[2] | Denver | CO | 194 | $25,950,000 | $133,763 | Housing Authority Of The City And County Of Denver | Denver Hotels, LLC | 54 |
| Extended Stay America - Denver - Tech Center South - Inverness | Englewood | CO | 132 | $11,250,000 | $85,227 | T3CP Co, LLC | ESA P Portfolio LLC | 72 |
| Rocky Mountain Hotel & Conference Center | Estes Park | CO | 132 | $15,500,000 | $117,424 | EA Rocky Mountain, LLC | Trinity Hospitality, LLC | 34 |
| Candlewood Suites Greeley | Greeley | CO | 83 | $13,000,000 | $156,627 | KB Greeley LLC | Willco VIII Development LLLP | 43 |
| Comfort Suites Loveland | Johnstown | CO | 92 | $11,500,000 | $125,000 | LLJT Hospitality LLC | Willco XII Development, LLLP | 36 |
| Hampton Inn Denver-Northwest/Westminster | Westminster | CO | 106 | $11,000,000 | $103,774 | DMC Hotels | NewcrestImage | 59 |
| DoubleTree by Hilton Hotel Norwalk[3] | Norwalk | CT | 265 | $13,770,000 | $51,962 | Costco Wholesale Corp. | Mount Street US LLP | 64 |
| Hampton Inn & Suites Clearwater/St. Petersburg-Ulmerton Road | Clearwater | FL | 128 | $18,737,000 | $146,383 | McKibbon Income Fund I | BRE Hotels & Resorts LLC | 67 |
| Hyatt House & Hyatt Place Fort Lauderdale Airport - South & Cruise Port | Dania Beach | FL | 292 | $40,100,000 | $137,329 | Kolter Group | Blackstone | 73 |
| Sheraton Suites Fort Lauderdale at Cypress Creek | Fort Lauderdale | FL | 258 | $28,000,000 | $108,527 | Royal Oaks Hospitality | Cypress Creek Hotel, LLC | 78 |
| Hampton Inn & Suites Ft. Lauderdale Airport/South Cruise Port | Hollywood | FL | 104 | $11,350,000 | $109,135 | Vista Hospitality | Lightstone Group | 71 |

2) Hotel will be converted to permanent homeless shelter.
3) Hotel acquired at auction by Costco who operates a 140,000-SF store adjacent to the subject property.

ANIEL H. LESSER   200 WEST 41st STREET SUITE 602   T. 212.300.6684   WWW.LWHOSPITALITYADVISORS.COM
O-FOUNDER,   NEW YORK, NY 10036   E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO



ource: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA nnot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

2

# LW HOSPITALITY ADVISORS
## SELECT MAJOR U.S. HOTEL SALES SURVEY - Q3 2023

| PROPERTY | LOCATION | | NO. OF ROOMS | ESTIMATED SALES PRICE | ESTIMATED PRICE/ROOM | BUYER | SELLER | LARC SCORE |
|---|---|---|---|---|---|---|---|---|
| Staybridge Suites Orlando Royale Parc Suites | Kissimmee | FL | 224 | $28,000,000 | $125,000 | SLF V SSRP Holdco, LLC | AD1 Celebration Hotels, LLC | 38 |
| Comfort Suites Miami - Kendall | Miami | FL | 132 | $16,000,000 | $121,212 | Onyx Hospitality | N/A | 61 |
| Seahorse Oceanfront Inn | Neptune Beach | FL | 38 | $36,950,000 | $972,368 | Neptune Beach Club, LLC | Seahorse NB, LLC | 61 |
| Best Western Plus Orlando East- UCF Area | Orlando | FL | 70 | $10,033,300 | $143,333 | Polaris Hospitality, LLC | University Hospitality II, LLC | 65 |
| Country Inn & Suites Orlando | Orlando | FL | 170 | $15,640,000 | $92,000 | Magna Hospitality | Pinnacle Hospitality Group | 61 |
| Element Orlando Universal Blvd | Orlando | FL | 165 | $39,000,000 | $236,364 | Crescent Real Estate LLC | Peachtree Group | 77 |
| La Quinta Inn & Suites by Wyndham Orlando UCF | Orlando | FL | 130 | $17,500,000 | $134,615 | Fidelity Orlando Group LLC | Highgate | 58 |
| Best Western Castillo Del Sol | Ormond Beach | FL | 147 | $16,554,400 | $112,615 | Southatlantic VIII LLC | Embassy Investments XV, LLC | 52 |
| Makai Beach Lodge | Ormond Beach | FL | 110 | $12,880,000 | $117,091 | 707 S Atlantic DB LLC | Lonaga Florida, LLC | 53 |
| Hampton by Hilton Inn Fort Lauderdale/Plantation | Plantation | FL | 128 | $21,000,000 | $164,063 | Mid America Lodging Group, LLC | Peachtree Hotel Group | 71 |
| Hampton Inn & Suites Ruskin I-75 | Ruskin | FL | 85 | $14,750,000 | $173,529 | Chosen Gadsden LLC | Shivyog LLC | 35 |
| Castillo Real Resort Hotel | St. Augustine | FL | 60 | $11,500,000 | $191,667 | Vista Hotel XI, Inc. | MSB Hotels III, LLC | 60 |
| Hampton Inn & Suites St. Augustine-Vilano Beach | St. Augustine | FL | 94 | $21,185,151 | $225,374 | Innisfree Hotels, Inc. | Pharos Hospitality, LLC | 39 |
| Hampton Inn Tampa-Veterans Expressway (Airport North) | Tampa | FL | 85 | $13,700,000 | $161,176 | Big Tampa, LLC | Hhitan LP | 73 |
| Hampton Inn & Suites Atlanta Airport West Camp Creek Parkway | East Point | GA | 119 | $14,750,000 | $123,950 | Logos Hotels | BPR Propertie | 64 |

ANIEL H. LESSER    200 WEST 41st STREET SUITE 602    T. 212.300.6684    WWW.LWHOSPITALITYADVISORS.COM
O-FOUNDER,    NEW YORK, NY 10036    E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO

ource: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA
nnot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

LWHA
LW HOSPITALITY ADVISORS

3

# LW HOSPITALITY ADVISORS
## SELECT MAJOR U.S. HOTEL SALES SURVEY - Q3 2023

| PROPERTY | LOCATION | | NO. OF ROOMS | ESTIMATED SALES PRICE | ESTIMATED PRICE/ROOM | BUYER | SELLER | LARC SCORE |
|---|---|---|---|---|---|---|---|---|
| Waikiki Resort Hotel | Honolulu | HI | 275 | $108,400,000 | $394,182 | AHI-CLG LLC | Hanjin KAL Corp. | 72 |
| Hyatt Regency Deerfield | Deerfield | IL | 300 | $21,500,000 | $71,667 | Navika Capital Group LLC | Phoenix Development Partners, LLC | 60 |
| Holiday Inn Cincinnati Airport | Erlanger | KY | 304 | $12,240,000 | $40,263 | Riverside Hotels LLC | Airport Exchange Boulevard Hotel LLC | 43 |
| Courtyard by Marriott Louisville East | Hurstbourne | KY | 151 | $12,000,000 | $79,470 | KAC Enterprises Inc. | Marcourt Investments Inc. | 57 |
| Quality Inn & Suites Worcester[4] | Worcester | MA | 114 | $10,800,000 | $94,737 | Oriol Housing Associates LLC | GS Hotel Management LLC | 47 |
| Westin Annapolis | Annapolis | MD | 225 | $51,000,000 | $226,667 | District Hospitality Partners | Crescent Real Estate LLC | 55 |
| Chico Hot Springs Resort & Ranch[5] | Pray | MT | 117 | $33,000,000 | $282,051 | DiamondRock Hospitality Company | Colin Davis | 3 |
| Holiday Inn & Suites Asheville-Biltmore Village Area | Asheville | NC | 117 | $14,000,000 | $119,658 | Milan Hotel Group | Butel, LLC | 57 |
| Canopy by Hilton Charlotte Southpark | Charlotte | NC | 150 | $42,500,000 | $283,333 | MCR Hotels | Tara Investments, Inc. | 53 |
| Courtyard by Marriott Charlotte Airport/Billy Graham Parkway | Charlotte | NC | 177 | $19,750,000 | $111,582 | Morning Star Hospitality LLC | PEG Charlotte Property, LLC | 74 |
| Residence Inn Durham Research Triangle Park[6] | Durham | NC | 122 | $15,765,000 | $129,221 | 201 Durham Owner LLC | NewcrestImage | 53 |
| Hampton Inn Raleigh-Capital Blvd. North | Raleigh | NC | 131 | $10,700,000 | $81,679 | Ephant Group HI Raleigh LLC | HIRN Hotel, Inc. | 68 |
| Hilton Raleigh North Hills | Raleigh | NC | 333 | $53,000,000 | $159,159 | JV Bethlehem Lodging LLC & HIRA Group LLC | Fortress Investment Group LLC | 72 |
| Residence Inn by Marriott Nashua | Nashua | NH | 118 | $23,600,000 | $200,000 | AAM 15 Management LLC | RA Ventures | 46 |

4) Hotel slated for conversion to supportive housing.
5) Property includes 117-room resort situated on 153-acres and an adjacent 595 acre ranch.
6) Property converted to an independent extended stay hotel.

---

ANIEL H. LESSER   200 WEST 41st STREET SUITE 602   T. 212.300.6684   WWW.LWHOSPITALITYADVISORS.COM
D-FOUNDER,   NEW YORK, NY 10036   E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO



urce: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA innot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

4

Case 24-21743-gmh    Doc 682    Filed 07/22/25    Page 9 of 12

# LW HOSPITALITY ADVISORS
## SELECT MAJOR U.S. HOTEL SALES SURVEY - Q3 2023

| PROPERTY | LOCATION | | NO. OF ROOMS | ESTIMATED SALES PRICE | ESTIMATED PRICE/ROOM | BUYER | SELLER | LARC SCORE |
|---|---|---|---|---|---|---|---|---|
| Homewood Suites by Hilton Eatontown | Eatontown | NJ | 131 | $31,650,000 | $241,603 | Highline Hospitality Partners | Jersey Shore Hotel Partners | 65 |
| Meadowlands View Hotel[7] | North Bergen | NJ | 250 | $24,000,000 | $96,000 | American Dream Hotel LLC | Arbah Hotel Corp. | 61 |
| Clarion Hotel & Conference Center | Toms River | NJ | 100 | $12,800,000 | $128,000 | NJ Hotel Group, LLC | Mendel Farms LLC & CGLSSG LLC & UB 85 Venture LLC | 38 |
| Desert Rose Inn Motel[8] | Reno | NV | 99 | $10,450,000 | $105,556 | Jacobs Entertainment, Inc. | James & Catherine McAllister Trust | 65 |
| Home2 Suites by Hilton Albany Airport/Wolf Rd | Albany | NY | 90 | $12,750,000 | $141,667 | Visions Hotels | Crosswinds Metro Development LLC | 63 |
| Home2 Suites by Hilton New York Long Island City/ Manhattan View, NY | Long Island City | NY | 115 | $34,500,000 | $300,000 | JV Paceline Equity Partners & Highline Hospitality Partners | RadSon Development Group | 75 |
| The Collective Paper Factory[9] | Long Island City | NY | 125 | $34,750,000 | $278,000 | 37-06 36th Street Holdings LLC | The Collective Paper Factory LLC | 80 |
| Haven Montauk | Montauk | NY | 27 | $15,000,000 | $555,556 | Blue Flag Partners | Blue Spartan LLC | 23 |
| Broome Hotel | New York | NY | 14 | $14,050,000 | $1,003,571 | Broome Hotel Owner, LLC | 431 Broome, LLC | 93 |
| Hampton Inn & Home2 Suites by Hilton New York Times Square | New York | NY | 646 | $290,000,000 | $448,916 | Dauntless Capital Partners | McSam Hotel Group | 95 |
| Liberty Inn[10] | New York | NY | 28 | $22,500,000 | $803,571 | Hyundai Motor America | Duanco Inc. | 59 |
| Motto By Hilton New York City Times Square | New York | NY | 400 | $170,000,000 | $425,000 | Magna Hospitality Group | McSam Hotel Group | 95 |
| Park Lane Hotel | New York | NY | 610 | $622,897,705 | $1,021,144 | Qatar Investment Authority | JV Witkoff Group & Mubadala Investment Co. & New Valley Realty & Highgate & Greenland Group | 96 |
| Courtyard by Marriott Cleveland University Circle | Cleveland | OH | 154 | $31,000,000 | $201,299 | Apple Hospitality REIT Inc. | N/A | 49 |

7) Hotel closed since pandemic.
8) Motel slated to be demolished by developer working to transform downtown Reno's 4th St. corridor.
9) Hotel converted to an emergency migrant shelter.
10) Closed hotel acquired for development of alternative use.

ANIEL H. LESSER  200 WEST 41st STREET SUITE 602  T. 212.300.6684  WWW.LWHOSPITALITYADVISORS.COM
O-FOUNDER,  NEW YORK, NY 10036  E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO

Source: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA cannot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

LWHA

5

# LW HOSPITALITY ADVISORS
## SELECT MAJOR U.S. HOTEL SALES SURVEY - Q3 2023

| PROPERTY | LOCATION | | NO. OF ROOMS | ESTIMATED SALES PRICE | ESTIMATED PRICE/ROOM | BUYER | SELLER | LARC SCORE |
|---|---|---|---|---|---|---|---|---|
| Staybridge Suites Hillsboro - Orenco Station | Hillsboro | OR | 80 | $28,000,000 | $350,000 | EJJ/KD Properties LLC | Cherry Hotel Holdings Group LLC | 62 |
| Tru by Hilton York | York | PA | 106 | $14,000,000 | $132,075 | Ariahnna In York LLC | Central Pa Equities 22 LLC | 41 |
| Courtyard by Marriott North Charleston Airport/Coliseum | North Charleston | SC | 123 | $12,000,000 | $97,561 | AAAR Hotels LLC | NewcrestImage | 51 |
| Hampton Inn Memphis/Collierville | Collierville | TN | 92 | $10,700,000 | $116,304 | Onyx Hospitality | Wright Investments, Inc. | 38 |
| Americas Best Value Inn Nashville Airport[11] | Nashville | TN | 75 | $10,000,000 | $133,333 | 97 Wallace Studios LLC | Sai Partnership | 61 |
| Dream Nashville | Nashville | TN | 168 | $82,563,000 | $491,446 | Printers Alley Investments, LLC | 4Pant, LLC | 88 |
| Holiday Inn Houston-InterContinental Airport | Houston | TX | 414 | $14,637,000 | $35,355 | Krishna IAH LLC | Rialto Capital Management | 50 |
| SpringHill Suites by Marriott Houston Northwest | Houston | TX | 139 | $12,276,720 | $88,322 | Howdy Hotels LP | Noble Investment Group | 55 |
| Holiday Inn Express & Suites Blacksburg - University Area | Blacksburg | VA | 94 | $12,100,000 | $128,723 | Hokie Home Hospitality, LLC | Blacksburg Hospitality Group, LLC | 33 |
| SpringHill Suites by Marriott Richmond North/Glen Allen | Glen Allen | VA | 136 | $15,612,334 | $114,797 | Brook RD Hospitality, LLC | MCR Hotels | 48 |
| Hampton Inn Warrenton | Warrenton | VA | 104 | $10,550,000 | $101,442 | Gateway Warrenton HI, LLC | Highlands Of Warrenton, LLC | 42 |
| TownePlace Suites by Marriott Seattle Everett/Mukilteo | Mukilteo | WA | 128 | $12,300,000 | $96,094 | VEER Hospitality Mukilteo, LLC | BRE Hotels & Resorts LLC | 40 |
| Ramada by Wyndham Olympia | Olympia | WA | 125 | $17,200,000 | $137,600 | Virk Properties Olympia, LLC | Superior Hospitality Group Inc. | 47 |
| Courtyard by Marriott Spokane Downtown at the Convention Center | Spokane | WA | 149 | $23,223,063 | $155,859 | Bhgah 401 N Riverpoint Spk LLC | Marcourt Investments Inc. | 62 |
| Hotel Thea Tacoma, Ascend Hotel Collection | Tacoma | WA | 132 | $13,990,000 | $105,985 | Tacoma 134 LLC | Param Tacoma LLC | 55 |

11) Property converted to multifamily apartment complex.

ANIEL H. LESSER  200 WEST 41st STREET SUITE 602  T. 212.300.6684  WWW.LWHOSPITALITYADVISORS.COM
)-FOUNDER,  NEW YORK, NY 10036  E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO

LWHA

)urce: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA innot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

6

# LARC Score

The LARC Score is a data-driven, objective scoring mechanism that analytically measures the quality of a hotel location based on proximity to hotel demand drivers relative to competitive supply. The score is indexed from 0 to 100 with 50 being the average score across the U.S. and 100 being perfect. The LARC score identifies the quality of a site location, not the asset on that location. For example, a Motel 6 and Four Seasons at the same location would have similar LARC scores.

Learn more at https://www.larcanalytics.com/



ANIEL H. LESSER    200 WEST 41st STREET SUITE 602    T. 212.300.6684    WWW.LWHOSPITALITYADVISORS.COM
O-FOUNDER,    NEW YORK, NY 10036    E. DANIEL.LESSER@LWHADVISORS.COM
RESIDENT & CEO

urce: LW Hospitality Advisors (LWHA) has compiled the above information from sources deemed reliable, and the information is thought to be correct, however LWHA innot warrant absolute accuracy of all the data. Use of this information without verification from original sources is at your own risk.

7