UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF MUCH SHELIST, P.C.
AS SPECIAL COUNSEL FOR A SPECIFIC PURPOSE

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the Notice and Application of the Debtor for Order Authorizing the Retention and Employment of Much Shelist, P.C. as Special Counsel for a Specific Purpose ("**Application**") [Doc 605], seeking entry of an order pursuant to pursuant to 11 U.S.C. §§ 327(e) and 330, Federal Rules of Bankruptcy Procedure 2014 and 2016, and

**Prepared by**:
Eliza M. Reyes
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
ereyes@RandR.law

Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin, authorizing the Debtor to retain and employ Much Shelist, P.C. ("**Much**"), as special counsel for the Debtor, specifically to provide legal services to assist in structuring, preparing and implementing the equity Rights Offering (as defined in the Application), effective as of June 24, 2025, the filing date of the Application ("**Effective Date**"); and the Declaration of David T. Brown in Support of Debtor's Application for Order Authorizing the Retention and Employment of Much Shelist, P.C. as Special Counsel for a Specific Purpose (**Declaration**") [Doc 605 – Exhibit A]; Computershare Trust Company, N.A. ("**Computershare**") and Wisconsin & Milwaukee Hotel Funding LLC ("**Funding**" and together with Computershare, "**Lenders**") having filed the Lenders' Objection to Debtor's Application for Order Authorizing the Retention and Employment of Much Shelist, P.C. as Special Counsel for a Specific Purpose on June 26, 2025 ("**Objection**") [Doc 619]; there being no additional timely filed objections to the Application; the Court having overruled the Objection at the hearing held on July 17, 2025 to consider the Application and the Objection and having approved the Application effective as of June 24, 2025, without prejudice to any future objection by the Lenders to any compensation and reimbursement of expenses sought by Much, *See* Court Minutes and Order dated July 18, 2025, p. 3 [Doc 660]; and it appearing that the employment of Much is in the best interest of the Debtor's estate and the economical administration thereof, accordingly,

IT IS HEREBY ORDERED, that:

1. The Application is granted;

2. WMH is authorized to employ Much Shelist, P.C. as special counsel to provide legal services to assist in structuring, preparing and implementing the equity Rights Offering (as defined in the Application) therefore;

3. The effective date of the employment authorized by this Order shall be June 24, 2025;

4. Until final approval of fees and expenses, any payment to Much pursuant to the Application shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####