# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>WISCONSIN & MILWAUKEE HOTEL LLC,<br>                Debtor. | Chapter 11<br>Case No. 24-21743-GMH |

## MARRIOTT INTERNATIONAL, INC.'S EXHIBIT LIST
## FOR THE EVIDENTIARY HEARING

Marriott International, Inc. ("Marriott"), by and through its undersigned counsel, hereby submits the following Exhibit List for the evidentiary hearing beginning on August 6, 2025 and continuing on August 11, 2025 and August 14, 2025, if necessary (the "Hearing"):

## EXHIBITS

1. Marriott reserves the right to use any and all exhibits designated by Wisconsin & Milwaukee Hotel LLC (the "Debtor") or any other party in interest at the Hearing. Marriot also reserves the right to amend or supplement this list in the event that additional exhibits or facts become known or identified. Finally, Marriott reserves the right to use impeachment and rebuttal exhibits, as necessary.

Drafted by:

Sheppard Mullin Richter & Hampton LLP
Michael T. Driscoll, Esq. (admitted in New York)
Benjamin O. Gilbert, Esq. (admitted in New York)
30 Rockefeller Plaza
New York, New York 10112
(212) 653-8700

Quarles & Brady LLP
L. Katie Mason, Esq.
Randy J. Pflum, Esq.
411 E. Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
414-277-3018

2. Nothing herein shall waive, limit, impair, or otherwise impact Marriott's rights in connection with the *Third Amended Chapter 11 Plan of Reorganization* [ECF No. 710] (the "Plan"), including any hearing on confirmation of the Plan, and the Debtor, including any executory contracts between Marriott and the Debtor, which rights are expressly preserved.

*[Signature page to follow]*

Dated: August 5, 2025

        **Quarles & Brady LLP**

        */s/ Randy J. Pflum*
        L. Katie Mason (1060063)
        411 E. Wisconsin Ave., Ste. 2400
        Milwaukee, WI 53202
        Phone: (414) 277-3018
        Email: Katie.Mason@quarles.com

        Randy J. Pflum (1096694)
        33 East Main Street, Suite 900
        Madison, WI 53703
        Telephone: (608) 283-2634
        Email: Randy.Pflum@quarles.com

        -and-

        **Sheppard Mullin Richter & Hampton LLP**
        Michael T. Driscoll, Esq. (admitted in New York)
        Benjamin O. Gilbert, Esq. (admitted in New York)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone: (212) 653-8700
        Email:   mdriscoll@sheppardmullin.com
                      bogilbert@sheppardmullin.com

        *Attorneys for Marriott International, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2025, I electronically transmitted the foregoing to the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Wisconsin, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: */s/ Randy J. Pflum*