

Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202-3197

Telephone: 414.298.1000
Facsimile: 414.298.8097
reinhartlaw.com

August 15, 2025

Frank W. DiCastri
Direct Dial: 414-298-8356
fdicastri@reinhartlaw.com

ELECTRONICALLY FILED (CM/ECF)

Honorable G. Michael Halfenger
Chief United States Bankruptcy Judge
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room140
Milwaukee, WI 53202

Dear Judge Halfenger:  Re: In re Wisconsin & Milwaukee Hotel LLC
Case No. 24-21743-gmh

    At the conclusion of the hearings yesterday, the Court set September 15 as the deadline for Debtor's brief in opposition to Lenders' § 362(d) motion, and September 22 as Lenders' deadline to reply. I did not recall at the time the briefing schedule was established that I will be out of the country from September 20-24, so I respectfully request on behalf of the Lenders that Lenders' reply brief deadline be moved to September 29. The effect of this change would be minimal, as I will have approximately the same amount of time as the current schedule permits—one week—to submit a reply.

    I appreciate the Court's consideration of this request.

Respectfully Submitted,

 *s/ Frank DiCastri*

Frank W. DiCastri
*Counsel for the Lenders*

cc: CM/ECF Notice Parties