24-21743  
Wisconsin & Milwaukee Hotel LLC  
Chapter 11

Michael Richman – on behalf of the debtor  
Frank DiCastri and Sara McNamara – on behalf of Computershare and Wisconsin & Milwaukee Hotel Funding  
Amy Daleo – on behalf of White Lodging Management Corp.  
Katie Mason – on behalf of Marriott International  
Dillon Ambrose – on behalf of the United States Trustee

EXHIBITS

| Offered By | DATE | Exh. No. | Witness | Description | Offers Objections Rulings Exceptions |
|---|---|---|---|---|---|
| Debtor | 8/6/25 | 16 | William Pederson | Curriculum Vitae of William J. Pederson | Admitted |
| Debtor | 8/6/25 | 40 | William Pederson Deborah Friedland Cynthia Nelson | Five Year Forecast | Admitted |
| Debtor | 8/6/25 | 41 | William Pederson Deborah Friedland Cynthia Nelson | 18 Year Forecast | Admitted |
| Debtor | 8/6/25 | 35 | Randall Erkert | Loan Commitment Letter | Obj -FD Conditionally Admitted |
| Debtor | 8/6/25 | 42 | Randall Erkert | Third Amended Plan (ECF Doc. No. 710) | Admitted |
| DiCastri | 8/6/25 | 101-129 | | Computershare and Wisconsin & Milwaukee Hotel Funding loan documents | Admitted with limitation based on stipulation |
| Debtor | 8/11/25 | 15 | Deborah Friedland | Curriculum Vitae of Deborah S. Friedland, ISHC | Not offered |
| Debtor | 8/11/25 | 21 | Deborah Friedland | Performance Data - Milwaukee, WI Hospitality Market | Admitted |
| Debtor | 8/11/25 | 22 | Deborah Friedland | Construction Data - Milwaukee, Wisconsin Hospitality Market | Admitted |

1

24-21743  
Wisconsin & Milwaukee Hotel LLC  
Chapter 11

Michael Richman – on behalf of the debtor  
Frank DiCastri and Sara McNamara – on behalf of Computershare and Wisconsin & Milwaukee Hotel Funding  
Amy Daleo – on behalf of White Lodging Management Corp.  
Katie Mason – on behalf of Marriott International  
Dillon Ambrose – on behalf of the United States Trustee

| Offered By | DATE | Exh. No. | Witness | Description | Offers Objections Rulings Exceptions |
|---|---|---|---|---|---|
| Debtor | 8/11/25 | 24 | Deborah Friedland | Economic Data of Milwaukee, Wisconsin | Admitted |
| Debtor | 8/11/25 | 25 | Deborah Friedland | Costar Report Submarkets - Milwaukee, Wisconsin Hospitality Market | Admitted |
| Debtor | 8/11/25 | 26 | Deborah Friedland | Additional Financial and Economic Data - Milwaukee, Wisconsin Hospitality | Admitted |
| Debtor | 8/11/25 | 27 | Deborah Friedland | Hotel Operating History Year-End 2018 through Year-End 2024 | Admitted |
| Debtor | 8/11/25 | 36 | Deborah Friedland | Hotel Loans Benchmark | Admitted |
| Debtor | 8/11/25 | 37 | Deborah Friedland | HotelAve Hospitality Dashboard | Admitted |
| Debtor | 8/11/25 | 38 | Deborah Friedland | Hospitality Market Interest Rates | Admitted |
| Debtor | 8/11/25 | 39 | Deborah Friedland | Market Rates | Not offered |
| DiCastri | 8/14/25 | 138 | Cynthia Nelson | Ms. Nelson prepared calculations (attached) | Debtor Objected Admitted as Demonstrative |
| DiCastri | 8/14/25 | 139 | Cynthia Nelson | Interest Rate Sensitivity – Debtor's Third Amended Plan – Option 1B (attached) | Debtor Objected Admitted as Demonstrative |


EXHIBIT 138

| | | | | | |
|---|---|---|---|---|---|
| Lender's Secured Claim | | $ 45,553,801 | | | |
| Implied Interest Rate (Discount Rate) | | 6.69% | | | |
| Balloon Payment | | $ 18,553,801 | | | |

| Period | Date | Payment | Cumulative Aggregate Cash Flow | Discount Rate Factor | Discounted Cash Flow |
|---|---|---|---|---|---|
| Effective Date | 9/30/2025 | $ - | - | 100.00% | $ - |
| Month 1 | 11/1/2025 | 125,000 | 125,000 | 99.43% | 124,292 |
| Month 2 | 12/1/2025 | 125,000 | 250,000 | 98.91% | 123,632 |
| Month 3 | 1/1/2026 | 125,000 | 375,000 | 98.36% | 122,954 |
| Month 4 | 2/1/2026 | 125,000 | 500,000 | 97.82% | 122,280 |
| Month 5 | 3/1/2026 | 125,000 | 625,000 | 97.34% | 121,674 |
| Month 6 | 4/1/2026 | 125,000 | 750,000 | 96.80% | 121,006 |
| Month 7 | 5/1/2026 | 125,000 | 875,000 | 96.29% | 120,364 |
| Month 8 | 6/1/2026 | 125,000 | 1,000,000 | 95.76% | 119,703 |
| Month 9 | 7/1/2026 | 125,000 | 1,125,000 | 95.25% | 119,068 |
| Month 10 | 8/1/2026 | 125,000 | 1,250,000 | 94.73% | 118,415 |
| Month 11 | 9/1/2026 | 125,000 | 1,375,000 | 94.21% | 117,765 |
| Month 12 | 10/1/2026 | 125,000 | 1,500,000 | 93.71% | 117,140 |
| Month 13 | 11/1/2026 | 125,000 | 1,625,000 | 93.20% | 116,497 |
| Month 14 | 12/1/2026 | 125,000 | 1,750,000 | 92.70% | 115,879 |
| Month 15 | 1/1/2027 | 125,000 | 1,875,000 | 92.19% | 115,243 |
| Month 16 | 2/1/2027 | 125,000 | 2,000,000 | 91.69% | 114,611 |
| Month 17 | 3/1/2027 | 125,000 | 2,125,000 | 91.23% | 114,043 |
| Month 18 | 4/1/2027 | 125,000 | 2,250,000 | 90.73% | 113,417 |
| Month 19 | 5/1/2027 | 125,000 | 2,375,000 | 90.25% | 112,815 |
| Month 20 | 6/1/2027 | 125,000 | 2,500,000 | 89.76% | 112,196 |
| Month 21 | 7/1/2027 | 125,000 | 2,625,000 | 89.28% | 111,600 |
| Month 22 | 8/1/2027 | 125,000 | 2,750,000 | 88.79% | 110,988 |
| Month 23 | 9/1/2027 | 125,000 | 2,875,000 | 88.30% | 110,379 |
| Month 24 | 10/1/2027 | 125,000 | 3,000,000 | 87.83% | 109,793 |
| Month 25 | 11/1/2027 | 125,000 | 3,125,000 | 87.35% | 109,191 |
| Month 26 | 12/1/2027 | 125,000 | 3,250,000 | 86.89% | 108,611 |
| Month 27 | 1/1/2028 | 125,000 | 3,375,000 | 86.41% | 108,015 |
| Month 28 | 2/1/2028 | 125,000 | 3,500,000 | 85.94% | 107,423 |
| Month 29 | 3/1/2028 | 125,000 | 3,625,000 | 85.50% | 106,871 |
| Month 30 | 4/1/2028 | 125,000 | 3,750,000 | 85.03% | 106,285 |
| Month 31 | 5/1/2028 | 125,000 | 3,875,000 | 84.58% | 105,721 |
| Month 32 | 6/1/2028 | 125,000 | 4,000,000 | 84.11% | 105,141 |
| Month 33 | 7/1/2028 | 125,000 | 4,125,000 | 83.67% | 104,583 |
| Month 34 | 8/1/2028 | 125,000 | 4,250,000 | 83.21% | 104,009 |
| Month 35 | 9/1/2028 | 125,000 | 4,375,000 | 82.75% | 103,438 |
| Month 36 | 10/1/2028 | 125,000 | 4,500,000 | 82.31% | 102,889 |

| | | | | | |
|---|---|---|---|---|---|
| Month 37 | 11/1/2028 | 125,000 | 4,625,000 | 81.86% | 102,325 |
| Month 38 | 12/1/2028 | 125,000 | 4,750,000 | 81.43% | 101,781 |
| Month 39 | 1/1/2029 | 125,000 | 4,875,000 | 80.98% | 101,223 |
| Month 40 | 2/1/2029 | 125,000 | 5,000,000 | 80.53% | 100,668 |
| Month 41 | 3/1/2029 | 125,000 | 5,125,000 | 80.14% | 100,169 |
| Month 42 | 4/1/2029 | 125,000 | 5,250,000 | 79.70% | 99,619 |
| Month 43 | 5/1/2029 | 125,000 | 5,375,000 | 79.27% | 99,090 |
| Month 44 | 6/1/2029 | 125,000 | 5,500,000 | 78.84% | 98,547 |
| Month 45 | 7/1/2029 | 125,000 | 5,625,000 | 78.42% | 98,024 |
| Month 46 | 8/1/2029 | 125,000 | 5,750,000 | 77.99% | 97,486 |
| Month 47 | 9/1/2029 | 125,000 | 5,875,000 | 77.56% | 96,951 |
| Month 48 | 10/1/2029 | 125,000 | 6,000,000 | 77.15% | 96,436 |
| Month 49 | 11/1/2029 | 125,000 | 6,125,000 | 76.73% | 95,907 |
| Month 50 | 12/1/2029 | 125,000 | 6,250,000 | 76.32% | 95,398 |
| Month 51 | 1/1/2030 | 125,000 | 6,375,000 | 75.90% | 94,875 |
| Month 52 | 2/1/2030 | 125,000 | 6,500,000 | 75.48% | 94,354 |
| Month 53 | 3/1/2030 | 125,000 | 6,625,000 | 75.11% | 93,887 |
| Month 54 | 4/1/2030 | 125,000 | 6,750,000 | 74.70% | 93,371 |
| Month 55 | 5/1/2030 | 125,000 | 6,875,000 | 74.30% | 92,876 |
| Month 56 | 6/1/2030 | 125,000 | 7,000,000 | 73.89% | 92,366 |
| Month 57 | 7/1/2030 | 125,000 | 7,125,000 | 73.50% | 91,876 |
| Month 58 | 8/1/2030 | 125,000 | 7,250,000 | 73.10% | 91,372 |
| Month 59 | 9/1/2030 | 125,000 | 7,375,000 | 72.70% | 90,871 |
| Month 60 | 10/1/2030 | 125,000 | 7,500,000 | 72.31% | 90,388 |
| Month 61 | 11/1/2030 | 125,000 | 7,625,000 | 71.91% | 89,892 |
| Month 62 | 12/1/2030 | 125,000 | 7,750,000 | 71.53% | 89,415 |
| Month 63 | 1/1/2031 | 125,000 | 7,875,000 | 71.14% | 88,924 |
| Month 64 | 2/1/2031 | 125,000 | 8,000,000 | 70.75% | 88,437 |
| Month 65 | 3/1/2031 | 125,000 | 8,125,000 | 70.40% | 87,998 |
| Month 66 | 4/1/2031 | 125,000 | 8,250,000 | 70.01% | 87,516 |
| Month 67 | 5/1/2031 | 125,000 | 8,375,000 | 69.64% | 87,051 |
| Month 68 | 6/1/2031 | 125,000 | 8,500,000 | 69.26% | 86,573 |
| Month 69 | 7/1/2031 | 125,000 | 8,625,000 | 68.89% | 86,114 |
| Month 70 | 8/1/2031 | 125,000 | 8,750,000 | 68.51% | 85,641 |
| Month 71 | 9/1/2031 | 125,000 | 8,875,000 | 68.14% | 85,172 |
| Month 72 | 10/1/2031 | 125,000 | 9,000,000 | 67.78% | 84,719 |
| Month 73 | 11/1/2031 | 125,000 | 9,125,000 | 67.40% | 84,255 |
| Month 74 | 12/1/2031 | 125,000 | 9,250,000 | 67.05% | 83,807 |
| Month 75 | 1/1/2032 | 125,000 | 9,375,000 | 66.68% | 83,347 |
| Month 76 | 2/1/2032 | 125,000 | 9,500,000 | 66.31% | 82,890 |
| Month 77 | 3/1/2032 | 125,000 | 9,625,000 | 65.97% | 82,465 |
| Month 78 | 4/1/2032 | 125,000 | 9,750,000 | 65.61% | 82,012 |
| Month 79 | 5/1/2032 | 125,000 | 9,875,000 | 65.26% | 81,577 |
| Month 80 | 6/1/2032 | 125,000 | 10,000,000 | 64.90% | 81,129 |
| Month 81 | 7/1/2032 | 125,000 | 10,125,000 | 64.56% | 80,699 |
| Month 82 | 8/1/2032 | 125,000 | 10,250,000 | 64.20% | 80,256 |
| Month 83 | 9/1/2032 | 125,000 | 10,375,000 | 63.85% | 79,816 |

| | | | | | |
|---|---|---|---|---|---|
| Month 84 | 10/1/2032 | 125,000 | 10,500,000 | 63.51% | 79,392 |
| Month 85 | 11/1/2032 | 125,000 | 10,625,000 | 63.17% | 78,956 |
| Month 86 | 12/1/2032 | 125,000 | 10,750,000 | 62.83% | 78,537 |
| Month 87 | 1/1/2033 | 125,000 | 10,875,000 | 62.49% | 78,106 |
| Month 88 | 2/1/2033 | 125,000 | 11,000,000 | 62.14% | 77,678 |
| Month 89 | 3/1/2033 | 125,000 | 11,125,000 | 61.83% | 77,293 |
| Month 90 | 4/1/2033 | 125,000 | 11,250,000 | 61.50% | 76,869 |
| Month 91 | 5/1/2033 | 125,000 | 11,375,000 | 61.17% | 76,461 |
| Month 92 | 6/1/2033 | 125,000 | 11,500,000 | 60.83% | 76,041 |
| Month 93 | 7/1/2033 | 125,000 | 11,625,000 | 60.51% | 75,638 |
| Month 94 | 8/1/2033 | 125,000 | 11,750,000 | 60.18% | 75,223 |
| Month 95 | 9/1/2033 | 125,000 | 11,875,000 | 59.85% | 74,810 |
| Month 96 | 10/1/2033 | 125,000 | 12,000,000 | 59.53% | 74,413 |
| Month 97 | 11/1/2033 | 125,000 | 12,125,000 | 59.20% | 74,005 |
| Month 98 | 12/1/2033 | 125,000 | 12,250,000 | 58.89% | 73,612 |
| Month 99 | 1/1/2034 | 125,000 | 12,375,000 | 58.57% | 73,208 |
| Month 100 | 2/1/2034 | 125,000 | 12,500,000 | 58.24% | 72,806 |
| Month 101 | 3/1/2034 | 125,000 | 12,625,000 | 57.96% | 72,445 |
| Month 102 | 4/1/2034 | 125,000 | 12,750,000 | 57.64% | 72,048 |
| Month 103 | 5/1/2034 | 125,000 | 12,875,000 | 57.33% | 71,665 |
| Month 104 | 6/1/2034 | 125,000 | 13,000,000 | 57.02% | 71,272 |
| Month 105 | 7/1/2034 | 125,000 | 13,125,000 | 56.72% | 70,894 |
| Month 106 | 8/1/2034 | 125,000 | 13,250,000 | 56.40% | 70,505 |
| Month 107 | 9/1/2034 | 125,000 | 13,375,000 | 56.09% | 70,118 |
| Month 108 | 10/1/2034 | 125,000 | 13,500,000 | 55.80% | 69,746 |
| Month 109 | 11/1/2034 | 125,000 | 13,625,000 | 55.49% | 69,363 |
| Month 110 | 12/1/2034 | 125,000 | 13,750,000 | 55.20% | 68,995 |
| Month 111 | 1/1/2035 | 125,000 | 13,875,000 | 54.89% | 68,617 |
| Month 112 | 2/1/2035 | 125,000 | 14,000,000 | 54.59% | 68,240 |
| Month 113 | 3/1/2035 | 125,000 | 14,125,000 | 54.32% | 67,902 |
| Month 114 | 4/1/2035 | 125,000 | 14,250,000 | 54.02% | 67,529 |
| Month 115 | 5/1/2035 | 125,000 | 14,375,000 | 53.74% | 67,171 |
| Month 116 | 6/1/2035 | 125,000 | 14,500,000 | 53.44% | 66,802 |
| Month 117 | 7/1/2035 | 125,000 | 14,625,000 | 53.16% | 66,448 |
| Month 118 | 8/1/2035 | 125,000 | 14,750,000 | 52.87% | 66,083 |
| Month 119 | 9/1/2035 | 125,000 | 14,875,000 | 52.58% | 65,721 |
| Month 120 | 10/1/2035 | 125,000 | 15,000,000 | 52.30% | 65,372 |
| Month 121 | 11/1/2035 | 125,000 | 15,125,000 | 52.01% | 65,013 |
| Month 122 | 12/1/2035 | 125,000 | 15,250,000 | 51.73% | 64,668 |
| Month 123 | 1/1/2036 | 125,000 | 15,375,000 | 51.45% | 64,313 |
| Month 124 | 2/1/2036 | 125,000 | 15,500,000 | 51.17% | 63,960 |
| Month 125 | 3/1/2036 | 125,000 | 15,625,000 | 50.91% | 63,632 |
| Month 126 | 4/1/2036 | 125,000 | 15,750,000 | 50.63% | 63,283 |
| Month 127 | 5/1/2036 | 125,000 | 15,875,000 | 50.36% | 62,947 |
| Month 128 | 6/1/2036 | 125,000 | 16,000,000 | 50.08% | 62,602 |
| Month 129 | 7/1/2036 | 125,000 | 16,125,000 | 49.82% | 62,269 |
| Month 130 | 8/1/2036 | 125,000 | 16,250,000 | 49.54% | 61,928 |

| | | | | | |
|---|---|---|---|---|---|
| Month 131 | 9/1/2036 | 125,000 | 16,375,000 | 49.27% | 61,588 |
| Month 132 | 10/1/2036 | 125,000 | 16,500,000 | 49.01% | 61,261 |
| Month 133 | 11/1/2036 | 125,000 | 16,625,000 | 48.74% | 60,925 |
| Month 134 | 12/1/2036 | 125,000 | 16,750,000 | 48.48% | 60,601 |
| Month 135 | 1/1/2037 | 125,000 | 16,875,000 | 48.22% | 60,269 |
| Month 136 | 2/1/2037 | 125,000 | 17,000,000 | 47.95% | 59,938 |
| Month 137 | 3/1/2037 | 125,000 | 17,125,000 | 47.71% | 59,641 |
| Month 138 | 4/1/2037 | 125,000 | 17,250,000 | 47.45% | 59,314 |
| Month 139 | 5/1/2037 | 125,000 | 17,375,000 | 47.20% | 58,999 |
| Month 140 | 6/1/2037 | 125,000 | 17,500,000 | 46.94% | 58,676 |
| Month 141 | 7/1/2037 | 125,000 | 17,625,000 | 46.69% | 58,364 |
| Month 142 | 8/1/2037 | 125,000 | 17,750,000 | 46.44% | 58,044 |
| Month 143 | 9/1/2037 | 125,000 | 17,875,000 | 46.18% | 57,725 |
| Month 144 | 10/1/2037 | 125,000 | 18,000,000 | 45.94% | 57,419 |
| Month 145 | 11/1/2037 | 125,000 | 18,125,000 | 45.68% | 57,104 |
| Month 146 | 12/1/2037 | 125,000 | 18,250,000 | 45.44% | 56,801 |
| Month 147 | 1/1/2038 | 125,000 | 18,375,000 | 45.19% | 56,489 |
| Month 148 | 2/1/2038 | 125,000 | 18,500,000 | 44.94% | 56,179 |
| Month 149 | 3/1/2038 | 125,000 | 18,625,000 | 44.72% | 55,901 |
| Month 150 | 4/1/2038 | 125,000 | 18,750,000 | 44.48% | 55,594 |
| Month 151 | 5/1/2038 | 125,000 | 18,875,000 | 44.24% | 55,299 |
| Month 152 | 6/1/2038 | 125,000 | 19,000,000 | 44.00% | 54,996 |
| Month 153 | 7/1/2038 | 125,000 | 19,125,000 | 43.76% | 54,704 |
| Month 154 | 8/1/2038 | 125,000 | 19,250,000 | 43.52% | 54,404 |
| Month 155 | 9/1/2038 | 125,000 | 19,375,000 | 43.28% | 54,105 |
| Month 156 | 10/1/2038 | 125,000 | 19,500,000 | 43.05% | 53,818 |
| Month 157 | 11/1/2038 | 125,000 | 19,625,000 | 42.82% | 53,523 |
| Month 158 | 12/1/2038 | 125,000 | 19,750,000 | 42.59% | 53,238 |
| Month 159 | 1/1/2039 | 125,000 | 19,875,000 | 42.36% | 52,946 |
| Month 160 | 2/1/2039 | 125,000 | 20,000,000 | 42.12% | 52,656 |
| Month 161 | 3/1/2039 | 125,000 | 20,125,000 | 41.92% | 52,395 |
| Month 162 | 4/1/2039 | 125,000 | 20,250,000 | 41.69% | 52,107 |
| Month 163 | 5/1/2039 | 125,000 | 20,375,000 | 41.46% | 51,831 |
| Month 164 | 6/1/2039 | 125,000 | 20,500,000 | 41.24% | 51,546 |
| Month 165 | 7/1/2039 | 125,000 | 20,625,000 | 41.02% | 51,273 |
| Month 166 | 8/1/2039 | 125,000 | 20,750,000 | 40.79% | 50,992 |
| Month 167 | 9/1/2039 | 125,000 | 20,875,000 | 40.57% | 50,712 |
| Month 168 | 10/1/2039 | 125,000 | 21,000,000 | 40.35% | 50,443 |
| Month 169 | 11/1/2039 | 125,000 | 21,125,000 | 40.13% | 50,166 |
| Month 170 | 12/1/2039 | 125,000 | 21,250,000 | 39.92% | 49,899 |
| Month 171 | 1/1/2040 | 125,000 | 21,375,000 | 39.70% | 49,626 |
| Month 172 | 2/1/2040 | 125,000 | 21,500,000 | 39.48% | 49,353 |
| Month 173 | 3/1/2040 | 125,000 | 21,625,000 | 39.28% | 49,100 |
| Month 174 | 4/1/2040 | 125,000 | 21,750,000 | 39.06% | 48,831 |
| Month 175 | 5/1/2040 | 125,000 | 21,875,000 | 38.86% | 48,572 |
| Month 176 | 6/1/2040 | 125,000 | 22,000,000 | 38.64% | 48,305 |
| Month 177 | 7/1/2040 | 125,000 | 22,125,000 | 38.44% | 48,049 |

| | | | | | |
|---|---|---|---|---|---|
| Month 178 | 8/1/2040 | 125,000 | 22,250,000 | 38.23% | 47,785 |
| Month 179 | 9/1/2040 | 125,000 | 22,375,000 | 38.02% | 47,523 |
| Month 180 | 10/1/2040 | 125,000 | 22,500,000 | 37.82% | 47,271 |
| Month 181 | 11/1/2040 | 125,000 | 22,625,000 | 37.61% | 47,011 |
| Month 182 | 12/1/2040 | 125,000 | 22,750,000 | 37.41% | 46,762 |
| Month 183 | 1/1/2041 | 125,000 | 22,875,000 | 37.20% | 46,505 |
| Month 184 | 2/1/2041 | 125,000 | 23,000,000 | 37.00% | 46,250 |
| Month 185 | 3/1/2041 | 125,000 | 23,125,000 | 36.82% | 46,021 |
| Month 186 | 4/1/2041 | 125,000 | 23,250,000 | 36.61% | 45,768 |
| Month 187 | 5/1/2041 | 125,000 | 23,375,000 | 36.42% | 45,525 |
| Month 188 | 6/1/2041 | 125,000 | 23,500,000 | 36.22% | 45,276 |
| Month 189 | 7/1/2041 | 125,000 | 23,625,000 | 36.03% | 45,035 |
| Month 190 | 8/1/2041 | 125,000 | 23,750,000 | 35.83% | 44,788 |
| Month 191 | 9/1/2041 | 125,000 | 23,875,000 | 35.63% | 44,542 |
| Month 192 | 10/1/2041 | 125,000 | 24,000,000 | 35.44% | 44,306 |
| Month 193 | 11/1/2041 | 125,000 | 24,125,000 | 35.25% | 44,063 |
| Month 194 | 12/1/2041 | 125,000 | 24,250,000 | 35.06% | 43,829 |
| Month 195 | 1/1/2042 | 125,000 | 24,375,000 | 34.87% | 43,589 |
| Month 196 | 2/1/2042 | 125,000 | 24,500,000 | 34.68% | 43,349 |
| Month 197 | 3/1/2042 | 125,000 | 24,625,000 | 34.51% | 43,135 |
| Month 198 | 4/1/2042 | 125,000 | 24,750,000 | 34.32% | 42,898 |
| Month 199 | 5/1/2042 | 125,000 | 24,875,000 | 34.14% | 42,670 |
| Month 200 | 6/1/2042 | 125,000 | 25,000,000 | 33.95% | 42,436 |
| Month 201 | 7/1/2042 | 125,000 | 25,125,000 | 33.77% | 42,211 |
| Month 202 | 8/1/2042 | 125,000 | 25,250,000 | 33.58% | 41,979 |
| Month 203 | 9/1/2042 | 125,000 | 25,375,000 | 33.40% | 41,749 |
| Month 204 | 10/1/2042 | 125,000 | 25,500,000 | 33.22% | 41,527 |
| Month 205 | 11/1/2042 | 125,000 | 25,625,000 | 33.04% | 41,299 |
| Month 206 | 12/1/2042 | 125,000 | 25,750,000 | 32.86% | 41,080 |
| Month 207 | 1/1/2043 | 125,000 | 25,875,000 | 32.68% | 40,855 |
| Month 208 | 2/1/2043 | 125,000 | 26,000,000 | 32.50% | 40,631 |
| Month 209 | 3/1/2043 | 125,000 | 26,125,000 | 32.34% | 40,429 |
| Month 210 | 4/1/2043 | 125,000 | 26,250,000 | 32.17% | 40,208 |
| Month 211 | 5/1/2043 | 125,000 | 26,375,000 | 32.00% | 39,994 |
| Month 212 | 6/1/2043 | 125,000 | 26,500,000 | 31.82% | 39,775 |
| Month 213 | 7/1/2043 | 125,000 | 26,625,000 | 31.65% | 39,563 |
| Month 214 | 8/1/2043 | 125,000 | 26,750,000 | 31.48% | 39,346 |
| Month 215 | 9/1/2043 | 125,000 | 26,875,000 | 31.30% | 39,131 |
| Month 216 | 10/1/2043 | 125,000 | 27,000,000 | 31.14% | 38,923 |
| Balloon | 10/1/2043 | 18,553,801 | 45,553,801 | 31.14% | 5,777,330 |
| **Net Present Value** | | | | $ | **21,668,177** |
| *Cumulative Aggregate Cash Flow* | | $ 45,553,801 | | | |

## Interest Rate Sensitivity - Debtor's Third Amended Plan - Option 1B

Net Present Value of Class 1 Claim
Annual Payment: $1,500,000
Balloon Payment: $32,465,380

Balloon Payment Required
Annual Payment: $1,500,000
Net Present Value: $26,000,000

| Interest Rate | Net Present Value | Balloon Payment |
|---|---|---|
| 6.69% | $26,000,000 | $32,465,380 |
| 7.00% | $25,155,561 | $35,322,175 |
| 7.50% | $23,868,526 | $40,308,026 |
| 8.00% | $22,673,988 | $45,770,209 |
| 8.50% | $21,564,397 | $51,748,320 |
| 9.00% | $20,532,872 | $58,284,942 |
| 9.50% | $19,573,134 | $65,425,845 |
| 10.00% | $18,679,450 | $73,220,208 |
| 10.50% | $17,846,586 | $81,720,852 |
| 11.00% | $17,069,759 | $90,984,483 |
| 11.50% | $16,344,594 | $101,071,961 |
| 12.00% | $15,667,088 | $112,048,573 |

