**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

**ORDER CONDITIONALLY APPROVING PAYMENT OF
JULY 2025 INVOICE FROM RICHMAN & RICHMAN LLC
PURSUANT TO THE ORDER APPROVING
ALTERNATIVE COMPENSATION PROCEDURES**

On August 8, 2025, Richman & Richman LLC ("**R&R**") filed its monthly invoice for July 2025 [Doc 730] pursuant to the Order Approving Alternative Compensation Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $180,053.60 in fees and $6,406.12 in expenses, for a total amount of $186,459.72. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####