**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

**ORDER CONDITIONALLY APPROVING PAYMENT OF**
**JUNE 2026 INVOICE FROM RICHMAN & RICHMAN LLC**
**PURSUANT TO THE ORDER APPROVING**
**ALTERNATIVE COMPENSATION PROCEDURES**

On July 10, 2026, Richman & Richman LLC ("**R&R**") filed its monthly invoice

for June 2026 [Doc 1056] pursuant to the Order Approving Alternative Compensation

Procedures [Doc 147].

No objections were filed by any party within ten days after R&R filed the

monthly invoice.

ACCORDINGLY, IT IS HEREBY ORDERED as follows:

Pursuant to the Order Approving Alternative Compensation Procedures, the fees and expenses are conditionally approved and the debtor is authorized to pay R&R the following amounts: $57,286.00 in fees and $4,124.84 in expenses, for a total amount of $61,410.84. This approval is subject to the terms and conditions stated in the Order Approving Alternative Compensation Procedures and all conditionally approved fees and expenses are subject to disgorgement.

#####