# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Wisconsin & Milwaukee Hotel LLC,

Debtor.

Case No. 24-21743-gmh
Chapter 11

---

## ORDER APPROVING THIRD INTERIM FEE APPLICATION OF MALLERY S.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

This matter having come before the Court on Mallery s.c.'s Third Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "**Third Interim Application**") [Doc 1058], seeking allowance of compensation for the period of March 1, 2025 through May 31, 2026 ("**Fee Period**"), pursuant to 11 U.S.C. §§ 328, 330, 331, 503(b)(2), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2016 of the United States Bankruptcy Court for the

Drafted by:
Eliza M. Reyes
Richman & Richman LLC
122 W. Washington Ave., Ste 850
Madison, WI 53703
Tel: (608) 630-8990; Fax: (608) 630-8991
ereyes@randr.law

Eastern District of Wisconsin, in the amount of $19,961.41, representing $19,236.00 in professional fees, plus $725.41 in expenses, on an interim basis; that notice of the Third Interim Application was given to all required parties and otherwise sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service on file herein [Doc 1060]; no objections or requests for hearing on the Third Interim Application having been timely filed; and the Court otherwise being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Third Interim Application shall be and is hereby Approved;

2. Mallery, s.c. is hereby awarded interim compensation for all fees and costs requested in the Third Interim Application for the period of March 1, 2025 through May 31, 2026, pursuant to the provisions of 11 U.S.C. §§ 328, 330 and 331, in the amount of $19,961.41, representing $19,236.00 in professional fees, plus $725.41 in expenses, and is allowed as an administrative priority claim pursuant to 11 U.S.C. § 503(b);

3. Wisconsin & Milwaukee Hotel LLC is authorized to pay to Mallery, s.c. the amount of $19,961.41, representing $19,236.00 in professional fees, plus $725.41 in expenses, forthwith;

4. Until final approval of fees and expenses, any payment to Mallery, s.c. shall remain subject to recoupment and disgorgement; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####