So Ordered.

Dated: August 25, 2026

G. Michael Halfenger
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

In re:

Wisconsin & Milwaukee Hotel LLC,

Case No. 24-21743-gmh
Chapter 11

Debtor.

---

# ORDER GRANTING SUPPLEMENTAL APPLICATION OF THE DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY ALLEN & ASSOCIATES AS APPRAISER AND PAY ALLEN & ASSOCIATES A $3,500 RETAINER

---

Wisconsin & Milwaukee Hotel LLC, ("**Debtor**" or "**WMH**"), having filed the Notice and Supplemental Application of the Debtor for Authority to Retain and Employ Allen & Associates as Appraiser and Pay Allen & Associates a $3,500 Retainer ("**Supplemental Application**") [Doc 1074], seeking entry of an order pursuant to Section 327 of Title 11 of the United States Code (the "**Bankruptcy**

**Prepared by**:
Eliza M. Reyes
Richman & Richman LLC
122 W. Washington Avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
ereyes@RandR.law

**Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014 of the United States Bankruptcy Court for the Eastern District of Wisconsin (the "**Local Rules**"), authorizing the Debtor to expand the current scope of the employment of Allen & Associates as its appraiser for purposes of the Property Tax Appeal[1], effective as of July 30, 2026, the filing date of the Supplemental Application ("**Effective Date**"); and the Supplemental Declaration of Laurence G. Allen in Support of Notice and Application of the Debtor for Authority to Retain and Employ Allen & Associates as Appraiser and Pay Allen & Associates a $3,500 Retainer ("**Supplemental Declaration**") [Doc 1074 – Exhibit A]; and it appearing that Allen & Associates, including the members and staff thereof, is a disinterested person; that the expansion of the scope of Allen & Associates' employment as its appraiser for purposes of the Property Tax Appeal is in the best interest of the Debtor's estate and the economical administration thereof; that notice of the Supplemental Application was sufficient under the circumstances pursuant to the Declaration of Mailing Certificate of Service dated July 31, 2026 [Doc 1076] on file herein; no objections or requests for hearing on the Supplemental Application having been timely filed by any party in interest; and the Court being fully advised in the premises, accordingly,

IT IS HEREBY ORDERED, that:

1. The Supplemental Application is granted;

[1] Capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Application.

2. Wisconsin & Milwaukee Hotel LLC is authorized to expand the scope of the employment of Allen & Associates as its appraiser for purposes of the Property Tax Appeal to include the following additional services: conducting a site visit of the Hotel for further observations, determining the market value of the Hotel, and delivering an electronic appraisal report providing the value of the Hotel as of January 1, 2024;
3. Wisconsin & Milwaukee Hotel LLC is authorized to pay Allen & Associates the Retainer in the amount of $3,500 prior to Allen & Associates rendering services, with the remaining $3,500, plus any out-of-pocket travel costs incurred, to be paid to Allen & Associates upon completion of the Final Appraisal Report to be prepared by Allen & Associates and upon proper application by Allen & Associates and approval by this Court;
4. The effective date of the employment authorized by this Order shall be July 30, 2026;
5. Until final approval of fees and expenses, any payment to Allen & Associates shall remain subject to recoupment and disgorgement; and
6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####